IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * CA No. 1:17cv04660-LMM <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## DEFENDANT BRIAN KEMP'S
## PARTIAL MOTION TO DISMISS

Defendant, through counsel, hereby moves to dismiss Plaintiffs' Complaint in part pursuant to Rule 12(b)(1), Fed. R. Civ. Proc.

The basis for this motion is more fully set forth in the brief accompanying this motion.

                                           Respectfully submitted,

                                           CHRISTOPHER M. CARR
                                           Attorney General           112505

                                             ANNETTE M. COWART     191199
                                             Deputy Attorney General

RUSSELL D. WILLARD          760280
Senior Assistant Attorney General

/s/Cristina Correia
CRISTINA CORREIA            188620
Assistant Attorney General

JOSIAH B. HEIDT             104183
Assistant Attorney General


Attorneys for Defendant

Please address all
Communication to:
CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that the forgoing Defendant's Partial Motion to Dismiss was prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

## Certificate of Service

I hereby certify that on December 28, 2017, I electronically filed this Partial Motion to Dismiss using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Bryan L. Sells
    Law Office of Bryan L. Sells, LLC
    P.O. Box 5493
    Atlanta, GA  31107-0493

I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document to the following non-CM/ECF participants:  NONE

This 28th day of December, 2017.

                                  /s/Cristina Correia
                                  Cristina Correia        188620
                                  Assistant Attorney General