IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARTIN COWEN, ALLEN BUCKLEY, \*
AARON GILMER, JOHN MONDS, \*
and the LIBERTARIAN PARTY OF \*
GEORGIA, INC., a Georgia nonprofit \*
corporation, \*
\*
                                                     \*    CA No. 1:17cv04660-LMM
        Plaintiffs, \*
v. \*
\*
BRIAN KEMP, in his official capacity \*
as Secretary of State for the State of \*
Georgia, \*
\*
        Defendant. \*

## [PROPOSED] JOINT SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

| EVENT | DATE |
|---|---|
| Initial Disclosures | February 8, 2018 |
| Answer Due | February 8, 2018 |
| Discovery begins | March 12, 2018 |
| Last day to add parties | March 12, 2018 |
| Last day to disclose expert witnesses | April 13, 2018 |

| | |
|---|---|
| (other than for rebuttal) | |
| Last day for rebuttal expert witnesses | May 14, 2018 |
| Last day to file motion to compel | May 28, 2018 |
| Discovery ends | June 28, 2018 |
| Last day to file motions for summary judgment | July 30, 2018 |
| Last day to file brief in response to MSJ | Aug. 20, 2018 |
| Last day to file Daubert motions | July 30, 2018, or 30 days after entry of the Court's ruling on any pending motions for summary judgment. |
| Last day to submit Pretrial Order | July 30, 2018, or 30 days after entry of the Court's ruling on any pending motions for summary judgment. |
| Pretrial Conference | TBA |

IT IS SO ORDERED, this __30th__ day of __January__, 2018.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRIC JUDGE