IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **Brian P. Kemp**, in his official capacity as Secretary of State of the State of Georgia, <br><br> Defendant. | Case No. 1:17-cv-04660-LMM <br><br> **Certificate of Service of Discovery Materials** |

I hereby certify that on March 12, 2018, I served the PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION by electronic mail upon the following attorney of record, who has consented in writing to service by electronic means:

Christina Correia: ccorreia@law.ga.gov


**/s/ Bryan L. Sells**
Attorney Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com