# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation, | * * * * * |
| | * CASE NO.: 1:17cv04660-LMM |
| Plaintiffs, | * * |
| v. | * * |
| BRIAN KEMP, Georgia Secretary of State, | * * |
| Defendant. | |

## DISCOVERY CERTIFICATE OF SERVICE

I do hereby certify that on May 11, 2018, per agreement with Plaintiffs' counsel, I served Defendant's First Supplemental Responses to Plaintiffs' First Requests for Production via e-mail properly addressed upon:

Bryan L. Sells
The Law Office of Bryan L. Sells, LLC
P.O. Box 5493
Atlanta, GA  31107-0493
bryan@bryansellslaw.com

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General               112505

ANNETTE M. COWART          191199
Deputy Attorney General

RUSSELL D. WILLARD        760280
Senior Assistant Attorney General

<u>s/sCristina M. Correia</u>
CRISTINA M. CORREIA        188620
Senior Assistant Attorney General

JOSIAH HEIDT                104183
Assistant Attorney General

Attorneys for Defendant

**Please address all**
**Communication to:**
Cristina Correia
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404) 656-7063
ccorreia@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I electronically filed this **DISCOVERY CERTIFICATE OF SERVICE** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Bryan L. Sells
The Law Office of Bryan L. Sells, LLC
P.O. Box 5493
Atlanta, GA  31107-0493

I hereby certify that I have e-mailed the document to the following non-CM/ECF participants:  None

This 11th day of May, 2018.

/s/Cristina M. Correia
Assistant Attorney General