IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, Georgia Secretary of State,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*   CASE NO.: 1:17cv04660-LMM<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER

This matter is before the Court on Defendant's Consent Motion for Extension of Time (14 days) to file Rebuttal Expert Witness Reports. For good cause shown, the Motion is hereby **GRANTED**. Defendant shall have up to and including **May 28, 2018** to file his Rebuttal Expert Witness Reports.

SO ORDERED this 11th day of May, 2018.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE