IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, Georgia Secretary of State,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    CASE NO.: 1:17cv04660-LMM |

**DEFENDANT'S RULE 26(a)(2) EXPERT DISCLOSURES**

In compliance with FED. R. CIV. P. 26(a)(2) and this Court's scheduling order, Defendant designates the following individual who may be used at trial to present expert testimony:

    ROBERT M. STEIN
    Lena Gohlman Fox Professor of Political Science
    Rice University
    Houston, Texas 77251
    713-348-2795
    Email: Stein@rice.edu

Dr. Stein's report is attached hereto as Exhibit 1.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General          112505

ANNETTE M. COWART   191199
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA   188620
Senior Assistant Attorney General

JOSIAH B. HEIDT          104183
Assistant Attorney General

Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA  30334
404-656-7063
FAX:  404-651-9325
ccorreia@law.ga.gov

Attorneys for Defendants

## CERTIFICATE OF COMPLIANCE

I hereby certify that the forgoing was prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **DEFENDANT'S EXPERT WITNESS DISCLOSURES** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 28th day of May, 2018.

/s/ Cristina Correia
Assistant Attorney General