# EXHIBIT 1

Response to Richard Winger's declaration in *Martin Cowen, et al. vs Brian P. Kemp*

## *Introduction*

1. My name is Robert M. Stein, and I have been retained by Defendant, Secretary of State Kemp to analyze Richard Winger's declaration for the plaintiff in *Martin Cowen, et al. vs Brian P. Kemp*.

2. My analysis of Mr. Winger's declaration and subsequent review of published peer reviewed research on the issue of ballot access leads to me to conclude there is no definitive evidence to support the plaintiff's claim that changing Georgia law regulating third party ballot access for the office of U.S. Representative will result in third party candidates achieving electoral status and success.

3. Mr. Winger makes no effort to test and establish a direct and causal relationship between Georgia's ballot access requirements and the incidence of ballot presence of third party or independent candidates in U.S. House elections. His report does not offer an informed opinion on the relationship between Georgia's or any other state's ballot access requirements and the incidence with which third party or independent candidates achieve ballot access or success, sufficiently to support the plaintiff's claim.

## *Professional Background and Experience*

4. I graduated from Ohio Wesleyan University in 1972 with B.A. in Government and Politics. I received a M.A. and Ph.D. in Political Science from the University of Wisconsin-Milwaukee in 1974 and 1977 respectively. I am currently the Lena Gohlman Fox Professor of Political Science at Rice University in Houston, Texas, where I am also a Fellow at the James A. Baker III Institute for Public Policy.

5. Appendix A to this declaration contains a copy of my current curriculum vitae that includes a complete list of my publications and research grants.

6. I have conducted research and published on the topics of elections, election administration, specifically pertaining to alternative methods of voting and their impact on voter participation, costs of administering elections and voter performance. My research has been supported by the National Science Foundation, The Pew Charitable Trust and the James A. Baker III Institute for Public Policy. I have conducted research for the two Presidential Commissions studying elections in 2009 and 2016.

7. I was an expert witness in the 2015 case *Thomas Poor Bear, et al. vs The County of Jackson*, South Dakota pertaining to the establishment of satellite offices for voter registration and in-person absentee voting in the Town of Wanblee on the Pine Ridge Reservation.

8. I am being compensated for my work at a rate of $250 per hour plus expenses.

***Richard Winger's Declaration***

9. Richard Winger's declaration reports that the State of Georgia requires more signatures and higher fees for third-party candidates to qualify for access to the Georgia ballot than "any other state in the nation." He further asserts that Georgia's elections for U.S. Representative are among the most noncompetitive in the nation. I have not undertaken to collect or analyze data on state laws pertaining to ballot access and the competitiveness of U.S. House elections in the fifty states. I therefore cannot comment on the accuracy of the data in Mr. Winger's report i.e., appendices A-F. Others have raised questions about the accuracy and completeness of Mr. Winger's reporting of historical and contemporary ballot access requirements [See Tamas and Hindman 2014:261].[1]

10. Mr. Winger's declaration claims that Georgia's signature and fee requirements for ballot access for third party candidates and party slates is an obstacle to third parties obtaining ballot access and that these requirements are not necessary to ensure that third party candidates have a modicum of support or to reduce the number of run-off elections.

11. Mr. Winger provides no evidence to demonstrate there is a statistically significant and negative relationship between the state of Georgia's ballot access requirement (i.e., fee and signature requirements) and the incidence with which third party candidates have appeared on the Georgia ballot for U.S. Representative, or for any other district (e.g., state legislature) or statewide office. Furthermore, Mr. Winger provides no evidence that the paucity of third party candidates on the Georgia ballot is causally due to the state's ballot access requirements. This latter condition is necessary to ensure that the relaxation of Georgia's ballot access requirements will result in the electoral access and success of third party and independent candidates.

12. Mr. Winger's declaration provides a testable set of hypotheses that he fails to test including:

    a. If the state of Georgia were to relax their ballot access requirements, more third party candidates would appear on the ballot.
    b. As a consequence of relaxing their ballot access requirements third party and independent candidates would either win or garner a sufficient number of votes to make Georgia's electoral contests competitive.

13. Absent any systematic testing by Mr. Winger of his own hypotheses, we are left asking whether his hypotheses are true. To address the veracity of Mr. Winger's hypotheses I have turned to the peer reviewed published research on ballot access.[2] I have reviewed ten articles published between 1996 and 2014 that empirically test the veracity of Mr. Winger's hypotheses. On balance, the findings from these publications do not support a direct causal relationship between state requirements for ballot access and the incidence of third party or independent candidates on

---

[1] "Richard Winger (1999) has also produced a history of ballot access laws, but after tracing these requirements through the session laws for each state, we found that a significant percent of legal changes had been omitted. For this reason, there has never been adequate testing of the assertions that ballot access laws are more difficult now than in the early part of the twentieth century or that changes in these laws are a primary reason for the decline of third-parties in America" (Tamas and Hindman 2014:261).

[2] The search for relevant research on ballot access was restricted to peer reviewed journal articles addressing the empirical claims in Mr. Winger's declaration.

state ballots, the votes these candidates received when they are on the ballot, and subsequent competitiveness of state elections with the addition of third party and independent candidates.

### *Limited evidence for a direct and causal relationship between ballot access requirements and ballot presence of third party and independent candidates*

14. Three researchers (Ansolabhere and Snyder 1994; Burden 2007; Drometer and Rincke 2009; 2014) find a statistically strong and negative relationship between state requirements for ballot access and the incidence of both third party and independent candidates on state ballots for U.S. Representative (Ansolabhere and Snyder 1994), governor and U.S. Senate elections (Burden 2007). Burden (2007), however, finds that signature requirements had no impact on the vote third party or independent candidates received when studying 2006 gubernatorial and senatorial elections.

    The supporting evidence for Winger's claim that there is a direct causal relationship between state ballot access requirements and the presence of third party and independent candidates on the ballot is absent. Though these researchers find a statistically significant and negative relationship between ballot access requirements and third party candidates on state ballots, it is not clear why this relationship exits. There is no agreement in this literature regarding the causal explanation for this relationship. Drometer and Rincke (2014) claim that the origin of restrictive ballot access requirements is the very presence of minor candidates on the ballot, to which majority parties respond by enacting more restrictive ballot access requirements. This would suggest that restrictions to ballot access is not the cause of the paucity of ballot presence of third parties but a response to third parties ballot presence. This suggests that third parties achieve ballot access for other reasons. These other reasons may operate independent of or in conjunction with ballot access laws to explain why third party and independent candidates achieve ballot access.

15. Lem and Dowling (2006) identify a number of alternative explanations for why third party and independent candidates might run for office. Among these alternative explanations are: political competition, population size and status of gubernatorial seat (i.e., open seat). Though the authors find strong evidence to support Winger's hypothesis that restrictive ballot access requirements reduce ballot access to third party and independent candidates they also find that strategic opportunities independently affect third party candidates' decisions to seek and obtain ballot access. These other factors, such as open seats, may interact with ballot access laws to affect the number of third party candidates, an issue not studied by Lem and Dowling (2006).

16. In another paper, Dowling and Lem (2009) suggest that there is a need for further research to determine the causal relationships between "the factors that influence, through candidate entry, the sheer quantity of candidates and thus the number of choices available in an election merit further theoretical and empirical consideration. Work such as this will allow us to better understand why some elections offer voters more choices than others" (19).

17. Studying a longer time series (i.e., 1890-2010), Tamas and Hindman (2014) examine the ebb and flow of third party candidates in the U.S. states since the adoption of the Australian ballot in 1890. "We traced the ballot access laws of each state from the enactment of the Australian ballot to the present and analyzed their impact on elections to the House of Representatives from 1890 to 2010. We found that while these laws got more difficult over the twentieth century, they had little impact on the electoral fortunes of third-parties. We conclude that these state election laws did not cause the dramatic decline of third-parties over the last 100 years. The authors conclude: "[W]hile the number of House districts with third-party candidates had dropped dramatically by mid-century, that number rebounded significantly over the past few decades, despite ballot access

laws continuing to get more difficult. However, voter support for third party candidates had nearly disappeared over this period" (265).

18. Hirano and Snyder (2007) find strong evidence to support Tamas and Hindman findings about the decline of third party voting in the U.S. Hirano and Snyder conclude that "we find evidence consistent with the claim that electoral support for third parties—mainly left-wing third parties- declined because the Democratic party co-opted the left wing policy position beginning with the passage of the New Deal agenda" (1).

19. Studying Lower House U.S. state legislative races in 1998 and 2000, Stratmann (2005) finds "signature requirements have no statistically significant effect on a minor-party candidate's decision to enter the race (69)."

20. Lee's (2012) study of U.S. House elections between 1996 and 2000 identifies two dimensions of third party ballot success: the ability to get on the ballot and the ability of third party candidates to win votes and elections. Lee finds that state signature requirements have a negative effect on getting on the ballot, but a positive effect on third party candidates vote shares and likelihood of winning U.S. House elections. He further finds that "[A]lthough the analysis shows a sizeable influence of the petitioning requirement on electoral success, it still pales in comparison with the influence of the plurality rule in the U.S. elections" (283). That is, "the rules of aggregating votes into representation is the true barrier to third-party success. Rather than changes to the signature requirement, adoption of new electoral rules, such as instant runoff voting or multimember, proportional representation districts, would have the most significant effect on third-party electoral success (283)."

21. Lee's findings corroborate and further explain Drometer and Rincke's finding that the votes third party and independent candidates receive causes states to raise the signature requirements third party and independent candidates have to achieve in order to obtain ballot access. "High ballot access requirements force minor parties and candidates to organize and rally their supporters. Mobilizing supporters and developing a formal campaign organization increases a candidate's ability to collect the requisite number of signatures. A professionalized organization, which can mobilize and organize efforts of supporters, at this stage of the campaign transfers well to running the actual campaign. Thus higher requirements can lead to more well-organized third-party candidate campaigns and consequently more voters (272)."

22. A review of the scholarly literature on the relationship between ballot access requirements (signature and fees) and third party ballot presence shows no evidence that ballot access requirements have a direct causal relationship with either ballot access or the electoral success of third party and independent candidates. The most comprehensive (1890-2010) study of third party ballot access in U.S. House elections (i.e., Tamas and Hindman 2014) concludes that "these election laws did not cause the dramatic decline of third-parties over the last 100 years (260)." There is evidence to suggest that the causal direction between ballot access requirements and third party ballot access is not only inconsequential but also reverse of what Mr. Winger hypothesized in his expert report. Evidence to date suggests that ballot access requirements increased over time after the electoral successes of third party candidates. Subsequent efforts to restrict third party candidates ballot access had a muted effect, in part because the third parties and their candidates has already demonstrated the organizational strength to achieve both ballot access and success i.e., votes.

There is a strong likelihood that other correlates of third party candidacies have both a direct and mediating effect, along with ballot access laws, in determining the number of third party and independent candidates on the ballot and their electoral success. Changing ballot access requirements will not have the desired effect sought by the plaintiff.

### *Other considerations in the adoption of relaxed third party ballot access requirements*

23. The addition of third party and independent candidates on the ballot increases the likelihood of a runoff election, required by Georgia laws when no candidate wins a majority of the votes cast in the initial election. In the case of general elections for the U.S. House, a runoff election would make compliance with the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) problematic. Under UOCAVA military and overseas voters must be sent a ballot within 45 day of the federal election. Georgia law requires a run-off for a general election to a federal office to be held "on the Tuesday of the ninth week following such general election." O.C.G.A. § 21-2-501(a)(3). Given the election calendar for U.S. House elections a runoff in the general election would not be conducted until *after* the House member's term of office was to begin. Preferential voting in the general election is suggested by Mr. Winger as a remedy for this conflict. Currently no state conducts U.S. House elections with a preferential ballot. Attempting to implement preferential voting in U.S. House elections would engender legal challenges as to its constitutionality. Finally, Mr. Winger provides no evidence that preferential voting would remedy either third party ballot access or electoral success.

Bibliography

Ansolabehere, Stephen and Alan Gerber. 1996. "The Effects of Filing Fees and Petition Requirements on U.S. House Elections." *Legislative Studies Quarterly* 21(2): 249-264.

Burden, Barry C. 2007. "Ballot Regulations and Multiparty Politics in the States." *Political Science and Politics* 40(4):669-673.

Dowling, Conor M. and Steve B. Lem. 2009. "Explaining Major and Third Party Candidate Entry in U.S. Gubernatorial Elections, 1980-2005." *State Politics and Policy Quarterly* 9(1):1-23.

Drometer, Marcus and Johannes Rincke. 2009. "The Impact of Ballot Access Restrictions on Electoral Competition: Evidence from a Natural Experiment." *Public Choice* 138(3/4):461-474.

Drometer, Marcus and Johannes Rincke. 2014. "Electoral Competition and Endogenous Barriers to Entry." *European Journal of Political Economy* 34:253-262.

Hirano, Shigeo and James M. Snyder Jr. 2007. "The Decline of Third-Party Voting in the United States." *Legislative Studies Quarterly* 69(1):1-16.

Lee, Daniel J. 2012. "Take the Good with the Bad: Cross-Cutting Effects of Ballot Access Requirements on Third-Party Electoral Success." *American Politics Research* 40(2):267-292.

Lem, Steve B. and Conor M. Dowling. 2006. "Picking their Spots: Minor Party Candidates in Gubernatorial Elections." *Political Research Quarterly* 59(3):471-480.

Tamas, Bernard and Matthew Dean Hindman. 2014. "Ballot Access Laws and the Decline of America Third-Parties." *Election Law Journal* 13(2):260-276.

6

Stratmann, Thomas. 2005. "Ballot Access Restrictions and Candidate Entry in Elections." *European Journal of Political Economy* 21:59-71.

*[Signed: Robert M. Stein  5/28/18]*

Robert M. Stein

CURRICULUM VITAE
January, 2018

ROBERT M. STEIN
Lena Gohlman Fox Professor of Political Science
Rice University
Houston, Texas 77251
713-348-2795
Email: Stein@rice.edu

Place of birth:
New York, N.Y.

Married, two children

**Education**

B.A., Ohio Wesleyan University, Delaware, Ohio, 1972.

M.A., University of Wisconsin-Milwaukee, Milw., Wisc., 1974

Ph.D., University of Wisconsin-Milwaukee, Milw.,Wisc., 1977

**Fields of Specialization**

Elections and election administration, Federalism and intergovernmental relations, state and local government, urban politics and public policy.

**Teaching Positions**

Lena Gohlman Fox Professor of Political Science, 1996

Fellow, James A. Baker III Institute for Public Policy, 2006

Professor, Department of Political Science, Rice University, 1989-1996.

Visiting Associate Professor and research scientist, Workshop in Political Theory-Public Policy and Department of Political Science, Indiana University, 1987-1988.

Associate Professor, Department of Political Science, Rice University, 1983-1989.

Assistant Professor, Department of Political Science, Rice University, 1979-1983.

Assistant Professor, University of Georgia, 1977-1978.

### Administrative positions

Faculty Director, Center for Civic Engagement, Rice University 2007- present

Dean, School of Social Sciences, Rice University, 1996 - 2006

Interim Dean, School of Social Sciences, Rice University, 1995 - 1996

Chair, Department of Political Science, Rice University, 1994 - 1995

Director, Policy Studies Program (undergraduate major), Rice University, 1987- 1995

Director, Graduate Studies, Department of Political Science, Rice University, 1987- 1991.

Chair, Department of Political Science, Rice University, 1984-86

Director, Rice Institute of Policy Analysis Public Opinion Poll, 1983-present.

Political analyst, KHOU-TV, Houston, Tx. 1983- present

### Fellowships, awards, and offices

Outstanding reviewer award, Political Research Quarterly 2010.

Best paper award on Federalism and Intergovernmental Relations for "Inter-Local Cooperation and the Distribution of Federal Grants," by The section on Federalism and Intergovernmental Relations, American Political Science Association, 2004 (with Kenneth Bickers)

President, Urban Politics Subsection, American Political Science Association, 1999-2000.

Recipient, George R. Brown Award for Superior Teaching, Rice University, 1998.

President, Southwestern Political Science Association, 1998.

Recipient, Outstanding Mentor of Women in Political Science Award, Women's Caucus for Political Science, American Political Science Association, 1996.

Special book award from the Urban Politics and Policy Section of the American Political Science Association for, Urban Alternatives: Private and Public Markets in the Provision of Local Services, 1991.

Research fellowship, Indiana University, Workshop in Political Theory and Public Policy, 1987-1988.

Recipient, George R. Brown Award for Superior Teaching, Rice University, 1987.

Fellowship, U.S. Advisory Commission on Intergovernmental Relations, 1978-1979.

### Research Grants and Contracts

2016 City of Houston Citizen Survey, September 2016-January 2017, City of Houston, $23,500

Vote by mail, September 2014-September 2015, Pew Charitable Trusts, $48,000.

Robert M. Stein  Page 3
Department of Political Science

Saturday Run-off Election Exit Poll Survey, City of Houston, October-November, 2013. $4,000.

Prioritizing and selecting bridge management actions for heightened truck loads and natural hazards in light of funding allocation patterns, National Science Foundation, September 2012 - August, 2015. co-PI ($1.2 million)

Phase 2 Development and enhancement of online storm risk calculator tool for public usage, City of Houston, Office of Public Safety and Homeland Security, November, 2012 - June 2013. co-PI ($189,000)

NetSE: Large Urban-Scale Polymorphic Wireless Networks: Community-Driven Assessment, Design and Access, National Science Foundation, September 2010-2013, co-PI ($1.9 million)

Development and enhancement of online storm risk calculator tool for public usage, City of Houston, Office of Public Safety and Homeland Security, January, 2011 - June 2011. co-PI ($309,000)

Increasing turnout among the less engaged: A study of Election Day vote centers, Pew Charitable Trusts, September, 2007 – May, 2009, PI ($260,000)

Independent Response of Complex Urban Infrastructures Subjected to Multiple Hazards, National Science Foundation, October 2007 – October 2010, co-PI ($20,000)

Program evaluation, City of Houston, SAFEclear, traffic incident management program, July 2006-January 2008. PI ($20,000)

Program evaluation, City of Houston, SAFEclear, traffic incident management program, February 2005-December 2005. PI ($20,000)

Program Utilization Among Households Eligible for Head Start Enrollment, funded by the Harris County Department of Education, June, 2001. PI ($15,000)R

The Changing Structure of Federal Aid and the Politics of the Electoral Connection. Funded by the National Science Foundation 2001-2002. SES0095997 Co-PI, January 2001-January 2003. PI ($230,000)

Greater Harris County 9-1-1 Emergency Network Data Archive and Analysis January, 2000- January 2001. PI ($15,000)

Evaluation of Greater Harris County Emergency Network: Round II, funded by the Greater Harris. PI County Emergency Network, September, 1993 - January, 1994. ($5,000)

Evaluation of Greater Harris County 9-1-1 Emergency Network, funded by the Greater Harris County Emergency Network, January, 1992-July, 1993. PI ($5,000)

Selective Universalization of Domestic Public Policy. Funded by the National Science Foundation (SES8921109) 1990-1992. PI ($185,000)

Contracting for Municipal Services. Funded by the U.S. Advisory Commission on Intergovernmental Relations. January, 1986-1990.PI

The Fiscal Austerity and Urban Innovation. Funded by the U.S. Department of Housing and Urban Development. September, 1983-1985. PI

Research Associate, Field Network Evaluation Study of the Reagan Domestic Program. Princeton Urban and Regional Center, Princeton University. Funded by the Ford Foundation. 1982-1984. PI

Research Associate, Field Network Evaluation Study of the Community Development Block Grant: Round 8. Funded by the U.S. Department of Housing and Urban Development. Summer, 1982. PI

The Structural Character of Federal Grants-in-Aid. Funded by the U.S. Department of Housing and Urban Development. 1982-83. PI

The Allocation of Federal Grants-in-Aid. Funded by the U.S. Advisory Commission on Intergovernmental Relations. 1979-1981. PI

The Allocation of State-Local Aid: An Examination of Within State Variation. Funded by the U.S. Advisory Commission on Intergovernmental Relations. 1979-1981. PI

### Editorial Positions

editorial board member, *Journal of Election Technology and Systems*, 2013-present

editorial board member, *American Political Science Review*, 2001- 2007

Executive Committee, American Politics, *American Political Science Review*, 2004-2007

editorial board member, *American Journal of Political Science*, 1994-1998

editorial board member, *Journal of Politics*, 1994-1998

editorial board member, *Social Science Quarterly*. 1993-present

editorial board member, *State and Local Government Review*. 1987-1992.

editorial board member, *Urban Affairs Review* (formerly, *Urban Affairs Quarterly*) 1996- 2000.

referee, *American Political Science Review, American Politics Quarterly, Journal of Urban Affairs, Urban Affairs Quarterly, Publius, National Science Foundation.*

### Books

Perpetuating the Pork Barrel: Policy Subsystems and American Democracy, Cambridge University Press, 1995, with Kenneth N. Bickers.

Federal Domestic Outlays, 1983-1990. M.E. Sharp, 1991, with Kenneth N. Bickers

Urban Alternatives: Public and Private Markets in the Provision of Local Services, Pittsburgh Press, 1990.

### Articles

"Reducing the undervote with vote by mail," forthcoming American Politics Research. With Andrew Menger and Greg Vonnahme.

"Enlisting the public in facilitating election administration: A field experiment," forthcoming, Public Administration Review, with Andrew Menger.

"Survey Experiments with Google Consumer Surveys: Promise and Pitfalls for Academic Research in Social Science." Political Analysis 24(3):256-373 (September 2016), with Philip Santaso and Randolph Stevenson.

<s>Case 1:17-cv-04660-LMM   Document 24-1   Filed 05/28/18   Page 12 of 18

Robert M. Stein  
Department of Political Science

Page 5

"Election Administration During National Disasters and Emergencies: Hurricane Sandy and the 2012 Election." Election Law Journal 14:1-8 (January 2016).

"The social and private benefits of preparing for natural disasters," International Journal of Mass Emergencies and Disasters. 32:459-483 (August 2014), with Birnur Buzcu-Guven, Leonardo Dueñas-Osorio, Devika Subramanian.

"Building and validating geographically refined hurricane wind risk models for residential structures," Natural Hazards Review, 15(3):1-10 (November 2014), with Devika Subramanian, Leonardo Dueñas-Osorio, Josue Salazar

"How risk perceptions influence evacuations from hurricanes and compliance with government directives," Policy Studies Journal, 41(2):319-341 (April 2013), with Birnur Buzcu-Guven, Leonardo Dueñas-Osorio, Devika Subramanian, and David Kahle

"Early voting and campaign news coverage," Political Communication, 30:278-396 (April 2013), with Johanna Dunaway

"The effect of election day vote centers on voter participation," Election Law Journal, 11(4):291-301 (September 2012) with Greg Vonnahme.

"Where, when and how we vote: Does it matter?" Social Science Quarterly.93(3):693-712.. (September 2012) with Greg Vonnahme.

"Prospectus for the Future Administration of Elections," Baker Center Journal of Applied Public Policy 4(1):45-57. (Spring, 2012)

"Engineering-based hurricane risk estimates and comparison to perceived risks in storm-prone areas," Natural Hazards Review, 13(1):1-12 (Spring 2012). with Leonardo Duenas-Osorio, Devika Subramanian and Birnur Girnur.

"Voting at non-precinct polling places: A review and research agenda," Election Law Journal, 10:307-11 (October 2011) with Greg Vonnahme.

"Interface network models for complex urban infrastructure systems." Journal of Infrastructure Systems, 17(4): 138-150 (2011), with Winkler, J., L. Dueñas-Osorio, R. Stein, and D. Subramanian.

"Performance assessment of topological diverse power systems subjected to hurricane events," Reliability Engineering and System Safety, 95:323-336. (April 2010). with James Winkler, Leonardo Duenas-Osorio and Devika Subramanian.

"Who evacuates when hurricanes approach? The role of risk, information and location," Social Science Quarterly. 91:816-834.(September 2010). With Leonardo Duenas-Osorio and Devika Subramanian

"Crunching collisions," Roads and Bridges 13:2 (April 2009), with Robert Dahnke, Ben Stevenson, and Tim Lomax.

"Voting technology, election administration and voter performance," Election Law Journal, 7:123-135 (April 2008) with Greg Vonnahme, Michael Byrne and Daniel Wallach.

"Engaging the unengaged voter: Voter centers and voter turnout," Journal of Politics. 2:487-497 (April 2008) with Greg Vonnahme.

"Assessing the Micro-Foundations of the Tiebout Model," Urban Affairs Review, 42:57-80 (September 2006), with Kenneth Bickers and Lapo Salucci.

"Who is Held Responsible When Disaster Strikes? The Attribution of Responsibility for a Natural Disaster in an Urban Election," Journal of Urban Affairs, 28:43-54 (2006) with Kevin Arceneaux.

"Voting for Minority Candidates in Multi-Racial/Ethnic Communities," Urban Affairs Review, 41:157-181 (November 2005) with Stacy Ulbig and Stephanie Post.

"Inter-Local Cooperation and the Distribution of Federal Grant Awards," Journal of Politics, 66:800-22 (August 2004) with Kenneth Bickers.

"Language Choice, Residential Stability, and Voting among Latino-Americans," Social Science Quarterly, 84:412-24, (June 2003), with Martin Johnson and Robert Wrinkle.

"Public Support for Term Limits: Another Look at Conventional Thinking." Legislative Studies Quarterly, 27:459-480. (August 2002) with Martin Johnson and Stephanie Shirley Post.

"Contextual Data and the Study of Elections and Voting Behavior: Connecting Individuals to Environments." Electoral Studies, 21:63-77 (March 2002), with Martin Johnson, W. Phillips Shivley. Also appearing in *The Future of Electoral Studies.* Mark N. Franklin and Christopher Wlezien, eds. Oxford: Elsevier Press (2003).

"The Congressional Pork Barrel in a Republican Era," Journal of Politics, 62:1070-1086 (November, 2000) with Kenneth Bickers.

"State Economies, Regional Governance, and Urban-Suburban Economic Dependence," Urban Affairs Review, 36:46-60 (Spring, 2000) with Stephanie Shirley Post.

"Reconciling Context and Contact Effects on Racial Attitudes," Political Research Quarterly. 53:285-303 (June, 2000), with Stephanie Shirley Post and Allison Rinden.

"The Micro Foundations of the Tiebout Model," Urban Affairs Review 34:76-93 (September, 1998) with Kenneth Bickers.

"Early Voting," Public Opinion Quarterly. 62:57-70 (Spring, 1998).

"Voting Early, But Not Often," Social Science Quarterly 78:657-677 (September, 1997) with Patricia Garcia-Monet.

"Building Majority Coalitions for Sub-majority Benefit Distributions," Public Choice 91:229-249 (June, 1997). with Kenneth Bickers.

"The Electoral Dynamics of the Federal Pork Barrel," American Journal of Political Science, 40:1300-1326 (November, 1996) with Kenneth Bickers.

"Privatization and the Arrangement of City Services," Estudios De Economia, 23:323 (August, 1996)

"A Portfolio Theory of Policy Subsystems," Administration and Society, 26:158-184 (August, 1994). with Kenneth Bickers

"Congressional Elections and the Pork Barrel," Journal of Politics , 56:377-399 (November 1994)

"Explaining State Aid Allocations: Targeting Within Universalism," Social Science Quarterly, 75:524-540 (September, 1994) with Keith E. Hamm

"Universalism and the Electoral Connection: A Test and Some Doubts," Political Research Quarterly, 47:295-318 (June, 1994) with Kenneth N. Bickers.

"Response to Weingast's 'Reflections on Distributive Politics and Universalism,'" Political Research Quarterly: 47:329-334 (June, 1994) with Kenneth N. Bickers.

"Arranging City Services," Journal of Public Administration: Research and Theory 3:66-93 (January, 1993).

"Alternative Means of Delivering Municipal Services: 1982-1988," Intergovernmental Perspective. 19:27-30 (Winter, 1993).

"A Federalist Explanation of Municipal Elections," The Midsouth Political Science Journal. 13:211-229 (June, 1992) with Cheryl Young.

"The Budgetary Effects of Municipal Service Contracting: A Principal-Agent Explanation," American Journal of Political Science. 34:471-502 (May, 1990).

"Economic Voting for Governor and U.S. Senator: The Electoral Consequences of Federalism," Journal of Politics 52:29-54 (February, 1990).

"Market Maximization of Individual Preferences and Metropolitan Municipal Service Responsibility," Urban Affairs Quarterly 24:86-116 (September, 1989).

"A Comparative Analysis of the Targeting Capacity of State and Federal Intergovernmental Aid Allocations: 1977-1982," Social Science Quarterly 68:447-466 (Sept., 1987). With K. Hamm.

"Tiebout's Sorting Hypothesis," Urban Affairs Quarterly, 22:199-225 (Sept., 1987).

"Federal Aid and The Mobilization of Black Political Influence." Research in Urban Policy, 2:97-117. (1986) with K. Hamm.

"The Fiscal Impact of U.S. Military Assistance Programs, 1967-1976." The Western Political Quarterly, 38:27-43 (March, 1985). with R. Stoll and M. Ishimatsu.

"Municipal Public Employment: An Examination of Intergovernmental Influences." American Journal of Political Science, 28:636-653 (November, 1984).

"State Regulation and the Political Consequences of Municipal Fiscal Stress." Publius, 14:41-54 (Spring, 1984).

"Implementation of Federal Policy: An Extension of the 'Differentiated Theory of Federalism'," Research in Urban Policy, 3:341-348 (1984)

"The Structural Character of Federal Aid: An Examination of Fiscal Impact," Research in Urban Economics, 4:167-186 (Fall, 1984).

"Trends and Prospects in State and Local Finance," Journal of Urban Economics, 14:224-241 (September, 1983) with P. Mieszkowski.

"An Analysis of Support for Tax Limitation Referenda," Public Choice, 40:187-194 (Winter, 1983) with K. Hamm and P. Freeman.

"The Political Economy of Municipal Functional Responsibility," Social Science Quarterly, 63:530-549 (September, 1982).

"The Effects of Reagan Domestic Budget Cuts: The Case of Houston," Texas Business Review, 13:11-18. (Oct.-Nov., 1982 ) with S.A. MacManus.

"The Targeting of State Aid: A Comparison of Grant Delivery Mechanisms," Urban Interest, 2:47-59 (Spring, 1981).

"The Allocation of Federal Aid Monies: The Synthesis of Demand-Side and Supply-Side Explanations," American Political Science Review, 75:334-343 (June, 1981).

"Functional Integration at the Substate Level: A Policy Perspective," Urban Affairs Quarterly, 16:211-233 (December, 1980).

"Federally Mandated Substate Regional Government: The Maintenance of Governmental Structures," Urban Interest, 1:74-82 (Spring, 1980).

"Federal Categorical Aid: Equalization and the Application Process," Western Political Quarterly, 32: 396-408 (December, 1979)

"The Electability of Women Candidates: The Effects of Sex Role Stereotyping, "Journal of Politics, 41:513-524 (May, 1979)  With R. Hedlund, K. Hamm, and P. Freeman.

"Regional Planning Assistance: Its Distribution to Local Governments and its Relationship to Local Grant Getting," The Journal of the American Institute of Planners, 43:871-891 (July, 1977)  With B. Hawkins.

**Chapters in edited volumes**

"Polling Place Practices,", in *Electoral Performance,* Charles Stewart III and Barry Burden, eds. Cambridge University Press, 2014:166-187. With Greg Vonnahme

"Early, Absentee, and Mail-in Voting," in *Handbook of American Elections and Political Behavior*, ed. Jan Leighley, Oxford University Press, 2010:182-199. with Greg Vonnahme.

"The Political Market for Intergovernmental Cooperation," in *Self-Organizing Federalism: Collaborative Mechanisms to Mitigate Institutional Collective Action Dilemmas,* eds., Richard C. Feiock and John T. Scholz Cambridge University Press. 2010:161-178.. With Kenneth N. Bickers and Stephanie Post

"Local Services, Provision and Production," in Encyclopedia of Public Administration and Public Policy, New York, Marcel Dekker, 2003: 734-748.

"The Politics of Revenue and Spending Policies," in John Pelissero, ed. Cities, Politics,and Policy. Washington, D.C.: CQ Press. 2002:217-236.

"Implications for Citizen Participation," in Paul Schumacher and Burdette Loomis eds. Choosing a President The Electoral College and Beyond. New York, Catham House, 2002 with Paul Johnson, Daron Shaw and, Robert Weissberg.  Pp. 125-142

"Devolution and the Challenge for Local Governance,",  in Ronald E. Weber and Paul Brace, eds. Change and Continuity in American State and Local Politics New York, Catham House. 2000:21-33

Robert M. Stein  
Department of Political Science

Page 9

"Contracting for Municipal Services," in P. Seidenstat, S. Hakim and G. Bowman eds. <u>Privatization of the Justice System</u>, McFarland and Co. Publishers. 1992: 82-107, with Delores Martin.

"Urban Public Policy Under Fiscal Stress: A Comparison of Spending and Employment Decisions," pp. 111-144, in Mark Gottdiner (ed.) <u>Cities Under Fiscal Stress</u>, Sage, 1986 with M. Neiman and E. Sinclair.

"The Texas Response to Reagan's New Federalism Programs: The Early Years," pp. 124-159 in, L. Bender and J. Stever, (eds.) <u>Managing the New Federalism</u>, Denver: Westview Press, 1986 with S.A. MacManus.

"Implementation of federal policy: An extension of the 'differentiated theory of federalism.' " pp. 341-348. in Terry Nichols Clark (ed). <u>Research in Urban Policy</u> Chicago: JAI Press, 1985

"Policy Implementation in the Federal Aid System: The Case of Grant Policy," pp. 125-155 in, G. Edwards (ed.) <u>Public Policy Implementation</u>, JAI Press, 1984.

"The Allocation of State Aid to Local Governments: An Examination of Interstate Variations," pp. 202-225. in, U.S. Advisory Commission on Intergovernmental Relations, <u>The Federal Influence on State and Local Roles in the Federal System</u>, U.S. Government Printing Office, 1982.

"The Impact of Federal Grant Programs on Municipal Functions: An Empirical Analysis," pp. 65-122 in, U.S. Advisory Commission on Intergovernmental Relations, <u>The Federal Influence on State and Local Roles in the Federal System</u>, U.S. Government Printing Office, 1981

"The Impact of Socio-Economic Environment on Revenue Policies," pp. 133-172. in, R. Bingham, B. Hawkins, and F. Hebert, <u>The Politics of Raising State and Local Revenues</u>, Praeger, 1978 with R. Bingham, B. Hawkins, and R. Robertson.

"Grant Seeking and the Allocation of Federal Grant-in-Aid Monies: The Case of Southeastern Wisconsin," pp. 199-219 in, John P. Blair and Ronald S. Edari, (eds.), <u>Milwaukee's Economy: Federal Programs, Local Resources and Community Action</u>, Federal Reserve Bank of Chicago, 1978

"Substate Regionalism: Another View From the States," pp. 69-102 in, Charles Tyer (ed.) <u>Substate Regionalism in the United States: Perspectives and Issues</u>, University of South Carolina Press, 1978

### **Recent papers, completed manuscripts, conference papers and invited presentations**

"Vote fraud and errant voting," Invited presentation at Department of Political Science, University of Nebraska, Lincoln, NE. April 25, 2013.

"Polling place practices," Prepared for presentation at the Measure of Elections Conference, June 18-19, 2012, Massachusetts Institute of Technology, Boston, MA

"Where, when and how we vote: Does it matter?" presented at the Scottish National Election Commission, Strathclyde University, Glasgow, Scotland. November 12-15, 2010.

"The future of elections," presented at the *Future of Governance Conference*, Howard Baker Institute of Government, University of Tennessee, Knoxville, Tx. October 14-15, 2010.

"Cost of elections," Presented at the 2010 Meeting of the Midwest Political Science Association, Chicago, Ill. April 3-5, 2000 with Greg Vonnahme.

Robert M. Stein                                                                                                          Page 10
Department of Political Science

"Early voting and campaign news coverage," 2010 Meeting of the American Political Science Association, Washington, D.C., Sept 1-3.

"The cost of elections." Report prepared for the Pew Charitable Trusts, 2009. With Greg Vonnahme.

"The effects of early voting on congressional campaign expenditures." Presented at the 2009 Meeting of the Midwest Political Science Association, Chicago, Ill. April 13-15, 2000 With Marvin McNeese

"The effects of Election Day vote centers on voter experiences." Presented at the 2008 Meeting of the Midwest Political Science Association, Chicago, Ill. April 3-5, 2008. With Greg Vonnahme

Whither the Challenger: Congressional Elections in Metropolitan America, Presented at the 2005 Meetings of the American Political Science Association, Washington, D.C., September 1-3, with Kenneth Bickers.

Assessing the Micro-Foundations of the Tiebout Model Presented at the 2005 Meetings of the Midwest Political Science Meetings, Chicago, Ill. April 2-5, with Kenneth Bickers and Lapo Salucci.

Electoral Reform, Party Mobilization and Voter Turnout Presented at the 2004 Meetings of the Midwest Political Science Meetings, Chicago, Ill. April 21-23, with Jan Leighley, Chris Owens.

The Role of Candidates and Parties in Linking Electoral Reforms with Voter Participation. Presented at the 2003 Meetings of the Midwest Political Science Meetings, Chicago, Ill. April 21-23, with Jan Leighley, Chris Owens.

Voting for Minority Candidates in Multi-Racial/Ethnic Communities. Presented at the 2003 Meetings of the Midwest Political Science Meetings, Chicago, Ill. April 21-23, with Stacy Ulbig and Stephan Post.

The within congressional district electoral connection. Presented at the 2002 Meetings of the American Political Science Association, Boston, MA August 28-September 2, with Kenneth Bickers.

Who Will Vote? The Accessibility of Intention to Vote and Validated Behavior at the Ballot Box, Presented at the 2001 Meetings of the American Political Science Association, San Franciso, CA., August 28-September 2, with Martin Johnson

Contextual Explanations of Presidential Vote Choice, Presented at the 2001 Meeting of the Midwest Political Science Association, Chicago, Illinois, April 13-15, with W.Philps Shivley and Martin Johnson.

The Changing Structure of Federal Aid and the Politics of the Electoral Connection Coalitions. Presented at the 2000 Meetings of the American Political Science Association, Washington, D.C., September 1-4. With Kenneth Bickers.

Accessibility and Contextual Explanations of White Racial Attitudes. Presented at the 2000 Meetings of the American Political Science Association, Washington, D.C., September 1-4. With W.Philps Shivley and Martin Johnson

Information, Persuasion and Orphaned Voters. Presented at the 1999 Meeting of the American Political Science Association, Atlanta, GA., September 1-4. With Martin Johnson

The Federal Pork Barrel and the Formation of Intergovernmental Grant-Seeking Coalitions Presented at the 1999 Meeting of the American Political Science Association, Atlanta, GA., September 1-4. With Kenneth Bickers.

The Congressional Pork Barrel in a Republican Era. Presented at the 1999 Meeting of the Midwest Political Science Association, Chicago, Illinois, April 13-15. With Kenneth Bickers

The Local Public Goods Market: A Definition, Measure, and Test, Presented at the 1998 Meeting of the American Political Science Association, Boston, MA, Sept. 3-6 10-12. With Stephanie Shirley Post.

The Ties that Bind: Urban and Suburban Dependency. Presented at the 1998 Meeting of the Midwest Political Science Association, Chicago, Illinois, April 10-12. With Stephanie Shirley Post

## Professional Associations

President, Urban Subsection, American Political Science Association, 1999-2000
President, Southwest Political Science Association, 1997-1998
Chair, Nominations committee, Southern Political Science Association, 1995
Nomination committee, Southern Political Science Association, 1993-94
Executive Council, Southwest Political Science Association, 1992-1994
Chair, nominations committee, 1993-94, Southwest Political Science Association.
Section Head, State and Local Government, 1993, Southern Political Science Association Meetings.
Section Head, State and Intergovernmental Relations, 1992 Midwest Political Science Association .
Executive Board, Urban Politics Section, American Political Science Association, 1990-1992
Executive Board, Southwestern Political Science Association, 1985-1991, 1993-1994
Program Chair, Southwestern Political Science Association Annual Meetings, 1983
Section Head, Intergovernmental Relations, Southern Political Science Association Meetings. 1983

## Ph. D. Thesis advisees

Albert Ellis, Ph.D. 1989, Associate Professor (deceased), University of Texas, Corpus Christi
Stephanie Post, Ph.D. 1998, Director, Center for Civic Engagement, Rice University
Martin Johnson, Ph.D. 2002. Professor and Chair, University of California-Riverside
Gavin Dillingham, Ph.D. 2004. Research Scientist, Houston Advanced Research Center
Johanna Dunaway, Ph.D. 2006. Associate Professor, Louisiana State University
Gregory Vonnahme, Ph.D. 2009. Assistant Professor, University of Missouri-Kansas City
Marvin McNeese, Ph.D. 2015
Andrew Menger, Ph.D. expected 2017

## Teaching

Urban Politics (undergraduate)
Public Policy (graduate and undergraduate)
Bureaucracy and Public Policy
Policy Implementation
Federalism
Political Behavior

Recent expert testimony

Expert Report in the case of Mark Wandering Medicine et al. v. Linda McCulloch et al. [voting rights case in the state of Montana] February-June, 2014.