# EXHIBIT INDEX

**Declarations**

| | |
|---|---|
| Exhibit 1 | Declaration of Jeff Anderson |
| Exhibit 2 | Declaration of Victor Armendariz |
| Exhibit 3 | Declaration of Allen Buckley |
| Exhibit 4 | Declaration of Faye Coffield |
| Exhibit 5 | Declaration of Martin Cowen |
| Exhibit 6 | Declaration of Hugh Esco |
| Exhibit 7 | Declaration of Jay Fisher |
| Exhibit 8 | Declaration of Aaron Gilmer |
| Exhibit 9 | Declaration of Ryan Graham |
| Exhibit 10 | Declaration of Derrick Lee |
| Exhibit 11 | Declaration of Cynthia McKinney |
| Exhibit 12 | Declaration of Ted Metz |
| Exhibit 13 | Declaration of John Monds |
| Exhibit 14 | Declaration of Eugene Moon |
| Exhibit 15 | Declaration of Hien Dai Nguyen |
| Exhibit 16 | Declaration of Wayne Parker |
| Exhibit 17 | Declaration of Darcy Richardson |

Exhibit 18        Declaration of Nicholas Sarwark

Exhibit 19        Declaration of Luanne Taylor

Exhibit 20        Declaration of Don Webb

Exhibit 21        Declaration of Nathan Wilson

Exhibit 22        Declaration of Richard Winger

**Deposition Excerpts**

Exhibit 23        Deposition of Chris Harvey (excerpts)

Exhibit 24        Deposition of Darcy Richardson (excerpts)

Exhibit 25        Deposition of Richard Winger (excerpts)

**Discovery Responses**

Exhibit 26        Plaintiffs' (Corrected) First Set of Requests for Admissions to the Defendant

Exhibit 27        Defendant's Responses to Plaintiffs' Corrected First Requests for Admissions

Exhibit 28        Plaintiffs' Second Set of Requests for Admissions to the Defendant

Exhibit 29        Defendant's Responses to Plaintiffs' Second Requests for Admissions

Exhibit 30        Defendant's Responses to Plaintiffs' First Interrogatories

Exhibit 31        Defendant's Responses to Plaintiffs' Second Interrogatories

## Pleadings

Exhibit 32    Complaint (ECF 1)

Exhibit 33    Answer (ECF 14)

## Other Evidence

Exhibit 34    Newspaper articles cited in Richardson Declaration

Exhibit 35    Application for Writ of Mandamus, *Dixon v. Poythress*, Civ. A. No. C-92177, (Fulton Cnty. Sup. Ct. 1982)

Exhibit 36    Jerry Schwartz and Ron Taylor, *McKinney Petition OK'd for 5th District Election*, Atlanta Constitution, Oct 30, 1982, at 1-B

Exhibit 37    Election Results 2000-2018 (excerpts)

Exhibit 38    Candidate Materials

Exhibit 39    Sara Jean Johnston, *Atlanta Socialist Worker Fights for Ballot Status*, The Militant, Nov. 26, 1982, at 4.

Exhibit 40    Petition-Verification Instruction Letters (Cowen Prod 100- 107)

Exhibit 41    De La Fuente Petition Sheets and ENET Printouts Reviewed by the Witness During Harvey Deposition (Cowen Production (excerpts))
[redacted; unredacted version to be filed under seal]

Exhibit 42    Appellant's Brief, *Green Party of Georgia v. Kemp*, No. 16-1169 (11th Cir. 2016) (excerpts); Appellant's Reply Brief, *Green Party or Georgia v. Kemp*, No. 16-1169 (11th Cir. 2016) (excerpts)