# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | **Declaration of Victor Armendariz** |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | |
| Defendant. | |

1. My name is Victor Armendariz. I am a Georgia native of Mexican descent, and I am a registered voter in Georgia's Sixth Congressional District.

2. I am an entrepreneur, media consultant, and radio personality. I host and co-host radio shows on local and national politics. I previously worked for many years as director of media for AmericasMart.

3. In 2016, I was the Republican nominee for U.S. Representative in the Fourth Congressional District. Although I did not win, I received more than 70,000 votes.

Plaintiff's SJ Exhibit 002

4. In 2009, I wrote to the Secretary of State's office to announce my intention to run as an independent candidate for the office of U.S. Representative in the Fourth Congressional District in 2010 and to ask how many petition signatures I would need to do so.

5. A copy of my inquiry letter is attached hereto as Exhibit A.

6. I wanted to run as an independent for two main reasons. First, my political views do not fit neatly within either of Georgia's two existing political parties – the Republicans or the Democrats. I tend to be fiscally conservative but socially libertarian. I describe myself as a "libertarian conservative." Second, I believe that there is a strong Democratic party identification among the voters of the Fourth Congressional District, and I believe that it hurts me politically in the district to have an "R" next to my name. As an independent, I think that I could get more voters to consider my candidacy.

7. Soon after I received a response from the Secretary of State's office indicating that I would need approximately 20,000 valid signatures, I began to collect signatures for my nominating petition. I used volunteers to help me knock on doors in the district.

8. My team gathered quite a few signatures, but I realized before long that we would not be able to gather the required number despite our hard work. I also learned that the Secretary of State's office had a history of

rejecting a high percentage of signatures, and I figured that I would need to gather almost double the number of signatures required. That struck me as an impossible task, and I therefore decided to drop my candidacy as an independent. I ran instead as a candidate for the Republican nomination. I appeared on the primary-election ballot, but I was not successful.

9. Based on my experience in 2010, I believe that it would be virtually impossible for me to satisfy the ballot-access requirements for independent candidates for U.S. Representative. The number of signatures required is just too high for me to achieve in the time available even with a team of solid volunteers.

10. Because running as an independent would be futile under current law, I have no plans to do so again. But if the ballot-access laws were more reasonable, I would seriously consider running again as an independent candidate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April __30__, 2019.

_____
Victor Armendariz

3

## Victor Armendariz

1909 Harrison Pk. Dr.

Atlanta, GA  30341

678-858-4234

2009 DEC 16 PM 3: 10

RECEIVED
SECRETARY OF STATE
ELECTIONS DIVISION

December 11, 2009

Karen C. Handel

Georgia Secretary of State

Attn: Elections

1104 West Tower, 2 MLK Jr. Dr.

Atlanta, GA  30334

Re: Request for Petition Forms

Ms. Handel:

I will be running for U.S. Congressman in Fourth District in 2010 on the Independent ticket. Please mail the required petitions and advise the number of signatures that I will need to acquire for this office. If there is any other information I need to be aware of, please advise.

Thank You.

Sincerely,

Victor Armendariz

1909 Harrison Pk. Dr.

Atlanta, GA  30341