IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Martin Cowen, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Brad Raffensperger, in his official capacity as Secretary of State of the State of Georgia, <br><br> Defendant. | Case No. 1:17-cv-04660-LMM <br><br> **Declaration of Allen Buckley** |

1. My name is Allen Buckley. I am a registered voter in Georgia's Thirteenth Congressional District.

2. I hold a bachelor's degree in accounting from Kent State University, a law degree from the University of Georgia, and an LL.M in tax law from the University of Florida.

3. I am currently employed by a limited liability company, of which I am the sole owner, as an attorney and certified public accountant with a solo practice in Atlanta, Georgia.

Plaintiff's SJ Exhibit 003

4. I have been involved with the Libertarian Party since 2003. I served one term on the executive committee of the Libertarian Party of Georgia. Recently, I (again) became a member of the executive committee.

5. I have run for statewide office in Georgia four times.

6. In 2004, I ran as the Libertarian candidate for U.S. Senator. I received 69,051 votes, or 2.1 percent, in a three-way race.

7. In 2006, I ran as the Libertarian candidate for lieutenant governor. I received 75,673 votes, or 3.6 percent, in a three-way race.

8. In 2008, I ran again as the Libertarian candidate for U.S. Senator. I received 127,923 votes, or 3.4 percent, in a three-way race with two write-in candidates.

9. Most recently, in 2016, I ran a third time as the Libertarian candidate for U.S. Senator. I received 162,260 votes, or 4.2 percent, in a three-way race with one write-in candidate.

10. I did not have to gather signatures on a nominating petition for any of those races, because the Libertarian Party of Georgia is qualified to nominate candidates for statewide office by convention.

11. In all of my races, I ran substantially (but not completely) on the Libertarian Party's national platform—particularly its emphasis on fiscal responsibility and balanced federal budgets—in addition to issues specific to Georgia.

12. The Libertarian Party's approach to fiscal issues is very different from positions of either the Republican or Democratic parties.

13. In 2007, when the total national debt was approximately $9 trillion, David M. Walker, as Comptroller General of the United States and head of the Government Accountability Office (GAO), said: "GAO's long-term simulations continue to show ever-larger deficits resulting in a federal debt burden that ultimately spirals out of control." Now, total debt exceeds $22 trillion, and the Congressional Budget Office (CBO) sees deficits averaging well over $1 trillion per year over the next decade. Federal revenue was $3.3 trillion in 2018. Based on past experience and knowledge, I believe the debt increase that will be experienced over the next decade will be much greater than that forecast by the CBO. As the CBO regularly states: That is not sustainable. Annually balanced federal budgets—supported by the Libertarian Party but neither the Democratic Party nor the Republican Party—would halt the growth of the debt. In 2017, I published in Tax Notes magazine an article that recommended a simpler tax system that produces balanced budgets each year that the U.S. is not experiencing a recession (or worse).

14. I believe that the Libertarian Party's vastly different approach to fiscal issues could and will attract a lot of voters in Georgia, but Georgia's ballot-access rules make it virtually impossible for the party to get its

candidates for the U.S. House of Representatives—which is largely responsible for the budget—on the ballot. Voters for whom fiscal sanity is an important issue have no good choices for U.S. Representative. The Libertarian Party could provide that choice.

15. In 2018, I supported Martin Cowen for the office of U.S. Representative in my district. I would have liked to see him on the ballot as the Libertarian Party's nominee, but I voted for him as a write-in candidate.

16. I understand that he is running again in 2020, and I would like to vote for him again, assuming he is the Libertarian Party's nominee.

17. I currently have no concrete plans to run for office again, but I would consider doing so if the right opportunity presented itself. But I would not likely run for U.S. Representative under existing law, because I do not believe that ballot access is reasonably achievable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10th, 2019.

_____
Allen Buckley