IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>    Defendant. | Case No. 1:17-cv-04660-LMM<br><br>**Declaration of<br>Faye Coffield** |

1.  My name is Faye Coffield. I am a registered voter in Georgia's Fourth Congressional District.

2.  I am a retired police officer, a longtime community activist, and a former aide to former U.S. Representative Cynthia McKinney.

3.  In 2008, I declared my intention to qualify for the general election ballot as an independent candidate for U.S. Representative in Georgia's Fourth Congressional District.

4.  I wanted to run as an independent because I did not want to be tied to any particular political party. I wanted to represent *the people*, not the party.

Plaintiff's SJ Exhibit 004

5. I made a genuine effort to gather enough signatures to qualify for the ballot.

6. I assembled a team of volunteers and began gathering signatures in April 2008. My team and I went door-to-door and tried to gather signatures on busy streets in the district. My team and I spent hundreds of hours gathering signatures over approximately two months.

7. I needed approximately 15,000 valid signatures in order to qualify for the ballot.

8. My team and I gathered approximately 2,000 raw signatures. I tried to turn them in to the Secretary of State's office in July 2008, but the Secretary of State would not accept the petitions because they did not contain the required number of signatures on their face.

9. I submitted the paperwork necessary to qualify as a write-in candidate, but that option offers virtually no opportunity for success.

10. The incumbent in the Fourth Congressional District, Hank Johnson, ultimately ran unopposed on the ballot in the 2008 general election.

11. During the course of my signature-gathering, I encountered many obstacles. Perhaps the biggest obstacle was fear of identity theft among potential signers. The petition form required the voter to provide a name, signature, date of birth, and address, which is more than enough information for a criminal to steal the signer's identity for nefarious purposes. Many of

the potential signers that my team and I encountered were worried about identity theft and therefore extremely reluctant to sign.

12. We also encountered many people who were reluctant to sign because they didn't want their name in the public record. They were fearful of public or private retribution for signing my petition.

13. A third significant obstacle was the lack of public places in the district to gather signatures. Virtually all of the places where large numbers of people congregate, like grocery stores, shopping malls, etc., are on private property. We could not solicit for signatures on private property and were relegated instead to gathering signatures on the public sidewalks, which are often far away from where people park to enter the stores.

14. My experience in 2008 convinced me that it is virtually impossible to qualify for the general-election ballot as an independent or third-party candidate for U.S. Representative. The system is rigged against us. Everyday citizens without money or party-backing are simply locked out of the process.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2nd 2019.

_____
Faye Coffield

3