IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | **Declaration of Aaron Gilmer** |
| Defendant. | |

1.    My name is Robin Aaron Gilmer.  I am a registered voter in Georgia's Ninth Congressional District, and I meet all of the qualifications for the office of U.S. Representative.

2.    I hold an undergraduate degree in accounting and computer science from Kennesaw State University and an MBA degree from Mercer University.

3.    I am currently employed as a senior compliance auditor with a large payroll administration company.

4.    I have been involved with the national Libertarian Party since I was in high school in the early 1990s.  I became involved with the Libertarian

Plaintiff's SJ
Exhibit

008

Party of Georgia approximately 10 years ago, and I have been active in the state party since then.

5.    I have served on the executive committee of the Libertarian Party of Georgia for almost 10 years.

6.    I have supported the executive committee in development of outreach plans for events such as the annual Atlanta Pride event at Piedmont Park for approximately 5 years.

7.    I previously ran for public office in 2014 as the Libertarian candidate for Public Service Commission, District 4. I received 122,326 votes, or 4.87 percent, in a three-way race.

8.    In 2010, I helped to gather signatures for Brad Ploeger, the Libertarian Party's nominee for State House District 59, which is located in Atlanta. I went door-to-door collecting signatures for him. Ploeger submitted approximately 3,000 signatures but did not get on the ballot because the Secretary of State rejected a high proportion of them.

9.    I began exploring the possibility of running for U.S. Representative in 2017. I met with some other Libertarians to formulate a strategy, and then I met with the party before moving ahead with the campaign.

10.    I made a genuine effort to gather enough signatures to qualify for the ballot.

2

11.    I needed approximately 19,000 valid signatures in order to qualify for the ballot, but I figured that I needed to gather many more than that to account for signatures that might be thrown out by the Secretary of State's office.

12.    I began collecting signatures just a couple of weeks after the petition period began. My main plan was to collect signatures at public events within the district.

13.    I quickly discovered that collecting signatures at public events did not prove fruitful. Many events in my district would not allow petitioning or political activities. Where I was allowed, I was only able to collect a handful of signatures at each event. The number of signatures would depend somewhat on the size of the event, and many of the events where I was allowed to gather signatures were quite small. But I also found that potential signers were often put-off by the prospect of giving personally-identifying information, such as a birthdate and home address, to a stranger because of the possibility of identity theft. I had many people refuse to sign my petition, even after a long conversation about my candidacy, because of their wariness about information required by the form.

14.    I also had a team of volunteers from the Lake Hartwell affiliate of the Libertarian Party of Georgia. They canvassed the Lake Hartwell area

3

on my behalf on several different occasions. I walked with them, going door to door, introducing myself, explaining my platform, and asking for signatures.

15.     I also hired a local petition-circulator, Donnie Webb, to gather signatures on my behalf. Webb is a supporter of the Libertarian Party and agreed to help me at no cost other than reimbursement for mileage and expenses.

16.     Over the course of the 180-day petition period, my team spent approximately 60 days gathering signatures.  Over those 60 days, I estimate that we spent about 150 hours gathering signatures.  We were not able to do more because of work schedules and family commitments – particularly on weeknights.

17.     My team gathered 308 raw signatures.  I turned them in at 1:33 p.m. on July 10, 2018 – 93 minutes after the statutory deadline.  I had planned to turn them in on time, but work and traffic delayed me.  I was told that I did not qualify for the ballot, but I have never been told how many of my signatures were valid.

18.     Gathering signatures was incredibly time-consuming and labor-intensive.  I also found it frustrating, because I had to spend so much time talking with voters *not* about me or my platform but rather about Georgia's ballot access restrictions and why I needed their personal information.  It

4

was a distraction from the substance of my ideas. Often half or more of my interaction with a voter had to be spent giving a civics lesson.

19.    Had I been able to get on the ballot, I believe that I would have been competitive against the incumbent, Republican Doug Collins. Libertarian views on the economy, privacy, and government intrusion are popular in rural north Georgia, where the district is located, and I believe that I would have gotten a lot of votes if I had been able to run a general-election campaign from the start. I would have broadened the discussion of the issues beyond the old left-right dichotomy.

20.    I ran my Ninth Congressional District campaign on a plan of lower taxes and less government. I used the policy positions posted on Doug Collins website and created talking points to contrast my policy positions. Campaign finance laws made it difficult to attract money due to the administrative requirements when holding a full time job. I self-funded my campaign with support from the Libertarian Party of Georgia to simplify my campaign so I could focus on collecting signatures. I faced time constraints with locating large events that would allow me to collect petition signatures to get onto the ballot that fit with my full time work schedule as a single parent.

21.    I am planning to run for office in 2020 as a Libertarian Party candidate, but I have not yet decided which office. I would most prefer to run

5

for U.S. Representative, but my experience in 2018 convinced me that it is virtually impossible to qualify for the general-election ballot as a Libertarian candidate for U.S. Representative.  The number of signatures required is just too high.

Georgia's Ninth Congressional District

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on May ___31___, 2019.

Robin Aaron Gilmer
Lumpkin County, Georgia