IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>　　Defendant. | Case No. 1:17-cv-04660-LMM<br><br>**Declaration of<br>John Monds** |

1. My name is John Monds. I am a registered voter in Georgia's Second Congressional District.

2. I have been involved with the Libertarian Party since 2004. I have served several terms on the executive committee of the Libertarian Party of Georgia.

3. I have run three times for statewide office in Georgia.

4. In 2008, I ran as the Libertarian candidate for Public Service Commission, District 1. I received 1,076,726 votes, or 33.4 percent, and I carried Clayton, DeKalb, and Hancock counties. I was also the first

Plaintiff's SJ Exhibit 013

Libertarian candidate ever to have received over one million votes in a statewide race.

5. In 2010, I ran as the Libertarian candidate for governor. I received 103,194 votes, or 4.0 percent, in a three-way race with two write-in candidates.

6. In 2014, I ran as the Libertarian candidate for Public Service Commission, District 1. I received 710,408 votes, or 31.7 percent, and I once again carried Clayton, Dekalb, and Hancock counties.

7. I did not have to gather signatures on a nominating petition for any of those races, because the Libertarian Party of Georgia is qualified to nominate candidates for statewide office by convention.

8. I do not believe that Georgia's ballot-access requirements for Libertarian candidates for U.S. Representative are reasonably achievable. In fact, I think they're impossible. It would take an army of volunteers or hundreds of thousands of dollars for paid petition circulators, and neither pathway is truly feasible when the prospect of actually achieving ballot access is so far from certain.

9. If I thought I could have gotten on the ballot, I probably would have run for U.S. Representative against the incumbent in my district, Sanford Bishop. But Georgia's ballot-access restrictions have deterred me from running for that position.

10. I currently have no concrete plans to run for office again, but I would consider doing so if the right opportunity presented itself. If Georgia's ballot-access restrictions were more reasonable, I would strongly consider running for U.S. Representative.

11. Whether the candidate is me or someone else, though, I would certainly like to vote for a Libertarian candidate for U.S. Representative in the future.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22nd, 2019.

*John Monds*
John Monds
Cairo, Georgia

3