# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | **Declaration of Eugene Moon** |
| Defendant. | |

1.     My name is Eugene Moon.  I am a lifelong resident of Hall County, Georgia, and I am a registered voter in Georgia's Ninth Congressional District.

2.     I am a longtime employee of an industrial equipment manufacturing company.  During my tenure with the company, I have held various professional positions in engineering, sales and marketing.

3.     I am also a longtime community servant and political activist.  I am a past chairman of The Liberty Council for Republican Congressman Tom Graves, a past chairman of Hall County Citizens for Efficient and Fair Government, and a past precinct captain for the Fork Road voting precinct.

Plaintiff's SJ
Exhibit

014

4.     In early 2010, I declared my intention to qualify for the general election ballot as an independent candidate for U.S. Representative in Georgia's Ninth Congressional District.

5.     I made a genuine effort to gather enough signatures to qualify for the ballot. I had a team of volunteers in each of the nine or so counties then-covered by the Ninth Congressional District.

6.     My teams gathered approximately 13,000 raw signatures—well short of the number required—though I had to throw some of them out because they were not on the form provided by the Secretary of State's office. I did not turn the signatures in because I knew that I would not qualify.

7.     While I was trying to get on the ballot for the 2010 general election, the incumbent in the Ninth Congressional District, Nathan Deal, resigned from office in order to run for governor. A special election to fill the seat was called for May 11, 2010, and I was able to qualify for the ballot as an independent without submitting any signatures.  Although I did not win, I believe that my conservative campaign contributed to the public discourse. I was the most conservative candidate in the race.

8.     The Republican nominee for U.S. Representative in the Ninth Congressional District, Tom Graves, ultimately ran unopposed on the ballot in the 2010 general election.

9.     My experience in 2010 convinced me that it is virtually impossible to qualify for the general-election ballot as an independent or third-party candidate for U.S. Representative.  The number of signatures required is just too many to gather in the course of the 180 days allowed – even with teams of good volunteers as I had.  I also learned that there is a minefield of legal technicalities that can lead to hundreds or thousands of signatures being thrown out.  I feel like the deck is stacked against independent and third-party candidates.

10.     Because ballot-access for independent candidates is so difficult, I have had to become a "Republican by proxy."

11.     I have run twice for the Republican nomination to a seat on the Hall County Commission in 2012 and 2016.  I narrowly lost both times, and my opponent each time ran unopposed in the general election.

12.     Because running for U.S. Representative as an independent would be futile under current law, I have no plans to do so again.  But if the ballot-access laws were more reasonable, I would seriously consider running again as an independent candidate if the right opportunity presented itself.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 28 , 2019.

Eugene Moon
Gainesville, Georgia

4