IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | **Declaration of** |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | **Hien Nguyen** |
| Defendant. | |

1. My name is Hien Dai Nguyen. I am a registered voter in Georgia's Fourth Congressional District.

2. I own a tax preparation business in Clarkston, Georgia, and I previously served one four-year term as a non-partisan member of the Clarkston City Council from 2003-2007.

3. I received commendations for my public service from the Georgia House of Representatives and the Georgia Senate. H.R. 893 (2005); S.R. 776 (2006).

Plaintiff's SJ Exhibit 015

4. In 2016, I filed a notice of candidacy and paid the filing fee to qualify for the general election ballot as an independent candidate for U.S. Representative in Georgia's Fourth Congressional District.

5. I wanted to run as an independent because my political views do not fit within the Democratic or Republican parties and because of my history of nonpartisan representation on the Clarkston City Council.

6. I made a genuine effort to gather enough signatures to qualify for the ballot.

7. I had a team of volunteers helping me gather signatures, and I used some paid circulators as well. My circulators concentrated their efforts in the predominantly minority communities of Dekalb, Gwinnett, and Rockdale counties.

8. My circulators gathered approximately 25,000 raw signatures.

9. I turned in my signatures to the Secretary of State's office on time. Approximately one month later, I received a letter from the Secretary of State's office informing me that only 528 of my signatures were valid. As a result, I did not qualify for the general-election ballot.

10. The State's office invalidated almost 98 percent of my signatures due to incomplete residential addresses, which is not clearly required from the signature's page.

11. My experience in 2016 convinced me that the signature requirement is not realistically achievable, particularly when the Secretary of State's office can invalidate so many. The number of signatures required is just too high.

12. I would consider running again as an independent for U.S. Representative if the ballot-access requirements were more reasonable, but running again under the current ballot-access requirements would be futile.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2019.

_____
Hien Dai Nguyen
Clarkston, Georgia

3