IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., <br><br>　　　Plaintiffs, <br><br>vs. <br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, <br><br>　　　Defendant. | Case No. 1:17-cv-04660-LMM <br><br><br>**Declaration of Nicholas Sarwark** |

　　　1.　　My name is Nicholas Sarwark. I am a U.S. citizen over the age of 18, and I reside in Phoenix, Arizona.

　　　2.　　I am the current chair of the Libertarian National Committee, which is the executive body of the Libertarian Party of the United States.

　　　3.　　I am serving my third term as chair of the Libertarian National Committee. I was first elected in June 2014, and I was re-elected in 2016 and 2018.

　　　4.　　I have been an active member of the Libertarian Party since 1999. Before being elected as chair of the Libertarian National Committee, I served on several of the Libertarian Party's national committees. I also

Plaintiff's SJ Exhibit 018

1

served as chair of the Libertarian Party of Maryland and vice chair of the Libertarian Party of Colorado.

5. The Libertarian Party of the United States is an American political party founded in Colorado Springs, Colorado, in 1971.

6. The Libertarian Party is organized in all 50 states plus the District of Columbia.

7. The Libertarian Party of Georgia, which was founded in 1972, is the official state affiliate of the national Libertarian Party in the state of Georgia.

8. The Libertarian Party generally promotes a platform dedicated to individual liberty, which is distinct from the Democratic Party's progressivism and the Republican Party's conservatism. Libertarians oppose government interference into an individual's personal, family, and business decisions. We believe that all Americans should be free to live their lives and pursue their interests as they see fit as long as they do no harm to another.

9. The Libertarian Party has adopted a national platform emphasizing personal liberty, economic liberty, balanced budgets, and national defense.[1]

10. The Libertarian Party has also taken policy positions on a

---

1   http://www.lp.org/platform/

number of contemporary issues.[2]

11. The Libertarian Party's platform and position on contemporary issues reflect policy preferences that are distinct from those of the Democratic and Republican parties.

12. On some contemporary issues, the Libertarian Party takes policy positions that are different from those offered by either the Democratic or the Republican party. For example, the Libertarian Party platform favors the repeal of laws creating victimless crimes, such as gambling, the use of drugs for medicinal or recreational purposes, and consensual transactions for sexual services. We support abolishing the Internal Revenue Service and phasing out the Social Security system.

13. On other contemporary issues, the Libertarian Party takes policy positions that align with those offered by the Democratic or Republican parties. For example, the Libertarian Party supports abolishing the death penalty, a position that the Democratic Party shares. The Libertarian Party also supports the individual right to keep and bear arms under the Second Amendment, a position that the Republican Party shares.

14. The Libertarian Party is currently the third largest political

---

[2] http://www.lp.org/issues/

party in the United States by voter registration.[3] Among the 50 states plus the District of Columbia, there are 31 jurisdictions where a voter can register as a Libertarian. (Georgia does not register voters by party.)  According to the most recent data collected by the party, there were 567,157 active voters registered as Libertarians in the fall of 2018 – a 92 percent increase over the last 10 years.

15. A 2010 study by David Boaz and David Kirby found that at least 14 percent of American voters have libertarian-leaning views.[4]

16. More recently, the Gallup Poll found in its 2015 Governance survey that 27 percent of respondents could be characterized as libertarians – the highest number that poll has ever found.  And, in 2018, the same Gallup poll found that 57 percent of Americans say that a third major political party is needed, marking the fifth straight year in which the poll found a majority support for a new third party.

17. The Libertarian Party currently has automatic ballot access in 33 states plus the District of Columbia. Georgia is the only state in the nation that considers the Libertarian party ballot-qualified for statewide offices but not for district offices.

---

3   http://ballot-access.org/2018/12/03/november-2018-ballot-access-news-print-edition/
4   David Kirby and David Boaz, *The Libertarian Vote in the Age of Obama*, Policy Analysis No. 658 (Cato Institute 2010), *available at https://object.cato.org/sites/cato.org/files/pubs/pdf/pa658.pdf.*

18. The Libertarian Party runs hundreds of candidates in every election cycle. These candidates seek positions ranging from city council to President of the United States. The Libertarian Party had 833 candidates on ballots in 2018.

19. The Libertarian Party has placed a presidential candidate on the ballot in all 50 states and the District of Columbia on five separate occasions, most recently in 2016.

20. Nationwide, the Libertarian Party runs numerous candidates for U.S. Representative. It is only the third political party since 1916 to have had a candidate for U.S. Representative on the ballot in a majority of congressional districts across the country.

21. Georgia is the only state in the nation where the Libertarian Party has not placed candidates for U.S. Representative on the ballot.

22. There are currently more than 180 elected officials affiliated with the Libertarian Party nationwide. There has been one statewide elected official and members of five state legislatures affiliated with the Libertarian Party.

23. Fifty-four Libertarians were elected to office in 2018 – a 59 percent increase over 2016. This includes the election of Jeff Hewitt as county supervisor in Riverside County, California. Hewitt's district has a population larger than 15 different states and an annual budget of more than

$5 billion.

24. In the last 10 years, Libertarian Party candidates have received tens of millions of votes.

25. The Libertarian Party's nominee for President of the United States in the 2016 election, Gary Johnson, received 4,489,341 votes -- the highest-ever vote total for a Libertarian candidate.

26. Nine different Libertarian candidates have received more than one million votes in statewide races since 2008. The first to do so was John Monds, the Libertarian Party's 2008 candidate of the Public Service Commission District 1 in Georgia. Three of the nine million-vote candidates were in Georgia.

27. The national Libertarian Party has identified a set of Libertarian policy issues that a plurality of Americans support, which the Republican and Democratic parties are not addressing. The national Libertarian Party would like to run a coordinated nationwide electoral campaign, pursuant to which Libertarian candidates for U.S. House in all 50 states and the District of Columbia will focus on promoting those policy issues.

28. In 1994, the Republican Party ran a coordinated nationwide campaign based on the "Contract with America." Rather than campaign independently within each district, Republican candidates rallied behind the national message crafted by then-congressman Newt Gingrich. As part of

6

that campaign strategy, the Republican Party attempted to run candidates in every congressional district in America, including districts in which they were almost certain to lose. The party succeeded in fielding candidates for more than 90 percent of the available seats and went on to win control of both houses of Congress in the 1994 election.

29. Similarly, with coordination and support from the national Libertarian Party, Libertarian candidates for the U.S. House can run in all 50 states and the District of Columbia on a unified platform that presents the Libertarian Party as a viable alternative to the Republican and Democratic parties. That coordinated strategy and messaging will support Libertarian candidates for U.S. Representative and promote the party as a whole.

30. The exclusion of Libertarian candidates for U.S. Representative from the ballot in Georgia harms our coordinated national electoral strategy and prevents us from presenting the Libertarian Party as a viable alternative for all voters nationwide.

31. Georgia's ballot-access restrictions thereby have a ripple-effect across the nation.

32. Even if the Libertarian Party had unlimited funds, federal campaign-finance laws would prevent the party from giving prospective Georgia candidates for U.S. Representative more than $10,000 per election cycle, and that is not nearly enough to give a candidate a reasonable chance

of collecting the necessary signatures.

33. The exclusion of Libertarian candidates for U.S. Representative from Georgia's ballot in election cycle after election cycle perpetuates the false impression that the Libertarian Party is only interested in running candidates for president. On the contrary, the Libertarian Party runs candidates for U.S. Representative in all 50 states and the District of Columbia, except Georgia. Moreover, in Georgia, Libertarians are numerous, enthusiastic, and turn out to support Libertarian candidates on election day, as demonstrated by the 162,260 votes that Alan Buckley, our candidate for U.S. Senate, received in 2016. But for Georgia's overly restrictive and burdensome ballot-access requirements for U.S. House, we would run congressional candidates in that state too.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May __29__, 2019.

_____
Nicholas Sarwark
Phoenix, Arizona