# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | **Declaration of Luanne Taylor** |
| Defendant. | |

1.     My name is Luanne Taylor.  I am a registered voter in Georgia's Sixth Congressional District and 49th State House District.

2.     In January 2018, I called the Secretary of State's office to inquire about the number of signatures required for me to run as an independent candidate for U.S. Representative in Georgia's Sixth Congressional District.

3.     I wanted to run for Congress as an independent because I am not interested in joining a political party.

4.     When the Secretary of State's office responded by email that the number was 20,918, I was shocked.  The number was so high that I was immediately deterred from running for Congress.


Plaintiff's SJ Exhibit

019

5.     I then asked the Secretary of State's office how many signatures would be required for me to run for the state house of representatives.

6.     I was told that I would 1,635 signatures to run for House District 49, where I live.

7.     I made a genuine effort to collect the necessary signatures.

8.     I gathered signatures door to door and at public events.

9.     Going door to door was frustrating, as I could only gather about one signature per hour, on average.

10.     Public events, like farmers' markets, yielded more signatures, but these weekly public events don't start until April (weather permitting).  I could collect about 45 signatures per 2.5 hour day at these events, but many signers did not live in my district.

11.     I was generally not allowed to gather signatures on private property like shopping malls and grocery stores.  I asked for permission to gather signatures at Northpoint Mall and at many other stores in my district, but I was routinely denied access.

12.     When I tried gathering signatures on public sidewalks in Alpharetta, I was often confronted by business owners who did not want me soliciting in front of their store.

13.     I also found that the notarization requirement was a burden.  At the last minute, I found a free notary at the City of Alpharetta.  Otherwise, I

2

had 37 pages on my petition, which would have cost me $148.  This expense came as a big surprise.

14.  I was ultimately able to gather 504 raw signatures on 37 pages, well below the number required for me to qualify for the ballot.

15.  My experience in 2018 convinced me that it is virtually impossible to qualify for the general-election ballot as an independent or third-party candidate for U.S. Representative, and it is not much easier to qualify as a candidate for State Representative. I have since become an advocate for improving our ballot access laws.  I advocated in support of reform during the 2019 legislative session, but, unfortunately, those bills got little interest from state legislators.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on May ___6___, 2019.

Luanne Taylor