IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, <br><br> Defendant. | Case No. 1:17-cv-04660-LMM <br><br><br> **Declaration of Don Webb** |

1. My name is Don Webb. I am a registered voter in Georgia's Eleventh Congressional District.

2. I have been involved with the Libertarian Party of Georgia since 2012.

3. I have served on the party's executive committee and have served as secretary of the party.

4. I want to vote for the Libertarian Party of Georgia's nominee for the office of U.S. Representative in my district.

5. Beginning in 2014, I have worked as a paid petition circulator and volunteer coordinator for Libertarian candidates in Georgia. I have

Plaintiff's SJ Exhibit 020

worked on a total of six campaigns, including five campaigns for Libertarian candidates in 2018.

6. When I gather signatures for a candidate running for a district office, I find that going door-to-door generally works best. Using a "walk-list" generated from the state's voter registration database, I can be reasonably assured that a potential signer lives behind each door I knock on. Gathering signatures in public places tends to be less effective, because it's difficult to know who is registered to vote in the candidate's district.

7. Gathering signatures, even door-to-door, is difficult, labor-intensive work. Working a full, eight- or nine-hour day, I find that I am able to gather 30 to 40 raw signatures on Saturdays and 15 to 25 raw signatures on other days.

8. Because I only work for candidates that I personally support, I charge a low rate of $3 per signature collected.

9. I have also worked with volunteer signature-gatherers. They tend to be slower and thus less effective than I am, and they are rarely willing to work for more than a few hours at a time.

10. I find that it is hard to convince people to volunteer to gather signatures for ballot access. Many Libertarian Party supporters and potential volunteers are discouraged by the Secretary of State's history of

rejecting so many signatures to keep candidates off the ballot. They do not want to spend time on what they reasonably believe to be a futile effort.

11. Based on my experience gathering signatures for six campaigns in the last five years, I do not believe that Georgia's signature requirement for Libertarian candidates for U.S. Representative are reasonably achievable. Even if I spent eight hours per day, seven days per week, going door-to-door over the 180-day petitioning window (a total of 1,440 hours), I believe that I could only gather about 4,800 raw signatures. That is well short of the number required for a single candidate, particularly when the Secretary of State's office routinely rejects a high proportion of signatures. And my work, even at my heavily discounted rate, would cost a candidate almost $15,000.

12. In order to have even a chance of gaining ballot access, a Libertarian candidate for U.S. Representative would have to bring in an army of paid petition circulators. Those circulators, collectively, would have to put in tens of thousands of person-hours gathering signatures door to door. And the costs for such an effort would likely run into the hundreds of thousands of dollars for each candidate.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17 2019.

*Don Webb*
_____
Don Webb