IN THE MATTER OF

# Cowen, et al. v. Raffensperger

Transcript of Deposition of
# Chris Harvey

On April 5, 2019

Reported by Joel P. Moyer
Certified Court Reporter



**DONOVAN REPORTING & VIDEO CONFERENCING**
*Certified Court Reporters*
237 Roswell Street  / Marietta, GA  30060
770.499.7499   800.547.1512
**Book online at www.donovanreporting.com**

Plaintiff's SJ
Exhibit

023

        IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION

MARTIN COWEN, et al.,
        Plaintiffs,

        vs.              CASE NO. 1:17cv04660-LMM

BRAD RAFFENSPERGER, in his official
capacity as Secretary of State of
the State of Georgia,
        Defendant.

                     - - -

            30(b)(6) Deposition of
       The Office of Brad Raffensperger,
 Secretary of State of the State of Georgia,
           through CHRIS HARVEY,

            Taken by Bryan L. Sells,

             Before Joel P. Moyer,
           Certified Court Reporter,

             At the Offices of
 Georgia Secretary of State Elections Division,
              Atlanta, Georgia,

           On Friday, April 5, 2019,
 Beginning at 10:02 a.m. & ending at 2:43 p.m.

                     - - -

                  VOLUME ONE

```
 1    APPEARANCES OF COUNSEL

 2    For the Plaintiffs:

 3              BRYAN L. SELLS
                The Law Office of Bryan L. Sells LLC
 4              PO Box 5493
                Atlanta, GA 31107-0493
 5              404.480.4212

 6    For the Defendant:

 7              CRISTINA M. CORREIA
                Georgia Office of the
 8                Attorney General
                40 Capitol Square, SW
 9              Atlanta, GA 30334
                404.463.0924

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**2**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2a1f

```
 1              INDEX TO PROCEEDINGS
 2                EXAMINATION INDEX
 3    CHRIS HARVEY
 4        Examination by Mr. Sells              4
          Examination by Ms. Correia         184
 5        Re-Examination by Mr. Sells        190
 6    Errata Sheet                           193
 7    Certificate Page                       194
 8    _____
 9                  EXHIBIT INDEX
10    Plaintiff's Exhibits
11     1    Notice of Deposition               7
12     2    Defendant's Responses to Plaintiffs'  92
            First Interrogatories
13
       3    Defendant's First Supplemental     92
14          Responses to Plaintiffs' First
            Interrogatories
15
       4    Defendant's Second Supplemental    92
16          Responses to Plaintiffs' First
            Interrogatories
17
       5    Defendant's Third Supplemental     92
18          Responses to Plaintiffs' First
            Interrogatories
19
       6    Spreadsheet showing the list of    96
20          petitions which have been submitted
            since 2014 through 2018
21
22
23
24    (End of Index)
25
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1              April 5, 2019
 2              10:02 a.m.
 3         (Whereupon the reporter provided a written
 4         disclosure to all counsel pursuant to
 5         Article 8.B. of the Rules and Regulations
 6         of the Board of Court Reporting.)
 7              MR. SELLS:  Let's go ahead and get
 8    started.
 9         (Whereupon the witness was sworn.)
10    CHRIS HARVEY,
11         being first duly sworn, was examined and
12         testified as follows:
13    EXAMINATION
14    BY MR. SELLS:
15         Q    All right.  This is the deposition
16    of the Office of the Secretary of State in the
17    matter of Martin Cowen, et al., versus Brad
18    Raffensperger.
19              Mr. Harvey, I'm Bryan Sells.  We've
20    met a number of time before, but I think this
21    is the first time I've had the privilege of
22    deposing you.  Is that right?
23         A    I believe that's correct.
24         Q    Yeah, yeah.  We've talked a number
25    of times, but would you state your name for the
```

**4**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   now Governor Kemp, to run this division;
 2   correct?
 3        A     That's correct.
 4        Q     Have you been asked by the current
 5   Secretary of State, Mr. Raffensperger, to stay
 6   on in this capacity?  Have you had any of those
 7   kinds of discussions?
 8        A     I have not.
 9        Q     Okay.  Do you expect to stay on?
10        A     I do.
11        Q     Okay.  All right.  So I want to
12   shift to the petition-checking process.  Tell
13   me in your own words how the Secretary of
14   State's office executes its duty to check
15   petitions, nomination petitions that are
16   submitted to the Secretary of State.
17        A     When they're generally turned in in
18   this office, we will take custody of them, give
19   a receipt to the person turning them in.  The
20   first thing we do is generally count the
21   rough -- the total number of signatures to see
22   if there's enough on the face to meet whatever
23   the standard is.
24              And then if there is, if there are
25   enough apparent signatures on the face, we
```

**32**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   generally copy or scan the petitions in, and
 2   then we will send them to the counties that are
 3   listed on the petition to have them verify or
 4   identify whether or not the signatures are
 5   valid.
 6            We generally transmit those to the
 7   counties.  The counties will send back their
 8   results.  And we will, if there's more than one
 9   county, we'll add up the total and make a
10   determination as to whether or not there's a
11   sufficient number of signatures, valid
12   signatures to have the petition meet its goal.
13            We then inform the candidate in
14   writing as to whether or not they were
15   successful.  And that's -- in a nutshell,
16   that's how we do it.
17       Q    I want to follow up on one thing you
18   said.  You count the total number of signatures
19   that appear on the face of a petition submitted
20   to the Secretary of State.  Is that number
21   recorded anywhere?
22       A    I don't know.
23       Q    And how do you go about that
24   process?
25       A    Generally, the deputy director would
```

**33**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1            MS. CORREIA:  Same objection.

2       A     I think the authority is for us to

3    determine.

4       Q     Okay.  What instructions does the

5    Secretary of State provide to counties when it

6    sends petitions and asks them to validate

7    signatures?

8       A     Send a letter explaining what the

9    petition is, what the race is, and then we give

10   them six basic categories that a signature can

11   go into to record or determine, based on that

12   criteria, whether or not it's a valid signature

13   and to report back to us the number of valid

14   signatures on the petitions they receive.

15      Q     Are there any other instructions

16   that the Secretary of State provides?

17      A     We provided training at conferences

18   generally.  But when we send a petition, we

19   generally send one, one page of instructions.

20      Q     Just to drill down on that for a

21   second, who sends from this office to the

22   county?

23      A     It's usually a letter from me.

24      Q     And who's the recipient of the

25   instructions?

**36**

Electronically signed by Joel Moyer (501-161-376-4513)                                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1   pages that I've given you, and then I'll ask
2   you some questions about them.
3        A      Okay.
4        Q      Okay.  And just for the record, I've
5   given you pages 100 through 107 of Cowen Prod;
6   is that correct?
7        A      Yes.
8        Q      Okay.  Great.  So can you identify
9   these documents?
10       A      These are -- well, the first one is
11  a copy of a letter sent to the Lamar County
12  Board of Elections and Registration, and then
13  there's the return form that they would use to
14  reply back the results that any county would
15  use.
16              And then the same for Henry County,
17  Spalding County.  And then, let's see, the last
18  one is another letter of instruction to county
19  election superintendents and registrars of
20  2016.
21       Q      And are these the instruction
22  letters that you were just referring to?
23       A      Yes.
24       Q      Okay.  And are these letters
25  representative of the letters that you would

**38**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   have sent at least in 2016?
 2        A    Yes.
 3        Q    Okay.  I noticed that there is a
 4   change between the letters -- the first two
 5   letters, which are dated July 12th, 2016 -- or
 6   excuse me.  The first three letters are dated
 7   July 12th, 2016.  And the third letter, which
 8   is dated July 14th, 2016, do you see that
 9   change?
10        A    I do.
11        Q    What's the change?
12        A    It's not specified to a specific
13   county election director or board.  And there's
14   also an unknown category in the codes.
15        Q    So the codes listed in the
16   instructions include an additional one, UK,
17   which stands for unknown; right?
18        A    Yes.
19        Q    Okay.  Do you recall why the letter
20   on July 14th has an additional code that the
21   letters on July 12th don't have?
22        A    I don't.
23        Q    Do you know who would have made that
24   change?
25        A    I don't.  I mean, presumably, it
```

**39**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1    information.

2        Q     Are there any changes to the

3    instructions or the verification form planned

4    for 2020?

5        A     Not at this time.

6        Q     Is there one person or any

7    particular individuals who deserve credit for

8    changing the verification form in 2018?

9        A     I'm sorry.  Can you ask that again?

10       Q     Yeah.  Is there a person or group of

11   people who deserve credit for changing the form

12   in 2018?

13       A     Not that I can recall.  I believe, I

14   believe I'm responsible for it.  I'm not

15   claiming credit for it, but I believe I'm

16   responsible for it.

17       Q     All right.  And is there anything

18   else you can recall about the reason for the

19   change?

20       A     Not that I recall, no.

21       Q     So what does the Secretary of

22   State's office do to ensure that counties

23   follow the instructions that are contained in

24   this letter?

25       A     We send them the information -- we

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1    send them the letters, and we tell them we

2    expect them to follow the instructions.

3         Q     Do you conduct any audits of the

4    verifications that are returned from the

5    counties to determine whether the county

6    election officials have complied with your

7    instructions?

8         A     We don't.

9         Q     Is there any repercussions for a

10   county that does not follow the instructions

11   that you have sent out?

12        A     Not from our office.

13        Q     Would there be repercussions from

14   some other office?

15        A     No.  If there was an appeal, if

16   there was further court action, I could see --

17   I see that in the realm of repercussions.  I'm

18   not aware of any county not following the

19   instructions.

20        Q     So would it be fair to say that the

21   Secretary of State's office doesn't actually

22   take any action to ensure that the counties

23   follow the instructions that you've laid out in

24   the instruction?

25        A     Well, we have them sign and verify

**46**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    that they've completed the process.  That's our
 2    certification.
 3         Q     But the verification isn't
 4    enforceable by law, is it?
 5         A     I don't know.
 6         Q     There's no penalty of perjury
 7    attached to it, is there?
 8         A     No.
 9         Q     The verification doesn't have to be
10    notarized or witnessed, does it?
11         A     No.
12         Q     What guidance does the Secretary of
13    State's office provide on what the law requires
14    for a signature on a petition to be considered
15    a valid signature?
16         A     Ask that again, please.
17         Q     Yeah.  What guidance does the
18    Secretary of State's office provide to county
19    election officials on what the law requires for
20    a signature on a petition to be considered
21    valid?
22         A     We refer them to the Georgia law
23    17 -- 21-2-170 and 21-2-171.  They're familiar
24    with the process of verifying signatures as
25    they do through absentee ballots and absentee
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   office.  Some will send one person.

 2        Q    And it's your understanding that the

 3   Secretary of State's office gives training on

 4   how to validate a petition signature at those

 5   conferences?

 6        A    We provide training.  We in the past

 7   have provided training on the petition process,

 8   not specifically how to verify a signature as

 9   in handwriting analysis.

10        Q    Okay.  We'll come back to that in a

11   second.  Does the Secretary of State's office

12   do anything to ensure that the people who were

13   actually doing the petition verification in the

14   county election offices have undertaken some

15   form of training?

16        A    No.

17        Q    In other words, the Secretary of

18   State's office leaves that training component

19   up to the counties as well; right?

20        A    Correct.

21        Q    All right.  I want to look at some

22   more documents that your attorneys have

23   produced to me.  These are also Bates numbered,

24   and we can refer to them as such.  So I've just

25   handed you what is Bates numbered Cowen Prod
```

**52**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

 1        Q      -- compared to the 2016?

 2        A      No, not upon a cursory review, no.

 3        Q      Was there training of a similar kind

 4    in 2018?

 5        A      I don't know.

 6        Q      Do you have any plans for future

 7    training on how to verify signatures on a

 8    nomination petition?

 9        A      We generally would train on that

10    cyclically when the issue would come up again,

11    so I would -- I can't say we have any specific

12    plans to do that, but I think that would be on

13    the training calendar for 2020.

14        Q      And are you aware of any changes to

15    the training plans for 2020?

16        A      No, because there is no specific

17    training planned.

18        Q      Okay.  And are you aware of any

19    changes that may have taken place in 2018 in

20    the training?

21        A      I'm not aware of any.

22        Q      Okay.  Does the Secretary of State

23    provide any training on handwriting analysis?

24        A      No.

25        Q      And you would agree with me that

**60**

Electronically signed by Joel Moyer (501-161-376-4513)                          ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1   signatures can change over time; correct?

2        A     They can.

3        Q     And even within a short period of

4   time, signing say on a table can be different

5   than signing on the street, on a clipboard;

6   right?

7        A     There are many things that can

8   affect a signature.  The atmosphere of the

9   setting could have an effect, I agree.

10       Q     And the Secretary of State's office

11  doesn't provide any guidance to county election

12  officials on how to account for those

13  reasonable differences in signatures; correct?

14       A     We don't have any specific training.

15  If a question were to come up, you know, we

16  would, you know, tell them they can use the

17  resources that are available on ENet, they can

18  go to any old signatures they may have on voter

19  registration applications, but we tell them

20  that the law gives them the authority to

21  determine signature.

22       Q     Does your office conduct any review

23  of county determinations that a signature

24  doesn't match?

25       A     No.

**61**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1     Q     Does your office keep any records as
2   to whether counties are rejecting signatures
3   for a no-match at higher rates than other
4   counties?
5     A     No.
6     Q     Does your office keep any records as
7   to any other basis for rejecting signatures
8   that might be higher in one county versus
9   another?
10    A     No.
11    Q     Would it strike you as a yellow
12  flag, if not a red flag, if a county were
13  rejecting signatures at higher rates than other
14  counties for any particular reason?
15    A     Not necessarily.
16    Q     Why not?
17    A     Well, there are lots of variables
18  when it comes to petitions, so I wouldn't
19  necessarily come to a conclusion that there was
20  anything wrong.
21    Q     So even if you were presented with
22  evidence showing that, let's say, Gwinnett
23  County was rejecting signatures because they
24  didn't match at much higher rates than other
25  counties, that wouldn't strike you as cause for

**62**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1  back, so that's the basis.

2      Q    Okay.  It's not based on any audit

3  of the results?

4      A    That's correct.

5      Q    Okay.  I want to ask you about

6  paragraph 65 on the next page which says --

7  which alleges the Secretary has no procedures

8  in place to ensure that county election

9  officials have examined the petition signatures

10 in accordance with the law and to the extent

11 necessary to determine their validity under

12 both federal and Georgia law.  Do you see that?

13     A    I do.

14     Q    And do you see on the answer that

15 you denied that allegation?

16     A    Yes.

17     Q    So what procedures are in place to

18 ensure that county officials have examined

19 petition signatures in accordance with law?

20     A    Well, again, we provide them the

21 instructions, and they provide fact results

22 based on those instructions.

23     Q    Okay.  So your denial is not based

24 on any audit of the results?

25     A    That's correct.

Donovan Reporting, PC                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                        ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        Q      Is there anything else that you're
 2   relying on for that denial?
 3        A      No.
 4        Q      Okay.  Paragraph 66 alleges that the
 5   Secretary's signature validation process
 6   results in many valid signatures being
 7   improperly rejected.  And you can also see that
 8   you denied that allegation.  What's the factual
 9   basis for denying paragraph 66 of the
10   Complaint?
11        A      I haven't seen any evidence that
12   shows that signatures have been improperly
13   rejected.
14        Q      And, again, you haven't conducted
15   any audit to determine whether the signatures
16   were properly verified or properly rejected?
17        A      Correct.
18        Q      And I'm going to ask you about
19   paragraph 69, which alleges that further
20   investigation or discovery is likely to
21   identify other instances where the Secretary's
22   signature verification process yielded similar
23   signature validation rates.
24               And you might need -- you might need
25   to read that in conjunction with paragraphs 67
```

**71**

 1    we've looked at here, how can the Secretary of

 2    State know that DeKalb County, whoever in the

 3    DeKalb County elections office, reviewed and

 4    validated these signatures in good faith?

 5        A    How can we know they reviewed and

 6    evaluated these?  Well, they've signed a form

 7    saying that they have reviewed the nomination

 8    petition and made the determination.

 9        Q    Well, of course, the person who

10    signs the form isn't necessarily the same

11    person who reviewed these signatures; right?

12        A    Right.  Maybe.  I don't know if it's

13    the same person or not.

14        Q    In other words, the county election

15    superintendent might delegate the task of

16    verifying signatures to a lower level person in

17    her office?

18        A    Yes.  This is not the county

19    election superintendent.

20        Q    Right.  Let me ask you, could the

21    Secretary of State undertake to double-check

22    some of these names or conduct an audit?

23        A    We could.

24        Q    Bit of a tangent, but does the

25    Secretary of State's office conduct audits in

**84**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1              We generally don't go back and audit
 2     things like this.  And, of course, the new law
 3     will require audits on election results, but
 4     that's a different issue.
 5        Q     The new law you're referring to is
 6     House Bill 316?
 7        A     Yes.
 8        Q     Okay.  If you had an ENet terminal
 9     in front of you right now, could you or someone
10     in your office who has expertise in ENet look
11     up this voter Wali, W-A-L-I, and see what they
12     could find?
13        A     Yes.
14              MS. CORREIA:  I'm going to --
15     objection because that's outside of the scope.
16     That's your number three, which is a different
17     designee for ENet, anything having to do with
18     ENet, but.
19              MR. SELLS:  He can answer.
20              MS. CORREIA:  Let him answer if he
21     can.
22        Q     He can answer that.
23        A     Yes.
24        Q     So just to be clear, the Secretary
25     of State's office, the elections division, has
```

**86**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   this ENet tool at its disposal with which it
 2   could conduct an audit if it chose to do so?
 3        A     Yes, we have access to that.
 4        Q     All right.  We're going to look at
 5   some more pages of Mr. Nguyen's petition.
 6   Okay?  So I've handed you more pages of
 7   Mr. Nguyen's petition.  This is also from Cowen
 8   Prod Volume 3, you see up in the upper
 9   left-hand corner.
10             And here we have pages 3346 of 11083
11   through 3356 of 11083?
12        A     Yes.
13        Q     And this page, which I think you can
14   tell from the front, is Gwinnett County's pages
15   of the petition.
16        A     I see that.
17        Q     Do you see that?
18        A     I do.
19        Q     So take a moment to review, and
20   these are also pages one through five of the
21   petition.  It's the same pages that we looked
22   at just a moment ago that were sent to DeKalb
23   County, but these same pages were sent to
24   Gwinnett County to verify the voters in
25   Gwinnett County who signed the petition.  Do
```

Donovan Reporting, PC                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        A     No.
 2        Q     So how does the Secretary of State
 3   know that they checked the individual
 4   signatures that appear on page one or, frankly,
 5   on any of these five pages that you have before
 6   you?
 7        A     Because they signed a form saying
 8   they checked and they reviewed them.  That's
 9   how.
10        Q     And the Secretary of State's office
11   did no follow-up when it got this back --
12        A     Correct.
13        Q     -- to -- okay.  Now, I want to ask
14   you about both the Gwinnett County and the
15   DeKalb County petitions that we've just looked
16   at from Mr. Nguyen.  Do the markings on these
17   petition pages comply with the instructions
18   that you gave to the counties in 2016?
19        A     Gwinnett does not.  I believe DeKalb
20   does although DeKalb doesn't put their number
21   at the bottom left is they're requested.
22        Q     So DeKalb doesn't either; correct?
23        A     Correct.
24        Q     So when you receive back petitions
25   that on their face in a matter of less than 30
```

**91**

Electronically signed by Joel Moyer (501-161-376-4513)                          ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1  seconds you can determine don't comply with the

2  instruction, what does the Secretary of State's

3  office do?

4      A    We focus on what they certify on

5  what their final results are.

6      Q    Even when it is apparent that the

7  county elections offices did not follow the

8  instructions they were given?

9      A    Yes.

10      (Whereupon documents were identified as

11      Plaintiff's Exhibit 2, Plaintiff's

12      Exhibit 3, Plaintiff's Exhibit 4, and

13      Plaintiff's Exhibit 5.)

14      Q    All right.  So I have some more

15  documents for us to look at, and these I think

16  I do want to mark as exhibits.  These are

17  your -- some of your responses to the

18  Plaintiffs' interrogatories.  They don't have

19  any Bates numbering on them, so I'm going to

20  hand them to the court reporter for marking

21  just to keep them organized.

22          So, Mr. Harvey, you can grab those

23  and take a look at them.  All right.  So what

24  you should have in front of you are the

25  Defendant's Responses to Plaintiffs' First

**92**

Electronically signed by Joel Moyer (501-161-376-4513)                          ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1              THE WITNESS:  I don't believe so.  I
 2   don't think -- I don't think that's our
 3   expectation.
 4              MS. CORREIA:  Okay.  That's all.
 5              MR. SELLS:  Okay.
 6       Q     So which of these petitions since
 7   2014 are for Congress?
 8       A     I see three.
 9       Q     Okay.  Which ones are those?
10       A     I see Martin Cowen, and I see Aaron
11   Gilmer, and I see Hien Nguyen.
12       Q     That's H-I-E-N Nguyen.  Okay.  And
13   of those, only Mr. Nguyen's petition do we have
14   a validation rate and the known number of valid
15   signatures; correct?
16       A     Correct.
17       Q     And that is 2.08 percent; right?
18       A     Yes.
19       Q     Do you know about how long it took
20   to validate Mr. Nguyen's petition?
21       A     I don't recall.
22       Q     Is there a way we could tell from
23   the documents that you've provided?
24       A     We -- you probably could.
25       Q     And how would I do that?
```

**100**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   validate.  Fair to say?
 2        A     The fewer signatures, the less time
 3   it's going to take generally.
 4             MR. SELLS:  Okay.  All right.  How
 5   are we doing on breaks?  Want to push forward?
 6             MS. CORREIA:  Well, how much longer
 7   do we have?
 8        (Proceedings in recess, 12:31 p.m. to
 9        12:41 p.m.)
10        Q     All right.  So back on the record
11   after a short break.  Mr. Harvey, we were just
12   talking about protecting PII.  And, again, I
13   thank you for being mindful as we went over the
14   Nguyen petitions.  But, generally speaking, why
15   is protecting PII important?
16        A     Well, first, because in many cases
17   it's the law with what we do.  And it's
18   important to protect people's private
19   information so they don't become targets of
20   scams or crimes or identity theft, something
21   like that.
22        Q     And scammers, identity thieves, they
23   use PII to cause harm in some way to
24   unsuspecting victims; right?
25        A     They can, yes.
```

**106**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1       Q     And PII includes things like birth
 2   date; right?
 3       A     That's part of it, could be part of
 4   it.
 5       Q     In fact, birth date is identified as
 6   PII according to Georgia law.  You may or may
 7   not know that, but that's why we have the
 8   protective order in this case.
 9       A     Right.
10       Q     Do you know what kinds of identity
11   theft a person can commit with simply a name,
12   address, and birth date?
13             MS. CORREIA:  I'm going to object as
14   to the scope, but he can answer if he knows.
15       A     I don't know specifically.  I've
16   never, never done that, but I would assume
17   accounts could be opened or cards could be
18   gotten under a name or a date of birth, but I
19   don't know specifically.
20       Q     If a stranger knocked on your door
21   and asked you to give your birth date, would
22   you do it?
23       A     Not without a very compelling
24   reason.
25       Q     Do you think it's incongruous then
```

**107**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   that in order to get on the ballot a potential
 2   candidate has to ask for information from
 3   strangers that could be used to commit identity
 4   theft?
 5        A     I think that the more information
 6   that a voter can provide, the better chance
 7   that the signature can be identified by the
 8   county registrar.  It's not required that they
 9   provide a full date of birth.
10             You also do that when you register
11   to vote.  People go door to door with voter
12   registration and have that same -- that's up to
13   the individual -- I guess the person who's
14   being asked whether or not they want -- they
15   trust the person or they believe what's being
16   done is an appropriate use of that information.
17        Q     But it's fair to say there's
18   attention nowadays, given the prominence of
19   identity theft, that we as a society require
20   candidates to ask strangers for what is legally
21   protected PII in order to get on the ballot,
22   isn't it?
23             MS. CORREIA:  Same objection.
24        A     I think that's a, that's a concern.
25        Q     Would you agree that it makes it
```

**108**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   harder for candidates or prospective candidates
 2   to get that information from strangers?
 3        A    I don't know.  I know that in many
 4   cases people provide a portion of the date of
 5   birth, which a portion of which is better than
 6   none in terms of from a county verification
 7   point of view.
 8        Q    In fact, we saw that on Mr. Nguyen's
 9   petition.  A lot of people didn't supply a full
10   birth date but just birth year; right?
11        A    Right, nor -- they also didn't
12   supply street addresses and in some cases
13   legible printed names.
14        Q    Right.  And at least as regards to
15   the birth date or birth year versus birth date
16   and city versus street address and city, that
17   may be an effort by the voter to protect some
18   degree of privacy and safety from identity
19   theft; correct?
20        A    It may be.  I don't know what was in
21   the mind of the voter when they didn't provide
22   their address.  I don't know that a lot of
23   people are terribly concerned about addresses
24   being public.
25        Q    And do you know whether it is the
```

Electronically signed by Joel Moyer (501-161-376-4513)          ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   policy of an arm of the state government here
 2   in Georgia to advise people not to share things
 3   like birth dates?
 4           MS. CORREIA:  I'm going to object as
 5   to beyond the scope of this deposition, but he
 6   can answer if he knows.
 7       Q    Yeah.  You may not know.
 8       A    Ask it again.  If --
 9       Q    Yeah.  So I didn't phrase that very
10   well, but do you know whether the State of
11   Georgia encourages people not to share things
12   like birth dates?
13       A    I can't say what the State of
14   Georgia encourages.
15       Q    Like the Attorney General's office,
16   for example?
17           All right.  I want to look at some
18   more petitions.  We're going to do it a little
19   differently this time.  Okay.  And, again,
20   before I hand you these, I want to give you the
21   same warning that the petitions have PII on
22   them, so if we can avoid it, let's not read the
23   information into the record.
24           And I'm going to be giving you two
25   pages that are meant to be looked at side by
```

**110**

```
 1   side.
 2       A    Okay.
 3       Q    Okay.  One is a page from Rocky De
 4   La Fuente's petition which was produced in this
 5   litigation by the Secretary of State's
 6   attorneys, and the other is some information
 7   from ENet which was produced by the Secretary
 8   of State's office in this case.
 9            Okay.  So the two documents I've
10   just given you are page -- the petition page is
11   Cowen Production Volume 2, page 3460 of 6266.
12       A    Yes.
13       Q    And the ENet page is Cowen
14   Production 5, page 143, and on the back is page
15   144.  Do you see that?
16       A    I do.
17       Q    Okay.  I'd like to draw your
18   attention first to line 12 of the petition.
19       A    Okay.
20       Q    Can you read the printed name there?
21       A    Yesh, Yesha, possibly Brown Owen on
22   line 12.
23       Q    Okay.  And is there a mark next to
24   Ms. Brown's name?
25       A    No.
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1        Q      So do we know why Fulton County

2    rejected this --

3        A      Do not.

4        Q      -- signature?

5        A      Do not.

6        Q      Now I'd like you to look over at the

7    ENet page, which is the voter record for Keisha

8    Brown.  Do you see that the birth date matches?

9        A      I -- if I were looking at the

10   petition, I don't know that I could determine

11   what this birth date is.  The birth date on the

12   petition is illegible to me, so.

13       Q      Do you see that the address matches?

14       A      I do see the address matches.

15       Q      And if you'll turn over the page,

16   you can see Ms. Brown's signature.  Does that

17   look like a match to you?

18       A      I would consider that a match.

19       Q      Okay.

20       A      Probably.

21       Q      Now, looking again at the first page

22   of the ENet, now, I don't know ENet as well you

23   do, but it looks to me like Ms. Brown was

24   inactive or listed as inactive in 2016, but

25   that was after she signed the petition.  Do you

**112**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   see that?
 2       A     She was made -- I see her inactive
 3   as of October 12th, '16.  Is that what
 4   you're -- is that what you're talking about?
 5       Q     Yes.  And you can see from the
 6   petition that she signed it on July 11th, 2016.
 7       A     Uh-huh, yes.  I see that.
 8       Q     Okay.  So now why was this signature
 9   not verified?
10       A     I can't explain.
11       Q     Does this page comply with the
12   instructions that would have been given to the
13   Fulton County elections superintendent?
14       A     No.
15       Q     And if she signed a petition on the
16   11th of July, should she have been inactivated
17   in October of that year for having no contact
18   with the Secretary of State's office?
19       A     No.
20       Q     So would it be fair to say that this
21   is a mistake?  The failure of Fulton County to
22   validate Ms. Brown's signature and give her
23   credit for signing should not have happened?
24       A     I would think I would agree with
25   that.
```

**113**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

 1       Q     And all the information that's
 2   necessary to determine that is in ENet, and
 3   your office could have checked that?
 4       A     We could have looked it up in ENet.
 5       Q     Yeah.  And so the reason why the
 6   Secretary of State's office didn't discover
 7   this error is because it didn't undertake any
 8   effort to discover this error; right?
 9       A     Is that a question?
10       Q     Yes.
11       A     We did not, we did not investigate
12   this signature.
13       Q     And I promise you, we're not going
14   to go over every page of Mr. De La Fuente's
15   petition, only a few.  But I do want to state
16   for the record, we could be here all day
17   looking at errors on petitions.
18             So I'd like to draw -- for the
19   record, what I've handed you is page 4010 of
20   6266, and that's in Cowen Production Volume 2.
21   It's page 28 of Rocky De La Fuente's 2016
22   presidential petition.  And the ENet page is
23   Cowen Production 5, pages 61 and 62.
24       A     I see that.
25       Q     Do you see that?

**114**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        A     I do.
 2        Q     Okay.  And so I'd like to draw your
 3   attention to line 13.
 4        A     Okay.
 5        Q     Can you read the name on line 13?
 6        A     It looks like Crystal Bickerstaff.
 7        Q     And what is Crystal's birthday, just
 8   looking at the petition?
 9        A     You want me to read the PII?
10        Q     Oh, no.  I don't want you to read
11   the PII.  Thank you for catching me.  Can you
12   read Crystal's birthday?  I don't want you to
13   put it in the record, but just tell me if you
14   can read it.
15        A     I can see numbers that may
16   constitute a birth date, but there are some
17   marks that I can't tell if they're ones or
18   slashes or dividers, if that makes sense.
19        Q     Yes.
20        A     I see numbers arrayed in a way that
21   gives me sort of two possibilities for
22   birthdays.
23        Q     Okay.  And tell me, can you read her
24   address?
25        A     Do you want me to read it, or can I
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   read it?
 2        Q     No, can you.
 3        A     I can read it, yes.
 4        Q     We don't need to get into the
 5   address.  It's legible to you?
 6        A     It is.
 7        Q     Okay.  And, again, she's in Fulton
 8   County, and these are Fulton County pages which
 9   you can tell because there's a mark next to
10   another Fulton County name on line 14; right?
11        A     Correct.
12        Q     So there's no mark next to line 13,
13   Ms. Bickerstaff's name.  And that means that
14   her signature was not verified; correct?
15        A     Probably not.
16        Q     Yeah.
17        A     I don't believe it would be.
18        Q     And there's in fact no marking next
19   to her name?
20        A     Correct.
21        Q     Now, the fact that there's no
22   marking means that the Fulton County elections
23   office didn't comply with your instructions;
24   correct?
25        A     Correct.
```

**116**

```
 1       Q     They should have made some mark to
 2   indicate why they rejected Mr. Bickerstaff's
 3   signature; correct?
 4       A     Yes.
 5       Q     And if you look at the ENet page,
 6   can you confirm that it is indeed Ms. Crystal
 7   Bickerstaff on page 61?
 8       A     It is.
 9       Q     And the birth date matches what she
10   put on the petition?
11       A     That is.
12       Q     And the address matches what she put
13   on the petition?
14       A     It does.
15       Q     And was she an active voter at the
16   time she signed the petition?  Can you tell
17   from the ENet page?
18       A     What is the date?  I believe so,
19   yes.  I believe she was active.
20       Q     And if you'll turn the page over,
21   you can see her signature.  Is that a match
22   with what she put on the petition?
23       A     I believe it is.
24       Q     So sitting here today, do you know
25   of any reason why Ms. Bickerstaff's signature
```

**117**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1    on Mr. De La Fuente's petition was rejected?

2         A      I don't have an answer.

3         Q      Was Ms. Bickerstaff given credit for

4    signing Mr. De La Fuente's petition?

5         A      It does not appear so.

6         Q      Now, I should have asked this with

7    respect to the last one as well, but the county

8    superintendent would have access to the same

9    ENet record that we're looking at here that we

10   just -- Ms. Bickerstaff's record, which is page

11   61 and 62.

12             They would have access to this in

13   electronic form, not paper form; correct?

14        A      That's correct.

15        Q      So the Fulton County officials could

16   have looked up her address, which you could

17   read and it would have popped up her record,

18   maybe some others if she -- if there were more

19   than one voter registered at that address.  But

20   they could have performed that search; right?

21        A      I believe so, yes.

22        Q      And as you sit here today, can you

23   think of any reason why her signature was not

24   verified?

25        A      I, I don't have a reason.

**118**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        Q     And is there any reason why the
 2   Secretary of State's office could not have
 3   discovered this error?
 4        A     No.
 5        Q     We're going to beat up on Fulton
 6   County for a little while here, so some more
 7   pages of the petition.  Okay.  I've just given
 8   you, again, more pages of Mr. De La Fuente's
 9   2016 petition.  These are from Cowen Production
10   Volume 2, and it's page 3470 of 6266, and the
11   corresponding ENet pages are from Cowen
12   Production 5, page 71 and 72.
13             Now, I'd like to direct your
14   attention to line one.  Can you read the name
15   on line one?
16        A     I believe I can.
17        Q     Okay.  What is the name?
18        A     I believe it's Danielle Ferrell.
19        Q     Right.  It's F-E-R-R-E-L-L.  Can you
20   read her birth date?
21        A     I can.
22        Q     Can you read her address?
23        A     I can.
24        Q     And there's no mark next to
25   Ms. Ferrell's name there; correct?
```

**119**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1        A       There's not.

2        Q       And so whoever verified this page

3    didn't comply with your instructions; right?

4        A       That's correct.

5        Q       And if you look at the ENet page,

6    you can confirm that the birth date matches?

7        A       Yes.

8        Q       It's Danielle Nicole Ferrell?

9        A       Yes.

10       Q       Now, the current address doesn't

11   match; right?

12       A       It's a different number, but street

13   I believe is the same.

14       Q       But if you look at her previous

15   addresses, there's a match; right?

16       A       Yes.

17       Q       Okay.  So I don't know enough about

18   ENet to know if it's possible to determine what

19   would have been her address when the

20   verification took place, but it's certainly

21   possible that the address was changed to the

22   current number on Boone Boulevard after she

23   signed; right?

24       A       Yes.

25       Q       Now, was she an active voter at the

**120**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   time that she signed this and the petition was
 2   verified?
 3        A    Yeah, I believe she was.
 4        Q    Okay.  And she became an inactive
 5   voter on August the 12th, 2016; isn't that
 6   correct?
 7        A    Correct.
 8        Q    Now, she should not have become an
 9   inactive voter after -- two months after having
10   signed a petition; correct?
11        A    Correct.
12        Q    And so she was not given credit for
13   having signed this petition?
14        A    Correct.
15        Q    And if you'll turn the page over,
16   you'll see the signature.  And would you
17   consider that a match?
18        A    Probably, although it's not as close
19   a match as some of the other ones we've looked
20   at.
21        Q    But you would consider that a match,
22   close enough?
23        A    I don't -- you know, looking at it,
24   it's -- the D in Danielle is consistent, but
25   not a whole heck of a lot else.  I don't see --
```

Electronically signed by Joel Moyer (501-161-376-4513)        ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1   I don't see really anything that looks like
2   Ferrell or Ferrell in the second part of that
3   signature, so I'm not sure I would consider
4   that a match.
5          It starts off looking like it.  But
6   then you look at the last name, I'm not sure
7   that -- I'm not sure that it does match.
8       Q    So either Ms. Ferrell signed this
9   form or an imposter signed the form who knows
10  Ms. Ferrell's accurate birth date and residence
11  address?
12      A    Well, I don't know who signed the
13  form.  It could -- you know, it happens that
14  sometimes other family members will sign for
15  people that are not present.  I can't account
16  for that.  But you asked the question does it
17  match.  I don't really think it matches.
18      Q    And the signature wasn't rejected
19  for a failure to match a signature, failure to
20  match with the voter record, because there's no
21  code next to number one that would indicate
22  that; right?
23      A    I agree.
24      Q    Would you consider this an error to
25  reject her signature?

**122**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1        A        I would consider it an error to not

2    document what happened with her signature.  If

3    they had rejected it based on the signature not

4    matching, I'm not sure I would consider that an

5    error based on the signature.  But they did not

6    follow the instructions we asked them to.

7        Q        And the Fulton County elections

8    office had access to the ENet record that we

9    just looked at and could have either accepted

10   or rejected the signature based on a match or

11   no-match in their discretion; right?

12       A        That's correct.

13       Q        And the Secretary of State's office

14   could have, using the same ENet record, checked

15   that verification or rejection?

16       A        That's correct.

17       Q        All right.  Let's turn to DeKalb

18   County just so you don't think that the

19   problems are all in Fulton County.  So I've

20   given you another page and another ENet record.

21   The petition page is Cowen Production Volume 2,

22   page 1565 of 6266.  This is a page from Rocky

23   De La Fuente's 2016 presidential petition.

24            And the corresponding ENet page is

25   Cowen Production 5, page 188 and 189.  And I'd

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   like you to direct your attention to line ten.
 2        A     Okay.
 3        Q     Can you read the name on line ten?
 4        A     I believe Porscha Bryant.
 5        Q     And there's a mark next to
 6   Ms. Bryant's name.  Do you see that mark?
 7        A     The red mark?
 8        Q     Yes, the red mark.
 9        A     I do.
10        Q     What is the mark?
11        A     The letters NR.
12        Q     And what does NR mean according to
13   your instructions that would have been given at
14   the time that Mr. De La Fuente's petition was
15   verified?
16        A     Not registered.
17        Q     Okay.  So it means that Porscha
18   Bryant is not registered.  Let's look at page
19   188, Porscha Bryant's voter registration
20   record.
21        A     Okay.
22        Q     Okay.  Do you see Ms. Bryant there?
23        A     I do.
24        Q     Okay.  Is she registered?
25        A     She is.  And this is for Rocky De La
```

**124**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1   Fuente.  Okay.

2        Q    Yes.  And do you see that her

3   previous address is the same one she put on the

4   form, on the petition form, Wesley Club Drive?

5        A    Yes.

6        Q    Was she an active voter at the time

7   that she signed and at the time that the

8   petition would have been verified?

9        A    Yes, I believe so.

10        Q    Okay.  And she would have been in

11   DeKalb County the entire time?

12        A    The entire time of?

13        Q    When this was --

14        A    Okay.  Yes.

15        Q    -- was verified.  And you can see on

16   the reverse side, her signature matches.  Yes?

17        A    I think it matches.

18        Q    Yeah.  So why would DeKalb County

19   have concluded that Ms. Bryant was not

20   registered?

21        A    I can't answer that.

22        Q    Now, I note that the birth date is

23   different than the one she registered with.  Is

24   that a reason to conclude that Ms. Bryant is

25   not registered -- I mean, that this signature

**125**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   is invalid?
 2        A     I don't know.
 3        Q     So just to be a little clearer for
 4   the record without putting PII in, on the
 5   petition form Ms. Bryant put down a date of
 6   birth that is one week different from the date
 7   of birth in her voter registration record.
 8            Now, we don't know which is correct,
 9   but they're off by a week.  Is that a reason to
10   conclude that the signature doesn't match and
11   is not a valid signature?
12        A     I don't think so.
13        Q     And the DeKalb County elections
14   office would have had access to ENet and could
15   have seen that the signature matches if they
16   had looked up Porscha Bryant's record; right?
17        A     Yes.
18        Q     And the Secretary of State's office
19   could have used ENet to see that the signature
20   was valid; right?
21        A     Yes.
22        Q     Was Ms. Bryant given credit for
23   signing the petition?
24        A     No, it doesn't look like it.
25        Q     Just to show that that wasn't the
```

**126**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   only error that DeKalb County made on Mr. De La
 2   Fuente's petition, let's look at another page.
 3              Okay.  I've handed you another page
 4   of Mr. De La Fuente's 2016 presidential
 5   petition that was verified by DeKalb County.
 6   It's Cowen Production Volume 2, page 1575 of
 7   6266.  And the corresponding ENet page is Cowen
 8   Production 5, page 32 and 33.  And I'd like to
 9   direct your attention to line nine -- no.
10   Excuse me.  It's line three.  Page nine, line
11   three.
12        A    Okay.
13        Q    Okay.  And there's a mark next to
14   line three.  What is the mark?
15        A    The letters UK.
16        Q    And what does UK mean?
17        A    Unknown.
18        Q    And unknown means what according to
19   the instructions that would have been given at
20   the time?
21        A    They can't, can't determine the
22   identity of the signer.
23        Q    Because it's illegible or don't have
24   enough information to determine the identity;
25   right?
```

**127**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2a1f

```
 1        A     Correct.
 2        Q     Okay.  Now, you could read the name
 3    that's on line three; right?
 4        A     I can definitely read the printed
 5    name on the second line of line three.
 6        Q     Yeah.  It's Asia Harris; right?
 7        A     Yes.
 8        Q     Yeah.  That's not illegible; right?
 9        A     Not to me.
10        Q     Okay.  Is her birth date illegible?
11        A     No.
12        Q     Can you read that?
13        A     Not to me.
14        Q     How about her address?
15        A     I can read it.
16        Q     Okay.  Now, look at the ENet page
17    for Ms. Harris.
18        A     Okay.
19        Q     Okay.  Do you see that the name
20    matches exactly including the middle initial?
21        A     Yes.
22        Q     Do you see that the birth date
23    matches exactly --
24        A     Yes.
25        Q     -- of what is on the petition?  Was
```

**128**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    Ms. Harris an active voter at the time that
 2    this would have been verified?
 3        A    Yes.
 4        Q    So if DeKalb County were validating
 5    this petition in good faith, why on earth was
 6    this signature rejected?
 7        A    I can't, can't account for them, the
 8    rejection.
 9        Q    And just for fun, let's compare the
10    signature from the ENet record to what is on
11    the petition.  Would you consider that a match?
12        A    Davis doesn't seem to match at all.
13    Asia seems -- Asia seems to match.  Davis
14    doesn't look close, but it's not rejected for
15    not, not matching a signature.
16        Q    Right.  So this signature actually
17    illustrates the fact that sometimes women
18    change their names; right?
19        A    They do sometimes.
20        Q    Yeah.  So Asia's middle initial is
21    D.  That may have stood for her maiden name of
22    Davis, which is the signature that we see in
23    front of us, right, on the ENet record?
24        A    You're saying the ENet record is
25    Davis?
```

**129**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1        Q      That's what it looks like to me.

2        A      Doesn't look anything like the Davis

3    on the petition.  See that big, loping, wide

4    open, circular D on Davis on the petition?

5        Q      Yeah.

6        A      Where is that?

7        Q      Well, it looks to me -- maybe you

8    see it differently, but the signature on the

9    petition looks to me like Asia Harris.  The

10   printed name is Asia D. Harris.  And it looks

11   to me like the signature here is Asia Davis,

12   but maybe it's Asia Harris?

13       A      Okay.  See, to me, the signature --

14   okay.  I can see both.  I can see -- I thought

15   that was a D on the signature, which is why it

16   wasn't --

17       Q      Could be.

18       A      -- matching up.  You got that big

19   loopy balloon-looking letter.  So I, I don't

20   know that that -- I would say that that matches

21   what's on the petition.

22       Q      Would you consider this a valid

23   signature or not?

24       A      I don't know.  It would give me

25   pause.  Yeah, what's here and what's on the

**130**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   petition and what's on ENet are questionable in
 2   my mind.
 3        Q     But the signature was not rejected
 4   for a nonmatching signature?
 5        A     Correct.
 6        Q     And I do note that the address is
 7   different, but a different address is not a
 8   reason to reject a signature; right?
 9        A     Correct.
10        Q     Was Ms. Harris given credit for
11   signing the petition?  I don't think I asked
12   that about this one.
13        A     No, it doesn't appear so.
14        Q     Can you see any reason why they
15   should not have been able to find Ms. Harris's
16   voter registration record?
17        A     Well, her address is not anywhere
18   listed on here.  I believe you've got a
19   different address, a name, and a date of birth
20   with a questionable signature.  So I don't know
21   whether they would count this or not.
22        Q     Right.  So do you know whether
23   DeKalb County is requiring a match in all three
24   pieces of information:  the name, birth date,
25   and signature?
```

Electronically signed by Joel Moyer (501-161-376-4513)                ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1       A       It's my understanding they -- well,
 2   I don't know -- I can't speak for what DeKalb
 3   County knows.  That would not be my
 4   understanding.
 5       Q       If DeKalb County were doing that,
 6   that would not be in accordance with the law;
 7   correct?
 8       A       Not as I understand the law.
 9       Q       And what instructions do you give
10   counties on how to perform searches in ENet so
11   as to find voters like Asia Harris?
12              MS. CORREIA:  I'm going to object as
13   to beyond the scope of discovery -- this
14   deposition because that's part of the next
15   designee's.  But he can answer it if he knows.
16   I'm just putting it on the record.
17       A       I mean, we, we, you know, have the
18   counties use what information is available in
19   ENet to identify voters and compare signatures.
20       Q       So let me ask you, and this may be
21   beyond your knowledge of ENet or not.  We'll
22   see.  But if I typed in voter name:  Harris,
23   last name Harris, birth date:  12-23-95,
24   county:  DeKalb, do you think I'd find more
25   than one voter?
```

**132**

Electronically signed by Joel Moyer (501-161-376-4513)          ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1              MS. CORREIA:  I'm going to object as
 2    to beyond the scope, but he can answer it if he
 3    knows.
 4         A    Did you say --
 5         Q    Well, first of all, could I?  Let's
 6    do a previous question.  Could I at an ENet
 7    terminal type in voter name Harris, birth date,
 8    and DeKalb and find this voter?
 9              MS. CORREIA:  And I'm objecting to
10    the scope as beyond this designee's knowledge,
11    but he can answer if he knows.
12         A    You could do that.
13         Q    Right.
14         A    You could search under almost any
15    criteria.
16         Q    Right.  But if I searched for first
17    name, last name, date of birth, and residence
18    address, I wouldn't find her because she's
19    moved.  She -- her address reflected on the
20    petition is not in the ENet system; correct?
21         A    John Hallman could --
22              MS. CORREIA:  Same objection.
23         A    -- could answer that better.
24         Q    Yeah.
25         A    There are, there are matches if you
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    put in partial information.  If you put in a
 2    name -- just put in the name and DeKalb, it
 3    would pull up all of the Asia Harrises in
 4    DeKalb County, and you'd be able to see
 5    different addresses, different dates of birth,
 6    et cetera.
 7        Q     Right.  And if you had a terminal in
 8    front of you now, we could perform that search
 9    live; right?
10        A     Yes.
11        Q     All right.  In any event with
12    Ms. Harris, based on the ENet record we just
13    looked at, her signature should not have been
14    rejected for being unknown; correct?
15        A     I'm a little bit less sure about
16    this one because of the address and because the
17    signature doesn't match.  So if you're looking
18    at a signature that may not match and you have
19    a discrepancy in the address, I think it's not
20    unreasonable that somebody could come to the
21    conclusion that we don't know if this is the
22    same Asia Harris.
23              So this is -- in my mind, this is a
24    little bit different than the other ones.
25        Q     There are more -- you think there's
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    more than one Asia Harris born on this
 2    particular date in DeKalb County in Georgia?
 3         A     Well, I don't know, but, but the
 4    part that gets me more is the signature --
 5         Q     Right.
 6         A     -- discrepancy.
 7         Q     Right, right.  So I think, I think
 8    we need to understand what UK means.  Okay?
 9    Because if I can identify a single voter given
10    some of the information that's on here, then we
11    don't have an identity problem.  We have a
12    signature problem; right?
13               So in other words, if I type in Asia
14    Harris, which we can see legibly, and I type in
15    that birth date, which I'm going to read into
16    the record but we can also see that legibly, if
17    that comes up with one voter, then we don't
18    have -- then there should not be a question as
19    to identity, but rather only signature; right?
20         A     Generally, yes.  And I don't know if
21    somebody -- if the person doing it was aware of
22    the distinction or not.  I don't know what -- I
23    don't know how they came to that conclusion.
24               So but I -- I don't think the
25    signature matches or is at least questionable
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    whether it matches, I frankly don't really
 2    think it matches, and, you know, some ambiguity
 3    with the address.
 4        Q    Right.  Well, that's the next
 5    question I want to ask because if I type -- if
 6    I did a search for Asia Harris with this birth
 7    date and this address, I would get likely zero
 8    registrants because this Asia Harris was not
 9    registered at that address; right?
10        A    Yeah.  John Hallman would have to
11    tell you whether or not you would get a partial
12    on response or that or not.
13        Q    Okay.
14        A    I'm --
15        Q    Fair enough.  Fair enough.  One more
16    for DeKalb County.  I have just given you
17    Cowen -- another page of Rocky De La Fuente's
18    2016 presidential petition.  This is a Cowen
19    Production Volume 2, page 1609 of 6266.  And
20    the corresponding ENet page is Cowen
21    Production 5, pages 125 and 126, and I'd like
22    to direct your attention to line ten.
23        A    Okay.
24        Q    Can you read the name printed at
25    line ten?
```

**136**

```
1        A      Looks like Jordan Johnson.
2        Q      And without saying it, can you read
3     his birth date and address?
4        A      I -- his birth year is -- the last
5     number makes me wonder if it's one or the
6     other, but I -- and I think I can make out the
7     address.  I mean, I can make out letters that
8     appear to be an address, but I'm not sure if
9     it's -- I'm not sure if there -- is it a
10    three-number or is it a four-number address
11    that you think?
12               I'm just looking at -- I can't tell
13    if that's -- what's right before the C in the
14    address is one or two numbers, so I'm not sure
15    that I could accurately relate his date of
16    birth or the address.
17       Q      Okay.  And is there a notation by
18    the DeKalb County election officials next to
19    Mr. Johnson's name?
20       A      Yes.
21       Q      And what is the notation?
22       A      The letters NR.
23       Q      Which stands for what?
24       A      Not registered.
25       Q      Okay.  And so if you look at the
```

**137**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   ENet record for Mr. Johnson, you can see that
 2   the birth dates are the same?
 3        A     Yes.
 4        Q     Names are the same?
 5        A     Yes.
 6        Q     Was he registered at the time that
 7   the petition would have been verified in 2016?
 8        A     Yes.
 9        Q     Was he an active voter?
10        A     Yes.
11        Q     Was he given credit for signing?
12        A     No.
13        Q     Now, here again, his signature
14   wasn't rejected for not matching.  But if you
15   turn over and look at the signature, it's a
16   doozy, but it looks to me pretty similar to the
17   one on the petition.  Does it look similar
18   enough to you?
19        A     It's -- my honest appraisal is
20   it's -- they're both so ungodly
21   incomprehensible that they tend to look, look
22   alike.
23        Q     Right.  Now, if you notice, the
24   address on the petition is off by one number on
25   the same street as one of Mr. Johnson's
```

**138**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    previous addresses.  Do you see that?  At least
 2    that's what appears to me.  The address on the
 3    petition seems to end with a one, and the
 4    registration record appears to end in a zero,
 5    the street number.
 6         A    The registration number ends in a
 7    two.
 8         Q    No, the previous address.
 9         A    Oh, okay.  I see.
10         Q    Okay.  And you can see that --
11         A    I see what you're talking about.
12         Q    -- from the history down below that
13    his current address was changed in 2018, so
14    that happened after?
15         A    Right.  Okay.
16         Q    So at the time of -- at the time
17    that this petition would have been verified,
18    you can tell from the history on the ENet
19    record that he was registered at an address
20    that is one street number different from what
21    he put on the petition; right?
22         A    Yes.
23         Q    And we don't know which is correct,
24    which one he put on the petition or which one
25    is in the registration database; right?
```

**139**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1        A      Correct.

2        Q      So can you think of any reason why

3   DeKalb County should have concluded that he was

4   not registered?

5        A      No.

6        Q      Do you think maybe whoever verified

7   this page was doing a hard search for the

8   address?

9        A      I don't know.

10              MS. CORREIA:  Again, I'm going to

11   object to the scope.

12        Q      Yeah.  This may be beyond your

13   knowledge of ENet.

14        A      It's beyond my knowledge of what

15   they were doing when they looked it up,

16   certainly.

17        Q      If we had an ENet terminal here

18   today, could with find Mr. Johnson's record?

19        A      Yes.

20        Q      Could we have verified at least that

21   he was registered even if we determine that the

22   signature wasn't the same?

23        A      Yes.

24        Q      This appears to be another error by

25   DeKalb County; right?

**140**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        A      Yes.
 2        Q      Okay.  We could go on with DeKalb
 3   County, but just so I spread the love around,
 4   let's look at Cobb County.  And we're not going
 5   to be here all day doing this, just a few more.
 6             MS. CORREIA:  It's your seven hours
 7   or part of seven hours.  They go together.
 8   It's one deposition.
 9             MR. SELLS:  I know, I know, I know.
10   This is so much fun.
11        Q      Okay.  I've given you another page
12   of Mr. De La Fuente's 2016 petition and a
13   corresponding ENet record.  This is page 923 of
14   6266, and that's in Production Volume 2.  And
15   the ENet record is Cowen Production Volume 5
16   pages -- or it's just one page, 245.
17        A      Okay.
18        Q      And I'd like to direct your
19   attention to line one.
20        A      All right.
21        Q      Okay.  Now, do you see a mark made
22   by the Cobb County elections office next to the
23   information on line one?
24        A      I see a mark under -- next to where
25   it says county where it says Cobb is written in
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   there.  Is that what you're talking about?
 2        Q    Yes.
 3        A    Okay.  I see that mark.
 4        Q    And what is the mark?
 5        A    I don't think I know.
 6        Q    It looks to me like it says Fulton.
 7        A    Okay.  It doesn't look like one of
 8   the designations that we ask them to make.
 9        Q    Right.  Now --
10        A    But I can see how that says Fulton.
11        Q    Now, the name on the line, just sort
12   of for clarity as we go forward, is Terren
13   Anderson.  Do you see that?
14        A    I do.
15        Q    And it's got his birthday in there.
16   Can you read his birthday?
17        A    The year, I think I know what it is,
18   but it's -- I see that it matches what's on the
19   voter registration record.
20        Q    And you can read his address?
21        A    Yes.
22        Q    Okay.  Now, if you'll look at the
23   ENet record, you can see -- we're looking at
24   the ENet record for Terren Anderson.  And you
25   can see that the birth date matches?
```

**142**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        A      Uh-huh (affirmative).
 2        Q      And you can see that the address on
 3   the petition matches Mr. Anderson's most recent
 4   previous address?
 5        A      Yes.
 6        Q      And you can see that he was an
 7   active voter at the time?
 8        A      Yes.
 9        Q      And that he was registered in Fulton
10   County at the time that this petition would
11   have been verified?
12        A      Yeah.  It looks like he was
13   transferred to Fulton in July '15.  So, yeah,
14   it looks like he lived in Fulton County.
15        Q      And would you look at his signature?
16   Does his signature appear to match to you?
17        A      Yes.
18        Q      Okay.  So what we have here is a
19   person who is clearly registered, the signature
20   matches, but is registered in Fulton County
21   versus Cobb County.  And was this signature
22   verified by the person in Cobb County?
23        A      I don't know.
24        Q      Well, if you look down at the bottom
25   of the page --
```

**143**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1        A       Okay.  Yeah.

2        Q       -- you see a zero?

3        A       Uh-huh (affirmative).

4        Q       So I would infer from that zero that

5    the Cobb County election official did not

6    verify any of the signatures on this page.

7    Would you agree?

8        A       I would agree.

9        Q       So we have, we have here a voter

10   whose signature matches but is in a different

11   jurisdiction.  What do the instructions say to

12   Cobb County officials for how to deal with

13   that?

14       A       We don't have any instructions for

15   that.

16       Q       Now, if I were the Fulton County

17   elections officials, would I have verified

18   Mr. Anderson's name?

19       A       If it had been presented to them,

20   they might have.  But they would not have

21   probably looked them up because it says Cobb

22   County.

23       Q       Right.  So should Mr. Anderson's

24   signature have been verified?

25       A       I think so.

**144**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        Q      In fact, given the way the process
 2   works, Fulton County never would have looked up
 3   Mr. Anderson because he had Cobb next to his
 4   name; right?
 5        A      That's correct.
 6        Q      By the way, there's no reason to
 7   think that Mr. Anderson was lying about what
 8   county he thinks he's registered in; right?
 9        A      I know nothing about Mr. Anderson.
10        Q      Yeah.  I don't know Six Flags Drive.
11   Maybe it's near the county line.  But Cobb
12   County adjoins Fulton County, and it's possible
13   to be confused about which county one's
14   registered in; right?
15        A      That's correct.  And it is -- I
16   believe it is near the line.
17        Q      Right.  So shouldn't Cobb County
18   have verified Mr. Anderson's signature?
19        A      I would think it would have been
20   reasonable for them to notify Fulton County and
21   see if Fulton County could verify the voter
22   signature registered in their county.
23        Q      Well, clearly, Cobb County looked
24   him up in ENet and saw that he was registered
25   in Fulton County; right?
```

**145**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1        A      Yes.

2        Q      Cobb County's handling of

3    Mr. Anderson's signature doesn't comply with

4    your instructions, does it?

5        A      No.

6        Q      Could the Secretary of State's

7    office have verified Mr. Anderson's signature?

8        A      Yes.

9        Q      And this kind of a notation on the

10   page wouldn't have caused the Secretary of

11   State's office to do any further investigation

12   or auditing of the results of the petition

13   verification; right?

14       A      No.

15       Q      All right.  We're going to move on

16   to Clayton County.  I've just handed you

17   another page from Mr. De La Fuente's 2016

18   presidential petition.  This is Cowen

19   Production Volume 2, page 911 of 6266.  And the

20   ENet page is Cowen Production 5, pages 109 and

21   110.  And I'd like to direct your attention to

22   line 11.

23       A      Okay.

24       Q      Oh, this is still Cobb.  I'm sorry.

25   This is still Cobb.  Line 11.  This is a -- I

**146**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   think we've reached the point where my printer
 2   ran out of color toner, so we're in black and
 3   white.  It may be a little bit harder to see
 4   the markings.
 5            But there's a zero on the lower
 6   left-hand page in that same felt marker, and
 7   line 11 has over -- under the County column the
 8   same Fulton designation.  Do you see that?
 9        A    I do.
10        Q    And this one is filled out like the
11   one we just looked at.  Do you see the name
12   Mr. Hugo Cornejo.  That's C-O-R-N-E-J-O.
13        A    I do.
14        Q    There's no other mark next to
15   Mr. Cornejo, so we -- I would presume that his
16   signature was not verified because he appears
17   to have been registered in Fulton County.  Do
18   you agree?
19        A    It appears that way, yes.
20        Q    But, in fact, we can see from the
21   ENet page that the name and birth date and in
22   this case the previous address and current
23   address match the ENet record?
24        A    Yes.
25        Q    And it just happens that he's not in
```

**147**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1    Cobb County which he put down on the form, but

2    he's in Fulton County.  Do you agree?

3         A    Yes.

4         Q    And would you take a look over at

5    the signature?  So he signs it with a different

6    last name on here, or maybe the signature's cut

7    off.  But otherwise, does his signature match

8    to you, the Hugo part?

9         A    Hugo matches.  But clearly, the last

10   name doesn't match.

11        Q    Yeah.  His full voter name is Hugo

12   Palma-Cornejo, P-A-L-M-A.  And the signature

13   appears just to be Hugo Palma; is that correct?

14        A    The ENet signature appears to just

15   be Hugo Palma.

16        Q    Right.  And the signature on the

17   form appears to be Hugo Cornejo, and I don't

18   know enough about whatever culture Mr. Cornejo

19   may be from as to how you sign a name and all

20   that, but does the Hugo look pretty similar?

21        A    Yeah, Hugo looks pretty similar.

22        Q    Yeah.  Would you consider this a

23   match?

24        A    Well, the signature does not match,

25   I mean, just in an objective sense.  Maybe,

**148**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1    maybe John Hallman could clarify if there's

2    more visible on the screen than what's

3    displayed there, but I could see somebody

4    rejecting the signature for not matching.

5         Q    But the signature does not appear to

6    have been rejected because it didn't match;

7    right?

8         A    Correct.  There's not a notation

9    that that's reason.

10        Q    So is it fair to say that, just like

11   the previous one we looked at, Mr. Anderson,

12   this one appears to have been improperly

13   rejected by Cobb County because the voter was

14   registered in Fulton County; correct?

15        A    That appears to be the reason.

16        Q    Okay.  Now we've got some Clayton

17   County's.  All right.  So now I've given you

18   another page of Mr. De La Fuente's 2016

19   presidential petition.  It's Cowen Production

20   Volume 2, page 239 of 6266.  And the

21   corresponding ENet page is Cowen Production 5,

22   pages 123 and 124.  And I'd like to direct your

23   attention to line six.

24        A    Okay.

25        Q    Okay.  Can you read the name of the

**149**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   person on line six?
 2        A     Looks like a Jhane Clark, maybe
 3   Jhane, Jane with an H, J-H-A-N-E, Clark.
 4        Q     And can you read the birth date?
 5        A     Yes.
 6        Q     And can you make out the address?
 7        A     Yes, I believe so.
 8        Q     And it's Clayton County; correct?
 9        A     Yes.
10        Q     And you can see there's a stamp at
11   the top right hand?
12        A     Yes.
13        Q     So we can see that this was received
14   by Clayton County and verified by Clayton
15   County.  And there's a big zero at the bottom
16   of the page.  What does that mean to you?
17        A     That there are no verified
18   signatures.
19        Q     Okay.  And is there a mark next to
20   Ms. Clark's name?
21        A     No.
22        Q     So do we know why her signature was
23   rejected?
24        A     No.
25        Q     And the fact that there's no mark
```

**150**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   means that the Clayton County elections office
 2   didn't comply with the instructions that would
 3   have been given at the time?
 4        A    That's correct.
 5        Q    Okay.  Turning to the ENet record,
 6   do you see we've got Jhane or Jhane, J-H-A-N-E,
 7   Clark?
 8        A    Yes.
 9        Q    And the birth date matches?
10        A    Da, da, da, da, da.  Okay.  I see --
11   yeah.  I thought it was a different number at
12   first.  I thought the first number was an 11,
13   but I see -- I see now that it matches.
14        Q    And if you'll turn over to the
15   signature, verify that the signature matches?
16        A    Yes.
17        Q    Okay.  And the address does not
18   appear to match?
19        A    That's correct.
20        Q    Okay.  So should the Clayton County
21   elections office have verified this signature?
22        A    Yes.
23        Q    Was Ms. Clark given credit for
24   signing this petition?
25        A    No.
```

**151**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1      Q      She was an active voter and remains
2   an active voter though; right?
3      A      Yes.
4      Q      Okay.  Could the Secretary of
5   State's office have verified this record or
6   this signature?
7      A      Yes.
8      Q      Could it have caught this error?
9      A      Yes.
10     Q      Okay.  I've handed you another
11  petition page from Clayton County.  This is,
12  again, Rocky De La Fuente's 2016 presidential
13  petition, Cowen Production Volume 2, page 205
14  of 6266.  And the ENet page is Cowen
15  Production 5, pages one and two.
16            And I'd like to direct your
17  attention to line nine.
18     A      Okay.
19     Q      Can you read the name on line nine?
20     A      Looks like Aleka Simmons.
21     Q      Is there a mark next to line nine
22  indicating whether the signature was verified
23  or not?
24     A      No.
25     Q      Can you tell from other information

**152**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   on the page whether the signature was accepted
 2   or rejected?
 3        A     The zero at the bottom leads me to
 4   believe it was not accepted.
 5        Q     Okay.  And because there's no mark
 6   next to Ms. Simmons' name, the Clayton County
 7   elections office handling of this page does not
 8   comply with the instructions that were given at
 9   the time; right?
10        A     That's correct.
11        Q     Okay.  Let's turn to the ENet record
12   for Ms. Aleka, A-L-E-K-A, Simmons,
13   S-I-M-M-O-N-S.  Do you see that?
14        A     I do.
15        Q     And the birth date matches exactly?
16        A     Yes.
17        Q     And the address is different from
18   any that are on her record?
19        A     No.  I think it's the same as her
20   current address if you, if you -- I can read
21   those numbers as being kind of right as being
22   the same.
23        Q     Yeah, yeah, yeah.  I was looking at
24   the wrong line in my notes.  The address
25   matches exactly.  Now, Ms. Simmons' record has
```

**153**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1   been canceled for other reasons, but at the

2   time that this would have been verified, she

3   was an active voter; correct?

4       A    Yes.

5       Q    Was she given credit for signing the

6   page?

7       A    No.

8       Q    Now, on the face of it, can you see

9   any reason why her signature should not have

10  been verified?

11      A    Well, I mean, they don't have a

12  signature on file.

13      Q    In ENet; correct?

14      A    In ENet.  But they could have a

15  paper application that they could go to, but

16  it's not indicated that it's rejected because

17  the signature doesn't match, so I think the

18  answer to your question is no.

19      Q    Could the Secretary of State's

20  office have located this record?

21      A    We could have located the record in

22  ENet.

23      Q    But you wouldn't have had the

24  signature to verify?

25      A    Correct.

**154**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1        Q      You would have had to communicate

2    with the Clayton County elections office and

3    ask them for the signature; right?

4        A      Correct.

5        Q      But it appears that she registered

6    at the Department of Driver Services; right?

7        A      Yes.

8        Q      So why isn't there a record of her

9    signature in ENet?

10              MS. CORREIA:  I'm going to object to

11   the scope.

12        Q      If you know.

13        A      John Hallman can answer it better.

14   I do note that it's ENet conversion, which

15   generally indicates that it came over from the

16   old system which may not have -- this was

17   around the time when ENet was going live, so I

18   can't say for certain, but that ENet conversion

19   does tell me that it's an older record.

20        Q      Okay.  But we don't have any

21   information on why Ms. Simmons' signature was

22   rejected, do we?

23        A      That's correct.

24        Q      One more.  I'm handing you another

25   page from Clayton County.  This is again Rocky

Electronically signed by Joel Moyer (501-161-376-4513)                              ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1   De La Fuente's presidential petition, Cowen

2   Production Volume 2, page 219 of 6266.  And the

3   corresponding ENet page is Cowen Production 5,

4   pages 104 and 105.  And I'd like to direct your

5   attention to line 12.

6        A     Okay.

7        Q     Can you read the name on line 12?

8        A     Looks like Gladys Strutchen or

9   Strutchor, Strutchen or Strutchor.

10       Q     It's S-T-R-U-T-C-H-E-N for the

11  record.  And is there a mark next to

12  Ms. Strutchen's name?

13       A     No.

14       Q     Was her signature accepted or

15  rejected?

16       A     I believe it was rejected.

17       Q     And how do you know that?

18       A     Well, there are three that have a V,

19  which is verified.  And there are three --

20  there's a three at the bottom circled, so I

21  would suspect that those three V's account for

22  the three at the bottom.

23       Q     Okay.  So her signature appears to

24  have been rejected.  Can you read her birth

25  date?

**156**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
1        A     I can.
2        Q     And can you read her address?
3        A     I can.
4        Q     And let's go over to the ENet page.
5    Does -- now, we're looking at the voter
6    registration record of Ms. Strutchen.  Does the
7    date of birth match?
8        A     Yes.
9        Q     Does the address match with one of
10   Ms. Strutchen's previous addresses?
11       A     Yes.
12       Q     Now, if you flip over to see the
13   signature, does the signature match?
14       A     I think so.
15       Q     So why on earth was this signature
16   rejected?
17       A     I don't know.
18       Q     Could the Secretary of State's
19   office have verified this signature using ENet?
20       A     Yes.
21       Q     And Clayton County officials had
22   access to ENet as well; right?
23       A     That's correct.
24       Q     Was Ms. Strutchen given credit for
25   her signing the petition?
```

**157**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        A      No.
 2        Q      And you can tell that from the ENet
 3   records; right?
 4        A      Yes.
 5        Q      Okay.  Now, we could go on, but
 6   we're limited by a seven-hour deposition and
 7   things would start to get repetitive here.  But
 8   we've seen more than a handful of errors from
 9   Cobb, DeKalb, Fulton, and Clayton counties;
10   right?
11        A      Yes.
12        Q      If you wanted to determine how
13   widespread the errors are in the petition
14   verification process, what would you do?
15        A      Well, you could do a full audit of
16   every signature if one wanted to.
17        Q      Do you think that's a reasonable
18   step to take?
19        A      No.
20        Q      Okay.  What would be more reasonable
21   in your view?
22        A      I think it would be reasonable to
23   review facially the sheets and make sure that
24   every one that's attributed to the county is at
25   least marked and indicated some reason why --
```

**158**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    3:00.
 2         A    Getting close to my phone call.
 3         Q    Yeah, yeah.  But we are near the
 4    end, I promise.  So tell me a little bit about
 5    the pauper's affidavit process.
 6         A    Well, if somebody is unable to --
 7    doesn't have the assets or the income to pay
 8    for a qualifying fee, they can make a pauper's
 9    affidavit which includes a statement, financial
10    statement, basically swearing that they don't
11    have the income or the resources.
12              And then they have to get signatures
13    on a petition in order to validate that
14    pauper's affidavit.
15         Q    So, first of all, when is the
16    pauper's affidavit due for a candidate who's an
17    independent or political body candidate for US
18    representative?
19         A    At the time of qualifying.
20         Q    So that would be in March?
21         A    March.
22         Q    And, again, we just talked about
23    what qualifying means, but that's the time that
24    you would otherwise have to pay your fee?
25         A    Yes.
```

**169**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1      Q      And you have to submit a declaration

2   or a notice of candidacy?

3      A      Correct.

4      Q      And how many signatures are required

5   for a pauper's affidavit for a candidate for US

6   representative?

7      A      For the district, I believe it's one

8   percent of the active voters in the district at

9   the time of the last election for a districted

10   race.

11      Q      Do you know what section of the Code

12   that appears in?

13      A      I believe it's 21-2-132 or 133.

14      Q      And is it a different percentage for

15   a different office?

16      A      It is.  For a statewide office, it's

17   a quarter of one percent of the active

18   registered voters in the previous election.

19      Q      Okay.  And how long does a person

20   have to collect those signatures?

21      A      I believe it's 180 days.

22      Q      Okay.  And those signatures are

23   above and beyond what signatures one needs in

24   order to satisfy the nomination petition

25   requirement which is due later in the year in

**170**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1 | to be verified, one then wouldn't have to pay
 2 | the filing fee; correct?
 3 |      A     That's correct.
 4 |      Q     Would the Secretary of State's
 5 | office use the same process for verifying
 6 | signatures on a pauper's affidavit petition as
 7 | it would on a nomination petition?
 8 |      A     I believe so, yes.
 9 |      Q     Okay.  Have you received any
10 | pauper's affidavit petitions since you've been
11 | at the Secretary of State's office?
12 |      A     No.
13 |      Q     All right.  What state interests do
14 | you assert as justification for Georgia's
15 | ballot access laws for political body
16 | candidates for US representative?
17 |            MS. CORREIA:  I'm going to object
18 | because it calls for a legal conclusion, but he
19 | can answer to the extent he knows.
20 |      A     Could you repeat it?
21 |      Q     Yeah.  What state interests do you
22 | assert as justification for Georgia's ballot
23 | access laws for political body candidates for
24 | US representative?
25 |      A     One is an interest in eliminating or
```

**173**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    avoiding at many run-offs as possible, and
 2    another would be to limit ballot confusion
 3    among voters.
 4        Q    Any others that you can think of?
 5        A    Well, connected to run-offs, you get
 6    issues with UOCAVA.  And with federal run-offs,
 7    you would have -- the election would take place
 8    for federal office, for example, after the --
 9    you know, people would normally haven taken
10    their offices.  So that's another consideration
11    for federal offices.
12        Q    Okay.  Any others you can think of?
13        A    I don't believe so.
14        Q    Okay.  So I want to go over each of
15    those.  Let's start with the UOCAVA one you
16    mentioned.  So how do Georgia's laws serve the
17    state's interests in complying with UOCAVA?
18             MS. CORREIA:  I'm going to object to
19    asking for a legal conclusion.  He can answer
20    to the extent he knows.
21        A    Well, the fact that the UOCAVA
22    guidelines or requirements have a nine-week
23    run-off period, if you end up with a run-off,
24    you're talking about a nine-week difference.
25    So for a federal election in November, you
```

**174**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   wouldn't have -- excuse me, you wouldn't have
 2   an election until sometime in January.
 3              So if you've got, you know, a
 4   crowded ballot that increases run-offs, you
 5   have a delayed opportunity to have a
 6   representative in Congress.
 7      Q      Other than the delayed opportunity
 8   to have a representative in Congress, are you
 9   aware of any other harm that would befall the
10   state by having an election in January?
11      A      Well, the additional expense of an
12   election is not insignificant.
13      Q      Okay.  The first one that you
14   mentioned is run-offs.  Is that pretty much
15   overlapped with the UOCAVA interest that you
16   mentioned?
17      A      I think it's similar.  You know, it
18   follows -- it's more money, more expense.
19      Q      So is what you're saying that
20   Georgia wants to reduce the number of run-offs?
21      A      I think that fewer run-offs would be
22   helpful.  They would save money and save
23   resources.
24      Q      But don't we have run-offs all the
25   time for state legislative races?
```

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

 1        A        We have run-offs.  I don't know that
 2    I'd say all the time, but we have -- it's not
 3    unusual to have run-offs.
 4        Q        Can you think of a single election
 5    cycle in the last ten years where there haven't
 6    been like run-offs, primary election run-offs
 7    for state legislative races?
 8        A        I can't think of any where there
 9    have been none, no.
10        Q        We pretty much have run-offs every
11    election cycle, don't we, in Georgia?
12        A        For large election cycles generally,
13    yes.
14        Q        Yeah.  So how would allowing
15    political body candidates on the ballot change
16    the state of affairs with regard to run-off
17    elections?
18        A        Well, you would, you know,
19    conceivably have fewer opportunities for
20    run-off elections.
21        Q        How do you know how often we'd have
22    run-offs for congressional elections if the
23    Libertarian Party were to have ballot access?
24        A        I don't.
25        Q        Do you have any other facts that

**176**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1    you're relying on for your assertion that the
 2    current ballot access laws which don't allow
 3    the Libertarian Party on the ballot prevent
 4    run-offs?
 5         A     No.
 6         Q     You haven't done any analysis to
 7    determine how many run-offs there would be that
 8    would not have otherwise occurred if the
 9    Libertarian Party had ballot access, have you?
10         A     No.
11         Q     Now, the Libertarian Party does have
12    ballot access for some races in the state of
13    Georgia, the statewides in particular; right?
14         A     Correct.
15         Q     How many run-offs in the last --
16    since you've been at the Secretary of State has
17    the Libertarian Party's ballot access caused in
18    those situations?
19         A     In 2008, there was a statewide
20    run-off for Senate.  There was a run-off just
21    for the Secretary of State's office last year.
22    A run-off in a PSC district I believe last
23    year.  Those are the ones that come to mind.
24         Q     So you went back farther,
25    considerably farther, than your time here.  You
```

**177**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1            If it's statewide, you've got 159
 2     counties plus expenses that would come from our
 3     office, but you kind of have to break it down
 4     by whatever election you're talking about.  And
 5     it would be primarily -- probably 90, 95
 6     percent would be the cost of the counties.
 7        Q     Now, is there any marginal cost?
 8     Like if we're going to have a run-off anyway,
 9     let's say the run-off is caused by the
10     governor's race, is there any marginal cost to
11     adding a congressional race on top of that?
12        A     Not really.
13        Q     And if you're looking at cost only,
14     is there any difference in cost between a
15     primary run-off and a general run-off?
16        A     I wouldn't imagine there's much.
17     There may be slightly more at a primary, but
18     not -- I don't think appreciably much.
19        Q     And why is there a greater cost in a
20     primary?
21        A     Well, if you ended up with two
22     primary run-offs, you'd need more people, more
23     equipment, more space.  If you ended up with a
24     single run-off, you wouldn't need as much, but
25     it's not a remarkable amount of money.
```

**179**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1        Q       Right.   And we have run-offs all the
 2    time in primary elections here in Georgia;
 3    right?
 4        A       That's not uncommon.
 5        Q       Are there any other facts that
 6    you're relying on for the idea that allowing
 7    Libertarian Party candidates on the ballot for
 8    US representative would lead to more run-offs?
 9        A       No.
10        Q       Are you familiar with rank choice
11    voting?
12        A       Generally.
13              MS. CORREIA:   I'm going to object as
14    to outside the scope of this deposition.
15        Q       Can you give me a two-sentence --
16    what your two-sentence understanding is of rank
17    choice voting?
18              MS. CORREIA:   Again, it's outside
19    the scope of this deposition, and you're asking
20    for expert testimony now which is also outside
21    the scope of this deposition.   He can answer if
22    he knows.
23        Q       Yeah.   I think he can.
24        A       My, my knowledge is pretty cursory.
25    It's that in an election you rank your votes in
```

**180**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

1   on?

2        A    Just based on the complexity with

3   which I've heard it described.

4        Q    Do you know whether voter confusion

5   was -- has been an issue, a significant issue,

6   in the states where it has been used?

7        A    I do not know.

8        Q    Okay.  Another state interest that

9   you mentioned was ballot confusion.  Can you

10  tell me what you meant by that?

11       A    Just that a lot of names on a ballot

12  could be confusing to voters.

13       Q    Do you know how we do special

14  elections here in Georgia?

15       A    I do.

16       Q    How do we do those?

17       A    You -- people qualify, pay the fee,

18  get on the ballot.

19       Q    I've heard them referred to kind of

20  as a jungle primary.  Do you use that term?

21       A    I've heard them referred to that

22  too.  I refer to them as special elections.

23       Q    We often have a lot of candidates on

24  the ballot for special elections, both at the

25  state level but particularly for Congress.  I'm

**182**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f

```
 1   thinking of the CD 6 race.
 2        A    I am too.
 3        Q    Yeah.  Just to be clear for the
 4   record, we're talking about the 6th
 5   Congressional District race that had a special
 6   election after Representative Price resigned to
 7   be in the cabinet, I believe; right?
 8        A    That's correct.
 9        Q    That was 2017, I think.  And there
10   were a lot of candidates on the ballot in that
11   race.  Do you remember that?
12        A    I do.
13        Q    And are you aware of any widespread
14   reports of voter confusion in that race?
15        A    I'm not.
16        Q    Are you aware of any other races
17   where voters have reported significant amounts
18   of confusion based on the number of candidates
19   on the ballot?
20        A    No.
21        Q    All right.  I'm going to ask some
22   wrap-up questions, and I think we're done.  You
23   may have questions.
24             Are there any answers that you've
25   given today that you want to change?
```

**183**

Electronically signed by Joel Moyer (501-161-376-4513)                    ef8850e3-82c2-4a51-8690-f3b4322f2d1f