```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                          ATLANTA DIVISION

 3                            CASE NO.:  1:17cv04660-LMM

 4   MARTIN COWEN, ALLEN
     BUCKLEY, AARON GILMER, JOHN
 5   MONDS, and the LIBERTARIAN
     PARTY OF GEORGIA, INC., a
 6   Georgia nonprofit corporation,

 7           Plaintiffs,

 8   vs.

 9   BRAD RAFFENSPERGER, Georgia
     Secretary of State,
10
             Defendant.
11
     _____/
12
     DEPOSITION OF:         DARCY RICHARDSON
13
     DATE:                  FRIDAY, MARCH 8, 2019
14
     TIME:                  9:00 A.M. - 9:49 A.M.
15
     PLACE:                 MY EXECUTIVE CENTER
16                          SUITE NO. 150
                            4600 WALLACE DEVLIN BOULEVARD
17                          JACKSONVILLE, FLORIDA 32246

18   STENOGRAPHICALLY
     REPORTED BY:           CATHERINE M. MORROW
19

20

21

22

23

24

25
```

Plaintiff's SJ Exhibit 024

y.com          Huseby, Inc.  Regional Centers          800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

```
 1  A P P E A R A N C E S:

 2  Cristina M. Correia
    Senior Assistant Attorney General
 3  40 Capitol Square SW
    Atlanta, Georgia  30334
 4  ccorreia@law.ga.gov

 5         APPEARING TELEPHONICALLY ON BEHALF OF THE
           DEFENDANT
 6
    Bryan L. Sells, Esquire
 7  The Law Office of Bryan L. Sells, LLC
    Post Office Box 5493
 8  Atlanta, Georgia 31107
    (404) 480-4212 (voice and fax)
 9  bryan@bryansellslaw.com

10
           APPEARING TELEPHONICALLY ON BEHALF OF THE
11         PLAINTIFF

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      I N D E X
 2  TESTIMONY OF Darcy Richardson
 3       DIRECT EXAMINATION BY Ms. Correia..............4
 4
 5  CERTIFICATE OF OATH..................................32
 6  CERTIFICATE OF REPORTER..............................33
 7
 8                    INDEX OF EXHIBITS
 9  PLAINTIFF'S EXHIBITS
10  EXHIBIT 1       CV                                    7
11  EXHIBIT 2       Signed CV                            31
12
13
14
15
16                        ------
17              S T I P U L A T I O N S
18       It is hereby stipulated and agreed by and
19  between the counsel for the respective parties and the
20  deponent that the reading and signing of the deposition
21  transcript be waived.
22                        ------
23
24
25
```

```
 1              P R O C E E D I N G S
 2                   *********
 3         COURT REPORTER:  Would you raise your right
 4    hand, please?
 5         Do you solemnly swear or affirm that the
 6    testimony you're about to give in this cause is
 7    the truth, the whole truth and nothing but the
 8    truth?
 9         THE WITNESS:  I do.
10                  DARCY RICHARDSON,
11 having been produced and duly sworn as a witness,
12 testified as follows:
13                  DIRECT EXAMINATION
14 BY MS. CORREIA:
15    Q    Mr. Richardson.  My name is Chris Correia.  I
16 represent the Secretary of State in this lawsuit.  And
17 I'm going to ask you some questions this morning.  You
18 understand you're under oath.
19         If you don't understand the question, please
20 let me know.  I'll try to restate it a different way, so
21 we're both on the same page?
22    A    Okay.
23    Q    If you answer a question, I'm going to assume
24 you understood it.
25    A    Uh-huh.
```

1  in the United States, they ran Claude Watson, an
2  attorney from Los Angeles, for president.  He was unable
3  to appear on the ballet in Georgia, although he did
4  actively campaign throughout the state.  It was
5  specifically because of the signature requirement.
6          Prior to that the prohibition party, just like
7  the socialist party and the other minor party candidates
8  that appeared on the Georgia ballot did not have to
9  petition.  So they were automatically, more or less
10 automatically placed on the ballot.  It was just a
11 little formality of paperwork.  But no signatures
12 required, no filing fees required.  But Claude Watson
13 was subjected to the new law.
14         Georgia had never had more than five
15 presidential candidates on the ballot in the period form
16 1924 to 1944.  And so it didn't make a lot of sense for
17 Georgia to enact this 5 percent signature requirement.
18 They couldn't use the excuse, in my opinion, that the
19 ballot was overcrowded because there had never been more
20 than five candidates.
21         That occurred three times between 1922 and
22 1943 when the new Georgia statute went into effect, I
23 believe in August of 1943.  So there was never an issue
24 of overcrowding.  So the justification for the five
25 percent requirement never made a lot of sense.

1     Q    What about other offices?  Were there third
2  party independent candidates running for office?
3     A    Occasionally.
4     Q    Just occasionally?
5     A    Georgia wasn't a strong third party state.
6  Georgia was at that time solidly democratic.  I will
7  give you an example.
8          Thomas Watson, the writer and historian who
9  later served as a U.S. Senator had previously served in
10 the U.S. House as a democrat.  He became a populist.  He
11 ran for president twice on the populist party ticket.
12 But during the populist party's heyday, the populists
13 ran numerous candidates from Georgia.
14         And the smaller parties over the years the
15 prohibition parties, the socialist party, et cetera,
16 they rarely -- occasionally they would have a candidate,
17 but not anything like what the populus did earlier in
18 the twentieth century.
19         Georgia -- the example I wanted to give about
20 Thomas Watson was he ran for the United States Senate in
21 1920 as the democratic nominee.  The republication party
22 didn't even put up an opponent.  But there was another
23 writer who filed to run against him.
24         So Georgia just never historically had a
25 strong, what I call, minor party presence.  The

1  republican party barely existed in the state back in
2  those days.
3      Q    Did they have a number of independent
4  candidates run for office?
5      A    Yes.
6      Q    Did they run for other state offices and for
7  county offices, as well, both independents and other
8  third parties?
9      A    Yes, probably more independents than the
10 specific nationally recognized third parties.
11     Q    Right.
12     A    Georgia did have a number of independents.  I
13 would say the strongest minor party activity was with
14 the populous party in 1904, 1908 in that period.  And
15 really that goes back to about 1892 up through around
16 1908.
17     Q    Have you looked at the number of third party
18 and independent candidacies of the 30s in Georgia?
19     A    Yes, and virtually nonexistent.
20     Q    For state offices and county offices?
21     A    State legislative seats, county offices,
22 congressional seats, very very very few.
23     Q    Were there candidates from parties such as the
24 constitutional christian party in Georgia?
25     A    At a very local level, yes, not at a statewide

1  or even a congressional district.  There were some minor
2  entities occasionally.  But that particular party that
3  you mentioned that doesn't ring a bell with me.  But
4  there was some sporadic minor party -- they were
5  generally independents and those would be very
6  specifically local races.
7       Q    Let's look at paragraph two of your report,
8  first page.  You talk about your investigation into the
9  Georgia 1943 enactment.  Tell me what you did to
10 investigate this.
11      A    I have as part of my research for my writing I
12 subscribe to about four or five different newspaper
13 archives.  And so I did an exhaustive search through all
14 of the archives to find what I could about the 1943 law
15 and dug back from about 1940 forward.
16           Because in 1940 that is when the attorney
17 general at the time, Ellis Arnold who later became
18 governor, he decided he was going to prevent Earl
19 Browder and the communist party from appearing in the
20 1940 presidential election.
21           Arnold was like many democrats from the time
22 he was an avid anticommunist, you know, shortly after
23 the Nazi Soviet pack of 1939.  And so that even struck
24 me as a little odd since Earl Browder was running for
25 president for the second time in 1940 and hadn't

1  bothered to appear on the ballot in Georgia in 1936.  So
2  I think this was as much to do with Arnold trying to win
3  popularity than actually keeping Earl Browder off the
4  ballot in Georgia because Browder hadn't even attempted
5  to get on the ballot there four years earlier.
6        I read about the Secretary of State at the
7  time, John B. Wilson, and he shared Arnold's views
8  toward the communist party and keeping them off the
9  ballot in Georgia.  Although there was never really a
10 communist party in Georgia ever, so they were
11 demagoging, an issue that they know would be popular
12 with the voters.
13       That was, I think, the motivation behind this.
14 That was the motivation behind this because the
15 communist party barely, barley existed in the state at
16 the time.
17    Q   Okay.  What else did you do in this?
18    A   Well, starting in 1940 I followed or
19 researched what I could find about -- I was trying to
20 determine what was the real reason for this.  So I went
21 through the newspaper archives from 1940 up through '43
22 and every source that I could find when it was mentioned
23 in the papers it always talked about this being enacted
24 to prevent the communist party or similar political
25 entities that advocated the overthrow of the U.S.

1  decision more or less arbitrarily.  The communist party
2  did not sue because the communist party was making
3  almost no attempt to get on the ballot in Georgia.
4           The same thing happened in 11 other states
5  regarding Earl Browder's campaign that year where the
6  secretary of state decided to arbitrarily just keep the
7  communist party ticket from the ballot.
8           The communist party ticket had appeared on the
9  Georgia ballot previously in 1924, '28 and '32 when
10 William Zebulon Foster was the party's presidential
11 candidate.  But when Browder ran in '36 he did not
12 attempt to make it on the ballot there.  Everything that
13 I have been able to find there was really no attempt by
14 Browder to even try to get on the ballot in '40.
15          So it was mostly John B. Wilson and Ellis
16 Arnold seeking publicity, getting their names in the
17 papers, kind of demagoging a very popular issue at the
18 time, oh, yeah, we want to bar the communists.
19     Q    In your report you describe efforts in the
20 1941, I guess, legislative session in '42 spearheaded by
21 the secretary of state, but to prevent the communist
22 party off the ballot.
23          Can you describe for me your understanding of
24 those proposed ballot measures?
25     A    What Secretary of State John B. Wilson

1  John B. Wilson what they were addressing was coming in
2  the immediate aftermath of the Nazi-Soviet pact.  So
3  later I think the American people did not feel as
4  opposed to the Soviet Union as they in 1940.
5      Q    How about 1943 or '44?
6      A    In the south I think there was still a lot of
7  hostility toward the Soviet Union, although, we were
8  allied with them in 1942.  However, in 1944, in the
9  south among democrats in the south, the Texas Regulars,
10 for example, were very bitterly opposed to anything
11 having to do with communism.
12          So while they recognized the Soviets were
13 fighting on our side, they were still adamantly opposed
14 to Earl Browder in the communist party or anything to do
15 with communism per se.
16     Q    Let's turn to your report, page 4, paragraph
17 10.
18     A    Yes, ma'am.
19     Q    Look at footnote 3, your description of Hatch
20 Act.  What is your source for asserting that the Hatch
21 Act was an option?
22     A    I'm sorry.  I didn't hear you Chris.
23     Q    In your footnote 3 you assert, I believe, that
24 the Hatch Act was aimed at communists.  What is your
25 source for that?

 1     Q     Yes.  But no other --
 2     A     Source.
 3     Q     -- legislative documents other than the
 4  statute itself?
 5     A     Correct.  Correct.
 6     Q     Have you reviewed any scholarly research
 7  specific to the 1943?
 8     A     I really have not been able to find anything,
 9  to be honest, Chris, that specifically addresses the
10  1943 legislation in Georgia and what the motivation for
11  legislation may have been.  I have not been able to find
12  anything in any academic articles or books.
13     Q     Did you examine the legislative history or
14  newspaper articles for any other motivation?
15     A     I did.  I did because I specifically covered
16  Claude Watson's campaign for president in 1944 very
17  thoroughly in my book "The Lowest Ebb."  I wanted to see
18  why, because there was this anti-communist hysteria
19  sweeping the country in '40.  I wanted to understand why
20  other parties were being affected by this.
21           I wasn't able to find anything regarding the
22  1943 legislation and the prohibition party or the
23  socialist party of Norman Thomas.  I wasn't able to find
24  any articles related to them and this legislation.  They
25  just happened to be swept up with it.

1      Q    Did you examine any possible antilabor
2   motivation?
3      A    No.
4      Q    Did you exam what role, if any, the white
5   primary litigation played in adopting ballot access
6   measures?
7      A    That was one of the things that Governor
8   Arnold was criticized by a lot of more conservative
9   Georgia democrats because he pushed for an end to the
10  white primary.  I am aware of that.  I haven't read any
11  specific -- anything specifically about that effort by
12  Arnold and the 1943 legislation.
13     Q    Did you examine any other specific motivations
14  at all regarding 1943?
15     A    My searchs were on this legislation and not
16  specifically in my search terms did I use communist
17  party.  I looked for ballot access, requirement,
18  Georgia, election statutes, things of that sort.  And
19  the only things that I have been able to find and that
20  was a pretty thorough search by the way, was related to
21  specifically the communist party.
22     Q    So if there were a 1948 attorney general
23  opinion advising that the purpose of the statute was to
24  prevent persons with little or no following in covering
25  the official ballot, you would not have run that in your