# In the Matter Of:

MARTIN COWEN, et al. vs. BRIAN P. KEMP

# DEPOSITION OF

# RICHARD WINGER

*February 19, 2019*



Plaintiff's SJ Exhibit 025



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

Case 1:17-cv-04660-LMM   Document 69-28   Filed 06/05/19   Page 2 of 8

MARTIN COWEN, et al. vs. BRIAN P. KEMP  
RICHARD WINGER on 02/19/2019

DEPOSITION OF

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF GEORGIA
 3                       ATLANTA DIVISION
 4
 5
    Martin Cowen, et al.,
 6
              Plaintiffs,
 7
    -vs-                                CASE NO.
 8                                      1:17-cv-04660-LMM
    Brian P. Kemp, in his official
 9  capacity as Secretary of State of
    the State of Georgia,
10
              Defendant.
11  _____/
12
13
14
15             DEPOSITION OF RICHARD WINGER
16
17
               Taken before JOAN GRIER
18           Certified Shorthand Reporter
                 State of California
19             C.S.R. License No. 8958
20
21
22
23
24              February 19, 2019
25
```



1201 West Peachtree Street  
Suite 2300  
Atlanta, GA 30309  
404.847.0999  
www.DiscoveryLit.com

DISCOVERY LITIGATION SERVICES  
Court Reporting • Videography • Trial Presentations  
Nationwide Coverage

Case 1:17-cv-04660-LMM   Document 69-28   Filed 06/05/19   Page 3 of 8

MARTIN COWEN, et al. vs. BRIAN P. KEMP
RICHARD WINGER on 02/19/2019

DEPOSITION OF
Page 2

```
 1              DEPOSITION OF RICHARD WINGER
 2
 3         Pursuant to Notice of Taking Deposition, and on
 4    Tuesday, February 19, 2019, at the hour of 10:18 a.m.,
 5    at 275 Fifth Street, Fourth Floor conference room, San
 6    Francisco, California, before me, JOAN GRIER, Certified
 7    Shorthand Reporter, personally appeared RICHARD WINGER,
 8    produced as a witness in the above-entitled action, who,
 9    having been first duly sworn, was thereupon examined as
10    a witness to said action.
11                        APPEARANCES
12    On behalf of the plaintiffs:
13         BRYAN L. SELLS, ESQUIRE
14         Attorney at Law
15         LAW OFFICE OF BRYAN L. SELLS, LLC
16         Post Office Box 5493
17         Atlanta, Georgia 31107-0493
18
19    on behalf of the defendant:
20         CRISTINA CORREIA, ESQUIRE
21         Attorney at Law
22         OFFICE OF ATTORNEY GENERAL, GEORGIA
23         Georgia Department of Law
24         Atlanta, Georgia 30334
25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:17-cv-04660-LMM   Document 69-28   Filed 06/05/19   Page 4 of 8

MARTIN COWEN, et al. vs. BRIAN P. KEMP
RICHARD WINGER on 02/19/2019
DEPOSITION OF
Page 3

```
 1                         I N D E X
 2
 3
 4    Deposition of RICHARD WINGER
 5
 6    EXAMINATION BY:                                    PAGE
 7          MS. CORREIA                                     4
 8          MR. SELLS                                      53
 9
10
11    DEFENDANT'S EXHIBITS                               PAGE
12    Exhibit 1     Richard Winger's report; 25 pages      4
13
14
15                         ---oOo---
16
17
18
19
20
21
22
23
24
25
```



Case 1:17-cv-04660-LMM   Document 69-28   Filed 06/05/19   Page 5 of 8

MARTIN COWEN, et al. vs. BRIAN P. KEMP
RICHARD WINGER on 02/19/2019
DEPOSITION OF
Page 4

1       (Defendant's Exhibit 1 was marked for
2  identification.)
3
4                    RICHARD WINGER,
5     sworn as a witness by the Court Reporter,
6                 testified as follows:
7              EXAMINATION BY MS. CORREIA
8       MS. CORREIA:  Q.  Mr. Winger, how are you?
9       A.  Oh, it's nice to hear your voice again.
10      Q.  Yes.  Same here.  Same to you.
11          We're taking this one -- I know I've taken your
12  deposition before, but we're doing this one on the
13  phone, so we're going to have to be particularly careful
14  to speak one at a time so that the court reporter can
15  get it all down.
16          Obviously, you've given depositions before
17  because I've taken your deposition.  So you understand
18  that you're under oath.  And if at any point you need a
19  break, just let me know.  And if at any point you don't
20  understand a question, please ask me to rephrase,
21  restate it, or just let me know you don't understand,
22  and I'll try my best to state it some other way.
23          If you answer a question, I'm going to assume
24  that you understood the question.
25          Is that fair?



Case 1:17-cv-04660-LMM Document 69-28 Filed 06/05/19 Page 6 of 8

MARTIN COWEN, et al. vs. BRIAN P. KEMP
RICHARD WINGER on 02/19/2019

DEPOSITION OF
Page 38

1 a Democrat or Republican.
2           Theoretically, in Georgia, which kindly -- and
3 I'm glad it does -- permits write-ins, it's
4 theoretically possible even now for Georgia to have a
5 U.S. House race in November where nobody gets
6 50 percent.  If it were super close and a write-in
7 candidates got some votes, that could happen.
8      Q.  Well, and has Georgia had runoffs for
9 congressional races where it's special election?
10     A.  Oh, yes, because in special elections, there's
11 no incumbent.  So when there's no incumbent, that always
12 attracts lots more candidates.  And it's the norm that
13 Georgia has to have a runoff in a special election,
14 especially since there's no petition for anybody to get
15 on the ballot in a special election.
16     Q.  So that typically draws more candidates,
17 correct?
18     A.  Yeah.
19     Q.  So getting back to Paragraph 38, I believe you
20 told me that the basis of the statements that you made
21 about not needing to reduce the number of runoff
22 elections in order to -- not meeting the ballot
23 restrictions in order to limit runoffs was, you said,
24 eliminating the runoff requirement and adopting a rank
25 choice voting.  Is that right?



Case 1:17-cv-04660-LMM   Document 69-28   Filed 06/05/19   Page 7 of 8

MARTIN COWEN, et al. vs. BRIAN P. KEMP
RICHARD WINGER on 02/19/2019
DEPOSITION OF
Page 40

1  eight divided by 370 is still only a little over
2  2 percent.
3       Q.  Eight races where -- I'm sorry -- where there
4  were three candidates on the ballot?
5       A.  Yeah.  Eight races with three candidates on the
6  ballot divided by 370 U.S. House races across the
7  country in 2016.
8       Q.  Did you look at any with four candidates on the
9  ballot?
10      A.  Well, I looked at all of them.  I didn't single
11 them out especially, though.
12      Q.  Would you agree that the greater the number of
13 candidates on the ballot, the more likely a runoff would
14 be necessary?
15          Let me put it this way:  The more likely
16 that the winning -- nobody gets 50 percent of the
17 vote?
18      A.  Yes, to a slight extent.  But I tend to think
19 that there's a protest vote out there.  And it doesn't
20 get bigger just because there's more and more
21 third-party and independent candidates.  But, yes, I
22 would agree.
23      Q.  Can you describe -- we talked about rank choice
24 voting just a minute ago.  Can you describe your
25 understanding of how that works for me?



Case 1:17-cv-04660-LMM   Document 69-28   Filed 06/05/19   Page 8 of 8

| MARTIN COWEN, et al. vs. BRIAN P. KEMP | DEPOSITION OF |
| --- | --- |
| RICHARD WINGER on 02/19/2019 | Page 41 |

1    A.   I live in San Francisco, and San Francisco
2    uses rank choice voting for its city elections.  We've
3    been using it now since 2000, I think.  The voter
4    doesn't just put a checkmark next to the candidate that
5    he or she wants to vote for.  The voter puts a number
6    next to the name of the candidate.  The voter puts a
7    number 1 next to the voter's favorite candidate, and
8    then the voter is free to put a number 2 next to the
9    candidate that the voter likes second most.  And maybe 3
10   and 4.
11        So when the votes are counted, most of the
12   time, somebody has 50 percent.  But if nobody does, then
13   the votes are looked at again, and all the people who
14   put their first choice for the person who came in last,
15   they get to have their votes redistributed to their
16   second choice candidates.
17        And so then that increases the vote for all the
18   other candidates except for the bottom one.  So maybe
19   then somebody has 50 percent.  And you just keep doing
20   it until somebody has 50 percent.
21        Q.   In Paragraph 42, you state that Maine is the
22   only state that uses it for their congressional primary.
23   A number of states use it just for UOCAVA voters.  Is
24   that right?
25        A.   Let's see now.  I forget what the question was.

