IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, Georgia Secretary of State,<br><br>Defendant. | *<br>*<br>*<br>*<br>* CASE NO.: 1:17cv04660-LMM<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## DEFENDANT'S RESPONSES TO
## PLAINTIFFS' CORRECTED FIRST REQUEST FOR ADMISSION

1. Admit.

2. Admit.

3. Admit.

4. Admit with the insertion of the word "general" in the 5th line of paragraph 4.

5. Admit.

6. Admit

7. Admit, see no. 6.

Plaintiff's SJ Exhibit

027

8. Admit with the insertion of the word "general" before "election" in the 8th and 12th lines; and with the insertion of the word "active" before "registered" in the 7th and 11th lines.

9. Admit.

10. Defendant admits that in 1964, Independent Milton Lent was on the ballot as an Independent candidate for congressional district 1, and that district 1 did not include any split counties. Defendant, after reasonable inquiry, lacks sufficient information to admit or deny that 1964 was the last time an Independent candidate last satisfied the five-percent petition signature requirement.

11. Defendant admits only that the cited reference materials state that in 1964 only 25% of Georgia's nonwhite voting-age population was registered to vote. Defendant, after reasonable inquiry, lacks sufficient information to admit or deny the underlying figure or that 1964 was the last time an Independent candidate last satisfied the five-percent petition signature requirement. Defendant admits however that the total voter registration (all races) in 1962 was 1,364,988.

12. Defendant admits only that the cited reference materials state that in 1964 the overall registration rate was approximately 63 percent of voting age

population. Defendant, after reasonable inquiry, lacks sufficient information to admit or deny the underlying figure or that 1964 was the last time an Independent candidate last satisfied the five-percent petition signature requirement. Defendant admits however that the total voter registration (all races) in 1962 was 1,364,988 and in the 2014 general election the total active voter registration was 5,168,664.

13. Defendant, after reasonable inquiry, lacks sufficient information to admit or deny the allegation.

14. Defendant admits that Georgia has had 15 unopposed races for Congress between 2012 and 2016. Defendant, after *reasonable* inquiry, lacks sufficient information to admit or deny the remaining allegations in paragraph 14.

15. Defendant admits the first sentence in paragraph 15. Defendant, after *reasonable* inquiry, lacks sufficient information to admit or deny the remaining allegations in paragraph 15.

16. Defendant admits the first sentence in paragraph 16. Defendant, after *reasonable* inquiry, lacks sufficient information to admit or deny the remaining allegations in paragraph 16.

17. Defendant admits the first sentence in paragraph 17. Defendant, after *reasonable* inquiry, lacks sufficient information to admit or deny the remaining allegations in paragraph 17.

18. Admit.

19. Admit.

20. Admit.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General            112505

ANNETTE M. COWART   191199
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA   188620
Senior Assistant Attorney General

        JOSIAH B. HEIDT      104183
        Assistant Attorney General

        Georgia Department of Law
        40 Capitol Square, SW
        Atlanta, GA  30334
        404-656-7063
        FAX:  404-651-9325
        ccorreia@law.ga.gov

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFFS' CORRECTED FIRST REQUESTS FOR ADMISSION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 7th day of September, 2018.

/s/ Cristina Correia
Assistant Attorney General