**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation, | * * * * * | |
| | * | CASE NO.: 1:17cv04660-LMM |
| Plaintiffs, | * * | |
| v. | * * | |
| BRIAN KEMP, Georgia Secretary of State, | * * * | |
| Defendant. | | |

**DEFENDANT'S RESPONSES TO PLAINTIFFS'**
**SECOND INTERROGATORIES**

COMES NOW Defendant, through counsel, and hereby states his Objections and Responses to Plaintiffs' Second Set of Interrogatories.

A.      These responses are based upon, and therefore limited by, records and information in existence, presently recollected, and thus far discovered in the course of preparing these responses.  Defendant reserves the right to make changes to these responses if it appears at any time that inadvertent errors or omissions have been made or additional or more accurate information has become available.

Plaintiff's SJ
Exhibit

031

B.     No incidental or implied admissions of fact by the Defendant are made by the responses indicated below. The fact that Defendant has produced any document in response to any interrogatory herein may not be taken as an admission that Defendant accepts or admits the existence of any fact set forth or assumed by such document, or that the document constitutes admissible evidence.  Defendant's response to any request is not intended to, nor shall it be considered, as a waiver by Defendant of any objections to any request made by Plaintiffs.

C.     These responses are based upon the ordinary meaning of words used in the requests.

D.     The information supplied in these responses is based upon the knowledge, information, and belief of Defendant, and includes knowledge of his attorneys.  The word usage and sentence structure may be that of the attorney assisting in the preparation of the responses and thus does not necessarily purport to be precise language of Defendant.

E.     Defendant objects to Plaintiffs' definition of "you" to include Defendant's attorneys, as an invasion of the attorney work product and the attorney client privilege.

## OBJECTIONS AND RESPONSES

7. **Please identify the number of active voters as of the 2018 general election and the number of valid signatures required for an independent or political-body candidate to appear on the 2020 general election ballot in each congressional district.**

<u>**Response**</u>**:**

The calculations needed to determine the precise number of active voters and petition signatures needed per congressional district for the 2020 general election are not yet available.  However, the attached Exhibit 1 is a good faith estimate of the projected number of active voters and signature requirements per congressional district.

## <u>VERIFICATION</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing **DEFENDANT'S RESPONSES TO PLAINTIFFS' SECOND**

**INTERROGATORIES** are true and correct to the best of my knowledge.


_____
Brad Raffensperger
Secretary of State

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General                          112505

ANNETTE M. COWART              191199
Deputy Attorney General

RUSSELL D. WILLARD          760280
Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA          188620
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063


Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 25, 2019, I e-mailed the foregoing

Responses to Plaintiffs' Second Set of Interrogatories to Plaintiffs, addressed to:

Bryan L. Sells
The Law Office of Bryan L. Sells, LLC
P.O. Box 5493
Atlanta, GA  31107-0493
bryan@bryansellslaw.com

This 25th day of February, 2019.

<u>/s/Cristina M. Correia</u>
Cristina M. Correia
Ga. Bar No. 188620

# EXHIBIT 1

## Projected 2020 Georgia Congressional Representative Signature Requirements

| Congressional District | Registered Voters as of November 6, 2018 | 2020 Signatures Required |
|---|---|---|
| 1 | 447,321 | 22,366 |
| 2 | 397,565 | 19,878 |
| 3 | 474,044 | 23,702 |
| 4 | 485,112 | 24,255 |
| 5 | 530,774 | 26,538 |
| 6 | 479,056 | 23,952 |
| 7 | 469,959 | 23,497 |
| 8 | 414,387 | 20,719 |
| 9 | 459,485 | 22,974 |
| 10 | 472,606 | 23,630 |
| 11 | 499,459 | 24,972 |
| 12 | 418,996 | 20,949 |
| 13 | 490,064 | 24,503 |
| 14 | 395,560 | 19,778 |