# GEORGIA BARS COMMUNIST CANDIDATES FROM BALLOT

## Ruling in Interest of Public Policy, Secretary of State Announces.

Plaintiff's SJ Exhibit 034

ATLANTA, Ga., Aug. 20 (AP).—For the first time in Georgia history, Communists seeking public office will be barred in the November general election from having their names placed on the ballot.

Secretary of State John B. Wilson, who made the ruling, said: "It would be against public policy to place on our ballot the names of candidates of a party which seeks to overthrow our democratic constitutional form of government."

He explained he acted on the advice of Attorney-General Ellis Arnall. Gov. E. D. Rivers concurred in the action.

# Arnall Campaign To Bar Communists On Ballot Irks Browder

ATLANTA, GA.,—Attorney General Ellis Arnall's campaign to bar Communist candidate from the Georgia general election ballot last week drew critisism from Communist presidential nominee Earl Browder.

In New York Browder said Arnall's fight would style rights guaranteed to all classes under the Constitution and the youthful Attorney General retorted:

"It is ironical that candidate Browder prates of civil liberties under the Constitution when he and all his party are attempting to tear apart the Constitution and all that it stands for."

Secretary of State John B. Wilson said he would not allow the names of Communist candidates on the ballot if Arnall ruled them ineligible.

# LEGISLATION SOUGHT TO BAR COMMUNISTS FROM GEORGIA BALLOT

## Secretary of State John Wilson to Ask Assembly for Enactment of Law

Atlanta, Feb. 21 (AP)—Secretary of State John B. Wilson said today he would ask the general assembly to enact legislation that would bar the communist party from a place on the ballot in Georgia.

The measure which he said he would recommend to the solons early next week would require all candidates in Georgia for state and national offices, or the parties nominating them, to file with the secretary of state sufficient information to determine whether the party "is designed to overthrow our constitutional form of government."

Although the communist party would not be mentioned in the bill, Wilson said it and any other similar party would be the primary target. He said similar legislation is pending in other states and that New York state has a bill before the legislature that would bar the communists by name from the ballot.

Wilson refused the communists a place on the Georgia ballot in last year's election and they also were denied a place once before.

Shortly before adjourning for the week-end, the senate passed a house-

(Continued on page 4 column 7)

THE CONSTITUTION, ATLANTA, GA., THURSDAY, FEB. 18, 1943.

## State House Passes Nine Local Bills

### Setting Salary of Claxton Mayor Included in New Measures.

Nine additional local bills were passed yesterday by the Georgia house of representatives and sent to the senate.

Included among the list of new measures were bills to authorize Douglas, Coffee county, to pass and enforce zoning and planning laws; to incorporate the city of Morrow, Clayton county, in an effort to curb speeding through the community, which lies about five miles south of Jonesboro; to abolish poll tax payments for voting in elections and primaries affecting Vidalia, Toombs county; to set the salary of the mayor of Claxton, Evans county, at $300 a year; the city attorney at $100 annually, and the treasurer at $30 a year.

**City Limits.**

Savannah, Chatham county, also asked authority to extend the city limits to include a new housing development as a result of war industry. Moultrie, Colquitt county, sought a new charter in a 30-page document filed in the house; and Madison, Clarke county, asked authority to regulate business done on city streets.

Consolidation of the offices of city clerk and treasurer was asked for Sandersville, Washington county. And in another bill, Eatonton, Putnam county, sought to set the salary of the city clerk at $1,800 a year.

Half a dozen other bills were offered in the house and sent to committees.

**Transportation Plan.**

Dougherty county asked the right to establish and operate a public transportation system under the same waterworks and gas board; Leesville, Fulton county, sought authority to zone properties and develop general city planning and take whatever other steps are necessary for the protection of the safety and health of its citizens.

Revision of the charter of the city of Sugar Valley, Gordon county, is provided in another house measure. The city would have authority to issue bonds up to $50,000 and to take whatever action it deems necessary to protect the health and morals of its citizens.

Macon would be given authority to force property owners to remove buildings considered detrimental to health, life, or public safety or which constitute fire hazards in a measure offered by the Bibb county delegation, and that county would be empowered to establish garbage districts for collection of refuse outside the limits of the city of Macon.

**County Attorney.**

The Long county attorney would be appointed by the superior court judge under another house bill, and three commissioners would be elected to serve six-year staggered terms. Morgan county asked that the city court of Morgan county be abolished and that all its business be turned over to the superior court.

A new charter for Collins, Tattnall county, was asked in a senate bill presented yesterday and sent to committee. It would provide a mayor and five councilmen, who would begin serving two-year terms in January, 1944. The new charter has 58 sections and is one of the most voluminous documents filed in the present session of the senate.



CHAPEAUX FOR WIPS—The bonnets being tried on by pretty Miss Carol Shaughnessy, of the women's division of the Department of Labor in Washington, were designed for wear by women factory workers. Miss Shaughnessy's interest in them arises from the fact that she is national commandant of the WIPS, an organization of women employed in industries and services essential to the war effort.

## State Senate Receives New Election Bills

### Okay of Measures Will Remove Ghosts of Carpetbag Days.

Ghosts of carpetbag days will be wiped from Georgia election laws if the state senate approves a series of actions taken yesterday by the house of representatives.

Although September primaries have been regarded as tantamount to election since reconstruction days, and candidates nominated in those primaries win November general elections, there was no definite way in which one could be certain of the election result because the ballot boxes in the general elections have been sealed by the secretary of state and held for opening and canvassing by the incoming legislatures about 60 days after the election.

## Georgia House Refuses Hubbies Right To Collect Wives' Salary

Women came in for public chiding for their time-honored custom of ransacking their husbands' trousers yesterday during discussion of a bill by Representative Helen Douglas Mankin, of Fulton county, removing the right of husbands to collect their wives' salaries.

Waggish Representative W. W. Gray, of Houston, chairman of the committee on journals who in making his daily report frequently makes remarks like "I haven't read the journal but I know it is in good order," took occasion to jab at the pocket-ransacking practice.

He offered this amendment:

"Nothing in this act shall be deemed to give the wife authority to go through her husband's pockets, and any such conduct shall be illegal and shall give the husband the right to reprimand his wife when so guilty of going through his pockets."

Gray's amendment was ruled out of order by the speaker, as "against human nature."

"Don't you think," asked Representative Frank M. Cates, of Burke county, "that the bill would kind of tear the shingles off the house of a bachelor desiring to marry a woman of great wealth?"

"I don't think a bachelor has any right to participate in the discussion," said Mrs. Mankin.

Explaining her bill, the Fulton representative said it would simply put into black and white a construction which the courts for years have placed on statutes covering husbands' rights to wives' salaries.

The bill carried, 110 to 4. Among the dissenters was Cates.

## Bill To Change Time Law Again

## Bill To L... Business ... Is Introd...

### Gross, Harris Of... islation at Req... Governor

A joint measure to ... Coca-Cola Company, ... and to lure other busin... gia was introduced by ... the house and senate y... Governor Arnall's requ...

The legislation, offer... ate President Frank ... House Speaker Roy H... amend the constitution ... from all ad valorem t... ble taxes common vot... a subsidiary corporation ... business in the state.

One stipulation is th... 90 per cent of such sto... by Georgia corporation... cipal places of busin... state. Another is that ... shall have been "acqu... held for the purpose ... the parent company w... some part of its esta... of business through ... sidiary."

**Main Platform**

One of Arnall's ma... in his successful camp... development of busine... culture" in Georgia.

"For years," a st... leased by Gross and ... "corporations doing e... this amendment allows ... in Georgia have been ... Delaware and other ... Georgia people, and ... been losing a great ... revenue from income ... taxes on account of su...

"We believe, that to ... this practice is good t... state and its people.

"As a matter of fa... corporation organizes ... corporation to do bus... other state it's usual... the purpose of comply... laws of that state and ... voting stock of both ... and the subsidiary co... really double taxation... heretofore forced all i... to fix their set-up an... office outside of Geo... contribute its income ... other state instead of ...

"This administration ... bring new business to ... to keep our own pe... business in Georgia. ... lief that this forward... islation will pave the ... new day of growth a... ment for business an... within the borders of ...

"With Georgia's ... sources, fine American ... materials and climatic ... our state is an ideal s... dustry and business, ... to remove all obstacl... riers that have here... stricted business from ... our state."

## Morehouse C... Observes Bi...

Dr. Noble Y. Beall, o... Negro colleges, board o... Northern Baptist conv... Dr. Clyde Avery Lawla... served on many Negro ... ulties, will be speakers ... anniversary celebration ... house College today.

Dr. Beall will speak ... quet at 6 p. m. in M... Spelman College. ... who now has a priva... in Pine Bluff, Ark... 9 a. m. at the specia... chapel exercises.

President Benj...

Case 1:12-cv-01822-RWS Document 93-7 Filed 06/25/18 Page 3 of 5

force property owners to re-
buildings considered...
it to health, life, or
or which constitute fire
ds in a measure offered by
bb county delegation, and
county would be empowered
tablish garbage districts for
tion of refuse outside the
s of the city of Macon.

**County Attorney.**

A Long county attorney
d be appointed by the supe-
court judge under another
s bill, and three commission-
ould be elected to serve six-
staggered terms. Morgan-
ty asked that the city court
organ county be abolished
that all its business be turned
to the superior court.
new charter for Collins, Tatt-
county, was asked in a sen-
bill presented yesterday and
to committee. It would pro-
a mayor and five councilmen,
would begin serving two-
terms in January, 1944. The
charter has 58 sections and
one of the most voluminous
uments filed in the present ses-
of the senate.

## ouse Studies
## tate Motorist
## ndemnity Bill

### easure Would Force Drivers To Take Out $10,000 Insurance.

Half a million Georgia automo-
ile and truck owners must have
idemnity insurance aggregating
10,000 if a bill proposed yester-
ay in the Georgia house of rep-
esentatives is approved.

Under provisions of the meas-
re, offered by Representatives
ames O. Ogburn, of Laurens;
dle N. Durden, of Dougherty,
nd others, no one could operate
car within the confines of the
tate without the required indem-
ity insurance, and failure to have
uch protection would subject mo-
torists to summary revocation of
their right to drive.

The measure was sounded and
went to committee for study.

Drivers must provide a policy
making $5,000 available in case of
injury or death; $10,000 over-all
coverage, and $1,000 for property
damage.

Similar measures have been of-
fered the assembly in the past, but
none have won approval.

Attaches of the office of William
L. Joiner, of the state motor vehi-
cle division, said no accurate
count of the number of machines
is available currently but pointed
out that between 500,000 and
600,000 licenses were issued by the
department last year for motor
vehicles.

---

Ecuador has decreed that all
copra harvested there must be
used for making soap and can-
dles for its people.

## Give Your Feet An Ice-Mint Treat

## Election Bills

### Okay of Measures Will Remove Ghosts of Carpetbag Days.

Ghosts of carpetbagger days will
be wiped from Georgia election
laws if the state senate approves
a series of actions taken yester-
day by the house of representa-
tives.

Although September primaries
have been regarded as tantamount
to election since reconstruction
days, and candidates nominated
in those primaries win November
general elections, there was no
definite way in which one could
be certain of the election result
because the ballot boxes in the
general elections have been sealed
by the secretary of state and held
for opening and canvassing by
the incoming legislatures about 60
days after the election.

This practice was instituted
after carpetbaggers were accused
of ripping ballot boxes open in
the old days and stuffing them
for their candidates.

**Early Election.**

To make possible an early elec-
tion declaration, the house yester-
day approved a bill to create a
state election canvassing board,
and provided that it shall begin
canvassing results within 48 hours
after the election. The board sup-
plants the old legislative and pres-
ent canvassing agencies, and will
announce results soon after tabu-
lations of the November elections
are available.

Revision of the old procedure
was one of four election reform
measures passed by the house.
The canvassing bill was proposed
by Representative Casey Thigpen,
of Glasscock county.

**Second Bill.**

A second Thigpen bill adopted
by the house sustained Secretary
of State John B. Wilson in refus-
ing a Communist candidate for
president a place on the Georgia
ballot in the 1940 election. It re-
quires candidates seeking a listing
on ballots to present a petition
bearing the names of at least 5
per cent of the qualified voters
in the section or state in which
he is running, or to show that at
least 5 per cent of those voting
in the last general election were
members of the candidate's party.

A third election bill requires the
secretary of state, instead of var-
ious state officials, to furnish
county ordinaries tally sheets and
other forms used in elections.

**Superior Courts.**

Clerks of superior courts must
file with the secretary of state by
July 1 of each election year the
number of qualified voters in each
county, under the fourth house
bill.

Representative Ross Sharpe, of
Toombs county, said he knew of
one Georgia county in which the
tax collector issued 500 poll tax
receipts "in blank" the night be-
fore an election, and that the next
day more than 400 persons voted
on those blanks.

"You know and I know that
people from South Carolina and
Florida and 18-year-old boys have
voted in Georgia elections, and
this bill will tend to stop that,"
Sharpe said.

---

In Germany the meat ration for

---

ing for their time-honored custom
sion of a bill by Representative
Helen Douglas Mankin, of Fulton
county, removing the right of hus-
bands to collect their wives' sala-
ries.

Waggish Representative W. W.
Gray, of Houston, chairman of the
committee on journals, who in
making his daily report frequently
makes remarks like "I haven't
read the journal but I know it is
in good order," took occasion to
jab at the pocket-ransacking prac-
tice.

He offered this amendment:
"Nothing in this act shall be
deemed to give the wife authority
to go through her husband's pock-
ets, and any such conduct shall be
illegal and shall give the husband

## Bill To Change Time Law Again Reaches Senate

### State Senators Display Mixed Feelings as to Final Success.

**By JIM LITTLE.**

A proposal to place Georgia
back on Eastern War Time April
1 will reach the senate floor to-
day with a committee report fa-
voring its adoption, and senators
displayed mixed feelings last night
as to its final success.

"I don't like the idea one bit,"
said Senator Claude Pittman, of
Cartersville, father of the now-
existent law which turned clock
hands one hour in the anticlock-
wise direction last January 28.
"My bill has been fought by the
biggest lobby that has come over
this session." He did not name
the lobby he had in mind.

Members of the committee on
the state of the republic reached
a meeting of minds yesterday but
were afraid to report the measure
out because two key proponents
were missing from the floor.

**Bill Considered.**

The committee had considered a
bill by Senator W. Herschel Lov-
ett, of Dublin, providing Eastern
War Time and another placing the
eastern two-thirds of the state in
the eastern time zone and the
western third in the central time
belt, following the dividing line
existing prior to 1941.

The agreement represented a
strange compromise between ad-
ministration leaders who pushed

---

was ruled
out of order by the speaker, as
"against human nature."

"Don't you think," asked Rep-
resentative Frank M. Cates, of
Burke county, "that the bill would
kind of tear the shingles off the
house of a bachelor desiring to
marry a woman of great wealth?"

"I don't think a bachelor has
any right to participate in the dis-
cussion," said Mrs. Mankin, in
explaining her bill. The Fulton
representative said it would sim-
ply put into black and white a
construction which the courts for
years have placed on statutes cov-
ering husbands' rights to wives'
salaries.

The bill carried, 110 to 4.
Among the dissenters was Cates.

---

the original setback order through
by a vote of 20 to 8 and backers
of the old Talmadge administra-
tion. Governor Arnall, who sign-
ed the bill with alacrity and the
remark that "I always sign a good
bill," was out of town yesterday
and could not be reached for com-
ment on this new turn of events.

In the house, Representative
Sam J. Welsch, of Cobb county,
who engineered the Central Time
bill through the house, said he
didn't believe the new measure
would receive house approval "at
this time."

He also issued a statement to
clarify what he said was a gen-
eral misunderstanding about the
time law now in effect.

"For the benefit of those who
have not read the provisions of
the 'time law,'" he said. "It is
plainly stated in the present time
law that when the war is over
there will be no change of time
by the clocks.

"There will be a change in
name of the time from 'Central
War Time' to 'Eastern Standard
Time,' but there will be no run-
ning up or back of the clocks.
The hour will be the same, only
called by a different name."

Lovett said April 1 had been
selected as the date for the change
because "the days will be longer
by that time."

## 3 WAAC Auxiliaries Take Up Duties Here

First three WAAC auxiliaries to
be assigned to a recruiting office
in this area reported for duty with
the Atlanta recruiting office in the
new post office building yester-
day.

They were: Auxiliary Louise
Greenway, of Cedartown; Auxil-
iary Marie N. Simonton, of Grif-
fin, and Auxiliary Gertrude A.
Withbrodt, of Bay City, Mich.



MELTING ICE CAN'T KILL SPARKLE IN DRINKS MADE WITH **CANADA DRY WATER**