Case 1:17-cv-04660-LMM  Document 69-39  Filed 06/05/19  Page 1 of 2

Newspapers
by ancestry
https://www.newspapers.com/image/400457375

The Atlanta Constitution · Sat, Oct 30, 1982 · Page 19
Downloaded on May 15, 2019

The Atlanta Journal
THE ATLANTA CONSTITUTION
Saturday, October 30, 1982   Page 1-B

# city/state

## Court: Mental facility must pay $600,000

By Tom Crawford
Staff writer

A mental health hospital that released a man who later shot and killed his former wife must pay $600,000 to the man's children, the Georgia Supreme Court ruled Friday.

The 4-3 decision, which was the first of its kind by the court, was handed down against the Bradley Center, a private mental health facility in Columbus.

The court ruled that the Bradley Center should have taken "reasonable care to control" the man, who killed his former wife, because he had told doctors at the facility that he "would likely cause bodily harm to his wife if he had the opportunity."

According to court records, Matthew Wessner voluntarily admitted himself to the Bradley Center in late 1974 because of "long-term marital problems, apparently resulting from Mrs. Wessner's extramarital affair."

Wessner was released from the hospital in November 1974 but was readmitted in January 1975 after he tried to commit suicide when his wife Linda's divorce was made final.

While he was a patient, Wessner told the hospital staff he had thought of killing his former wife and her boyfriend, George Kintzmaker, according to court records.

Despite this, Wessner was issued an unrestricted weekend pass by the hospital Feb. 7, 1975. He obtained a gun and killed his former wife and her boyfriend. He later was tried and convicted on two counts of murder.

Wessner's brother Kenneth, the guardian of Wessner's son and daughter, sued the Bradley Center on behalf of the minor children and won a $600,000 judgment against the hospital in Muscogee County Superior Court.

The hospital appealed the earlier judgment, but in its ruling Friday, the Supreme Court upheld the Superior Court verdict in favor of the Wessner children.

The high court ruled that the hospital had a legal duty to exercise control over a person it knew was likely to harm other people.

Under the hospital's voluntary admission program, if a patient seeks a discharge against medical advice, the hospital has the authority to detain him for 48 hours while it attempts to persuade him to stay, the court noted in its decision.

"Where the course of treatment of a mental patient involves an exercise of 'control' over him by a physician who knows or should know that the patient is likely to cause bodily harm to others, an independent duty arises from that relationship and falls upon the physician to exercise that control with such reasonable care as to prevent harm to others at the hands of the patient," the court ruled.

Justices Hardy Gregory Jr., Harold N. Hill, Harold G. Clarke and George T. Smith joined in the split decision. Chief Justice Robert H. Jordan and Justices Thomas O. Marshall and Charles L. Weltner dissented.

## On patrol in DeKalb

### When moon is full, near Halloween, a policeman's work gets interesting

By Mark C. Winne
Staff writer

All the blue lights were on, the siren yelped, and from inside the car, it looked like Sgt. J.W. Pless' cruiser was devouring asphalt as it roared out of the streets of Scottdale and through a DeKalb County afternoon rush hour.

The accident was a 41° was the message that crackled over the police radio just moments earlier. It meant that one of the men under Pless' command had just been in an accident.

Hardly anyone even changed lanes, let alone pulled over, to let Pless' wearing, screaming car get by.

Pless let out a long "O-o-o-oh-oh-oh" as he swung hard onto Memorial Drive.

As he threaded in and out of that choked avenue, his siren and lights still affecting how drivers, the radio voice spat out some more police code numbers that meant a wrecker was needed at the accident scene.

At one point, a light blue Oldsmobile barred directly into his path. In another stretch, a couple of men in their mid-20s leisurely loped across the street in front of him.

"I got flashing headlights, six lights on top and a 500-watt siren," he said. "They still don't get out of the way."

It was the start of another evening shift for car 51.

What was ahead for Pless, 32, was not the staff TV shows are made of, or even many newspaper stories. But it would reflect what life is like just before Halloween with a nearly full moon in a county where a police sergeant can stare at an unknown behind a shanty in Scottdale one minute and, minutes later, check a Stone Mountain neighborhood of mansions that look like resort hotels.

A slothful Volkswagen puttered into his path as he neared West Mountain Street. When it finally pulled over and the girl behind the wheel flashed an "I'm sorry" look, the accident came into view.

Pless soon discovered that Officer Mike Sharkey's flashing blue lights apparently got even less attention than his own. A big white Lincoln had plowed into the tail end of Sharkey's machine as it was stopped in the middle of the road on Sharkey helped a stranded motorist.

The son was starting to sink beneath the kudzu-covered woods by the road. The scattered, shattered remnants of the tail of a new police car and the grill of a big Lincoln, along with some long skid marks, bore witness to the impact of the crash.

Sharkey said he left the car in the middle of the road with the blue lights flashing so he and a motorist could push a stalled pickup out of the road.

The driver of the Lincoln was a 51-year-old Grayson man. He said he was watching the officer push the truck and did not notice the police car ahead of him.

Pless and Officer W.G. Green stood with the thin, gray-haired man, who wore a powder-blue windbreaker and kept his hands on top of a police car.

See POLICE, Page 5-B

## Tech building with asbestos shut

By Sharon J. Salyer
Staff writer

Georgia Tech, considered a leader in advising others on how to deal with asbestos problems, has taken action to remedy a potential asbestos hazard of its own, by closing a campus building.

Officials decided this week to close the school's Soils and Materials Building, after running tests on asbestos ceilings in the two-story building since 1979, according to Clyde Robbins, Tech's vice president of planning.

Robbins said no action was taken until now because tests showed that the building's air quality met guidelines set by the federal Occupational Safety and Health Administration.

The asbestos sprayed on ceilings of the two-story building will be removed because "there's growing evidence that there is a greater hazard than evident in OSHA analysis," Robbins said. "Obviously the people who have been working in the building have become alarmed."

The multipurpose building, which will be vacated Nov. 8, was used for conducting research into soils and highway materials and for lab studies for students.

Tech students and professors pushed for closing of the lab after reports that some of the asbestos sprayed on the ceilings was crumbling, and maintenance workers began wearing face masks and protective clothing when in the building. Light was taped to the lab's front doors warning of possible health hazards due to the asbestos-sprayed ceilings.

The removal of the asbestos will begin within three weeks and will take about two months at a cost of about $100,000, Robbins said.

Exposure to asbestos can cause lung disease and several forms of cancer.

To be harmful, the asbestos must be inhaled or ingested as a loose dust. When building materials that contain asbestos begin to break down and crumble, asbestos is released into the air.

The offices and labs in the building will be moved to other parts of the campus, Robbins said. "No other buildings on campus have such 'true quantities' of exposed asbestos in the insulation, he added.

Tech, considered a leader in the Southeast in conducting seminars to advise businesses and contractors on how to deal with asbestos problems, earned in a 1981 brochure that "asbestos-containing materials, such as those sprayed onto ceilings in buildings, represent a major public health problem. Health consequences are predictable at very low levels of exposure."

Tech lab workers and students were reluctant to be talk about the problem. But Richard D. Barksdale, a professor who is in charge of safety of the building, said, "The fact the building may be a health hazard worries me a great deal."

Asbestos sprayed-on material was federally banned from new construction in 1973, but it was a fairly common component in new buildings during the two decades before the ban. There are some 3,000 uses for asbestos. In buildings, it was used as a fire retardant and insulator.

Once exposure to asbestos was determined dangerous, the question was just how little exposure would cause health problems. Some health specialists have argued that there is no safe level of exposure. Career, for example, has turned up in patients 20 years after they were exposed to asbestos. But a study conducted by a doctor at New York's Mount Sinai Hospital produced little conclusive data about exposure to specific types of asbestos and disease.

A Georgia Tech student reads warning signs at building with asbestos hazard.

## Democrats take out loan for vote drive

By Mike Christensen
Staff writer

The Georgia Democratic Party, which earlier this month borrowed $125,000 to dole out to candidates, has borrowed another $100,000 to finance a get-out-the-vote drive.

Last Friday, the state Democratic Executive Committee raised the party's potential debt ceiling to $400,000, but officials said the current $225,000 in loans is all they will need.

The Democratic organization's only large loan in the past was $156,000, borrowed to clear up party debts after Gov. George Busbee's 1974 election, according to party Executive Director Tommy Coleman.

Since Joe Frank Harris' gubernatorial nomination and the subsequent state convention, the Democrats have been stressing party unity in the face of a Republican general election challenge.

Harris' finance chairman, Peachtree City banker Joel Cowan, has assumed the same title for the state party. And Paul Weston, who managed the Harris campaign, is dividing his time in running the party's new "vote Democratic" effort.

Newly elected party chairman Bert Lance and Cowan, according to Coleman, felt that the party needed to "take a stronger stand that we mean business" in the campaign. In the past, the party has provided minimal support for candidates.

Earlier this month, the party executive committee authorized Lance and Cowan to borrow up to $150,000 to help candidates directly, particularly in congressional and legislative races.

See CAMPAIGN, Page 5-B

## McKinney petition OK'd for 5th District election

By Jerry Schwartz and Ron Taylor
Staff writers

J.E. "Billy" McKinney's petition to run for Congress in the 5th District was declared successful Friday by Fulton County's chief voter registrar, Joe McCoy.

McKinney, a state representative from Atlanta, was able to obtain the 4,037 signatures of registered voters necessary to have his name placed on the Nov. 30 general election ballot along with Democratic incumbent Wyche Fowler and the winner of a three-way Republican primary contest.

At the same time, McCoy said the petition of Marco Dixon, the Socialist Workers Party candidate for the 5th District, had failed. "He had enough signatures, but they weren't all registered voters," McCoy said.

Republicans Jack Hester, Paul Jones and Doug Steele face off in a special primary election on Tuesday at the same time that the general election is being held in other races.

At a news conference Friday, McKinney challenged Fowler to a public debate. He accused Fowler of voting the will of his district only part of the time and of voting with President Reagan on other occasions.

McKinney also charged that the racial composition of the white congressman's staff is not in line with the racial makeup of the district.

---

ron hudspeth

### Trick or treat! Of ghosts, goblins and Abe Lincoln

**SHORT SHOTS AROUND TOWN**

Ah, here it is, Weirdo Weekend, the time that used to be for the kiddies but that now is America's No. 1 adult fantasy trip. Watch out for the guy dressed as Miss Piggy at this weekend's party. He's probably your formerly mild-mannered boss. ... Reflecting a growing concern for safe trick-or-treating, Steve Bartkowski has been on the tube locally in recent days, pumping for McDonald's, asking you to buy coupons redeemable at the hamburger chain to give to the little ones who knock at the door. Several local malls are sponsoring trick-or-treat excursions within the safety of their walls. The sickies among us make it a sad time for youngsters.

* * *

**HUDCAPS:** Yes, Halloween is that perfect time for spook and ghost stories. And how about this one: Dr. Robert Yeager of the Tulane University School of Medicine says a Dracula kissing bug has invaded the United States via South America. It kisses, er, bites your cheek while you're asleep and sucks a mouthful of blood out of you. Then, says Yeager, you have only three months to 30 years to live. I know a lot of us who hope we have 30 years left. ... And now that we're rolling, Emerson Denman, a scientist at the University of Montreal, says his recent research into voodoo has convinced him that zombies really do exist. I can vouch for that — I've spotted more than one in the wee hours at Peachtree watering holes. ... And even the president is not immune on Halloween. Marie Graciette, a Los Angeles psychic, says President Reagan is under a voodoo curse put there by Haitians who are angry because of Reagan's refusal to let them into the United States.

* * *

**TODAY'S BUMPER STICKER** (what else?): "I Brake for Hallucinations," spotted by Dave Kalbak of Norcross. ... And if you still can't figure out what you want to be tonight, paint rainbow colors on your forehead and go as a MARTA bus. Or be my all-time favorite by mixing 10 pounds of hot cereal, smearing it all over yourself, sticking a raisin in your navel and going as an oatmeal cookie. ... Today's ghoulish birthday congratulations: Ruth Gordon, 86; Grace Slick, 42; Henry Winkler, 37; Dick Vermeil, 46; Dale Evans, 70. ... Abe the witch? Alan Marlin, a New York professor, is writing a book, "Abraham Lincoln Was a Witch and Knew It." Marlin says that Lincoln held seances in the White House and even suggests that Lincoln's clothing — black hat, black suit and black cape — were witches' attire. Hmmm-m. I wonder if Johnny Cash is a witch?

* * *

**BEST BET:** Weekend Halloween parties at the city's gay clubs, where Liberace could wander through in his wildest garb and go unnoticed. Not recommended, however, for the faint of heart. ... And if we Americans are a bit spooky at Halloween, check the British. The Goodfield family of Poole, England, says it has a ghost in its bathtub, which seems like an ingenious method of getting one's back washed. ... Another English ghost breathes hot breath down the necks of downstairs dance. Pan American once Denise Latreille lays the invisible intruder crept up behind her and panted like a dog. ... Sheila Broomfield and George Gomes, a British couple, say a bed-hopping ghost is taking all the spirit out of their sex life. They say that every time they turn off the light, a passionate poltergeist joins them under the covers. An ex-hubby returning to haunt?

---

Sgt. J.W. Pless meets a variety of situations in patrolling the poorest and richest parts of DeKalb County



Copyright © 2019 Newspapers.com. All Rights Reserved.

Newspapers

Plaintiff's SJ Exhibit 036

Case 1:17-cv-04660-LMM Document 69-39 Filed 06/05/19 Page 2 of 2

Newspapers
by ancestry
https://www.newspapers.com/image/400457375

The Atlanta Constitution · Sat, Oct 30, 1982 · Page 19
Downloaded on May 15, 2019

# McKinney petition OK'd for 5th District election

### By Jerry Schwartz and Ron Taylor
Staff Writers

J.E. "Billy" McKinney's petition to run for Congress in the 5th District was declared successful Friday by Fulton County's chief voter registrar, Joe McCoy.

McKinney, a state representative from Atlanta, was able to obtain the 4,037 signatures of registered voters necessary to have his name placed on the Nov. 30 general election ballot along with Democratic incumbent Wyche Fowler and the winner of a three-way Republican primary contest.

At the same time, McCoy said the petition of Maceo Dixon, the Socialist Workers Party candidate for the 5th District, had failed. "He had enough signatures, but they weren't all registered voters," McCoy said.

Republicans Jack Hester, Paul Jones and Doug Steele face off in a special primary election on Tuesday at the same time that the general election is being held in other races.

At a news conference Friday, McKinney challenged Fowler to a public debate. He accused Fowler of voting the will of his district only part of the time and of voting with President Reagan on other occasions.

McKinney also charged that the racial composition of the white congressman's staff is not in line with the racial makeup of the district.

Copyright © 2019 Newspapers.com. All Rights Reserved.

