| From: | Rayburn, Kevin |
|---|---|
| Sent: | Tuesday, February 27, 2018 11:40 AM |
| To: | Steve Abrams |
| Subject: | RE: Web E-Mail From Steve "Fred" Abrams |
| Attachments: | O.C.G.A. _ 21-2-133(1).PDF |

Good Morning Mr. Abrams,

Yes, if you are not able to qualify as an candidate to be named on the ballot, you can still qualify as a write-in candidate if you meet those filing and publishing deadlines. I've attached the statute for the write-in process to this email.

Sincerely,

Kevin Rayburn
Assistant Elections Director and Deputy General Counsel

Georgia Secretary of State Brian P. Kemp
███████ (main)
███████ (direct)

**From:** Steve Abrams ███████████████
**Sent:** Sunday, February 25, 2018 3:34 PM
**To:** Rayburn, Kevin
**Subject:** Re: Web E-Mail From Steve "Fred" Abrams

Good morning Mr. Rayburn,
Sorry to bother you again, I have a question I hope you can answer. I have been reading through the Qualifying Information Packet and the statutes and my question is; is a seat in the us house of representatives open to a write-in challenge? That is, if I fail to get the appropriate number of signatures to qualify as a pauper, can I then publish a notice of write-in candidacy for this office?
Thanks again for your time and consideration.
Steve Abrams

Sent from Outlook

**From:** Rayburn, Kevin ███████████████
**Sent:** Tuesday, February 6, 2018 3:07 PM
**To:** Steve Abrams
**Subject:** RE: Web E-Mail From Steve "Fred" Abrams

Good Afternoon Mr. Abrams,

Georgia Congressional District 14 had 335,274 registered voters at the last election for that office (November 8, 2016). Georgia law says that the pauper's affidavit signature requirement for this type of office is "1 percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking and

Plaintiff's SJ
Exhibit
038

1

signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be election." (OCGA Section 21-2-132(h)(1)).

Therefore, the signature requirement for the pauper's affidavit for Congressional District 14 is 3,352 signatures. The pauper's affidavit with signatures is due when qualifying (March 5-9).

The number of signatures needed for the nominating petition for Congressional District 14 is 16,763.

Sincerely,

Kevin Rayburn

**From:** Steve Abrams
**Sent:** Friday, February 2, 2018 1:44 PM
**To:** Rayburn, Kevin
**Subject:** Re: Web E-Mail From Steve "Fred" Abrams

Good morning Mr. Rayburn,
Thanks so much for the assistance you have provided thus far but We have now come to the crux of the matter. Will you share with me the answers to two questions regarding District 14.? 1. How many signatures are required on the Pauper's Affidavit? 2. How many signatures are required on the Nominating Petition? I know that you have a full day, however these two numbers are very important to me and there is a time component to my efforts.
Thank you again for your help.
Steve Abrams

Sent from Outlook

**From:** Steve Abrams
**Sent:** Thursday, January 25, 2018 1:36 PM
**To:** Rayburn, Kevin
**Subject:** Re: Web E-Mail From Steve "Fred" Abrams

Good morning Mr. Rayburn,
I am seeking to represent Georgia District 14 in the U.S. House of Representatives. Wish me luck.
Thanks again for your time and patience. I am a novice at this.
Steve "Fred" Abrams
www.votefred.us

**From:** Rayburn, Kevin
**Sent:** Thursday, January 25, 2018 8:33 AM
**To:** Steve Abrams
**Subject:** RE: Web E-Mail From Steve "Fred" Abrams

2

**002**

Good Morning,

I will be happy to provide those figures, but I need to know what specific office you would be running for in order to calculate the figures.

Kevin Rayburn
Assistant Elections Director and Deputy General Counsel

Georgia Secretary of State Brian P. Kemp
▮▮▮▮▮▮▮ (main)
▮▮▮▮▮▮▮ (direct)

**From:** Steve Abrams ▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, January 24, 2018 7:00 PM
**To:** Rayburn, Kevin ▮▮▮▮▮▮▮▮
**Subject:** Re: Web E-Mail From Steve "Fred" Abrams

Good morning Mr. Rayburn,
Thank you so much for this information. It it just what I was looking for. Was this all in the Georgia Code as posted on the site? In any case, do you know what the number "of voters equal to 1 percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking" actually is? Can you give me a rough Idea?
Likewise for the Pauper's Affidavit which must be "signed by a number of voters equal to one-fourth of 1 percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking". Do we know what that number is? Is there a source where I can find this Information?
Thanks again for the time you've taken to help me out.
Steve Abrams

Sent from Outlook

**From:** Rayburn, Kevin ▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, January 24, 2018 1:02 PM
**To:** Steve Abrams
**Subject:** RE: Web E-Mail From Steve "Fred" Abrams

What are the differences between an "On the Ballot Candidate" and "On the Ballot Party Candidate"? I understand that the requirements are different for each. What are these requirements?
- I am not familiar with those terms and we don't use those terms.

Are the signatures on the Nominating Petition required to be from the specific District or will any registered Georgia voter qualify.

- Yes. O.C.G.A. Section 21-2-170(b) says, "(b) A nomination petition of a candidate seeking an office which is voted upon state wide shall be signed by a number of voters equal to 1 percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected. A nomination petition of a candidate for any other office shall be signed by a number of voters equal to 5 percent of the total number of registered

voters eligible to vote in the last election for the filling of the office the candidate is seeking and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected. However, in the case of a candidate seeking an office for which there has never been an election or seeking an office in a newly constituted constituency, the percentage figure shall be computed on the total number of registered voters in the constituency who would have been qualified to vote for such office had the election been held at the last general election and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected."

The "Qualifying Petition for Filing as a Pauper" form has 15 signature lines. How many signatures are required? What are the guidelines for filing as a pauper.

- The number of signatures is equal to .25% of the total number of registered voters eligible to vote in the last election for the filling of the office. The guidelines are found in the Code, part of which is as follows: O.C.G.A. Section 21-2-132(g)-(h):

- (g) A pauper's affidavit may be filed in lieu of paying the qualifying fee otherwise required by this Code section and Code Sections 21-2-131 and 21-2-138 of any candidate who has filed a qualifying petition as provided for in subsection (h) of this Code section. A candidate filing a pauper's affidavit instead of paying a qualifying fee shall under oath affirm his or her poverty and his or her resulting inability to pay the qualifying fee otherwise required. The form of the affidavit shall be prescribed by the Secretary of State and shall include a financial statement which lists the total income, assets, liabilities, and other relevant financial information of the candidate and shall indicate on its face that the candidate has neither the assets nor the income to pay the qualifying fee otherwise required. The affidavit shall contain an oath that such candidate has neither the assets nor the income to pay the qualifying fee otherwise required. The following warning shall be printed on the affidavit form prepared by the Secretary of State, to wit: "WARNING: Any person knowingly making any false statement on this affidavit commits the offense of false swearing and shall be guilty of a felony." The name of any candidate who subscribes and swears to an oath that such candidate has neither the assets nor the income to pay the qualifying fee otherwise required shall be placed on the ballot by the Secretary of State or election superintendent, as the case may be.

- (h) No candidate shall be authorized to file a pauper's affidavit in lieu of paying the qualifying fee otherwise required by this Code section and Code Section 21-2-138 unless such candidate has filed a qualifying petition which complies with the following requirements:

  o (1) A qualifying petition of a candidate seeking an office which is voted upon state wide shall be signed by a number of voters equal to one-fourth of 1 percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected. A qualifying petition of a candidate for any other office shall be signed by a number of voters equal to 1 percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected. However, in the case of a candidate seeking an office for which there has never been an election or seeking an office in a newly constituted constituency, the percentage figure shall be computed on the total number of registered voters in the constituency who would have been qualified to vote for such office had the election been held at the last general election and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected;

  o (2) Each person signing a qualifying petition shall declare therein that he or she is a duly qualified and registered elector of the state entitled to vote in the next election for the filling of the office sought by the candidate supported by the petition and shall add to his or her signature his or her residence address, giving municipality, if any, and county, with street and number, if any. No person shall sign the same petition more than once. Each petition shall support the candidacy of only a single candidate. A signature shall be stricken from the petition when the signer so requests prior to the presentation of the petition to the appropriate officer for filing, but such a request shall be disregarded if made after such presentation. Each sheet shall bear on the bottom or back thereof the affidavit of the circulator of such

sheet, which shall be subscribed and sworn to by such circulator before a notary public and shall set forth:

- (A) His or her residence address, giving municipality with street and number, if any;
- (B) That each signer manually signed his or her own name with full knowledge of the contents of the qualifying petition;
- (C) That each signature on such sheet was signed within 180 days of the last day on which such petition may be filed; and
- (D) That, to the best of the affiant's knowledge and belief, the signers are registered electors of the state qualified to sign the petition, that their respective residences are correctly stated in the petition, and that they all reside in the county named in the affidavit;

  - o (3) A qualifying petition shall be in the form and manner determined by the Secretary of State and approved by the State Elections Board;
  - o (4) No qualifying petition shall be circulated prior to 180 days before the last day on which such petition may be filed, and no signature shall be counted unless it was signed within 180 days of the last day for filing the same; and
  - o (5) A qualifying petition shall not be amended or supplemented after its presentation to the appropriate officer for filing.
- No notary public may sign the petition as an elector or serve as a circulator of any petition which he or she notarized. Any and all sheets of a petition that have the circulator's affidavit notarized by a notary public who also served as a circulator of one or more sheets of the petition or who signed one of the sheets of the petition as an elector shall be disqualified and rejected.

Kevin Rayburn
Assistant Elections Director and Deputy General Counsel

Georgia Secretary of State Brian P. Kemp
▮▮▮▮▮▮▮▮    (main)
▮▮▮▮▮▮▮▮    (direct)

**From:** Steve Abrams ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, January 24, 2018 12:19 PM
**To:** Rayburn, Kevin ▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Web E-Mail From Steve "Fred" Abrams

Good morning Mr. Rayburn, Thank you so much for your response. I do appreciate the references you have provided, and I did see them when I studied your site. The Qualifying Document has a great deal of good information but I could not find the answers to my questions, which are:
What are the differences between an "On the Ballot Candidate" and "On the Ballot Party Candidate"? I understand that the requirements are different for each. What are these requirements?

Are the signatures on the Nominating Petition required to be from the specific District or will any registered Georgia voter qualify.

The "Qualifying Petition for Filing as a Pauper" form has 15 signature lines. How many signatures are required? What are the guidelines for filing as a pauper.

When I visited your site a year ago this information was there but I have been unable to locate this information in the site's present form. Perhaps I am missing what is obvious. If that is the case please bear with me and direct me to the location.

Thank you for your time and patience.

Steve Abrams

---

**From:** Rayburn, Kevin ████████████████
**Sent:** Wednesday, January 24, 2018 9:20 AM
**To:** ████████████████
**Subject:** RE: Web E-Mail From Steve "Fred" Abrams

Mr. Abrams,

Also, if you have not seen it yet, you may want to review the attached Qualifying Information sheet, which is also found here: http://sos.ga.gov/admin/uploads/2018_Qualifying_Packet9.pdf

Kevin Rayburn
Assistant Elections Director and Deputy General Counsel

Georgia Secretary of State Brian P. Kemp
████████████ (main)
████████████ (direct)


-----Original Message-----
From: Rayburn, Kevin
Sent: Wednesday, January 24, 2018 8:31 AM
To: 'votefred@outlook.com ██████████████
Subject: RE: Web E-Mail From Steve "Fred" Abrams

Good Morning Mr. Abrams,

In order to fully to answer your question, I need to know what office you are asking about. An independent candidate, in addition to qualifying and paying the qualifying fee, has to submit a nomination petition with a number of signatures. The number depends on the particular office. A pauper affidavit can be submitted in lieu of the qualifying fee, but that also has a separate signature requirement that once again depends on the office you are qualifying for.

We do not use the terms "On The Ballot Candidate" and "On The Ballot Party Candidate". If the office is partisan, candidates can qualify under a political party, political body, or as an independent. There are also write-in candidates. The qualifying process depends what whether the qualifying is done for a party, body or as independent.

Once I know what office you are seeking, I'll be able to provide more complete answers.

Sincerely,

Kevin Rayburn
Assistant Elections Director and Deputy General Counsel

Georgia Secretary of State Brian P. Kemp
████████████ (main)
████████████ (direct)

006

-----Original Message-----
From: ███████████████████████████████████████
Sent: Monday, January 22, 2018 2:03 PM
To: SOS Contact ███████████████████
Subject: Web E-Mail From Steve "Fred" Abrams

Name: Steve "Fred" Abrams
Phone: ████████
Address: ████████████
City: ███████
State: ███
Zip Code: ██████
E-mail: ███████████████

Question / Comment: Good morning,

Although I have searched your website I have been unable to find the answers to the following questions:

What are the differences between an "On the Ballot Candidate" and "On the Ballot Party Candidate"? I understand that the requirements are different for each. What are these requirements?

The "Qualifying Petition for Filing as a Pauper" form has 15 signature lines. How many signatures are required? What are the guidelines for filing as a pauper. Does this cover the Qualifying Fee?

If you could either share the answers to these questions with me or refer me to the appropriate location on your website where they can be found I would be in your debt. Thank you for your time. I am anxiously awaiting your reply.

Steve "Fred" Abrams
This is my 4th attempt to gain this very basic information without success. Please help.

007

# O.C.G.A. § 21-2-133

Current through the 2017 Regular Session of the General Assembly.

***Official Code of Georgia Annotated  >  TITLE 21. ELECTIONS  >  CHAPTER 2. ELECTIONS AND PRIMARIES GENERALLY  >  ARTICLE 4. SELECTION AND QUALIFICATION OF CANDIDATES AND PRESIDENTIAL ELECTORS  >  PART 1. GENERAL PROVISIONS***

## § 21-2-133. Giving notice of intent of write-in candidacy; filing of affidavit; limitations on candidacy; certification of candidates

(a) No person elected on a write-in vote shall be eligible to hold office unless notice of his or her intention of candidacy was filed and published no earlier than January 1 and no later than the Tuesday after the first Monday in September prior to the election for county, state, and federal elections; no later than seven days after the close of the qualifying period for nonpartisan elections in the case of nonpartisan elections for state or county offices; no later than seven days after the close of the municipal qualifying period for municipal elections in the case of a general election; or no later than seven days after the close of the special election qualifying period for a special election by the person to be a write-in candidate or by some other person or group of persons qualified to vote in the subject election, as follows:

   (1) In a state general or special election, notice shall be filed with the Secretary of State and published in a newspaper of general circulation in the state;

   (2) In a general or special election of county officers, notice shall be filed with the superintendent of elections in the county in which he or she is to be a candidate and published in the official organ of the same county; or

   (3) In a municipal general or special election, notice shall be filed with the superintendent and published in the official gazette of the municipality holding the election.

   In the event that such intention of candidacy is filed and published by a person or group of persons other than the candidate, such person or group of persons shall also file a written, notarized authorization by the candidate for such filing and publication.

(b) In addition to the requirements contained in subsection (a) of this Code section, the person or persons giving notice of intention of candidacy for a write-in candidate shall also file, with the appropriate official specified in paragraph (1), (2), or (3) of subsection (a) of this Code section, a copy of the notice as published with an affidavit stating that the notice has been published and including the name of the newspaper and the date of publication, not later than the fifth day after the deadline for filing and publishing such notice. The affidavit may be made by the person giving notice of intention of candidacy or by the publisher of the newspaper in which the notice was published or by an employee of the newspaper designated by the publisher.

(c) No person shall be eligible as a write-in candidate in a special or general primary, a special or general primary runoff, or in a special or general election runoff.

(d) No person shall be eligible as a write-in candidate in a general or special election if such person was a candidate for nomination or election to the same office in the immediately preceding primary.

(e)

   (1) The Secretary of State shall certify and transmit to the election superintendent of each county affected within five days following the deadline for the submission by write-in candidates of the notice and documentation required by this Code section to be a write-in candidate in a general or special election

O.C.G.A. § 21-2-133

the names of all persons who have filed notices of intention to be write-in candidates with the Secretary of State for such general or special election.

**(2)** The county election superintendent shall certify within five days following the deadline for the submission by write-in candidates for county offices of the notice and documentation required by this Code section to be a write-in candidate in a general or special election the names of all persons who have filed notices of intention to be write-in candidates with the county election superintendent for county offices for such general or special election.

**(3)** The municipal election superintendent shall certify within five days following the deadline for the submission by write-in candidates for municipal offices of the notice and documentation required by this Code section to be a write-in candidate in a general or special election the names of all persons who have filed notices of intention to be write-in candidates with the municipal election superintendent for municipal offices for such general or special election.

## History

Code 1933, § 34-1017, enacted by Ga. L. 1978, p. 1004, § 17; Ga. L. 1979, p. 963, § 1; Ga. L. 1987, p. 417, § 1; Ga. L. 1987, p. 1360, § 6; Ga. L. 1989, p. 682, § 1; Ga. L. 1997, p. 590, § 9; Ga. L. 1998, p. 295, § 1; Ga. L. 1999, p. 21, § 1; Ga. L. 1999, p. 52, § 6; Ga. L. 2001, p. 230, § 5; Ga. L. 2001, p. 269, § 6; Ga. L. 2001, Ex. Sess., p. 325, § 3; Ga. L. 2002, p. 437, § 1; Ga. L. 2005, p. 253, § 15/HB 244; Ga. L. 2011, p. 678, § 2/HB 158; Ga. L. 2012, p. 995, § 6/SB 92; Ga. L. 2017, p. 697, § 4/HB 268.

OFFICIAL CODE OF GEORGIA ANNOTATED
Copyright 2018 by The State of Georgia All rights reserved.

End of Document

# Steve "Fred" Abrams For Congress

It's time to break the political machine
and give working people a fair share

CONTACT FRED

VOTEFRED

Home

About Fred

Events

Support the Fight

Fred's Thoughts

Contact Us

Questions &
Suggestions

FAQ

## IT'S TIME FOR CHANGE



Hi, I'm Steve Abrams, most folks call me Fred. I'm running for the Congress of the United States, representing the 14th district of Georgia.

I wasn't really looking for a new job. The truth is I'm a really lucky man. I live in a great place, I enjoy the love of a good woman, I eat every day and I have a roof that doesn't leak. We have to watch our pennies but I feel rich. If pressed I would have to admit to some reservations about stepping away from this life but I have seen a threat to our democracy and in this time of change I felt there must be something I could do.

Tom Graves is the man who currently holds this job. I don't know Mr. Graves and I don't believe he is a bad man but I know that he was installed in this job by the political machine. I get emails from him from time to time telling me what he's accomplished for the machine, but that's not what got me started.

I vote, and in election after election I have seen Mr. Grave's name on the ballot with no challenger. Since he was selected by the Republican machine back in 2008 he has run unopposed in every congressional election save one. This is the sort of election that we see under dictators. Saddam Hussein claimed a mandate with 95% of the vote but there was nobody else on the ticket. I lived in Chicago for a while when I was young and there is one thing I learned. A political machine benefits most those who run the machine. This strikes me as decidedly un-democratic.

For many years over several elections I railed at my wife that somebody should do something. After one election I actually wrote an angry letter to the Democratic Party, asking them why they couldn't find **someone** to run, just to offer an alternative. This cycle I had to admit that I could be that someone. My grandfather used to tell me "if you see something that needs doing don't assume that someone else will do it. Take care of it."

I'm just a regular person. I didn't go to fancy schools like Harvard or Yale. I'm not a lawyer and I wasn't a football hero but I have done lots of different jobs over the years, in lots of different places. I've done everything from loading bales of hay, cutting trees, making pizzas, and driving cab to managing construction projects and teaching at a tech school. I've even written a couple of books. I've never been afraid of trying something new. What I do have to offer is character and perspective and



010

years, in lots of different places. I've done everything from loading bales of hay, cutting trees, making pizzas, and driving cab to managing construction projects and teaching at a tech school. I've even written a couple of books. I've never been afraid of trying something new. What I do have to offer is character and perspective and the good common sense that only comes from a lifetime of work.

Over the years I've been a student of history and politics. I even ran write-in campaigns against Ronald Reagan and George Bush Jr. In each of those cases my friends told me that running for President was silly, that I should run for an office closer to home. I didn't listen to them but now I'm taking another look.

I've been halfway around the world and back. I've traveled all fifty states, all five Canadian provinces and every country south of the border from here to the Panama Canal. After seeing all those places I chose to live here in North Georgia. God bless all those people whose grandparents, parents and their own selves were born here and raised here. You don't know how lucky you are.

When I first moved to these hills I was told, in no uncertain terms, that I would never be from here, that my children would never be from here, maybe my grandchildren would be but not me. That was nearly a quarter century ago and I've gotta tell ya, I kinda feel like I'm from here.

I have few illusions that I can overcome the Republican machine but at the end of voting if Mr. Graves is still your representative he can at least say he won the seat in a democratic election.

## NEXT STEPS...

You can volunteer to help or donate to the cause but whatever happens get out there and VoteFred!

Call to Action

Copyright © 2019 VoteFred — Escapade WordPress theme by GoDaddy

011

# VOTEFRED

- Home
- **About Fred**
- Events
- Support the Fight
- Fred's Thoughts
- Contact Us
- Questions & Suggestions
- FAQ

## About Fred



I was born in southwestern Michigan, and spent most of my early years there living in a small town where I was a good student and active in the Boy Scouts.

It was during this time that I went on a Scout sponsored trip to visit Native Americans in New Mexico and Colorado. These views of the west lit a spark in me that would grow into a restless flame.

During my adolescence my parents moved to the Chicago area. It was an exciting place at an exciting time for a young man but I was impatient to travel and when the circus left town I left town with it.

What followed were many years of wandering, following boom towns and opportunities, working at odd jobs to keep going. I drove a school bus in DC for Art Linkletter , managed a restaurant in West Virginia, worked river barges on the Ohio river, worked as a ranch hand in Wyoming, sold cars in Texas and tended bar in Alaska. Living Kerouac's dream, I discovered an entire community "on the road", everyone looking for something, everyone going somewhere. It was as good as America ever was and a generation was enjoying it to its fullest.

Eventually the love of a good woman slowed me down and I settled in Sacramento, California. After nearly five blissful years I sold my belongings and moved to Saipan, Northern Mariannas. After a brief sojourn there I returned to northern California for a short time before moving to central Texas.

In Texas I found stability and prosperity working in property management but after several years a change in staffing put me back on the road. I returned to California, choosing the central coast this time, San Luis Obispo.

In SLO I started a mobile home maintenance company and fell back on tutoring, a trade made easier by the presence of the California Polytechnic Institute in town. That provided a good income while still leaving me plenty of time to sail out of nearby Avila Bay.

California was good for many years but then Texas beckoned again, San Antonio this time, refurbishing a 600 unit apartment complex. As that project was nearing completion I was offered a position turning around a troubled hotel in southern California, another multi-year project. When that ended I stayed in LA managing a landscaping crew and framing houses for an additional year but with a new baby in the house I decided to get out of LA.

From the west coast of America to the west coast of Florida, Sarasota would be my home for the next several years. I moved to Atlanta for an opportunity but tired of life in the city. I sold my boat and bought forty acres of forested land in west Pickens County. I found work teaching at Pickens Technical Institute.

While I was teaching I was also a student, earning a Technical Certificate from Pickens and graduating with honors from Dalton State. Thus occupied for the next decade, I was building my computer skills and in two thousand two I struck out with a group from the school to start a computer-based training company.

Eventually the accumulation of damage from an auto accident forced me from the workforce. I became a house husband, my wife going off to work while I cook, clean, maintain and improve the property I call FredLand.

The last quarter century since I came to these hills has been the happiest time of my life.

012

# Events

**Free Hot Dogs!!!** Come on down to Fairmount Friday, Feb 16. Get a free hot dog and sign the petition to get Fred on the November ballot. We'll be at Townsend's Service Station from lunchtime 'til almost dinner. Don't miss it!

On Saturday (4 /15) we had a great time at Hinton Milling's Customer Appreciation Day. We met a bunch of great people who seemed very receptive to our message. One young man in particular kept coming back with new questions, really making me think. He's only 17 now but will be 18 by election time and assures me I have his vote.



The Rally at Spanky's



013

# VOTEFRED

- Home
- About Fred
- Events
- Support the Fight
- Fred's Thoughts
- Contact Us
- Questions & Suggestions
- FAQ





Gettin' ready for FredStock





# VOTEFRED

- Home
- About Fred
- Events
- Support the Fight
- Fred's Thoughts
- Contact Us
- Questions & Suggestions
- FAQ





Everybody wants to be Fred







**Saturday road trip** took us to the furthest reaches of the south end of the District. We started out in Calhoun early in the day.



From there it was on to Rome.





# VOTEFRED

- Home
- About Fred
- Events
- Support the Fight
- Fred's Thoughts
- Contact Us
- Questions & Suggestions
- FAQ

We caught the Christmas Festival in Cave Springs.



Then it was on to Cedartown where we met another great group of folks.



We got to Tallapoosa in time for dinner and another great group.







017

We got  such a good reception and were having such a good time that the clock got away from us. But we did make one more stop, in Buchanan.



Everywhere we went we found friendly people who were receptive to our message. Stay tuned for more travels.

018

## VOTEFRED

- Home
- About Fred
- Events
- **Support the Fight**
- Fred's Thoughts
- Contact Us
- Questions & Suggestions
- FAQ

# Support the Fight



**VoteFred**



Or you can use a credit card with PayPal

**Support the Struggle**

Help Us Carry On



or you can use the CROWDPAC web page for Fred

**I'm not going to call you at dinnertime to beg for money but we do have expenses. If you want to help here's the place.**

You can volunteer your time, Make a contribution, purchase FredStuff, or just get out and vote. Everything is appreciated.

You can send direct contributions to:

019

VOTEFRED

- Home
- About Fred
- Events
- Support the Fight
- Fred's Thoughts
- Contact Us
- Questions & Suggestions
- FAQ

# Fred's Thoughts

## The Coup That No One Noticed

🕐 March 16, 2018   👤 admin   💬 Leave a comment

Any student of history cannot help but be amazed at how often the palace guard becomes the palace elite, often...

CONTINUE READING →

## Top Five Issues

🕐 February 22, 2018   👤 admin   💬 Leave a comment

North Korea The North Koreans have made it abundantly clear that they would love to talk peace if we would...

CONTINUE READING →

- Home
- About Fred
- Events
- Support the Fight
- Fred's Thoughts
- Contact Us
- Questions & Suggestions
- FAQ

# On Health Care

April 8, 2017   admin   Leave a comment

Oh my, what a mess. At least we have to give Paul Ryan credit for honesty. The plan he put…

CONTINUE READING →

# A Short History of Crimea and Ukraine

February 5, 2017   admin   Leave a comment

With the current demonization of Russia and the Russian President over their "invasion" of Crimea and the ensuing rush to…

CONTINUE READING →

Filed under: politics, Russia, Ukraine

# On Syria

February 3, 2017   admin   Leave a comment

Lately, especially during the recent Presidential transition, many pundits have opined about the Obama administration's failure to commit American troops…

CONTINUE READING →

Filed under: foreign policy, politics, Syria

# The kids have grown

🕐 January 20, 2017   👤 admin   💬 Leave a comment

One of the hardest parts of parenting is managing the transition from the all-knowing, all seeing protector from all harm,…

**CONTINUE READING →**

Filed under: politics, world affairs

# About the Hack

🕐 January 6, 2017   👤 admin   💬 Leave a comment

There is much gnashing of teeth, tearing of hair and wailing among the chattering class over the issue of the…

**CONTINUE READING →**

# A new feudalism

🕐 January 5, 2017   👤 admin   💬 Leave a comment

The elites have treated working people like so many disposable grains of sand as long as there have been elites.

Page 23 of 99

CONTINUE READING →

Filed under: economy, workers

## 3 things I stand for

 admin 💬 Leave a comment

Election not selection   The representative of the people should be elected by the people not selected by the ruling party….

CONTINUE READING →

Filed under: government, policy

## Open letter to the new President

 admin 💬 Leave a comment

Good Morning Mr. President, As an avid consumer of the ebb and flow of political events I still find myself…

CONTINUE READING →

Filed under: government, policy, taxes

Page 1 of 2
 2 Next →

Copyright © 2019 VoteFred — Escapade WordPress theme by GoDaddy

024

Image# 201803089095654166

PAGE 1 / 1

# FEC FORM 2
## STATEMENT OF CANDIDACY

1.  (a) Name of Candidate (in full)

    Cooper, James, L, , III

| (b) Address (number and street)      ☐ Check if address changed | 2. Candidate's FEC Identification Number |
| --- | --- |

| (c) City, State, and ZIP Code | 3.  Is This Statement | New (N) | **OR** | ✗ | Amended (A) |
| --- | --- | --- | --- | --- | --- |

| 4. Party Affiliation | 5. Office Sought | 6. State & District of Candidate | |
| --- | --- | --- | --- |
| GREEN PARTY | House | GA | 08 |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7.  I hereby designate the following named political committee as my Principal Campaign Committee for the ____2018____ election(s).
    (year of election)

    **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

### JIMMY COOPER FOR CONGRESS

(b) Address (number and street)

(c) City, State, and ZIP Code

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8.  I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

    **NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
| --- | --- |
| *Cooper, James, L, 1969, III*    *[Electronically Filed]* | 03/08/2018 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)



# IT'S TIME TO TURN OUR GOVERNMENT

## Green!

 **JIMMY COOPER FOR CONGRESS**
Bringing Americans Together for the Common Good

PEACE · ECOLOGY · DEMOCRACY · SOCIAL JUSTICE

Home     Meet Jimmy     Issues     Volunteer     News     10 Key Values of the Green Party US     Donate     ↓

**ABOUT JIMMY**



Jimmy Cooper is a working-class American who wants to inspire other working-class Americans all over the U.S. to get involved in the political process, run for office at every level of government as progressive candidates, and support other progressive candidates who run for office. Jimmy is the Green Party nominee for Georgia's 8th Congressional District of the U.S. House of Representatives. Jimmy is a progressive American who has previously worked with a number of progressive organizations, including the American Friends Service Committee, Peace Action, Grassroots Campaigns, and also worked as a volunteer for the Bernie Sanders presidential campaign and the Jill Stein presidential campaign in 2016.





027



Paid for and Authorized by Jimmy Cooper for Congress

CONNECT WITH JIMMY:



Proudly powered by WordPress

028



# JIMMY COOPER FOR CONGRESS
### Bringing Americans Together for the Common Good

Home   Meet Jimmy   Issues   Volunteer   News   10 Key Values of the Green Party US   Donate

**MEET JIMMY**



Jimmy Cooper is a working-class American who wants to inspire other working-class Americans all over the U.S. to get involved in the political process, run for office at every level of government as progressive candidates, and support other progressive candidates who run for office. Jimmy is the Green Party nominee for Georgia's 8th Congressional District of the U.S. House of Representatives. Jimmy is a progressive American who has previously worked with a number of progressive organizations, including the American Friends Service Committee, Peace Action, Grassroots Campaigns, and also worked as a volunteer for the Bernie Sanders presidential campaign and the Jill Stein presidential campaign in 2016.

Paid for and Authorized by Jimmy Cooper for Congress

CONNECT WITH JIMMY:

 

---

Proudly powered by WordPress

029

**JIMMY COOPER FOR CONGRESS**

Bringing Americans Together for the Common Good

Home     Meet Jimmy     Issues     Volunteer     News     10 Key Values of the Green Party US     Donate

ISSUES

**Jimmy Cooper's Platform**

**Unite the American People:**

Promote dialog between Americans of all backgrounds to achieve understanding, empathy, compassion, and respect for diversity.

**Restore Respectability to U.S. Government and Politics:**

End the negativity, divisiveness, obstructionism, and extreme partisanship that currently plague U.S. politics and Government. Restore respectability, civility, good will, and bipartisanship to U.S. Government and U.S. political discourse, and restore our image around the world.

**Save Our Planet:**

Reduce human caused climate change by transitioning to 100% clean renewable energy by 2030, and investing in public transit, sustainable agriculture, and conservation.

**Healthcare for All:**

Establish an improved "Medicare for All" single-payer public insurance program to provide everyone with affordable, quality healthcare.

**Living Wages for All:**

Raise the federal minimum wage to $15.00/hour, and adjust it each year for inflation.

**Employment as a Right:**

Create living wage jobs for every American who needs work, replacing unemployment offices with employment offices. Provide vocational training for those who need job skills.

030

**Education as a Right:**

Abolish student loan debt, and guarantee tuition-free, quality education from pre-school through university.

**Civil Rights and Equality:**

Guarantee basic civil/human rights for all people, regardless of gender, race, religion, sexual orientation, citizenship status, socio-economic status, disability, or any other factor. Promote hiring, promotion, salary, and school enrollment equity for all people.

**Care for Wounded/Disabled Veterans:**

Guarantee 100% of the necessary care that wounded veterans need to heal, that disabled veterans need for quality of life, and that veterans suffering from PTSD need to heal, up to lifetime benefits, as necessary, and guarantee employment for those who need it, so that those who have paid the price for service never have to face poverty or homelessness as a result of their service.

**Reform the Criminal Justice System:**

End the so-called "War on Drugs." Legalize marijuana and stop imprisoning people for personal drug use. Stop the mass incarceration of African-Americans. Abolish "for profit" prisons. Use alternative sentencing (fines, community service, etc.) for most nonviolent crimes, and make reform, restitution, and rehabilitation the focus of our criminal justice system.

**Campaign and Election Reform:**

Abolish the Electoral College and determine presidential elections, like all other elections, by popular vote. Establish Ranked Choice Voting for all elections. Provide public funding of elections to stop billionaires, Super PACS, and corporations from buying candidates and elections. Guarantee equal media coverage for all candidates, and restore the Fairness Doctrine, which requires the media to give equal coverage to all opposing viewpoints on political issues. Allow all candidates who are on the ballot to participate in debates, and in presidential elections, allow all candidates who are on the ballot in enough states to win the election to participate in debates. Make all primaries open primaries so that the American people can vote for the candidates of their choice, and mandate that the candidate with the most votes in the primaries gets their party's nomination.

**Progressive Taxation for the Common Good:**

Restore the U.S. tax code back to a progressive, pre-Reagan tax code, to restore the American middle-class, close the widening gap between rich and poor, balance the federal budget and stop increasing the National Debt, and pay for programs that benefit all of the American people.

**American Owned Money:**

Abolish the Federal Reserve and restore the U.S. Government's original practice of printing its own dollars, owned by the American people rather than a private organization that charges the U.S. interest for use of its bills.

**Peace and Diplomacy:**

Establish a foreign policy based on diplomacy, international law, and human rights. End drone strikes against other nations. Reduce military spending by at least 50% and close the 700+ foreign military bases. Stop U.S. support and arms sales to human rights abusers, and outlaw the practice of allowing arms manufacturers to sell weapons to both/all sides in conflicts and wars.

Paid for and Authorized by Jimmy Cooper for Congress

CONNECT WITH JIMMY:

 

https://jimmycooperforcongress.com/volunteer



**JIMMY COOPER FOR CONGRESS**
Bringing Americans Together for the Common Good

Home    Meet Jimmy    Issues    Volunteer    News    10 Key Values of the Green Party US    Donate

**VOLUNTEER**

**Email Address** *

**First Name** *

**Last Name** *

**Address**

**City**

**State/Province/Region**

**Zip Code** *

**Phone** *

**How Would You Like to Volunteer?**
- Knock on Doors
- Call Voters
- Call or Text Other Volunteers
- Host an Event at Your Home, Office or Public Venue
- Attend an Event Locally
- Support Volunteers (Data Entry, Tech Support...)
- Sign and/or help Circulate the Petition to Get Jimmy on the Ballot

**If You Like, Tell Us More About Yourself**

**Are You a Bilingual Spanish Speaker?**
- Yes
- No

Submit

CONNECT WITH JIMMY:

 

Proudly powered by WordPress

**JIMMY COOPER FOR CONGRESS**
Bringing Americans Together for the Common Good

Home     Meet Jimmy     Issues     Volunteer     News     10 Key Values of the Green Party US     Donate

**10 KEY VALUES OF THE GREEN PARTY US**

**1. Grassroots Democracy**
All human beings must be allowed a say in decisions that affect their lives; no one should be subject to the will of another. We work to improve public participation in every aspect of government and seek to ensure that our public representatives are fully accountable to the people who elect them. We also work to create new types of political organizations that expand the process of participatory democracy by directly including citizens in decision-making.

**2. Social Justice and Equal Opportunity**
As a matter of right, all persons must have the opportunity to benefit equally from the resources afforded us by society and the environment. We must consciously confront in ourselves, our organizations, and society at large, any discrimination by race, class, gender, sexual orientation, age, nationality, religion, or physical or mental ability that denies fair treatment and equal justice under the law.

**3. Ecological Wisdom**
Human societies must function with the understanding that we are part of nature, not separate from nature. We must maintain an ecological balance and live within the ecological and resource limits of our communities and our planet. We support a sustainable society that utilizes resources in such a way that future generations will benefit and not suffer from the practices of our generation. To this end we must practice agriculture that replenishes the soil, move to an energy-efficient economy, and live in ways that respect the integrity of natural systems.

034

### 4. Non-Violence

It is essential that we develop effective alternatives to society's current patterns of violence. We will work to demilitarize and eliminate weapons of mass destruction, without being naïve about the intentions of other governments. We recognize the need for self-defense and the defense of others who are in danger. We promote non-violent methods to oppose practices and policies with which we disagree, and will guide our actions toward lasting personal, community and global peace.

### 5. Decentralization

Centralization of wealth and power contributes to social and economic injustice, environmental destruction, and militarization. We seek a restructuring of social, political and economic institutions away from a system controlled by and mostly benefiting the powerful few, to a democratic, less bureaucratic system. Decision-making should, as much as possible, remain at the individual and local level, while assuring that civil rights are protected for all.

### 6. Community Based Economics

We support redesigning our work structures to encourage employee ownership and workplace democracy. We support developing new economic activities and institutions that allow us to use technology in ways that are humane, freeing, ecological, and responsive and accountable to communities. We support establishing a form of basic economic security open to all. We call for moving beyond the narrow "job ethic to new definitions of "work," "jobs" and "income" in a cooperative and democratic economy. We support restructuring our patterns of income distribution to reflect the wealth created by those outside the formal monetary economy – those who take responsibility for parenting, housekeeping, home gardens, community volunteer work, and the like. We support restricting the size and concentrated power of corporations without discouraging superior efficiency or technological innovation.

### 7. Feminism and Gender Equality

We have inherited a social system based on male domination of politics and economics. We call for the replacement of the cultural ethics of domination and control with cooperative ways of interacting that respect differences of opinion and gender. Human values such as gender equity, interpersonal responsibility, and honesty must be developed with moral conscience. We recognize that the processes for determining our decisions and actions are just as important as achieving the outcomes we want.

035

We believe it is important to value cultural, ethnic, racial, sexual, religious and spiritual diversity, and to promote the development of respectful relationships across the human spectrum. We believe that the many diverse elements of society should be reflected in our organizations and decision-making bodies, and we support the leadership of people who have been traditionally closed out of leadership roles. We encourage respect for all life forms, and increased attention to the preservation of biodiversity.

## 9. Personnel and Global Responsibility

We encourage individuals to act to improve their personal wellbeing and, at the same time, to enhance ecological balance and social harmony. We seek to join with people and organizations around the world to foster peace, economic justice, and the health of the planet.

## 10. Future Focus And Sustainability.

Our actions and policies should be motivated by long-term goals. We seek to protect valuable natural resources, safely disposing of or "unmaking" all waste we create, while developing a sustainable economics that does not depend on continual expansion for survival. We must counterbalance the drive for short-term profits by assuring that economic development, new technologies, and fiscal policies are responsible to future generations who will inherit the results of our actions. We must make the quality of all lives, rather than open-ended economic growth, the focus of future thinking and policy.

For more info on the Green Party US:

http://www.gp.org/

For more info on the Georgia Green Party:

http://georgiagreenparty.org/

Paid for and Authorized by Jimmy Cooper for Congress

CONNECT WITH JIMMY:

 



# The Office of Secretary of State

*Brian P. Kemp*

SECRETARY OF STATE

*Chris Harvey*

DIRECTOR OF ELECTIONS

February 25, 2016

*VIA FIRST CLASS MAIL:*
Lincoln Nunnally

RE: Candidacy

Dear Mr. Nunnally:

The Secretary of State's office has received your request regarding the number of ballot signatures required for placement on the 2016 general election ballot as an independent candidate for the Office of U.S. Representative, District 4. As an initial matter, please be advised that our office is prohibited from giving legal advice to candidates. For this reason, we always ask that candidates contact their attorneys for legal opinions. In an attempt to be of assistance, however, I have included below pertinent portions of the Georgia Election Code. Enclosed with this letter is a copy of a Nomination Petition Form. Additional Nomination Petition Forms may be found on the Georgia Secretary of State, Elections Division's website at http://sos.ga.gov/index.php/Elections/information_for_candidates.

O.C.G.A. § 21-2-170 provides that, to qualify as an independent candidate for the Office of U.S. Representative, the nomination petition must contain valid signatures equal to five percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected. The last time this office was elected in 2014, the number of voters eligible to vote for the Office of U.S. Representative, District 4 was 453,843.

O.C.G.A. § 21-2-132 provides that petitions may be turned in no earlier than the 4th Monday in June (June 27, 2016) at 9:00 a.m., and no later than the second Tuesday in July (July 12, 2015) at 12:00 noon. The petitions for the Office of U.S. Representative must be turned in to the Elections Division of the Office of the Secretary of State at 2 Martin Luther King Jr. Drive, Suite 802 West Tower, Atlanta, GA 30334.

2 Martin Luther King Jr., Drive S.E. • Suite 802 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax

www.sos.state.ga.us

037

Lincoln Nunnally
February 25, 2016
Page 2 of 2

O.C.G.A. §§ 21-2-131 provides that the qualifying fee for U.S. Representative, District 4 is $5,220.00. This fee can be paid by check or money order. No cash payments are allowed. As per O.C.G.A. §21-2-132, the qualifying dates and hours are posted on the Secretary of State, Elections Division's website at http://sos.ga.gov/index.php/elections/election_dates_and_deadlines2. Please remember to check the website regularly for updates.

Qualifying will be conducted in the Elections Division of the Office of the Secretary of State at 2 Martin Luther King Jr. Drive, Suite 802 West Tower, Atlanta, GA 30334.

I hope you find this information helpful. If you have any questions, please call our office at ▮▮▮▮▮

Sincerely,

Chris Harvey

Enclosure:    Nomination Petition Form

2 Martin Luther King Jr., Drive S.E. • Suite 802 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax

www.sos.state.ga.us

# FEC FORM 2
## STATEMENT OF CANDIDACY

RECEIVED
MAIL CENTER

2016 APR -5 AM 8:49

| 1. (a) Name of Candidate (in full) | | |
|---|---|---|
| **Lincoln Nunnally** | | |
| (b) Address (number and street)   ☒ Check if address changed | | 2. FEC Candidate Identification Number |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓▓▓▓ |
| (c) City, State, and ZIP Code | | 3. Is This Statement   ☒ New (N)   **OR**   ☐ Amended (A) |
| ▓▓▓▓▓ | | |

| 4. Party Affiliation | 5. Office Sought | 6. State & District of Candidate |
|---|---|---|
| Independent | House | GA   4 |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the  2016  election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

Lincoln Nunnally for Congress

(b) Address (number and street)

▓▓▓▓▓▓▓▓▓▓▓▓

(c) City, State, and ZIP Code

▓▓▓▓▓▓▓

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| | 03-18-2016 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 52 U.S.C. §30109.

**039**

FEC FORM 2 (REV. 02/2009)

2016-04-05-0300060346



US POSTAGE
FIRST-CLASS
062S00S186741
FROM 30253

RECEIVED
FEC MAIL CENTER

2016 APR -5  AM 8: 49

N METRO

31 MAR '16

PM 2 L

FEC

20463

Federal Election Commission
## ENVELOPE REPLACEMENT PAGE FOR INCOMING DOCUMENTS
The FEC added this page to the end of this filing to indicate how it was received.

| | | |
|---|---|---|
| ☐ Hand Delivered | | Date of Receipt |
| ☑ USPS First Class Mail | Postmarked 3/31/16 | Date of Receipt 4/5/16 |
| ☐ USPS Registered/Certified | | Postmarked (R/C) |
| ☐ USPS Priority Mail | | Postmarked |
| ☐ USPS Priority Mail Express | | Postmarked |
| ☐ Postmark Illegible | | |
| ☐ No Postmark | | |
| ☐ Overnight Delivery Service (Specify): | Next Business Day Delivery ☐ | Shipping Date |
| ☐ Received from House Records & Registration Office | | Date of Receipt |
| ☐ Received from Senate Public Records Office | | Date of Receipt |
| ☐ Received from Electronic Filing Office | | Date of Receipt |
| ☐ Other (Specify): | | Date of Receipt or Postmarked |

PREPARER

DATE PREPARED 4/5/16

(3/2015)

041






https://www.facebook.com/Lincoln4Congress/

Lincoln for Congress

LINCOLN FOR U.S CONGRESS
UNITED UNDER GOD

Home
About
Endorsements
Photos
Donate
Events
Posts
Community

Create a Page

Write a post...

Photo/Video    Tag friends    Check in

Photos

See all

**Community**   See all
204 people like this
193 people follow this

**About**   See all
Send message
www.lincoln-nunnally.com
Politician
Suggest Edits

**Page Transparency**   See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
Page created - 6 January 2012

**Related Pages**
Vince Evans - Mayor of...   Like
Public & government service
Natalie Manget Art   Like
Product/service
French Law Group, LLC   Like
Lawyer & law firm

**Pages liked by this Page**
The Miracle League of...   Like
Covington-Newton Co...   Like
Stone Mountain, Geor...   Like

**Posts**
Lincoln for Congress
26 May 2018
The deadline is quickly approaching to submit the petitions. They need to be returned by June 10 so anyone who has petitions please take them by a drop off location or mail them back to the address listed on the petition.
In Conyers you can take them by Awake Community Coffee in Old Town next to the pharmacy.
In Covington you can take the petitions to Computer Trouble Shooters on the square, next to Square Park Coffee Shop.... See more

LINCOLN-NUNNALLY.COM
Contribute | Lincoln Nunnally for Congress

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

042















https://www.facebook.com/Lincoln4Congress/

Lincoln for Congress



Lincoln for Congress

Home
About
Endorsements
Photos
Donate
Events
Posts
Community

Create a Page

**Lincoln for Congress**
30 April 2012

There were a couple of articles in the local papers about new district 4 candidates. The race is getting competitive. Thanks to the help of some great friends and generous donors we made some big steps forward today in securing our place in this race to be the people's chosen representative.

👍 3

Like     Comment     Share

Write a comment...

**Lincoln for Congress**
27 April 2012

At Rockdale Tennis Center. My baby man trying to get his mommy's attention



👍 2

Like     Comment     Share

Write a comment...

Lincoln for Congress updated their cover photo.
25 April 2012

**Community**                    See all

👍 204 people like this

📶 193 people follow this

**About**                         See all

⊙ Send message

🌐 www.lincoln-nunnally.com

🏛 Politician

✎ Suggest Edits

**Page Transparency**            See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🗓 Page created – 6 January 2012

**Related Pages**

Vince Evans - Mayor of...         👍 Like
Public & government service

Natalie Manget Art                👍 Like
Product/service

French Law Group, LLC             👍 Like
Lawyer & law firm

**Pages liked by this Page**        ›

The Miracle League of...          👍 Like

Covington-Newton Co...            👍 Like

Stone Mountain, Geor...           👍 Like

English (UK)  English (US)  Español
Portuguese (Brasil)  Français (France)   +

Privacy · Terms · Advertising · AdChoices ▷ ·
Cookies · More ·
Facebook © 2019

🔒 https://www.facebook.com/Lincoln4Congress/

Lincoln for Congress

👍 Like   🔗 Follow   ➤ Share   ...

Learn More   💬 Send Message



Lincoln for Congress

Home
About
Endorsements
Photos
Donate
Events
Posts
Community

Create a Page



👍 4

👍 Like   💬 Comment   ➤ Share

Write a comment...

**Lincoln for Congress**
23 April 2012 ⊙

Concluding a great day of working on the campaign with some much needed family time. Life is Good!

👍 1

👍 Like   💬 Comment   ➤ Share

Write a comment...

**Lincoln for Congress**
20 April 2012 ⊙

There is an article in the Rockdale Citizen announcing my campaign for the 4th congressional district. Other than the misquote it is a pretty good article.
http://www.rockdalecitizen.com/.../nunnally-running-for-4th-.../

ROCKDALECITIZEN.COM
**Nunnally running for 4th Congressional District seat**
Rockdale resident Lincoln Nunnally is seeking the 4th Congressional District seat.

👍 0

👍 Like   💬 Comment   ➤ Share

Write a comment...

**Lincoln for Congress**
18 April 2012 ⊙

Running for Congress is a lot of fun and requires support from a lot of people to be successful. We have 377,000 people to reach in the next couple months. If each of my friends could donate $25.00 and tell 5 of their friends to do the same our campaign could reach a lot of these voters. Any help is appreciated. Visit http://lincoln-nunnally.com/donations/ and give what you can when you can. Thanks for all the support!

**Community**   See all

👍 204 people like this
🔗 193 people follow this

**About**   See all

⊙ Send message
🔗 www.lincoln-nunnally.com
▢ Politician
✎ Suggest Edits

🏳 **Page Transparency**   See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - 6 January 2012

**Related Pages**

Vince Evans - Mayor of...   👍 Like
Public & government service

Natalie Manget Art   👍 Like
Product/service

French Law Group, LLC   👍 Like
Lawyer & law firm

**Pages liked by this Page**   >

The Miracle League of...   👍 Like

Covington-Newton Co...   👍 Like

Stone Mountain, Geor...   👍 Like

English (UK)  English (US)  Español
Português (Brasil)  Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019





https://www.facebook.com/Lincoln4Congress/

Lincoln for Congress

- Like
- Follow
- Share

Learn More   Send Message

**Lincoln for Congress**
22 March 2012

just added a Piryx Cause Donate Tab on our page!



**Check out the "Give Now" tab on my facebook page!**

By clicking the "Give Now" tab on our facebook page, you'll be able to share with your friends, add the tab on your own profile and support us. Check it out!

WIDGETS.PIRYX.COM

- Like
- Comment
- Share

**Lincoln for Congress** added 11 new photos to the album Lincoln Nunnally and Family.
10 March 2012



Lincoln Nunnally and Family
6 photos

2

- Like
- Comment
- Share

Write a comment...

**Lincoln for Congress** updated their cover photo.
7 March 2012

LINCOLN NUNNALLY
US CONGRESS 2012

**Home**
About
Endorsements
Photos
Donate
Events
Posts
Community

Create a Page

**Community**   See all
264 people like this
193 people follow this

**About**   See all
Send message
www.lincoln-nunnally.com
Politician
Suggest Edits

**Page Transparency**   See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
Page created - 6 January 2012

**Related Pages**
Vince Evans - Mayor of...
Public & government service   Like

Natalie Manget Art
Product/service   Like

French Law Group, LLC
Lawyer & law firm   Like

**Pages liked by this Page**
The Miracle League of...   Like
Covington-Newton Co...   Like
Stone Mountain, Geor...   Like

English (UK)   English (US)   Español
Portuguese (Brasil)   Français (France)

Privacy · Terms · Advertising · AdChoices
Cookies · More ·
Facebook © 2019

  





Lincoln for
Congress

Home
**About**
Endorsements
Photos
Donate
Events
Posts
Community



**About**                                              ✎ Suggest Edits

PAGE INFO

📍 Born on

INTERESTS

ℹ️ Interests
God, Family, People, technology, historical leaders. Learning
what people think and why.

CONTACT DETAILS

MORE INFO

ℹ️ Home Town
Conyers

ℹ️ Affiliation
Independent, Christian, Conservative,

ℹ️ About
The only way to overcome our country's divisions is for
people of faith to follow God instead of Political parties. We
need to Unite instead of Fight.

ℹ️ Biography
Georgia's 4th district needs a representative with common
business sense. Help us with the race against Hank
Johnson.

ℹ️ Political views
Conservative

ℹ️ Religious Views
Christian. Love your neighbor as yourself.

ℹ️ Activities
Spending time with family, Playing Tennis, Writing.

ℹ️ Gender
Male

ℹ️ Politician

Image# 201603119009735946

PAGE 1 / 1

# FEC FORM 2
## STATEMENT OF CANDIDACY

---

1. (a) Name of Candidate (in full)
   Leonard Ware

| (b) Address (number and street)    ☐ Check if address changed | 2. Candidate's FEC Identification Number |
|---|---|

| (c) City, State, and ZIP Code | 3. Is This Statement | ☐ New (N) | **OR** | ☒ Amended (A) |
|---|---|---|---|---|

| 4. Party Affiliation | 5. Office Sought | 6. State & District of Candidate |
|---|---|---|
| INDEPENDENT | House | GA          10 |

---

### DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2016___ election(s).
   (year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   ## Friends To Elect Leonard Ware For Congress

   (b) Address (number and street)

   (c) City, State, and ZIP Code

---

### DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

   **NOTE:** This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)

   (b) Address (number and street)

   (c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Mr Leonard Ware*              *[Electronically Filed]* | 03/11/2016 |

---

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

**054**

Square, Inc. [US] | https://squareup.com/store/wareforcongress

Shop ⌄   About   Contact



# Donations

**Support the Campaign!**

Donations are not tax deductible.

| $10.00 | $20.00 | $50.00 |
| $100.00 | $200.00 | $250.00 |

or

Enter an amount     **DONATE**

# Items





VOTE 2016
$20.00

I AM AWARE
$20.00

BLUE AWARE
$20.00

# Events



### DINNER WITH THE CANDIDATE
7:00 PM - 10:00 PM

COAXUMS

COME CELEBRATE AT OUR KICKOFF EVENT HONORING LOCAL LEADERS AND VETERANS

DINNER FUNDRAISER — $30.00



### PRAYER BREAKFAST
10:00 AM - 12:00 PM

TBA

JOIN US IN PRAYER AS WE DISCUSS ISSUES AND SOLUTIONS IN OUR COMMUNITY

ADULT — $10.00

CHILD — $5.00

## About

Leonard Ware is a strong advocate for Public Education.  He is against Governor's Opportunity School District (OSD) initiative and will work to stop the school to prison pipeline.  He will work to fight student poverty which adversely affects food insecurities; He is a voiced champion for Veteran's Cost of Living Adjustment and increase to VA Benefits and Services and VA Hospital Legislation Reform; A Proponent of Equal Pay for Equal Work for Women; He will work to strengthen and keep solvent Social Security and Medicare benefits; He will work to expand Medicaid in Georgia; He will fight to maintain and strengthen the Affordable Care Act (ACA) to expand coverage for pre-natal & post-natal care; fight breast, ovarian cancer, heart disease and strokes; He Will support all efforts to expand Voting Rights and eliminate voter suppression through gerrymandering; He will work for better training, pay and benefits for our first responders and law enforcement, including those associated with Homeland Security to better prepare for terrorists attacks on US soil.  Ware is for raising the minimum wage to a living wage.  He also supports background checks and comprehensive mental health screenings for weapons.
Vote for Ware Because He Cares!

10th District Counties Include: Baldwin Barrow Butts Clark Columbia Glasscock Greene  Gwinnett Hancock Henry Jasper Jefferson Johnson Lincoln McDuffie Morgan Newton Oconee Oglethorpe Putnam Taliaferro Walton Warren Washington Wilkes

Location

Contact





057

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

👍 Like    🔖 Follow    ➤ Share    ...

Shop Now    Send Message



Search for posts on this Page

**Visitor Posts**

Kevin Dalton
12 October 2016 at 08:38
Len- What is your background-educational, and professional?
Like · Comment

Daniel Jennings
28 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11?I only ask bec... See more
1 Like    1 Comment
Like    Comment

Andre L. Carter
19 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy1 http://bit.ly/20bLffd #ListenLive
Like    Comment

English (UK)   English (US)   Español
Português (Brasil)   Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019

🔵 2                                    4 shares

👍 Like        💬 Comment        ➤ Share

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016
22 September 2016

Our power in a democracy is defined by our energy our faith and devotion in exercising our right to vote. If we do not vote we have given our power to the opponents of our self interest and the big money corporate interests. Many have put on the uniform and many have marched in, sat in and road in and have beaten and killed so every American regardless of race or economic background can Vote

🔵 1

👍 Like        💬 Comment        ➤ Share

Write a comment...
Press Enter to post.

058

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016



👍 Like    🔊 Follow    ↱ Share    •••

Shop Now    💬 Send Message

Leonard " Len"Ware
for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016 updated their profile picture.
14 September 2016 · 🌐




👍 2                                    4 shares

👍 Like         💬 Comment         ↱ Share

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016
30 June 2016 · 🌐

Great to have met with Congressman Hank Johnson D-GA about supporting Veterans, Social Security, Medicare and Medicaid Expansion, Equal Pay for Women and $15 an Hour Minimum Wage

👍 7                                    4 shares

👍 Like         💬 Comment         ↱ Share

Write a comment...
Press Enter to post.

Visitor Posts                                    >

Kevin Dalton
12 October 2016 at 08:36 · 🌐
Len- What is your background educational, and professional?
Like · Comment

Daniel Jennings
26 March 2016 at 12:43 · 🌐
I'm going to ask... did the campaign file by March 11?I only ask bec... See more
1 Like  1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43 · 🌐
🎤 TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy! http://bit.ly/20bLffd #ListenLive
Like · Comment

English (UK) · English (US) · Español ·
Portugués (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

👍 Like | 🔊 Follow | ➤ Share | ···

Shop Now | 💬 Send Message

🔍 Search for posts on this Page

Leonard " Len"Ware for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

Leonard " Len"Ware for Congress 2016
22 June 2016 · 

John Lewis and Democrats are staging an inspiring sit in to demand a vote to prevent terrorists from being able to get a gun. http://www.c-span.org/video/...

1 share

👍 Like | 💬 Comment | ➤ Share

Write a comment...

Leonard " Len"Ware for Congress 2016
19 June 2016 · 



If you can lie down at night knowing in your heart that you made someone's day just a little brighter, you had a successful day.

Inspiring and Positive Quotes

1      3 shares

👍 Like | 💬 Comment | ➤ Share

Write a comment...

Leonard " Len"Ware for Congress 2016
17 June 2016 · 

I'm challenging anyone who reads this post to invite a few civic-minded friends to join this group. You can help by sharing this post, liking, and commenting below.

3      1 comment 1 share

👍 Like | 💬 Comment | ➤ Share

Most relevant ▾

Write a comment...

Visitor Posts

Kevin Dalton
12 October 2016 at 06:36 · 
Len- What is your background educational, and professional?
Like · Comment

Daniel Jennings
26 March 2016 at 12:43 · 
I'm going to ask... did the campaign file by March 11?I only ask bec... See more
1 Like   1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43 · 
😊 TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy1 http://bit.ly/20bLffd #ListenLive
Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷ · Cookies · More ·
Facebook © 2019





https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016



Leonard " Len"Ware for Congress 2016 Thank you for joining the group Lisa Nelson Callahan
Like · Reply · 2y

Leonard " Len"Ware for Congress 2016
18 June 2016 ·

Inspirational Art by Nip Rogers http://buff.ly/1OeJhp8



3          2 shares

Like          Comment          Share

Write a comment...

Please Enter to post.

Leonard " Len"Ware for Congress 2016
15 June 2016 ·

Let's end the Terror Loophole and ban anyone on the terrorist watchlist and no fly list from getting a gun. Let's support Senator Chris Murphy who has finished being silent after shootings in Orlando or the Sandy Hook massacre in his home state. This is a common sense proposal that does not conflict with the 2nd amendment. Please like, comment, and share.
#HoldTheFloor
http://www.c-span.org/video/...

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

Shop Now          Send Message

Search for posts on this Page

Visitor Posts

Kevin Dalton
12 October 2016 at 08:36 ·
Len- What is your background educational, and professional?
Like · Comment

Daniel Jennings
28 March 2016 at 12:43 ·
I'm going to ask... did the campaign file by March 11?! only ask bec... See more
1 Like    1 Comment
Like · Comment

Andre L. Carter
15 February 2016 at 15:43 ·
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy!
http://bit.ly/20bLffd #ListenLive
Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices
Cookies · More ·
Facebook © 2019

061

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/



Leonard " Len"Ware for Congress 2016



Leonard " Len"Ware
for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

Shop Now    Send Message

Search for posts on this Page

**Visitor Posts**

Kevin Dalton
12 October 2016 at 08:36
Len- What is your background-educational, and professional?
Like · Comment

Daniel Jennings
26 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11?! only ask bec... See more
1 Like   1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43
TGIF! Come on by @ 8pm for the Friday Night Gospel Steppers Show at Club Synergy1 http://bit.ly/20bLlfd #ListenLive
Like · Comment

English (UK) · English (US) · Español · Português (Brasil) · Français (France)
Privacy · Terms · Advertising · AdChoices
Cookies · More ·
Facebook © 2019



C-SPAN.ORG
**U.S. Senate: Democrats Take to Floor to Debate Gun Control**
Connecticut Democratic Senator Christopher Murphy interrupts debate on...

1                                    4 shares

Like        Comment        Share

Write a comment...
Press Enter to post.



Leonard " Len"Ware for Congress 2016
14 June 2016

The choice is clear for District 10. Please add your friends to this FB group. Let's reach 200 members by Sunday! Add any friend from:
Baldwin Barrow Butts Clark Columbia Glasscock Greene Gwinnett Hancock Henry Jasper Jefferson Johnson Lincoln McDuffie Morgan Newton Oconee Oglethorpe Putnam Taliaferro Walton Warren Washington Wilkes
www.leonardware.com



3                                    8 shares

Like        Comment        Share

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016
13 June 2016

District 10 deserves better than Jody Hice. Additionally, we need to support woman's rights and equal pay for equal work. Please like, share and comment.

**062**

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

Like    Follow    Share    ...

Shop Now    Send Message



Leonard " Len"Ware for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page



## Who Said It?

On Women Running for Congress:

"If the woman's within the authority of her husband, I don't see a problem."

Jody Hice
Or
Donald Trump

Not sure? Let's keep both out of office.

5                    1 comment  7 shares

Like    Comment    Share

Most relevant ▾

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016 Thank you for liking Alison Searle Butcher and Terri Bear
Like · Reply · 2y

Leonard " Len"Ware for Congress 2016
12 June 2016

What happened at the Orlando nightclub was absolutely senseless and tragic. Our thoughts go out to the families of the victims and we all hope for a speedy recovery to those injured.

4                                          1 share

Like    Comment    Share

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016
10 June 2016

Jody Hice does not seem to know much about the Constitution of the United States. Share and like if you feel that it is important to have a Congressman that understands the Constitution.

Invite your friends and family to join this group and email lenware1@gmail.com if you can volunteer your time to support an important campaign.

https://www.youtube.com/watch?v=JMrpHSbvUwo



YOUTUBE.COM
Republican Jody Hice - Georgia's 10th Congressional District
Jody Hice based his campaign on his knowledge of the Constitution, mimicking Congressman Paul...

2                                          4 shares

Search for posts on this Page

Visitor Posts



Kevin Dalton
12 October 2016 at 06:36

Len: What is your background-educational, and professional?

Like · Comment

Daniel Jennings
28 March 2016 at 12:43

I'm going to ask... did the campaign file by March 11?!! only ask bec... See more

1 Like · 1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43

TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy! http://bit.ly/20bLRd #ListenLive

Like · Comment

English (UK)   English (US)   Español
Português (Brasil)   Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ▾
Facebook © 2019

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

Jennifer | Home | Find Friends | Create

👍 Like   📶 Follow   ➤ Share   ···

👍 2                                          4 shares

👍 Like        💬 Comment        ➤ Share

Write a comment...

**Leonard " Len"Ware for Congress 2016**
14 April 2016 · 🌐

Please support Candidate Leonard Ware in November! Volunteers needed
to collect signatures, plan events and encourage others to vote! If you think
you can get 100 or 1000 signatures you can sign up the challenge! If you
succeed you will be honored at our dinner fundraiser! Ends May 20th Email



👍 2                                   1 comment  7 shares

👍 Like        💬 Comment        ➤ Share

Most relevant ▾

Write a comment...

**Leonard " Len"Ware for Congress 2016** Thank you Phaedra
Teodoro please visit my website www.LeonardWare.com



LEONARDWARE.COM
Vote/Support

Like · Reply · 2y

**Shop Now**   **Send Message**

🔍 Search for posts on this Page

**Visitor Posts**

**Kevin Dalton**
12 October 2018 at 08:36
Len- What is your background-educational, and
professional?
Like · Comment

**Daniel Jennings**
28 March 2016 at 12:43
I'm going to ask... did the campaign file by March
11?! only ask bec... See more
1 Like  1 Comment
Like · Comment

**Andre L. Carter**
19 February 2016 at 15:43
😀 TGIF! Come on by 🍸 9pm for the Friday
Night Gospel Steppers Show at Club Synergy1
http://bit.ly/2QbLRz #ListenLive
Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019

064

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

[ Like ]  [ Follow ]  [ Share ]  [ ... ]

Leonard " Len"Ware for Congress 2016
31 March 2016

I am running because I strongly believe Georgia must have more Heavy Rail, Light Rail and AmTrak's 150 Mile per hour Express Train to connect Atlanta to Augusta and Atlanta to Macon and Atlanta to Savannah and Atlanta to Jacksonville and Atlanta to Charlotte NC.

3                                                    1 comment  4 shares

Like          Comment          Share

Most relevant ▾

Write a comment...

Leonard " Len"Ware for Congress 2016 Thank you Todd Suraci you make a difference Todd what are your 3 top issue concerns?
Like · Reply · 3y

Leonard " Len"Ware for Congress 2016
21 March 2016



In one year, the average American taxpayer making $50,000 a year pays:

$36 towards food stamps,
$6 for other safety net programs,

$870 for corporate subsidies,
$1600 to offset corporate tax loopholes,
and $1231 to offset losses from corporate overseas tax havens.

WE CAN AFFORD TO HELP THE POOR, NOT CORPORATE WELFARE.

Sources: The Tax Foundation, Citizens for Tax Justice

2                                                    9 shares

Like          Comment          Share

Write a comment...

Leonard " Len"Ware for Congress 2016
18 March 2016

10th District Counties!!! Add your friends!
Baldwin Barrow Butts Clark Columbia Glasscock Greene Gwinnett Hancock Henry Jasper Jefferson Johnson Lincoln McDuffie Morgan Newton Oconee Oglethorpe Putnam Taliaferro Walton Warren Washington Wilkes
www.LEONARDWARE.COM

Shop Now          Send Message

Search for posts on this Page

Visitor Posts                                                    >

Kevin Dalton
12 October 2016 at 08:36
Len- What is your background educational, and professional?
Like · Comment

Daniel Jennings
28 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11? It only ask bec... See more
1 Like · 1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy! http://bit.ly/20bLRd #ListenLive
Like · Comment



English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019

065






https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

Like    Follow    Share    ...

Shop Now    Send Message



Leonard " Len"Ware
for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page




3                    5 shares

Like    Comment    Share

Write a comment...



Leonard " Len"Ware for Congress 2016
15 March 2016

Today at the Capital! #Vote 2016 Alongside Leonard Ware is Eric Bell for
Clayton county commissioner!



4                    6 shares

Like    Comment    Share

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016
15 March 2016

http://www.ipetitions.com/petition/notoguns...

Search for posts on this Page

Visitor Posts

Kevin Dalton
12 October 2016 at 08:36

Len- What is your background educational, and
professional?

Like · Comment

Daniel Jennings
28 March 2016 at 12:43

I'm going to ask... did the campaign file by March
11?I only ask bec... See more

1 Like · 1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43

TGIF! Come on by @ 9pm for the Friday
Night Gospel Steppers Show at Club Synergy1
http://bit.ly/20bLRd #ListenLive

Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices
Cookies · More ·
Facebook © 2019







← → C   🔒 https://www.facebook.com/pg/Leonardlenwareforcongress/posts/



f  Leonard " Len"Ware for Congress 2016                    Jennifer   Home   Find Friends   Create

👍 Like   🔊 Follow   ➤ Share   ⋯                          Shop Now    💬 Send Message



Leonard " Len"Ware for Congress 2016        ⋯
13 March 2016 · 🌐

Members of the McDuffie County Democratic committee yesterday at "Eggs and Issues!"

**Leonard " Len"Ware**
**for Congress 2016**

Home
About
Reviews
Photos
Join My List
**Posts**
Community

Create a Page





🔍 Search for posts on this Page

Visitor Posts                                        ›

**Kevin Dalton**                                    ⋯
12 October 2016 at 08:36 · 🌐

Len- What is your background-educational, and professional?

Like · Comment

**Daniel Jennings**                                 ⋯
28 March 2016 at 12:43 · 🌐

I'm going to ask... did the campaign file by March 11?! only ask bec... See more

1 Like  1 Comment
Like · Comment

**Andre L. Carter**                                 ⋯
19 February 2016 at 15:43 · 🌐

🎤 TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy!
http://bit.ly/2SsLffd #ListenLive

Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)          ➕

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019

👍 2                                        4 shares

👍 Like        💬 Comment        ➤ Share

Write a comment...                  😊 📷 🎞 🎁
Press Enter to post.

Leonard " Len"Ware for Congress 2016        ⋯
12 March 2016 · 🌐

Let's get more Souls to the Polls!



👍 1                                        3 shares

👍 Like        💬 Comment        ➤ Share

Write a comment...





https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

- Home
- About
- Reviews
- Photos
- Join My List
- Posts
- Community

Create a Page




2 shares

Like    Comment    Share

Write a comment...

Leonard " Len"Ware for Congress 2016
6 March 2016

I am running because Veterans and the Elderly should have received their cost of living increase...www.leonardware.com



1    4 shares

Like    Comment    Share

Write a comment...

Shop Now    Send Message

Search for posts on this Page

Visitor Posts

Kevin Dalton
12 October 2016 at 08:36
Len- What is your background educational, and professional?
Like · Comment

Daniel Jennings
26 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11?I only ask bec... See more
1 Like   1 Comment
Like · Comment

Andre L. Carter
16 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy! http://bit.ly/20bLifd #ListenLive
Like · Comment

English (UK) · English (US)  Español
Português (Brasil)  Français (France)
Privacy · Terms · Advertising · AdChoices
Cookies · More ·
Facebook © 2019

071

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016



Leonard " Len"Ware
for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

Leonard " Len"Ware for Congress 2016
29 February 2016

Are you Team Bernie or Team Hillary? Get out and vote tomorrow...LAST DAY
Find out where to go
http://mvp.sos.ga.gov/mvp



1                                                    2 shares

Like          Comment          Share

  Write a comment...

Leonard " Len"Ware for Congress 2016
29 February 2016

The Pancake Breakfast was a success!!! See you at the next event!
WWW.LEONARDWARE.COM






2                                                    7 shares

Like          Comment          Share

Write a comment...

Search for posts on this Page

Visitor Posts

Kevin Dalton
12 October 2016 at 08:36
Len- What is your background-educational, and professional?
Like · Comment

Daniel Jennings
26 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11? only ask bec... See more
Like · 1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy!
http://bit.ly/20bLRz #ListenLive
Like · Comment



https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

Jennifer    Home    Find Friends    Create

Like    Follow    Share

Shop Now    Send Message

Leonard " Len"Ware for Congress 2016
26 February 2016

Today with Hillary! She gave a good speech...what are your thoughts?



6                                                    2 shares

Like              Comment              Share

Write a comment...

Leonard " Len"Ware for Congress 2016
23 February 2016

Find out who you should vote for, take the quiz!
http://m.ajc.com/elections-guide/2016-quiz/

I AM

Leonard " Len"Ware
for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

Search for posts on this Page

Visitor Posts

Kevin Dalton
12 October 2016 at 08:36

Len- What is your background educational, and professional?

Like · Comment

Daniel Jennings
28 March 2016 at 12:43

I'm going to ask... did the campaign file by March 11?I only ask bec... See more

1 Like   1 Comment
Like · Comment

Andra L. Carter
19 February 2016 at 15:43

TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy !
http://bit.ly/2QbLfNf #ListenLive

Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices
Cookies · More ·
Facebook © 2019

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/



**Leonard " Len"Ware for Congress 2016**

- Home
- About
- Reviews
- Photos
- Join My List
- Posts
- Community

Create a Page



👍 Like    🔘 Follow    ↪ Share    ⋯

1                    4 shares

👍 Like    💬 Comment    ↪ Share

Write a comment...

**Leonard " Len"Ware for Congress 2016**
19 February 2016 · 🌐

Join Nextdoor, the private social network for neighborhoods, and start connecting with your neighbors. nextdoor.com/i/TCSNVT



**Nextdoor** is the private social network for your neighborhood



2                    3 shares

👍 Like    💬 Comment    ↪ Share

Write a comment...

**Leonard " Len"Ware for Congress 2016**
19 February 2016 · 🌐

Invite YOUR friends !! VOLUNTEERS NEEDED SOCIAL MEDIA LIKES, SHARES COMMENTS VISIT THE SITE WWW.LEONARDWARE.COM LEARN ABOUT POLITICS AND ATTEND EVENTS IN YOUR AREA! BREAKFASTS DINNERS ETC PLAN EVENTS! IF YOU HAVE IDEAS PLEASE CALL



Shop Now    ✉ Send Message

🔍 Search for posts on this Page

**Visitor Posts**



**Kevin Dalton**
12 October 2016 at 08:36 · 🌐

Len- What is your background educational, and professional?

Like · Comment

**Daniel Jennings**
28 March 2016 at 12:43 · 🌐

I'm going to ask... did the campaign file by March 11?I only ask bec... See more

1 Like · 1 Comment
Like · Comment

**Andre L. Carter**
19 February 2016 at 15:43 · 🌐

👍 TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy1 http://bit.ly/20bLRd #ListenLive

Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019





https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016



Leonard " Len"Ware
for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

👍 Like    💬 Comment    ➦ Share

Write a comment...

**Leonard " Len"Ware for Congress 2016**
12 February 2016 · 🌐

The ACLU of Georgia would like to talk to you if...

The Secretary of State's office has rejected your voter registration
application form based on your felony conviction even though you have
completed all of the terms of your sentence; or
You would like to vote, but cannot afford to pay the fines, fees, and/or
restitution associated with your sentence.
If you need assistance with restoring your voting rights contact... See more




👍 2                                          3 shares

👍 Like    💬 Comment    ➦ Share

Write a comment...

**Leonard " Len"Ware for Congress 2016**
12 February 2016 · 🌐

The ACLU of Georgia would like to talk to you if...

The Secretary of State's office has rejected your voter registration
application form based on your felony conviction even though you have
completed all of the terms of your sentence; or
You would like to vote, but cannot afford to pay the fines, fees, and/or
restitution associated with your sentence.
If you need assistance with restoring your voting rights contact... See more

1 share

👍 Like    💬 Comment    ➦ Share

Write a comment...

**Leonard " Len"Ware for Congress 2016**
9 February 2016 · 🌐

I Approve this Message! Please sign up and visit www.leonardware.com
https://www.change.org/p/expand-medicaid-in-georgia

👍 Like  📷 Follow  ➦ Share  ···

Shop Now    Send Message

Search for posts on this Page

**Visitor Posts**                           >

**Kevin Dalton**
12 October 2016 at 08:36 · 🌐
Len- What is your background educational, and
professional?
Like · Comment

**Daniel Jennings**
28 March 2016 at 12:43 · 🌐
I'm going to ask... did the campaign file by March
11?I only ask bec... See more
👍 1 Like   1 Comment
Like · Comment

**Andre L. Carter**
19 February 2016 at 15:43 · 🌐
📷 TGIF! Come on by @ 9pm for the Friday
Night Gospel Steppers Show at Club Synergy1
http://bit.ly/20bLfid #ListenLive
Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)     +

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019

076

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

Shop Now | Send Message

Search for posts on this Page

Visitor Posts

Kevin Dalton
12 October 2016 at 08:36
Len- What is your background-educational, and professional?
Like · Comment

Daniel Jennings
26 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11Th only ask bec... See more
1 Like · 1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy! http://bit.ly/20bLffd #ListenLive
Like · Comment

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

LEONARDWARE.COM
Vote/Support

1                                    3 shares

👍 Like        💬 Comment        ↗ Share

Write a comment...

Leonard " Len"Ware for Congress 2016
6 February 2016
Young Supporters on why you should vote for Leonard Ware! Watch "Vote for Leonard Ware!" on YouTube
https://youtu.be/-Ab-6sNZWn4



1                                    3 shares

English (UK) · English (US) · Español · Portugués (Brasil) · Français (France)
Privacy · Terms · Advertising · AdChoices · Cookies · More ·
Facebook © 2019

077

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

👍 Like   🔗 Follow   ➤ Share   ...

Shop Now   💬 Send Message

Write a comment...



**Leonard " Len"Ware for Congress 2016**
1 February 2016

Welcome to Georgia Bob Galante!!!
Bob has arrived from Chatham Township, New Jersey!Friends since grade
school, Bob and Leonard were the best of friends, and they played baseball
together in high school together. They had so much catching up to do! Bob is
an award winning, retired history teacher and college professor. He is
passionate about sharing his ideas about politics and he and Ware met eye
to eye on every issue they discussed! They drove together to meet with
Columbia County and shared their ideas with the community there. The
citizens expressed their concerns about processing of Veterans benefits,
Immigration, and transportation.





👍 8                                    7 comments  4 shares

👍 Like        💬 Comment        ➤ Share

Most relevant ▾

Write a comment...



**Todd Goodman** This is great! Let me know if I can help...
Like · Reply · 3y

**Leonard " Len"Ware for Congress 2016** Thank you so
much Todd! Bob and I were just talking about you
Like · Reply · 3y

Search for posts on this Page

**Visitor Posts**

**Kevin Dalton**
12 October 2016 at 08:36
Len- What is your background educational, and
professional?
Like · Comment

**Daniel Jennings**
28 March 2016 at 12:43
I'm going to ask... did the campaign file by March
11?I only ask bec... See more
1 Like  1 Comment
Like · Comment

**Andre L. Carter**
19 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday
Night Gospel Steppers Show at Club Synergy1
http://bit.ly/20bLftd #ListenLive
Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)
Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ▾
Facebook © 2019



https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

👍 Like    🔗 Follow    ➦ Share    ···

1 share

👍 Like          💬 Comment          ➦ Share

Write a comment...



**Leonard " Len"Ware for Congress 2016**
28 January 2016 · 🌐

Www.leonardware.com




1 share

👍 Like          💬 Comment          ➦ Share



Write a comment...



**Leonard " Len"Ware for Congress 2016**
27 January 2016 · 🌐

Leonard Ware, a candidate for The United States House of Representatives for Georgia's 10th Congressional District meets with Ga State Representative for the 100th District and the President of The North Georgia-Atlanta Labor Council and a Disabled Veteran and a constituent from Monroe, Ga of Walton County. Ware a Democrat for Congress joined in the fight for House Bill 8 Legislation before The Georgia General Assembly that would raise Georgia's Minimum Wage to a Living Wage. Leonard Ware is a proud supporter of Organized Labor and Ware is in favor of HB 8!



### Shop Now    ✉ Send Message

🔍 Search for posts on this Page

Visitor Posts                                    ›

**Kevin Dalton**
12 October 2016 at 08:36 · 🌐

Len- What is your background-educational, and professional?

Like · Comment

**Daniel Jennings**
26 March 2016 at 12:43 · 🌐

I'm going to ask ... did the campaign file by March 11?I only ask bec... See more

1 Like · 1 Comment
Like · Comment

**Andre L. Carter**
19 February 2016 at 15:43 · 🌐

👍 TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy1
http://bit.ly/20oLRd #ListenLive

Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷ ·
Cookies · More ·
Facebook © 2019

080



https://www.facebook.com/pg/Leonardlenwareforcongress/posts/



Leonard " Len"Ware for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

Shop Now   Send Message

5 shares

Like   Comment   Share

Write a comment...

Leonard " Len"Ware for Congress 2016
19 January 2016

Hello Taliaferro County community! I would like to invite you all to meet on Saturday to discuss what's going on in your community!
Www.leonardware.com

Taliaferro County Democratic Party Presents
-Meet The Candidate-
LEONARD WARE
Democratic Candidate for 10th District Congressional Seat
U.S. House of Representatives
SATURDAY, JANUARY 23, 2016
10:00
SENIOR CENTER
119 COMMERCE STREET
CRAWFORDVILLE

2 shares

Like   Comment   Share

Write a comment...

Leonard " Len"Ware for Congress 2016
15 January 2016

Tshirts and Merchandise coming soon!

Visitor Posts

Kevin Dalton
12 October 2016 at 08:36
Len- What is your background-educational, and professional?
Like   Comment

Daniel Jennings
28 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11?I only ask bec.... See more
1 Like   1 Comment
Like   Comment

Andre L. Carter
19 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy! http://bit.ly/20bLffd #ListenLive
Like   Comment

082

   Leonard " Len"Ware for Congress 2016   

👍 Like   🔗 Follow   ↗ Share   ...

Shop Now   ⚙ Send Message



🔍 Search for posts on this Page

Visitor Posts   >

Leonard " Len"Ware for Congress 2016



Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page



👍 1                    4 shares

👍 Like      💬 Comment      ↗ Share

  Write a comment...   😊 📷 🔗 😀

Leonard " Len"Ware for Congress 2016
15 January 2016

Text WAREFORCONGRESS To 22828
to subscribe to my email list



👍 1                    4 shares

👍 Like      💬 Comment      ↗ Share

Write a comment...   😊 📷 🔗 😀

Leonard " Len"Ware for Congress 2016
8 January 2016

Campaign breakfasts coming soon! Meet political and community leaders! Inbox for info







Kevin Dalton
12 October 2016 at 08:38

Len- What is your background-educational, and professional?

Like   Comment

Daniel Jennings
28 March 2016 at 12:43

I'm going to ask... did the campaign file by March 11?If only ask bec... See more

1 Like   1 Comment
Like   Comment

Andre L. Carter
19 February 2016 at 15:43

TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy1
http://bit.ly/20bLffd #ListenLive

Like   Comment

English (UK)  English (US)  Español
Português (Brasil)  Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2016

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

Jennifer | Home | Find Friends | Create



👍 Like   🔖 Follow   ➤ Share   ···

Shop Now   💬 Send Message

👍 Like   💬 Comment   ➤ Share

🔍 Search for posts on this Page

Write a comment...

Visitor Posts

Leonard " Len"Ware for Congress 2016
30 December 2015

Look who made Barrow County news!!!





2 shares

👍 1   👍 Like   💬 Comment   ➤ Share

Write a comment...

**Kevin Dalton**
12 October 2016 at 08:36
Len- What is your background-educational, and professionals?
Like · Comment

**Daniel Jennings**
26 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11?! only ask bec... See more
👍 1 Like   1 Comment
Like · Comment

**Andre L. Carter**
19 February 2016 at 15:43
🎤 TGIF! Come on by 😊 9pm for the Friday Night Gospel Steppers Show at Club Synergy!
http://bit.ly/2DcLffd #ListenLive
Like · Comment

English (UK) · English (US) · Español · Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷ · Cookies · More ·
Facebook © 2019

Leonard " Len"Ware for Congress 2016
18 December 2015

Find out where we are meeting next or host a meeting in your home, church or community, email







👍 3   1 share

👍 Like   💬 Comment   ➤ Share

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016



Leonard " Len"Ware for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

3                                                             1 share

Like          Comment          Share

Write a comment...

**Leonard " Len"Ware for Congress 2016**
18 December 2015

I am off and running and I need your support. I need your ideas, your due able solutions and action plans for my Platform. So let me know what would be in the best interest of the United States of America as we move toward the upcoming Election season. I would love your donatons into my Go Fund me account!



Leonard " Len"Ware for Congress 2016 updated their cover photo.
14 December 2015                                    Like Page

2                                                             2 comments

Like          Comment          Share

Most relevant

Write a comment...

Joyce Ramson-Adams Good Luck!!!!
Like · Reply · 3y                                    2

Leonard " Len"Ware for Congress 2016 Thank you so much! God Bless you too!
Like · Reply · 3y

**Leonard " Len"Ware for Congress 2016**
14 December 2015

Make sure you're registered!
https://registertovote.sos.ga.gov/GAOLVR/welcome.do...



Shop Now          Send Message

Search for posts on this Page

Visitor Posts

**Kevin Dalton**
12 October 2016 at 08:36
Len- What is your background-educational, and professional?
Like · Comment

**Daniel Jennings**
28 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11?! only ask bec... See more
1 Like   1 Comment
Like · Comment

**Andre L. Carter**
19 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy1
http://bit.ly/20bLffd #ListenLive
Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices
Cookies · More
Facebook © 2019

085

← → ⟳  🔒 https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

f  Leonard " Len"Ware for Congress 2016      🔍        Jennifer  Home  Find Friends  Create  👥  💬  🔔  ❓  ⚙️

👍 Like   🔊 Follow   ➤ Share   •••          Shop Now      💬 Send Message



Leonard " Len"Ware
for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

👍 Like      💬 Comment      ➤ Share

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016 updated their profile picture.
14 December 2015 🌐



👍 7                    1 comment  2 shares

👍 Like      💬 Comment      ➤ Share

Most relevant ▾

Write a comment...
Press Enter to post.

Leonard " Len"Ware for Congress 2016 Thank your Mr. Mike Estock and hey Don Warren you are the Shadow!
Like · Reply · 3y

Leonard " Len"Ware for Congress 2016 updated their cover photo.
14 December 2015 🌐



District 10  VOTE
LEONARD "LEN" WARE
CONGRESS

👍 2                    1 comment  7 shares

👍 Like      💬 Comment      ➤ Share

Most relevant ▾

Write a comment...
Press Enter to post.

🔍 Search for posts on this Page

Visitor Posts                              ›

Kevin Dalton
12 October 2016 at 08:36
Len- What is your background educational, and professional?

Like · Comment

Daniel Jennings
28 March 2016 at 12:43 🌐
I'm going to ask... did the campaign file by March 11?? only ask bec... See more

1 Like · 1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43 🌐
📣 TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy!
http://bit.ly/20bLifd #ListenLive

Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)      +

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ▾
Facebook © 2019

086

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/

Leonard " Len"Ware for Congress 2016

Leonard " Len"Ware for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page

Shop Now    Send Message

Leonard " Len"Ware for Congress 2016 I am excited to be running for a seat in the United States House of Representatives. I stand for equal pay for equal work for women. I stand for our Police, our Fire Fighters, our First Responders and our Veterans to receive greater Medical, Dental, a... See more

Like · Reply · 3y

Leonard " Len"Ware for Congress 2016 updated their profile picture.
14 December 2015



Like       Comment       Share

Leonard " Len"Ware for Congress 2016 updated their profile picture.
14 December 2015



Like       Comment       Share

Leonard " Len"Ware for Congress 2016 updated their cover photo.
14 December 2015

Search for posts on this Page

Visitor Posts

Kevin Dalton
12 October 2016 at 08:36
Len- What is your background-educational, and professional?
Like · Comment

Daniel Jennings
28 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11?I only ask bec... See more
1 Like   1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43
🎉 TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy1 http://bit.ly/20kLRd #ListenLive
Like · Comment

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ·
Facebook © 2019

https://www.facebook.com/pg/Leonardlenwareforcongress/posts/



Leonard " Len"Ware for Congress 2016

Like    Follow    Share    ...

Shop Now    Send Message



Leonard " Len"Ware for Congress 2016

Home
About
Reviews
Photos
Join My List
Posts
Community

Create a Page



Like    Comment    Share

Leonard " Len"Ware for Congress 2016 updated their cover photo.
14 December 2015



District 10 VOTE
LEONARD "LEN" WARE
CONGRESS

1    2 shares

Like    Comment    Share

Write a comment...

Leonard " Len"Ware for Congress 2016 updated their profile picture.
14 December 2015



Like    Comment    Share

Search for posts on this Page

Visitor Posts

Kevin Dalton
12 October 2016 at 05:36
Len- What is your background-educational, and professional?
Like · Comment

Daniel Jennings
26 March 2016 at 12:43
I'm going to ask... did the campaign file by March 11?It only ask bec... See more
1 Like    1 Comment
Like · Comment

Andre L. Carter
19 February 2016 at 15:43
TGIF! Come on by @ 9pm for the Friday Night Gospel Steppers Show at Club Synergy1 http://bit.ly/2QbLfd #ListenLive
Like · Comment

English (UK)  English (US)  Español
Português (Brasil)  Français (France)    +

Privacy · Terms · Advertising · AdChoices
Cookies · More ·
Facebook © 2019

088



## The Office of Secretary of State

*Karen C. Handel*
SECRETARY OF STATE

*Wesley Tailor*
DIRECTOR OF ELECTIONS

April 24, 2008

Mr. James P. Mason

RE: Letter of Intent to Run for US Congress, District 10

Dear Mr. Payne:

We have received your request for information regarding the procedure for placement on the 2008 ballot as an independent candidate for the office of US Congress, District 10.

As an independent candidate, you will be required to circulate a nomination petition and obtain valid signatures of 5% of the electors registered and eligible to vote in the 2006 general election for the office of US Congress, District 10. The total number of active registered voters in the 2006 general election for this seat was 341,582.

The total number of signatures required for the Office of US Congress, District 5 in the 2008 general election will be 17,079. Petitions can be turned in at the time of qualifying, but must be turned in no later than July 8, 2008 at 12:00 noon.

The qualifying fee for US Congress, District 5 is $4,956.00 and can be paid by check or money order. No cash payments are allowed. The qualifying dates are June 23, 2008 beginning at 9:00 a.m. through June 27, 2008 at 12:00 noon. Qualifying will be conducted in the Elections Division of the Office of the Secretary of State, 2 Martin Luther King Jr., Drive, Suite 1104 West Tower, Atlanta, Georgia 30334.

I trust this information has been helpful. If you have any questions, please call 404-656-2871.

Sincerely,

Ann Hicks
Assistant Director
State Elections Division

2 Martin Luther King Jr., Drive S.E. • Suite 1104 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax
www.sos.state.ga.us

089

James P. Mason for Congress

█████████████████████

Ann Hicks
Assistant Director
Secretary of State
Elections Division
2 MLK Jr., Drive
Suite 1104 West Tower
Atlanta, Georgia  30334

Mrs Hicks:

I fully intend to run as an independent candidate in the November 5th, 2008 General Election for U.S. House of Representatives for the 10th Congressional District of Georgia.

Please provide me with the materials and forms to complete proper petitioning requirements in addition to notification of the total number of petitions needed.

These materials may be mailed to my residence at :

James P. Mason

█████████████████████

I appreciate your assistance in this manner. I may be reached at ████████ if you have any inquiries to this request.

Sincerely,

James P. Mason
Congressional Candidate

# FEC FORM 2
## STATEMENT OF CANDIDACY

RECEIVED
FEC MAIL CENTER

2008 MAY 27 AM 9: 38

2803973A4396

| 1. (a) Name of Candidate (in full) | | |
|---|---|---|
| J A M E S   P A U L   M A S O N | | |

| (b) Address (number and street)   ☐ Check if address changed | | 2. Identification Number |
|---|---|---|
| ████ ███████████████ ██████ | | |

| (c) City, State, and ZIP Code | 3. Is This Statement    New (N)   X   OR   Amended (A) |
|---|---|
| ████████████████ ████████ | |

| 4. Party Affiliation | 5. Office Sought | 6. State & District of Candidate |
|---|---|---|
| I N D E P E N D E N T | H O U S E | G E O R G I A   1 0 T H   D I S T R I C T |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2 0 0 8___ election(s).
(year of election)

NOTE: This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

J A M E S   P.   M A S O N   F O R   C O N G R E S S   C O M M I T T E E

(b) Address (number and street)

████. ██████ ███████

(c) City, State, and ZIP Code

████████████ ████████ ████████

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

NOTE: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

## DECLARATION OF INTENT TO EXPEND PERSONAL FUNDS (House or Senate Only)

9. I intend to expend personal funds exceeding the threshold amount (see 11 C.F.R. 400.9) by

9A       ,       ,       0 . 0 0   for the primary election, and

9B       ,       ,       0 . 0 0   for the general election.

If you do not intend to expend personal funds exceeding the threshold amount for either election, you must enter "0.00" for each.

| I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete. | |
|---|---|
| Signature of Candidate | Date |
| *[signature]* | 5/09/08 |

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2003)

**091**

### Federal Election Commission
### ENVELOPE REPLACEMENT PAGE FOR INCOMING DOCUMENTS
The FEC added this page to the end of this filing to indicate how it was received.

| | | Date of Receipt |
|---|---|---|
| ☐ | Hand Delivered | |
| ☐ | USPS First Class Mail | Postmarked |
| ☐ | USPS Registered/Certified | Postmarked (R/C) |
| ☐ | USPS Priority Mail | Postmarked |
| | Delivery Confirmation™ or Signature Confirmation™ Label ☐ | |
| ☐ | USPS Express Mail | Postmarked |
| ☐ | Postmark Illegible | |
| ☐ | No Postmark | |
| ☑ | Overnight Delivery Service (Specify): *UPS* | Shipping Date 5/21/08 |
| | Next Business Day Delivery ☐ | |
| ☐ | Received from House Records & Registration Office | Date of Receipt |
| ☐ | Received from Senate Public Records Office | Date of Receipt |
| ☐ | Received from Electronic Filing Office | Date of Receipt |
| ☐ | Other (Specify): | Date of Receipt or Postmarked |

*[signature]*

PREPARER

5/27/08

DATE PREPARED

(3/2005)

28039734397

092

# PEACH PUNDIT

*FRESH POLITICAL PICKINS FROM THE PEACH STATE*

HOME     ABOUT PEACH PUNDIT     NEWS TIP LINE     MEDIA CONTACT

by Erick  MAY 20, 2008

## James Mason for Congress

We have an independent running for congress in the 10th. His press release says he's collecting signatures and is a "former" Marine. I didn't know there was such a thing as a "former Marine."

James P. Mason completed a two day tour of the 10th District this weekend to kick off PROJECT: PETITION, an effort to collect over 17,000 signatures. The signatures, from 5% of registered 10th District voters, are needed to secure his placement on the general election ballot November 4.

🗅 Congressional Politics

SHARE THIS:     ◁ Share

← Everhart: "John McCain is kind of like Jesus Christ"

Incompetent Clayton County District Attorney: "Debates don't mean anything." →

## 6 comments



May 20, 2008 at 7:42 am
Rogue109 says:

Will PROJECT: PETITION be followed by OPERATION: CAMPAIGN, MISSION: ELECTION and TARGET: WASHINGTON?

**Peach Pundit Daily**

Want the best of Peach Pundit, plus unique commentary and insight delivered to your inbox every day?

Sign Up For Peach Pundit Daily Now

**Archives**

Select Month ▾

**Blogroll**

AJC's Political Insider

Atlanta Crossroads

Atlanta Unfiltered

Blog for Democracy

Blogging While Blue

Buzz's Site

Citystink – Augusta area politics

Common Cause Georgia

Conservative Brawler

Cracker Squire

Drifting Through The Grift – Griftdrift's Blog

Dunwoody North

Fresh Loaf

Georgia News Beat

Georgia Political Review (UGA)

Greencracker – Maggie Lee

Insider Advantage Georgia

Will PROJECT: PETITION be followed by OPERATION: CAMPAIGN, MISSION: ELECTION...

Oh, those Devil Dogs...

May 20, 2008 at 8:30 am
Rick Day says:

Ahhh yes, another bullet head for the MIC to puppet string.

As Mr Burns says: Exxxxccellent!

And his positions are...?

May 20, 2008 at 10:52 am
In the loop says:

http://onlineathens.com/stories/050608/news_2008050600162.shtml

May 20, 2008 at 10:54 am
In the loop says:

Ur positions. I has them.

http://onlineathens.com/stories/050608/news_2008050600162.shtml

May 20, 2008 at 4:39 pm
ramblinwreck says:

Unless he has a huge group of workers helping him he'll never get enough signatures. To get 17,000 valid signatures you have to collect probably 19,000. I'm betting NO.

May 21, 2008 at 10:02 am
Doug Deal says:

His web site is not exactly rife with specifics, and his web designer incorrectly assumes the dimensions on my portrait monitor, but I really like to see independent and third party candidates run in states with majority requirements for elections.

I really wish Georgia would reduce the signature requirement or eliminate it entirely, so there could be a little more variety and competitiveness in the elections in our state.

Jay Bookman

Kyle Wingfield

Like the Dew

Live Apartment Fire

Obi's Sister

Peanut Politics

Project Logic Ga

Robert W Lee

Saporta Report

Savannah Unplugged – Bill Dawers

That's Just Peachy

The Arch Conservative

The Other Athens

The Perspicacious Conservative

Thread of Dreams

**Contributors**

Anthony M Kreis

Bill Dawers

Charlie Harper

Clayton Wagar

Ed

Edward Lindsey

Erick Erickson

George Chidi

Jason Pye

Jessica S.

Comments are closed.

Jon Richards

Lawton Sack

Mike Hassinger

Nathan Smith

Obi's Sister

Stefan Turkheimer

Teri Anulewicz

**Follow Us**

Follow PP on Twitter

**Legislators' Blogs**

U.S. Rep Lynn Westmoreland

© 2015 Peach Pundit

Built with **Make**. Your friendly WordPress page builder theme.



# Ballot Access News

### Edited by Richard Winger

**March 1, 2004 � Volume 19, Number 11**

This issue was originally printed on white paper.

**Table of Contents**

1. TWO STATES EASE BALLOT ACCESS FOR 2004 ONLY
2. SIMILAR BREAK MAY OCCUR IN MASS.
3. BLANKET PRIMARIES
4. GOOD BILLS GAIN
5. INDIANA BILL LOSES
6. NEW ACCESS BILLS
7. VOTING MACHINE AUDIT TRAIL BILL
8. INSTANT-RUNOFF GAINS
9. FLORIDA PETITION WIN
10. MORE LAWSUIT NEWS
11. COFOE MEETING
12. SPECIAL ELECTIONS
13. DEMOCRATIC PRESIDENTIAL PRIMARIES
14. REPUBLICAN PRESIDENTIAL PRIMARIES
15. LIBERTARIAN PRESIDENTIAL PRIMARIES
16. 2004 PETITIONING FOR PRESIDENT
17. ADLAI STEVENSON AND RALPH NADER
18. SOCIALIST EQUALITY PARTY

### TWO STATES EASE BALLOT ACCESS FOR 2004 ONLY
### REDISTRICTING = SERENDIPITY IN GEORGIA AND NORTH CAROLINA

Georgia and North Carolina still have not drawn legislative district boundaries. Therefore, both states have been forced to ease requirements for minor parties, or independent candidates, or both, but only for 2004.

North Carolina: on February 9, the Board of Elections postponed the primary from May 4 to July 20, because the legislative district boundaries aren�t drawn yet. The Board also canceled the presidential primary. And the Board moved the independent candidate petition deadline, for all office, from June 11 to July 6.

The State Board had also postponed the primary in 2002, for the same reason (the legislative district boundaries weren�t drawn yet). However, in 2002, the Board had not extended the independent candidate petition deadline (except they had extended it for candidates for the legislature). The reason the Board extended the independent deadline for all office this year is that an independent candidate for the U.S. Senate, Paul DeLaney, had sued the Board over its failure to extend the deadline in 2002.

DeLaney�s brief pointed out that the 4th circuit has repeatedly said independent petition deadlines cannot be earlier than primary day. Although DeLaney�s lawsuit is still pending, it is obvious that the Board of Elections didn�t want to get sued again. The DeLaney lawsuit was sponsored by the Coalition for Free & Open Elections (COFOE). COFOE members� dues made this lawsuit possible.

Although July 6 is still early, it is the latest independent deadline in North Carolina history. In the 1920�s, almost all states had independent petition deadlines in September or October of the election year. But North Carolina never had an independent petition deadline in the second half of the year, until now.

The change will help Ralph Nader if he attempts to get on the North Carolina ballot as an independent.

Although the Board did not lower the number of signatures needed for an independent candidate, it is likely that an independent candidate for the legislature could sue for a reduction, if the district boundaries aren�t settled quite soon. Obviously, independent candidates for the legislature can�t circulate their petitions until the boundaries are known. The independent petition for legislative office is 4% of the number of registered voters, a severe burden.

Georgia: on February 10, a 3-judge U.S. District Court overturned the state�s legislative district boundaries. *Larios v Cox*, 1:03-cv-693. On February 20, the same three judges refused to reconsider their decision. On February 26, the U.S. Supreme Court refused to stay the decision.

The implications for ballot access are that the state must now lower the number of signatures, for legislative and county office, in proportion to the amount of time lost. Georgia only permits petitions for district and county office to be circulated from mid-January to mid-July. If the new districts aren�t in place until mid-April, for example, the number of signatures must be cut 50%, since 50% of the available petitioning time was lost. This principle was set by the 11th circuit, in an unreported 1981 case, *Citizens Party of Georgia v Poythress*. It was re-iterated in a U.S. District Court decision in 2002, *Parker v Barnes*, also unreported.

The Georgia reduction will have no effect on statewide or U.S. House petitioning. Georgia petitions for U.S. House and state legislature are 5% of the registered voters, such a severe burden that no minor party has qualified for U.S. House since the law was created in 1943.

One Libertarian, Philip Bradley, is determined to qualify this year for U.S. House, in the 13th district. He already has 500 signatures, but needs 11,874. The average petition requirement for U.S. House in Georgia this year is 14,452 signatures. Bradley is lucky to be living in the district with the smallest requirement. The 13th district encompasses outer suburbs of Atlanta.

The basis for the last month�s judicial decision was that the Democratic-controlled legislature had created districts in which Democratic-leaning districts were underpopulated, and Republican-leaning districts were overpopulated. The spread was 10%. Although the U.S. Supreme Court has let state legislative districts vary in population by as much as 10% in the past, the purpose was to keep towns and counties together, if possible. The judges in the *Larios* case said the 10% leeway rule couldn�t be used if the motivation is simply partisan advantage. The judges gave the state until March 1 to draw new boundaries, but the legislature has failed to meet that deadline.

The judges just appointed a special master (a retired federal judge) to draw new boundaries. Then the U.S. Justice Department must approve the new lines.

### SIMILAR BREAK MAY OCCUR IN MASS.

On February 24, a 3-judge U.S. District Court invalidated legislative district lines in Massachusetts. *Black Political Task Force vGalvin*, 02-11190. Massachusetts also has difficult petition requirements, particularly for members of qualified minor parties seeking a place on their own party�s primary ballots. If new districts are not drawn quickly, some relief from normal petitioning requirements may be won here also.

### BLANKET PRIMARIES

Alaska: last year, the Green and Republican Moderate Parties won a lawsuit, saying they may have a blanket primary if they wish. Although the Republican Moderate Party is no longer on the ballot, the decision will have a great effect on this year�s primary anyway. Recently, the Democratic, Alaskan Independence, and Libertarian Parties decided to participate in a blanket primary as well.

This means that, unless last year�s decision is overturned by the State Supreme Court, Alaska will again print two primary ballots. One will contain only Republican candidates. This ballot can be chosen by Republican and independent voters.

The other primary ballot will contain the names of all candidates seeking the nomination of the Democratic, Alaskan Independence, Green or Libertarian Parties. The top vote-getter from each party will advance to the November election. Any voter may choose this ballot.

Washington: on February 23, the U.S. Supreme Court refused to hear the state�s appeal in *Reed v Democratic Party of Washington State*, 03-801. The 9th circuit had ruled that if the state�s qualified political parties don�t want to nominate by blanket primary, they can�t be forced to use that system.

The Washington State Grange (a farmers� organization) has also asked the U.S. Supreme Court to save the blanket primary. Since the Grange filed its appeal with the Supreme Court later than the state did, the Supreme Court hasn�t acted on the Grange�s appeal yet. But it is virtually certain that the Supreme Court won�t hear the Grange�s appeal either. *Washington State Grange v Democratic Party*, 03-1040.

The Washington state legislature will probably pass a new form of primary by March 12. One proposal, SB 6226, would let each voter vote on one party�s primary ballot only. The voter would be given primary ballots of all the qualified parties, and in the privacy of the voting booth would choose one.

SB 6226 passed its first committee hurdle on February 25. It would end the requirement that the nominees of unqualified parties, and independent candidates, must appear on primary ballots. Current law puts them on the blanket primary, and requires them to poll 1% of the primary vote, in order to appear on the general election ballot. However, to compensate, SB 6226 would make increase the statewide petition requirement from 200 signatures to 1,000.

### GOOD BILLS GAIN

Georgia: HB 355, which makes it easier for minor parties candidates to run for the U.S. House, passed the House Government Operations Committee on February 19, 2004. The bill provides that if a party is qualified statewide, it is also qualified automatically for U.S. House. It also eases the legislative petitions somewhat.

Illinois: SB 2123, which would let a qualified party wait until September 2 to certify the names of its presidential and vice-presidential candidates, passed all committee hurdles on February 26. The Republican Party needs this bill to place its national ticket on the ballot this year. The bill only applies to 2004.

Kentucky: HB 428 passed the House on February 26. It exempts minor party and independent presidential candidates from a restriction passed last year. That restriction is that independent and minor party candidates must file a declaration of candidacy by April 1 of an election year. If such a restriction were applied to presidential candidates, it would probably be held unconstitutional.

## INDIANA BILL LOSES

On February 2, the Indiana House voted down an amendment to HB 1360 that would have lowered minor party and independent candidate petitions from 2% of the last vote for Secretary of State, to one-half of 1%. Democrats were almost evenly split on the idea (22 yes; 24 no). But Republicans were strongly against it (4 yes, 40 no).

## NEW ACCESS BILLS

Alabama: SB 100, by Senator Hank Sanders, would let the nominees of unqualified parties, and independent candidates, obtain a place on the November ballot with no petition, if they pay the filing fee.

Alaska: HB 429 would expand the definition of "party", from one which polled 3% for Governor (or which has registration of the same number), to one which polled 3% for any statewide office in a gubernatorial election year.

Connecticut: bill 123 would provide that if a minor party polls 2% for Governor, it is qualified to nominate for all offices in the state in the next election, with no petitions needed. Currently, until a party polls 20% for Governor, it is only on the ballot automatically for those particular offices for which it polled 1% at the last election.

Connecticut (2): bill 127 would provide that a party doesn�t lose its qualified status in a particular district race, just because the boundaries of that district changed due to redistricting.

Connecticut (3): bill 5173 would reduce petitions from the lesser of 7,500 or 1% of the last vote cast, to the lesser of 7,500 or one-half of 1% of the last vote cast. The bill would have little effect on statewide petitions, but would ease petitioning for congressional and legislative districts.

Tennessee: HB 3043 and SB 3233 would let candidates who use the independent petition procedure, choose a partisan label that would be printed next to their names on the ballot. Currently they can only have the label "independent".

## VOTING MACHINE AUDIT TRAIL BILL

HR 2239, the Congressional bill that would require an audit trail for touch-screen voting machines, now has 118 co-sponsors: 109 Democrats, 8 Republicans, and one independent. However, Congressman Bob Ney (R-Ohio) still refuses to hold hearings.

## INSTANT-RUNOFF GAINS

California: In 2002, the voters of San Francisco passed a measure for Instant-Runoff Voting in city elections. The city was under legal obligation to use the new system in November 2003, but it did not do so because the voting technology wasn�t ready for it.

During the second week of March, the manufacturer of San Francisco�s vote-counting technology, ESS, will demonstrate that the machines are now ready. California elections officials will visit the company�s factory in Rockford, Illinois, for these tests. Assuming the machines pass the tests, IRV will be in place for the city�s supervisorial elections in November 2004.

Minnesota: the State Senate passed SF 1613 on February 23. It lets one city, Roseville, use IRV for city elections in 2004. The vote was 38-26.

Washington: HB 2669, which would let Vancouver use IRV, passed the House on February 13, and passed the Senate Government Operations Committee on February 25.

Canada: the Law Commission will soon send a recommendation to the House of Commons that Canada adopt the type of proportional representation now used in Germany.

## FLORIDA PETITION WIN

On February 4, a State Appeals Court ruled that the Florida Constitution protects petitioning in shopping malls. *State of Florida v Wood*, 1D03-1553. However, the mall is asking the State Supreme Court to overturn the decision.

In 1980, the U.S. Supreme Court ruled that each state�s state courts may decide this issue for their own state. Nothing in the free speech provisions of the U.S. Constitution protects First Amendment activity on private shopping mall property. But a state�s own Constitution may do so. When petitioning or leafleting rights are won in state courts, it is always on the theory that shopping malls have become the equivalent of old-time publicly-owned town squares and parks.

## MORE LAWSUIT NEWS

California: on February 18, a State Superior Court refused to restrain the use of touch-screen voting machines. Plaintiffs had charged they are vulnerable to hackers. *March v Diebold Election Systems*.

District of Columbia: on February 10, a registered Green Party voter filed a lawsuit against the Board of Elections, for refusing to count write-in votes in the Green Party�s presidential primary held in January. *Best v D.C. Board of Elections*, D.C. Court of Appeal, 04-AA45.

Florida: on February 11, a state Circuit Judge ruled that Congressman Robert Wexler does not have standing to challenge the use of touch-screen voting machines that have no audit trail. Wexler will appeal. *Wexler v Hood*, 50-2004-ca-491, 15th jud. Circuit.

Illinois: on February 18, an independent candidate for the legislature filed a lawsuit in U.S. District Court against the state�s petition requirements for independent candidates. Illinois requires independent candidates for the legislature to submit a petition signed by 10% of the last vote cast, by December of the year before the election. *Lee v Illinois State Bd. of Elections*, 04-3042, central district. This lawsuit is sponsored by the Coalition for Free & Open Elections (COFOE).

Louisiana: on February 19, a State District Court refused to place Al Sharpton on the Democratic presidential primary ballot. *Sharpton v McKeithen*, 516773J, 19th dist. The law required a certified check for $1,125 for ballot access. Sharpton�s check wasn�t certified. His campaign manager had then tried to file a new check, but he arrived at the State Capitol Building ten minutes too late.

New York: on February 19, a U.S. District Court Judge Jed Rakoff refused to require the state to hold a presidential primary for the Independence Party. *State Committee of the Independence Party v Berman*, 03-4123, sou. dist. The judge did not reach the merits of the case; he found that the case was flawed procedurally.

Ohio: on February 5, U.S. District Court Judge Gregory Frost denied an injunction to require elections officials to hold a primary for the Libertarian Party, on the basis that the party filed the lawsuit too late for that kind of relief. *Libertarian Party of Ohio v Blackwell*, c2:04-08. The party still hopes to win declaratory relief and an order putting its nominees on the November ballot. The lawsuit challenges the state�s early petition deadline for new parties, its mandatory primary for newly-qualifying parties, and its hyper-technical rules for petition format.

Oregon: on February 11, U.S. District Court Judge Ann Aiken, a Clinton appointee, upheld a law banning paying initiative petition circulators on a per-signature basis. She said the plaintiffs had not presented any evidence showing that paying circulators per hour injures proponents. *Prete v Bradbury*, 03-6357.

national: on February 11, several presidential candidates from 2000 sued the Federal Election Commission for failing to rule on their complaint against the Commission on Presidential Debates. Plaintiffs include John Hagelin, Pat Buchanan and Ralph Nader. The FEC has not acted in the complaint, which was filed in June 2003. *Hagelin v FEC*, 04-202HHK. The case was assigned to Judge Henry Kennedy, a Clinton appointee. In the meantime, on February 19, still another complaint was filed with the FEC, against the Commission on Presidential Debates, by the new Open Debates Commission.

## COFOE MEETING

The annual Board meeting of the Coalition for Free and Open Elections (COFOE) will be April 3, in the Green Party hq in Washington, D.C.

## SPECIAL ELECTIONS

Kentucky: U.S. House, 6th dist., Feb. 17: Democratic 55.14%; Republican 42.92%; Libertarian 1.94%.

Maine: State House, Biddeford, Feb. 3: Democratic 62.30%; Green 32.90%; Republican 4.80%.

## DEMOCRATIC PRESIDENTIAL PRIMARIES

| | Kerry | Edwards | Dean | Clark | Sharpton | Lieberman | Kucinich | Gephardt | Braun | LaRouche |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Arizona | 101,809 | 16,596 | 33,555 | 63,256 | 1,177 | 15,906 | 3,896 | 755 | 325 | 295 |
| Delaware | 16,787 | 3,674 | 3,462 | 3,165 | 1,888 | 3,706 | 344 | 187 | -- | 78 |
| D.C. | -- | -- | 17,738 | -- | 14,248 | -- | 3,435 | -- | 4,824 | 507 |
| Michigan | 84,214 | 21,919 | 26,994 | 10,986 | 11,270 | 682 | 5,183 | 944 | 163 | -- |
| Missouri. | 211,776 | 103,206 | 36,292 | 18,323 | 14,309 | 14,726 | 4,876 | 8,284 | 1,085 | 1,019 |
| N.Hamp. | 84,377 | 26,487 | 57,761 | 27,314 | 347 | 18,911 | 3,114 | 419 | 81 | 90 |
| N.Mex. | 43,553 | 11,440 | 16,747 | 20,883 | -- | 2,578 | 5,638 | 653 | -- | -- |
| Okla. | 81,073 | 89,310 | 12,734 | 90,526 | 3,939 | 19,680 | 2,544 | 1,890 | -- | 689 |
| So.C. | 82,668 | 125,944 | 13,029 | 19,999 | 26,755 | 6,712 | 1,277 | 786 | 567 | -- |
| Tenn. | 151,393 | 97,837 | 16,104 | 85,241 | 6,107 | 3,710 | 2,278 | 1,400 | 2,463 | 280 |
| Utah | 19,432 | 10,486 | 1,343 | 492 | -- | 407 | 2,602 | 124 | -- | -- |
| Virginia | 204,129 | 105,483 | 27,634 | 36,606 | 12,863 | 2,871 | 5,013 | 580 | -- | 1,042 |
| Wisc. | 327,672 | 283,327 | 150,682 | 12,687 | 14,685 | 3,910 | 27,232 | 1,264 | 1,630 | 1,630 |
| TOTAL | 1408,883 | 895,709 | 414,075 | 389,478 | 107,588 | 93,799 | 67,432 | 17,286 | 11,138 | 5,630 |

State governments administered, and paid for, nine of the primaries mentioned above. The Democratic Party administered and paid for the primaries in Michigan, New Mexico, South Carolina and Utah. The 13 primaries mentioned above were all held in January and February. There will be more primaries in March, April, May and June. The chart above lists only primaries, not caucuses. The Democratic Party does not recognize Lyndon LaRouche as a Democrat, so he was barred from the primaries that the Democratic Party administered.

### REPUBLICAN PRESIDENTIAL PRIMARIES

| | Bush | uncommitted | Wyatt | Ashby | Bosa | Buchanan | Rigazio | w-i for Dem |
|---|---|---|---|---|---|---|---|---|
| Missouri | 117,165 | 3,831 | 1,269 | 981 | -- | -- | -- | -- |
| N.Hamp. | 53,962 | -- | 153 | 264 | 841 | 836 | 803 | 9,274 |
| Oklahoma | 59,577 | -- | 6,621 | -- | -- | -- | -- | -- |
| Tenn. | 94,406 | 4,494 | -- | -- | -- | -- | -- | -- |
| Wisconsin | 158,677 | 1,207 | -- | -- | -- | -- | -- | -- |
| TOTAL | 483,787 | 9,532 | 8,043 | 1245 | 841 | 836 | 803 | 9,274 |

All of these Republican primaries were administered by state governments. The far-right column "w-i for Dem" means "write-in votes for Democratic presidential candidates". In Missouri, Tennessee and Wisconsin, voters were free to vote in any primary they desired. In New Hampshire, registered Republicans could only vote in the Republican primary, but registered independents could vote in either primary. In Oklahoma, independents could not vote in any presidential primary, and registered Republicans could not vote in any primary except the Republican primary. Oklahoma bans write-in votes. Therefore, the only means by which registered Republicans in Oklahoma could vote against President Bush, was to vote for Bill Wyatt. This explains why Wyatt polled over 10% in Oklahoma, despite his very limited campaign.

### LIBERTARIAN PRESIDENTIAL PRIMARIES

| | Nolan | Badnarik | uncommitted | Perez | Diket |
|---|---|---|---|---|---|
| Missouri | 875 | -- | 740 | 160 | 147 |
| Wisconsin* | 1,490 | 1,414 | 401 | -- | -- |
| TOTAL | 2,363 | 1,497 | 1,133 | 160 | 147 |

*The Wisconsin totals have been updated from the print edition of BAN.
In both of these primaries, any voter was free to choose any party's primary ballot. 1,922 voters cast a valid vote in the Missouri Libertarian primary. In 2000, 1,049 voters did so. In Wisconsin, no Libertarian presidential primary was held in 2000.

### 2004 PETITIONING FOR PRESIDENT

| STATE | REQUIREMENTS | | SIGNATURES COLLECTED | | | | | DEADLINE |
|---|---|---|---|---|---|---|---|---|
| | FULL PARTY | CAND. | LIB'T | GREEN | NAT LAW | CONSTI. | REFORM | later method |
| Alabama | 41,012 | 5,000 | 300 | 0 | 0 | *800 | 0 | Aug 31 |
| Alaska | (reg) 6,937 | #2,845 | already on | already on | 0 | 0 | 0 | Aug 4 |
| Arizona | 16,348 | est #10,000 | already on | *4,500 | 0 | 0 | 0 | Jun 9 |
| Arkansas | 10,000 | 1,000 | *600 | *125 | 0 | *50 | 0 | Aug 2 |
| California | (reg) 77,389 | 153,035 | already on | already on | already on | already on | can't start | Aug 6 |
| Colorado | (reg) 1,000 | pay fee | already on | already on | already on | already on | already on | July 5 |
| Connecticut | no procedure | #7,500 | 0 | already on | 0 | *200 | *0 | Aug 7 |
| Delaware | (reg) *259 | 5,184 | already on | already on | already on | already on | 227 | Aug 21 |
| D.C. | no procedure | est. #3,600 | can't start | already on | can't start | can't start | can't start | Aug 17 |
| Florida | be organized | 93,024 | already on | already on | already on | already on | already on | Sep 1 |
| Georgia | 37,153 | #37,153 | already on | *3,500 | 0 | 0 | 0 | July 13 |
| Hawaii | 677 | 3,711 | already on | *2,600 | already on | *50 | 0 | Sep 3 |
| Idaho | 10,033 | 5,017 | already on | *2,600 | already on | already on | 0 | Aug 31 |
| Illinois | no procedure | #25,000 | can't start | can't start | can't start | can't start | can't start | Jun 21 |
| Indiana | no procedure | #29,553 | already on | 0 | 0 | 0 | 0 | Jul 1 |
| Iowa | no procedure | #1,500 | 425 | 0 | 0 | *25 | 0 | Aug 13 |
| Kansas | 16,714 | 5,000 | already on | *200 | 0 | *100 | already on | Aug 2 |
| Kentucky | no procedure | #5,000 | 0 | 0 | 0 | *120 | 0 | Aug 26 |
| Louisiana | est. (reg) 140,000 | pay fee | 1,369 | 855 | 23 | 39 | 2,900 | Sep 7 |
| Maine | 25,260 | #4,000 | 0 | already on | 0 | 0 | 0 | Aug 9 |
| Maryland | 10,000 | est. 28,000 | in court | already on | 0 | *finished | 0 | Aug 2 |
| Mass. | est. (reg) 38,000 | #10,000 | already on | already on | 0 | *33 | 1,469 | July 27 |

| State | Full Party | Indep. Pres. | | | | | | Deadline |
|---|---|---|---|---|---|---|---|---|
| Michigan | 31,776 | 31,776 | already on | already on | already on | already on | already on | July 15 |
| Minnesota | 112,557 | #2,000 | 0 | already on | 0 | 0 | 0 | Sep 14 |
| Mississippi | be organized | #1,000 | already on | already on | already on | already on | already on | Sep 3 |
| Missouri | 10,000 | 10,000 | already on | 0 | 0 | 0 | 0 | July 26 |
| Montana | 5,000 | #5,000 | already on | already on | already on | *3,100 | already on | July 28 |
| Nebraska | 4,810 | 2,500 | already on | 4,350 | 0 | 0 | 0 | Aug 24 |
| Nevada | 4,805 | 4,805 | already on | already on | already on | already on | 0 | July 9 |
| New Hamp. | 13,260 | #3,000 | 0 | 0 | 0 | *finished | 0 | Aug 11 |
| New Jersey | no procedure | #800 | 0 | 0 | 0 | 0 | 0 | July 26 |
| New Mexico | 2,422 | 14,527 | already on | already on | 0 | *50 | 0 | Sep 7 |
| New York | no procedure | #15,000 | can't start | can't start | can't start | can't start | can't start | Aug 17 |
| No. Carolina | 58,842 | est 100,000 | already on | *9,100 | 0 | 100 | 0 | *Jul 6 |
| North Dakota | 7,000 | #4,000 | 0 | 0 | 0 | 0 | 0 | Sep 3 |
| Ohio | 32,290 | 5,000 | in court | 0 | 0 | 1,500 | 0 | Aug 19 |
| Oklahoma | 51,781 | 37,027 | *6,000 | 0 | 0 | 0 | 0 | Jul 15 |
| Oregon | 18,864 | 15,306 | already on | already on | 0 | already on | 0 | Aug 24 |
| Penn. | no procedure | *25,697 | *0 | *0 | *0 | *0 | *0 | Aug 2 |
| Rhode Island | 16,592 | #1,000 | 0 | already on | 0 | *0 | 0 | Sep 3 |
| So. Carolina | 10,000 | 10,000 | already on | *already on | *0 | already on | already on | Jul 15 |
| South Dakota | 8,364 | #3,346 | *1,500 | 0 | 0 | *finished | 0 | Aug 3 |
| Tennessee | 41,322 | 25 | 0 | 0 | 0 | 0 | 0 | Aug 19 |
| Texas | 45,540 | 64,077 | can't start | can't start | can't start | can't start | can't start | May 24 |
| Utah | 2,000 | #1,000 | already on | already on | already on | *already on | 0 | Sep 3 |
| Vermont | be organized | #1,000 | already on | already on | 0 | already on | 0 | Sep 16 |
| Virginia | no procedure | #10,000 | 0 | 0 | 0 | 0 | 0 | Aug 20 |
| Washington | no procedure | #200 | already on | can't start | can't start | can't start | can't start | Aug 25 |
| West Va. | no procedure | #12,963 | *2,200 | 0 | 0 | 0 | 0 | Aug 2 |
| Wisconsin | 10,000 | #2,000 | already on | 0 | already on | can't start | 0 | Sep 14 |
| Wyoming | 3,644 | 3,644 | already on | 0 | 0 | 0 | 0 | Aug 17 |
| TOTAL STATES ON | | | 27 | *23 | *11 | *13 | 7 | |

# allows partisan label.
* entry changed since last *B.A.N.*
"(reg.)" means a party must have a certain number of registered voters.
All dates in "deadline" column are 2004.
Prohibition Party is on in Colorado.
Socialist Party has 100 signatures in New Jersey.

---

### ADLAI STEVENSON AND RALPH NADER

Most Americans aren't old enough to remember the 1952 presidential election. Therefore, most Americans have no idea that a political party sometimes nominates a candidate who has not sought its nomination. This, in turn, leads to confusion about Ralph Nader's current relationship with the Green Party. As has been reported in the press, Nader announced on February 22 that he intends to run for president as an independent this year.

In 1952, President Harry Truman resolved not to seek re-election, and he asked Illinois Governor Adlai Stevenson to seek the Democratic nomination. On March 17, Stevenson told him, "No". Instead, Stevenson filed to run for re-election as Governor of Illinois. Stevenson was renominated for that office on April 16, 1952. The day after the primary, he said that since he had just been renominated for Governor, "I could not possibly accept the nomination for any other office." Truman, believing that Stevenson could not be persuaded to run for president, then endorsed Vice-President Alben Barkley for president.

Certain individuals continued to promote a "draft" for Stevenson, but on July 20, Stevenson urged the draft committee to cease its activity. However, a few days later, the Democratic National Convention opened in Chicago. As the host Governor, Stevenson addressed the convention. His speech was so well received, and the other potential presidential candidates seemed so much less appealing, Stevenson changed his mind and let himself be nominated. The Democratic Party did, of course, nominate him, but he lost the general election to General Dwight Eisenhower.

Even though Ralph Nader announced last October that he would not seek the Green Party nomination, this is no barrier to his receiving that nomination. Many leaders of the party are working to draft him. Peter Camejo, who has twice been the Green candidate for Governor of California, is on the Green presidential primary ballot in California, and holds himself out as a placeholder for Nader.

The Green Party's webpage says, "Mr. Nader announced his independent candidacy on February 22, but there remains a possibility he could win the Green nomination at the party's National Convention in Milwaukee, June 23-28." Of course, the party's website also acknowledges that other individuals are seeking the nomination. Of the others, the individual who is campaigning the hardest is David Cobb, of Eureka, California.

Theresa Amato, Nader's campaign manager, says on the Nader campaign website, "We are aiming to be on the ballot in every state. In 2000, Ralph was identified on ballot access lines: as the candidate of Greens in some places, as an independent in others and as the nominee of small parties in others to make it as easy as possible to get on the ballot. We plan to do the same this year. We want people from all over the country to have more choices and voices in this election and that means being on the ballot in as many states as possible in any legal manner."

Besides the Greens, other parties that might nominate Nader include the Reform Party, the Natural Law Party, and several one-state parties such as the Mountain Party of West Virginia and the Independence Party of New York.

Nader has not started petitioning anywhere yet, and he has not announced who his stand-in vice-presidential candidate will be. On February 26-27, he campaigned in Texas, which has the earliest independent presidential petition deadline of any state. However, petitions cannot start to circulate in Texas until March 9.

---

### SOCIALIST EQUALITY PARTY

On January 30, the Socialist Equality announced that it had nominated Bill Van Auken for president, and Jim Lawrence for vice-president. See the party's website at www.wsws.org for more information. The Socialist Equality ran a presidential candidate in 1984, 1988, 1992 and 1996, but not 2000. Before 1996 it was called the Workers League.

---

*Ballot Access News.* is published by and copyright by **Richard Winger**. Note: **subscriptions are available!**

Go back to the index.

*Copyright © 2004 Ballot Access News*