| From: | Rayburn, Kevin |
|---|---|
| Sent: | Tuesday, February 27, 2018 11:40 AM |
| To: | Steve Abrams |
| Subject: | RE: Web E-Mail From Steve "Fred" Abrams |
| Attachments: | O.C.G.A. _ 21-2-133(1).PDF |

Good Morning Mr. Abrams,

Yes, if you are not able to qualify as an candidate to be named on the ballot, you can still qualify as a write-in candidate if you meet those filing and publishing deadlines. I've attached the statute for the write-in process to this email.

Sincerely,

Kevin Rayburn
Assistant Elections Director and Deputy General Counsel

Georgia Secretary of State Brian P. Kemp
███████ (main)
███████ (direct)

**From:** Steve Abrams ████████████████
**Sent:** Sunday, February 25, 2018 3:34 PM
**To:** Rayburn, Kevin
**Subject:** Re: Web E-Mail From Steve "Fred" Abrams

Good morning Mr. Rayburn,
Sorry to bother you again, I have a question I hope you can answer. I have been reading through the Qualifying Information Packet and the statutes and my question is; is a seat in the us house of representatives open to a write-in challenge? That is, if I fail to get the appropriate number of signatures to qualify as a pauper, can I then publish a notice of write-in candidacy for this office?
Thanks again for your time and consideration.
Steve Abrams

Sent from Outlook

**From:** Rayburn, Kevin ████████████████
**Sent:** Tuesday, February 6, 2018 3:07 PM
**To:** Steve Abrams
**Subject:** RE: Web E-Mail From Steve "Fred" Abrams

Good Afternoon Mr. Abrams,

Georgia Congressional District 14 had 335,274 registered voters at the last election for that office (November 8, 2016). Georgia law says that the pauper's affidavit signature requirement for this type of office is "1 percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking and

Plaintiff's SJ
Exhibit
038

1



# The Office of Secretary of State

*Brian P. Kemp*

SECRETARY OF STATE

*Chris Harvey*

DIRECTOR OF ELECTIONS

January 19, 2016

***VIA FIRST CLASS MAIL:***
David Moreland

RE:  Candidacy

Dear Mr. Moreland:

The Secretary of State's office has received your request regarding the number of ballot signatures required for placement on the 2016 general election ballot as an independent candidate for the Office of U.S. Representative, District 1. As an initial matter, please be advised that our office is prohibited from giving legal advice to candidates. For this reason, we always ask that candidates contact their attorneys for legal opinions. In an attempt to be of assistance, however, I have included below pertinent portions of the Georgia Election Code. Enclosed with this letter is a copy of a Nomination Petition Form. Additional Nomination Petition Forms may be found on the Georgia Secretary of State, Elections Division's website at http://sos.ga.gov/index.php/Elections/information_for_candidates.

O.C.G.A. § 21-2-170 provides that, to qualify as an independent candidate for the Office of U.S. Representative, the nomination petition must contain valid signatures equal to five percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected. The last time this office was elected in 2014, the number of voters eligible to vote for the Office of U.S. Representative, District 1 was 423,735.

O.C.G.A. § 21-2-132 provides that petitions may be turned in no earlier than the 4th Monday in June (June 27, 2016) at 9:00 a.m., and no later than the second Tuesday in July (July 12, 2015) at 12:00 noon. The petitions for the Office of U.S. Representative must be turned in to the Elections Division of the Office of the Secretary of State at 2 Martin Luther King Jr. Drive, Suite 802 West Tower, Atlanta, GA 30334.

2 Martin Luther King Jr., Drive S.E. • Suite 802 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax

www.sos.state.ga.us

100

David Moreland
January 19, 2016
Page 2 of 2

O.C.G.A. §§ 21-2-131 provides that the qualifying fee for U.S. Representative, District 1 is $5,220.00. This fee can be paid by check or money order. No cash payments are allowed. As per O.C.G.A. §21-2-132, the qualifying dates and hours are posted on the Secretary of State, Elections Division's website at http://sos.ga.gov/index.php/elections/election_dates_and_deadlines2. Please remember to check the website regularly for updates.

Qualifying will be conducted in the Elections Division of the Office of the Secretary of State at 2 Martin Luther King Jr. Drive, Suite 802 West Tower, Atlanta, GA 30334.

I hope you find this information helpful. If you have any questions, please call our office at ███████

Sincerely,

Chris Harvey

Enclosure:        Nomination Petition Form
                  Pauper's Petition and Affidavit

2 Martin Luther King Jr., Drive S.E. • Suite 802 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax

www.sos.state.ga.us

101



## The Office of Secretary of State

*Brian P. Kemp*

SECRETARY OF STATE

*Chris Harvey*

DIRECTOR OF ELECTIONS

February 10, 2016

***VIA FIRST CLASS MAIL:***
Raymond Beckworth

RE: Candidacy

Dear Mr. Beckworth:

The Secretary of State's office has received your request regarding the number of ballot signatures required for placement on the 2016 general election ballot as an independent candidate for the Office of U.S. Representative, District 1. As an initial matter, please be advised that our office is prohibited from giving legal advice to candidates. For this reason, we always ask that candidates contact their attorneys for legal opinions. In an attempt to be of assistance, however, I have included below pertinent portions of the Georgia Election Code. Enclosed with this letter is a copy of a Nomination Petition Form. Additional Nomination Petition Forms may be found on the Georgia Secretary of State, Elections Division's website at http://sos.ga.gov/index.php/Elections/information_for_candidates.

O.C.G.A. § 21-2-170 provides that, to qualify as an independent candidate for the Office of U.S. Representative, the nomination petition must contain valid signatures equal to five percent of the total number of registered voters eligible to vote in the last election for the filling of the office the candidate is seeking and the signers of such petition shall be registered and eligible to vote in the election at which such candidate seeks to be elected. The last time this office was elected in 2014, the number of voters eligible to vote for the Office of U.S. Representative, District 1 was 423,735.

O.C.G.A. § 21-2-132 provides that petitions may be turned in no earlier than the 4th Monday in June (June 27, 2016) at 9:00 a.m., and no later than the second Tuesday in July (July 12, 2015) at 12:00 noon. The petitions for the Office of U.S. Representative must be turned in to the Elections Division of the Office of the Secretary of State at 2 Martin Luther King Jr. Drive, Suite 802 West Tower, Atlanta, GA 30334.

2 Martin Luther King Jr., Drive S.E. • Suite 802 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax

www.sos.state.ga.us

102

Raymond Beckworth
February 10, 2016
Page 2 of 2

O.C.G.A. §§ 21-2-131 provides that the qualifying fee for U.S. Representative, District 1 is $5,220.00. This fee can be paid by check or money order. No cash payments are allowed. As per O.C.G.A. §21-2-132, the qualifying dates and hours are posted on the Secretary of State, Elections Division's website at http://sos.ga.gov/index.php/elections/election_dates_and_deadlines2. Please remember to check the website regularly for updates.

Qualifying will be conducted in the Elections Division of the Office of the Secretary of State at 2 Martin Luther King Jr. Drive, Suite 802 West Tower, Atlanta, GA 30334.

I hope you find this information helpful. If you have any questions, please call our office at ▮▮▮▮▮

Sincerely,

Chris Harvey

Enclosure:     Nomination Petition Form

2 Martin Luther King Jr., Drive S.E. • Suite 802 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax

www.sos.state.ga.us

1-19-10

Hello,

My name is Charles Perry. I called this morning to find out what I needed to do to have my name put on the ballot. I was told to put in writing my intentions so they are as follows:

David Scott
U.S. Congressional

To run as an Independent in District 13.

Would be this year. Please, what I need to do, please let me know asap. I'm sure I'm already behind.

Thanks for all your help,

I was told I would be mailed what I need to do to qualify? how many signatures I would need to gather.

Charles Perry

RECEIVED
SECRETARY OF STATE
ELECTIONS DIVISION
2010 JAN 21 PM 3 46



## The Office of Secretary of State

*Brian P. Kemp*

SECRETARY OF STATE

*Wesley B. Tailor*

DIRECTOR OF ELECTIONS

January 22, 2010

Charles Perry

███████████

Dear Mr. Perry:

We have received your request for information regarding the procedure for placement on the 2010 ballot as an independent candidate for the office of United States Representative, District 13.

As an independent candidate, you will be required to circulate a nomination petition and obtain valid signatures of 5 % of the electors registered and eligible to vote in the 2008 general election for the office of United States Representative, District 13. The total number of active registered voters in the 2008 general election for this seat was 410,539.

The total number of signatures required for the office of United States Representative, District 13 in the 2010 general election will be 20,527. Petitions can be turned in at the time of qualifying, but must be turned in no later than July 13th at 12:00 noon.

The qualifying fee for United States Representative, District 13 is $5,220.00 and can be paid by check or money order. No cash payments are allowed. The qualifying dates are June 28th at 9:00 a.m. through July 2nd at 12:00 noon. Qualifying will be conducted in the Elections Division of the Office of the Secretary of State, 2 Martin Luther King Jr. Drive, Suite 1104 West Tower, Atlanta, GA 30334.

I trust this information has been helpful. If you have any questions, please call ██████████

Sincerely,



Wesley B. Tailor

2 Martin Luther King Jr., Drive S.E. • Suite 1104 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax

www.sos.state.ga.us



## The Office of Secretary of State

*Karen C. Handel*
SECRETARY OF STATE

*Michael E. McCarthy*
DIRECTOR OF ELECTIONS

April 17, 2008

Mr. Timothy J. Payne

RE: Letter of Intent to Run for US Congress, District 5

Dear Mr. Payne:

We have received your request for information regarding the procedure for placement on the 2008 ballot as an independent candidate for the office of US Congress, District 5.

As an independent candidate, you will be required to circulate a nomination petition and obtain valid signatures of 5% of the electors registered and eligible to vote in the 2006 general election for the office of US Congress, District 5. The total number of active registered voters in the 2006 general election for this seat was 325,851.

The total number of signatures required for the Office of US Congress, District 5 in the 2008 general election will be 16,293. Petitions can be turned in at the time of qualifying, but must be turned in no later than July 8, 2008 at 12:00 noon.

The qualifying fee for US Congress, District 5 is $4,956.00 and can be paid by check or money order. No cash payments are allowed. The qualifying dates are June 23, 2008 beginning at 9:00 a.m. through June 27, 2008 at 12:00 noon. Qualifying will be conducted in the Elections Division of the Office of the Secretary of State, 2 Martin Luther King Jr., Drive, Suite 1104 West Tower, Atlanta, Georgia 30334.

I trust this information has been helpful. If you have any questions, please call

Sincerely,

Ann Hicks
Assistant Director
State Elections Division

2 Martin Luther King Jr., Drive S.E. • Suite 1104 West Tower • Atlanta, Georgia • 30334 • (404) 656-2871 • (404) 651-9531 Fax
www.sos.state.ga.us

106

Secretary of State Election Division                                    April 14th 2008
Suite 1104 West Tower
2 MLK Jr South East
Atlanta, GA 30334
Attn: Dr. Michael McCarthy



Dear Dr. McCarthy,

The purpose of this letter is to inform the Georgia Office of the Secretary of State that I intend to be a candidate for the US Congress, representing the 5th District. As an independent, I am aware that I have to meet certain requirements. I would appreciate any assistance your office can provide including a list of requirements for my candidacy. Thank you for your time and consideration and I look forward to hearing from you soon.

Best Regards,

Timothy J. Payne



**Secretary of State**
Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

April 21, 2006

**Kathy A. Rogers**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
krogers@www.sos.state.ga.us

Mr. Loren Collins



Re:   Qualifying as an Independent Candidate
      Congressional House District 4

Dear Mr. Collins:

We are in receipt of inquiry to qualify as an independent candidate for Congressional House
District 4 and for information related to seeking this office. Please be advised that in order to run
as an independent candidate you must submit a completed nomination petition that contains the
required number of signatures of Georgia residents who are eligible to vote in the election for
this office. The number of signatures required on the nomination petition for the above-
referenced office is 16,013.

The nomination petition must adhere to the provisions of section 21-2-170 of the Georgia
Election Code. The earliest date that the petition can be circulated is January 12, 2006,
beginning at 9:00am. The latest date the petition can be filed in the State Elections Division is
July 11, 2006 at 12:00 noon.

In addition to the nominating petition, you are also required to submit a notice of candidacy as
provided for in section 21-2-132(d) of the Election Code. The earliest date that the notice of
candidacy can be filed with this office is June 26, 2006 at 9:00 am. The latest date that the notice
of candidacy can be filed with our office is June 30, 2006 by 12:00 noon.

I am enclosing along with this letter for your review a copy of the nomination petition, the notice
of candidacy, a Georgia Calendar of Elections for 2006 and copies of the above referenced code
sections. If our office can provide you with any additional information, please contact us at the
above number.

Sincerely,

Clifford D. Tatum
Assistant Director of Legal Affairs
State Elections Division

Encs.



## Secretary of State
### Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Kathy A. Rogers**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
krogers@www.sos.state.ga.us

January 11, 2006

Mr. Chip Shirley

█████████████████

Re:    Number of Signatures Required for Ballot Access as an
       Independent Candidate for Congressional District 10

Dear Mr. Shirley:

We are in receipt of your request for the number of signatures required to seek office as a independent candidate for Congressional District 10. Please be advised that the number of signatures required on the nomination petition for the above-referenced office and District is 16,781.

The nomination petition must adhere to the provisions of section 21-2-170 of the Georgia Election Code. The earliest date that the petition can be circulated is January 12, 2006, beginning at 9:00am. The latest date the petition can be filed in the State Elections Division is July 11, 2006 at 12:00 noon.

In addition to the nominating petition, you are also required to submit a notice of candidacy as provided for in section 21-2-132(d) of the Election Code. The earliest date that the notice of candidacy can be filed with this office is June 26, 2006 at 9:00 am. The latest date that the notice of candidacy can be filed with our office is June 30, 2006 by 12:00 noon.

I am enclosing along with this letter for your review a Georgia Calendar of Elections for 2006, a nominating petition, and a notice of candidacy. You may copy the petition form both front and back as many times as necessary to obtain the correct number of signatures.

If our office can provide you with any additional information, please contact us at the above number.

Sincerely,

Clifford D. Tatum
Assistant Director of Legal Affairs
State Elections Division

Encs.

**109**

, Clifford

| | |
|---|---|
| ~n: | Chip Shirley |
| ~nt: | Thursday, December 29, 2005 10:42 AM |
| To: | Tatum, Clifford |
| Subject: | Re: Signature Petition for US House |

Thank you for your response Mr. Tatum. I would like to get candidate information
concerning the election for the US House of Representatives from Georgia's 10th District.
Please send ballot qualifications for independent candidates. Also, if possible, please
send a copy of the new district maps. Thanks again.
Chip Shirley

16,781

--- "Tatum, Clifford" <ctatum@sos.state.ga.us> wrote:

> Mr. Shirley:
>
> In response to your voicemail regarding the number of signatures
> required to seek nomination as an independent candidate for a US
> Congressional seat, please note that each congressional district
> requires a different number of signatures.  Please advise the district
> in which you seek election so that I might provide you with an
> accurate number.  Please also provide your home address so that I may
> forward candidate information to you.
>
>
>
> Sincerely,
>
>
>
> Clifford D. Tatum
>
> Assistant Director of Legal Affairs
>
> State Elections Division
>
>
>
>

_____
Yahoo! for Good - Make a difference this year.
http://brand.yahoo.com/cybergivingweek2005/

1



## Secretary of State
Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Kathy A. Rogers**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
krogers@www.sos.state.ga.us

May 9, 2006

Mr. Richard L. Clarke

███████████████████

    Re:    Letter of Intent to Qualifying as an
           Independent Candidate for Congressional District 12

Dear Mr. Gibbs:

In response to your inquiry regarding qualifying as an independent candidate Congressional District 12, please be advised that in order to run as an independent candidate you must submit a completed nomination petition that contains the required number of signatures of Georgia residents who are eligible to vote in the election for this office. The number of signatures required on the nomination petition for the above-referenced office is 14,862.

The nomination petition must adhere to the provisions of section 21-2-170 of the Georgia Election Code. The earliest date that the petition can be circulated is January 12, 2006, beginning at 9:00am. The latest date the petition can be filed in the State Elections Division is July 11, 2006 at 12:00 noon.

In addition to the nominating petition, you are also required to submit a notice of candidacy as provided for in section 21-2-132(d) of the Election Code. The earliest date that the notice of candidacy can be filed with this office is June 26, 2006 at 9:00 am. The latest date that the notice of candidacy can be filed with our office is June 30, 2006 by 12:00 noon.

I am enclosing along with this letter for your review a copy of the nomination petition, the notice of candidacy, a Georgia Calendar of Elections for 2006 and copies of the above referenced code sections. If our office can provide you with any additional information, please contact us at the above number.

Sincerely,

Clifford D. Tatum
Assistant Director of Legal Affairs
State Elections Division

Encs.

**111**

April 24, 2006

Secretary of State Cathy Cox

214 State Capitol

Atlanta, Georgia 30334

Dear Secretary of State Cathy Cox and Staff,

My name is Richard Clarke. I am writing your office to inform you that I intend to run for the 12th District seat to The United States House of Representatives as an independent candidate in the upcoming November 2006 elections. I am unable to afford the qualifying fee so I have begun to fill out the petition for qualifying as a pauper as supplied by our most excellent head of elections here in Emanuel county, Jeb Cameron. He also recently informed me that since I have no formal nomination from a party I must fill out another petition to run as an independent. Although a bit daunting I accept the further challenge and am requesting the proper form and information from your office to complete the petition. Please if you would send any more information your office might deem as helpful that would be most amiable. Thank you very much for your time. Hopefully I'll be corresponding further with your administration in the future.

CD 12
14,862

Sincerely,

2006 MAY -1  AM 10: 26
RECEIVED
SECRETARY OF STATE
ELECTIONS DIVISION



## Secretary of State
### Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Kathy A. Rogers**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
krogers@www.sos.state.ga.us

September 12, 2005

Ms. Glenda Kelley
NEC Vice Chair Veterans Party of America

████████████████

Re:     Qualifying as a Political Body Candidate for Statewide Office

Dear Ms. Kelley:

We are in receipt of your letter requesting information on how to qualify as a candidate for statewide office and as a candidate for the 2nd Congressional office. Please be advised that in order to qualify as a political body candidate for a statewide office or a Congressional office, a person must submit a completed nomination petition for either respective office that contains the required number of signatures of Georgia residents who are eligible to vote in the election for that office.

The number of signatures required on the nomination petition to qualify as a candidate for a statewide office is 42,488. The number of signatures required on the nomination petition to qualify as a candidate for the 2nd Congressional office is 13,897.

A nomination petition must adhere to the provisions of section 21-2-170 of the Georgia Election Code. The earliest date that a nomination petition can be circulated is January 12, 2006, beginning at 9:00a.m. The latest date the petition can be filed in the State Elections Division is July 11, 2006 at 12:00 noon.

In addition to the nominating petition, a candidate for either office is required to submit a notice of candidacy as provided for in section 21-2-132(d) of the Election Code. The earliest date that the notice of candidacy can be filed with this office is June 26, 2006 at 9:00a.m. The latest date that the notice of candidacy can be filed with our office is June 30, 2006 by 12:00 noon.

A political body may also choose to nominate candidates for statewide office by convention. The convention process can be found in Section 21-2-172 of the Election Code.

I am enclosing along with this letter a copy of the Georgia Calendar of Elections for 2006. Nomination petitions may be obtained from our office upon request.

Ms. Glenda Kelley
September 12, 2005
Page 2

If our office can provide you with any additional information, please contact us at the above number.

Sincerely,

Clifford D. Tatum
Assistant Director of Legal Affairs
State Elections Division

Encs.

**Glenda Kelley**

2005 AUG 11  PM 2: 25

**August 9, 2005**

RECEIVED
SECRETARY OF STATE
ELECTIONS DIVISION

Secretary of State
Suite 1104 West Tower
2 Martin Luther King Jr. Dr. SE
Atlanta, GA 30334-1505

Dear Sir:

I am representing the Veterans Party of America, a Georgia Political Body.
We have 2 members seeking political office in 2006 and I need information
on the requirements for these offices.

One candidate seeks to run for Governor of Georgia and the other is
seeking to run for U.S. Representative for the 2nd District in Georgia.

Any information you can send me would be appreciated but specifically I
need information on:

The required number of signatures on petitions for the office of Governor.

The required number of signatures on petitions for the office of U.S.
Representative for the 2nd District of Georgia.

The filing fee requirement for the office of Governor.

The filing fee requirement for the office of U.S. Representative.

I also need some sample petitions.

It is my understanding that we can not start collecting signatures on
petitions before January 12th, 2006 for either of these offices and the last
day to file these petitions is July 11th, 2006.  If this is not correct please
advise of the correct dates.

Thank you very much.

Glenda Kelley
NEC Vice Chair
Veterans Party of America

**115**



## Secretary of State

Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@www.sos.state.ga.us

March 11, 2004

Ms. Glenda D. Kelley
Georgia Coordinator, Veterans Party of America

Re:     Number of Signatures Required for Ballot Access as a
        Political Body Candidate for U.S. Congressional District 2

Dear Ms Kelley:

We are in receipt of your request for the number of signatures required to seek office as a
Political Body candidate for U.S. Congressional District 2. Please be advised that the number of
signatures required on the nomination petition for the above-referenced office and District is
13,093.

The nomination petition must adhere to the provisions of section 21-2-170 of the Georgia
Election Code. The earliest date that the petition can be circulated is January 15, 2004. The last
date for the petition to be filed with the State Elections Division is July 13, 2004 at 12:00 noon.

In addition to the nominating petition, a Political Body candidate is also required to submit a
notice of candidacy as provided for in section 21-2-132(d) of the Election Code. The earliest
date that the notice of candidacy can be filed with this office is June 28, 2004 at 9:00 am. The
latest date that the notice of candidacy can be filed with our office is July 2, 2004 by 12:00 noon.

I am enclosing along with this letter for your review a copy of section 21-2-170, a copy of the
Calendar of Elections for 2004, a nominating petition, and a notice of candidacy.

If our office can provide you with any additional information, please contact us at the above
number.

Sincerely,

Clifford D. Tatum
Assistant Director of Legal Affairs
State Elections Division

Encs.

**116**

February 24, 2004

Clifford Tatum

RECEIVED

2004 MAR - I  PM 3: 24

ELECTIONS DIVISION
OF STATE

Dear Mr. Tatum:

I represent the Veterans Party of America, a new political body, in the State of Georgia.

We have a person wanting to run for U. S. Congress in District 2.

Could you please send me the info we need to start his campaign?

Thank you so much,

Glenda D. Kelley

Glenda D. Kelley
GA Coordinator, Veterans Party of America



## Secretary of State
Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@www.sos.state.ga.us

May 11, 2004

Mr. Steven Muhammad
In Office Pick Up

Re:    Number of Signatures Required for Ballot Access as an
       Independent Candidate for Congressional District 5

Dear Mr. Muhammad:

We are in receipt of your request for the number of signatures required to seek office as a independent candidate for Congressional District 5. Please be advised that the number of signatures required on the nomination petition for the above-referenced office and District is 14,469.

The nomination petition must adhere to the provisions of section 21-2-170 of the Georgia Election Code. The earliest date that the petition can be circulated is January 15, 2004. The last date for the petition to be filed with the State Elections Division is July 13, 2004 at 12:00 noon.

In addition to the nominating petition, you are also required to submit a notice of candidacy as provided for in section 21-2-132(d) of the Election Code. The earliest date that the notice of candidacy can be filed with this office is June 28, 2004 at 9:00 am. The latest date that the notice of candidacy can be filed with our office is July 2, 2004 by 12:00 noon.

I am enclosing along with this letter for your review a Georgia Calendar of Elections for 2004, a nominating petition, and a notice of candidacy. You may copy the petition form both front and back as many times as necessary to obtain the correct number of signatures.

If our office can provide you with any additional information, please contact us at the above number.

Sincerely,

Clifford D. Tatum
Assistant Director of Legal Affairs
State Elections Division

Encs.

**118**



## Secretary of State
Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@www.sos.state.ga.us

May 13, 2004

Mr. Andy Altizer

Re:  Ballot Access as an Independent Candidate
     for Congressional District 6

Dear Mr. Altizer:

We are in receipt of your request for information regarding seeking office as an independent candidate for Congressional District 6. Please be advised that in order to gain access as an independent candidate to the ballot, you must circulate a nomination petition and obtain a certain number of signatures in order to qualify. The number of signatures required on the nomination petition for the above-referenced office and District is 17,496.

The nomination petition must adhere to the provisions of section 21-2-170 of the Georgia Election Code. The earliest date that the petition can be circulated is January 15, 2004. The last date for the petition to be filed with the State Elections Division is July 13, 2004 at 12:00 noon.

In addition to the nominating petition, you are also required to submit a notice of candidacy as provided for in section 21-2-132(d) of the Election Code. The earliest date that the notice of candidacy can be filed with this office is June 28, 2004 at 9:00 am. The latest date that the notice of candidacy can be filed with our office is July 2, 2004 by 12:00 noon.

I am including with this letter, nomination petitions, a Georgia Calendar of Elections for 2004, and notice of candidacy forms. You may copy the petition form both front and back as many times as necessary in order to obtain the correct number of signatures.

If our office can provide you with any additional information, please contact us at the above number.

Sincerely

Clifford D. Tatum
Assistant Director of Legal Affairs
State Elections Division

Encs.

**119**

Tatum, Clifford

| | |
|---|---|
| From: | Madison, Russ |
| Sent: | Thursday, May 13, 2004 8:54 AM |
| To: | Tatum, Clifford |
| Subject: | FW: help please |

Cliff,
Could you please reply to this email?


-----Original Message-----
From: █████████████████    █████████████████████

Sent: Wednesday, May 12, 2004 8:43 AM
To: Madison, Russ
Subject: help please

Good morning,

I want to run for Sixth Congressional District opening (Johnny
Isakson)as an Independent.  I'm not a politician, and quite frankly,
even after reading the various documents on your web page, I have
questions about the process.

Do you, or someone in your staff, have 30 minutes to sit down with me to
help guide me through the process.

Thank you.

Andy Altizer

1

120

## Tatum, Clifford

| | |
|---|---|
| **From:** | Tatum, Clifford |
| **Sent:** | Friday, March 05, 2004 10:50 AM |
| **To:** | ██████████████████ |
| **Cc:** | Madison, Russ |

**Subject:** RE: Nomination Petitions for Independent candidates

Mr. Borick:

In response to your email below, please note that the number of signatures required for a nomination petition for an independent Candidate for Congressional District number 8 is 16,491. The nomination petition must adhere to the provisions of section 21-2-170 of the Georgia Election Code. The earliest date that the petition can be circulated is January 15, 2004. The latest date the petition can be filed in the State Elections Division Office is July 13, 2004 at 12 noon.

You should also note that in addition to the nominating petition, you are also required to submit a notice of candidacy as provided for in section 21-2-132(d) of the Election Code. The earliest date that the notice of candidacy can be filed with this office is June 28, 2004 at 9:00 am. The latest date that the notice of candidacy can be filed with our office is July 2, 2004 by 12:00 noon.

Should you require additional information, please feel free to contact our office.
Sincerely,

CDTatum

*Clifford D. Tatum*
*Assistant Director - Legal Affairs*
*State Elections Division*
*2 MLK Jr. Drive, Suite 1104*
*Atlanta, Georgia  30334*
*Office: 404-657-5352; Fax: 404-651-9531*

-----Original Message-----
**From:** Chris Borcik ████████████████████
**Sent:** Thursday, March 04, 2004 5:24 PM
**To:** Madison, Russ
**Subject:** Nomination Petitions for Independent candidates

Please advise me on the number of required signatures on a nomination petition for the Office of Representative to US Congress for the upcoming General Election of 2004 (District 8).

Thank you,
Chris Borcik



**Cathy Cox**
SECRETARY OF STATE

## Secretary of State
Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@www.sos.state.ga.us

April 30, 2004

Mr. Malcolm Rogers

Re:     Number of Signatures Required for Ballot Access as an
        Independent Candidate for Congressional District 13

Dear Mr. Rogers:

We are in receipt of your request for the number of signatures required to seek office as a
independent candidate for Congressional District 13. Please be advised that the number of
signatures required on the nomination petition for the above-referenced office and District is
11,874.

The nomination petition must adhere to the provisions of section 21-2-170 of the Georgia
Election Code. The earliest date that the petition can be circulated is January 15, 2004. The last
date for the petition to be filed with the State Elections Division is July 13, 2004 at 12:00 noon.

In addition to the nominating petition, you are also required to submit a notice of candidacy as
provided for in section 21-2-132(d) of the Election Code. The earliest date that the notice of
candidacy can be filed with this office is June 28, 2004 at 9:00 am. The latest date that the notice
of candidacy can be filed with our office is July 2, 2004 by 12:00 noon.

I am enclosing along with this letter for your review a Georgia Calendar of Elections for 2004, a
nominating petition, and a notice of candidacy. You may copy the petition form both front and
back as many times as necessary to obtain the correct number of signatures.

If our office can provide you with any additional information, please contact us at the above
number.

Sincerely,

Clifford D. Tatum
Assistant Director of Legal Affairs
State Elections Division

Encs.

**122**

Mr. Cliff Tatum
Elections Division
2 M.L .King Jr. Drive S.E.
Suite 1104- West Tower
Atlanta, Georgia 30334

RECEIVED

2004 APR 23  PM 3: 32

ELECTIONS DIVISION

April 21st 2004

Mr. Tatum,

I plan on qualifying to run in the November General Election as an Independent candidate.  I hope to qualify to run for the office of U.S. Representative of the 13th district, an office currently held by David Scott.

Could you please inform me of the following:

The number of signatures I need to collect on a nomination petition to qualify for the general election,

The sum of the qualifying fee,

The number of signatures needed on a pauper's affidavit (if I decide to file one).

Would you also please send me a sample of the nomination petition for independent candidates, as well as a sample of the pauper's affidavit.

If there is anything which I have forgotten to mention, but that you feel I should require please include that information as well.

Sincerely,


Malcolm Rogers



## Secretary of State
### Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@www.sos.state.ga.us

June 26, 2002

TO:       NOMINATION PETITION CANDIDATES
            FOR U. S. HOUSE OF REPRESENTATIVES

FROM:    Linda W. Beazley, Director

RE:       Number of Signatures required

Our records show that you requested the number of signatures required on a nomination petition in order to be a candidate for the U. S. House of Representatives, District 6, for the November, 2002 general election.

THIS IS TO NOTIFY YOU that we have made further inquiries and reviewed appropriate statutes again to determine if the correct information was provided to you in our earlier response. Using information provided by the Legislative and Congressional Reapportionment Office for the year 2000, it now appears that that the number of signatures you will be required to obtain is 17,733.

Please disregard the earlier information provided to you and we apologize for any inconvenience we may have caused.

Please feel free to call me if you have any questions regarding this matter.

Thank you for your patience and understanding in this matter.



## Secretary of State
Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@www.sos.state.ga.us

June 18, 2002

Mr. Ryan Anthony Chancio



Dear Mr. Chancio:

You have asked for information regarding ballot access for an independent candidate to file a nomination petition in order to be a candidate for the U. S. House of Representatives, District 6, for the November 2002 general election.

Your petition is required to have 24,735 valid signatures of registered voters eligible to vote in the 6th. Congressional District in the election in which you will be a candidate. The earliest day that a nomination petition may be submitted is July 29, 2002 at 9:00 a.m. and the last day the nomination petition can be filed is August 5, 2002 at 12:00 noon.

You are also required to file a Notice of Candidacy not earlier than July 29, 2002 at 9:00 a.m. and not later than August 2, 3003 at noon in the Stat Elections Division, Atlanta, Georgia and pay a qualifying fee in the amount of $4,353.00.

Enclosed is a Calendar of Election Events for 2002 and also petition forms for your use and which you may also photocopy as needed.  I am also enclosing a copy of OCGA 21-2-170, the code section that addresses nomination of candidates by petition and recommend that you review same very carefully.

If you have not already contacted the Federal Election Commission for campaign finance registration and reporting information, you should do so and their address is Federal Election Commission, 999 E. Street, N. W., Washington, D. C. 20463.

Sincerely,

Linda W. Beazley, Director
Encl.

**125**

June 14, 2002

Mrs. Laura Beasly

Dear Mam,

Thanks for the information this morning. It was good to finally speak to you in person. Per our conversation, I am writing to inform you of my run in the 2002 election for the Congressional 6th District of Georgia which J. Isakson is currently the incumbent. I will be running as an independent. How many signatures will be required? Please include all other pertinent information. Thank you for your prompt response.

Sincerely,

Ryan Anthony Chancio



## Secretary of State

Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@www.sos.state.ga.us

June 26, 2002

TO:        NOMINATION PETITION CANDIDATES
              FOR U. S. HOUSE OF REPRESENTATIVES

FROM:     Linda W. Beazley, Director

RE:        Number of Signatures required

Our records show that you requested the number of signatures required on a nomination petition in order to be a candidate for the U. S. House of Representatives, District 10, for the November, 2002 general election.

THIS IS TO NOTIFY YOU that we have made further inquiries and reviewed appropriate statutes again to determine if the correct information was provided to you in our earlier response. Using information provided by the Legislative and Congressional Reapportionment Office for the year 2000, it now appears that that the number of signatures you will be required to obtain is 14,929.

Please disregard the earlier information provided to you and we apologize for any inconvenience we may have caused.

Please feel free to call me if you have any questions regarding this matter.

Thank you for your patience and understanding in this matter.



## Secretary of State
### Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE
January 22, 2002

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@sos.state.ga.us

Mr. Daniel M. Kozarich

Dear Mr. Kozarich:

You have asked for information regarding ballot access for an Independent candidate for the 10th. Congressional District of Georgia.

The earliest day for voters to sign a nomination petition to place an Independent candidate on the General Election ballot is February 6, 2002. The earliest day that a nomination petition may be submitted is July 29, 2002 at 9:00 a.m. and the last day the nomination petition can be filed is August 5, 2002 at 12:00 noon.

Your petition is required to have 19,311 valid signatures of registered voters eligible to vote in the 10th. Congressional District. I am enclosing a copy of O.C.G.A. 21-2-170, the section that addresses nomination of candidates by petition and recommend that you review same very carefully.

Enclosed is a Calendar of Election Events for 2002, and a petition form that can be photocopied for your use or you may order them from our office.

You are also required to file a Notice of Candidacy not earlier than July 29, 2002 at 9:00 a.m. and not later than August 2, 2002 at noon in the State Elections Division, Atlanta, Georgia.

If you have not already contacted the Federal Election Commission for campaign finance registration and reporting information, you should do so and their address is Federal Election Commission, 999 E Street, N.W., Washington, D. C. 20463.

Sincerely,

Linda W. Beazley, Director
Encl.

January 8, 2002

RECEIVED

02 JAN -9  PM 4: 28

SECRETARY OF STATE
ELECTIONS DIVISION

Linda Beazley
State Elections Division
1104 West Tower Street
Atlanta, GA 30334

Dear Linda,

I am writing to you to announce my intentions to attempt to get on the general ballot for the 2002 Federal Election.  My intent is to run for the United States Congress House of Representatives District 10.  I have no party affiliation and will be running as just a US Citizen exercising their rights under the Constitution of the United States.

Can you please send me the necessary documentation and other information that you deem important to the following address:

**Daniel M. Kozarich**

Thank you in advance for your assistance.

Sincerely,

Daniel M. Kozarich

Daniel M. Kozarich

**129**

June 14, 2002

Brian R. Brown

Dear Mr. Brown:

You have asked how many signatures you would need to run as a Pauper and as an Independent Candidate for the 10th. Congressional District in the election to be held on November 5, 2002.

The pauper qualifying petition must contain 39,107 signatures.
The Nomination petition for an independent candidate must contain 19,311 signatures

If you need additional information, you may contact this office.

Sincerely,


Linda W. Beazley, Director
Encl.



## Secretary of State
### Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@www.sos.state.ga.us

June 26, 2002

TO:        NOMINATION PETITION CANDIDATES
FOR U. S. HOUSE OF REPRESENTATIVES

FROM:     Linda W. Beazley, Director

RE:        Number of Signatures required

Our records show that you requested the number of signatures required on a nomination petition in order to be a candidate for the U. S. House of Representatives, District 13, for the November, 2002 general election.

THIS IS TO NOTIFY YOU that we have made further inquiries and reviewed appropriate statutes again to determine if the correct information was provided to you in our earlier response. Using information provided by the Legislative and Congressional Reapportionment Office for the year 2000, it now appears that that the number of signatures you will be required to obtain is 12,695.

Please disregard the earlier information provided to you and we apologize for any inconvenience we may have caused.

Please feel free to call me if you have any questions regarding this matter.

Thank you for your patience and understanding in this matter.



# Secretary of State

Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@sos.state.ga.us

May 6, 2002

Mr. Ron Smith

<span style="background:black"> </span>

You have asked for information regarding ballot access for an independent candidate who will file a nomination petition to be a candidate for the U. S. House of Representatives, District 13, for the November, 2002 general election.

Your petition is required to have 14,833 valid signatures of registered voters eligible to vote in the 13th. Congressional District in the election in which you will be a candidate. The earliest day that a nomination petition may be submitted is July 29th, 2002 at 9:00 a.m. and the last day the nomination petition can be filed is August 5, 2002 at 12:00 noon.

You are also required to file a Notice of Candidacy not earlier than July 29, 2002 at 9:00 a.m. and not later than August 2, 2002 at noon in the State Elections Division, Atlanta, Georgia and pay a qualifying fee in the amount of $4,353.00.

Enclosed is a Calendar of Election Events for 2002 and a petition form that can be photocopied for your use or you may order additional forms from our office. I am also enclosing a copy of O. C. G. A. 21-2-170, the code section that addresses nomination of candidates by petition and recommend that you review same very carefully.

If you have not already contacted the Federal Election Commission for campaign finance registration and reporting information, you should do so and their address is Federal Election Commission, 999 E Street, N. W., Washington, D. C. 20463.

Sincerely,

Linda W. Beazley, Director
Encl.

**132**

APRIL 30, 2002

STATE        OF     GEORGIA

ELECTIONS     DIVISION

ATTN: LINDA BEAZLEY
FROM: RON SMITH
FAX: ███████████
MAILING ADDRESS: ████████████████████

I"M REQUESTING THE REQUIRED SIGNATURES
NEEDED TO QUALIFY AS AN INDEPENDANT
CANDIDATE FOR CONGRESS IN THE NEWLY FORMED
13TH CONGRESSIONAL DISTRICT,FOR THE NOVEMBER
GENERAL PRIMARY ELECTION.
PLEASE REPLY SOON SINCE WE HAVE ONLY ABOUT
90 DAYS TO GATHER THOUSANDS OF SIGNATURES
OF VOTERS FROM SOUTH FULTON,CLAYTON,NORTH
FAYETTE,HENRY,SOUTH DEKALB,SOUTH GWINNETT,
WALTON.ROCKDALE,BUTTS,AND SPAULDING COUNTIES.

FAX TO: ███████████
   OR
MAIL: █████████
██████████████████



## Secretary of State
Elections Division
Suite 1104, West Tower
2 Martin Luther King, Jr. Drive, S.E.
Atlanta, Georgia 30334-1505
www.sos.state.ga.us

**Cathy Cox**
SECRETARY OF STATE

**Linda W. Beazley**
DIRECTOR
(404) 656-2871
FAX (404) 651-9531
lbeazley@sos.state.ga.us

## FACSIMILE TRANSMISSION

DATE: _5/6/02_

TO: _Ron Smith_     FROM: _Linda Beazley_

_____     _____

_____     _____

███████████         FAX: _____

PHONE: _____     PHONE: _____

THERE ARE ___2___ PAGES INCLUDING THE COVER SHEET. IF YOU DO
NOT RECEIVE THE COMPLETE TRANSMISSION, PLEASE CONTACT THE
OFFICE AT 404-656-2871.

NOTES: _Other information referred to in letter will be mailed —_

**134**

RCB-57846    002-02-060    SECRETARY OF STATE - ELECTIONS DIVISION -
Cowen Prod 5: 2751    ELECTIONS REFERENCE AND DOCUMENTATION FILE -
2000 - Election Files - see content listing
 Consignment       2005-0037A

Cowen Prod 5: 2752

TO:   Secretary of State
Suite 1104 West Tower
2 Martin Luther King Jr., Dr., SE
Atlanta, Georgia 30334-1505

## NOTICE OF CANDIDACY AND AFFIDAVIT

I, the undersigned, being first duly sworn on oath, do depose and say: that my name is _Gail Debra Allen-Cartwright_

that my residence address is _[redacted]_

_____ (City)          (County)          (State)          (Zip Code)

that my post office address is _[redacted]_

that my telephone number is _[redacted]_
(Business)          (Home)

that my profession, business, or occupation (if any) is _unemployed_ ;

that the name of my precinct is _EDWARD MIDDLE School_ that I am an elector of the county of my

residence eligible to vote in the election in which I am a candidate; that the name of the office I am seeking is

_11th Congressional_ ; that my date of birth is _[redacted]_ that I have
(Furnish Circuit, District, or Post If Applicable)

been a legal resident of the State of Georgia for _47_ years; that I have been a legal resident of

_Rockdale_ county for _10 months_ years; that I have been a legal resident of my district (if applicable) for _2_ years;

that I have been a legal resident of my circuit (if applicable) for _2_ years; that I am a citizen of the United States; that

I am eligible to hold such office; that I am a candidate for such office in the _Nov 7, General Election_
(Election)

to be held on the _7_ day of _NOV_, 20 _04_ that I have never been convicted and sentenced in any

court of competent jurisdiction for fraudulent violation of primary or election laws, malfeasance in office, or felony involving

moral turpitude or conviction of domestic violence under the laws of this State, any other State, or of the United States, or, if

so convicted that my civil rights have been restored; and at least ten years have elapsed from the date of the completion

of the sentence without a subsequent conviction of another felony involving moral turpitude; and that I will not knowingly

violate any provisions of the Georgia Election Code (O.C.G.A. Ch.21-2) or of the rules or regulations adopted thereunder.

I understand that any false statement knowingly made by me in this Notice of Candidacy and Affidavit will subject me to

criminal penalties as provided by law and I hereby request you to cause my name to be placed on the ballots to be used

in such election as a candidate for the office I am seeking.

_Gail D. Allen_
(Signature of Candidate)

Sworn to and subscribed before me this _26th_ day of _June_ _2000_

_Ann Hicks_
(Notary Public)

My Commission Expires: _4-13-2002_

ANN HICKS
NOTARY
PUBLIC
APR 13 2002
HENRY COUNTY, GA

(Required by Ga. Election Code, Sec. 21-2-132.)

Form NC-S-99

(over)

136

1.   I desire that my name appear on the ballot as follows:

_Debbie      Allen_
(Please Print)

2.   (a)   I am running as a nonpartisan candidate [  ].

(b)   I am running as an independent candidate [✓].

(c)   I am the nominee of the _____ Party (Body) nominated by:

[ ]   Convention (Certified copy of the minutes of the convention attested by the Chairman and Secretary of the convention is being filed herewith);

[ ]   Other (Specify method of nomination and statute and party rule governing and allowing such method of nomination):

_____

_____

_____

3.   (a)   [ ]   I am required to file the above Notice followed by a nomination petition containing at least _19,204_ valid signatures due _July 11th 2000 - noon_.

(b)   [ ]   I am not required to submit a nomination petition, because I am:

[ ] Specify [Code §21-2-132]:

4.   (a)   [ ]   I hereby tender cash/check in the amount of $ _4,101.00_
Name of Bank: _Bank of America_
Check Number: _Cashiers Check #_ 

(b)   [ ]   I hereby file a Pauper's Affidavit, accompanied by a qualifying petition as prescribed in O.C.G.A. Sec. 21-2-132(g), in lieu of paying the qualifying fee.

NOTE: COPIES OF THE GEORGIA ELECTION CODE, THE ETHICS IN GOVERNMENT ACT, AND OTHER INFORMATIONAL PUBLICATIONS MAY BE OBTAINED FROM THE COUNTY ELECTION SUPERINTENDENT OR THE SECRETARY OF STATE.

RECEIVED
FEC MAIL ROOM

# STATEMENT OF CANDIDACY

(see reverse side for instructions)

2000 AUG 25 P 1:48

1. (a) Name of Candidate (in full)

Gail Debra Allen-Cartwright

2. Identification Number

3. Party Affiliation
Independent
(NONE)

4. Office Sought
House of Represent.

5. State & District of Candidate
Ga.  11th

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

6. I hereby designate the following named political committee as my Principal Campaign Committee for the **2000** election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed below.

(a) Name of Committee (in full)

"Friends of Debbie Allen"

(b) Address (number and street)

(c) City, State, and ZIP Code

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES

(Including Joint Fundraising Representatives)

7. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

N/A

(b) Address (number and street)

(c) City, State, and ZIP Code

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Signature of Candidate

Date
8/3/2000

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

## CANDIDATES FOR THE OFFICE OF:

**U.S. Senate mail to:**
Secretary of the Senate
Office of Public Records
232 Hart Senate Office Bldg.
Washington, DC 20510-7116

**All other candidates mail to:**
Federal Election Commission
999 E Street, N.W.
Washington, DC 20463

**For further information contact:**
Federal Election Commission
Toll-free 800/424-9530
Local 202/694-1100

# FEC FORM 2
(revised 4/97)

FE6AN111•DF

**138**

Federal Election Commission

# ENVELOPE REPLACEMENT PAGE
# FOR INCOMING DOCUMENTS

The Commission has added this page to the end of this filing to indicate
how it was received.

| | | |
|---|---|---|
| ☐ Hand Delivered | | Date of Receipt |
| ☑ First Class Mail | | POSTMARKED<br>8-23-00 |
| ☐ Registered/Certified Mail | | POSTMARKED   (R/C) |
| ☐ No Postmark | | |
| ☐ Postmark Illegible | | |
| ☐ Received from the House office of Records and Registration | | Date of Receipt |
| ☐ Received from the Senate Office of Public Records | | Date of Receipt |
| ☐ Other ( Specify): | | Postmarked<br>_____<br>and/or Date of Receipt |
| ☐ Electronic Filing | | |

_Jei_ 

**PREPARER**

8-25-00

**DATE PREPARED**

(6/2000)