

## The Office of Secretary of State

*Brian P. Kemp*
SECRETARY OF STATE

*Chris Harvey*
ELECTIONS DIRECTOR

DATE: July 12, 2016

TO: Lamar County Board of Elections and Registration

FROM: Chris Harvey, Elections Director

RE: Verification of Petition Signatures on Nomination Petition for Georgia House District 130 submitted by Jason Lovett

Please use the following codes to verify the signatures on the nomination petition for Georgia House District 130 submitted by Jason Lovett:

- D: Duplicate Signature -Person has signed the petition more than once
- NS: No Signature -Signature on petition does not match signature on voter registration card
- SNF: Signature not on file -Person is a registered voter, but for some reason signature is not on file
- V: Valid Signature -Signature is that of the registered voter of the county or district
- W: Withdrawn Signature -Signature that has been stricken
- P: Pending Voter-Person's voter registration status is pending
- I: Incomplete Information -Person did not provide sufficient information to be identified by the Registrar's Office

Note that the total number of valid signatures (which includes SNF's and V's) should be calculated and written on the lower left hand corner of the front of each page. The cumulative total of valid signatures must be documented on the 2014 Petition Acknowledgment Letter.

The petition, with codes indicated, and the signed 2016 Petition Acknowledgement Letter must be turned in to our office no later than Wednesday, August 3, 2016.

Please let our office know if you have any additional questions or concerns.

**Plaintiff's SJ Exhibit 040**

2 MLK Jr. Dr. SE | West Tower | Suite 802 | Atlanta, Georgia 30334
404-656-2871 | sos.ga.gov



# The Office of Secretary of State

*Brian P. Kemp*
SECRETARY OF STATE

*Chris Harvey*
ELECTIONS DIRECTOR

TO: Chris Harvey, Elections Director
Secretary of State Elections Division
2 MLK Jr. Dr. SE
Suite 802 – West Tower
Atlanta, GA 30334

RE: VERIFICATION OF VALID SIGNATURES FOR THE NOMINATION PETITION OF:

CANDIDATE:

OFFICE:

COUNTY:

This is to certify that the County Voter Registration Office has reviewed the referenced nomination petition and has determined that the petition contains _____ valid signatures, as per the attached memo provided by the Secretary of State for verifying signatures on the nomination petition for the November 8, 2016 General Election.

This petition is hereby returned along with this verification statement.

This _____ day of _____ 2016.

_____
Printed Name of County Official validating signatures

_____
Signature of County Official validating signatures



# The Office of Secretary of State

*Brian P. Kemp*
SECRETARY OF STATE

*Chris Harvey*
ELECTIONS DIRECTOR

DATE: July 12, 2016

TO: Henry County Board of Elections and Registration

FROM: Chris Harvey, Elections Director

RE: Verification of Petition Signatures on Nomination Petition for Georgia House District 130 submitted by Jason Lovett

Please use the following codes to verify the signatures on the nomination petition for Georgia House District 130 submitted by Jason Lovett:

- D: Duplicate Signature -Person has signed the petition more than once
- NS: No Signature -Signature on petition does not match signature on voter registration card
- SNF: Signature not on file -Person is a registered voter, but for some reason signature is not on file
- V: Valid Signature -Signature is that of the registered voter of the county or district
- W: Withdrawn Signature -Signature that has been stricken
- P: Pending Voter-Person's voter registration status is pending
- I: Incomplete Information -Person did not provide sufficient information to be identified by the Registrar's Office

Note that the total number of valid signatures (which includes SNF's and V's) should be calculated and written on the lower left hand corner of the front of each page. The cumulative total of valid signatures must be documented on the 2014 Petition Acknowledgment Letter.

The petition, with codes indicated, and the signed 2016 Petition Acknowledgement Letter must be turned in to our office no later than Wednesday, August 3, 2016.

Please let our office know if you have any additional questions or concerns.

2 MLK Jr. Dr. SE | West Tower | Suite 802 | Atlanta, Georgia 30334
404-656-2871 | sos.ga.gov



# The Office of Secretary of State

*Brian P. Kemp*
SECRETARY OF STATE

*Chris Harvey*
ELECTIONS DIRECTOR

TO: Chris Harvey, Elections Director
Secretary of State Elections Division
2 MLK Jr. Dr. SE
Suite 802 – West Tower
Atlanta, GA 30334

RE: VERIFICATION OF VALID SIGNATURES FOR THE NOMINATION PETITION OF:

CANDIDATE:

OFFICE:

COUNTY:

This is to certify that the County Voter Registration Office has reviewed the referenced nomination petition and has determined that the petition contains _____ valid signatures, as per the attached memo provided by the Secretary of State for verifying signatures on the nomination petition for the November 8, 2016 General Election.

This petition is hereby returned along with this verification statement.

This _____ day of _____ 2016.

_____
Printed Name of County Official validating signatures

_____
Signature of County Official validating signatures



# The Office of Secretary of State

*Brian P. Kemp*
SECRETARY OF STATE

*Chris Harvey*
ELECTIONS DIRECTOR

DATE: July 12, 2016

TO: Spalding County Board of Elections and Registration

FROM: Chris Harvey, Elections Director

RE: Verification of Petition Signatures on Nomination Petition for Georgia House District 130 submitted by Jason Lovett

Please use the following codes to verify the signatures on the nomination petition for Georgia House District 130 submitted by Jason Lovett
:

- D: Duplicate Signature -Person has signed the petition more than once
- NS: No Signature -Signature on petition does not match signature on voter registration card
- SNF: Signature not on file -Person is a registered voter, but for some reason signature is not on file
- V: Valid Signature -Signature is that of the registered voter of the county or district
- W: Withdrawn Signature -Signature that has been stricken
- P: Pending Voter-Person's voter registration status is pending
- I: Incomplete Information -Person did not provide sufficient information to be identified by the Registrar's Office

Note that the total number of valid signatures (which includes SNF's and V's) should be calculated and written on the lower left hand corner of the front of each page. The cumulative total of valid signatures must be documented on the 2014 Petition Acknowledgment Letter.

The petition, with codes indicated, and the signed 2016 Petition Acknowledgement Letter must be turned in to our office no later than Wednesday, August 3, 2016.

Please let our office know if you have any additional questions or concerns.



# The Office of Secretary of State

*Brian P. Kemp*
SECRETARY OF STATE

*Chris Harvey*
ELECTIONS DIRECTOR

TO: Chris Harvey, Elections Director
Secretary of State Elections Division
2 MLK Jr. Dr. SE
Suite 802 – West Tower
Atlanta, GA 30334

RE: VERIFICATION OF VALID SIGNATURES FOR THE NOMINATION PETITION OF:

CANDIDATE:

OFFICE:

COUNTY:

This is to certify that the County Voter Registration Office has reviewed the referenced nomination petition and has determined that the petition contains _____ valid signatures, as per the attached memo provided by the Secretary of State for verifying signatures on the nomination petition for the November 8, 2016 General Election.

This petition is hereby returned along with this verification statement.

This _____ day of _____ 2016.

_____
Printed Name of County Official validating signatures

_____
Signature of County Official validating signatures



## The Office of Secretary of State

*Brian P. Kemp*  
SECRETARY OF STATE

*Chris Harvey*  
ELECTIONS DIRECTOR

DATE: July 14, 2016

TO: County Election Superintendents and Registrars

FROM: Chris Harvey, Elections Director

RE: Verification of Petition Signatures on Nomination Petition for Georgia House District 151 submitted by Kenneth Zachary

Please use the following codes to verify the signatures on the nomination petition for Georgia House District 151 submitted by Kenneth Zachary:

- D: Duplicate Signature -Person has signed the petition more than once
- UK: Use this code when the signature is illegible or the identity of the voter cannot be determined to verify the signature
- NS: No Signature -Signature on petition does not match signature on voter registration card
- SNF: Signature not on file -Person is a registered voter, but for some reason signature is not on file
- V: Valid Signature -Signature is that of the registered voter of the county or district
- W: Withdrawn Signature -Signature that has been stricken
- P: Pending Voter-Person's voter registration status is pending
- I: Incomplete Information -Person did not provide sufficient information to be identified by the Registrar's Office

Note that the total number of valid signatures (which includes SNF's and V's) should be calculated and written on the lower left hand corner of the front of each page. The cumulative total of valid signatures must be documented on the 2016 Petition Acknowledgment Letter.

The petition, with codes indicated, and the signed 2016 Petition Acknowledgement Letter must be turned in to our office no later than Wednesday, August 3, 2016.

Please let our office know if you have any additional questions or concerns.

2 MLK Jr. Dr. SE | West Tower | Suite 802 | Atlanta, Georgia 30334
404-656-2871 | sos.ga.gov



## The Office of Secretary of State

*Brian P. Kemp*
SECRETARY OF STATE

*Chris Harvey*
ELECTIONS DIRECTOR

TO:   Chris Harvey, Elections Director
      Secretary of State Elections Division
      2 MLK Jr. Dr. SE
      Suite 802 – West Tower
      Atlanta, GA 30334

RE:   VERIFICATION OF VALID SIGNATURES FOR THE NOMINATION PETITION OF:

      CANDIDATE:

      OFFICE:

      COUNTY:

This is to certify that the County Voter Registration Office has reviewed the referenced nomination petition and has determined that the petition contains _____ valid signatures, as per the attached memo provided by the Secretary of State for verifying signatures on the nomination petition for the November 8, 2016 General Election.

This petition is hereby returned along with this verification statement.

This _____ day of _____ 2016.

_____
Printed Name of County Official validating signatures

_____
Signature of County Official validating signatures