IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, Georgia Secretary of State, <br><br> Defendant. | * <br> * <br> * <br> * <br> * CASE NO.: 1:17cv04660-LMM <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### DEFENDANT BRAD RAFFENSPERGER'S
### MOTION FOR SUMMARY JUDGMENT

Comes Now, Defendant Brad Raffensperger, through counsel, the Attorney General for the State of Georgia, pursuant to Fed. R. Civ. P. 56, and moves this Court for entry of Summary Judgment. Defendant shows this Court that there is no dispute as to any material fact and that he is entitled to judgment as a matter of law. Further, in support of this motion for summary judgment, Defendant relies upon the following:

- Statement of Undisputed Material Facts;

- Brief in Support of Motion for Summary Judgment;

- Exhibit A, Declaration of Chris Harvey;

- Exhibit A-1, Projected 2020 Georgia Congressional Representative Signature Requirements

- Exhibit A-2, Letter from Chris Harvey to Martin Cowen

- Exhibit A-3, Letter from Chris Harvey to Aaron Gilmore

- Exhibit A-4, Historical Voter Registration Statistics (1998-Present)

- Exhibit A-5, Historical Voter Registration Statistics (1962-1996)

- Exhibit B, Plaintiffs' Responses to the Defendant's First Set of Interrogatories

- Exhibit C, Ga. AG Op. 1948, p. 157-158.

- Exhibit D, Deposition excerpts of 30(b)(6) deposition of Plaintiff Libertarian Party of Georgia (including Depo Exhibit 2 and errata – waiting for signature)

- Exhibit E, Deposition excerpts of Plaintiff Aaron Gilmore Deposition (including Depo Exhibits 9 and 12)

- Exhibit F, Deposition excerpts of Richard Winger Deposition (including Depo Exhibit 1 less appendices and errata sheet)

- Exhibit G, Deposition excerpts of Darcy Richardson Deposition (including Depo Exhibit 1 and errata – waiting for signature)

- Exhibit H, Report of Dr. Robert Stein

Respectfully submitted,

Christopher M. Carr 112505
Attorney General

Annette M. Cowart 191199
Deputy Attorney General

Russell D. Willard 760280
Senior Assistant Attorney General

/s/Cristina M. Correia
Cristina M. Correia 188620
Senior Assistant Attorney General

40 Capitol Square SW
Atlanta, GA 30334
ccorriea@law.ga.gov
404-656-7063
404-651-9325

*Attorneys for Defendant*

## Certificate of Service

I hereby certify that I have electronically filed **Defendant Brad Raffensperger's Motion for Summary Judgment** using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 5th day of June, 2019.

/s/Cristina Correia
Cristina Correia        188620
Senior Assistant Attorney General