**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit  corporation, | * * * * * | |
| | * | CASE NO.: 1:17cv04660-LMM |
| Plaintiffs, | * * * | |
| v. | * * | |
| BRAD RAFFENSPERGER, Georgia Secretary of State, | * * * | |
| Defendant. | * | |

**DEFENDANT BRAD RAFFENSPERGER'S**
**STATEMENT OF MATERIAL FACTS**
**NOT IN DISPUTE**

1.    The Libertarian Party of Georgia is a political body pursuant to O.C.G.A.

§ 21-2-2(23). Exh. A ¶ 11.

2.    In determining the number of petition signatures needed by independent

or political body candidates to get on a general election ballot, including

candidates for Congress, the Secretary of State's Office uses only the

total number of "active voters" in its calculation.  However, both "active"

1

and "inactive voters" may sign candidate or political body qualifying petitions.  Exh. A ¶ 5.

3.      In 1988, the Libertarian Party successfully petitioned, pursuant to O.C.G.A. § 21-2-180(1),  to have their candidates for President, Vice President, and Public Service Commission, Seats 1, 2 and 3, on the general election ballot.  Exh. A ¶ 12.

4.      The Libertarian Party's 1988 petition would have required approximately 25,758 signatures.   Exh.  A  ¶ 13;  Exhibit  A-5  and  O.C.G.A. § 21-2-180(1).

5.      In 1988, the New Alliance Party successfully petitioned, pursuant to O.C.G.A. § 21-2-180(1),  to have their candidates for President, Vice President, and Public Service Commission, Seat 3, on the general election ballot.  Exh. A ¶ 14.

6.      The New Alliance Party's 1988 petition would have required approximately 25,758 signatures.   Exh. A  ¶ 15; Exhibit  A-5 and O.C.G.A. § 21-2-180(1).

7.      In 1992, Ross Perot and James Stockdale successfully jointly petitioned, pursuant to O.C.G.A. § 2-21-170(b), to be on the general election ballot

as Independent candidates for President and Vice President.  Exh. A. ¶ 16.

8.   Ross Perot and James Stockdale's 1992 petition would have required approximately 29,348 signatures.  Exh. A ¶ 17; Exh. A-5 and O.C.G.A. § 21-2-170(b).

9.   In 1996, Ross Perot and Pat Choate successfully jointly petitioned, pursuant to O.C.G.A. § 2-21-170(b), to be on the general election ballot as Reform Party candidates for President and Vice President.  Exh. A. ¶ 18.

10.   Ross Perot and Pat Choate's 1996 petition would have required approximately 31,770 signatures.  Exh. A ¶ 19; Exh. A-5 and O.C.G.A. § 21-2-170(b).

11.   In 2000, Pat Buchanan successfully petitioned, pursuant to O.C.G.A. § 2-21-170(b), to be on the general election ballot as an Independent candidate for President.  Exh. A ¶ 20.

12.   Pat Buchanan's 2000 petition would have required approximately 38,112 signatures.  Exh. A ¶ 21; Exh. A-5 and O.C.G.A. § 21-2-170(b).

13.  Pursuant to O.C.G.A. § 21-2-170(d), each page of a petition can include only voters from the same county.  "[D]ifferent [petition] sheets must be used by signers residing in different counties."  Exh. A ¶ 22.

14.  County election officials are responsible for counting and verifying the signatures for voters from their counties.  Exh. A ¶ 23.

15.  It is typical at Libertarian Party Conventions for the Party to vote in favor of suspending the 365 day rule, i.e., allowing all members, including new members, to vote on matters at the convention.  Gilmer Deposition p. 161 ln. 3 – p. 162 ln. 21.

16.  At the Libertarian Party of Georgia's 2012 annual convention, only 32 credentialed delegates were present until the 367 day rule was suspended, and then only 38 delegates were present.  Exhibit 9 to Gilmore Deposition.

17.  At the Libertarian Party of Georgia's 2014 annual convention, only 22 credentialed delegates were present until the 367 day rule was suspended, and then only 35 delegates were present.  Exhibit 12 to Gilmore Deposition.

18.  At the Libertarian Party of Georgia's 2016 annual convention, only 51
     persons present had been dues paying members for an entire year.
     Libertarian Party Depo p. 100 ln. 14 through p. 101 ln. 3.

19.  N/A

20.  Neither the Secretary of State's Office, nor county election officials,
     charge candidates or political bodies to verify petition signatures.  Exh. A
     ¶ 7.

21.  The Libertarian Party of Georgia's Executive Committee consists of
     twenty five members.  Libertarian Party Depo p. 103 ln. 2 through ln. 14.

22.  There is no requirement that candidates collect signatures from every
     county or any number of counties in their Congressional District, only
     that they collect the required 5% of petition signatures.  Exh. A ¶ 8.

23.  In 2016 the National Libertarian Party counted as members, including
     persons that paid no annual dues, 6,297 persons residing in Georgia.
     Libertarian Party Depo p. 7 lns. 20-23, p. 10 lns. 1-2, p. 30 ln. 18 through
     p. 31 ln. 12; and Exhibit 2 of Deposition.

24.  In 2018 the National Libertarian Party counted as members, including
     persons that paid no annual dues, 5,851 persons residing in Georgia.

Libertarian Party Depo p. 7 lns. 20-23, p. 10 lns. 1-2, p. 30 ln. 18 through p. 31 ln. 12; and Exhibit 2 of Deposition.

25.   In 2016, the most recent year data is available, the Libertarian Party of Georgia had only 161 members.  These individuals all paid dues to the state party. Libertarian Party Depo p. 33 lns. 19-22; p. 107 lns. 18-25; and Exhibit 2 of Deposition.

26.   Annual Dues for the Libertarian Party are approximately $30.00. Libertarian Party Depo p. 106 lns. 21-24.

27.   It takes only three members - that must volunteer to be officers - to start an affiliate branch of the Libertarian Party.  Libertarian Party Depo p. 91 lns. 12-24.

28.   The Libertarian Party of Georgia has only seven active affiliates in this State.  Libertarian Party Depo p. 94 ln. 24 through p. 25 ln. 4.

29.   In 2016, the National Libertarian Party received donations from only 653 persons residing in Georgia.  Libertarian Party Depo p. 33 lns. 12-15 and Exhibit 2 of Deposition.

30.   Georgia has 14 congressional districts, each with just under 700,000 persons, according to the 2010 U.S. Census.  Exhibit A ¶ 4 and

http://www.legis.ga.gov/Joint/reapportionment/Documents/S
EPT%202012/Congress12-packet.pdf

31.  In 2018, Aaron Gilmer sought to be a candidate on the general election
     ballot for Congressional District 9.  Exhibit A ¶ 24.

32.  In 2018, Gilmer submitted an untimely petition with a total of 304
     signatures, for Congressional District 9.  Exhibit A ¶ 24.

33.  Aaron Gilmer did not qualify to appear as a write in candidate for
     Congressional District 9 in 2018.  Exhibit A ¶ 26.

34.  In 2018, a candidate for Congressional District 9 was required to submit
     a petition with 18,790 valid signatures to be placed on the general
     election ballot as an independent or political body candidate.  Exhibit A
     ¶ 25.

35.  In 2018, the Republican incumbent in Congressional District 9 received
     224,661 votes.  The Democratic candidate for office received 57,912
     votes.  Exhibit A ¶ 27.

36.  In 2018, two Democratic candidates ran in the Democratic Primary for
     Congressional District 9.  The winner of the primary, Josh McCall,
     appeared on the general election ballot as the Democratic Party nominee.
     Exhibit A ¶ 28.

37.  In his 2018 campaign for Congressional District 9, candidate Josh

McCall raised $101,015.51 and spent $94,468.60.

https://www.fec.gov/data/committee/C00647222/?cycle=2018

38.  In 2018 Martin Cowen sought to be a candidate on the general election

ballot for Congressional District 13.  Exhibit A ¶ 29.

39.  In 2018, Cowen submitted a timely petition with a total of 620 signatures,

for Congressional District 13.  Exhibit A ¶ 29.

40.  In 2018, a candidate for Congressional District 13 was required to submit

a petition with 20,188 valid signatures to be placed on the general

election ballot as an independent or political body candidate.  Exhibit A

¶ 30.

41.  In 2018, Martin Cowen ran as a write in candidate for Congressional

District 13 and received 93 votes.  Exhibit A ¶ 31.

42.  In 2018, the Democratic incumbent in Congressional District 13 received

223,157 votes.  The Republican candidate for office received 69,760

votes.  Exhibit A ¶ 32.

43.  In 2018, two Republican candidates ran in the Republican Primary for

Congressional District 13.  The winner of the primary, David Callahan,

appeared on the general election ballot as the Republican Party nominee. Exhibit A ¶ 33.

44.  In his 2018 campaign for Congressional District 13, candidate David Callahan raised $17,832.00 and spent $18,513.00.

https://www.fec.gov/data/committee/C00673202/?tab=spending

45.  In 2018 the qualifying fee for Congress was $5,220.00. The qualifying fee is the same for all candidates for Congress, irrespective of party affiliation. Exhibit A ¶ 34.

46.  Pursuant to O.C.G.A. § 21-2-153(a)(1), a candidate for the U.S. House of Representatives may submit, in lieu of paying a filing fee, a petition with signatures equal to 1% of the total registered voters in the relevant Congressional District at the prior general election. O.C.G.A. § 21-2-153(a)(1); Exhibit A ¶ 35.

47.  Due to the requirements of the Uniformed and Overseas Citizens Absentee Voting Act, general run-off elections for Congress are held nine (9) weeks after the general election. O.C.G.A. § 21-2-384(a)(2); Exhibit A ¶ 36.

48. To qualify as a write-in candidate, one need only fill out a notice of intent to run as a write-in candidate and publish said notice in a newspaper of general circulation. *See* O.C.G.A. § 21-2-133; Exhibit A ¶ 37.

Respectfully submitted,

Christopher M. Carr 112505
Attorney General

Annette M. Cowart 191199
Deputy Attorney General

Russell D. Willard 760280
Senior Assistant Attorney General

/s/Cristina M. Correia
Cristina M. Correia 188620
Senior Assistant Attorney General

40 Capitol Square SW
Atlanta, GA 30334
ccorriea@law.ga.gov
404-656-7063
404-651-9325

*Attorneys for Defendant*

## Certificate of Service

I hereby certify that I have electronically filed **Defendant Brad Raffensperger's Statement of Undisputed Material Facts** using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 5th day of June, 2019.

/s/Cristina Correia
Cristina Correia          188620
Senior Assistant Attorney General