# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, Georgia Secretary of State,<br><br>Defendant. | * * * * * * * * * * * * * CASE NO.: 1:17cv04660-LMM |

## DECLARATION OF CHRIS HARVEY

1.

My name is Chris Harvey. I am over the age of 21 years and am in all ways competent to give testimony, suffering no physical or mental disabilities.

2.

I am the Director of the Elections Division of the Office of the Secretary of State. The Elections Division is responsible for carrying out the duties of the Secretary of State pertaining to election laws. In carrying out these



responsibilities, the office coordinates elections across the state, receives and evaluates petitions to qualify political bodies, nomination petitions, and notices of candidacy, compiles and maintains election results, as well as carrying out other responsibilities.

3.

Attached hereto as Exhibit A-4 is a listing of historical statewide voter registration figures for Georgia, from 1998 to 2018. Also attached hereto, as Exhibit A-5 is a listing of historical statewide voter registration figures for Georgia from 1962 to 1996.

4.

Georgia has fourteen (14) Congressional Districts. Attached hereto as Exhibit A-1 is a chart of the total number of active registered voters per Congressional District as of the 2018 General Election.

5.

In determining the number of petition signatures needed by independent or political body candidates to get on a general election ballot, including for Congressional races, the Secretary of State's Office uses only the total number of "active voters" in its calculation. However, both "active" and "inactive voters" may sign candidate or political body qualifying petitions.

6.

While each registered voter may only sign the same petition once, there is no limit on the number of different candidate or political body petitions a voter may sign.

7.

Neither the Secretary of State's Office, nor county election officials, charge candidates or political bodies to verify petition signatures, and there is no limit to the number of signatures a candidate may submit with their petition.

8.

There is no geographic distribution requirement for petition signatures that is imposed by the State. A petition for Congress may be signed by voters from just one large county within the district or from voters of every county in the district.

9.

Voters that voted in a party primary may still sign the petition.

10.

There is no limit on how many petition signatures a political body or candidate may submit, and there is no cost imposed to verify the petition signatures.

11.

The Libertarian Party of Georgia is a political body pursuant to O.C.G.A. § 21-2-2(23).

12.

In 1988, the Libertarian Party successfully petitioned, pursuant to O.C.G.A. § 21-2-180(1), to have their candidates for President, Vice President, and Public Service Commission, Seats 1, 2 and 3, on the general election ballot.

13.

The Libertarian Party's 1988 petition would have required approximately 25,758 signatures. *See* Exhibit A-5 and O.C.G.A. § 21-2-180(1).

14.

In 1988, the New Alliance Party successfully petitioned, pursuant to O.C.G.A. § 21-2-180(1), to have their candidates for President, Vice President, and Public Service Commission, Seat 3, on the general election ballot.

15.

The New Alliance Party's 1988 petition would have required approximately 25,758 signatures. *See* Exhibit A-5 and O.C.G.A. § 21-2-180(1).

16.

In 1992, Ross Perot and James Stockdale successfully jointly petitioned, pursuant to O.C.G.A. § 2-21-170(b), to be on the general election ballot as Independent candidates for President and Vice President.

17.

Ross Perot and James Stockdale's 1992 petition would have required approximately 29,348 signatures. *See* Exhibit A-5 and O.C.G.A. § 21-2-170(b).

18.

In 1996, Ross Perot and Pat Choate successfully jointly petitioned, pursuant to O.C.G.A. § 2-21-170(b), to be on the general election ballot as Independent candidates for President and Vice President.

19.

Ross Perot and Pat Choate's 1996 petition would have required approximately 31,770 signatures. *See* Exhibit A-5 and O.C.G.A. § 21-2-170(b).

20.

In 2000, Pat Buchanan successfully petitioned, pursuant to O.C.G.A. § 2-21-170(b), to be on the general election ballot as an Independent candidate for President.

21.

Pat Buchanan's 2000 petition would have required approximately 38,112 signatures. *See* Exhibit A-5 and O.C.G.A. § 21-2-170(b).

22.

Pursuant to O.C.G.A. § 21-2-170(d), each page of a petition can include only voters from the same county. "[D]ifferent [petition] sheets must be used by signers residing in different counties."

23.

County election officials are responsible for counting and verifying the signatures for voters from their counties.

24.

In 2018, Aaron Gilmer submitted an untimely petition with a total of 304 signatures, for Congressional District 9. Attached hereto as Exhibit A-2 is a true and accurate copy of the letter I sent Aaron Gilmer advising him that he did not qualify to appear on the general election ballot.

25.

In 2018, a candidate for Congressional District 9 was required to submit a petition with 18,790 valid signatures to be placed on the general election ballot as an independent or political body candidate.

26.

Aaron Gilmer did not qualify to appear as a write in candidate for Congressional District 9 in 2018.

27.

In 2018, the Republican incumbent in Congressional District 9 received 224,661 votes. The Democratic candidate for office received 57,912 votes.

28.

In 2018, two Democratic candidates ran in the Democratic Primary for Congressional District 9. The winner of the primary, Josh McCall, appeared on the general election ballot as the Democratic Party nominee.

29.

In 2018, Martin Cowen submitted a timely petition with a total of 620 signatures, for Congressional District 13. Attached hereto as Exhibit A-3 is a true and accurate copy of the letter I sent Martin Cowen Gilmer advising him that he did not qualify to appear on the general election ballot.

30.

In 2018, a candidate for Congressional District 13 was required to submit a petition with 20,188 valid signatures to be placed on the general election ballot as an independent or political body candidate.

31.

In 2018, Martin Cowen ran as a write in candidate for Congressional District 13 and received 93 votes.

32.

In 2018, the Democratic incumbent in Congressional District 13 received 223,157 votes. The Republican candidate for office received 69,760 votes.

33.

In 2018, two Republican candidates ran in the Republican Primary for Congressional District 13. The winner of the primary, David Callahan, appeared on the general election ballot as the Republican Party nominee.

34.

In 2018 the qualifying fee for Congress was $5,220.00. The qualifying fee is the same for all candidates for Congress, irrespective of party affiliation.

35.

Pursuant to O.C.G.A. § 21-2-153(a)(1), a candidate for the U.S. House of Representatives may, in lieu of paying a filing fee, submit a petition with signatures equal to 1% of the total registered voters in the relevant Congressional District at the prior general election.

36.

Due to the requirements of the Uniformed and Overseas Citizens Absentee Voting Act, general run-off elections for Congress are held nine (9) weeks after the general election. O.C.G.A. § 21-2-384(a)(2).

37.

To qualify as a write-in candidate, including as a write-in candidate for Congress, a candidate need only fill out a notice of intent to run as a write-in candidate, publish the notice in a newspaper of general circulation, and submit both to the Elections Division *See* O.C.G.A. § 21-2-133. There is no petition requirement to run as a write-in candidate.

38.

In the 2018 general election, 3,883,594 votes were cast among the three candidates in the race for Georgia Secretary of State. The Libertarian candidate received 86,696 votes or 2.23% of the vote.

39.

In the 2018 general run-off election, 1,473,904 votes were cast among the two major party candidates.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed this 5th day of June, 2019.

Chris Harvey
Director, Elections Division
Office of the Secretary of State