## Projected 2020 Georgia Congressional Representative Signature Requirements

| Congressional District | Registered Voters as of November 6, 2018 | 2020 Signatures Required |
|---|---|---|
| 1 | 447,321 | 22,366 |
| 2 | 397,565 | 19,878 |
| 3 | 474,044 | 23,702 |
| 4 | 485,112 | 24,255 |
| 5 | 530,774 | 26,538 |
| 6 | 479,056 | 23,952 |
| 7 | 469,959 | 23,497 |
| 8 | 414,387 | 20,719 |
| 9 | 459,485 | 22,974 |
| 10 | 472,606 | 23,630 |
| 11 | 499,459 | 24,972 |
| 12 | 418,996 | 20,949 |
| 13 | 490,064 | 24,503 |
| 14 | 395,560 | 19,778 |



EXHIBIT A-1