## HISTORICAL VOTER REGISTRATION STATISTICS
## STATE OF GEORIGA
## 1998 TO PRESENT

| | | |
|---|---|---:|
| **1998 Primary Election – July 21** | Active | 3,817,393 |
| | Inactive | 295,830 |
| | **TOTAL REGISTERED** | 4,113,223 |
| **1998 General Election – November 3** | Active | 3,910,740 |
| | Inactive | 281,967 |
| | **TOTAL REGISTERED** | 4,192,707 |
| **2000 Presidential Preference Primary Election – March 7** | Active | 3,442,455 |
| | Inactive | 940,859 |
| | **TOTAL REGISTERED** | 4,383,314 |
| **2000 General Primary Election – July 18** | Active | 3,592,778 |
| | Inactive | 881,908 |
| | **TOTAL REGISTERED** | 4,474,686 |
| **2000 General Election – November 7** | Active | 3,856,676 |
| | Inactive | 791,534 |
| | **TOTAL REGISTERED** | 4,648,210 |
| **2002 General Primary Election – August 20** | Active | 3,650,590 |
| | Inactive | 791,534 |
| | **TOTAL REGISTERED** | 4,442,124 |
| **2002 General Primary Election Runoff – September 10** | Active | 3,650,590 |
| | Inactive | 1,016,965 |
| | **TOTAL REGISTERED** | 4,667,555 |
| **2002 General Election – November 7** | Active | 3,758,718 |
| | Inactive | 967,365 |
| | **TOTAL REGISTERED** | 4,726,083 |
| **2004 Presidential Preference Primary Election – March 2** | Active | 3,943,161 |
| | Inactive | 642,261 |
| | **TOTAL REGISTERED** | 4,585,422 |
| **2004 General Primary Election – July 30** | Active | 3,881,716 |
| | Inactive | 816,291 |
| | **TOTAL REGISTERED** | 4,698,007 |
| **2004 General Election – November 2** | Active | 4,248,802 |
| | Inactive | 703,153 |
| | **TOTAL REGISTERED** | 4,951,955 |


EXHIBIT A-4

**2006 General Primary Election – July 18**

| | | |
|---|---:|---:|
| | Active | 4,265,481 |
| | Inactive | 725,784 |
| **TOTAL REGISTERED** | | 4,991,265 |

**2006 General Election – November 7**

| | | |
|---|---:|---:|
| | Active | 4,407,118 |
| | Inactive | 724,914 |
| **TOTAL REGISTERED** | | 5,132,032 |

**2008 Presidential Preference Primary Election – February 5**

| | | |
|---|---:|---:|
| | Active | 4,482,551 |
| | Inactive | 754,930 |
| **TOTAL REGISTERED** | | 5,237,481 |

**2008 General Primary Election – July 15**

| | | |
|---|---:|---:|
| | Active | 4,741,498 |
| | Inactive | 669,469 |
| **TOTAL REGISTERED** | | 5,410,967 |

**2008 General Election – November 4**

| | | |
|---|---:|---:|
| | Active | 5,184,912 |
| | Inactive | 570,838 |
| **TOTAL REGISTERED** | | 5,755,750 |

**2010 General Primary Election – July 20**

| | | |
|---|---:|---:|
| | Active | 4,932,914 |
| | Inactive | 792,970 |
| **TOTAL REGISTERED** | | 5,725,884 |

**2010 General Election – November 2**

| | | |
|---|---:|---:|
| | Active | 5,033,307 |
| | Inactive | 762,229 |
| **TOTAL REGISTERED** | | 5,795,536 |

**2012 General Primary Election – July 31**

| | | |
|---|---:|---:|
| | Active | 5,153,758 |
| | Inactive | 752,067 |
| **TOTAL REGISTERED** | | 5,905,825 |

**2012 General Election – November 6**

| | | |
|---|---:|---:|
| | Active | 5,353,013 |
| | Inactive | 713,948 |
| **TOTAL REGISTERED** | | 6,066,961 |

**2014 General Primary Election – May 20**

| | | |
|---|---:|---:|
| | Active | 5,047,420 |
| | Inactive | 898,235 |
| **TOTAL REGISTERED** | | 5,945,655 |

**2014 General Election – November 4**

| | | |
|---|---:|---:|
| | Active | 5,168,664 |
| | Inactive | 867,827 |
| **TOTAL REGISTERED** | | 6,036,491 |

| | | |
|---|---|---|
| **2016 Presidential Preference Primary Election – March 1** | Active | 4,707,512 |
| | Inactive | 1,558,611 |
| | **TOTAL REGISTERED** | 6,266,123 |
| **2016 General Primary Election – May 24** | Active | 4,914,726 |
| | Inactive | 1,434,877 |
| | **TOTAL REGISTERED** | 6,349,603 |
| **2016 General Election – November 8** | Active | 5,443,046 |
| | Inactive | 1,194,893 |
| | **TOTAL REGISTERED** | 6,637,939 |
| **2018 General Primary Election – May 22** | Active | 6,143,229 |
| | Inactive | 551,212 |
| | **TOTAL REGISTERED** | 6,694,441 |
| **2018 General Election – November 6** | Active | 6,428,581 |
| | Inactive | 507,235 |
| | **TOTAL REGISTERED** | 6,935,816 |