# HISTORICAL VOTER REGISTRATION STATISTICS
## STATE OF GEORGIA
## 1962 TO 1996

| Year | Election Type | Registered Voters |
|---|---|---|
| 1962 | General Election – November 6 | 1,364,988 |
| 1964 | General Election – November 3 | 1,669,778 |
| 1966 | General Election – November 8 | 1,763,486 |
| 1968 | General Election – November 5 | 1,960,436 |
| 1970 | General Election – November 3 | 1,961,013 |
| 1972 | General Election – November 7 | 2,167,888 |
| 1974 | General Election – November 5 | 2,090,267 |
| 1976 | General Election – November 2 | 2,301,575 |
| 1978 | General Election – November 7 | 2,182,938 |
| 1980 | General Election – November 4 | 2,466,786 |
| 1982 | General Election – November 2 | 2,302,023 |
| 1984 | Presidential Preference Primary Election – March 8 | 2,365,058 |
| | Primary Election – August 14 | 2,316,906 |
| | General Election – November 6 | 2,732,332 |
| 1986 | Primary Election – August 12 | 2,531,554 |
| | General Election – November 4 | 2,575,819 |
| 1988 | Presidential Preference Primary Election – March 8 | 2,574,296 |
| | Primary Election – August 9 | 2,700,818 |
| | General Election – November 8 | 2,934,816 |
| 1990 | Primary Election – July 17 | 2,695,407 |
| | General Election – November 6 | 2,772,816 |
| 1992 | Presidential Preference Primary Election – March 3 | 2,732,332 |
| | Primary Election – July 21 | 2,871,702 |
| | General Election – November 3 | 3,177,061 |



| | | |
|---|---|---|
| 1994 | Primary Election – July 19 | 2,952,873 |
| | General Election – November 8 | 3,003,527 |
| 1996 | Presidential Preference Primary Election – March 5 | 3,433,747 |
| | Primary Election – July 9 | 3,602,231 |
| | General Election – November 5 | 3,811,284 |