# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | **Plaintiffs' Responses to the Defendant's First Set of Interrogatories** |
| **Brian P. Kemp**, in his official capacity as Secretary of State of the State of Georgia, | |
| Defendant. | |

The plaintiffs respectfully submit these objections and responses to the defendant's first set of interrogatories.

The responses below are based upon, and therefore limited by, records and information in existence, presently recollected, and thus far discovered in the course of preparing these responses. The plaintiffs reserve the right to make changes to these responses if it appears at any time that inadvertent errors or omissions have been made or that additional or more accurate information has become available.


EXHIBIT B

The responses and objections below are based upon the ordinary meaning of words used in the interrogatories unless otherwise noted here.

The information supplied in these responses is based upon the knowledge, information, and belief of the plaintiffs, and includes knowledge of their attorney. The word usage and sentence structure may be that of the attorney assisting in the preparation of the responses and thus does not necessarily purport to be precise language of any plaintiff.

No incidental or implied admissions of fact by the plaintiffs are made by the responses below. The fact that the plaintiffs have produced any document in response to any interrogatory may not be taken as an admission that the plaintiffs accept or admit the existence of any fact set forth or assumed by such document, or that the document constitutes admissible evidence. The plaintiffs' response to any interrogatory is not intended to, nor shall it be considered, as a waiver by the plaintiffs of any objections to any of the defendant's interrogatories.

## OBJECTIONS AND RESPONSES

### Interrogatory No. 1

Describe any and all efforts made by any Libertarian Party candidate, and any and all efforts made by the Libertarian Party, to satisfy the petition requirements of O.C.G.A. § 21-2-170(b), and nominate a candidate for the House of Representatives at any time since 1990. For each instance where any candidate for the Libertarian Party has attempted to satisfy these petition requirements, please include in your response:

a. The election year; and
b. The number of petition signatures actually collected for each election year identified above; and
c. The number of volunteers collecting petition signatures for each election year identified above; and
d. The approximate number of weeks or months that each petition effort lasted;
e. Any additional efforts by the Libertarian Party of Georgia to satisfy the petition requirements for House of Representatives that are not already disclosed above.

**Objection/Answer:**

1. Martin Cowen.

    a. 2018

    b. The defendant can determine the number of signatures actually collected from the face of Cowen's petition, which was filed with the defendant.

    c. approximately 38

    d. 180 days

2. Aaron Gilmer

    a. 2018

    b. The defendant can determine the number of signatures actually collected from the face of Gilmer's petition, which was filed with the defendant.

    c. approximately 5

    d. approximately 60 days

3. Wayne Parker

    a. 2002

    b. 17,558

    c. unknown

    d. approximately 120 days

## Interrogatory No. 2

Identify and describe each aspect of the procedures outlined in O.C.G.A. §21-2-170 and § 21-2-171 which you contend unconstitutionally burden your rights, and/or the rights of the Libertarian Party and/or its members? For each:

    a. Identify the specific statutory provision being challenged;

    b. Describe in detail your contentions that the statutory provision identified above unconstitutionally burdens your rights;

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that subpart b is vague and seeks legal argument and analysis that lies outside the scope of discovery.

With respect to subpart a, the plaintiffs respond that they are challenging Georgia's ballot-access laws for political-body candidates for U.S. Representative *as a whole*, including, but not limited to, the signature requirement (O.C.G.A. § 21-2-170(b)), petition form requirements (O.C.G.A. § 21-2-170(c) and (d)), time limit (O.C.G.A. § 21-2-170(e)). The plaintiffs also contend that the Secretary of State's error-prone petition-checking process under O.C.G.A. § 21-2-171(a)

5

burdens their rights by effectively increasing the number of signatures that a political-body candidate must gather.

**Interrogatory No. 3**

Identify each of the officers of the Libertarian Party of Georgia since 1990. For each officer include their name, office held, and tenure in that position.

**Objection/Answer:**

See exhibit A to these responses.

**Interrogatory No. 4**

Please identify any and all persons who have knowledge or information, or claim to have knowledge or information, regarding the allegations of the Complaint, including the name, address and telephone number of each person identified, the substance of the knowledge or information possessed by that person, and whether that person has provided a written and/or oral statement.

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and seeks information that exceeds the scope of discovery under Rule 26(b).

Without waiving those objections, please see the plaintiffs' first supplemental disclosures which identify the names of potential witnesses. In addition to those persons, the plaintiffs respond as follows:

1.   Walker Chandler, Chandler & Chandler Law Group, 309 N. Highland Ave, Suite A, Atlanta GA 30307, 770-567-3882. Subjects: past petition efforts in Georgia.

2.   Mark Mosley, address and telephone number unknown. Subjects: past petitioning efforts in Georgia.

3.   William Redpath, address unknown, 703-864-2132. Subjects: the Libertarian Party's policies and platform and the national impact of Georgia's ballot-access restrictions.

4.   Helmut Forren. Address unknown. 404-373-3366. Subjects: past petitioning efforts in Georgia and burdens associated with Georgia's ballot-access laws.

### Interrogatory No. 5

Provide each and every fact upon which you rely to support your contention that the "Libertarian Party has demonstrated that it has substantial support among Georgia's electorate." Comp. ¶127. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and that, including discrete subparts, it exceeds the number of interrogatories allowed. Without waiving that objection, please see ¶¶ 128-135 of the Complaint and election returns available on the Secretary of State's website.

### Interrogatory No. 6

Describe and define the level of support, as a percentage range, that you contend is "substantial" in ¶ 127 of the Complaint.

**Objection/Answer:**

The plaintiffs do not define "substantial" as a percentage range. Rather, the plaintiffs define "substantial" in ¶ 127 of the Complaint to mean "real," "true," "not imaginary or illusory," or "important."

### Interrogatory No. 7

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws put the Libertarian party at a financial disadvantage compared to the two recognized political parties in Georgia." Comp. ¶141. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and that, including discrete subparts, it exceeds the number of interrogatories allowed. Without waiving that objection, please see ¶¶ 27-43 of the Complaint. Witnesses whose testimony may support the contention contained in ¶ 141: Martin Cowen, Aaron Gilmer, Ted Metz, Nathan Wilson, Hugh Esco.

### Interrogatory No. 8

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws make it more difficult for the Libertarian Party to recruit high-quality candidates for U.S. Representative." Comp. ¶142. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and that, including discrete subparts, it exceeds the number of interrogatories allowed. Without waiving that objection, please see ¶¶ 27-48 of the Complaint. Witnesses whose testimony may support the contention contained in ¶ 142: Ted Metz, Nathan Wilson.

## Interrogatory No. 9

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws make it more difficult for the Libertarian Party to raise money." Comp. ¶143. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and that, including discrete subparts, it exceeds the number of interrogatories allowed. Without waiving that objection, please see ¶¶ 27-48 of the Complaint. Witnesses whose testimony may support the contention contained in ¶ 142: Ted Metz, Nathan Wilson.

## Interrogatory No. 10

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws make it more difficult for the Libertarian Party to attract members." Comp. ¶144. For each fact, identify any witnesses or documents that you claim support your contention.

11

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and that, including discrete subparts, it exceeds the number of interrogatories allowed. Without waiving that objection, please see ¶¶ 27-48 of the Complaint. Witnesses whose testimony may support the contention contained in ¶ 142: Ted Metz, Nathan Wilson.

Interrogatory No. 11

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws make it more difficult for the Libertarian Party to educate potential voters about its policy positions and platform." Comp. ¶145. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and that, including discrete subparts, it exceeds the number of interrogatories allowed. Without waiving that objection, please see ¶¶ 27-48 of the Complaint. Witnesses whose testimony may support the contention contained in ¶ 145: Ted Metz, Nathan Wilson.

### Interrogatory No. 12

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws make it more difficult for the Libertarian Party candidates to connect with voters." Comp. ¶146. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and that, including discrete subparts, it exceeds the number of interrogatories allowed. Without waiving that objection, please see ¶¶ 27-48 of the Complaint. Witnesses whose testimony may support the contention contained in ¶ 146: Ted Metz, Nathan Wilson.

**Interrogatory No. 13**

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws make it more difficult for the [sic] Georgia's voters to identify candidates who reflect their policy preferences on contemporary issues." Comp. ¶147. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

The plaintiffs object to this interrogatory on the grounds that it is unduly burdensome and that, including discrete subparts, it exceeds the number of interrogatories allowed. Without waiving that objection, please see ¶¶ 27-48 of the Complaint. Witnesses whose testimony may support the contention contained in ¶ 147: Ted Metz, Nathan Wilson.

**Interrogatory No. 14**

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws for political-body candidates for U.S. Representative violate rights guaranteed to the plaintiffs by the First and Fourteenth Amendments to the U.S.

Constitution." Comp. ¶148. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

Please see ¶¶ 15-147 of the Complaint and the plaintiffs' responses to interrogatories numbered 5 and 7 though 13. Please also see the list of potential witnesses and documents set forth in the plaintiff's first supplemental disclosures.

Interrogatory No. 15

Provide each and every fact upon which you rely to support your contention that the "Georgia's ballot-access laws for political-body candidates for U.S. Representative violate rights guaranteed to the plaintiffs by the Equal Protection Clause of the U.S. Constitution." Comp. ¶149. For each fact, identify any witnesses or documents that you claim support your contention.

**Objection/Answer:**

Please see ¶¶ 15-147 of the Complaint and the plaintiffs' responses to interrogatories numbered 5 and 7 though 13. Please also

see the list of potential witnesses and documents set forth in the plaintiff's first supplemental disclosures.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing PLAINTIFFS' RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES are true and correct to the best of my knowledge. Executed on August 15, 2018.

*Martin Cowen*

Martin Cowen


Dated: August 15, 2018.

/s/ **Bryan L. Sells**
Attorney Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

Exhibit A

| Year | Chair | Vice Chair | Secretay | Treasurer |
|---|---|---|---|---|
| 1989 | John Taylor | UNKNOWN | Jim Cox | Howell Foreman |
| 1990 | John Taylor | Jim Cox | Karen Sacandy | Howell Foreman |
| 1991 | John Taylor | Jim Hudson | Daniel Walker | Montague "Cosmo" Boyd |
| 1992 | Jim Hudson | Karen Sacandy | Michael Dominy | Montague "Cosmo" Boyd |
| 1993 | Jim Hudson | Karen Sacandy | Woody Russel | Montague "Cosmo" Boyd |
| 1994 | Montague "Cosmo" Boyd | Jack Aiken | Woody Russel | Richard James |
| 1995 | Montague "Cosmo" Boyd | Jack Aiken | Brian Anderson | Jim Clarkson |
| 1996 | Montague "Cosmo" Boyd | Jack Aiken | Brian Anderson | Chris Voss |
| 1997 | Montague "Cosmo" Boyd | Jack Aiken | Melissa Demetrikopolous | Chris Voss |
| 1998 | Montague "Cosmo" Boyd | Chris Voss | Helen Eaves | Llyod Russell |
| 1999 | Montague "Cosmo" Boyd | Chris Voss | Helen Eaves | Llyod Russell |
| 2000 | Michael Cartwright | Helmut Forren | UNKNOWN | UNKNOWN |
| 2001 | Helmut Forren | UNKNOWN | UNKNOWN | UNKNOWN |
| 2002 | Helmut Forren | UNKNOWN | UNKNOWN | UNKNOWN |
| 2003 | Helmut Forren | UNKNOWN | UNKNOWN | UNKNOWN |
| 2004 | Mark Mosley | Garret Michael Hayes | Doyle Jones | Kathy Daugherty |
| 2005 | Mark Mosley | Jack Aiken | Doyle Jones | Kathy Daugherty |
| 2006 | Mark Mosley | Jack Aiken | Doyle Jones | Christine Austin |
| 2007 | Garret Michael Hayes | Jack Aiken | Doyle Jones | Christine Austin |
| 2008 | Daniel Adams | Jack Aiken | Doyle Jones | Aaron Gilmer |
| 2009 | Daniel Adams | Jaime Barker | David Shock | Aaron Gilmer |
| 2010 | Doug Harmon | Jaime Barker | David Shock | David Kornbluh |
| 2011 | Doug Harmon | Stephen Vasil | David Shock | David Kornbluh |
| 2012 | Daniel Adams | Jaime Barker | David Shock | David Kornbluh |
| 2013 | Doug Craig | Laurel Harmon | Don Webb | David Kornbluh |
| 2014 | Doug Craig | Laurel Harmon | Don Webb | Matt Godowin |
| 2015 | Brett Larson | Akeem Robinson | Don Webb | Matt Godowin |
| 2016 | Brett Larson | Akeem Robinson | Don Webb | Matt Godowin |
| 2017 | Ted Metz | Ryan Graham | Jason McGraw | Matt Godowin |
| 2018 | Ted Metz | Ryan Graham | Jason McGraw | Evan Durkovic |