**Exhibit D**

Deposition Excerpts for 30(b)(6) deposition of Plaintiff Libertarian Party of Georgia (including Exhibit 2)

1

```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                   ATLANTA  DIVISION

 3
    MARTIN COWEN, ALLEN BUCKLEY, )
 4  AARON GILMER, JOHN MONDS, and)
    the LIBERTARIAN PARTY OF      )
 5  GEORGIA, INC., a Georgia      )
    nonprofit comprehensive       )
 6  corporation,                  )
                                  )
 7    Plaintiffs,                 )
                                  )CIVIL ACTION FILE
 8       vs.                      )NO.: 1:17cv04660-LMM
                                  )
 9  BRAD RAFFENSPERGER, Georgia   )
    Secretary of State,           )
10                                )
                                  )
      Defendant.                  )
11  _____   )

12              30(b)(6) DEPOSITION OF

13          LIBERTARIAN PARTY OF GEORGIA, INC.

14            through its representatives

15          DOUGLAS CRAIG AND NATHAN WILSON

16                   April 8, 2019

17                    10:00 a.m.

18          OFFICE OF THE ATTORNEY GENERAL
               40 Capitol Square, S.W.
19             Atlanta, Georgia  30334

20                Signature reserved

21          Marianne Vargas, CCR, CVR-M

22  _____

23
            VARGAS REPORTING SERVICES, INC.
24             5755 N. Hillbrooke Trace
               Johns Creek, GA  30005
25                  678.458.4030
```

1          MS. CORREIA:  1 and 5.  Okay.  But he

2      knows --

3          MR. SELLS:  He may --

4          MS. CORREIA:  -- and he can answer

5      questions --

6          MR. SELLS:  He may --

7          MS. CORREIA:  -- but he's been designated

8      for 1 and 5.

9          MR. SELLS:  Right.

10          MS. CORREIA:  Okay.  I appreciate it.

11  BY MS. CORREIA:

12      Q.   Well, let's start with No. 1, then.  Can

13  you tell me about the membership of the Libertarian

14  Party?

15      A.   Yes.  In particular over the last 10

16  years, correct?

17      Q.   Yes.

18      A.   Well, I've got the numbers here.  Our --

19  we've got them broken down into two different ways.

20  One is, Are you a member?  And basically you agree to

21  a pledge, a Nonaggression Principle, and then you've

22  got the people who actually give, either yearly donors

23  or monthly donors.

24          So those numbers have varied between

25  approximately 5500 on people who are signature

**LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019**

10

1      A.    When you sign it, you're agreeing to

2  become a member of the Party.

3      Q.    Okay.  And is that on the pledge, as well?

4      A.    Yes.

5      Q.    Okay.  Let me back up just a minute.  In

6  preparing for this deposition, can you tell me what

7  you did to prepare?

8      A.    Yeah.  Well, other than being I'm the past

9  chairman of the State Party, I'm also a past -- a

10  national board member for three years.

11      Q.    Just the past three years?

12      A.    No.  In 2010 to 2013 I was a national

13  board member.  I was the chairman in 2014.

14      Q.    Okay.

15      A.    In the past I've been vice-chair.  I also

16  was one of the few people that ran for office and got

17  on the ballot for State house.

18      Q.    What district?

19      A.    85, I believe, at the time.  It was for

20  Clayton County, and it was 2002.  I've also been

21  campaign manager.

22      Q.    For who?

23      A.    For Gary Hayes' campaign in 2006, and for

24  Andrew Hunt in 2014, I believe.

25      Q.    And in preparing for this deposition, you

**LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019**

1    Q.    Mr. Craig, in looking at Exhibit 2, this

2  was a chart you brought with you today?

3    A.    Correct.

4                              (Exhibit 2 was

5                              marked/identified.)

6  BY MS. CORREIA:

7    Q.    Is this something you put together, or is

8  this the information you just pulled from the national

9  office?

10    A.    This is information that was given to

11  me -- given to me.  The -- but it matches up to what I

12  have from National, except for I do not have the

13  signature members.  That was new data that I received

14  today.

15    Q.    Okay.

16    A.    I had this information with me, but this

17  was given to me today.

18    Q.    Okay.  So on the left column, Signature

19  Members as of December of that year to the far left,

20  is that it?

21    A.    Yeah.

22    Q.    Is that what that column means?

23    A.    Yeah.  This here is people who have signed

24  the pledge.

25    Q.    The column under LNC Signature Members?

1       A.      Yes.

2       Q.      Okay.  So these members have signed the

3   pledge, but not donated?

4       A.      May or may not have donated.

5       Q.      Okay.  So these -- you have to sign the

6   pledge to be a member --

7       A.      Yes.

8       Q.      -- correct?

9       A.      Correct.

10      Q.      So these may include whether you --

11  whether you donated money or not --

12      A.      Correct.

13      Q.      -- because everybody signs a pledge.

14      A.      Yes.

15      Q.      Okay.  And then the column to the right,

16  LNC Donors, December, that would be the number of

17  dues-paying members as of December of each of those

18  years; is that right?

19      A.      Correct.

20      Q.      And what is LPGA Donors?

21      A.      Those are folks who have given to the

22  State Party that we know.

23      Q.      Okay.

24      A.      So they could be, also, again, overlap,

25  but those are individuals that we have that are at

1   National and they would send us half the money.

2          Q.     Yeah.

3          A.     And then I believe it was a new federal

4   regulation that kept it from intermingling money, so

5   we had to -- we had to separate it.

6          Q.     So in terms of a state party, the only --

7   the only donations you've received are, in 2016, would

8   be from 161 --

9          A.     Correct.

10          Q.     -- persons; is that right?

11          A.     Correct.

12          Q.     Okay.  So in the LNC Donors, the 653 as of

13   2016, those are people that have donated to the

14   National Party but live in Georgia?

15          A.     Correct.

16          Q.     Okay.  Because obviously that wouldn't be

17   nationwide, people that have donated --

18          A.     No.

19          Q.     Okay.  So according to this chart, in 2012

20   you had 273 persons donating to the state affiliate or

21   the State Party, but in 2016 only 161?

22          A.     Correct.

23          Q.     Okay.  Do you have any idea what the

24   numbers are in 2017 and 2018?

25          A.     I do not know.

**LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019**

44

```
 1        Q.     -- for the Party's convention, basically,
 2   to be nominated?
 3        A.     Correct.
 4        Q.     Okay.  Give me five minutes and I'll make
 5   sure I don't have anything else for you.
 6               Mr. Craig, since you said you know about
 7   No. 2, why don't we -- I understand you're not the
 8   designee for the Party on No. 2.
 9        A.     Which one is No. 2?
10        Q.     Expenditures of the Ballot Access Fund.
11        A.     Okay.
12        Q.     Can you describe what the Ballot Access
13   Fund is?
14        A.     Yes.  So in 2000 a few of us decided that
15   Georgia had made the fees to run for office so high
16   that we needed to do something about it.  And one of
17   the things they do is they charge approximately four
18   to five grand to run for statewide office, but
19   75 percent of that money comes back in the future,
20   comes back to the Party, so --
21        Q.     How does it come back to the Party?
22        A.     The State cuts you a check for 75 percent
23   of the filing fee.  So if you pay $5000 for governor
24   to run, the State of Georgia then sends that back to
25   the Party at some point later, 75 percent.
```

1           It is very hard to ask a political

2   activist with very little chance of winning to pay

3   five grand, so our -- we decided we would raise that

4   money and pay 75 percent of the ballot access for the

5   candidates to make it easier; to have more candidates

6   run, to make the variety better, to make it easier.

7           So we started raising money in that time

8   period, and I believe it was just about fully funded.

9   And it has to go up every time, because as the fees

10  change, we had to try to raise more money.  I think we

11  were fully funded by about 2006.

12      Q.   When you say "fully funded," what do you

13  mean by that?

14      A.   So our ultimate goal is to at least, say,

15  get one or two candidates where we have enough money

16  to pay their filing fee, but our ultimate goal is to

17  get it where we pay all statewide candidates'

18  75 percent.

19           And like I said, that will change, because

20  3 percent of their pay is the filing fee.  So that was

21  our goal was to raise it to make it easier for the

22  candidates and make it so we could get more

23  candidates.

24      Q.   So you're essentially advancing candidates

25  the filing fee --

46

1      A.    Correct.

2      Q.    -- is that right?

3      A.    Yes.

4      Q.    The candidate is still required to pay the

5 25 percent that you don't get back from the State --

6      A.    Correct.

7      Q.    -- is that right?

8      A.    Correct.

9      Q.    Okay.  And this is for statewide

10 candidacies?

11      A.    Correct.

12      Q.    Okay.  And you said that this started in

13 about 2000?

14      A.    Yes.

15      Q.    So the Ballot Access Fund doesn't pay for

16 petition signatures or circulators or anything like

17 that?

18      A.    No.

19      Q.    Okay.

20      A.    And this fund was set up just to help --

21 because it comes back to you, our goal is to be able

22 to raise that money so that it would always come --

23      Q.    Okay.

24      A.    So it was a stable fund that would and

25 forever would have the ability to pay 75 percent of

1    the fees.

2         Q.     So when you get the 75 percent back, it

3    just goes into the Ballot Access Fund --

4         A.     Correct.

5         Q.     -- for the next --

6         A.     Yes.

7         Q.     -- election cycle?

8         A.     Correct.

9         Q.     Okay.  For candidates that are not running

10   for statewide office and have to file a petition, does

11   the Party do anything to help to assist that candidate

12   in getting signatures, collecting signatures?

13        A.     Yes.  In the past what I've seen was they

14   get walking lists together.  So they'll have a

15   registered voter list, because when you want them

16   going door-to-door, you only want them going to the

17   registered voters, so we help assist with walking

18   lists.

19               We will put out a call for volunteers.

20   Typically if you see -- when I ran, probably half the

21   people were out there walking with me were on the

22   ex-com.  You know, either chairmen or on the ex-com

23   itself out there, helping me go door-to-door.

24        Q.     Executive Committee?

25        A.     Yes.

1      Q.     Okay.

2      A.     So those folks typically will go out and

3  help get those signatures.  And we'll also do a

4  job-calling and asking for people to come help get

5  signatures that will push.

6      Q.     Calling voters or --

7      A.     Calling other --

8      Q.     Other --

9      A.     -- other --

10     Q.     -- party members?

11     A.     -- party members, saying, "Hey, look, Joe,

12 we need you to come out here and help us get

13 signatures."

14     Q.     Okay.

15     A.     So on a typical day when you go

16 door-to-door for about six hours, you'll get about 15

17 signatures per person.

18     Q.     Six hours?

19     A.     Yes.  And you average about 15 signatures

20 per day.

21     Q.     How many times would you say that you -- I

22 know you said you've had your own campaign, but how

23 many times would you say that you have gone out and

24 assisted a candidate collecting signatures?

25     A.     Probably eight.

**LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019**

64

1      Q.     Okay.  Can you tell me which of those
2  topics you've been asked to testify about?
3      A.     Two, three, four, six, and -- as well as
4  part of seven.
5      Q.     Okay.  Let's start with No. 2, the Ballot
6  Access Fund.  And you heard my conversation with
7  Mr. Craig.  So it's my understanding that that Ballot
8  Access Fund is -- the purpose of the fund is just to
9  pay filing fees for statewide candidates; is that
10  right?
11      A.     That's correct.
12      Q.     And, I'm sorry, when did that start?
13      A.     I believe it was 2002.
14      Q.     Okay.  And candidates are still expected
15  to pay 25 percent of the fee?
16      A.     Yes.
17      Q.     It's only the amount that you get
18  reimbursed back from the State --
19      A.     That's right.
20      Q.     -- that you then give back to the
21  candidates?
22      A.     Yes.
23      Q.     Okay.  Has the Party ever paid all
24  100 percent of it?
25      A.     We almost expended all of it in one race

1    where we had almost all statewide candidates.

2         Q.    What race was that?

3         A.    I believe that was actually in 2012 where

4    we had -- let me make sure.  No, it would have been

5    2010, because it was Governor, Lieutenant Governor, so

6    we had a very full slate of candidates.  And so we

7    paid 75 percent of all of those, so we had expended

8    almost all of it.  But, then, obviously we refiled all

9    that money back.

10        Q.    So these are all of the offices that the

11   Party can nominate before -- the Party can nominate a

12   full slate of statewide candidates, right, by

13   convention --

14        A.    So --

15        Q.    -- without any petition?

16        A.    Yes, that is correct.  The reason we do

17   this is because in order to maintain ballot access, we

18   have to run statewide candidates.  And so -- and the

19   other petitioning requirements is also tied to both

20   presidential and governor's race.  So if a governor

21   gets 20 percent or a presidential gets 20 percent in

22   Georgia, we get full ballot access in the State of

23   Georgia.

24              So we do make sure that we, one, maintain

25   that, because the signature requirements for a

1      A.      Yes.

2      Q.      -- there is a -- it says -- where it says

3  "Laurel Harmon" --

4      A.      Uh-huh (affirmative).

5      Q.      -- "asked if we would" it says "peruse,"

6  but I'm guessing it's "pursue" --

7      A.      Yes.

8      Q.      -- "getting money back for ballot access

9  fund from candidates paid 100 percent from."  What

10  does that mean?

11     A.      So in order to -- and like I said, we do

12  cover the statewide races, but the candidate can opt

13  to cover more than 25 percent if they like.  And we

14  have opted out of the general -- the federal or

15  general fund to help cover the cost of the federal

16  races.

17             So in the case of Martin Cowan, I believe

18  we covered more than -- I believe we covered

19  75 percent upfront, and -- or no, sorry.  He covered

20  100 percent.  So since he lost, 75 percent would be

21  cut back to the Party.  But since he paid, we would

22  direct those funds back to that candidate.  We do not

23  keep that money, unless the candidate wishes to donate

24  that money to us.

25     Q.      Okay.  So Martin Cowen, a 2018 candidate

1   for Congress --

2        A.    Yes.

3        Q.    -- he just paid the filing fee himself,

4   you're saying?

5        A.    Yes.

6        Q.    And so because he did not get on the

7   ballot -- he paid the filing fee, but 75 percent of

8   that filing fee went to the State Party; is that

9   right?

10       A.    Yes.  Well, it has not been signed yet,

11  but it will -- we're expecting it.  As far as I know,

12  we're expecting it, yes.

13       Q.    And so the expectation is that 75 percent

14  of the fee that he paid will go to the State Party,

15  the State Party then gives that money back to the

16  candidate?

17       A.    If he requests it back, yes.

18       Q.    Okay.  And has he requested it back?

19       A.    He has shown interest, because he is

20  planning on running again.  In the past other

21  candidates have donated either all or some of the

22  money, so -- especially for a state house race as only

23  $300 would be coming back, they submit it as a

24  donation and say, you know, "Here's my dues,

25  essentially, for the year, and then I will run again."

70

1     Q.     Okay.  What about Aaron Gilmer?

2     A.     If I recall, he covered 25 percent of the

3     filing fee, and we cut a check for the 75 percent from

4     the federal fund, and then we expect that money back

5     for that.

6     Q.     Is the federal fund that you're referring

7     to different than the Ballot Access Fund?

8     A.     Yes.  So under campaign finance law, in

9     order for us to spend money -- we have federal

10    candidates and statewide candidates.  We cannot mix

11    those funds.

12           And so if I ask you for a donation and I

13    want you to be a member, that goes into our General

14    Fund, which allows for operations and, basically, at

15    our discretion.  But if we raise specifically for Gary

16    Johnson, our presidential candidate, that is federal

17    money that goes into a federal account, and we can

18    only spend it on federal candidates, so that would be

19    Congress, senate and presidential races.

20    Q.     Okay.  Does the national office provide

21    money to the State for candidates?

22    A.     Since I've served, the National Party has

23    not provided any money for candidates.  I'm not sure

24    if it's done so in the past.

25    Q.     How long have you been serving?

91

1    Party with no Libertarian Party members, and we almost

2    pursued legal action to dissolve them.

3            So we do keep an eye on our affiliates and

4    try to keep them -- they do have to follow up,

5    basically check up with us as to who their officers

6    are, and then we do reach out to them in order to try

7    to get them to participate in the State Convention.

8            Q.    Okay.

9            A.    So we do usually do that at the beginning

10   of the year.  And then regular upkeep with the

11   affiliate coordinator and membership coordinator.

12           Q.    How does an affiliate -- how do they lose

13   members?

14           A.    They don't lose members.  They lose the

15   officers.  The officers are required to have the

16   affiliate in the first place, not the members.  And so

17   if you do not have someone willing to volunteer for

18   that officer position, then that's how the -- it will

19   be dissolved.

20           Q.    So in order to start an affiliate, I think

21   you need three members, correct?

22           A.    Yes, three officers, yes.

23           Q.    Three officers, basically.

24           A.    Yes.

25           Q.    Okay.  Because you don't have to pay dues,

1          Some of them can still opt to pay dues to

2    the Party even though they're maybe traveling for a

3    job for a few years.  We do have a few members like

4    that.  But we do notate in the list either New

5    Residents, Moved, No Longer Interested.  Because we do

6    have people who just do not want communication with us

7    anymore, and so we do take them off this list.

8          Q.   So if I were a member who just signed the

9    pledge but never paid dues and I was getting e-mails

10   and said, "I don't want any more of these e-mails,"

11   would you take me off the --

12         A.   Yes.  They're --

13         Q.   -- membership list?

14         A.   Yes.  You would still be listed in

15   archives, and -- with a Do Not Contact with the

16   information.  So we do not share that information to

17   someone else.

18         Q.   Would I be in this numbers on Exhibit 2 as

19   an LL --

20         A.   No.

21         Q.   -- as a signature?

22         A.   We do not count anyone who is -- no longer

23   wishes to participate in those numbers.

24         Q.   Okay.  Tell me about the seven active

25   affiliates.  Can you identify them for me?

LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019

95

1       A.     So we have the Athens affiliate, the Lake

2  Hartwell, the Atlanta affiliate, the Augusta

3  affiliate, Savannah affiliate, the Cobb County

4  affiliate, and the Northwest Georgia affiliate.

5       Q.     Is the Northwest Georgia the university?

6       A.     No.

7       Q.     Just a region?

8       A.     Yeah, because the just geographic location

9  of the city is just all very clustered to a corner of

10  three counties.

11       Q.     What are the four affiliates that are on

12  probation, or, you know, that do not currently have

13  officers?

14       A.     Well, not necessarily probation, but on

15  the Pending list, because they are still trying to

16  either get their charter or one last officer, or have

17  -- have not -- no longer have officers willing to keep

18  repeating.  So the only one that has done that would

19  be the Cherokee affiliate, but the other ones that are

20  pending --

21       Q.     When you say the only one that has done

22  that, you mean just doesn't have enough officers to

23  keep going?

24       A.     Yeah.  So -- and, actually, the reason for

25  that was those officers, those people moved to officer

**LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019**

100

1     officer; is that correct?

2          A.    Sorry.  I'm confusing our voters for State

3     Convention and our Executive Committee.  No, you do

4     not have to be a dues-paying member of the Party in

5     order to be on the Executive Committee.

6          Q.    So you have to be a dues-paying member in

7     order to vote at --

8          A.    At the --

9          Q.    -- the State Convention?

10         A.    -- State Convention.  And then what

11     typically happens is we suspend the rules to allow

12     those people who may have been there just less than a

13     year to participate.

14         Q.    Okay.  So if we look at Exhibit 4 for a

15     minute, which is the 2016 minutes, so under Credential

16     Report where it's bolded there, it talks -- we talked

17     a minute ago about how 51 people have paid --

18         A.    Yes.

19         Q.    -- and they've been members for 367 days.

20         A.    Yes.

21         Q.    Okay.  So then it refers to paying

22     members, dues-paying members?

23         A.    Yes.

24         Q.    And the 161 are --

25         A.    Well, the --

LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019

1      Q.      Sorry.

2      A.      The 51 is from the people who met the

3   367-day requirement as dues-paying members.

4      Q.      As dues-paying members.

5      A.      But we had people there who are

6   dues-paying members who did not meet those

7   requirements who are not counted.

8      Q.      So if you'll look at just below that where

9   it refers to the 161 members, and then below that a

10  motion to allow those less than 365 days to vote,

11  that's what you're referring to?

12     A.      That is correct.

13     Q.      Okay.  When you say that, you can, by

14  motion, allow members that have not been dues-paying

15  members for 367 days to vote; is that right?

16     A.      Yes.

17     Q.      Okay.  So it doesn't appear here as though

18  the motion limited those that could vote to anybody,

19  say, in the last six months or nine months that have

20  been dues-paying members.  It's just any dues-paying

21  member, right?

22     A.      That's correct.

23     Q.      Is that typical?

24     A.      Yes, because we do want to encourage

25  people to -- who do take the time to show up at an

103

1    geographic restrictions, typically.

2         Q.    All right.  So back to the Executive

3    Committee, how many members are on the Executive

4    Committee?

5              MS. CORREIA:  Can we stop for one second

6         and off the record?

7                             (An off-the-record

8                             discussion was held.)

9              MS. CORREIA:  We can go back on.

10             THE WITNESS:  I'm just doing the math real

11        quick to verify I gave you the correct number.

12        We have 25.  And that is including the officers,

13        At Large members, and the ones for each

14        district.

15   BY MS. CORREIA:

16        Q.    Does that number fluctuate at all --

17        A.    No.

18        Q.    -- or is it always -- it's 25, the number?

19        A.    So we have -- so it's also based on --

20        Q.    Yeah.

21        A.    If the Public Service Commissioner

22   districts change it would, because we get one for each

23   Public Service Commission district.  And then each

24   8 percent would also get a vote, depending on where

25   the Public Service Commissioner is.

**LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019**

106

1   up, like I said, where you sign a Nonaggression

2   Principle pledge, and we try to follow up with you.

3              Then, you know, you may not get back to us

4   before the Credentials Report in -- this was in March.

5   So we did not hear back from you from that 365-day

6   period, and so we consider you absent for purposes of

7   distributing the Public Service Commissioner

8   districts.

9        Q.    But I guess what I'm getting is if you --

10   I believe if you add all of the members that are

11   listed here for each of these districts you get 161

12   members, so those would be dues-paying members,

13   correct?

14        A.    Yes.  So those are the people who we do

15   follow up with and do have contact with, yes.

16        Q.    That also pay dues.

17        A.    Yes.

18        Q.    So when you are -- even though you don't

19   have to be a dues-paying member to be on the Executive

20   Committee; is that correct?

21        A.    I think maybe the confusion is here we

22   have a state and national party membership, and so our

23   state party membership, these are based off the $30

24   dues.

25              So we don't have anyone that I'm aware of

106

1    up, like I said, where you sign a Nonaggression

2    Principle pledge, and we try to follow up with you.

3              Then, you know, you may not get back to us

4    before the Credentials Report in -- this was in March.

5    So we did not hear back from you from that 365-day

6    period, and so we consider you absent for purposes of

7    distributing the Public Service Commissioner

8    districts.

9         Q.    But I guess what I'm getting is if you --

10   I believe if you add all of the members that are

11   listed here for each of these districts you get 161

12   members, so those would be dues-paying members,

13   correct?

14        A.    Yes.  So those are the people who we do

15   follow up with and do have contact with, yes.

16        Q.    That also pay dues.

17        A.    Yes.

18        Q.    So when you are -- even though you don't

19   have to be a dues-paying member to be on the Executive

20   Committee; is that correct?

21        A.    I think maybe the confusion is here we

22   have a state and national party membership, and so our

23   state party membership, these are based off the $30

24   dues.

25              So we don't have anyone that I'm aware of

1   who just signed the Nonaggression Principle at the

2   state level.  Mostly that's done on the national

3   level, which they sign a Nonaggression Principle,

4   showing interest in the Party.

5            And you live in the state of Georgia, and

6   then also sign -- and have a separate dues for the

7   national membership.

8       Q.    Okay.  So for the State Party, do all

9   members pay dues?

10      A.    As far as I'm aware of, yes, but it is not

11  restricted to that as far as function in the Party.

12           But -- so it's an option that no one has

13  taken, essentially is what I'm getting at.  So as far

14  as the active members that we have here that we

15  contact, all of them decided to pay dues.  We do not

16  have any members who have considered themselves

17  members of the State Party, who -- at the state level.

18      Q.    Okay.  So in 2016 there were 161 members

19  of the State Party; is that correct?

20      A.    Of the State Party, yes, that paid dues to

21  the Libertarian Party of Georgia.

22      Q.    Okay.  But you're telling me that all of

23  the members in Georgia actually paid dues; is that

24  correct?

25      A.    Yes.

110

1       A.     Yes.  I do like to note that the 161 here

2   may be an error because we are not including --

3   there's a lack of understanding of how many lifetime

4   members we have with the State Party due to the mix we

5   had prior with the Universal Membership Program.

6       Q.     Start from the beginning, please.

7       A.     So we used to have a Universal Membership

8   Program, which was implemented by National, and we got

9   a percentage of the money.  So anyone -- a member of

10  the National Party was automatically a member of the

11  State Party of Georgia.

12             When that split off, we had to have two

13  separate types of memberships in order for people to

14  sign up and participate.  And so if anyone doesn't

15  contact us directly for the State Party of Georgia

16  they are not a member of the State Party, even though

17  they could be a member of the National Party.

18      Q.     And they could live in Georgia?

19      A.     Yes.  But those members that were lifetime

20  members prior to the Universal Membership Program were

21  grandfathered in to be lifetime members of the State

22  Party of Georgia.

23             So there is a discrepancy with that, with

24  people who are deceased, had followed up with everyone

25  in there.  The only handful of those people that are

**LPG reps DOUG CRAIG and NATHAN WILSON - Vol. 1 - April 8, 2019**

111

1   lifetime members still donate.  So like Mr. Craig is a

2   lifetime member.  He still donates regularly.

3        Q.    Okay.

4        A.    As a matter of fact, I think all of our

5   lifetime members of the State Party still regularly

6   donate, actually.

7        Q.    Okay.  So they're still included within

8   the 161 donors and the 161 members?

9        A.    Yes.

10       Q.    Although you could have some member that

11  hasn't donated, and they would still be a dues-paying

12  member because they paid for a lifetime membership at

13  some point?

14       A.    Yes.  We actually did find someone two

15  years ago doing fundraising, like, "Oh, yes, I was a

16  lifetime member."  I was, like, "Yes, you were.  We

17  didn't have any accurate contact information for you,"

18  and so we couldn't know the status of that individual.

19       Q.    Okay.  But is it fair to say -- in looking

20  at Exhibit 2 and 4, is it fair to say that the column

21  labeled LNC Donors, December, that that column -- I

22  mean, those are individuals that have donated to the

23  National Libertarian Party that live in Georgia, but

24  are not necessarily involved with your --

25       A.    Yes.

1       Q.      -- with the Georgia affiliate; is that

2   correct?

3       A.      That's correct.

4       Q.      Okay.  And you said the Executive

5   Committee stays at 25 members, no matter what the

6   configuration of the percentages among the PSC

7   districts are, right?  No matter what --

8       A.      Well --

9       Q.      I mean, 90 percent --

10      A.      -- if you hit 8 percent in a district.  So

11  on this Exhibit 4 I see Public Service Commissioner

12  District 1 has 7.4 percent.  It gets one seat because

13  each district gets one seat.

14      Q.      Right.

15      A.      But they're not getting any additional

16  seats at convention.

17      Q.      Okay.  But then look at PSC-4.  You've got

18  20 percent of the population gets three seats.

19      A.      Because they have eight and eight, 16.

20  Not -- you know, you can't get the three plus one.  So

21  each district gets one, plus the 8 percent above that.

22      Q.      Well, like in District 2 you've got

23  18 percent and you've only got two seats.  I mean, the

24  numbers won't always match up exactly, right?

25      A.      Yeah.  Because you have -- because the 8


DEFENDANT'S EXHIBIT
2
Craig 4/8/19
PENGAD 800-631-6989

| | LNC Signature Members (December) | LNC Donors (December) | LPGA Donors (January 1) | | |
|---|---|---|---|---|---|
| 2019 | | | | | |
| 2018 | 5,851 | 463 | | | |
| 2017 | 5,944 | 440 | | | |
| 2016 | 6,297 | 653 | 161 | | Source: 2016 convention minutes |
| 2015 | 5,919 | 331 | 182 | | Source: 2015 convention minutes |
| 2014 | 5,850 | 381 | 276 | | Source: 2014 convention minutes |
| 2013 | 5,793 | 437 | 274 | | Source: 2013 convention minutes |
| 2012 | 5,694 | 461 | 273 | | Source: 2012 convention minutes |
| 2011 | 5,546 | 431 | | | |
| 2010 | 5,510 | 515 | | | |
| 2009 | 5,439 | 494 | | | |

ERRATA SHEET

    I, DOUGLAS CRAIG, 30(b)(6) corporate representative for LIBERTARIAN PARTY OF GEORGIA, INC., the witness herein, do hereby certify that I have read the transcript of April 8, 2019, of my deposition testimony, and the same is true and correct, to the best of my knowledge, with the exception of the following changes noted below, if any:

Page 15    Line 4    should read: "$25," not "2500"

Reason for change: transcription error

Page 52    Line 14    should read: "80 to 90," not "89"

Reason for change: transcription error

Page _____ Line _____ should read: _____

Reason for change: _____

Page _____ Line _____ should read: _____

Reason for change: _____

Page _____ Line _____ should read: _____

Reason for change: _____

Page _____ Line _____ should read: _____

Reason for change: _____

Page _____ Line _____ should read: _____

Reason for change: _____

_____
DOUGLAS CRAIG

Sworn to and subscribed before me, the undersigned Notary Public, on this _____ day of _____, _____.

_____
Notary Public

VARGAS REPORTING SERVICES, INC.
678.458.4030