**Exhibit E**

Deposition Excerpts of Aaron Gilmer Deposition (including Exhibits 9 and 12)

Aaron Gilmer
January 31, 2019

1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3

4                              )
    MARTIN COWEN, ALLEN        )
5   BUCKLEY, AARON GILMER, JOHN)
    MONDS, AND THE LIBERTARIAN )
6   PARTY OF GEORGIA, INC., A  )
    GEORGIA NONPROFIT          )
7   CORPORATION,               )
                               )
8        PLAINTIFFS,           )
                               )
9   vs.                        )
                               ) CASE NUMBER:
10                             ) 1:17CV04660-LMM
    BRAD RAFFENSPERGER,        )
11  GEORGIA SECRETARY OF STATE,)
                               )
12       DEFENDANT.            )
                               )
13

14                   * * * * * * * * * * * * * *

15  The following deposition of Aaron Gilmer was taken pursuant to

16  stipulations contained herein, the reading and signing of the

17  deposition reserved, before Stephen Mahoney, Certified Court

18  Reporter, 4921-4880-0199-0656, in the State of Georgia, on

19  January 31, 2019 at Office of the Attorney General, 40 Capital

20  Square, Atlanta, Georgia, at 10:00 a.m.

21

22               Stephen Mahoney, CVR, CCR
                    US Legal Support
23            1819 Peachtree St NE, Suite 220,
                   Atlanta, GA 30309
24                  (404) 381-1465

25

Aaron Gilmer
January 31, 2019                                        161

1    is that correct?

2         A.    Correct.

3         Q.    Okay. Now, if you go to the top of the

4    page. And this is actually kind of a general

5    question I have, about a number of the minutes.

6    Usually, under this term, credentials, it would say,

7    credentials. And then here it says, Tony Trauring

8    [ph] reported 37 members had been certified as

9    delegates.

10        A.    Mm-hmm.

11        Q.    So can you explain for me, because I was

12   little confused looking at this. Does that mean that

13   there are 37 people at this convention? Or does that

14   mean that there could be more people at the

15   convention, but 37 of them are delegates?

16        A.    Well, it's go with the first credentials,

17   which I guess is the second paragraph. And also the

18   credentials of the fourth paragraph. But at -- you

19   have to be a member in good standing for one year

20   prior to the convention. So at the opening of the

21   convention, when everybody registered, they

22   determined that 37 people out of everybody there,

23   had been in good standing for the prior 12-month

24   period of -- prior to that convention.

25        Q.    Okay. I don't want to interrupt, but I

Aaron Gilmer
January 31, 2019                                    162

1   just want to make sure that I'm understanding. Being

2   in good standing, is that just paying your dues?

3        A.   Mm-hmm.

4        Q.   Okay.

5        A.   Yeah. And then, the -- the second part of

6   your question is that the next credentials where Jim

7   Sherady moved, and Joel Mountain or Mountaine [ph]

8   seconded. This is where you'll allow everyone who

9   wasn't -- they used 366 days. But basically,

10  everyone who had become a member as -- at that

11  convention, or within the prior 366 days, they now

12  have voting rights.

13       Q.   And -- and I saw that recur throughout the

14  minutes that, you know, that would, essentially, be

15  waived, basically, right?

16       A.   Mm-hmm. Yeah.

17       Q.   So what that means is, everyone who comes

18  to that convention is a quote, unquote, delegate. Is

19  that -- is that right? Am I understanding that

20  right?

21       A.   If they join the state party, yes.

22       Q.   If they joined the State Party. And -- and

23  that means that they can vote on anything that might

24  be voted on at the convention; is that right?

25       A.   Well, from that point down. So it looks

Libertarian Party of Georgia
Minutes of 2012 Annual Convention
February 25, 2012

CALL TO ORDER:  Chairman Daniel Adams called the 2011 Annual Convention of the Libertarian
Party of Georgia to order at 9:06 a.m. at The Georgia Center (University of Georgia), 1197 South
Lumpkin Street, Athens, Georgia 30602.  The Secretary of the Convention was David Shock.

LOCAL WELCOME:  Doug Lowery, District 1 Athens-Clarke County commission representative
provided a welcome to the delegate to the Libertarian Party of Georgia convention.

CREDENTIALS REPORT:  Joey Kidd, Chair of the Bylaws Committee, reported 32 credentialed
delegates qualified to be delegates under the 367 day rule.

> *CREDENTIALS REPORT (submitted prior to convention)*
> *As of January 1, 2012, the Party had 273 members. The individuals listed in Exhibit "A"*
> *shall be eligible to be a delegate to the annual convention without any additional*
> *provisions. The individuals listed in Exhibit "B" shall be eligible serve as a delegate if*
> *the Delegates so elect under Article VII Section B of the By-Laws. The Credentials*
> *Committee may make recommendations concerning additional delegates to the*
> *convention for additional individuals not named herein on a case by case basis.*
>
> *Each State District shall be allocated an amount of delegates, based upon the vote for*
> *Governor in the 2010 General Election, not to exceed the following, to wit:*
>
> > *District 1: 37*
> > *District 2: 59*
> > *District 3: 54*
> > *District 4: 59*
> > *District 5: 64*
>
> *Each State District shall be allocated the following number of representatives to the*
> *Executive Committee under Article IV, Section A, Part 4 of the By-Laws, to wit:*
>
> > *District 1: 2*
> > *District 2: 2*
> > *District 3: 4*
> > *District 4: 3*
> > *District 5: 3*

SEATING OF DELEGATES:  Bittner moved, Pye seconded, to seat all delegates not meeting the 367
day membership rule pursuant to the bylaws.  APPROVED unanimously.  The updated tally of
credentialed delegates was 38.

ADOPTION OF CONVENTION AGENDA:  Josiah Neff, Joseph Kidd seconded, to approve the agenda
as presented by the Chairman.  Motion passed unanimously by voice vote.



## Convention Morning Agenda

8:00   **Registration & Credentialing**
Coffee and Snacks Available

8:45   **Call to Order**
- **Welcome Message** (Local Official- TBA)
- **Credentials Committee Report** (Periodic Updates)
- **Seating of Delegates**
- **Adoption of the Convention Agenda**

9:00   **Chairman's Report**

9:10   **Vice Chairman's Report**

9:20   **Treasurer's Report**

9:35   **Bylaws & Rules Report**
Consideration & Adoption of Proposed Changes

9:55   **Platform Committee Report**
Consideration & Adoption of Proposed Changes

10:15   **Regional Caucus Break Out**
Executive Committee Representative Election

10:45   **Nomination of Party Candidates**

11:00   **Nomination & Election of Officers**
Vice-Chairman and Secretary Election

11:30   **Nomination & Election of At-Large Members**
Five positions filled by the top five vote receivers

11:50   **Announce 2012-2013 Executive Committee**

11:55   **Adjournment**

12:00   **Break for Lunch**
One Hour Break

CHAIRMAN'S REPORT:  Chairman Daniel Adams opened the convention with an overview of past progress and successes and future challenges.

RECESS:  Adams recessed the convention at 9:20 am.
RECONVENE:  Adams reconvened the convention at 9:32 am.

CREDENTIALS REPORT:  Joseph Kidd reported 50 credentialed delegates.

TREASURER'S REPORT:  Treasurer David Kornbluh reported that monthly revenues and expenditures

are consistent with budget estimates ($3,323.49 in average monthly revenues and $3,296.25 in expenses). Expense cuts in areas such as Internet access were successfully implemented during the past year. Kornbluh reported that the foundation of party revenues is the monthly pledger program. The Party needs to maintain and increase pledgers to maintain financial health. The summary charts presented at the convention are below:







| LPGa Accounts | | |
|---|---|---|
| Account Name | 12/31/2011 | 12/31/2012 |
| [illegible] | $661.91 | 661.90 |
| [illegible] | $28,199.99 | 89.88 |
| [illegible] | $4,218.00 | $100.00 |
| [illegible] | $4,500.0? | |
| [illegible] | $6,736.00 | |
| [illegible] | 9618.03 | $1,023.80 |
| Cash Available | $1,229.81 | $1,456.01 |

Questions regarding treasurer's report:

-David Montane:  What does "UMP" mean?  [answer:  Unified Membership Program -- combined state/national plan from early 2000s].

BY-LAWS COMMITTEE REPORT:
-Joey Kidd presented the recommendations of the By-Laws and Credentials Committee.

### BY-LAWS AND RULES REPORT

*Pursuant to Article VII, Section D of the By-Laws of The Libertarian Party of Georgia, Inc., the By-Laws and Rules Committee submits the following report revising the By-Laws and Convention Rules adopted by the delegates to the 2011 Annual Convention held on March 12, 2011.*

### RECOMMENDATION 1

*The Committee recommends that the Convention amend Article IV, Section A, Part 2 of the By-Laws as follows: [requires a 2/3 Vote in Favor of Adoption]:*

*"2. **General Duties***

- *a. The Executive Committee shall serve as the Board of Directors and "State Committee" as provided under the election laws of the State of Georgia.*
- *b. Members of the Executive Committee shall attend all general meetings of the Executive Committee and of the LPGa.*
- *c. If any member of the Executive Committee is absent from 2 consecutive meetings without authorization, said member's position shall be declared vacant. A majority vote of the Executive Committee may suspend this rule in a specific instance."*

### RECOMMENDATION 2

*The Committee recommends that the Convention amend the Article XI, Section B of the By-Laws as follows: [requires a 2/3 Vote in Favor of Adoption]:*

*"**B. Definition of Terms:***

*1. When used in these by-laws, the following terms have the following meanings:*

- *Majority Vote: When used without qualification means more than half of the votes cast by persons legally entitled to vote, ignoring blanks (abstentions), at a meeting where a quorum is present. Note that when qualified with "of the members" or "of the entire" it will require more than half of all of the members of the body entitled to vote regardless of presence or of the number of votes cast.*
- *Two-Thirds Vote: When used without qualification means at least two-thirds (2/3) of the votes cast, ignoring blanks (abstentions), at a meeting where a quorum is present. Note that when qualified with "of the members" or "of the entire" requires at least two-thirds (2/3) of all of the members of the body entitled to vote regardless of presence or of the number of votes cast.*

- *Three-Quarters Vote: When used without qualification means at least three-quarters (3/4) of the votes cast, ignoring blanks (abstentions), at a meeting where a quorum is present. . Note that when qualified with "of the members" or "of the entire" requires at least three-quarters (3/4) of all of the members of the body entitled to vote regardless of presence or of the number of votes cast.*
  *2. As used in these by-laws:*

- <u>*Words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender.*</u>
- <u>*Words in the singular shall mean and include the plural and vice versa.*</u>
- <u>*The word "may" gives discretion without any obligation to take any action."*</u>

### RECOMMENDATION 3

*The Committee recommends that the Convention adopt the following resolution [Requires a 2/3 Vote in Favor of Adoption]:*

"*A RESOLUTION*

*BE IT RESOLVED, BY THE DELEGATES OF THE 2012 ANNUAL CONVENTION, That the Secretary is hereby empowered to correct any numbering inconsistencies or scrivener errors within the By-Laws adopted by this Convention; and,*

*BE IT FURTHER RESOLVED, that the Secretary is hereby directed to provide a copy of the amended By-Laws to the proper governmental officials as required by law; and,*

*BE IT FURTHER RESOLVED, that the Secretary is further directed to promulgate, in the manner he deems best, a copy of the By-Laws of the Libertarian Party of Georgia, Inc., as amended, to the membership of the Party at the conclusion of this Convention; and,*

*BE IT FURTHER RESOLVED, that the Delegates of the 2012 Annual Convention hereby thank each member of the By-Laws, Rules and Credentials Committee for their dedication to the advancement of liberty and for their steadfast service to the Party."*

-The following individuals were members of the 2012 By-laws and Credentials Committee:  JOEY KIDD (Chair), DOUGLAS HARMAN, AARON GILMER, MATTHEW GODOWN, BRAD PLOEGER, & DAVID SHOCK

-Brett Bittner moved, Josiah Neff seconded, to accept the entire by-laws report (Recommendations 1 through 3).

-Ted Skirvin moved to divide the question, Nelson Barnhouse seconded.  APPROVED by voice vote.

-Brett Bittner moved, Josiah Neff seconded, to adopt <u>Recommendation 1</u>.  ADOPTED by voice vote.

-Brett Bittner moved, Rhonda Martini seconded, to adopt <u>Recommendation 2</u>.  There was discussion regarding possible unintended consequences of changing language in the bylaws according to Recommendation 2.  In addition, several speakers stated the changes were not necessary.
    -Brett Bittner called the question, David Ziebell seconded.  APPROVED by voice vote.

    -Vote on Recommendation 2:  FAILED by voice vote (Recommendation 2 was not adopted).

-Brett Bittner moved, Amanda Bryant seconded, to adopt <u>Recommendation 3</u>.  ADOPTED unanimously by voice vote.


PLATFORM COMMITTEE REPORT:  Brad Ploeger stated there are no recommended changes to the platform adopted in 2011.
    -David Ziebell asked about the release of specific white papers to further explain the platform adopted in 2011.  Daniel Adams stated that the white paper creation process is on-going, and he encouraged members to consider drafting one.

    -The following individuals were members of the 2012 Platform Committee:  BRAD PLOEGER (Chair), JOSIAH NEFF, AMANDA SWAFFORD, & TENNILE STUBBS

RECESS:  Adams recessed the convention at 10:00 am.

RECONVENE:  Adams reconvened the convention at 10:12 am.

CREDENTIALS REPORT:  Kidd reported 53 credentialed delegates.

PSC DISTRICT CAUCUSES:  The convention delegates met in groups to select PSC-based district representatives to the Executive Committee.  The number of representatives from each PSC district is based on January 1, 2012, membership data:

    PSC 1:  2 representative
    PSC 2:  2 representatives
    PSC 3:  4 representatives
    PSC 4:  3 representatives
    PSC 5:  3 representatives

The following individuals were elected in the caucus elections as DISTRICT REPRESENTATIVES TO THE 2012 LPGA EXECUTIVE COMMITTEE:

    PSC 1:  Tim Nelson, John Monds
    PSC 2:  Maurice Cobbs, Taylor Bryant
    PSC 3:  Josiah Neff, Brad Ploeger, Joey Kidd, Shane Bruce
    PSC 4:  Aaron Gilmer, Christine Austin, Bruce Landers
    PSC 5:  Michael Wilson, David Ziebell, Yavanee Stubbs

NOMINATIONS FOR PUBLIC OFFICE (NOVEMBER 6, 2012, GENERAL ELECTION):

Chairman Daniel Adams called for nomination elections for candidates for public office in the November 6, 2012, general election. Per the By-laws, None of the Above (NOTA) is an option for each office.

-GEORGIA HOUSE, DISTRICT 154:  Richard Schrade moved, Jason Pye seconded, to nominate JONATHAN SMITH as the Libertarian Candidate for Georgia House, District 154.
  -Richard Schrade moved, Josiah Neff seconded, to permit JONATHAN SMITH to seek the nomination without being a party member for at least 60 days.  APPROVED by voice vote.
  -Vote on nomination:  Elected unanimously by voice vote as the Libertarian Party nominee for Georgia State House District 154.

-CHIEF MAGISTRATE JUDGE of COBB COUNTY:  Doug Craig moved, David Ziebell seconded, to nominate WILLIAM M. WINDSOR as the Libertarian Candidate for Chief Magistrate Judge of Cobb County.
  -Richard Schrade moved, David Ziebell seconded, to permit WILLIAM M. WINDSOR to seek the nomination without being a party member for at least 60 days.  APPROVED by voice vote.
  -Vote on nomination:  Elected by 2/3rds by voice vote as the Libertarian Party nominee for Chief Magistrate Judge of Cobb County.

-PUBLIC SERVICE COMMISSION, DISTRICT 3:  Josiah Neff moved, David Kornbluh seconded, to nominate BRAD PLOEGER as the Libertarian Candidate for Georgia Public Service Commission, District 3.
  -Vote on nomination:  Elected unanimously by voice vote as the Libertarian Party nominee for Georgia Public Service Commission, District 3.

-PUBLIC SERVICE COMMISSION, DISTRICT 5:  Brett Bittner moved, Marshall McCart seconded, to nominate MATTHEW GODOWN as the Libertarian Candidate for Georgia Public Service Commission, District 5.
  -Vote on nomination:  Elected unanimously by voice vote as the Libertarian Party nominee for Georgia Public Service Commission, District 5.

-GEORGIA HOUSE, DISTRICT 173:  John Monds moved, Brett Bittner seconded, to nominate JEFF BIVINS as the Libertarian Candidate for Georgia House, District 173.
  -Vote on nomination:  Elected unanimously by voice vote as the Libertarian Party nominee for Georgia House, District 173.


NOMINATION AND ELECTION OF PARTY OFFICERS:

Per the By-laws, None of the Above (NOTA) is an option for each party office.

Secretary
-Chairman Daniel Adams asked for nominations for Secretary of the Libertarian Party of Georgia.

-Jason Pye nominated, Paul Pence seconded, the nomination of DAVID SHOCK.

-Jason Pye moved, Joey Kidd seconded, to close nominations.

Vote:  DAVID SHOCK elected unanimously by voice vote as the Secretary of the Libertarian Party of Georgia.

Vice Chairman
-Chairman Daniel Adams asked for nominations for Vice Chairman of the Libertarian Party of Georgia.

-Marshall McCart nominated, Amanda Bryant seconded, the nomination of DOUG HARMAN.

-Jason Pye moved, Brett Bittner seconded, to close nominations.

Vote:  DOUG HARMAN elected unanimously by voice vote as the Vice Chairman of the Libertarian
Party of Georgia.


RECESS: 11:20 am
RECONVENE:  11:30 am

CREDENTIALS REPORT:  Joey Kidd reported 55 credentialed delegates.

ELECTION OF AT-LARGE REPRESENTATIVES TO THE EXECUTIVE COMMITTEE:
-David Ziebell nominated, David Kornbluh seconded, RHONDA MARTINI.
-Marshall McCart nominated, Brett Bittner seconded, PAUL PENCE.
-Rhonda Martini nominated, David Ziebell seconded, CHRIS BARBER.
-Marshall McCart nominated, David Ziebell seconded, DAVID STAPLES.
-John Monds nominated, David Chastain seconded, JEFF EDGENS.

-David Kornbluh moved, Brett Bittner seconded, to close nominations.  A paper vote was conducted.

-RESULTS (top four candidates are elected):
    Rhonda Martini:  37
    Paul Pence:  33
    Jeff Edgens:  33
    David Staples:  29

    Chris Barber:  25
    NOTA:  2

    Total ballots cast:  43

-RHONDA MARTINI, PAUL PENCE, JEFF EDGENS and DAVID STAPLES elected as At-Large
representatives on the Executive Committee of the LPGa.


RESOLUTION FROM CHRIS BARBER
Chris Barber moved, Mark Solomon seconded, a resolution for approval by the convention calling for the
Chairman of the Libertarian Party of Georgia to ask for the membership resignation of Bob Barr.
    -Lance Lamberton moved, David Kornbluh seconded, to extend debate on the resolution after
    lunch.  APPROVED by voice vote.

    -RECESS for lunch: 12:00 pm
    -RECONVENE:  12:58 pm

    -Chris Barber and Chuck Donovan spoke in favor of the resolution.  Brett Bittner and Lance

Lamberton spoke in opposition.

-Brett Bittner moved, David Kornbluh seconded, to call the question.  APPROVED by voice vote.

-Hand vote on main resolution:

> AYES: 8
> NAYS: 26
> ABSTENTIONS: 6

-Resolution FAILS

NOMINATION OF PRESIDENTIAL ELECTORS (16 needed):  Jason Pye moved, Joey Kidd seconded, to nominate the following individuals as presidential electors:

> -Richard Schrade, Jr., Brett Bittner, Daniel Adams, Jeff Edgens, Jack Aiken, Marshall McCart, Bruce Landers, Richard Segal, Don Smart, Jason Pye, Brad Ploeger, Joey Kidd, Christine Austin, David Ziebell, Josiah Neff, & David Kornbluh

Alternatives selected to serve as presidential electors in the case of vacancies:

> -Nelson Barnhouse, Doug Harman, & Paul Pence

The above candidates were nominated unanimously by voice vote as presidential electors and alternatives for the Libertarian Party.

DELEGATES TO THE NATIONAL CONVENTION IN LAS VEGAS, NV, MAY 2012:  Brett Bittner moved, Joey Kidd seconded, to select the following individuals as delegates to the Libertarian National Convention:

> -Richard Schrade, Jr., Jeff Edgens, Brett Bittner, Daniel Adams, Ginger Curraus, Jack Aiken, Lance Lamberton, Don Smart, Bruce A. Landers, Jason Pye, Christopher Barber, Robin Robboy, David Chako, Brad Ploeger, Joey Kidd, Nelson Barnhouse, Sharon Harris, & Doug Craig

The above listed individuals were chosen unanimously by voice vote as delegates to the 2012 Libertarian National Convention.

ADJOURNMENT:  Brad Ploeger moved, David Chastain seconded, to adjourn at 1:12 p.m. Motion passed by voice vote with one nay.

## CERTIFICATE

We, the undersigned Chairman and Secretary of the Libertarian Party of Georgia, Inc do hereby certify that the above is a true and correct copy of the minutes of the 2012 Annual Convention of the Libertarian Party of Georgia.

The 5th day of March 2012

_____
Daniel N. Adams, Chairman

_____
David R. Shock, Secretary

## DOCUMENT CUSTODIAN CERTIFICATE

State of Georgia

County of Cobb

I, David R. Shock, as Secretary of the Libertarian Party of Georgia, Inc., swear/affirm that the foregoing (or attached) is a true, and complete copy of the minutes of the 2012 Annual Convention of the Libertarian Party of Georgia, Inc., made by me, and the photocopied document is not a vital record, a public record, or a publicly recordable document, certified copies of which are available from an official source other than a notary public.

_____
David R. Shock

Sworn to (or affirmed) and subscribed before me this 5th day of March, 2012, by David R. Shock
  X Personally Known
  _____ Produced Identification
Type and # of ID _____

_____
(Signature of Notary)

Bradley Richard Ploeger
(Name of Notary Typed, Stamped, or Printed)
Notary Public, State of Georgia

Page 11 of 11

# DOCUMENT CUSTODIAN CERTIFICATE

State of Georgia

County of Fulton

I, Daniel N. Adams, as Chairman of the Libertarian Party of Georgia, Inc., swear/affirm that the foregoing (or attached) is a true, and complete copy of the minutes of the 2012 Annual Convention of the Libertarian Party of Georgia, Inc., and the photocopied document is not a vital record, a public record, or a publicly recordable document, certified copies of which are available from an official source other than a notary public.

_____

Daniel N. Adams

Sworn to (or affirmed) and subscribed before me this _12_ day of _July_ , 2012, by Daniel N. Adams
_X_ Personally Known
____ Produced Identification
Type and # of ID_____

_____
(Signature of Notary)

Bradley Richard Ploeger
(Name of Notary Typed, Stamped, or Printed)
Notary Public, State of Georgia

Libertarian Party of Georgia
Minutes of 2014 Annual Convention
March 8, 2014

**CALL TO ORDER:** Chairman Doug Craig called the business meeting of the 2014 Annual Convention of the Libertarian Party of Georgia to order at 1:14 p.m. at the former Theatre in the Square, 11 Whitlock Avenue, Marietta, GA 30064. Various activities related to the convention (listed on the agenda below), including registration, began at 8:00 am. David Shock is Secretary of the Convention.

**CREDENTIALS REPORT & SEATING OF DELEGATES:**
-David Kornbluh, Chair of the Credentials Committee and the Bylaws and Rules Committee, reported 22 credentialed delegates present at the convention who are qualified to be delegates under the 367 day rule.
-James Camp moved, Gilmer seconded, to waive the 367 day rule in order to seat all delegates not meeting the 367 day membership rule pursuant to the bylaws. APPROVED unanimously by voice vote. The updated tally of total eligible credentialed delegates is 35 after the suspension of the 367 day rule.
-Paul Pence moved, Aaron Gilmer seconded, to seat all eligible credentialed delegates. APPROVED unanimously by voice vote.

-The following report was submitted prior to the convention by David Kornbluh regarding convention delegate allocations by state (PSC) district and Executive Committee representation by PSC district. This report was approved by the Credentials Committee (David Kornbluh, David Shock, and Brett Bittner) by a 3-0 vote on March 5, 2014.:

"As of January 1, 2014, the Party had 276 members. The Credentials Committee may make recommendations concerning additional delegates to the convention for additional individuals not named herein on a case by case basis.

**Maximum Number of Convention Delegates by State District (Public Service Commission – "PSC District")**

Each State District (PSC District) shall be allocated an amount of delegates, based upon the vote for Governor in the 2010 General Election,* not to exceed the following:
-District 1: 39
-District 2: 56
-District 3: 56
-District 4: 57
-District 5: 65

| PSC District | Vote for Gov. 2010 | Vote %age (proportion of Gov. votes by PSC district) | # of delegates based on 2010 Gov. vote & 1-1-2014 Membership (rounded down) |
|---|---|---|---|
| 1 | 14681 | 14.23 | 39 |
| 2 | 21242 | 20.58 | 56 |
| 3 | 21226 | 20.57 | 56 |
| 4 | 21625 | 20.96 | 57 |



Map of PSC Districts: http://www.psc.state.ga.us/pscinfo/districts/pscdistricts.htm

-Members of Credentials Committee: DAVID KORNBLUH, Chairman, DAVID SHOCK, and BRETT BITTNER."

ADOPTION OF CONVENTION AGENDA:
-Chairman Doug Craig presented the agenda for the convention.
-Aaron Gilmer moved, Brett Bittner seconded, to approve the agenda as presented. Motion passed unanimously by voice vote.

<u>Convention Business Agenda:</u>

**Morning Session:**

**8 AM: Credentials/Registration**
**8:30 AM: Welcome from** Marietta City Councilman, Stuart Fleming
**8:40 AM: "Living Liberty" panel** with The Foundation for Economic Education's Richard Lorenc, The Libertarian Homeschooler Ana Martin, and Laissez Faire Capitalism's Phred Barnett (in theatre)

**AND**

**"What I Learned From Running For Office Statewide" panel** with former LP Georgia candidates Sharon Harris, Garrett Michael Hayes, and John Monds (upstairs)
**10:10 AM: Scheduled Break**
**10:25 AM: "A Libertarian Dozen" address** by President of The Advocates for Self-Government, Sharon Harris (in theatre)

**AND**

**"So, You Want To Run For Office?"** discussion with Apache Political's Mike Hassinger and elected Libertarian Brett Bittner (upstairs)

**Lunch:**

**12:00 noon: Lunch w/ Robert Sarvis (in theatre)**

**Afternoon Business Session:**

**1:00 PM: Call to order**
    **Credentials Committee report**
    **Seating of Delegates**
    **Adoption of agenda**

1:15 PM: Chairman's report
1:25 PM: Treasurer's report
1:45 PM: Bylaws and Rules Committee report (Consideration and Adoption of Proposed Changes)
2:00 PM: Platform Committee report (Consideration and Adoption of Proposed Changes)
2:15 PM: Nomination and Speeches from Candidates Seeking Office
3:30 PM: Regional caucus breakout (regional representation to be elected)
4:00 PM: Election of Party Officers and At-Large members of the Executive Committee
5:00 PM: Election of Delegates to the National Convention
5:30 PM: Resolutions
6:00 PM: Adjournment

**Dinner:**

7:30 PM: Dave Poe's BBQ

- Entertainment provided by comedian Tim Slagle
- Live auction
- Fundraising games

CHAIRMAN'S REPORT:  Chairman Doug Craig Harman opened the convention with brief remarks.

TREASURER'S REPORT:  Treasurer Matt Godown reported the finances of the Party since the prior convention.  Overall, revenues were down and the Party report an operating deficit of approximately $4,000.  Godown noted that the financial situation has improved over the past few months.  Godown stated of goal in 2014 of replenishing the operating reserve fund.  In response to a question, Godown stated he will be laying out a proposed 2014 budget at the May 2014 executive committee meeting.

BY-LAWS AND RULES COMMITTEE REPORT:
-Committee chair David Kornbluh reported that the committee (composed of David Kornbluh – Chair, David Shock, and Brett Bittner) recommended no changes to the existing bylaws and convention rules.
-Laurel Harman moved, Aaron Gilmer seconded, to accept the report.  APPROVED unanimously by voice vote.

PLATFORM COMMITTEE REPORT:  The Platform Committee (composed of Amanda Swafford, Brett Bittner, David Shock, and Don Webb) provided no report.  The platform remains unchanged from 2013.

CREDENTIALS REPORT:  Brett Bittner reported 25 credentialed delegates (two delegates checked out).

NOMINATIONS FOR PUBLIC OFFICE (NOVEMBER 4, 2014, GENERAL ELECTION):

Chairman Doug Craig called for nomination elections for candidates for public office in the November

4th, 2014, general election. Per the By-laws, None of the Above (NOTA) is an option for each office.

-GOVERNOR:  James Camp, Aaron Gilmer, and Jeff Amason nominated ANDREW HUNT as the Libertarian candidate for Governor of Georgia.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for Governor.  Approved unanimously by delegates.
    -Vote on nomination:  ANDREW HUNT elected unanimously by voice vote as the Libertarian Party nominee for Governor of Georgia.

-LT. GOVERNOR:  Brett Larson, Ted Skirvin, and David Kornbluh nominated NELSON BARNHOUSE as the Libertarian candidate for Lt. Governor of Georgia.
    -Brett Bittner moved, Don Webb seconded, to close nominations for Lt. Governor.  Approved unanimously by delegates.
    -Vote on nomination:  NELSON BARNHOUSE elected unanimously by voice vote as the Libertarian Party nominee for Lt. Governor of Georgia.

-U.S. SENATE:  Richard Segal, Aaron Gilmer, and Crystal Gross nominated AMANDA SWAFFORD as the Libertarian candidate for U.S. Senate.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for U.S. Senate.  Approved unanimously by delegates.
    -Vote on nomination:  AMANDA SWAFFORD elected unanimously by voice vote as the Libertarian Party nominee for U.S. Senate.

-U.S. HOUSE, DISTRICT 11:  Brett Larson, James Camp, and Aaron Gilmer nominated DON WEBB as the Libertarian candidate for U.S. House, District 11.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for U.S. House, District 11.  Approved unanimously by delegates.
    -Vote on nomination:  DON WEBB elected unanimously by voice vote as the Libertarian Party nominee for U.S. House, District 11.

-SECRETARY OF STATE:  Brett Bittner, Aaron Gilmer, and Doug Craig nominated MATT GODOWN as the Libertarian candidate for Secretary of State of Georgia.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for Secretary of State.  Approved unanimously by delegates.
    -Vote on nomination:  MATT GODOWN elected unanimously by voice vote as the Libertarian Party nominee for Secretary of State.

-COMMISSIONER OF LABOR:  Doug Hessinger, Matt Godown, and Aaron Gilmer nominated LAUREL HARMON as the Libertarian candidate for Commissioner of Labor of Georgia.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for Commissioner of Labor.  Approved unanimously by delegates.
    -Vote on nomination:  LAUREL HARMON elected unanimously by voice vote as the Libertarian Party nominee for Commissioner of Labor.

-COMMISSIONER OF INSURANCE:  Doug Craig, Crystal Gross, and Aaron Gilmer nominated GRETCHEN MCAULEY as the Libertarian candidate for Commissioner of Insurance.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for Commissioner of Insurance.  Approved unanimously by delegates.
    -Vote on nomination:  GRETCHEN MCAULEY elected unanimously by voice vote as the Libertarian Party nominee for Commissioner of Insurance.

-COMMISSIONER OF AGRICULTURE:  Gretchen McAuley, Crystal Gross, and Aaron Gilmer nominated DOUG CRAIG as the Libertarian candidate for Commissioner of Agriculture.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for Commissioner of Agriculture.  Approved unanimously by delegates.
    -Vote on nomination:  DOUG CRAIG elected unanimously by voice vote as the Libertarian Party nominee for Commissioner of Agriculture.

-ATTORNEY GENERAL:  Aaron Gilmer, Bruce Landers, and Christine Austin nominated DON SMART as the Libertarian candidate for Attorney General.
    -Brett Larson moved, Aaron Gilmer seconded, to close nominations for Attorney General. Approved unanimously by delegates.
    -Vote on nomination:  DON SMART elected unanimously by voice vote as the Libertarian Party nominee for Attorney General.

- PUBLIC SERVICE COMMISSION, DISTRICT 1:  Laurel Harmon, James Camp, and Aaron Gilmer nominated JOHN MONDS as the Libertarian candidate for Public Service Commission, District 1.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for Public Service Commission, District 1.  Approved unanimously by delegates.
    -Vote on nomination:  JOHN MONDS elected unanimously by voice vote as the Libertarian Party nominee for Public Service Commission, District 1.

- PUBLIC SERVICE COMMISSION, DISTRICT 4:  David Kornbluh, Don Webb, and Paul Pence nominated AARON GILMER as the Libertarian candidate for Public Service Commission, District 4.
    -Brett Bittner moved, Pence Pence seconded, to close nominations for Public Service Commission, District 4.  Approved unanimously by delegates.
    -Vote on nomination:  AARON GILMER elected unanimously by voice vote as the Libertarian Party nominee for Public Service Commission, District 4.

-STATE SCHOOL SUPERINTENDENT:  Gretchen McAuley, Paul Pence, and Aaron Gilmer nominated BETH POLLAK as the Libertarian candidate for State School Superintendent.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for State School Superintendent.  Approved unanimously by delegates.
    -Vote on nomination:  BETH POLLAK elected unanimously by voice vote as the Libertarian Party nominee for State School Superintendent.

-GEORGIA HOUSE OF REPRESENTATIVES, DISTRICT 21:  Brett Larson, Aaron Gilmer, and Andrea Amason nominated JEFF AMASON as the Libertarian candidate for Georgia House of Representatives, District 21.
    -Brett Bittner moved, Aaron Gilmer seconded, to close nominations for Georgia House of Representatives, District 21.  Approved unanimously by delegates.
    -Vote on nomination:  JEFF AMASON elected unanimously by voice vote as the Libertarian Party nominee for Georgia House of Representatives, District 21.

RECESS: Brett Bittner moved, Aaron Gilmer seconded, to recess for 15 minutes (1:57 pm).

RECONVENE:  Convention reconvened at 2:15 pm.

CREDENTIALS: 35 credentialed delegates.

**ELECTION OF AT-LARGE REPRESENTATIVES TO THE EXECUTIVE COMMITTEE:**
-Aaron Gilmer nominated JOHN MONDS, seconded by Don Smart
-Laurel Harmon nominated GRETCHEN MCAULEY, seconded by Brett Larson
-Gretchen McAuley nominated BETH POLLAK, seconded by Bruce Landers

-Brett Bittner moved, Aaron Gilmer seconded, to close nominations.

-Vote: JOHN MONDS, GRETCHEN MCAULEY, and BETH POLLAK elected by voice vote as At-Large Representatives for the Executive Committee of the Libertarian Party of Georgia.

**2014-2015 EXECUTIVE COMMITTEE of the Libertarian Party of Georgia:**

Officers:
Chairman: Doug Craig
Vice Chairman: Laurel Harmon
Secretary: Don Webb
Treasurer: Matt Godown

At-large representatives:
John Monds, Gretchen McAuley, and Beth Pollak (one vacancy)

PSC DISTRICT REPRESENTATIVES:

| | | |
|---|---|---|
| Brock | Gallops | PSC 1 |
| Tyler | Colopy | PSC 1 |
| Paul | Pence | PSC 2 |
| Michele | Turner | PSC 2 |
| David | Kornbluh | PSC 3 |
| Edward | Cotter | PSC 3 |
| Chad | Colopy | PSC 3 |
| Andrew | Hunt | PSC 3 |
| Aaron | Gilmer | PSC 4 |
| David | Smith | PSC 4 |
| VACANT | | PSC 4 |
| James | Camp | PSC 5 |
| Doug | Hessinger | PSC 5 |
| Tenille | Stubbs | PSC 5 |

**ELECTION OF DELEGATES TO THE NATIONAL CONVENTION IN COLUMBUS, OHIO, JUNE 2014:** Brett Bittner moved, David Kornbluh seconded, to select the following 21 individuals as delegates to the Libertarian National Convention (note: Georgia can send up to 33 delegates to the national convention):

-Brett Bittner, Amanda Swafford, Laurel Harmon, Christine Austin, Beth Pollak, Don Smart, David Kornbluh, Don Webb, Gretchen McAuley, Ed Cotter, Danica Colopy, Tyler Colopy, Chad Colopy, Karen Colopy, Nelson Barnhouse, Aaron Gilmer, John Monds, Sharon Harris, David Shock, Doug Craig, and Richard Schrade, Jr.

Vote:  The above listed individuals were elected unanimously by voice vote as delegates to the 2014 Libertarian National Convention.

RESOLUTIONS:  No resolutions were presented for adoption.

ADJOURNMENT:  Brett Bittner moved, Aaron Gilmer seconded, to adjourn at 4:51 p.m. Motion passed by voice vote.

## CERTIFICATE

We, the undersigned Chairman and Secretary of the Libertarian Party of Georgia, Inc. do hereby certify that the above is a true and correct copy of the minutes of the 2014 Annual Convention of the Libertarian Party of Georgia.

The 29th day of March, 2014

_____
Doug Craig, Chairman

_____
David R. Shock, Secretary

## DOCUMENT CUSTODIAN CERTIFICATE

State of Georgia

County of Cobb

I, David R. Shock, as Secretary of the Libertarian Party of Georgia, Inc., swear/affirm that the foregoing (or attached) is a true, and complete copy of the minutes of the 2014 Annual Convention of the Libertarian Party of Georgia, Inc., made by me, and the photocopied document is not a vital record, a public record, or a publicly recordable document, certified copies of which are available from an official source other than a notary public.

_____
David R. Shock

Sworn to (or affirmed) and subscribed before me this 29th day of March, 2014, by David R. Shock
__✓__ Personally Known
_____ Produced Identification
Type and # of ID_____

_____
(Signature of Notary)

LAUREL HARMON
(Name of Notary Typed, Stamped, or Printed)
Notary Public, State of Georgia