# Exhibit G

Deposition Excerpts of Darcy Richardson Deposition (including Exhibits 1)

```
1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF GEORGIA
2                         ATLANTA DIVISION

3                         CASE NO.:  1:17cv04660-LMM

4   MARTIN COWEN, ALLEN
    BUCKLEY, AARON GILMER, JOHN
5   MONDS, and the LIBERTARIAN
    PARTY OF GEORGIA, INC., a
6   Georgia nonprofit corporation,

7           Plaintiffs,

8   vs.

9   BRAD RAFFENSPERGER, Georgia
    Secretary of State,
10
            Defendant.
11
    _____/
12
    DEPOSITION OF:       DARCY RICHARDSON
13
    DATE:                FRIDAY, MARCH 8, 2019
14
    TIME:                9:00 A.M. - 9:49 A.M.
15
    PLACE:               MY EXECUTIVE CENTER
16                       SUITE NO. 150
                         4600 WALLACE DEVLIN BOULEVARD
17                       JACKSONVILLE, FLORIDA 32246

18  STENOGRAPHICALLY
    REPORTED BY:         CATHERINE M. MORROW
19

20

21

22

23

24

25
```

```
 1      A    I worked for Merrill Lynch in the financial

 2  services industry immediately before starting a

 3  full-time career writing.  I worked at Merrill Lynch for

 4  a dozen years.

 5      Q    Doing the financial?

 6      A    Yes, I was a --

 7      Q    A financial analyst?

 8      A    -- Financial analyst for the Merrill Lynch

 9  Insurance Group here in Jacksonville.

10      Q    Okay.  Where did you go to school?

11      A    Temple University in Philadelphia.

12      Q    And what is your degree in?

13      A    I do not have a degree, but I majored in

14  business administration.

15      Q    Okay.  How far were you from getting a degree?

16  How long did you go in college?

17      A    About two years full time.  I was mostly going

18  in the evenings.  Back then I was working in the

19  steamship industry in Philadelphia during the day.  I

20  went to Temple at night.  One semester I went full time,

21  but mostly it was evenings.

22      Q    I did the same thing, so I understand how that

23  goes.  So let's go through your list of books attached

24  to your CV.  I'm sorry.  The court reporter should have

25  a copy of Exhibit 1.  I should say report/declaration.
```

MARTIN COWEN, ET AL. vs BRAD RAFFENSPERGER
Darcy Richardson on 03/08/2019                    Page 11

1       A    As far as books?

2       Q    Yeah.

3       A    No.  No.  They have all been self published.

4       Q    Okay.  Have you written any articles in peer

5  review journals?

6       A    Well, not specifically peer review.  But I

7  have written many many articles and calls from various

8  newspapers around the United States.  And I have also --

9  my very first volume of "Others" which was published in

10  2004 received an outstanding academic title from Choice

11  Magazine which is the most prestigious publication for

12  academic titles.

13          It's called Ode Alsaniac and McConicle

14  (phonetic).  So that was critically reviewed and

15  received very favorable reviews.

16          If I could add this, I don't know if this is

17  relevant, but my initial publisher was Praeger in New

18  York.  I had a contract with them.  I was able to exit

19  the contract because they wanted to limit the

20  publication of the volume of my series to 100,000 words.

21  The book ended up being twice that length.

22          They allowed me to get out of my contract.  I

23  did have a major publisher to publish that first volume.

24       Q    Okay.  All right.  Other than articles and

25  newspapers have you written any articles in any academic

```
 1   journals?

 2       A    No.

 3       Q    Are you a member of any professional

 4   membership organizations like the Southern Historical

 5   Association?

 6       A    No.

 7       Q    Do you consider yourself a southern historian?

 8       A    Not a southern historian, no, more of a --

 9   U.S. history is what I focus on, U.S. political history

10   in particular.

11       Q    But you are not a member of any professional

12   organizations?

13       A    No.  No.

14       Q    Okay.

15       A    Although, literally hundreds of books

16   including a book authored by former secretary of state,

17   Condoleezza Rice, but literally there are over a hundred

18   books that have cited my works, and these are scholarly

19   books that I'm speaking of that have cited my works in

20   their publications.

21       Q    Okay.  Any specific to the 1943 enactment of

22   the Georgia ballot measure?

23       A    No.  No, not that I'm aware of.

24       Q    Okay.  Have you ever testified as an expert

25   before?
```

1    A    No, ma'am.

2    Q    I believe you said at the beginning that you

3  had not been deposed before?

4    A    That's correct.

5    Q    You are making this very short.  What have you

6  researched and published about Georgia history?  I know

7  you mentioned a minute ago there was a part of I think

8  your second book that focused on it.

9    A    Yes, right.  The 1944 campaign was the first

10  time that the, just to give one example, that the

11  prohibition party was unable to get its presidential

12  ticket on the ballot in the peach state.  That was

13  because of the newly enacted ballot access requirements

14  in Georgia.

15          They had run a presidential candidate in 1940,

16  Roger Babson, who had no difficulty, whatsoever, being

17  placed on the ballot.  D. Coleman, a historian from New

18  York, was the party's candidate from 1936.  He also

19  appeared on the Georgia ballot.

20          In 1932 a former Georgia congressman, Willie

21  UpShaw, was the prohibition party's nominee for

22  president.  So he appeared on the ballot in his home

23  state of Georgia.

24          In 1944 the probation party, which was at the

25  time either the third or fourth largest political party

1   or even a congressional district.  There were some minor

2   entities occasionally.  But that particular party that

3   you mentioned that doesn't ring a bell with me.  But

4   there was some sporadic minor party -- they were

5   generally independents and those would be very

6   specifically local races.

7       Q    Let's look at paragraph two of your report,

8   first page.  You talk about your investigation into the

9   Georgia 1943 enactment.  Tell me what you did to

10  investigate this.

11      A    I have as part of my research for my writing I

12  subscribe to about four or five different newspaper

13  archives.  And so I did an exhaustive search through all

14  of the archives to find what I could about the 1943 law

15  and dug back from about 1940 forward.

16           Because in 1940 that is when the attorney

17  general at the time, Ellis Arnold who later became

18  governor, he decided he was going to prevent Earl

19  Browder and the communist party from appearing in the

20  1940 presidential election.

21           Arnold was like many democrats from the time

22  he was an avid anticommunist, you know, shortly after

23  the Nazi Soviet pack of 1939.  And so that even struck

24  me as a little odd since Earl Browder was running for

25  president for the second time in 1940 and hadn't

1   bothered to appear on the ballot in Georgia in 1936.  So

2   I think this was as much to do with Arnold trying to win

3   popularity than actually keeping Earl Browder off the

4   ballot in Georgia because Browder hadn't even attempted

5   to get on the ballot there four years earlier.

6           I read about the Secretary of State at the

7   time, John B. Wilson, and he shared Arnold's views

8   toward the communist party and keeping them off the

9   ballot in Georgia.  Although there was never really a

10  communist party in Georgia ever, so they were

11  demagoging, an issue that they know would be popular

12  with the voters.

13          That was, I think, the motivation behind this.

14  That was the motivation behind this because the

15  communist party barely, barley existed in the state at

16  the time.

17      Q    Okay.  What else did you do in this?

18      A    Well, starting in 1940 I followed or

19  researched what I could find about -- I was trying to

20  determine what was the real reason for this.  So I went

21  through the newspaper archives from 1940 up through '43

22  and every source that I could find when it was mentioned

23  in the papers it always talked about this being enacted

24  to prevent the communist party or similar political

25  entities that advocated the overthrow of the U.S.

1   government off the ballot.  So that was the, in my

2   professional opinion, the motivation for enacting the 5

3   percent signature requirement.  Unfortunately, it

4   damaged every other minor party at the time and since.

5        Q    The 1940 effort to keep the communist party

6   off the ballot that was -- let's go through them.  The

7   articles attached at the back of your report are these

8   the three articles that you refer to in your report?

9        A    Yes.  I don't have the copies here.

10        Q    Are they not attached at the back of your

11   report?

12        A    Yes.

13        Q    Okay, great.  Are those the three articles

14   that you refer to in your report?

15        A    Yes, ma'am.

16        Q    Did you find any articles other than these

17   three?

18        A    I did not.

19        Q    And in 1940, I mean, there was no -- there was

20   no petition requirement; correct?  The secretary of

21   state you say on advice from the attorney general just

22   decided to not allow; is that right, not allow the

23   communist party on the ballot?

24        A    Yeah.  Secretary of State John B. Wilson who

25   had sought the attorney general's opinion made a

1   decision more or less arbitrarily.  The communist party

2   did not sue because the communist party was making

3   almost no attempt to get on the ballot in Georgia.

4            The same thing happened in 11 other states

5   regarding Earl Browder's campaign that year where the

6   secretary of state decided to arbitrarily just keep the

7   communist party ticket from the ballot.

8            The communist party ticket had appeared on the

9   Georgia ballot previously in 1924, '28 and '32 when

10  William Zebulon Foster was the party's presidential

11  candidate.  But when Browder ran in '36 he did not

12  attempt to make it on the ballot there.  Everything that

13  I have been able to find there was really no attempt by

14  Browder to even try to get on the ballot in '40.

15           So it was mostly John B. Wilson and Ellis

16  Arnold seeking publicity, getting their names in the

17  papers, kind of demagoging a very popular issue at the

18  time, oh, yeah, we want to bar the communists.

19      Q    In your report you describe efforts in the

20  1941, I guess, legislative session in '42 spearheaded by

21  the secretary of state, but to prevent the communist

22  party off the ballot.

23           Can you describe for me your understanding of

24  those proposed ballot measures?

25      A    What Secretary of State John B. Wilson

1    proposed to the legislature was he wanted, without

2    mentioning the communist party by name, he wanted some

3    sort of legislature enacted that would prohibit anyone

4    who advocated the overthrow of our democratic

5    constitutional form of government from appearing on the

6    Georgia ballot.

7           The legislature never adopted Wilson's

8    proposed legislation in either '41 or '42, but it did

9    have an effect on what was eventually passed in 1943.

10   Q    But the legislation that was proposed in

11   1941/1942 would not have had a petition requirement;

12   correct?

13   A    Not that I'm aware of, correct.

14   Q    It would instead have specifically targeted

15   any group trying to overthrow the United States

16   government; is that right?

17   A    Right.  It would have allowed the secretary

18   state to make the determination that a party advocated

19   such a policy.

20   Q    Was banning people who supported the violent

21   overthrow of the government constitutional at that time

22   then or now; do you know?

23   A    Correct.  Correct.

24   Q    Correct it would be a fear?

25   A    That it would be unconstitutional, yes.

1      A      I don't think they were, but they were able to

2   address what John B. Wilson wanted without specifically

3   codifying that by enacting a draconian ballot access

4   requirement.   It satisfied what John B. Wilson wanted

5   without having to specifically address the issue of

6   barring somebody who advocates the overthrow of our

7   democratic constitutional republic.

8              So I think that's the way they handled it.   It

9   was discussed in the legislature in 1941 and 1942.   The

10  way they resolved it was by well, we'll just enact a

11  harsh ballot access law that way we don't need to make a

12  distinction between someone -- or making a judgement I

13  should say -- about someone advocating the overthrow of

14  the government.

15             We'll just make it impossible for anyone to

16  get on the ballot here other than the democratic or

17  republican party.

18     Q      What did you review about the 1943 petition

19  requirement other than these newspaper articles?

20     A      There is very little literature that I could

21  find other than these newspaper articles.

22     Q      Did you review any attorney general opinions?

23     A      No, I have not.

24     Q      Did you review any legislative documents?

25     A      No.   I have read the act.

```
 1      Q     Yes.  But no other --

 2      A     Source.

 3      Q     -- legislative documents other than the

 4   statute itself?

 5      A     Correct.  Correct.

 6      Q     Have you reviewed any scholarly research

 7   specific to the 1943?

 8      A     I really have not been able to find anything,

 9   to be honest, Chris, that specifically addresses the

10   1943 legislation in Georgia and what the motivation for

11   legislation may have been.  I have not been able to find

12   anything in any academic articles or books.

13      Q     Did you examine the legislative history or

14   newspaper articles for any other motivation?

15      A     I did.  I did because I specifically covered

16   Claude Watson's campaign for president in 1944 very

17   thoroughly in my book "The Lowest Ebb."  I wanted to see

18   why, because there was this anti-communist hysteria

19   sweeping the country in '40.  I wanted to understand why

20   other parties were being affected by this.

21            I wasn't able to find anything regarding the

22   1943 legislation and the prohibition party or the

23   socialist party of Norman Thomas.  I wasn't able to find

24   any articles related to them and this legislation.  They

25   just happened to be swept up with it.
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**Martin Cowen**, et al.,

      Plaintiffs,

vs.

**Brian P. Kemp**, in his official
capacity as Secretary of State of
the State of Georgia,

      Defendant.

Case No. 1:17-cv-04660-LMM

**Declaration of
Darcy G. Richardson**

## Introduction

1.    My name is Darcy G. Richardson, and I have been retained by the plaintiffs to determine whether Georgia's five-percent petition requirement for access to the general-election ballot was enacted with a discriminatory purpose.

2.    My investigation has led me to conclude that the Georgia General Assembly enacted the petition requirement in 1943 for the discriminatory purpose of preventing Communist Party candidates from appearing on Georgia's ballots.



DEPOSITION
EXHIBIT
CM 1 3|8|19
Richardson

## Professional Background and Experience

3.      I am an author and historian specializing in the history of independent candidates and third-party politics.

4.      I have written more than a dozen books on American political history, including a planned seven-volume series on the history of third-party politics in the United States.  The first volume in that series, Others: Third-Party Politics From the Nation's Founding to the Rise and Fall of the Greenback-Labor Party (2004), earned a Choice magazine Outstanding Academic Title award for 2005.  Other volumes in that series include: Others: Third Parties During the Populist Period (2007); Others: Third Parties from Teddy Roosevelt's Bull Moose Party to the Decline of Socialism in America (2007); and Others: "Fighting Bob" La Follette and the Progressive Movement: Third-Party Politics in the 1920s (2008). My most recent book is The Lowest Ebb: Norman Thomas and Americans Minor Parties in 1944 (2018). My work has been cited in Newsweek's "What to Read" section, and I have been quoted in major publications such as the Wall Street Journal, the Washington Times, and the Philadelphia Inquirer.

5.      Appendix A to this declaration contains a complete list of all publications that I have authored in the past 10 years.

6.      I have not testified as an expert in any cases in the last four years.

7.      I am receiving no compensation for my work in this case.

## Analysis

8.      Georgia enacted its first ballot-access law in 1922.[1]  That law provided that an independent candidate, or the nominee of any party, could appear on the general-election ballot as a candidate for any office with no petition and no fee.

9.      Georgia's permissive ballot-access law remained in place until 1943, when the General Assembly adopted a five-percent petition requirement for access to the general-election ballot.[2]  That law allowed candidates of any political party that received at least five percent of the votes in the last general election for the office to appear on the general-election ballot without a petition or fee.  The law required all other candidates to file a petition signed by at least five percent of the registered voters in the territory covered by the office. The petition deadline was 30 days before the general election.

---

[1] Act of Aug. 21, 1922, ch. 530, §3, 1922 Ga. Laws 97, 100 (codified at 1933 Ga. Code § 34-1904).
[2] Act of March 20, 1943, ch. 415, § 1, 1943 Ga. Laws 292.

3

10.     Three years earlier, Georgia's Secretary of State, John B. Wilson, had unilaterally barred Earl Browder, the Communist Party's nominee for president, and other members of the party from appearing on the state's ballots in the 1940 election.  Notwithstanding the provisions of Georgia law, Wilson justified his ruling on the grounds of public policy: "It would be against public policy to place on our ballot the names of candidates of a party which seeks to overthrow our democratic constitutional form of government."[3] Wilson also relied on advice from Georgia's Attorney General, Ellis Arnall, a noted anti-communist politician who had waged a "campaign" to keep communist candidates off of Georgia's ballots.[4]

11.     Wilson's action came in the midst of a wave of anti-communist and nativist sentiment in the United States.  The House Un-American Activities Committee was established in 1938 and anti-communist legislation soon followed in Congress and across the United States.  Examples include the Hatch Act of 1939, which outlawed the hiring of federal workers who

---

[3] *Georgia Bars Communist Candidates from Ballot*, St. Louis Post-Dispatch, Aug. 20, 1940. Wilson's justification echoed anti-communist rhetoric that was common at the time.  In 1939, for example, Congress adopted the Hatch Act, which outlawed the hiring of federal workers who advocated the "overthrow of our Constitutional form of government," a phrase that was specifically targeted at the Communist Party.  An Act to Prevent Pernicious Political Activities, Pub. L. No. 76-252, § 9A, 53 Stat. 1147 (Aug. 2, 1939).

[4] *Arnall Campaign to Bar Communists on Ballot Irks Browder*, Thomasville Press, June 28, 1940. *See also* Harold P. Henderson, *The Politics of Change in Georgia* 22 (1991).

advocated the "overthrow of our Constitutional form of government;" and the Alien Registration Act of 1940, which made it a criminal offense to advocate the violent overthrow of the government or to organize or be a member of any group or society devoted to such advocacy. A Gallup poll on May 1941 found that 71 percent of respondents favored outlawing the Communist Party altogether.[5]

12.     Shortly after the 1940 presidential election, Secretary of State Wilson was reported to be seeking legislation to keep the Communist party permanently off the ballot. At the time, Wilson proposed to require all candidates for state and national office in Georgia to file with the secretary of state sufficient information to determine whether the party "is designed to overthrow our constitutional form of government."[6] Although the communist party would not be mentioned in the bill, Wilson said that "it and any other similar party would be the primary target."[7]

13.     Although the General Assembly did not adopt Wilson's proposal in 1941 or 1942, it did adopt the five-percent petition requirement in 1943. An article in the Atlanta Constitution reported that the petition requirement was designed to "sustain[] Secretary of State John B. Wilson in refusing a

---

[5] M.J. Heale, *American Anticommunism* 129 (1990).
[6] *Legislation Sought to Bar Communists from Georgia Ballot*, Thomasville Enterprise Times, Feb. 21, 1941.
[7] *Id.*

Communist candidate for president a place on the Georgia ballot in the 1940 election."[8] The article offered no other justification for the bill.

14.    No other justification for the petition requirement is apparent in the historical record.  Between 1922 and 1943 Georgia had never had more than 5 candidates on its presidential ballot, and there had never been more than 2 senatorial candidates in a general election.

## Conclusion

15.    Based on the foregoing, it is my opinion as a professional historian that one of the purposes, if not the primary purpose, of Georgia's five-percent petition requirement was to discriminate against the Communist Party by preventing its candidates from appearing on Georgia's ballots.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 20, 2018.


Darcy G. Richardson
Jacksonville, Florida

---

[8] *State Senate Receives New Election Bills*, Atlanta Constitution, Feb. 18, 1943.

6

APPENDIX A

Darcy Richardson Publications 2008-2018

Darcy G. Richardson, *Loyola's Improbable Ramblers: 55 Years in the Making* (2018)

Darcy G. Richardson, *The Lowest Ebb: Norman Thomas and Americans Minor Parties in 1944* (2018)

Darcy G. Richardson, *Bernie: A Lifelong Crusade Against Wall Street and Wealth* (2015)

Darcy G. Richardson, *Others: "Fighting Bob" La Follette and the Progressive Movement: Third-Party Politics in the 1920s* (2008)

ATLANTA, GA.,—Attorney General Ellis Arnall's campaign to bar Communist candidate from the Georgia general election ballot last week drew critisism from Communist presidential nominee Earl Browder.

In New York Browder said Arnall's fight would style rights guaranteed to all classes under the Constitution and the youthful Attorney General retorted:

"It is ironical that candidate Browder prates of civil liberties under the Constitution when he and all his party are attempting to tear apart the Constitution and all that it stands for."

Secretary of State John B. Wilson said he would not allow the

# GEORGIA BARS COMMUNIST CANDIDATES FROM BALLOT

## Ruling in Interest of Public Policy, Secretary of State Announces.

ATLANTA, Ga., Aug. 20 (AP).— For the first time in Georgia history, Communists seeking public office will be barred in the November general election from having their names placed on the ballot.

Secretary of State John B. Wilson, who made the ruling, said: "It would be against public policy to place on our ballot the names of candidates of a party which seeks to overthrow our democratic constitutional form of government."

He explained he acted on the advice of Attorney-General Ellis Arnall. Gov. E. D. Rivers concurred in the action.

Atlanta, Feb. 21 (AP) —Secretary of State John B. Wilson said today he would ask the general assembly to enact legislation that would bar the communist party from a place on the ballot in Georgia.

The measure which he said he would recommend to the solons early next week would require all candidates in Georgia for state and national offices or the parties nominating them to file with the secretary of state sufficient information to determine whether the party "is designed to overthrow our constitutional form of government."

Although the communist party would not be mentioned in the bill, Wilson said it and any other similar party would be the primary target. He said similar legislation

# ERRATA SHEET

Witness: Darcy Richardson
Case: Martin Cowen et al. v. Brad Raffensperger
Date: March 8, 2019

| Page | Line | Change | Reason |
|---|---|---|---|
| 7 | 18-19 | "A Nation Divided: The 1968 Presidential Campaign | Correct title of book |
| 8 | 8 | And my | Word left out |
| 8 | 23 | as poor a showing as in any of his six tries for | Words left out |
| 9 | 15 | eventually be a seven-part series covering the history of | Words left out |
| 9 | 22 | on the Socialist party | Changed "a" to "the" |
| 11 | 7 | have written many, many articles and columns for various | Corrected word "columns" |
| 11 | 13-14 | It's called an Outstanding Academic Title, | Corrected words |
| 13 | 17 | D. Leigh Colvin, a historian from | Corrected name |
| 13 | 21 | Upshaw | No capital "S" |
| 13 | 24 | Prohibition party | Not "Probation" |
| 15 | 15 | Prohibition party | Singular, not Plural |
| 15 | 17 | Populists | Not "populous" |
| 15 | 21 | Republican party | Not "republication" |
| 15 | 23 | writer who filed to run against him as an independent. | Missing last 2 words in sentence |

| 16 | 14 | Populist party | Not "populous" |
| 17 | 17 | Ellis Arnall | Not "Arnold" |
| 17 | 21 | Arnall | Not "Arnold" |
| 18 | 2 | Arnall | Not "Arnold" |
| 18 | 7 | Arnall's view | Not "Arnold's" |
| 20 | 16 | Arnall | Not "Arnold" |
| 22 | 25 | Arnall | Not "Arnold" |
| 23 | 14 | Earl Browder and the Communist party | "and," not "in" |
| 25 | 13-14 | received many accolades | Word "employee" was not said |
| 26 | 9 | a lot of progressive legislation | Not "aggressively" |
| 29 | 8 | Arnall | Not "Arnold" |
| 29 | 12 | Arnall | Not "Arnold" |
| 29 | 15 | searches | Plural |
| 30 | 12 | Reform party | Not "Reformed" |
| 30 | 17-18 | auditor general in 1980 on the now-defunct Consumer party ticket. | Missing part of sentence |
| 30 | 20 | independent and minor-party politics. | Missing the word "and" |

_____          _____
WITNESS NAME                       DATE