IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>    Defendant. | Case No. 1:17-cv-04660-LMM<br><br>**Plaintiffs' Statement of Additional Facts** |

Pursuant to Local Rule 56.1(B)(2)(b), the plaintiffs respectfully submit this statement of additional facts.

1. Georgia law regarding qualifying fees discriminates on the basis of party affiliation. O.C.G.A. § 21-2-131.

2. The effect of Georgia's law regarding qualifying fees is that independent candidates and political bodies are deprived of resources during an election campaign while political parties are enriched. O.C.G.A. § 21-2-131.

3. According to campaign-finance reports from the Federal Election Commission (FEC), only ten non-incumbent Republican or Democratic nominees for U.S. Representative between 2012 and 2018 (out of 44 such nominees over that period) spent more than $55,000 to secure his or her party's nomination. (Ex. 43: FEC Reports at 1.)

4. According to campaign-finance reports from the FEC, 31 non-incumbent Republican or Democratic nominees for U.S. Representative between 2012 and 2018 (out of 44 such nominees over that period) spent less than $20,000 to secure his or her party's nomination. (Ex. 43: FEC Reports at 1.)

5. According to campaign-finance reports from the FEC, 13 non-incumbent Republican or Democratic nominees for U.S. Representative between 2012 and 2018 (out of 44 such nominees over that period) spent less

than $1,000 to secure his or her party's nomination. (Ex. 43: FEC Reports at 1.)

6. According to campaign-finance reports from the FEC, more than half of the non-incumbent Republican or Democratic nominees for U.S. Representative between 2012 and 2018 (out of 44 such nominees over that period) spent less than did plaintiff Martin Cowen in his unsuccessful bid to petition onto the ballot. (Ex. 43: FEC Reports at 1.)

7. According to campaign-finance reports from the FEC, the median non-incumbent Republican or Democratic nominees for U.S. Representative between 2012 and 2018 (out of 44 such nominees over that period) spent approximately $9,774 to secure his or her party's nomination. (Ex. 43: FEC Reports at 1.)

8. According to campaign-finance reports from the FEC, more than 75 percent of non-incumbent Republican or Democratic nominees for U.S. Representative between 2012 and 2018 spent less to secure his or her party's nomination than it would cost a single Libertarian candidate for U.S Representative to hire a professional petition-circulating company to obtain ballot access. (Ex. 43: FEC Reports at 1; Ex. 21: Wilson decl., ECF 69-24, ¶ 6.)

9. According to campaign-finance reports from the FEC, the lowest-spending 26 non-incumbent Republican or Democratic nominees for U.S. Representative between 2012 and 2018—*combined*—spent less to secure

3

their party's nomination than it would cost a single Libertarian candidate for U.S. Representative to hire a professional petition-circulating company to obtain ballot access. (Ex. 43: FEC Reports at 1; Ex. 21: Wilson decl., ECF 69-24, ¶ 6.)

10.   The Democratic nominee in the Ninth Congressional District in 2018, Josh McCall, spent only $19,109.54 to secure his party's nomination. (Ex. 43: FEC Reports at 58-61.)

11.   The Republican nominee in the Thirteenth Congressional District in 2018, David Callahan, spent only $7,988.13 to secure his party's nomination. (Ex. 43: FEC Reports at 102-05.)

12.   Most runoff elections in Georgia occur in party primaries. (Ex. 23: Harvey dep. (excerpts), ECF 69-26, 175:19-176:13.)

13.   Primary runoffs are more expensive than general runoffs. (Ex. 23: Harvey dep. (excerpts), ECF 69-26, 179:13-180:4.)

14.   In 2018, there were primary runoffs in 14 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 1-4.)

15.   In 2016, there were primary runoffs in 14 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 5-7.)

16. In 2014, there were primary runoffs in 17 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 8-10.)

17. In 2012, there were primary runoffs in 16 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 11-13.)

18. In 2010, there were primary runoffs in 22 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 14-18.)

19. In 2008, there were primary runoffs in six contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 19-20.)

20. In 2006, there were primary runoffs in 14 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 21-23.)

21. In 2004, there were primary runoffs in 26 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 24-27.)

22. In 2002, there were primary runoffs in 23 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 28-30.)

23. In 2000, there were primary runoffs in eight contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018 at 30-38.)

24. Between 2000 and 2018, there have been primary runoffs in 160 contests for partisan federal, statewide, or state legislative offices. (Ex. 44: primary runoff election results 2000-2018.)

25. Between 2000 and 2018, there have been general runoffs in only six contests for partisan federal, statewide, or state legislative offices. *See https://sos.ga.gov/index.php/Elections/current_and_past_elections_results.*

26. A runoff for a statewide office would be more expensive than a runoff for U.S. Representative would be. (Ex. 45: Harvey dep. (excerpts) 178:16-179:6.)


**/s/ Bryan L. Sells**
Attorney Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com