## EXHIBIT INDEX

Exhibit 43		FEC Reports (excerpts)

Exhibit 44		Primary Runoff Election Results 2000-2018

Exhibit 45		Deposition of Chris Harvey (excerpts)

Exhibit 46		Declaration of J. David Gillespie, Ph.D.