GA Election Night Reporting

Plaintiff's Exhibit

044

# GEORGIA SECRETARY OF STATE BRIAN P. KEMP

GENERAL PRIMARY AND NONPARTISAN GENERAL ELECTION RUNOFF

## Official Results

🗓 8/3/2018 11:50:10 AM EDT

## ▾ STATE OFFICES

### ▾ STATEWIDE OFFICES

**Governor - REP**

| Counties/Precincts Reporting: **100 %** | Percentage | Votes |
|---|---|---|
| REP   L.S. 'CASEY' CAGLE (REP) | 30.55% | 179,712 |
| REP   BRIAN KEMP (REP) | 69.45% | 408,595 |
| | | **588,307** |

**Lieutenant Governor - REP**

| Counties/Precincts Reporting: **100 %** | Percentage | Votes |
|---|---|---|
| REP   GEOFF DUNCAN (REP) | 50.14% | 280,465 |
| REP   DAVID SHAFER (REP) | 49.86% | 278,868 |
| | | **559,333** |

**Secretary Of State - REP**

| Counties/Precincts Reporting: **100 %** | Percentage | Votes |
|---|---|---|
| REP   DAVID BELLE ISLE (REP) | 38.26% | 205,223 |
| REP   BRAD RAFFENSPERGER (REP) | 61.74% | 331,127 |
| | | **536,350** |

**State School Superintendent - DEM**

| Counties/Precincts Reporting: **100 %** | Percentage | Votes |
|---|---|---|

01

| | | | |
|---|---|---|---|
| DEM | SID CHAPMAN (DEM) | 40.86% | 60,480 |
| DEM | OTHA E. THORNTON, JR (DEM) | 59.14% | 87,528 |
| | | | **148,008** |

## ▼ STATE HOUSE

### State Representative, District 19 - REP

| Counties/Precincts Reporting: **100 %** | | Percentage | Votes |
|---|---|---|---|
| REP | JOSEPH GULLETT (REP) | 56.96% | 2,321 |
| REP | PAULETTE RAKESTRAW (I) (REP) | 43.04% | 1,754 |
| | | | **4,075** |

### State Representative, District 36 - REP

| Counties/Precincts Reporting: **100 %** | | Percentage | Votes |
|---|---|---|---|
| REP | GINNY EHRHART (REP) | 51.48% | 3,487 |
| REP | THOMAS GRAY (REP) | 48.52% | 3,287 |
| | | | **6,774** |

### State Representative, District 97 - REP

| Counties/Precincts Reporting: **100 %** | | Percentage | Votes |
|---|---|---|---|
| REP | BONNIE RICH (REP) | 61.60% | 2,321 |
| REP | KIPPER TABB (REP) | 38.40% | 1,447 |
| | | | **3,768** |

### State Representative, District 102 - REP

| Counties/Precincts Reporting: **100 %** | | Percentage | Votes |
|---|---|---|---|
| REP | PAULA HASTINGS (REP) | 64.19% | 1,737 |
| REP | ZACH PROCTER (REP) | 35.81% | 969 |
| | | | **2,706** |

### State Representative, District 105 – REP

| Counties/Precincts Reporting: **100** % | | Percentage | Votes |
|---|---|---|---|
| REP | ROBIN MAUCK (REP) | 45.94% | 1,534 |
| REP | DONNA SHELDON (REP) | 54.06% | 1,805 |
| | | | **3,339** |

### State Representative, District 111 – DEM

| Counties/Precincts Reporting: **100** % | | Percentage | Votes |
|---|---|---|---|
| DEM | TARJI LEONARD DUNN (DEM) | 41.14% | 919 |
| DEM | EL-MAHDI HOLLY (DEM) | 58.86% | 1,315 |
| | | | **2,234** |

### State Representative, District 141 – REP

| Counties/Precincts Reporting: **100** % | | Percentage | Votes |
|---|---|---|---|
| REP | GARY BECHTEL (REP) | 40.24% | 2,826 |
| REP | DALE WASHBURN (REP) | 59.76% | 4,196 |
| | | | **7,022** |

### State Representative, District 144 – DEM

| Counties/Precincts Reporting: **100** % | | Percentage | Votes |
|---|---|---|---|
| DEM | GREGORY D. ODOMS (DEM) | 47.47% | 835 |
| DEM | JESSICA WALDEN (DEM) | 52.53% | 924 |
| | | | **1,759** |

## ▾ FEDERAL OFFICES

### ▾ U.S. REPRESENTATIVE

#### U.S. Representative, District 6 – DEM

| Counties/Precincts Reporting: **100** % | | Percentage | Votes |
|---|---|---|---|
| DEM | KEVIN ABEL (DEM) | 46.15% | 12,431 |

03

| DEM  LUCY MCBATH (DEM) | 53.85% | 14,504 |
|---|---|---|
| | | **26,935** |

| U.S. Representative, District 7 - DEM | | |
|---|---|---|
| Counties/Precincts Reporting: **100 %** | Percentage | Votes |
| DEM  CAROLYN BOURDEAUX (DEM) | 51.82% | 8,114 |
| DEM  DAVID KIM (DEM) | 48.18% | 7,545 |
| | | **15,659** |

# ▸ JUDICIAL OFFICES



## Counties/Precincts Reporting

- 🟩 Completely Reported
- 🟨 Partially Reported
- ⬜ Not Reporting

100%

| COUNTIES COMPLETE | **159**/159 |
|---|---|
| PRECINCTS COMPLETE | **2635**/2635 |

Copyright 2018 - www.scytl.com



Statewide Results          Results by County

**General Primary and Nonpartisan General Runoff**
**July 26, 2016**
**Website last updated** 8/5/2016 4:56:53 PM EDT

Counties Partially Reported:   0 of 96
Counties Completely Reported:   96 of 96
Counties Percent Reported:   100.00 %

**OFFICIAL RESULTS**
**Provisional ballots are included**

Customize My Search
(14 of 23)



Go To Page 1 ▼   Display ALL ▼

---

**U.S. Representative, District 3 - REP**

13 of 13 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| MIKE CRANE | | 46.06% | 19,498 |
| DREW FERGUSON | | 53.94% | 22,836 |
| | | | 42,334 |

---

**State Senator, District 24 - REP**

8 of 8 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| LEE ANDERSON | | 55.96% | 5,880 |
| GREGORY GRZYBOWSKI | | 44.04% | 4,627 |
| | | | 10,507 |

---

**State Senator, District 43 - DEM**

3 of 3 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| TONYA P. ANDERSON | | 50.06% | 4,276 |
| DEE DAWKINS-HAIGLER | | 49.94% | 4,266 |
| | | | 8,542 |

---

**State Representative, District 3 - REP**

1 of 1 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| DEWAYNE HILL | | 57.92% | 1,825 |
| JEFF HOLCOMB | | 42.08% | 1,326 |
| | | | 3,151 |

---

**State Representative, District 6 - REP**

2 of 2 Counties Reporting

05

### State Representative, District 6 - REP

| | Percent | Votes |
|---|---|---|
| TOM DICKSON (I) | 45.96% | 1,564 |
| JASON T. RIDLEY | 54.04% | 1,839 |
| | | 3,403 |

### State Representative, District 8 - REP

4 of 4 Counties Reporting

| | Percent | Votes |
|---|---|---|
| MATT GURTLER | 60.84% | 3,476 |
| KENT WOERNER | 39.16% | 2,237 |
| | | 5,713 |

### State Representative, District 59 - DEM

1 of 1 Counties Reporting

| | Percent | Votes |
|---|---|---|
| JANINE BROWN | 45.20% | 1,526 |
| DAVID DREYER | 54.80% | 1,850 |
| | | 3,376 |

### State Representative, District 62 - DEM

2 of 2 Counties Reporting

| | Percent | Votes |
|---|---|---|
| WILLIAM K. BODDIE JR | 63.41% | 1,932 |
| VALERIE V. VIE | 36.59% | 1,115 |
| | | 3,047 |

### State Representative, District 63 - DEM

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DEBRA BAZEMORE | 51.26% | 1,238 |
| LINDA PRITCHETT | 48.74% | 1,177 |
| | | 2,415 |

### State Representative, District 73 - REP

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| KAREN MATHIAK | 55.89% | 2,343 |
| JOHN YATES (I) | 44.11% | 1,849 |
| | | 4,192 |

### State Representative, District 77 - DEM

1 of 1 Counties Reporting

| | Percent | Votes |
|---|---|---|
| RHONDA BURNOUGH | 52.89% | 898 |
| DARRYL JORDAN (I) | 47.11% | 800 |
| | | 1,698 |

### State Representative, District 80 - REP

2 of 2 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| ALAN COLE | | 49.05% | 748 |
| MEAGAN HANSON | | 50.95% | 777 |
| | | | 1,525 |

### State Representative, District 81 - REP

2 of 2 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| JIM DUFFIE | | 28.91% | 205 |
| LANE FLYNN | | 71.09% | 504 |
| | | | 709 |

### State Representative, District 91 - DEM

2 of 2 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| VERNON JONES | | 53.99% | 2,062 |
| RHONDA S. TAYLOR | | 46.01% | 1,757 |
| | | | 3,819 |

Copyright © 2019 Powered by - Scytl

07



# GEORGIA ELECTION RESULTS
A public service of
Secretary of State Brian P. Kemp

Statewide Results       Results by County

**General Primary Runoff and General Nonpartisan Election Runoff**
**July 22, 2014**
**Website last updated** 7/28/2014 6:24:07 PM EDT

**OFFICIAL RESULTS**
**Provisional ballots included**

| | |
|---|---|
| Counties Partially Reported: | 0 of 159 |
| Counties Completely Reported: | 159 of 159 |
| Counties Percent Reported: | 100.00 % |

Customize My Search
(17 of 21)



Go To Page 1 ▼   Display ALL ▼

---

### United States Senator, Chambliss - REP

159 of 159 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| J. H. 'JACK' KINGSTON | | 49.12% | 237,448 |
| DAVID A. PERDUE | | 50.88% | 245,951 |
| | | | 483,399 |

---

### State School Superintendent - REP

159 of 159 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| MICHAEL L. 'MIKE' BUCK | | 49.91% | 198,740 |
| RICHARD L. WOODS | | 50.09% | 199,453 |
| | | | 398,193 |

---

### State School Superintendent - DEM

159 of 159 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| ALISHA THOMAS MORGAN | | 45.63% | 61,882 |
| VALARIE D. WILSON | | 54.37% | 73,740 |
| | | | 135,622 |

---

### U.S. Representative, District 1 - REP

17 of 17 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| E. L. 'BUDDY' CARTER | | 53.81% | 22,871 |
| ROBERT E. 'BOB' JOHNSON | | 46.19% | 19,632 |
| | | | 42,503 |

---

### U.S. Representative, District 1 - DEM

17 of 17 Counties Reporting

## U.S. Representative, District 1 - DEM

| | | Percent | Votes |
|---|---|---|---|
| BRIAN CORWIN REESE | | 63.09% | 6,531 |
| AMY L. TAVIO | | 36.91% | 3,821 |
| | | | 10,352 |

## U.S. Representative, District 10 - REP

25 of 25 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| M. A. 'MIKE' COLLINS | | 45.68% | 22,684 |
| JODY B. HICE | | 54.32% | 26,975 |
| | | | 49,659 |

## U.S. Representative, District 11 - REP

4 of 4 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| R. L. 'BOB' BARR | | 33.93% | 17,807 |
| BARRY D. LOUDERMILK | | 66.07% | 34,667 |
| | | | 52,474 |

## State Senator, District 8 - REP

7 of 7 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| C. ELLIS BLACK | | 50.40% | 3,611 |
| JOHN P. PAGE | | 49.60% | 3,553 |
| | | | 7,164 |

## State Senator, District 9 - REP

1 of 1 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| MICHAEL A. 'MIKE' BEAUDREAU | | 47.03% | 7,028 |
| P. K. MARTIN | | 52.97% | 7,917 |
| | | | 14,945 |

## State Senator, District 16 - REP

4 of 4 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| M. H. 'MARTY' HARBIN | | 59.63% | 8,960 |
| DAVID J. STUDDARD | | 40.37% | 6,065 |
| | | | 15,025 |

## State Senator, District 22 - DEM

1 of 1 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| COREY L. JOHNSON | | 39.02% | 3,919 |
| HAROLD V. JONES II. | | 60.98% | 6,125 |
| | | | 10,044 |



**State Senator, District 27 - REP**

1 of 1 Counties Reporting

| | Percent | Votes |
|---|---|---|
| JACK MURPHY (I) | 33.83% | 5,521 |
| MICHAEL E. WILLIAMS | 66.17% | 10,800 |
| | | 16,321 |

**State Representative, District 1 - REP**

2 of 2 Counties Reporting

| | Percent | Votes |
|---|---|---|
| JOHN V. DEFFENBAUGH (I) | 55.05% | 1,351 |
| ROBERT F. GOFF | 44.95% | 1,103 |
| | | 2,454 |

**State Representative, District 22 - REP**

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| MEAGAN C. BIELLO | 31.36% | 1,961 |
| WESLEY E. 'WES' CANTRELL | 68.64% | 4,292 |
| | | 6,253 |

**State Representative, District 54 - REP**

1 of 1 Counties Reporting

| | Percent | Votes |
|---|---|---|
| BETH BESKIN | 83.89% | 3,040 |
| JOHN J. MCCLOSKEY | 16.11% | 584 |
| | | 3,624 |

**State Representative, District 112 - REP**

2 of 2 Counties Reporting

| | Percent | Votes |
|---|---|---|
| D. C. 'DAVE' BELTON | 50.95% | 2,885 |
| J. AARON BROOKS | 49.05% | 2,777 |
| | | 5,662 |

**State Representative, District 153 - DEM**

1 of 1 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DARREL B. EALUM | 52.13% | 2,120 |
| CAROL HOOD FULLERTON (I) | 47.87% | 1,947 |
| | | 4,067 |

Powered by - SOE Software



# GEORGIA ELECTION RESULTS
A public service of
Secretary of State Brian P. Kemp

Statewide Results    Results by County

**General Primary Runoff/General Nonpartisan Runoff/Special Election Runoff**
**August 21, 2012**
**Website last updated** 10/17/2012 1:17:58 PM EDT

**OFFICIAL RESULTS**

| | |
|---|---|
| **Counties Partially Reported:** | 0 of 124 |
| **Counties Completely Reported:** | 123 of 124 |
| **Counties Percent Reported:** | 99.19 % |

*Customize My Search*
(15 of 17)

Go To Page 1 ▾  Display ALL ▾

---

### U.S. Representative, District 2 - REP

29 of 29 Counties Reporting

| | | **Percent** | **Votes** |
|---|---|---|---|
| RICK ALLEN (REP) | | 45.04% | 2,217 |
| JOHN HOUSE (REP) | | 54.96% | 2,705 |
| | | | 4,922 |

---

### U.S. Representative, District 9 - REP

20 of 20 Counties Reporting

| | | **Percent** | **Votes** |
|---|---|---|---|
| DOUG COLLINS (REP) | | 54.62% | 39,016 |
| MARTHA ZOLLER (REP) | | 45.38% | 32,417 |
| | | | 71,433 |

---

### U.S. Representative, District 12 - REP

19 of 19 Counties Reporting

| | | **Percent** | **Votes** |
|---|---|---|---|
| RICK ALLEN (REP) | | 49.71% | 13,626 |
| LEE ANDERSON (REP) | | 50.29% | 13,785 |
| | | | 27,411 |

---

### State Senator, District 26 - DEM

7 of 7 Counties Reporting

| | | **Percent** | **Votes** |
|---|---|---|---|
| DAVID E. LUCAS SR. (DEM) | | 50.63% | 8,662 |
| MIRIAM PARIS (I) (DEM) | | 49.37% | 8,446 |
| | | | 17,108 |

---

### State Senator, District 31 - REP

3 of 3 Counties Reporting

**State Senator, District 31 - REP**

| | Percent | Votes |
|---|---|---|
| BILL CARRUTH (REP) | 45.39% | 5,262 |
| BILL HEATH (I) (REP) | 54.61% | 6,331 |
| | | 11,593 |

**State Senator, District 44 - DEM**

2 of 2 Counties Reporting

| | Percent | Votes |
|---|---|---|
| GAIL BUCKNER (DEM) | 45.79% | 7,091 |
| GAIL P. DAVENPORT (I (DEM) | 54.21% | 8,395 |
| | | 15,486 |

**State Representative, District 1 - REP**

2 of 2 Counties Reporting

| | Percent | Votes |
|---|---|---|
| JOHN DEFFENBAUGH (REP) | 51.33% | 1,878 |
| ALAN PAINTER (REP) | 48.67% | 1,781 |
| | | 3,659 |

**State Representative, District 28 - REP**

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DAN GASAWAY (REP) | 52.71% | 3,647 |
| JON HEFFER (REP) | 47.29% | 3,272 |
| | | 6,919 |

**State Representative, District 41 - DEM**

1 of 1 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DIANA L. ECKLES (DEM) | 38.68% | 364 |
| MICHAEL SMITH (DEM) | 61.32% | 577 |
| | | 941 |

**State Representative, District 62 - DEM**

2 of 2 Counties Reporting

| | Percent | Votes |
|---|---|---|
| MARVIN ARRINGTON (DEM) | 37.20% | 805 |
| LADAWN 'LBJ' B. JONE (DEM) | 62.80% | 1,359 |
| | | 2,164 |

**State Representative, District 63 - DEM**

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| T. J. COPELAND (DEM) | 35.16% | 907 |
| RONNIE MABRA (DEM) | 64.84% | 1,673 |
| | | 2,580 |

### State Representative, District 66 - REP

2 of 2 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| MICHAEL 'MIKE' MILLE (REP) | | 17.86% | 443 |
| BOB SNELLING (REP) | | 82.14% | 2,037 |
| | | | 2,480 |

### State Representative, District 92 - DEM

2 of 2 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| TONYA P. ANDERSON (DEM) | | 51.07% | 405 |
| DOREEN WILLIAMS (DEM) | | 48.93% | 388 |
| | | | 793 |

### State Representative, District 113 - DEM

2 of 2 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| PAM DICKERSON (I) (DEM) | | 56.06% | 754 |
| SHARON SAWYER (DEM) | | 43.94% | 591 |
| | | | 1,345 |

### State Representative, District 139 - DEM

4 of 4 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| PATTY BENTLEY (DEM) | | 50.36% | 3,002 |
| THOMAS COOGLE (DEM) | | 49.64% | 2,959 |
| | | | 5,961 |

Powered by - SOE Software

# GEORGIA SECRETARY OF STATE

# ELECTION RESULTS

**Georgia Election Results**
**Official Results of the Tuesday, August 10, 2010 Primary Election Runoff**

Last Updated Wednesday, August 18, 2010 9:03:01 AM

**Governor**
100% of precincts reporting
 Total Precincts: 2860
 Election Day Voting: 2860 / 2860 (100%)
 Early Voting (In Person): 2860 / 2860 (100%)
 Early Voting (By Mail): 2860 / 2860 (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Nathan Deal | 291,035 | 50.2% | No Candidates | 0 | 0.0% |
| Karen Handel | 288,516 | 49.8% | | | |
| **Totals** | **579,551** | | | | |
| *County Results* | | | | | |

**Secretary Of State**
100% of precincts reporting
 Total Precincts: 9
 Election Day Voting: 9 / 9 (100%)
 Early Voting (In Person): 9 / 9 (100%)
 Early Voting (By Mail): 9 / 9 (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| No Candidates | 0 | 0.0% | Georganna Sinkfield | 62,576 | 61.8% |
| | | | Gail Buckner | 38,599 | 38.2% |
| | | | **Totals** | **101,175** | |
| | | | *County Results* | | |

**Attorney General**
100% of precincts reporting
 Total Precincts: 2860
 Election Day Voting: 2860 / 2860 (100%)
 Early Voting (In Person): 2860 / 2860 (100%)
 Early Voting (By Mail): 2860 / 2860 (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Sam Olens | 299,580 | 58.9% | No Candidates | 0 | 0.0% |
| Preston W. Smith | 209,273 | 41.1% | | | |
| **Totals** | **508,853** | | | | |
| *County Results* | | | | | |

**Commissioner Of Insurance**
100% of precincts reporting
 Total Precincts: 2860
 Election Day Voting: 2860 / 2860 (100%)
 Early Voting (In Person): 2860 / 2860 (100%)

Early Voting (By Mail): 2860 / 2860 (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Ralph T. Hudgens | 284,447 | 55.2% | No Candidates | 0 | 0.0% |
| Maria Sheffield | 230,453 | 44.8% | | | |
| **Totals** | **514,900** | | | | |
| *County Results* | | | | | |

---

**Public Service Commission, District 2 - Eastern**
100% of precincts reporting
  Total Precincts: 2860
  Election Day Voting: 2860 / 2860 (100%)
  Early Voting (In Person): 2860 / 2860 (100%)
  Early Voting (By Mail): 2860 / 2860 (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Tim Echols | 248,226 | 52.3% | No Candidates | 0 | 0.0% |
| John Douglas | 226,292 | 47.7% | | | |
| **Totals** | **474,518** | | | | |
| *County Results* | | | | | |

---

**U.S. Representative, District 7**
100% of precincts reporting
  Total Precincts: 189
  Election Day Voting: 189 / 189 (100%)
  Early Voting (In Person): 189 / 189 (100%)
  Early Voting (By Mail): 189 / 189 (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Rob Woodall | 39,987 | 56.0% | No Candidates | 0 | 0.0% |
| Jody Hice | 31,426 | 44.0% | | | |
| **Totals** | **71,413** | | | | |
| *County Results* | | | | | |

---

**U.S. Representative, District 9**
100% of precincts reporting
  Total Precincts: 205
  Election Day Voting: 205 / 205 (100%)
  Early Voting (In Person): 205 / 205 (100%)
  Early Voting (By Mail): 205 / 205 (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Tom Graves | 41,878 | 55.2% | No Candidates | 0 | 0.0% |
| Lee Hawkins | 33,975 | 44.8% | | | |
| **Totals** | **75,853** | | | | |
| *County Results* | | | | | |

---

**U.S. Representative, District 12**
100% of precincts reporting
  Total Precincts: 288
  Election Day Voting: 288 / 288 (100%)
  Early Voting (In Person): 288 / 288 (100%)
  Early Voting (By Mail): 288 / 288 (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Raymond Mckinney | 14,256 | 62.0% | No Candidates | 0 | 0.0% |
| Carl Smith | 8,724 | 38.0% | | | |
| **Totals** | **22,980** | | | | |
| *County Results* | | | | | |

---

**U.S. Representative, District 13**
100% of precincts reporting
  Total Precincts: 173
  Election Day Voting: 173 / 173 (100%)
  Early Voting (In Person): 173 / 173 (100%)

Early Voting (By Mail): 173 / 173  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Mike Crane | 15,286 | 67.5% | No Candidates | 0 | 0.0% |
| Deborah Honeycutt | 7,349 | 32.5% | | | |
| **Totals** | **22,635** | | | | |
| *County Results* | | | | | |

**State Senator, District 17**
100% of precincts reporting
Total Precincts: 53
Election Day Voting: 53 / 53  (100%)
Early Voting (In Person): 53 / 53  (100%)
Early Voting (By Mail): 53 / 53  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Rick Jeffares | 10,708 | 60.1% | No Candidates | 0 | 0.0% |
| Todd Hilton | 7,109 | 39.9% | | | |
| **Totals** | **17,817** | | | | |
| *County Results* | | | | | |

**State Senator, District 47**
100% of precincts reporting
Total Precincts: 62
Election Day Voting: 62 / 62  (100%)
Early Voting (In Person): 62 / 62  (100%)
Early Voting (By Mail): 62 / 62  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Frank Ginn | 8,964 | 55.3% | No Candidates | 0 | 0.0% |
| Shane Coley | 7,257 | 44.7% | | | |
| **Totals** | **16,221** | | | | |
| *County Results* | | | | | |

**State Senator, District 56**
100% of precincts reporting
Total Precincts: 51
Election Day Voting: 51 / 51  (100%)
Early Voting (In Person): 51 / 51  (100%)
Early Voting (By Mail): 51 / 51  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| John Albers | 7,156 | 50.7% | No Candidates | 0 | 0.0% |
| Brandon Beach | 6,955 | 49.3% | | | |
| **Totals** | **14,111** | | | | |
| *County Results* | | | | | |

**State Representative, District 14**
100% of precincts reporting
Total Precincts: 14
Election Day Voting: 14 / 14  (100%)
Early Voting (In Person): 14 / 14  (100%)
Early Voting (By Mail): 14 / 14  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Christian Coomer | 2,369 | 51.4% | No Candidates | 0 | 0.0% |
| Shep Helton | 2,237 | 48.6% | | | |
| **Totals** | **4,606** | | | | |
| *County Results* | | | | | |

**State Representative, District 19**
100% of precincts reporting
Total Precincts: 8
Election Day Voting: 8 / 8  (100%)
Early Voting (In Person): 8 / 8  (100%)

Early Voting (By Mail): 8 / 8  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Paulette Rakestraw Braddock | 2,717 | 50.4% | No Candidates | 0 | 0.0% |
| Daniel Stout | 2,671 | 49.6% | | | |
| **Totals** | **5,388** | | | | |
| *County Results* | | | | | |

**State Representative, District 75**
100% of precincts reporting
Total Precincts: 11
Election Day Voting: 11 / 11  (100%)
Early Voting (In Person): 11 / 11  (100%)
Early Voting (By Mail): 11 / 11  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| No Candidates | 0 | 0.0% | Yasmin Neal | 358 | 54.0% |
| | | | H. Shawn James | 305 | 46.0% |
| | | | **Totals** | **663** | |
| | | | *County Results* | | |

**State Representative, District 94**
100% of precincts reporting
Total Precincts: 15
Election Day Voting: 15 / 15  (100%)
Early Voting (In Person): 15 / 15  (100%)
Early Voting (By Mail): 15 / 15  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| No Candidates | 0 | 0.0% | Dar'shun N. Kendrick | 741 | 69.3% |
| | | | Rhonda Peek | 329 | 30.7% |
| | | | **Totals** | **1,070** | |
| | | | *County Results* | | |

**State Representative, District 95**
100% of precincts reporting
Total Precincts: 16
Election Day Voting: 16 / 16  (100%)
Early Voting (In Person): 16 / 16  (100%)
Early Voting (By Mail): 16 / 16  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| No Candidates | 0 | 0.0% | Pam Dickerson | 660 | 53.6% |
| | | | Toney Collins | 572 | 46.4% |
| | | | **Totals** | **1,232** | |
| | | | *County Results* | | |

**State Representative, District 102**
100% of precincts reporting
Total Precincts: 18
Election Day Voting: 18 / 18  (100%)
Early Voting (In Person): 18 / 18  (100%)
Early Voting (By Mail): 18 / 18  (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| B.J. Pak | 2,911 | 54.3% | No Candidates | 0 | 0.0% |
| Linda Carsten | 2,447 | 45.7% | | | |
| **Totals** | **5,358** | | | | |
| *County Results* | | | | | |

**State Representative, District 110**
100% of precincts reporting
Total Precincts: 20
Election Day Voting: 20 / 20  (100%)
Early Voting (In Person): 20 / 20  (100%)

Early Voting (By Mail): 20 / 20   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Andrew "Andy" J. Welch III | 3,336 | 54.2% | No Candidates | 0 | 0.0% |
| Lee M. Spahos | 2,824 | 45.8% | | | |
| **Totals** | **6,160** | | | | |
| *County Results* | | | | | |

---

**State Representative, District 143**
100% of precincts reporting
  Total Precincts: 18
  Election Day Voting: 18 / 18   (100%)
  Early Voting (In Person): 18 / 18   (100%)
  Early Voting (By Mail): 18 / 18   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| No Candidates | 0 | 0.0% | Pablo Santamaria | 2,457 | 51.3% |
| | | | Mitch Warnock | 2,331 | 48.7% |
| | | | **Totals** | **4,788** | |
| | | | *County Results* | | |

---

**State Representative, District 179**
100% of precincts reporting
  Total Precincts: 11
  Election Day Voting: 11 / 11   (100%)
  Early Voting (In Person): 11 / 11   (100%)
  Early Voting (By Mail): 11 / 11   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Alex Atwood | 2,115 | 51.2% | No Candidates | 0 | 0.0% |
| Shaw McVeigh | 2,012 | 48.8% | | | |
| **Totals** | **4,127** | | | | |
| *County Results* | | | | | |

---

**State Representative, District 180**
100% of precincts reporting
  Total Precincts: 15
  Election Day Voting: 15 / 15   (100%)
  Early Voting (In Person): 15 / 15   (100%)
  Early Voting (By Mail): 15 / 15   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Jason Spencer | 2,193 | 54.9% | No Candidates | 0 | 0.0% |
| Cecily Hill | 1,805 | 45.1% | | | |
| **Totals** | **3,998** | | | | |
| *County Results* | | | | | |

---

# GEORGIA SECRETARY OF STATE

# ELECTION RESULTS

**Georgia Election Results**
**Official Results of the Tuesday, August 05, 2008 Primary Election Runoff**

Last Updated Tuesday, August 19, 2008  11:57:45 PM

**Click Here to view Vote Totals by Precinct**

---

**United States Senator, Chambliss**
100% of precincts reporting

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| No Candidates | 0 | 0.0% | Jim Martin | 191,061 | 59.9% |
| | | | Vernon Jones | 127,993 | 40.1% |
| | | | **Totals** | **319,054** | |
| | | | *County Results* | | |

---

**State Senator, District 44**
100% of precincts reporting

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| No Candidates | 0 | 0.0% | Gail Buckner | 7,519 | 54.9% |
| | | | Gail Davenport | 6,168 | 45.1% |
| | | | **Totals** | **13,687** | |
| | | | *County Results* | | |

---

**State Senator, District 50**
100% of precincts reporting

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Jim Butterworth | 6,357 | 62.3% | No Candidates | 0 | 0.0% |
| Nancy Schaefer | 3,843 | 37.7% | | | |
| **Totals** | **10,200** | | | | |
| *County Results* | | | | | |

---

**State Representative, District 61**
100% of precincts reporting

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| No Candidates | 0 | 0.0% | Ralph Long, III | 1,470 | 57.3% |
| | | | Keisha Waites | 1,094 | 42.7% |
| | | | **Totals** | **2,564** | |
| | | | *County Results* | | |

---

**State Representative, District 91**
100% of precincts reporting

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|

---

|  | | | Rahn Mayo | 2,796 | 55.2% |
| No Candidates | 0 | 0.0% | Rita Robinzine | 2,269 | 44.8% |
|  | | | **Totals** | **5,065** | |
|  | | | *County Results* | | |

**State Representative, District 93**
100% of precincts reporting

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
| --- | --- | --- | --- | --- | --- |
| No Candidates | 0 | 0.0% | Dee Dawkins-Haigler | 2,376 | 60.8% |
|  | | | Malik Douglas | 1,532 | 39.2% |
|  | | | **Totals** | **3,908** | |
|  | | | *County Results* | | |

G E O R G I A    S E C R E T A R Y    O F    S T A T E

## ELECTION RESULTS

**Georgia Election Results**
**Official Results of the August 8, 2006 Primary Runoff Election**

*Last Updated 12:10:21 p.m. 08-15-2006*

---

### LIEUTENANT GOVERNOR
### Democrat

```
100 % of precincts reporting

GREG HECHT          85,399   37.6 %
JIM MARTIN         141,927   62.4 %
```

---

### SECRETARY OF STATE
### Democrat

```
100 % of precincts reporting

GAIL BUCKNER       119,238   55.1 %
DARRYL HICKS        97,061   44.9 %
```

---

### SECRETARY OF STATE
### Republican

```
100 % of precincts reporting

KAREN HANDEL        96,931   56.6 %
BILL STEPHENS       74,198   43.4 %
```

---

### COMMISSIONER OF AGRICULTURE
### Republican

```
100 % of precincts reporting

GARY BLACK         101,274   60.0 %
BRIAN KEMP          67,509   40.0 %
```

---

### UNITED STATES REPRESENTATIVE - 4TH DISTRICT
### Democrat

```
100 % of precincts reporting

HANK JOHNSON        41,281   58.8 %
CYNTHIA MCKINNEY    28,915   41.2 %
```

---

### STATE SENATOR - DISTRICT 43
### Democrat

```
100 % of precincts reporting
```

| RON RAMSEY | 8,741 | 52.1 % |
| BOBBIE SANFORD | 8,048 | 47.9 % |

## STATE SENATOR - DISTRICT 49
**Republican**

100 % of precincts reporting

| LEE HAWKINS | 5,964 | 57.9 % |
| MARK MUSSELWHITE | 4,338 | 42.1 % |

## STATE REPRESENTATIVE - DISTRICT 16
**Democrat**

100 % of precincts reporting

| RICK CRAWFORD | 1,745 | 60.1 % |
| WRIGHT GAMMON | 1,160 | 39.9 % |

## STATE REPRESENTATIVE - DISTRICT 22
**Republican**

100 % of precincts reporting

| SEAN JERGUSON | 1,737 | 50.5 % |
| MARY WILHITE | 1,702 | 49.5 % |

## STATE REPRESENTATIVE - DISTRICT 58
**Democrat**

100 % of precincts reporting

| ROBBIN SHIPP | 1,675 | 53.5 % |
| ALLEN THORNELL | 1,455 | 46.5 % |

## STATE REPRESENTATIVE - DISTRICT 59
**Democrat**

100 % of precincts reporting

| DOUGLAS DEAN | 1,174 | 46.5 % |
| MARGARET KAISER | 1,350 | 53.5 % |

## STATE REPRESENTATIVE - DISTRICT 76
**Democrat**

100 % of precincts reporting

| MIKE GLANTON | 1,649 | 58.0 % |
| JAWNICE SCOTT | 1,192 | 42.0 % |

## STATE REPRESENTATIVE - DISTRICT 122
**Democrat**

100 % of precincts reporting

| RICHARD COLCLOUGH | 485 | 31.5 % |
| HARDIE DAVIS | 1,055 | 68.5 % |

## STATE REPRESENTATIVE - DISTRICT 137
**Republican**

100 % of precincts reporting

| STEBIN HORNE | 1,929 | 34.4 % |
| ALLEN PEAKE | 3,685 | 65.6 % |

GEORGIA SECRETARY OF STATE

ELECTION RESULTS

**Georgia Election Results**
**Official Results of the August 10, 2004 Primary Runoff Election**

*Last Updated 3:59:01 p.m. 08-19-2004*

---

### UNITED STATES SENATOR
### Democrat

```
100 % of precincts reporting

DENISE MAJETTE        161,733    59.4 %
CLIFF OXFORD          110,526    40.6 %
```

---

### UNITED STATES REPRESENTATIVE - 6TH DISTRICT
### Republican

```
100 % of precincts reporting

ROBERT LAMUTT          23,959    46.0 %
TOM PRICE              28,180    54.0 %
```

---

### UNITED STATES REPRESENTATIVE - 8TH DISTRICT
### Republican

```
100 % of precincts reporting

DYLAN GLENN            27,485    44.5 %
LYNN WESTMORELAND      34,250    55.5 %
```

---

### STATE SENATOR - DISTRICT 3
### Republican

```
100 % of precincts reporting

JEFF CHAPMAN            4,265    52.0 %
SHAW MCVEIGH            3,937    48.0 %
```

---

### STATE SENATOR - DISTRICT 5
### Democrat

```
100 % of precincts reporting

MARGIE BUSH              684    37.9 %
CURT THOMPSON          1,123    62.1 %
```

---

### STATE SENATOR - DISTRICT 10
### Democrat

```
100 % of precincts reporting
```

```
EMANUEL JONES        6,075   57.2 %
GEORGE MADDOX        4,550   42.8 %
```

## STATE SENATOR - DISTRICT 16
**Republican**

```
100 % of precincts reporting

BILL BONNER          6,117   47.8 %
RONNIE CHANCE        6,670   52.2 %
```

## STATE SENATOR - DISTRICT 17
**Republican**

```
100 % of precincts reporting

JOHN DOUGLAS         6,051   51.9 %
WILLIAM WATERS       5,616   48.1 %
```

## STATE SENATOR - DISTRICT 31
**Republican**

```
100 % of precincts reporting

BILL HEATH           5,342   50.6 %
MASON ROUNTREE       5,215   49.4 %
```

## STATE SENATOR - DISTRICT 32
**Republican**

```
100 % of precincts reporting

JUDSON HILL          7,880   54.0 %
MITCHELL KAYE        6,722   46.0 %
```

## STATE SENATOR - DISTRICT 37
**Republican**

```
100 % of precincts reporting

LANCE COOPER         5,632   47.1 %
JOHN  WILES          6,321   52.9 %
```

## STATE SENATOR - DISTRICT 40
**Republican**

```
100 % of precincts reporting

BART LADD            3,047   46.3 %
DAN WEBER            3,534   53.7 %
```

## STATE SENATOR - DISTRICT 43
**Democrat**

```
100 % of precincts reporting

MARY  DAVIS          4,617   49.0 %
STEEN MILES          4,806   51.0 %
```

## STATE SENATOR - DISTRICT 50
**Republican**

```
100 % of precincts reporting

ROBERT CAUDELL       5,058   46.4 %
NANCY SCHAEFER       5,846   53.6 %
```

## STATE REPRESENTATIVE - DISTRICT 20
**Republican**

100 % of precincts reporting

```
CHARLICE BYRD          1,593   50.1 %
GINA CARR              1,589   49.9 %
```

## STATE REPRESENTATIVE - DISTRICT 22
## Republican

100 % of precincts reporting

```
CHUCK SCHEID           1,860   58.1 %
MARY WILHITE           1,343   41.9 %
```

## STATE REPRESENTATIVE - DISTRICT 35
## Republican

100 % of precincts reporting

```
DARYL KIDD             1,082   36.5 %
ED SETZLER             1,880   63.5 %
```

## STATE REPRESENTATIVE - DISTRICT 44
## Democrat

100 % of precincts reporting

```
SHELIA JONES           1,879   53.2 %
JOHN NOEL              1,654   46.8 %
```

## STATE REPRESENTATIVE - DISTRICT 54
## Republican

100 % of precincts reporting

```
JIM KING               1,478   39.3 %
ED LINDSEY             2,279   60.7 %
```

## STATE REPRESENTATIVE - DISTRICT 68
## Republican

100 % of precincts reporting

```
TIM BEARDEN            1,745   50.6 %
GEORGE POPE            1,706   49.4 %
```

## STATE REPRESENTATIVE - DISTRICT 72
## Republican

100 % of precincts reporting

```
ALISON CHAMBERS        2,546   41.0 %
DAN LAKLY              3,661   59.0 %
```

## STATE REPRESENTATIVE - DISTRICT 74
## Democrat

100 % of precincts reporting

```
ROBERTA SALAAM         1,343   54.6 %
GEORGE JEBURK          1,117   45.4 %
```

## STATE REPRESENTATIVE - DISTRICT 87
## Democrat

100 % of precincts reporting

```
GLORIA GAINES          1,465   42.2 %
MICHELE HENSON         2,010   57.8 %
```

**STATE REPRESENTATIVE - DISTRICT 95**
**Republican**

100 % of precincts reporting

| | | |
|---|---|---|
| TERRY MILTON | 1,312 | 42.7 % |
| ROBERT F. MUMFORD | 1,763 | 57.3 % |

**STATE REPRESENTATIVE - DISTRICT 98**
**Republican**

100 % of precincts reporting

| | | |
|---|---|---|
| MIKE MUNTEAN | 1,536 | 43.4 % |
| BOBBY REESE | 2,000 | 56.6 % |

**STATE REPRESENTATIVE - DISTRICT 151**
**Democrat**

100 % of precincts reporting

| | | |
|---|---|---|
| LAWRENCE ROBERTS | 1,378 | 38.8 % |
| FREDDIE SIMS | 2,175 | 61.2 % |

G E O R G I A    S E C R E T A R Y    O F    S T A T E

## ELECTION RESULTS

**Georgia Election Results**
**Official Results of the September 10, 2002 Primary Runoff Election**

*Last Updated 3:48:59 p.m. 09-18-2002*

---

**LIEUTENANT GOVERNOR**
**Republican**

100 % of precincts reporting

| | | |
|---|---|---|
| MIKE BEATTY | 88,398 | 49.5 % |
| STEVE STANCIL | 90,329 | 50.5 % |

---

**SECRETARY OF STATE**
**Republican**

100 % of precincts reporting

| | | |
|---|---|---|
| CHARLIE BAILEY | 103,900 | 59.9 % |
| VERNADETTE BROYLES | 69,598 | 40.1 % |

---

**STATE SCHOOL SUPERINTENDENT**
**Democrat**

100 % of precincts reporting

| | | |
|---|---|---|
| BARBARA CHRISTMAS | 100,716 | 61.6 % |
| JOE MARTIN | 62,821 | 38.4 % |

---

**UNITED STATES REPRESENTATIVE - 4TH DISTRICT**
**Republican**

100 % of precincts reporting

| | | |
|---|---|---|
| CATHERINE DAVIS | 816 | 38.7 % |
| CYNTHIA VAN AUKEN | 1,292 | 61.3 % |

---

**UNITED STATES REPRESENTATIVE - 11TH DISTRICT**
**Republican**

100 % of precincts reporting

| | | |
|---|---|---|
| PHIL GINGREY | 9,930 | 63.6 % |
| CECIL STATON | 5,692 | 36.4 % |

---

**UNITED STATES REPRESENTATIVE - 12TH DISTRICT**
**Democrat**

100 % of precincts reporting

| BEN ALLEN    | 13,877 | 45.8 % |
| CHAMP WALKER | 16,405 | 54.2 % |

## STATE SENATOR - DISTRICT 5
### Republican

100 % of precincts reporting

| JIMMY HERCHEK | 526 | 60.5 % |
| GREG HOWARD   | 344 | 39.5 % |

## STATE SENATOR - DISTRICT 27
### Republican

100 % of precincts reporting

| PRICE HARDING | 5,131 | 43.7 % |
| DAN MOODY     | 6,618 | 56.3 % |

## STATE SENATOR - DISTRICT 34
### Democrat

100 % of precincts reporting

| VALENCIA SEAY     | 3,382 | 75.5 % |
| PRUDENCIA TROTTER | 1,100 | 24.5 % |

## STATE SENATOR - DISTRICT 36
### Democrat

100 % of precincts reporting

| BRENDA MUHAMMAD | 2,737 | 46.8 % |
| SAM ZAMARRIPA   | 3,107 | 53.2 % |

## STATE SENATOR - DISTRICT 45
### Republican

100 % of precincts reporting

| JOYCE STEVENS    | 3,611 | 36.1 % |
| RENEE' UNTERMAN  | 6,391 | 63.9 % |

## STATE REPRESENTATIVE - DIST. 3 P2
### Republican

100 % of precincts reporting

| KAREN ROARK | 1,820 | 42.7 % |
| JACK WHITE  | 2,443 | 57.3 % |

## STATE REPRESENTATIVE - DISTRICT 9
### Republican

100 % of precincts reporting

| AMOS AMERSON | 1,355 | 54.2 % |
| CLINT SMITH  | 1,147 | 45.8 % |

## STATE REPRESENTATIVE - DISTRICT 16
### Republican

100 % of precincts reporting

| BECKY BABCOCK | 2,758 | 50.0 % |
| CALVIN HILL   | 2,763 | 50.0 % |

## STATE REPRESENTATIVE - DISTRICT 31
### Republican

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| MATT DOLLAR | 2,383 | 57.3 % |
| PAT WILDER | 1,774 | 42.7 % |

## STATE REPRESENTATIVE - DISTRICT 44
**Democrat**

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| BILLY MCKINNEY | 1,619 | 35.8 % |
| JOHN NOEL | 2,899 | 64.2 % |

## STATE REPRESENTATIVE - DISTRICT 45
**Democrat**

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| HORACE BOND | 1,390 | 46.0 % |
| ROGER BRUCE | 1,630 | 54.0 % |

## STATE REPRESENTATIVE - DIST. 61 P3
**Democrat**

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| GLORIA GAINES | 1,392 | 49.6 % |
| BILLY MITCHELL | 1,413 | 50.4 % |

## STATE REPRESENTATIVE - DIST. 70 P3
**Republican**

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| JOHN HEARD | 2,692 | 56.0 % |
| JEFF WILLIAMS | 2,115 | 44.0 % |

## STATE REPRESENTATIVE - DIST. 71 P2
**Republican**

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| DONNA SHELDON | 3,577 | 61.9 % |
| KEN WORKMAN | 2,201 | 38.1 % |

## STATE REPRESENTATIVE - DISTRICT 81
**Democrat**

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| VIVIAN BALDWIN | 621 | 39.1 % |
| VICTOR HILL | 966 | 60.9 % |

## STATE REPRESENTATIVE - DIST. 124 P2
**Democrat**

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| SABRINA KENT | 1,977 | 40.2 % |
| EDWARD STEPHENS | 2,943 | 59.8 % |

## STATE REPRESENTATIVE - DISTRICT 137
**Republican**

```
100 % of precincts reporting
```

| | | |
|---|---|---|
| DARREL EALUM | 818 | 38.4 % |
| ED RYNDERS | 1,313 | 61.6 % |

**G E O R G I A   S E C R E T A R Y   O F   S T A T E**

**ELECTION RESULTS**

**Georgia Election Results**
**Official Results of the August 8, 2000 Primary Runoff Election**

*Last Updated 11:19:13 a.m. 10-30-2000*

---

### UNITED STATES REPRESENTATIVE - 7TH DISTRICT
### Democrat

```
100 % of precincts reporting
PR=Precincts Reporting
TP=Total Precincts
```

|           |     |     | KAHN<br>14,129<br>66.9% | WILLIAMS<br>6,975<br>33.1% |
|-----------|-----|-----|-------|--------|
| County    | PR  | TP  |       |        |
| BARTOW    | 16  | 16  | 2,911 | 698    |
| CARROLL   | 30  | 30  | 785   | 221    |
| CHATTOOGA | 14  | 14  | 566   | 179    |
| COBB      | 152 | 152 | 1,432 | 225    |
| DOUGLAS   | 19  | 19  | 367   | 51     |
| FLOYD     | 26  | 26  | 1,500 | 725    |
| HARALSON  | 14  | 14  | 1,775 | 1,045  |
| HEARD     | 10  | 10  | 953   | 567    |
| PAULDING  | 18  | 18  | 230   | 56     |
| POLK      | 12  | 12  | 2,174 | 2,715  |
| TROUP     | 17  | 17  | 1,436 | 493    |

**G E O R G I A   S E C R E T A R Y   O F   S T A T E**

**ELECTION RESULTS**

**Georgia Election Results**
**Official Results of the August 8, 2000 Primary Runoff Election**

*Last Updated 11:19:13 a.m. 10-30-2000*

---

**STATE SENATOR - DISTRICT 40**
**Republican**

```
100 % of precincts reporting
PR=Precincts Reporting
TP=Total Precincts

                        MITNICK       PAUL
                          2,766      3,575
                         43.6%       56.4%
County          PR  TP
FULTON         285 285    2,766      3,575
```

G E O R G I A   S E C R E T A R Y   O F   S T A T E

**ELECTION RESULTS**

**Georgia Election Results**
**Official Results of the August 8, 2000 Primary Runoff Election**

*Last Updated 11:19:13 a.m. 10-30-2000*

**STATE SENATOR - DISTRICT 28**
**Republican**

```
100 % of precincts reporting
PR=Precincts Reporting
TP=Total Precincts
```

|          |    |    | PRICE | SEABAUGH |
|----------|----|----|-------|----------|
|          |    |    | 3,995 | 5,007    |
|          |    |    | 44.4% | 55.6%    |
| County   | PR | TP |       |          |
| COWETA   | 29 | 29 | 1,675 | 2,491    |
| FAYETTE  | 37 | 37 | 1,522 | 1,700    |
| SPALDING | 18 | 18 | 798   | 816      |

# GEORGIA SECRETARY OF STATE

## ELECTION RESULTS

**Georgia Election Results**
**Official Results of the August 8, 2000 Primary Runoff Election**

*Last Updated 11:19:14 a.m. 10-30-2000*

---

## STATE REPRESENTATIVE - DISTRICT 7
## Republican

```
100 % of precincts reporting
PR=Precincts Reporting
TP=Total Precincts
```

|         |    |    | AMERSON | WHITAKER |
|---------|----|----|---------|----------|
|         |    |    | 2,266   | 1,458    |
|         |    |    | 60.8%   | 39.2%    |
| County  | PR | TP |         |          |
| FANNIN  | 13 | 13 | 193     | 294      |
| GILMER  | 10 | 10 | 932     | 901      |
| LUMPKIN | 16 | 16 | 1,141   | 263      |

**GEORGIA SECRETARY OF STATE**

**ELECTION RESULTS**

**Georgia Election Results**
**Official Results of the August 8, 2000 Primary Runoff Election**

*Last Updated 11:19:14 a.m. 10-30-2000*

---

**STATE REPRESENTATIVE - DISTRICT 19**
**Democrat**

```
100 % of precincts reporting
PR=Precincts Reporting
TP=Total Precincts

                      CHESTER    FINLEY
                        469        338
                       58.1%      41.9%
County         PR   TP
DAWSON          8    8    288        273
HALL           30   30    181         65
```

# GEORGIA SECRETARY OF STATE

## ELECTION RESULTS

**Georgia Election Results**
**Official Results of the August 8, 2000 Primary Runoff Election**

*Last Updated 11:19:14 a.m. 10-30-2000*

---

## STATE REPRESENTATIVE - DISTRICT 28
## Republican

```
100 % of precincts reporting
PR=Precincts Reporting
TP=Total Precincts
```

|         |     |     | KNOX   | MILES  |
|---------|-----|-----|--------|--------|
|         |     |     | 4,497  | 4,425  |
|         |     |     | 50.4%  | 49.6%  |
| County  | PR  | TP  |        |        |
| FORSYTH | 23  | 23  | 4,497  | 4,425  |

GEORGIA SECRETARY OF STATE

**ELECTION RESULTS**

**Georgia Election Results**
**Official Results of the August 8, 2000 Primary Runoff Election**

*Last Updated 11:19:14 a.m. 10-30-2000*

---

### STATE REPRESENTATIVE - DISTRICT 109
### Republican

```
100 % of precincts reporting
PR=Precincts Reporting
TP=Total Precincts
```

|  |  |  | BROWN<br>505<br>44.5% | LUNSFORD<br>630<br>55.5% |
|---|---|---|---|---|
| County | PR | TP |  |  |
| BUTTS | 11 | 11 | 34 | 109 |
| HENRY | 23 | 23 | 452 | 491 |
| LAMAR | 7 | 7 | 19 | 30 |

GEORGIA   SECRETARY   OF   STATE

**ELECTION RESULTS**

**Georgia Election Results**
**Official Results of the August 8, 2000 Primary Runoff Election**

*Last Updated 11:19:14 a.m. 10-30-2000*

---

### STATE REPRESENTATIVE - DISTRICT 160
### Democrat

```
100 % of precincts reporting
PR=Precincts Reporting
TP=Total Precincts
```

|          |    |    | BROOME | HORNSBY |
|----------|----|----|--------|---------|
|          |    |    | 2,387  | 2,269   |
|          |    |    | 51.3%  | 48.7%   |
| County   | PR | TP |        |         |
| DECATUR  | 15 | 15 | 334    | 386     |
| EARLY    | 12 | 12 | 950    | 892     |
| SEMINOLE | 6  | 6  | 1,103  | 991     |