IN THE MATTER OF

# Cowen, et al. v. Raffensperger

Transcript of Deposition of

# Chris Harvey

On April 5, 2019

_____

*Reported by* Joel P. Moyer
*Certified Court Reporter*

_____



**DONOVAN REPORTING & VIDEO CONFERENCING**
*Certified Court Reporters*
237 Roswell Street / Marietta, GA 30060
770.499.7499   800.547.1512
**Book online at www.donovanreporting.com**

```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

MARTIN COWEN, et al.,
       Plaintiffs,

       vs.              CASE NO. 1:17cv04660-LMM

BRAD RAFFENSPERGER, in his official
capacity as Secretary of State of
the State of Georgia,
       Defendant.
                          - - -

             30(b)(6) Deposition of
       The Office of Brad Raffensperger,
  Secretary of State of the State of Georgia,
             through CHRIS HARVEY,

           Taken by Bryan L. Sells,

            Before Joel P. Moyer,
         Certified Court Reporter,

             At the Offices of
  Georgia Secretary of State Elections Division,
              Atlanta, Georgia,

           On Friday, April 5, 2019,
  Beginning at 10:02 a.m. & ending at 2:43 p.m.

                          - - -

                       VOLUME ONE
```

```
 1   APPEARANCES OF COUNSEL
 2   For the Plaintiffs:
 3           BRYAN L. SELLS
             The Law Office of Bryan L. Sells LLC
 4           PO Box 5493
             Atlanta, GA 31107-0493
 5           404.480.4212
 6   For the Defendant:
 7           CRISTINA M. CORREIA
             Georgia Office of the
 8             Attorney General
             40 Capitol Square, SW
 9           Atlanta, GA 30334
             404.463.0924
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              INDEX TO PROCEEDINGS
 2                EXAMINATION INDEX
 3    CHRIS HARVEY
 4        Examination by Mr. Sells                    4
          Examination by Ms. Correia               184
 5        Re-Examination by Mr. Sells              190
 6    Errata Sheet                                 193
 7    Certificate Page                             194
 8    _____
 9                   EXHIBIT INDEX
10    Plaintiff's Exhibits
11     1    Notice of Deposition                    7
12     2    Defendant's Responses to Plaintiffs'   92
            First Interrogatories
13
       3    Defendant's First Supplemental         92
14          Responses to Plaintiffs' First
            Interrogatories
15
       4    Defendant's Second Supplemental        92
16          Responses to Plaintiffs' First
            Interrogatories
17
       5    Defendant's Third Supplemental         92
18          Responses to Plaintiffs' First
            Interrogatories
19
       6    Spreadsheet showing the list of        96
20          petitions which have been submitted
            since 2014 through 2018
21
22
23
24    (End of Index)
25
```

**3**

```
 1                April 5, 2019
 2                10:02 a.m.
 3        (Whereupon the reporter provided a written
 4        disclosure to all counsel pursuant to
 5        Article 8.B. of the Rules and Regulations
 6        of the Board of Court Reporting.)
 7             MR. SELLS:  Let's go ahead and get
 8   started.
 9        (Whereupon the witness was sworn.)
10   CHRIS HARVEY,
11        being first duly sworn, was examined and
12        testified as follows:
13   EXAMINATION
14   BY MR. SELLS:
15        Q    All right.  This is the deposition
16   of the Office of the Secretary of State in the
17   matter of Martin Cowen, et al., versus Brad
18   Raffensperger.
19             Mr. Harvey, I'm Bryan Sells.  We've
20   met a number of time before, but I think this
21   is the first time I've had the privilege of
22   deposing you.  Is that right?
23        A    I believe that's correct.
24        Q    Yeah, yeah.  We've talked a number
25   of times, but would you state your name for the
```

**4**

```
 1   went back to 2008.  And there have been three
 2   statewide run-offs that you attribute to the
 3   Libertarian Party over that time period;
 4   correct?
 5         A    Those are the only ones -- I know
 6   2008 because I just happen to remember it.
 7   There may be more.  There may be less.
 8         Q    And do you know how many candidacies
 9   in statewide races the Libertarian Party has
10   had over that time period?
11         A    I don't.
12         Q    Do you have any quantification of
13   the expense to the state of having those
14   run-offs?
15         A    No.
16         Q    If I wanted to find out how much it
17   cost for the state to have a run-off election,
18   how would I do that?
19         A    You'd have to -- most of the costs
20   would come from the counties, so you'd have to
21   find out what counties were involved.  And they
22   would be able to give you a breakdown of poll
23   workers and rental place and materials and
24   everything that goes into election, a budget
25   for an election.
```

**178**

```
 1              If it's statewide, you've got 159
 2   counties plus expenses that would come from our
 3   office, but you kind of have to break it down
 4   by whatever election you're talking about.  And
 5   it would be primarily -- probably 90, 95
 6   percent would be the cost of the counties.
 7        Q    Now, is there any marginal cost?
 8   Like if we're going to have a run-off anyway,
 9   let's say the run-off is caused by the
10   governor's race, is there any marginal cost to
11   adding a congressional race on top of that?
12        A    Not really.
13        Q    And if you're looking at cost only,
14   is there any difference in cost between a
15   primary run-off and a general run-off?
16        A    I wouldn't imagine there's much.
17   There may be slightly more at a primary, but
18   not -- I don't think appreciably much.
19        Q    And why is there a greater cost in a
20   primary?
21        A    Well, if you ended up with two
22   primary run-offs, you'd need more people, more
23   equipment, more space.  If you ended up with a
24   single run-off, you wouldn't need as much, but
25   it's not a remarkable amount of money.
```

**179**