# EXHIBIT INDEX

Exhibit 47  Deposition of John Hallman (excerpts)

Exhibit 48  Presidential Preference Primary Results by Congressional District

Exhibit 49  2016 Public Service Commission Results by Congressional District

Exhibit 50  Appellant's Brief, *Green Party of Georgia v. Kemp*, No. 16-1169 (11th Cir. 2016) (excerpts); Appellant's Reply Brief, *Green Party or Georgia v. Kemp*, No. 16-1169 (11th Cir. 2016) (excerpts)

Exhibit 51  Deposition of John Monds (excerpts)