IN THE MATTER OF

# Cowen v. Raffensperger

## TRANSCRIPT OF

# John Hallman

On April 12, 2019

_Reported by_ Joel P. Moyer
_Certified Court Reporter_



**DONOVAN REPORTING & VIDEO CONFERENCING**
*Certified Court Reporters*
237 Roswell Street / Marietta, GA 30060
770.499.7499    800.547.1512
Book online at <<www.donovanreporting.com>>

Plaintiff's Exhibit 047

```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

MARTIN COWEN, et al.,
         Plaintiffs,

       vs.              CASE NO. 1:17cv04660-LMM

BRAD RAFFENSPERGER, in his official
capacity as Secretary of State of
the State of Georgia,
         Defendant.

                      - - -

              30(b)(6) Deposition of
      The Office of Brad Raffensperger,
 Secretary of State of the State of Georgia,
             through JOHN HALLMAN,

           Taken by Bryan L. Sells,

            Before Joel P. Moyer,
          Certified Court Reporter,

              At the Offices of
 Georgia Secretary of State Elections Division,
              Atlanta, Georgia,

           On Friday, April 12, 2019,
 Beginning at 11:01 a.m. & ending at 1:43 p.m.

                      - - -


                   VOLUME TWO
```

1  questions about the public ENet terminal, are
2  previous addresses available in the public ENet
3  terminal?
4      A    I believe so.
5           MS. CORREIA:  I'm going to object
6  just to scope, but he can answer.
7           THE WITNESS:  Oh, all right.
8      A    I believe so.  As you'll see, those
9  screen shots also include that tab that lists
10 kind of the previous addresses, and I believe
11 that tab is available in the public terminal.
12     Q    And you said you don't know whether
13 signatures are available in the public ENet?
14     A    That's correct.  I'm not, I'm not
15 sure.
16     Q    And other than the one terminal here
17 in the lobby of your office, is there any way
18 for a petition circulator or a candidate to
19 arrange to have access so that he or she can
20 check signatures for validity before submitting
21 them to the Secretary of State?
22     A    Not that I'm aware of.
23     Q    All right.  Do you understand what
24 precinct-level returns are?
25     A    I believe so.  Election results at

```
 1   the precinct level.
 2        Q    Are precinct-level returns available
 3   on the Secretary of State's website?
 4        A    They are.
 5        Q    Are they available as a single file
 6   for the entire state, or would a person have to
 7   compile them for each of 159 counties?
 8        A    You would have to do 159, get 159
 9   reports.
10        Q    And that's 159 reports for each
11   individual race that one is interested in
12   compiling them for; correct?
13        A    Not exactly.  So the report that you
14   would pull, it's an Excel workbook.  And
15   there's -- the first page is a table of
16   contents, and it tells you -- it describes the
17   other pages in the workbook, and there's a page
18   for each race.
19             So if it was multiple -- if you were
20   looking at races in different elections, you
21   would have to pull separate reports.  But say
22   you wanted to look at, you know, governor and
23   US House District 1.  Those would be in one
24   workbook.
25        Q    At the precinct level?
```

**303**

1　　　A　　At the precinct level, correct.
2　　　Q　　Okay. And about how long would it
3　take to pull those 159 reports and compile them
4　into a single report?
5　　　A　　Probably some time. So the problem
6　with it would be, if you were trying to compile
7　them for say a statewide race, you would have
8　to pull 159 and then pull up -- to get the
9　reports, you have to -- the page you referenced
10　earlier, the election night -- we call it
11　election night reporting, that website, you
12　would have to go to the results by county
13　section of that web page and then select the
14　county.
15　　　　　　And then that pulls up a new window,
16　and then you pull the report from that separate
17　page. And then you would have to open that
18　report and pull out the -- find the tab for
19　whatever race it was that you were looking for
20　and copy that into a separate document.
21　　　　　　So, I mean, going as fast you can,
22　it may take you five minutes to do that maybe.
23　　　Q　　For?
24　　　A　　For one.
25　　　Q　　For one?

1      A      Yeah.
2      Q      So 159 would take -- you said some
3  time.  What is some time?
4      A      I bet it would take -- I mean, if I
5  was doing it, because I know how to navigate
6  it, it would probably take me -- just because,
7  you know, you have to download the report, open
8  the report, so it kind of depends on how good
9  your computer was.
10            But it would probably take me
11  probably five minutes per county would be if
12  I'm going as fast as I could.  It may take
13  longer if you had to -- you know, depending on
14  how it goes.  You know, if you open too many
15  spreadsheets, your computer's going to go
16  really slow.
17            They're pretty big for the --
18  depending on which election it is too, you
19  know, those -- there can be like a hundred tabs
20  or so.  I mean, it kind of depends on what
21  county you're in too.
22      Q      Does the Secretary of State already
23  have them compiled?
24      A      Not that I'm aware of.  So -- that
25  might not be true.  It's the -- we produce the

```
 1   report for the reapportionment office following
 2   an election that's not publicly available on
 3   our website that is a statewide -- it depends
 4   on what you're looking for in that report to
 5   whether it would be contained in the report.
 6             But I think it does -- it does have
 7   some information, the reapportionment.  We call
 8   it the reapportionment report.  And it does
 9   have precinct-level data at a statewide basis,
10   but I'm not sure, I'm not sure how far down it
11   goes as far as the district breakout.
12             So it might depend on what -- it
13   might depend on what race you're interested in.
14        Q    Say governor.
15        A    Governor?  It would probably have
16   statewide results, I believe.
17        Q    At the precinct level?
18        A    At the precinct level.  So but, you
19   know, it's -- the way that it captures results
20   is it's not like -- captures them by race.  So
21   the people who voted for governor may not be
22   the same people who voted for US Congress.  And
23   there wouldn't be a way to tell if somebody --
24   you know, if John Hallman cast a ballot for
25   governor but also participated in this race.
```

1   So it kind of depends on what you're
2   trying to do with the data. So without knowing
3   what you want to do with it, I know that it
4   does have precinct-level data at the state
5   level. But the ability to break it out by
6   district or race, I'm not sure about that.
7        Q    Could I use that data to determine
8   how many votes Governor Kemp received in
9   Congressional District 5?
10       A    If you -- I don't know. So that's
11  what I'm saying. I don't know if it breaks it
12  out by district. So it breaks it out by
13  precinct, but some precincts are split, so you
14  may not be able to tell because of the split
15  precinct.
16            Like if there's a split precinct,
17  you would just have to guess how many votes
18  from that precinct were in Congressional 5 and
19  how many weren't. It's kind of a big problem
20  for us, is figuring out like turnout -- from
21  turnout from one race, how many of those came
22  from a specific district because that's just
23  not how the system captures data.
24            You know, it just has these people
25  voted for Kemp in these precincts, and then

```
 1   you'd know these people voted for candidate A
 2   in these precincts, but combining the two is
 3   impossible kind of, if that makes sense.  Yeah.
 4        Q    Does the Secretary of State's office
 5   have the ability to produce an analysis showing
 6   how many votes Governor Kemp received in a
 7   particular congressional district?
 8        A    Not that I'm aware of.  In the
 9   presidential preference primary, I think that
10   we have to do that kind of stuff, and my
11   understanding of how the reporting -- or the
12   servers that they built for election results,
13   have to build them in a special way to do that,
14   and they only do that for the PPP.  I believe
15   that's the case.  And then math is also
16   required.
17        Q    Okay.
18        A    Yeah.  It's very hard because the
19   system's just not set up to capture.  It's set
20   up to capture results by precinct, and those
21   don't follow district lines.  So it makes it
22   hard.  They have to make it artificial
23   divisions, I think.
24        Q    Do you know about how many split
25   precincts there are in the congressional map?
```

Electronically signed by Joel Moyer (501-161-376-4513)                    13247a8d-535f-4694-baae-e681411936ec