Secretary of State March 1, 2016 Results

| County | Congressional District | JEB BUSH Total Votes | BEN CARSON Total Votes | CHRIS CHRISTIE Total Votes | TED CRUZ Total Votes | CARLY FIORINA Total Votes | LINDSEY GRAHAM Total Votes | MIKE HUCKABEE Total Votes | JOHN R. KASICH Total Votes | GEORGE PATAKI Total Votes | RAND PAUL Total Votes | MARCO RUBIO Total Votes | RICK SANTORUM Total Votes | DONALD J. TRUMP Total Votes | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bacon | 1 | 8 | 110 | 3 | 341 | 1 | 1 | 7 | 57 | 0 | 0 | 246 | 2 | 904 | 1680 |
| Brantley | 1 | 20 | 191 | 1 | 604 | 1 | 1 | 20 | 48 | 0 | 13 | 319 | 2 | 1163 | 2383 |
| Bryan | 1 | 40 | 337 | 4 | 1480 | 5 | 1 | 5 | 274 | 1 | 10 | 1295 | 0 | 2220 | 5672 |
| Camden | 1 | 35 | 454 | 11 | 1181 | 6 | 2 | 16 | 297 | 1 | 21 | 1228 | 4 | 3073 | 6329 |
| Charlton | 1 | 19 | 87 | 3 | 319 | 1 | 1 | 7 | 20 | 0 | 5 | 209 | 0 | 603 | 1274 |
| Chatham | 1 | 274 | 1522 | 50 | 7055 | 36 | 21 | 49 | 2984 | 11 | 72 | 7848 | 11 | 10738 | 30671 |
| Clinch | 1 | 16 | 85 | 2 | 164 | 0 | 1 | 1 | 12 | 1 | 4 | 111 | 1 | 414 | 812 |
| Echols | 1 | 2 | 31 | 1 | 110 | 1 | 0 | 3 | 5 | 0 | 2 | 37 | 0 | 268 | 460 |
| Effingham | 1 | 40 | 387 | 2 | 1974 | 3 | 2 | 14 | 217 | 1 | 19 | 914 | 3 | 2351 | 5927 |
| Glynn | 1 | 100 | 853 | 19 | 2569 | 8 | 4 | 23 | 944 | 4 | 31 | 2543 | 8 | 5536 | 12642 |
| Liberty | 1 | 26 | 192 | 2 | 644 | 4 | 2 | 4 | 128 | 0 | 8 | 563 | 1 | 1333 | 2907 |
| Long | 1 | 13 | 79 | 2 | 249 | 0 | 1 | 2 | 20 | 0 | 3 | 143 | 1 | 639 | 1152 |
| Lowndes | 1 | 1 | 29 | 1 | 101 | 1 | 0 | 1 | 5 | 1 | 2 | 53 | 0 | 129 | 324 |
| McIntosh | 1 | 26 | 105 | 5 | 373 | 0 | 2 | 9 | 95 | 1 | 4 | 299 | 0 | 1080 | 1999 |
| Pierce | 1 | 31 | 222 | 4 | 1040 | 1 | 1 | 9 | 71 | 0 | 10 | 598 | 1 | 1345 | 3333 |
| Ware | 1 | 40 | 316 | 4 | 1406 | 5 | 2 | 18 | 124 | 1 | 17 | 669 | 2 | 1999 | 4603 |
| Wayne | 1 | 42 | 335 | 5 | 1159 | 2 | 6 | 18 | 165 | 2 | 13 | 666 | 2 | 2033 | 4448 |
| **Total** | **1** | **733** | **5335** | **119** | **20769** | **75** | **48** | **206** | **5466** | **24** | **234** | **17741** | **38** | **35828** | **86616** |
| Baker | 2 | 3 | 25 | 1 | 87 | 2 | 0 | 3 | 8 | 0 | 2 | 42 | 0 | 262 | 435 |
| Bibb | 2 | 38 | 547 | 15 | 1678 | 2 | 3 | 14 | 364 | 2 | 19 | 1257 | 2 | 3133 | 7074 |
| Calhoun | 2 | 1 | 29 | 1 | 105 | 0 | 0 | 1 | 15 | 0 | 0 | 69 | 0 | 227 | 448 |
| Chattahoochee | 2 | 4 | 14 | 0 | 89 | 0 | 0 | 0 | 8 | 0 | 1 | 30 | 0 | 175 | 321 |
| Clay | 2 | 5 | 23 | 1 | 64 | 0 | 0 | 1 | 15 | 0 | 0 | 57 | 1 | 179 | 346 |
| Crawford | 2 | 5 | 139 | 4 | 396 | 1 | 0 | 5 | 60 | 0 | 2 | 249 | 2 | 933 | 1796 |
| Crisp | 2 | 12 | 148 | 4 | 533 | 1 | 1 | 7 | 82 | 0 | 2 | 399 | 4 | 1206 | 2399 |
| Decatur | 2 | 34 | 211 | 3 | 703 | 1 | 1 | 12 | 112 | 0 | 3 | 546 | 1 | 1534 | 3161 |
| Dooly | 2 | 7 | 68 | 0 | 200 | 0 | 0 | 4 | 29 | 1 | 0 | 157 | 2 | 585 | 1053 |
| Dougherty | 2 | 57 | 445 | 9 | 1398 | 6 | 13 | 18 | 387 | 0 | 14 | 1149 | 3 | 3080 | 6579 |
| Early | 2 | 17 | 75 | 1 | 225 | 0 | 1 | 6 | 43 | 0 | 1 | 223 | 2 | 760 | 1354 |
| Grady | 2 | 32 | 259 | 3 | 805 | 1 | 0 | 9 | 109 | 0 | 5 | 555 | 1 | 1422 | 3201 |
| Lee | 2 | 39 | 388 | 7 | 1427 | 4 | 1 | 16 | 184 | 0 | 10 | 829 | 1 | 3061 | 5967 |
| Macon | 2 | 9 | 68 | 3 | 162 | 0 | 0 | 1 | 28 | 1 | 2 | 135 | 0 | 415 | 824 |
| Marion | 2 | 6 | 55 | 0 | 228 | 0 | 2 | 5 | 15 | 0 | 2 | 95 | 1 | 473 | 882 |
| Miller | 2 | 11 | 42 | 2 | 152 | 0 | 0 | 2 | 15 | 0 | 2 | 139 | 0 | 556 | 921 |
| Mitchell | 2 | 25 | 162 | 2 | 441 | 2 | 0 | 11 | 88 | 0 | 2 | 299 | 1 | 1246 | 2279 |
| Muscogee | 2 | 77 | 591 | 11 | 2200 | 11 | 7 | 18 | 612 | 2 | 17 | 1669 | 7 | 2793 | 8015 |
| Peach | 2 | 11 | 259 | 3 | 796 | 2 | 0 | 10 | 124 | 1 | 4 | 516 | 1 | 1325 | 3052 |
| Quitman | 2 | 7 | 24 | 0 | 41 | 0 | 0 | 1 | 12 | 0 | 0 | 45 | 0 | 174 | 304 |
| Randolph | 2 | 15 | 50 | 0 | 124 | 0 | 1 | 1 | 16 | 1 | 1 | 79 | 1 | 412 | 701 |
| Schley | 2 | 7 | 74 | 1 | 223 | 0 | 1 | 3 | 23 | 0 | 0 | 110 | 0 | 331 | 773 |
| Seminole | 2 | 11 | 79 | 1 | 264 | 1 | 0 | 3 | 36 | 1 | 4 | 248 | 2 | 758 | 1408 |
| Stewart | 2 | 2 | 22 | 1 | 85 | 0 | 0 | 2 | 14 | 1 | 4 | 37 | 0 | 213 | 381 |
| Sumter | 2 | 17 | 235 | 3 | 690 | 3 | 2 | 10 | 115 | 1 | 4 | 548 | 1 | 1381 | 3010 |
| Talbot | 2 | 2 | 54 | 0 | 162 | 0 | 0 | 1 | 24 | 0 | 4 | 73 | 0 | 368 | 688 |
| Taylor | 2 | 8 | 123 | 2 | 204 | 2 | 2 | 1 | 29 | 0 | 0 | 141 | 1 | 551 | 1064 |
| Terrell | 2 | 8 | 71 | 3 | 249 | 0 | 1 | 7 | 30 | 1 | 4 | 138 | 0 | 649 | 1161 |
| Webster | 2 | 2 | 24 | 3 | 85 | 0 | 0 | 3 | 14 | 0 | 1 | 46 | 0 | 191 | 369 |
| **Total** | **2** | **472** | **4304** | **84** | **13816** | **39** | **36** | **175** | **2611** | **12** | **110** | **9880** | **34** | **28393** | **59966** |
| Carroll | 3 | 86 | 1263 | 17 | 5006 | 3 | 5 | 42 | 650 | 1 | 52 | 3381 | 9 | 7516 | 18031 |
| Coweta | 3 | 127 | 1809 | 31 | 6451 | 18 | 6 | 56 | 1327 | 3 | 63 | 5831 | 11 | 9600 | 25333 |
| Fayette | 3 | 107 | 1315 | 22 | 5064 | 31 | 4 | 32 | 1579 | 2 | 29 | 6486 | 11 | 7006 | 21688 |
| Harris | 3 | 39 | 686 | 9 | 1946 | 7 | 1 | 18 | 345 | 0 | 11 | 1291 | 3 | 2542 | 6898 |
| Heard | 3 | 14 | 112 | 0 | 417 | 1 | 0 | 6 | 102 | 0 | 2 | 217 | 0 | 1069 | 1940 |
| Henry | 3 | 55 | 483 | 13 | 2224 | 7 | 5 | 13 | 248 | 1 | 19 | 1593 | 6 | 2995 | 7662 |
| Lamar | 3 | 20 | 352 | 8 | 727 | 2 | 0 | 7 | 97 | 0 | 10 | 450 | 3 | 1399 | 3075 |
| Meriwether | 3 | 9 | 223 | 3 | 711 | 0 | 0 | 0 | 103 | 0 | 5 | 491 | 2 | 1436 | 2983 |
| Muscogee | 3 | 63 | 590 | 15 | 1985 | 8 | 5 | 13 | 500 | 1 | 9 | 1771 | 1 | 2541 | 7502 |
| Pike | 3 | 26 | 451 | 3 | 1196 | 4 | 0 | 8 | 102 | 0 | 12 | 678 | 0 | 1933 | 4413 |
| Spalding | 3 | 66 | 774 | 9 | 2436 | 11 | 3 | 20 | 422 | 0 | 21 | 1938 | 7 | 4257 | 9964 |
| Troup | 3 | 70 | 836 | 20 | 2242 | 9 | 4 | 35 | 395 | 1 | 14 | 1787 | 6 | 4161 | 9580 |
| Upson | 3 | 26 | 427 | 5 | 800 | 1 | 1 | 10 | 109 | 0 | 6 | 625 | 2 | 1915 | 3927 |
| **Total** | **3** | **708** | **9321** | **155** | **31205** | **102** | **34** | **260** | **5979** | **9** | **253** | **26539** | **61** | **48370** | **122996** |
| DeKalb | 4 | 147 | 763 | 32 | 2323 | 26 | 11 | 27 | 1365 | 4 | 51 | 4640 | 7 | 3713 | 13109 |
| Gwinnett | 4 | 81 | 922 | 21 | 4597 | 19 | 3 | 27 | 955 | 4 | 57 | 5063 | 10 | 5666 | 17425 |
| Newton | 4 | 43 | 468 | 13 | 2114 | 11 | 6 | 12 | 250 | 0 | 23 | 1512 | 5 | 3552 | 8009 |
| Rockdale | 4 | 58 | 494 | 10 | 2338 | 9 | 3 | 16 | 366 | 2 | 8 | 2140 | 4 | 3799 | 9247 |
| **Total** | **4** | **329** | **2647** | **76** | **11372** | **65** | **23** | **82** | **2936** | **10** | **139** | **13355** | **26** | **16730** | **47790** |
| Clayton | 5 | 21 | 184 | 5 | 611 | 7 | 2 | 8 | 103 | 0 | 11 | 456 | 1 | 1144 | 2553 |
| DeKalb | 5 | 59 | 265 | 13 | 941 | 12 | 8 | 9 | 1219 | 7 | 39 | 3524 | 3 | 1498 | 7597 |
| Fulton | 5 | 174 | 649 | 29 | 2076 | 42 | 26 | 26 | 3073 | 16 | 81 | 9197 | 8 | 4391 | 19788 |
| **Total** | **5** | **254** | **1098** | **47** | **3628** | **61** | **36** | **43** | **4395** | **23** | **131** | **13177** | **12** | **7033** | **29938** |
| Cobb | 6 | 152 | 1729 | 53 | 8410 | 42 | 9 | 39 | 3899 | 9 | 86 | 15876 | 21 | 12660 | 42985 |
| DeKalb | 6 | 131 | 750 | 26 | 3567 | 41 | 8 | 23 | 3003 | 13 | 63 | 10140 | 11 | 5968 | 23744 |
| Fulton | 6 | 275 | 1694 | 60 | 8824 | 69 | 8 | 46 | 5965 | 8 | 127 | 21449 | 21 | 15184 | 53730 |
| **Total** | **6** | **558** | **4173** | **139** | **20801** | **152** | **25** | **108** | **12867** | **30** | **276** | **47465** | **53** | **33812** | **120459** |
| Forsyth | 7 | 165 | 1141 | 30 | 6550 | 23 | 2 | 28 | 1775 | 7 | 54 | 9233 | 9 | 10385 | 29402 |
| Gwinnett | 7 | 289 | 3456 | 67 | 17453 | 70 | 12 | 99 | 3943 | 10 | 155 | 21308 | 30 | 22172 | 69064 |
| **Total** | **7** | **454** | **4597** | **97** | **24003** | **93** | **14** | **127** | **5718** | **17** | **209** | **30541** | **39** | **32557** | **98466** |
| Atkinson | 8 | 4 | 47 | 1 | 183 | 1 | 0 | 0 | 14 | 0 | 0 | 73 | 0 | 622 | 945 |
| Ben Hill | 8 | 19 | 209 | 1 | 317 | 1 | 0 | 4 | 60 | 0 | 2 | 196 | 0 | 1025 | 1834 |
| Berrien | 8 | 30 | 179 | 6 | 720 | 1 | 0 | 22 | 66 | 1 | 5 | 242 | 0 | 1568 | 2840 |
| Bibb | 8 | 54 | 624 | 10 | 1727 | 6 | 2 | 13 | 749 | 0 | 17 | 2274 | 0 | 2829 | 8305 |
| Bleckley | 8 | 18 | 141 | 6 | 534 | 3 | 0 | 4 | 87 | 0 | 3 | 412 | 1 | 935 | 2144 |
| Brooks | 8 | 12 | 118 | 4 | 476 | 2 | 1 | 5 | 52 | 0 | 1 | 267 | 0 | 1017 | 1955 |
| Colquitt | 8 | 82 | 509 | 11 | 1400 | 5 | 2 | 21 | 199 | 1 | 7 | 773 | 4 | 2968 | 5982 |
| Cook | 8 | 14 | 178 | 9 | 519 | 2 | 0 | 6 | 46 | 1 | 3 | 240 | 1 | 1229 | 2248 |
| Dodge | 8 | 11 | 226 | 2 | 504 | 1 | 0 | 13 | 84 | 2 | 5 | 486 | 2 | 1360 | 2696 |
| Houston | 8 | 110 | 1677 | 18 | 5145 | 18 | 8 | 50 | 867 | 4 | 55 | 4135 | 9 | 7114 | 19210 |
| Irwin | 8 | 4 | 149 | 0 | 295 | 0 | 0 | 4 | 38 | 0 | 0 | 157 | 1 | 882 | 1530 |
| Jones | 8 | 37 | 433 | 12 | 1024 | 2 | 3 | 13 | 143 | 0 | 13 | 737 | 3 | 2320 | 4740 |
| Lanier | 8 | 4 | 50 | 1 | 197 | 0 | 1 | 0 | 24 | 0 | 1 | 113 | 0 | 515 | 906 |
| Lowndes | 8 | 75 | 945 | 5 | 3114 | 6 | 3 | 17 | 387 | 2 | 13 | 1952 | 5 | 5204 | 11728 |
| Monroe | 8 | 29 | 483 | 2 | 1457 | 2 | 3 | 11 | 266 | 0 | 6 | 1015 | 2 | 2265 | 5541 |
| Pulaski | 8 | 13 | 92 | 4 | 237 | 0 | 0 | 8 | 47 | 0 | 1 | 262 | 0 | 675 | 1339 |
| Telfair | 8 | 9 | 133 | 1 | 212 | 1 | 0 | 10 | 51 | 0 | 1 | 171 | 0 | 626 | 1215 |
| Thomas | 8 | 72 | 669 | 6 | 1557 | 8 | 0 | 20 | 316 | 3 | 10 | 1307 | 4 | 2651 | 6623 |
| Tift | 8 | 47 | 437 | 6 | 1288 | 2 | 0 | 20 | 226 | 1 | 4 | 924 | 5 | 2706 | 5666 |
| Turner | 8 | 5 | 82 | 2 | 247 | 0 | 0 | 2 | 31 | 0 | 5 | 120 | 0 | 653 | 1147 |
| Twiggs | 8 | 3 | 50 | 1 | 266 | 1 | 1 | 2 | 35 | 0 | 2 | 124 | 1 | 594 | 1079 |
| Wilcox | 8 | 7 | 59 | 2 | 292 | 0 | 0 | 5 | 18 | 0 | 2 | 104 | 0 | 603 | 1092 |
| Wilkinson | 8 | 10 | 115 | 1 | 333 | 0 | 0 | 8 | 34 | 1 | 4 | 166 | 1 | 611 | 1284 |
| Worth | 8 | 38 | 220 | 5 | 834 | 3 | 0 | 10 | 91 | 2 | 7 | 325 | 1 | 1895 | 3431 |
| **Total** | **8** | **707** | **7825** | **116** | **22878** | **65** | **24** | **268** | **3931** | **18** | **167** | **16575** | **39** | **42867** | **95480** |
| Banks | 9 | 15 | 251 | 7 | 1050 | 6 | 0 | 22 | 84 | 1 | 6 | 444 | 5 | 1809 | 3700 |
| Clarke | 9 | 4 | 66 | 1 | 237 | 1 | 1 | 0 | 40 | 0 | 0 | 223 | 0 | 275 | 848 |
| Dawson | 9 | 25 | 311 | 3 | 1468 | 4 | 0 | 8 | 267 | 0 | 7 | 1094 | 0 | 2651 | 5838 |
| Elbert | 9 | 27 | 173 | 1 | 721 | 3 | 1 | 7 | 150 | 1 | 4 | 562 | 4 | 1402 | 3056 |
| Fannin | 9 | 31 | 351 | 8 | 1143 | 5 | 0 | 22 | 215 | 2 | 4 | 863 | 0 | 3006 | 5650 |
| Forsyth | 9 | 55 | 635 | 15 | 3437 | 11 | 1 | 18 | 505 | 1 | 36 | 2839 | 12 | 5351 | 12916 |
| Franklin | 9 | 30 | 304 | 5 | 1097 | 2 | 3 | 15 | 149 | 0 | 8 | 738 | 0 | 1999 | 4350 |
| Gilmer | 9 | 35 | 319 | 3 | 1332 | 6 | 2 | 21 | 232 | 0 | 14 | 1159 | 4 | 3340 | 6467 |
| Habersham | 9 | 47 | 588 | 10 | 2093 | 4 | 0 | 33 | 311 | 1 | 7 | 1494 | 2 | 3295 | 7885 |
| Hall | 9 | 162 | 2298 | 26 | 9080 | 25 | 5 | 55 | 1537 | 3 | 66 | 6791 | 13 | 12562 | 32623 |
| Hart | 9 | 27 | 355 | 3 | 965 | 1 | 2 | 7 | 173 | 0 | 3 | 810 | 4 | 1858 | 4208 |
| Jackson | 9 | 42 | 830 | 12 | 3553 | 9 | 5 | 27 | 404 | 0 | 19 | 2398 | 4 | 5488 | 12791 |
| Lumpkin | 9 | 26 | 411 | 5 | 1654 | 4 | 2 | 10 | 298 | 0 | 18 | 1032 | 2 | 2470 | 5932 |
| Madison | 9 | 42 | 397 | 8 | 1579 | 6 | 1 | 18 | 147 | 0 | 14 | 853 | 2 | 2463 | 5530 |
| Pickens | 9 | 28 | 215 | 4 | 985 | 1 | 0 | 6 | 253 | 5 | 6 | 997 | 1 | 2242 | 4743 |

Plaintiff's Exhibit 048

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rabun | 9 | 33 | 277 | 9 | 716 | 6 | 0 | 15 | 210 | 0 | 7 | 771 | 0 | 1732 | 3776 |
| Stephens | 9 | 75 | 373 | 8 | 885 | 4 | 3 | 9 | 157 | 0 | 6 | 921 | 1 | 1730 | 4172 |
| Towns | 9 | 10 | 197 | 3 | 592 | 4 | 1 | 4 | 169 | 0 | 9 | 611 | 0 | 1369 | 2969 |
| Union | 9 | 38 | 414 | 6 | 1414 | 7 | 1 | 14 | 270 | 1 | 12 | 1037 | 2 | 2692 | 5908 |
| White | 9 | 24 | 421 | 7 | 1514 | 5 | 0 | 21 | 233 | 1 | 11 | 1049 | 0 | 2721 | 6007 |
| **Total** | **9** | **776** | **9186** | **144** | **35515** | **114** | **28** | **332** | **5804** | **16** | **257** | **26686** | **56** | **60455** | **139369** |
| Baldwin | 10 | 45 | 350 | 7 | 883 | 1 | 0 | 9 | 184 | 0 | 12 | 962 | 4 | 2070 | 4527 |
| Barrow | 10 | 53 | 743 | 10 | 3471 | 11 | 9 | 27 | 346 | 3 | 35 | 2050 | 7 | 4656 | 11421 |
| Butts | 10 | 19 | 245 | 5 | 1002 | 2 | 0 | 7 | 98 | 0 | 3 | 597 | 1 | 1884 | 3863 |
| Clarke | 10 | 60 | 433 | 14 | 1585 | 10 | 8 | 19 | 838 | 1 | 38 | 2891 | 6 | 2088 | 7991 |
| Columbia | 10 | 12 | 294 | 1 | 1188 | 4 | 1 | 3 | 160 | 0 | 8 | 670 | 2 | 1350 | 3693 |
| Glascock | 10 | 10 | 42 | 1 | 129 | 3 | 1 | 1 | 10 | 0 | 1 | 88 | 0 | 405 | 691 |
| Greene | 10 | 29 | 181 | 7 | 637 | 4 | 3 | 7 | 364 | 1 | 2 | 982 | 2 | 1555 | 3774 |
| Gwinnett | 10 | 31 | 675 | 12 | 3370 | 9 | 1 | 20 | 573 | 1 | 21 | 3429 | 2 | 4316 | 12460 |
| Hancock | 10 | 0 | 29 | 4 | 61 | 0 | 1 | 5 | 19 | 0 | 2 | 64 | 0 | 231 | 416 |
| Henry | 10 | 43 | 561 | 9 | 3032 | 12 | 2 | 18 | 264 | 1 | 16 | 1931 | 4 | 4013 | 9906 |
| Jasper | 10 | 19 | 115 | 3 | 702 | 2 | 1 | 2 | 68 | 0 | 4 | 371 | 0 | 1212 | 2499 |
| Jefferson | 10 | 16 | 99 | 0 | 513 | 1 | 2 | 1 | 42 | 1 | 0 | 269 | 1 | 859 | 1804 |
| Johnson | 10 | 4 | 111 | 0 | 269 | 0 | 1 | 4 | 24 | 0 | 4 | 176 | 0 | 687 | 1280 |
| Lincoln | 10 | 12 | 117 | 3 | 515 | 1 | 1 | 1 | 22 | 0 | 0 | 263 | 1 | 742 | 1678 |
| McDuffie | 10 | 26 | 202 | 0 | 1046 | 2 | 1 | 6 | 88 | 0 | 4 | 503 | 2 | 1288 | 3168 |
| Morgan | 10 | 20 | 235 | 6 | 1151 | 4 | 2 | 7 | 184 | 1 | 6 | 873 | 3 | 1659 | 4151 |
| Newton | 10 | 19 | 268 | 4 | 1378 | 3 | 0 | 8 | 106 | 0 | 6 | 915 | 6 | 2074 | 4787 |
| Oconee | 10 | 50 | 581 | 7 | 2356 | 8 | 1 | 8 | 667 | 1 | 22 | 2583 | 0 | 2877 | 9161 |
| Oglethorpe | 10 | 30 | 197 | 5 | 764 | 2 | 1 | 7 | 115 | 1 | 10 | 439 | 1 | 1231 | 2803 |
| Putnam | 10 | 21 | 246 | 1 | 746 | 4 | 1 | 12 | 161 | 1 | 5 | 849 | 4 | 1983 | 4034 |
| Taliaferro | 10 | 5 | 8 | 0 | 48 | 0 | 0 | 0 | 10 | 0 | 0 | 24 | 0 | 102 | 197 |
| Walton | 10 | 69 | 1046 | 18 | 5889 | 13 | 9 | 53 | 539 | 5 | 44 | 3441 | 7 | 7919 | 19052 |
| Warren | 10 | 2 | 35 | 1 | 182 | 2 | 0 | 1 | 13 | 0 | 2 | 96 | 0 | 297 | 631 |
| Washington | 10 | 16 | 183 | 4 | 486 | 2 | 5 | 7 | 78 | 0 | 3 | 502 | 1 | 1015 | 2302 |
| Wilkes | 10 | 9 | 95 | 2 | 332 | 3 | 1 | 4 | 48 | 0 | 3 | 279 | 1 | 734 | 1511 |
| **Total** | **10** | **620** | **7091** | **124** | **31735** | **103** | **52** | **237** | **5021** | **17** | **251** | **25247** | **55** | **47247** | **117800** |
| Bartow | 11 | 82 | 1133 | 7 | 4518 | 15 | 2 | 48 | 549 | 5 | 54 | 3262 | 5 | 8297 | 17977 |
| Cherokee | 11 | 168 | 2524 | 61 | 12899 | 40 | 6 | 68 | 2473 | 2 | 129 | 13475 | 13 | 18469 | 50327 |
| Cobb | 11 | 288 | 2638 | 45 | 11850 | 55 | 9 | 62 | 3659 | 8 | 151 | 18479 | 15 | 16646 | 53905 |
| Fulton | 11 | 73 | 190 | 16 | 834 | 10 | 3 | 7 | 1472 | 2 | 15 | 4119 | 1 | 2000 | 8742 |
| **Total** | **11** | **611** | **6485** | **129** | **30101** | **120** | **20** | **185** | **8153** | **17** | **349** | **39335** | **34** | **45412** | **130951** |
| Appling | 12 | 32 | 304 | 2 | 914 | 1 | 1 | 17 | 83 | 0 | 6 | 462 | 0 | 1291 | 3113 |
| Bulloch | 12 | 61 | 653 | 9 | 2149 | 8 | 5 | 18 | 447 | 1 | 20 | 1766 | 1 | 3115 | 8253 |
| Burke | 12 | 25 | 162 | 1 | 803 | 1 | 1 | 7 | 56 | 0 | 5 | 375 | 0 | 1181 | 2617 |
| Candler | 12 | 49 | 149 | 2 | 322 | 2 | 2 | 7 | 76 | 0 | 5 | 322 | 1 | 898 | 1835 |
| Coffee | 12 | 36 | 411 | 2 | 876 | 2 | 2 | 16 | 120 | 1 | 1 | 580 | 0 | 2472 | 4519 |
| Columbia | 12 | 100 | 1832 | 25 | 6863 | 12 | 7 | 34 | 974 | 1 | 46 | 5081 | 6 | 7831 | 22812 |
| Effingham | 12 | 19 | 222 | 0 | 1120 | 5 | 3 | 5 | 88 | 0 | 15 | 576 | 3 | 1299 | 3355 |
| Emanuel | 12 | 13 | 198 | 2 | 695 | 3 | 2 | 12 | 87 | 1 | 5 | 463 | 0 | 1496 | 2977 |
| Evans | 12 | 18 | 80 | 2 | 329 | 2 | 0 | 4 | 42 | 0 | 1 | 309 | 0 | 481 | 1268 |
| Jeff Davis | 12 | 21 | 195 | 2 | 541 | 1 | 2 | 13 | 69 | 1 | 2 | 366 | 0 | 1074 | 2287 |
| Jenkins | 12 | 8 | 48 | 0 | 225 | 1 | 1 | 7 | 26 | 0 | 1 | 162 | 0 | 513 | 992 |
| Laurens | 12 | 47 | 702 | 10 | 1562 | 2 | 4 | 17 | 231 | 2 | 8 | 1285 | 6 | 3092 | 6968 |
| Montgomery | 12 | 6 | 148 | 2 | 342 | 0 | 0 | 3 | 35 | 0 | 7 | 200 | 0 | 712 | 1455 |
| Richmond | 12 | 78 | 1137 | 12 | 4299 | 6 | 4 | 17 | 653 | 3 | 30 | 3269 | 7 | 5550 | 15065 |
| Screven | 12 | 18 | 144 | 2 | 382 | 0 | 3 | 1 | 71 | 0 | 0 | 327 | 1 | 802 | 1751 |
| Tattnall | 12 | 23 | 166 | 2 | 726 | 0 | 1 | 7 | 84 | 0 | 1 | 458 | 1 | 1089 | 2558 |
| Toombs | 12 | 31 | 346 | 5 | 862 | 0 | 1 | 16 | 119 | 2 | 4 | 728 | 1 | 1515 | 3630 |
| Treutlen | 12 | 6 | 67 | 1 | 186 | 0 | 1 | 3 | 9 | 0 | 0 | 98 | 1 | 439 | 811 |
| Wheeler | 12 | 4 | 61 | 1 | 116 | 0 | 1 | 3 | 15 | 0 | 1 | 80 | 0 | 283 | 565 |
| **Total** | **12** | **595** | **7025** | **82** | **23312** | **46** | **41** | **207** | **3285** | **12** | **158** | **16907** | **28** | **35133** | **86831** |
| Clayton | 13 | 41 | 347 | 8 | 1248 | 8 | 3 | 13 | 230 | 1 | 10 | 1186 | 2 | 2120 | 5217 |
| Cobb | 13 | 71 | 790 | 18 | 3489 | 15 | 7 | 28 | 933 | 5 | 50 | 4414 | 4 | 5483 | 15307 |
| Douglas | 13 | 101 | 993 | 20 | 4092 | 19 | 12 | 45 | 609 | 2 | 32 | 3404 | 6 | 6987 | 16322 |
| Fayette | 13 | 18 | 196 | 1 | 749 | 2 | 0 | 3 | 162 | 1 | 11 | 772 | 5 | 1054 | 2974 |
| Fulton | 13 | 31 | 239 | 7 | 603 | 6 | 2 | 12 | 118 | 4 | 6 | 560 | 0 | 946 | 2534 |
| Henry | 13 | 63 | 661 | 11 | 2964 | 15 | 2 | 21 | 350 | 1 | 23 | 2242 | 1 | 4367 | 10721 |
| **Total** | **13** | **325** | **3226** | **65** | **13145** | **65** | **26** | **122** | **2402** | **14** | **132** | **12578** | **18** | **20957** | **53075** |
| Catoosa | 14 | 45 | 1106 | 11 | 2536 | 2 | 0 | 25 | 461 | 1 | 27 | 2434 | 3 | 4464 | 11115 |
| Chattooga | 14 | 24 | 292 | 1 | 636 | 2 | 1 | 9 | 74 | 0 | 6 | 523 | 0 | 1676 | 3244 |
| Dade | 14 | 11 | 273 | 3 | 555 | 1 | 0 | 6 | 119 | 0 | 12 | 662 | 0 | 1153 | 2795 |
| Floyd | 14 | 73 | 1140 | 16 | 2874 | 12 | 1 | 32 | 829 | 2 | 27 | 3152 | 5 | 5979 | 14142 |
| Gordon | 14 | 54 | 736 | 9 | 1607 | 6 | 0 | 33 | 356 | 1 | 17 | 1427 | 5 | 4347 | 8598 |
| Haralson | 14 | 29 | 437 | 4 | 1461 | 3 | 5 | 18 | 125 | 1 | 11 | 787 | 3 | 2823 | 5707 |
| Murray | 14 | 31 | 411 | 4 | 1028 | 1 | 2 | 17 | 119 | 0 | 13 | 673 | 4 | 3085 | 5388 |
| Paulding | 14 | 115 | 1385 | 22 | 6789 | 9 | 5 | 55 | 658 | 4 | 61 | 5044 | 8 | 10022 | 24177 |
| Pickens | 14 | 4 | 129 | 5 | 585 | 2 | 0 | 5 | 52 | 0 | 9 | 333 | 2 | 1118 | 2244 |
| Polk | 14 | 33 | 391 | 7 | 1092 | 2 | 2 | 25 | 177 | 1 | 9 | 944 | 4 | 3363 | 6050 |
| Walker | 14 | 54 | 971 | 17 | 2105 | 2 | 3 | 25 | 414 | 2 | 20 | 2157 | 7 | 4212 | 9989 |
| Whitfield | 14 | 71 | 1139 | 10 | 2299 | 4 | 2 | 23 | 556 | 5 | 32 | 2674 | 5 | 5958 | 12778 |
| **Total** | **14** | **544** | **8410** | **109** | **23567** | **46** | **21** | **273** | **3940** | **17** | **244** | **20810** | **46** | **48200** | **106227** |

| | | Secretary of State March 1, 2016 Results | | | | |
|---|---|---|---|---|---|---|
| | | HILLARY CLINTON | MARTIN O'MALLEY | BERNIE SANDERS | MICHAEL STEINBERG | |
| County | Congressional District | Total Votes | Total Votes | Total Votes | Total Votes | Total |
| Bacon | 1 | 113 | 3 | 58 | 3 | 177 |
| Brantley | 1 | 137 | 14 | 125 | 5 | 281 |
| Bryan | 1 | 895 | 8 | 502 | 8 | 1413 |
| Camden | 1 | 1405 | 6 | 690 | 10 | 2111 |
| Charlton | 1 | 275 | 8 | 84 | 6 | 373 |
| Chatham | 1 | 19916 | 72 | 7507 | 51 | 27546 |
| Clinch | 1 | 167 | 1 | 38 | 4 | 210 |
| Echols | 1 | 32 | 1 | 36 | 1 | 70 |
| Effingham | 1 | 696 | 7 | 397 | 9 | 1109 |
| Glynn | 1 | 2881 | 21 | 1282 | 12 | 4196 |
| Liberty | 1 | 2787 | 14 | 679 | 15 | 3495 |
| Long | 1 | 264 | 4 | 113 | 5 | 386 |
| Lowndes | 1 | 133 | 0 | 59 | 2 | 194 |
| McIntosh | 1 | 866 | 4 | 149 | 6 | 1025 |
| Pierce | 1 | 219 | 1 | 104 | 3 | 327 |
| Ware | 1 | 920 | 9 | 284 | 13 | 1226 |
| Wayne | 1 | 702 | 7 | 236 | 13 | 958 |
| **Total** | **1** | **32408** | **180** | **12343** | **166** | **45097** |
| Baker | 2 | 304 | 3 | 48 | 2 | 357 |
| Bibb | 2 | 10560 | 25 | 1619 | 23 | 12227 |
| Calhoun | 2 | 499 | 0 | 61 | 1 | 561 |
| Chattahoochee | 2 | 182 | 1 | 40 | 1 | 224 |
| Clay | 2 | 298 | 3 | 44 | 2 | 347 |
| Crawford | 2 | 493 | 6 | 120 | 4 | 623 |
| Crisp | 2 | 731 | 3 | 172 | 6 | 912 |
| Decatur | 2 | 1325 | 8 | 337 | 9 | 1679 |
| Dooly | 2 | 740 | 4 | 91 | 2 | 837 |
| Dougherty | 2 | 8920 | 25 | 1439 | 22 | 10406 |
| Early | 2 | 673 | 1 | 76 | 4 | 754 |
| Grady | 2 | 887 | 12 | 262 | 8 | 1169 |
| Lee | 2 | 1010 | 12 | 336 | 4 | 1362 |
| Macon | 2 | 977 | 3 | 105 | 2 | 1087 |
| Marion | 2 | 431 | 7 | 120 | 5 | 563 |
| Miller | 2 | 159 | 6 | 37 | 3 | 205 |
| Mitchell | 2 | 1342 | 8 | 203 | 11 | 1564 |
| Muscogee | 2 | 11267 | 21 | 2442 | 19 | 13749 |
| Peach | 2 | 1676 | 5 | 316 | 6 | 2003 |
| Quitman | 2 | 193 | 1 | 15 | 3 | 212 |
| Randolph | 2 | 693 | 5 | 71 | 5 | 774 |
| Schley | 2 | 147 | 3 | 25 | 1 | 176 |
| Seminole | 2 | 475 | 5 | 81 | 1 | 562 |
| Stewart | 2 | 460 | 1 | 46 | 4 | 511 |
| Sumter | 2 | 1960 | 9 | 404 | 6 | 2379 |
| Talbot | 2 | 852 | 2 | 120 | 9 | 983 |
| Taylor | 2 | 477 | 4 | 63 | 1 | 545 |
| Terrell | 2 | 804 | 2 | 106 | 2 | 914 |
| Webster | 2 | 170 | 0 | 18 | 2 | 190 |
| **Total** | **2** | **48705** | **185** | **8817** | **168** | **57875** |
| Carroll | 3 | 3186 | 15 | 1941 | 18 | 5160 |
| Coweta | 3 | 4359 | 30 | 2235 | 25 | 6649 |
| Fayette | 3 | 4718 | 17 | 2247 | 10 | 6992 |
| Harris | 3 | 1372 | 7 | 448 | 2 | 1829 |
| Heard | 3 | 277 | 7 | 111 | 0 | 395 |
| Henry | 3 | 4302 | 8 | 1217 | 14 | 5541 |
| Lamar | 3 | 871 | 8 | 208 | 3 | 1090 |

| County | | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| Meriwether | | 3 | 1463 | 5 | 237 | 8 | 1713 |
| Muscogee | | 3 | 1595 | 11 | 900 | 9 | 2515 |
| Pike | | 3 | 418 | 5 | 188 | 1 | 612 |
| Spalding | | 3 | 3132 | 18 | 820 | 13 | 3983 |
| Troup | | 3 | 3382 | 23 | 859 | 25 | 4289 |
| Upson | | 3 | 1236 | 6 | 280 | 7 | 1529 |
| **Total** | | **3** | **30311** | **160** | **11691** | **135** | **42297** |
| DeKalb | | 4 | 48558 | 85 | 15150 | 56 | 63849 |
| Gwinnett | | 4 | 10693 | 34 | 4791 | 18 | 15536 |
| Newton | | 4 | 6515 | 17 | 1652 | 20 | 8204 |
| Rockdale | | 4 | 7973 | 12 | 2234 | 11 | 10230 |
| **Total** | | **4** | **73739** | **148** | **23827** | **105** | **97819** |
| Clayton | | 5 | 8460 | 20 | 1956 | 15 | 10451 |
| DeKalb | | 5 | 23936 | 52 | 11116 | 26 | 35130 |
| Fulton | | 5 | 49240 | 104 | 19402 | 48 | 68794 |
| **Total** | | **5** | **81636** | **176** | **32474** | **89** | **114375** |
| Cobb | | 6 | 8634 | 42 | 6560 | 20 | 15256 |
| DeKalb | | 6 | 10107 | 33 | 6441 | 13 | 16594 |
| Fulton | | 6 | 15546 | 58 | 9631 | 27 | 25262 |
| **Total** | | **6** | **34287** | **133** | **22632** | **60** | **57112** |
| Forsyth | | 7 | 3039 | 15 | 2427 | 10 | 5491 |
| Gwinnett | | 7 | 24444 | 91 | 13034 | 53 | 37622 |
| **Total** | | **7** | **27483** | **106** | **15461** | **63** | **43113** |
| Atkinson | | 8 | 201 | 0 | 49 | 2 | 252 |
| Ben Hill | | 8 | 780 | 8 | 180 | 5 | 973 |
| Berrien | | 8 | 326 | 7 | 146 | 9 | 488 |
| Bibb | | 8 | 2459 | 9 | 1031 | 5 | 3504 |
| Bleckley | | 8 | 370 | 6 | 98 | 2 | 476 |
| Brooks | | 8 | 726 | 6 | 198 | 2 | 932 |
| Colquitt | | 8 | 1035 | 12 | 302 | 11 | 1360 |
| Cook | | 8 | 580 | 8 | 171 | 2 | 761 |
| Dodge | | 8 | 579 | 2 | 141 | 6 | 728 |
| Houston | | 8 | 6311 | 20 | 1956 | 20 | 8307 |
| Irwin | | 8 | 326 | 3 | 76 | 5 | 410 |
| Jones | | 8 | 1587 | 10 | 371 | 10 | 1978 |
| Lanier | | 8 | 234 | 3 | 70 | 0 | 307 |
| Lowndes | | 8 | 3883 | 17 | 1841 | 23 | 5764 |
| Monroe | | 8 | 1251 | 7 | 301 | 4 | 1563 |
| Pulaski | | 8 | 376 | 1 | 60 | 0 | 437 |
| Telfair | | 8 | 426 | 3 | 91 | 5 | 525 |
| Thomas | | 8 | 2054 | 11 | 551 | 9 | 2625 |
| Tift | | 8 | 1158 | 11 | 345 | 11 | 1525 |
| Turner | | 8 | 330 | 4 | 81 | 3 | 418 |
| Twiggs | | 8 | 819 | 6 | 118 | 5 | 948 |
| Wilcox | | 8 | 303 | 2 | 41 | 3 | 349 |
| Wilkinson | | 8 | 832 | 6 | 155 | 6 | 999 |
| Worth | | 8 | 686 | 6 | 166 | 5 | 863 |
| **Total** | | **8** | **27632** | **168** | **8539** | **153** | **36492** |
| Banks | | 9 | 172 | 7 | 169 | 3 | 351 |
| Clarke | | 9 | 1062 | 2 | 458 | 4 | 1526 |
| Dawson | | 9 | 312 | 5 | 269 | 4 | 590 |
| Elbert | | 9 | 818 | 6 | 258 | 5 | 1087 |
| Fannin | | 9 | 547 | 4 | 356 | 5 | 912 |
| Forsyth | | 9 | 668 | 9 | 726 | 2 | 1405 |
| Franklin | | 9 | 352 | 4 | 205 | 2 | 563 |
| Gilmer | | 9 | 490 | 3 | 423 | 9 | 925 |
| Habersham | | 9 | 612 | 5 | 553 | 4 | 1174 |
| Hall | | 9 | 3495 | 24 | 2256 | 26 | 5801 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hart | | 9 | 740 | 3 | 276 | 5 | 1024 |
| Jackson | | 9 | 1193 | 13 | 733 | 9 | 1948 |
| Lumpkin | | 9 | 560 | 5 | 537 | 9 | 1111 |
| Madison | | 9 | 656 | 5 | 505 | 12 | 1178 |
| Pickens | | 9 | 338 | 3 | 265 | 3 | 609 |
| Rabun | | 9 | 398 | 7 | 326 | 4 | 735 |
| Stephens | | 9 | 460 | 10 | 284 | 4 | 758 |
| Towns | | 9 | 317 | 7 | 270 | 5 | 599 |
| Union | | 9 | 574 | 17 | 418 | 10 | 1019 |
| White | | 9 | 499 | 7 | 440 | 5 | 951 |
| **Total** | | **9** | **14263** | **146** | **9727** | **130** | **24266** |
| Baldwin | | 10 | 3036 | 15 | 764 | 10 | 3825 |
| Barrow | | 10 | 1458 | 9 | 879 | 16 | 2362 |
| Butts | | 10 | 922 | 6 | 191 | 9 | 1128 |
| Clarke | | 10 | 6045 | 19 | 6420 | 17 | 12501 |
| Columbia | | 10 | 670 | 3 | 260 | 7 | 940 |
| Glascock | | 10 | 38 | 2 | 19 | 2 | 61 |
| Greene | | 10 | 1077 | 5 | 169 | 4 | 1255 |
| Gwinnett | | 10 | 2744 | 3 | 1269 | 12 | 4028 |
| Hancock | | 10 | 1121 | 9 | 147 | 7 | 1284 |
| Henry | | 10 | 1946 | 8 | 706 | 6 | 2666 |
| Jasper | | 10 | 634 | 5 | 133 | 6 | 778 |
| Jefferson | | 10 | 1615 | 8 | 208 | 3 | 1834 |
| Johnson | | 10 | 389 | 1 | 64 | 3 | 457 |
| Lincoln | | 10 | 538 | 1 | 93 | 5 | 637 |
| McDuffie | | 10 | 1274 | 2 | 223 | 6 | 1505 |
| Morgan | | 10 | 910 | 3 | 259 | 2 | 1174 |
| Newton | | 10 | 758 | 7 | 350 | 2 | 1117 |
| Oconee | | 10 | 1225 | 5 | 1102 | 5 | 2337 |
| Oglethorpe | | 10 | 562 | 3 | 358 | 5 | 928 |
| Putnam | | 10 | 871 | 5 | 206 | 4 | 1086 |
| Taliaferro | | 10 | 236 | 1 | 35 | 1 | 273 |
| Walton | | 10 | 2315 | 9 | 971 | 14 | 3309 |
| Warren | | 10 | 468 | 3 | 49 | 3 | 523 |
| Washington | | 10 | 1749 | 6 | 258 | 12 | 2025 |
| Wilkes | | 10 | 702 | 4 | 141 | 8 | 855 |
| **Total** | | **10** | **33303** | **142** | **15274** | **169** | **48888** |
| Bartow | | 11 | 2219 | 25 | 1495 | 24 | 3763 |
| Cherokee | | 11 | 4844 | 29 | 4442 | 25 | 9340 |
| Cobb | | 11 | 16752 | 61 | 10585 | 38 | 27436 |
| Fulton | | 11 | 2322 | 8 | 989 | 2 | 3321 |
| **Total** | | **11** | **26137** | **123** | **17511** | **89** | **43860** |
| Appling | | 12 | 491 | 11 | 143 | 5 | 650 |
| Bulloch | | 12 | 1916 | 7 | 1227 | 9 | 3159 |
| Burke | | 12 | 1660 | 6 | 185 | 4 | 1855 |
| Candler | | 12 | 435 | 5 | 111 | 5 | 556 |
| Coffee | | 12 | 1094 | 10 | 309 | 8 | 1421 |
| Columbia | | 12 | 4136 | 20 | 2078 | 17 | 6251 |
| Effingham | | 12 | 483 | 5 | 224 | 8 | 720 |
| Emanuel | | 12 | 758 | 5 | 145 | 4 | 912 |
| Evans | | 12 | 347 | 5 | 85 | 5 | 442 |
| Jeff Davis | | 12 | 400 | 9 | 107 | 7 | 523 |
| Jenkins | | 12 | 356 | 0 | 64 | 3 | 423 |
| Laurens | | 12 | 2296 | 21 | 453 | 22 | 2792 |
| Montgomery | | 12 | 287 | 2 | 72 | 6 | 367 |
| Richmond | | 12 | 16315 | 46 | 3586 | 28 | 19975 |
| Screven | | 12 | 773 | 10 | 168 | 4 | 955 |
| Tattnall | | 12 | 518 | 6 | 154 | 4 | 682 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Toombs | | 12 | 564 | 5 | 166 | 5 | 740 |
| Treutlen | | 12 | 302 | 3 | 58 | 4 | 367 |
| Wheeler | | 12 | 177 | 0 | 26 | 3 | 206 |
| **Total** | | **12** | **33308** | **176** | **9361** | **151** | **42996** |
| Clayton | | 13 | 16691 | 40 | 3601 | 23 | 20355 |
| Cobb | | 13 | 14123 | 34 | 5375 | 28 | 19560 |
| Douglas | | 13 | 9393 | 21 | 3151 | 26 | 12591 |
| Fayette | | 13 | 2549 | 5 | 678 | 5 | 3237 |
| Fulton | | 13 | 16349 | 30 | 3778 | 17 | 20174 |
| Henry | | 13 | 9547 | 22 | 2545 | 15 | 12129 |
| **Total** | | **13** | **68652** | **152** | **19128** | **114** | **88046** |
| Catoosa | | 14 | 1088 | 11 | 1027 | 13 | 2139 |
| Chattooga | | 14 | 568 | 7 | 302 | 14 | 891 |
| Dade | | 14 | 242 | 1 | 231 | 7 | 481 |
| Floyd | | 14 | 2568 | 27 | 1368 | 25 | 3988 |
| Gordon | | 14 | 778 | 10 | 554 | 10 | 1352 |
| Haralson | | 14 | 414 | 8 | 312 | 17 | 751 |
| Murray | | 14 | 444 | 6 | 407 | 11 | 868 |
| Paulding | | 14 | 4123 | 19 | 2123 | 22 | 6287 |
| Pickens | | 14 | 93 | 2 | 105 | 2 | 202 |
| Polk | | 14 | 944 | 13 | 403 | 17 | 1377 |
| Walker | | 14 | 1009 | 11 | 869 | 17 | 1906 |
| Whitfield | | 14 | 1539 | 19 | 1311 | 19 | 2888 |
| **Total** | | **14** | **13810** | **134** | **9012** | **174** | **23130** |