## 2016 General Election Results by Congressional District
## Public Service Commission, District 2

| District | ECHOLS Votes | % | HOSKINS Votes | % |
|---|---|---|---|---|
| 1 | 170,099 | 72.31% | 65,143 | 27.69% |
| 2 | 126,421 | 61.15% | 80,304 | 38.85% |
| 3 | 213,085 | 75.74% | 68,269 | 24.26% |
| 4 | 102,485 | 41.48% | 144,562 | 58.52% |
| 5 | 90,653 | 36.27% | 159,260 | 63.73% |
| 6 | 207,692 | 69.13% | 92,763 | 30.87% |
| 7 | 176,919 | 66.94% | 87,368 | 33.06% |
| 8 | 178,227 | 76.77% | 53,943 | 23.23% |
| 9 | 229,469 | 83.50% | 45,351 | 16.50% |
| 10 | 207,571 | 75.19% | 68,485 | 24.81% |
| 11 | 219,465 | 72.54% | 83,071 | 27.46% |
| 12 | 168,020 | 72.53% | 63,632 | 27.47% |
| 13 | 112,501 | 44.10% | 142,588 | 55.90% |
| 14 | 188,229 | 80.59% | 45,337 | 19.41% |
| Total | 2,390,836 | 66.58% | 1,200,076 | 33.42% |

Plaintiff's Exhibit 049

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | **Declaration of** |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | **Bryan L. Sells** |
| Defendant. | |

1. My name is Bryan Sells. I am the attorney for the plaintiffs in this case.

2. I have personal knowledge of the matters stated in this declaration. I am over the age of 18 years and am competent to make this declaration.

3. The foregoing exhibit, Plaintiffs' Exhibit 49: 2016 General Election Results by Congressional District, is a true and accurate summary of precinct-level results available from the Secretary of State's office. Those results in their raw form are voluminous and cannot be conveniently

examined in court because the math necessary to add up thousands of precinct results requires a computer and appropriate software.

4. The summary was prepared by me from precinct-level election data compiled and produced by the Secretary of State's office.

5. The summary reports the 2016 general election results for Public Service Commission, District 2, by congressional district and is akin to the results of the 2016 presidential preference primary by congressional district which are publicly available on the Secretary of State's website at the following link:

https://sos.ga.gov/index.php/Elections/current_and_past_elections_results

6. To generate the summary, I added up the votes for each candidate in each precinct contained, in whole or in part, within each congressional district.

7. In a small number of instances, precinct boundaries split congressional district boundaries. For those precincts, I allocated the votes according to the proportion of the precinct's voting-age population located within each congressional district. Because that allocation may be inaccurate, the congressional-district totals are only approximate. But the total number of votes involved in precinct splits is only a very small fraction of the total number of votes cast in the election.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2019.

        /s/ Bryan L. Sells
        Bryan L. Sells
        Atlanta, Georgia