John Monds
January 11, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARTIN COWEN, ALLEN BUCKLEY,            )
AARON GILMER, JOHN MONDS, and           )
the LIBERTARIAN PARTY OF GEORGIA,       )
INC., a Georgia nonprofit               ) CASE NO.:
corporation,                            )
                                        ) 1:17CV04660-LMM
        Plaintiffs,                     )
                                        )
v.                                      )
                                        )
ROBYN CRITTENDEN, Georgia               )
Secretary of State,                     )
                                        )
        Defendant.                      )

VOLUME I

DEPOSITION OF JOHN MONDS,

taken at the instance of the Defendant, pursuant to

stipulations contained herein, before Julie Breedlove,

Certified Court Reporter, at 10:00 a.m., on January 11, 2019,

at 40 Capitol Square, Southwest, Atlanta, Georgia.  The reading

and signing of the deposition were reserved.  The deposition

was suspended and resumed on February 12, 2019.

Plaintiff's Exhibit 051

U.S. LEGAL SUPPORT
www.uslegalsupport.com

1     A     Like I believe I mentioned earlier, just in
2  conversation with friends and associates in Georgia, if we're
3  talking politics or we're talking elections, whatever office,
4  if there's a Libertarian candidate I would typically inform
5  them that there is another option and they should consider the
6  Libertarian candidate.
7     Q     Okay.  But the only person you remember actually
8  trying to get signatures for is Dr. Bivins; is that right?
9     A     Outside of my own personal experience, that's
10 correct.
11    Q     I mean, I'm saying in your personal experience.  Is
12 there anyone else?
13    A     Well, I had to petition myself for a race.
14    Q     Oh, which race did you have to petition for?
15    A     The school board race back in 2006.
16    Q     Okay.  And what was the requirements for that?
17    A     The percentage of signatures, the guidelines that the
18 state set out, was like 5 percent of the registered voters in
19 that district.  It was -- to my knowledge, it was around 160
20 signatures that were required to qualify for that office.
21    Q     And just to make sure I'm understanding -- this is
22 Grady County School Board; is that right?
23    A     That is correct.
24    Q     And it was your understanding you needed to get
25 5 percent of the signatures in order to be on the ballot to run

| | |
|---|---|
| 1 | for the Grady County School District? |
| 2 | A    To my knowledge -- whatever the law was at the time, |
| 3 | that's what I followed in the petitioning. |
| 4 | Q    And your recollection is you needed about 160 |
| 5 | signatures? |
| 6 | A    Yes. |
| 7 | Q    And were you able to get those signatures? |
| 8 | A    Yes. |
| 9 | Q    And how did you do that? |
| 10 | A    One, I recruited some help to gather them, and I did |
| 11 | them myself. |
| 12 | Q    And who did you recruit to help you? |
| 13 | A    My wife was one.  A good friend of mine, Stephen -- |
| 14 | I'm sorry.  He's deceased now.  And I think it may have been |
| 15 | maybe two other -- I think it was about five of us, to my |
| 16 | recollection, that actually gathered the signatures. |
| 17 | Q    Do you remember the names of any of those other |
| 18 | people? |
| 19 | A    I believe Deborah Hatcher may have been one.  Of |
| 20 | course, my wife, Kathaleena Monds. |
| 21 | Q    And could you spell your wife's name, please? |
| 22 | A    K-a-t-h-a-l-e-e-n-a M-o-n-d-s. |
| 23 | Q    And does Deborah Hatcher live in Grady County? |
| 24 | A    Yes, she does. |
| 25 | Q    So Deborah Hatcher, your wife, you think a friend |

```
 1  who's passed away.  His name is Stephen.  What was his last
 2  name?
 3       A    I'm drawing a blank.  But if I remember, I'll tell
 4  you.
 5       Q    Okay.  And anyone else you can remember helped you
 6  with that signature campaign?
 7       A    Not that I can remember.
 8       Q    And you said you were able to get the signatures you
 9  needed?
10       A    That's correct.
11       Q    And did you do that by door to door, or were there
12  other things you did?
13       A    Primarily door to door, using a walking list.
14       Q    Did you do any setting up of a table at any public
15  events, or just door to door you got your signatures you
16  needed?
17       A    Door to door.
18       Q    And how many hours did it take you to get them?
19       A    I'm not sure.
20       Q    And I'm sorry -- I know you told me this, but when
21  was that election?
22       A    That was 2006.
23       Q    So was that your first attempt to run for office?
24       A    That is correct.
25       Q    So you did that in 2006, and then two years later you
```