UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, LIBERTARIAN PARTY OF GEORGIA, INC.,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1: 17-CV-04660-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having Granted said motion in part and Denied as Moot in part, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 24th day of September, 2019.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By: /s/ Teresa Frazier
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 24, 2019
James N. Hatten
Clerk of Court

By: /s/ Teresa Frazier
　　　　Deputy Clerk