# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

October 11, 2019

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      U.S.D.C. No.: 1:17-cv-4660-LMM
      U.S.C.A. No.: 00-00000-00
      In re:    Martin Cowen, et al. v. Brian P. Kemp, et al.

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, Clerk's Judgment, and Order appealed enclosed.** |
|   | This is not the first notice of appeal.   Other notices were filed on: . |
|   | There is no transcript. |
| X | **The court reporter is Montrell Vann.** |
| X | **There is sealed material.** |
|   | Other: . |
| X | **Fee paid electronically on 10/10/19; Receipt Number AGANC-8997355.** |
|   | Appellant has been   leave to file *in forma pauperis*. |
|   | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|   | The Magistrate Judge is . |
| X | **The District Judge is Leigh Martin May.** |
|   | This is a **DEATH PENALTY** appeal. |

                                          Sincerely,

                                          James N. Hatten
                                          District Court Executive
                                          and Clerk of Court

                                    By:  <u>Kimberly Carter</u>
                                              Deputy Clerk

Enclosures