UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, LIBERTARIAN PARTY OF GEORGIA, INC., <br>     Plaintiff(s), <br><br> vs. <br><br> BRAD RAFFENSPERGER in his official capacity as Secretary of State of the State of Georgia, <br>     Defendant(s). | CIVIL ACTION FILE <br><br> NO. 1:17-cv-04660-LMM |

# O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this _____ day of July, 2020.

_____
HONORABLE LEIGH MARTIN MAY
United States District Judge