# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, LIBERTARIAN PARTY OF GEORGIA, INC., <br>　　　　Plaintiff(s), <br><br>vs. <br><br>BRAD RAFFENSPERGER in his official capacity as Secretary of State of the State of Georgia, <br>　　　　Defendant(s). | CIVIL ACTION FILE <br><br> NO.  1:17-cv-04660-LMM |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 8th day of July, 2020.

_____
HONORABLE LEIGH MARTIN MAY
United States District Judge