IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, Georgia Secretary of State, <br><br> Defendant. | CASE NO.: 1:17cv04660-LMM |

## DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

Following the Eleventh Circuit's decision vacating and remanding the case in *Cowen v. Ga. Sec'y of State*, 960 F.3d 1339 (11th Cir. 2020), Defendant Brad Raffensperger, Georgia Secretary of State, moves for summary judgment pursuant to FED. R. CIV. P. 56 on all counts of Plaintiffs' Complaint. In support of this motion, Defendant submits the accompanying:

(1) Statement of Undisputed Material Facts and supporting exhibits; and

(2) Brief in Support.

1

For the reasons set forth in the Brief in Support, there is no genuine dispute of material fact and Defendant is entitled to judgment as a matter of law. Defendant respectfully requests that his motion be granted.

Respectfully submitted, this 28th day of August, 2020.

CHRISTOPHER M. CARR
Attorney General                    112505
BRYAN K. WEBB                       743580
Deputy Attorney General
RUSSELL D. WILLARD                  760280
Senior Assistant Attorney General

/s/ *Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
Tel: 404-656-3389

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

*/s/Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel for Plaintiffs via electronic notification:

> Bryan L. Sells
> bryan@bryansellslaw.com

Dated: August 28, 2020.

> */s/ Charlene S. McGowan*
> Charlene S. McGowan
> Assistant Attorney General