# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation, | * * * * * | CASE NO.: 1:17cv04660-LMM |
| Plaintiffs, | * * | |
| v. | * * | |
| BRAD RAFFENSPERGER, Georgia Secretary of State, | * * * | |
| Defendant. | * | |

**SECOND DECLARATION OF CHRIS HARVEY**

Pursuant to 28 U.S.C. § 1746, I, Chris Harvey, make the following declaration in support of Defendant's Motion for Summary Judgment:

1.

My name is Chris Harvey. I am over the age of 21 years, and I am under no legal disability that would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

1

2.

I currently am the Director of Elections for the State of Georgia. I have held that position since July 2015. From August 2007 to July 2015, I was the Chief Investigator and Deputy Inspector General for the Secretary of State's office, investigating, among other things, potential violations of state election law. For more than a decade, I have acquired firsthand knowledge of Georgia's election processes at both the state and county level.

3.

While the nominees of Georgia's two political parties are selected through the primary process (and any subsequent run-off election, if necessary), third party and independent candidates qualify for ballot access by submitting a nomination petition with the required number of valid signatures as determined by O.C.G.A. § 21-2-170. The nomination petition signature requirement for the 2020 election cycle is posted on the Secretary of State's website and a true and correct copy of this document is attached as **Exhibit A**.

4.

Candidates have 180 days (six months) to collect signatures, which are due by the second Tuesday in July. Aspiring candidates in 2020 could have begun gathering

signatures as early as mid-January. Candidates are not required to wait until after they receive their party's nomination to begin gathering signatures.

5.

Due to the outbreak of COVID-19 in 2020, the Secretary of State exercised his authority to extend the deadline to submit nomination petitions an additional 31 days, from July 14 to August 14, 2020, for the 2020 general election. The number of valid petition signatures required was also reduced by 30% by federal court order.

6.

Once the Secretary of State's office receives the nomination petitions, we conduct an initial review to determine if the petition contains at least the minimum required number of signatures. If so, the signature pages are then sent to the appropriate counties to verify the voters' identity and signature. After the signatures on nominating petitions are verified, any candidates that qualify for the general election will be placed on the general election ballot.

7.

Plaintiff Martin Cowen submitted a nomination petition on August 14, 2020, as the Libertarian Party's nominee for the Thirteenth Congressional District, after having filed a notice of candidacy and qualifying fee in March. Mr. Cowen's petition

contained 6 out of the required 17,152 signatures, and did not qualify for the general election ballot.

8.

There were 3 independent candidates who were able to meet the petition requirements for local races for the 2020 general election, even during the pandemic. Joe Reed, who qualified as an independent candidate for State House District 129, obtained 1,526 verified signatures out of the required 1,197. Andrew Bell, an independent candidate for State House District 85, submitted a petition with 2,220 raw signatures out of the required 1,255. Mr. Bell's petition is currently being verified by the county. Finally, Keith Higgins, an independent candidate for the Brunswick District Attorney, obtained 8,832 raw signatures out of the required 3,526. His petition is currently being verified by the county.

9.

Jimmy Cooper, a Green Party candidate for the Eighth District, and Donald Keller, an independent candidate for the Twelfth District, filed a notice of candidacy and filing fee in March, but did not submit a nomination petition by the August 14 deadline. None of the other named Plaintiffs in this action submitted a nomination petition to qualify as a candidate for any of Georgia's congressional districts for the 2020 general election ballot.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August, 2020.

CHRIS HARVEY

# EXHIBIT A

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in <u>Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020)</u>. *

## Offices Voted Upon Statewide

| Office | Registrations at Previous Election | 2020 Signatures Required <u>Before</u> July 9, 2020 Court Order[1] | 2020 Signatures Required* <u>After</u> July 9, 2020 Court Order |
|---|---|---|---|
| President[1] | 5,443,046 (2016) | 7,500[2] | 5,250 |
| U.S. Senate (Seat Held by Sen. Perdue) | 5,168,664 (2014) | 51,686 | 36,180 |
| Public Service Commissioner District 1 | 5,168,664 (2014) | 51,686 | 36,180 |
| Public Service Commissioner District 4 | 5,168,664 (2014) | 51,686 | 36,180 |

## Georgia Congressional Representative

| Congressional District | 2018 Registered Voters | 2020 Signatures Required <u>Before</u> July 9, 2020 Court Order[1] | 2020 Signatures Required[3] After July 9, 2020 Court Order |
|---|---|---|---|
| 1 | 447,321 | 22,366 | 15,656 |
| 2 | 397,565 | 19,878 | 13,915 |
| 3 | 474,044 | 23,702 | 16,591 |
| 4 | 485,112 | 24,255 | 16,979 |
| 5 | 530,774 | 26,538 | 18,577 |
| 6 | 479,056 | 23,952 | 16,766 |
| 7 | 469,959 | 23,497 | 16,448 |
| 8 | 414,387 | 20,719 | 14,503 |
| 9 | 459,485 | 22,974 | 16,082 |
| 10 | 472,606 | 23,630 | 16,541 |
| 11 | 499,458 | 24,972 | 17,480 |
| 12 | 418,996 | 20,949 | 14,664 |
| 13 | 490,064 | 24,503 | 17,152 |
| 14 | 395,560 | 19,778 | 13,845 |

---

[1] The statute setting the number of signatures required for various offices is O.C.G.A. § 21-2-170(b).

[2] The signature requirement for political body and independent candidates for President was set to 7,500 pursuant to <u>Green Party of Ga. v. Kemp</u>, 171 F. Supp. 3d 1340 (2016).

Page 1 of 8

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020). *

## Georgia State Senator

| Senate District | 2018 Registered Voters | 2020 Signatures Required Before July 9, 2020 Court Order[1] | 2020 Signatures Required* After July 9, 2020 Court Order |
|---|---|---|---|
| 1 | 120,922 | 6,046 | 4,232 |
| 2 | 117,062 | 5,853 | 4,097 |
| 3 | 109,155 | 5,457 | 3,820 |
| 4 | 102,745 | 5,137 | 3,596 |
| 5 | 83,252 | 4,162 | 2,913 |
| 6 | 128,393 | 6,419 | 4,493 |
| 7 | 89,968 | 4,498 | 3,149 |
| 8 | 102,453 | 5,122 | 3,585 |
| 9 | 128,947 | 6,447 | 4,513 |
| 10 | 132,664 | 6,633 | 4,643 |
| 11 | 96,180 | 4,809 | 3,366 |
| 12 | 99,051 | 4,952 | 3,466 |
| 13 | 96,111 | 4,805 | 3,364 |
| 14 | 119,688 | 5,984 | 4,189 |
| 15 | 90,620 | 4,531 | 3,172 |
| 16 | 121,245 | 6,062 | 4,243 |
| 17 | 129,275 | 6,463 | 4,524 |
| 18 | 113,379 | 5,668 | 3,968 |
| 19 | 87,859 | 4,392 | 3,074 |
| 20 | 112,529 | 5,626 | 3,938 |
| 21 | 134,669 | 6,733 | 4,713 |
| 22 | 103,736 | 5,186 | 3,630 |
| 23 | 105,491 | 5,274 | 3,692 |
| 24 | 124,035 | 6,201 | 4,341 |
| 25 | 111,460 | 5,573 | 3,901 |
| 26 | 100,128 | 5,006 | 3,504 |
| 27 | 141,854 | 7,092 | 4,964 |
| 28 | 121,613 | 6,080 | 4,256 |
| 29 | 112,959 | 5,647 | 3,953 |
| 30 | 113,801 | 5,690 | 3,983 |
| 31 | 112,974 | 5,648 | 3,954 |

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020). *

| | | | |
|---|---|---|---|
| 32 | 134,587 | 6,729 | 4,710 |
| 33 | 112,144 | 5,607 | 3,925 |
| 34 | 113,194 | 5,659 | 3,961 |
| 35 | 125,245 | 6,262 | 4,383 |
| 36 | 138,483 | 6,924 | 4,847 |
| 37 | 128,727 | 6,436 | 4,505 |
| 38 | 129,352 | 6,467 | 4,527 |
| 39 | 136,835 | 6,841 | 4,789 |
| 40 | 112,760 | 5,638 | 3,947 |
| 41 | 108,056 | 5,402 | 3,781 |
| 42 | 122,539 | 6,126 | 4,288 |
| 43 | 121,134 | 6,056 | 4,239 |
| 44 | 126,097 | 6,304 | 4,413 |
| 45 | 125,363 | 6,268 | 4,388 |
| 46 | 122,898 | 6,144 | 4,301 |
| 47 | 116,327 | 5,816 | 4,071 |
| 48 | 111,495 | 5,574 | 3,902 |
| 49 | 111,817 | 5,590 | 3,913 |
| 50 | 107,648 | 5,382 | 3,767 |
| 51 | 124,126 | 6,206 | 4,344 |
| 52 | 97,445 | 4,872 | 3,410 |
| 53 | 101,000 | 5,050 | 3,535 |
| 54 | 85,181 | 4,259 | 2,981 |
| 55 | 132,705 | 6,635 | 4,645 |
| 56 | 125,011 | 6,250 | 4,375 |

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020). *

## Georgia State Representative

| House District | 2018 Registered Voters | 2020 Signatures Required | 2020 Signatures Required* After July 9, 2020 Court Order |
|---|---|---|---|
| 1 | 30,948 | 1,547 | 1,083 |
| 2 | 31,302 | 1,565 | 1,096 |
| 3 | 34,017 | 1,700 | 1,190 |
| 4 | 21,924 | 1,096 | 767 |
| 5 | 27,995 | 1,399 | 979 |
| 6 | 25,873 | 1,293 | 905 |
| 7 | 38,756 | 1,937 | 1,356 |
| 8 | 41,674 | 2,083 | 1,458 |
| 9 | 38,184 | 1,909 | 1,336 |
| 10 | 31,867 | 1,593 | 1,115 |
| 11 | 34,077 | 1,703 | 1,192 |
| 12 | 27,712 | 1,385 | 970 |
| 13 | 28,417 | 1,420 | 994 |
| 14 | 33,081 | 1,654 | 1,158 |
| 15 | 34,891 | 1,744 | 1,221 |
| 16 | 29,111 | 1,455 | 1,019 |
| 17 | 38,023 | 1,901 | 1,331 |
| 18 | 32,916 | 1,645 | 1,152 |
| 19 | 38,533 | 1,926 | 1,348 |
| 20 | 41,292 | 2,064 | 1,445 |
| 21 | 41,480 | 2,074 | 1,452 |
| 22 | 47,543 | 2,377 | 1,664 |
| 23 | 39,390 | 1,969 | 1,378 |
| 24 | 43,343 | 2,167 | 1,517 |
| 25 | 43,343 | 2,167 | 1,517 |
| 26 | 44,099 | 2,204 | 1,543 |
| 27 | 34,646 | 1,732 | 1,212 |
| 28 | 31,998 | 1,599 | 1,119 |
| 29 | 28,206 | 1,410 | 987 |
| 30 | 35,052 | 1,752 | 1,226 |
| 31 | 38,001 | 1,900 | 1,330 |

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020). *

| House District | 2018 Registered Voters | 2020 Signatures Required | 2020 Signatures Required* After July 9, 2020 Court Order |
|---|---|---|---|
| 32 | 32,078 | 1,603 | 1,122 |
| 33 | 33,232 | 1,661 | 1,163 |
| 34 | 37,835 | 1,891 | 1,324 |
| 35 | 37,832 | 1,891 | 1,324 |
| 36 | 43,826 | 2,191 | 1,534 |
| 37 | 36,960 | 1,848 | 1,294 |
| 38 | 39,296 | 1,964 | 1,375 |
| 39 | 34,668 | 1,733 | 1,213 |
| 40 | 43,554 | 2,177 | 1,524 |
| 41 | 29,569 | 1,478 | 1,035 |
| 42 | 30,373 | 1,518 | 1,063 |
| 43 | 38,545 | 1,927 | 1,349 |
| 44 | 40,523 | 2,026 | 1,418 |
| 45 | 42,006 | 2,100 | 1,470 |
| 46 | 42,207 | 2,110 | 1,477 |
| 47 | 40,871 | 2,043 | 1,430 |
| 48 | 34,876 | 1,743 | 1,220 |
| 49 | 38,283 | 1,914 | 1,340 |
| 50 | 34,270 | 1,713 | 1,199 |
| 51 | 38,782 | 1,939 | 1,357 |
| 52 | 40,053 | 2,002 | 1,401 |
| 53 | 41,407 | 2,070 | 1,449 |
| 54 | 46,203 | 2,310 | 1,617 |
| 55 | 43,941 | 2,197 | 1,538 |
| 56 | 37,549 | 1,877 | 1,314 |
| 57 | 52,943 | 2,647 | 1,853 |
| 58 | 46,123 | 2,306 | 1,614 |
| 59 | 39,118 | 1,955 | 1,369 |
| 60 | 35,611 | 1,780 | 1,246 |
| 61 | 38,293 | 1,914 | 1,340 |
| 62 | 42,761 | 2,138 | 1,497 |
| 63 | 40,687 | 2,034 | 1,424 |
| 64 | 42,314 | 2,115 | 1,481 |
| 65 | 40,260 | 2,013 | 1,409 |

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020). *

| House District | 2018 Registered Voters | 2020 Signatures Required | 2020 Signatures Required* After July 9, 2020 Court Order |
|---|---|---|---|
| 66 | 38,052 | 1,902 | 1,331 |
| 67 | 35,749 | 1,787 | 1,251 |
| 68 | 38,542 | 1,927 | 1,349 |
| 69 | 33,756 | 1,687 | 1,181 |
| 70 | 38,448 | 1,922 | 1,345 |
| 71 | 40,221 | 2,011 | 1,408 |
| 72 | 43,650 | 2,182 | 1,527 |
| 73 | 38,269 | 1,913 | 1,339 |
| 74 | 32,007 | 1,600 | 1,120 |
| 75 | 36,142 | 1,807 | 1,265 |
| 76 | 37,387 | 1,869 | 1,308 |
| 77 | 33,616 | 1,680 | 1,176 |
| 78 | 38,233 | 1,911 | 1,338 |
| 79 | 34,178 | 1,708 | 1,196 |
| 80 | 36,044 | 1,802 | 1,261 |
| 81 | 27,211 | 1,360 | 952 |
| 82 | 32,729 | 1,636 | 1,145 |
| 83 | 42,892 | 2,144 | 1,501 |
| 84 | 43,418 | 2,170 | 1,519 |
| 85 | 35,865 | 1,793 | 1,255 |
| 86 | 37,743 | 1,887 | 1,321 |
| 87 | 41,239 | 2,061 | 1,443 |
| 88 | 37,729 | 1,886 | 1,320 |
| 89 | 44,923 | 2,246 | 1,572 |
| 90 | 41,361 | 2,068 | 1,448 |
| 91 | 41,928 | 2,096 | 1,467 |
| 92 | 34,493 | 1,724 | 1,207 |
| 93 | 42,053 | 2,102 | 1,471 |
| 94 | 39,519 | 1,975 | 1,383 |
| 95 | 37,485 | 1,874 | 1,312 |
| 96 | 27,709 | 1,385 | 970 |
| 97 | 39,625 | 1,981 | 1,387 |
| 98 | 38,211 | 1,910 | 1,337 |
| 99 | 19,364 | 968 | 678 |

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020). *

| House District | 2018 Registered Voters | 2020 Signatures Required | 2020 Signatures Required* After July 9, 2020 Court Order |
|---|---|---|---|
| 100 | 26,415 | 1,320 | 924 |
| 101 | 35,138 | 1,756 | 1,229 |
| 102 | 35,332 | 1,766 | 1,236 |
| 103 | 42,497 | 2,124 | 1,487 |
| 104 | 41,265 | 2,063 | 1,444 |
| 105 | 40,050 | 2,002 | 1,401 |
| 106 | 38,091 | 1,904 | 1,333 |
| 107 | 35,435 | 1,771 | 1,240 |
| 108 | 34,384 | 1,719 | 1,203 |
| 109 | 41,063 | 2,053 | 1,437 |
| 110 | 37,608 | 1,880 | 1,316 |
| 111 | 45,382 | 2,269 | 1,588 |
| 112 | 37,534 | 1,876 | 1,313 |
| 113 | 38,404 | 1,920 | 1,344 |
| 114 | 41,265 | 2,063 | 1,444 |
| 115 | 38,218 | 1,910 | 1,337 |
| 116 | 36,365 | 1,818 | 1,273 |
| 117 | 37,541 | 1,877 | 1,314 |
| 118 | 31,941 | 1,597 | 1,118 |
| 119 | 36,965 | 1,848 | 1,294 |
| 120 | 36,182 | 1,809 | 1,266 |
| 121 | 40,363 | 2,018 | 1,413 |
| 122 | 43,996 | 2,199 | 1,539 |
| 123 | 37,590 | 1,879 | 1,315 |
| 124 | 31,038 | 1,551 | 1,086 |
| 125 | 32,370 | 1,618 | 1,133 |
| 126 | 35,344 | 1,767 | 1,237 |
| 127 | 30,387 | 1,519 | 1,063 |
| 128 | 30,711 | 1,535 | 1,075 |
| 129 | 34,212 | 1,710 | 1,197 |
| 130 | 36,071 | 1,803 | 1,262 |
| 131 | 33,537 | 1,676 | 1,173 |
| 132 | 30,952 | 1,547 | 1,083 |
| 133 | 35,776 | 1,788 | 1,252 |

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020). *

| House District | 2018 Registered Voters | 2020 Signatures Required | 2020 Signatures Required* After July 9, 2020 Court Order |
|---|---|---|---|
| 134 | 35,083 | 1,754 | 1,228 |
| 135 | 25,746 | 1,287 | 901 |
| 136 | 33,256 | 1,662 | 1,163 |
| 137 | 34,519 | 1,725 | 1,208 |
| 138 | 24,448 | 1,222 | 855 |
| 139 | 24,930 | 1,246 | 872 |
| 140 | 33,204 | 1,660 | 1,162 |
| 141 | 40,316 | 2,015 | 1,411 |
| 142 | 32,846 | 1,642 | 1,149 |
| 143 | 32,534 | 1,626 | 1,138 |
| 144 | 33,696 | 1,684 | 1,179 |
| 145 | 28,293 | 1,414 | 990 |
| 146 | 39,671 | 1,983 | 1,388 |
| 147 | 31,677 | 1,583 | 1,108 |
| 148 | 28,666 | 1,433 | 1,003 |
| 149 | 22,842 | 1,142 | 799 |
| 150 | 31,955 | 1,597 | 1,118 |
| 151 | 31,942 | 1,597 | 1,118 |
| 152 | 35,896 | 1,794 | 1,256 |
| 153 | 31,571 | 1,578 | 1,105 |
| 154 | 33,859 | 1,692 | 1,184 |
| 155 | 30,247 | 1,512 | 1,058 |
| 156 | 29,943 | 1,497 | 1,048 |
| 157 | 25,963 | 1,298 | 909 |
| 158 | 30,339 | 1,516 | 1,061 |
| 159 | 33,936 | 1,696 | 1,187 |
| 160 | 30,241 | 1,512 | 1,058 |
| 161 | 44,360 | 2,218 | 1,553 |
| 162 | 33,897 | 1,694 | 1,186 |
| 163 | 33,842 | 1,692 | 1,184 |
| 164 | 36,331 | 1,816 | 1,271 |
| 165 | 38,462 | 1,923 | 1,346 |
| 166 | 44,490 | 2,224 | 1,557 |
| 167 | 34,579 | 1,728 | 1,210 |

# Number of Signatures Required for Nomination Petitions

# November 2020 General Election ONLY

*This document was updated on July 16, 2020 to reflect the 30% reduction in required signatures pursuant to U.S. District Judge Eleanor Ross's Order in Green Party of Ga. v. Raffensperger, Case 1:20-CV-01312-ELR (2020). *

| House District | 2018 Registered Voters | 2020 Signatures Required | 2020 Signatures Required* After July 9, 2020 Court Order |
|---|---|---|---|
| 168 | 29,104 | 1,455 | 1,019 |
| 169 | 27,746 | 1,387 | 971 |
| 170 | 28,688 | 1,434 | 1,004 |
| 171 | 28,718 | 1,435 | 1,005 |
| 172 | 26,393 | 1,319 | 923 |
| 173 | 31,386 | 1,569 | 1,098 |
| 174 | 30,443 | 1,522 | 1,065 |
| 175 | 35,831 | 1,791 | 1,254 |
| 176 | 29,489 | 1,474 | 1,032 |
| 177 | 30,250 | 1,512 | 1,058 |
| 178 | 29,763 | 1,488 | 1,042 |
| 179 | 36,236 | 1,811 | 1,268 |
| 180 | 33,004 | 1,650 | 1,155 |