IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | **Plaintiffs' Statement of Additional Facts** |
| Defendant. | |

Pursuant to Local Rule 56.1(B)(2)(b), the plaintiffs respectfully submit this statement of additional facts.

1. The form of the nomination petition for political-body candidates for U.S. Representative requires the candidate to describe himself or herself as the nominee of a specified political body. (Ex. 52: Political-Body Nomination Petition at 1.)

2. It would be a felony for a political-body candidate for U.S. Representative to circulate a nomination petition that falsely describes the candidate as the nominee of a specified political body. O.C.G.A. § 21-2-565(a).

3. If a political-body candidate for U.S. Representative were to alter the face of a petition without the consent of all signers by filling in the name of the candidate's party after voters have signed, the candidate could be guilty of a felony. O.C.G.A. § 21-2-563(6).

4. The Libertarian Party of Georgia has more dues-paying members than both the Democratic Party of Georgia and the Georgia Republican Party combined. (Ex. 55: Graham 2d decl. ¶¶ 6-12.)

5. In 2020, there were eight candidates for non-statewide state offices who timely paid the qualifying fee and submitted a notice of candidacy. Of these, only one candidate, Keith Higgins, submitted a nomination petition that contained the verified signatures of more than five percent of the registered voters at the last election for the office he seeks. (Ex. 56: Sept. 14 Email at 1-2.)

6. The verification rate on Andrew Bell's 2020 nomination petition was less than 40 percent. (Ex. 56: Sept. 14 Email at 1-2.)

7. Since 2010, more than 40 percent of political-party candidates for U.S. Representative in Georgia have had no opposition in their party's primary. (Ex. 54: Primary Election Results 2010-2020.)

8. No independent or political-body candidates for presidential elector have satisfied Georgia's 7,500-signature requirement for ballot access since that requirement went into effect in 2016. (Ex. 53: Presidential Candidates 2016-2020.)

**/s/ Bryan L. Sells**
Attorney Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com