# EXHIBIT INDEX

Exhibit 52    Political-Body Nomination Petition Form

Exhibit 53    Presidential Candidates 2016-2020

Exhibit 54    Primary Election Results 2010-2020

Exhibit 55    Second Declaration of Ryan Graham

Exhibit 56    September 14 Email

Exhibit 57    McGowan-Sells Emails