# NOMINATION PETITION FOR

A _____

(Candidate's Name)          (Political Body)

TO: SECRETARY OF STATE, STATE OF GEORGIA

Each of the undersigned persons does hereby PETITION FOR THE NOMINATION OF _____, who resides at _____

(Candidate's Name)          (Place of residence, with street and number)

the nominee of the _____, for the office of _____, to be filled at the _____ General Election.

(Business, profession, occupation, if any)          (Date of Election)

Each of the undersigned petitioners hereby declares that he or she is a duly QUALIFIED AND REGISTERED ELECTOR of the State of Georgia entitled to vote in the next election for the filling of the office sought by the candidate supported by this petition. **No person shall sign the same petition more than once. Different sheets must be used by signers resident in different counties. O.C.G.A. § 21-2-170(d).**

COUNTY OF SIGNERS: _____

| | (Personal Signature)<br>(Print name under signature)<br><br>(Sign Only Your Own Name) | Year of Birth | Residence Address<br>(Number, Street, and City) | County | Date | Office Use Only |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

Political Body Nom Pet 2020                                                                 Page ____

**PLAINTIFFS' MSJ EXHIBIT 52**

**CIRCULATOR'S AFFIDAVIT**

STATE OF GEORGIA

COUNTY OF _____

I, the undersigned, being first duly sworn on oath, do depose and say that I personally circulated the foregoing petition sheet; that I reside at the address appearing below my signature hereon; that each signer manually signed his or her own name on this sheet with full knowledge of the contents of the petition; that each such signature was signed on or after _____, 20 ____, but not later than _____, 20 ____; and, to the best of my knowledge and belief, that such signers are registered electors of the State of Georgia, qualified to sign such petition, that their respective residences are correctly stated in the petition, and that they all reside in the county named in the caption of this affidavit.

,

_____
Signature of Circulator

_____
(Print Name of Circulator)

_____
Address of Circulator (Number and Street)

_____
(City)   (State)   (Zip Code)

**NOTE:** No notary public may sign the petition as an elector or serve as a circulator of any petition which he or she notarized. Any and all sheets of a petition that have the circulator's affidavit notarized by a notary public who also served as a circulator of one or more sheets of the petition or who signed one of the sheets of the petition as an elector shall be disqualified and rejected. O.C.G.A. § 21-2-170.

Sworn to and subscribed before me this

_____ day of _____, 20 ____.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES _____.

**NOTE:** A POLITICAL BODY CANDIDATE MUST FILE A CERTIFICATE SWORN TO BY THE CHAIRMAN AND SECRETARY OF THE POLITICAL BODY THAT THE CANDIDATE IS THE NOMINEE OF THE POLITICAL BODY BY VIRTUE OF BEING NOMINATED IN A CONVENTION IN ACCORDANCE WITH O.C.G.A. § 21-2-172 WITH THIS PETITION IN ORDER TO BE LISTED UNDER THE NAME OF THE POLITICAL BODY ON THE BALLOT. ONLY POLITICAL BODIES WHICH HAVE DULY REGISTERED WITH THE SECRETARY OF STATE MAY BE LISTED ON THE BALLOT.