9/24/2020                  Qualifying Candidate Information

HOME     CORPORATIONS     ELECTIONS     LICENSING     SECURITIES     CHARITIES

VOTER INFO.     RESULTS & STATS     CANDIDATE INFO.     COUNTY & AGENCY

## QUALIFYING CANDIDATE INFORMATION

The information and materials available on this website are provided by local elections officials as a service to the public and intended to be as accurate as possible. If the generated list appears to be missing any information regarding qualified candidates, please visit http://elections.sos.ga.gov/Elections/countyelectionoffices.do to locate the contact information for the appropriate elections office to report the issue. This list will not include anyone who has qualified to run in a municipal general or special election unless the city contracts with a county to conduct qualifying of candidates on the city's behalf.

*Political body and independent candidates are also required to timely submit nominating petitions in accordance with O.C.G.A. §§21-2-132 (d) in addition to filing a notice of candidacy and affidavit and paying any associated qualifying fees.

**Election Year:** 2016    **Election:** 11/08/2016 -- NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION    **Party:** -- Select Party --

**Office Type:** FEDERAL    **Offices:** PRESIDENT OF THE UNITED ST

Qualified Candidates

### PRESIDENT OF THE UNITED STATES

**DONALD J. TRUMP**
PARTY: REPUBLICAN
INCUMBENT: NO
QUALIFIED DATE: 12/01/2015

**HILLARY CLINTON**
PARTY: DEMOCRATIC
INCUMBENT: NO
QUALIFIED DATE: 12/01/2015

**GARY JOHNSON**
PARTY: LIBERTARIAN
INCUMBENT: NO
QUALIFIED DATE: 07/29/2016

**STEPHEN L ALLEN**
PARTY: WRITE-IN
INCUMBENT: NO
QUALIFIED DATE: 09/09/2016

**DAVID C. BYRNE**
PARTY: WRITE-IN
INCUMBENT: NO
QUALIFIED DATE: 09/06/2016

**DARRELL CASTLE**
PARTY: WRITE-IN
INCUMBENT: NO
QUALIFIED DATE: 09/06/2016

**LOREN COLLINS**
PARTY: WRITE-IN

PLAINTIFFS' MSJ EXHIBIT 53

INCUMBENT: NO

**SCOTT CUBBLER**  PARTY: WRITE-IN
INCUMBENT: NO

**CLAIRE ELISABETH ELLIOTT**  PARTY: WRITE-IN
INCUMBENT: NO
QUALIFIED DATE: 09/01/2016

**THOMAS HOEFLING**  PARTY: WRITE-IN
INCUMBENT: NO

**LAURENCE KOTLIKOFF**  PARTY: WRITE-IN
INCUMBENT: NO

**MIKE MATUREN**  PARTY: WRITE-IN
INCUMBENT: NO

**EVAN MCMULLIN**  PARTY: WRITE-IN
INCUMBENT: NO

**RICKY MUHAMMAD**  PARTY: WRITE-IN
INCUMBENT: NO

**MICHAEL L. SMITH**  PARTY: WRITE-IN
INCUMBENT: NO

**JILL STEIN**  PARTY: WRITE-IN
INCUMBENT: NO

**MARC URBACH**  PARTY: WRITE-IN
INCUMBENT: NO

**SANDRA WILSON**  PARTY: WRITE-IN
INCUMBENT: NO

**CHERUNDA FOX**  PARTY: WRITE-IN
INCUMBENT: NO

**ROBERT BUCHANAN**  PARTY: WRITE-IN
INCUMBENT: NO

OFFICE OF BRAD RAFFENSPERGER

NEWS & ANNOUNCEMENTS

PRESS & MEDIA KIT

PRIVACY POLICY

CONTACT

214 State Capitol
Atlanta, Georgia 30334
844.753.7825
E-Mail
© 2018 Georgia Secretary of State

HOME    CORPORATIONS    ELECTIONS    LICENSING    SECURITIES    CHARITIES

VOTER INFO.    RESULTS & STATS    CANDIDATE INFO.    COUNTY & AGENCY

## QUALIFYING CANDIDATE INFORMATION

The information and materials available on this website are provided by local elections officials as a service to the public and intended to be as accurate as possible. If the generated list appears to be missing any information regarding qualified candidates, please visit http://elections.sos.ga.gov/Elections/countyelectionoffices.do to locate the contact information for the appropriate elections office to report the issue. This list will not include anyone who has qualified to run in a municipal general or special election unless the city contracts with a county to conduct qualifying of candidates on the city's behalf.

*Political body and independent candidates are also required to timely submit nominating petitions in accordance with O.C.G.A. §§21-2-132 (d) in addition to filing a notice of candidacy and affidavit and paying any associated qualifying fees.

**Election Year:** 2020   **Election:** 11/03/2020 -- NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION   **Party:** -- Select Party --

**Office Type:** FEDERAL   **Offices:** PRESIDENT OF THE UNITED ST

Qualified Candidates

### PRESIDENT OF THE UNITED STATES

**DONALD J. TRUMP**
PARTY: REPUBLICAN
INCUMBENT: YES
QUALIFIED DATE: 12/01/2019

**JOSEPH R. BIDEN**
PARTY: DEMOCRATIC
INCUMBENT: NO
QUALIFIED DATE: 12/01/2019

**JO JORGENSEN**
PARTY: LIBERTARIAN
INCUMBENT: NO
QUALIFIED DATE: 12/01/2019

**BARBARA BELLAR**
PARTY: WRITE-IN
INCUMBENT: NO
QUALIFIED DATE: 09/02/2020

**DON BLANKENSHIP**
PARTY: WRITE-IN
INCUMBENT: NO
QUALIFIED DATE: 09/10/2020

**PRESIDENT R19 BODDIE**
PARTY: WRITE-IN
INCUMBENT: NO
QUALIFIED DATE: 08/21/2020

**DAVID C. BYRNE**
PARTY: WRITE-IN

**INCUMBENT:** NO
**QUALIFIED DATE:** 09/10/2020

**BRIAN CARROLL**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 08/26/2020

**MARK CHARLES**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 09/14/2020

**LOREN COLLINS**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 08/19/2020

**KATHRYN GIBSON**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 09/08/2020

**HOWIE HAWKINS**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 09/08/2020

**SHAWN HOWARD**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 02/03/2020

**PRINCESS JACOB - FAMBRO**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 09/14/2020

**GLORIA LA RIVA**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 08/19/2020

**DEBORAH ROUSE**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 08/26/2020

**PETER SHERRILL**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 09/11/2020

**JADE SIMMONS**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 09/11/2020

**KASEY WELLS**
**PARTY:** WRITE-IN
**INCUMBENT:** NO
**QUALIFIED DATE:** 09/02/2020

OFFICE OF BRAD RAFFENSPERGER

NEWS & ANNOUNCEMENTS

PRESS & MEDIA KIT

PRIVACY POLICY

CONTACT

214 State Capitol
Atlanta, Georgia 30334
844.753.7825
E-Mail
© 2018 Georgia Secretary of State

https://elections.sos.ga.gov/GAElection/CandidateDetails                                                                 2/2