PLAINTIFFS'
MSJ EXHIBIT

**54**

# GEORGIA   SECRETARY   OF   STATE

# ELECTION RESULTS

**Georgia Election Results**
**Official Results of the Tuesday, July 20, 2010 General Primary Election**

Last Updated Wednesday, August 04, 2010  3:24:19 PM

---

**United States Senator, Isakson**
100% of precincts reporting
  Total Precincts: 2860
  Election Day Voting: 2860 / 2860   (100%)
  Early Voting (In Person): 2860 / 2860   (100%)
  Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes |
|---|---|---|
| Johnny Isakson | 558,298 | 100.0% |
| **Totals** | **558,298** | |
| *County Results* | | |

| Democratic Candidates | Votes | % of Votes |
|---|---|---|
| Michael "Mike" Thurmond | 297,226 | 84.3% |
| R. J. Hadley | 55,159 | 15.7% |
| **Totals** | **352,385** | |
| *County Results* | | |

---

**Governor**
100% of precincts reporting
  Total Precincts: 2860
  Election Day Voting: 2860 / 2860   (100%)
  Early Voting (In Person): 2860 / 2860   (100%)
  Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes |
|---|---|---|
| Karen Handel | 231,990 | 34.1% |
| Nathan Deal | 155,946 | 22.9% |
| Eric Johnson | 136,792 | 20.1% |
| John W. Oxendine | 115,421 | 17.0% |
| Jeff Chapman | 20,636 | 3.0% |
| Ray McBerry | 17,171 | 2.5% |
| Otis Putnam | 2,543 | 0.4% |
| **Totals** | **680,499** | |
| *County Results* | | |

| Democratic Candidates | Votes | % of Votes |
|---|---|---|
| Roy E. Barnes | 259,482 | 65.6% |
| Thurbert Baker | 85,571 | 21.6% |
| David Poythress | 21,780 | 5.5% |
| DuBose Porter | 17,767 | 4.5% |
| Carl Camon | 4,170 | 1.1% |
| Bill Bolton | 3,573 | 0.9% |
| Randal Mangham | 3,124 | 0.8% |
| **Totals** | **395,467** | |
| *County Results* | | |

---

**Lieutenant Governor**
100% of precincts reporting
  Total Precincts: 2860
  Election Day Voting: 2860 / 2860   (100%)
  Early Voting (In Person): 2860 / 2860   (100%)
  Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes |
|---|---|---|
| L.S. Casey Cagle | 525,287 | 100.0% |
| **Totals** | **525,287** | |
| *County Results* | | |

| Democratic Candidates | Votes | % of Votes |
|---|---|---|
| Carol Porter | 228,245 | 69.7% |
| Tricia Carpenter McCracken | 99,373 | 30.3% |
| **Totals** | **327,618** | |
| *County Results* | | |

**Secretary Of State**
100% of precincts reporting
  Total Precincts: 2860
  Election Day Voting: 2860 / 2860   (100%)
  Early Voting (In Person): 2860 / 2860   (100%)
  Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Brian Kemp | 361,304 | 59.2% | Gail Buckner | 119,956 | 35.1% |
| Doug MacGinnitie | 248,911 | 40.8% | Georganna Sinkfield | 77,423 | 22.6% |
| **Totals** | **610,215** | | Angela "Miss Angela" Moore | 69,942 | 20.4% |
| *County Results* | | | Michael Mills | 53,020 | 15.5% |
| | | | Gary Horlacher | 21,852 | 6.4% |
| | | | **Totals** | **342,193** | |
| | | | *County Results* | | |

**Attorney General**
100% of precincts reporting
  Total Precincts: 2860
  Election Day Voting: 2860 / 2860   (100%)
  Early Voting (In Person): 2860 / 2860   (100%)
  Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Sam Olens | 229,769 | 39.9% | Ken Hodges | 221,598 | 65.5% |
| Preston W. Smith | 176,656 | 30.6% | Rob Teilhet | 116,714 | 34.5% |
| Max Wood | 170,067 | 29.5% | **Totals** | **338,312** | |
| **Totals** | **576,492** | | *County Results* | | |
| *County Results* | | | | | |

**State School Superintendent**
100% of precincts reporting
  Total Precincts: 2860
  Election Day Voting: 2860 / 2860   (100%)
  Early Voting (In Person): 2860 / 2860   (100%)
  Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| John D. Barge | 224,857 | 51.9% | Joe Martin | 185,918 | 54.9% |
| Richard Woods | 208,795 | 48.1% | Beth Farokhi | 92,678 | 27.3% |
| **Totals** | **433,652** | | Brian Westlake | 60,303 | 17.8% |
| *County Results* | | | **Totals** | **338,899** | |
| | | | *County Results* | | |

**Commissioner Of Insurance**
100% of precincts reporting
  Total Precincts: 2860
  Election Day Voting: 2860 / 2860   (100%)
  Early Voting (In Person): 2860 / 2860   (100%)
  Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Ralph T. Hudgens | 117,462 | 20.7% | Mary Squires | 284,765 | 100.0% |
| Maria Sheffield | 111,302 | 19.6% | **Totals** | **284,765** | |
| Tom Knox | 91,930 | 16.2% | *County Results* | | |
| Gerry Purcell | 72,158 | 12.7% | | | |
| Dennis Cain | 53,797 | 9.5% | | | |
| Seth Harp | 48,265 | 8.5% | | | |
| Rick Collum | 29,536 | 5.2% | | | |
| John Mamalakis | 21,513 | 3.8% | | | |
| Stephen Dale Northington | 21,196 | 3.7% | | | |
| **Totals** | **567,159** | | | | |
| *County Results* | | | | | |

**Commissioner Of Agriculture**
100% of precincts reporting

Total Precincts: 2860
Election Day Voting: 2860 / 2860   (100%)
Early Voting (In Person): 2860 / 2860   (100%)
Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Gary Black | 425,001 | 76.0% | J. B. Powell | 289,833 | 100.0% |
| Darwin Carter | 134,022 | 24.0% | **Totals** | **289,833** | |
| **Totals** | **559,023** | | *County Results* | | |
| *County Results* | | | | | |

### Commissioner Of Labor
100% of precincts reporting
Total Precincts: 2860
Election Day Voting: 2860 / 2860   (100%)
Early Voting (In Person): 2860 / 2860   (100%)
Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Mark Butler | 374,457 | 70.3% | Darryl Hicks | 167,019 | 50.1% |
| Melvin Everson | 158,509 | 29.7% | Terry Coleman | 166,423 | 49.9% |
| **Totals** | **532,966** | | **Totals** | **333,442** | |
| *County Results* | | | *County Results* | | |

### Public Service Commission, District 2 - Eastern
100% of precincts reporting
Total Precincts: 2860
Election Day Voting: 2860 / 2860   (100%)
Early Voting (In Person): 2860 / 2860   (100%)
Early Voting (By Mail): 2860 / 2860   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Tim Echols | 185,950 | 35.1% | Keith Moffett | 281,859 | 100.0% |
| John Douglas | 145,938 | 27.6% | **Totals** | **281,859** | |
| Jeff May | 117,411 | 22.2% | *County Results* | | |
| B. Joseph "Joey" Brush | 80,146 | 15.1% | | | |
| **Totals** | **529,445** | | | | |
| *County Results* | | | | | |

### U.S. Representative, District 1
100% of precincts reporting
Total Precincts: 234
Election Day Voting: 234 / 234   (100%)
Early Voting (In Person): 234 / 234   (100%)
Early Voting (By Mail): 234 / 234   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Jack Kingston | 49,787 | 100.0% | Oscar L. Harris, II | 16,828 | 100.0% |
| **Totals** | **49,787** | | **Totals** | **16,828** | |
| *County Results* | | | *County Results* | | |

### U.S. Representative, District 2
100% of precincts reporting
Total Precincts: 263
Election Day Voting: 263 / 263   (100%)
Early Voting (In Person): 263 / 263   (100%)
Early Voting (By Mail): 263 / 263   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Mike Keown | 23,945 | 80.8% | Sanford Bishop | 31,255 | 100.0% |
| Rick Allen | 3,283 | 11.1% | **Totals** | **31,255** | |
| Lee Ferrell | 2,393 | 8.1% | *County Results* | | |
| **Totals** | **29,621** | | | | |
| *County Results* | | | | | |

**U.S. Representative, District 3**
100% of precincts reporting
Total Precincts: 234
  Election Day Voting: 234 / 234   (100%)
  Early Voting (In Person): 234 / 234   (100%)
  Early Voting (By Mail): 234 / 234   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Lynn Westmoreland | 63,787 | 100.0% | Frank Saunders | 18,676 | 100.0% |
| **Totals** | **63,787** | | **Totals** | **18,676** | |
| *County Results* | | | *County Results* | | |

**U.S. Representative, District 4**
100% of precincts reporting
Total Precincts: 168
  Election Day Voting: 168 / 168   (100%)
  Early Voting (In Person): 168 / 168   (100%)
  Early Voting (By Mail): 168 / 168   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Lisbeth "Liz" Carter | 9,549 | 54.7% | Hank Johnson, Jr. | 28,095 | 55.2% |
| Larry Gause | 4,455 | 25.5% | Vernon Jones | 13,407 | 26.3% |
| Victor Armendariz | 1,741 | 10.0% | Connie Stokes | 9,411 | 18.5% |
| Cory Ruth | 1,697 | 9.7% | **Totals** | **50,913** | |
| **Totals** | **17,442** | | *County Results* | | |
| *County Results* | | | | | |

**U.S. Representative, District 5**
100% of precincts reporting
Total Precincts: 249
  Election Day Voting: 249 / 249   (100%)
  Early Voting (In Person): 249 / 249   (100%)
  Early Voting (By Mail): 249 / 249   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Fenn Little | 8,758 | 59.6% | John Lewis | 44,379 | 100.0% |
| Kelly Nguyen | 5,937 | 40.4% | **Totals** | **44,379** | |
| **Totals** | **14,695** | | *County Results* | | |
| *County Results* | | | | | |

**U.S. Representative, District 6**
100% of precincts reporting
Total Precincts: 216
  Election Day Voting: 216 / 216   (100%)
  Early Voting (In Person): 216 / 216   (100%)
  Early Voting (By Mail): 216 / 216   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Tom Price | 70,049 | 100.0% | No Candidates | 0 | 0.0% |
| **Totals** | **70,049** | | | | |
| *County Results* | | | | | |

**U.S. Representative, District 7**
100% of precincts reporting
Total Precincts: 189
  Election Day Voting: 189 / 189   (100%)
  Early Voting (In Person): 189 / 189   (100%)
  Early Voting (By Mail): 189 / 189   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Rob Woodall | 27,634 | 36.3% | Doug Heckman | 15,130 | 100.0% |
| Jody Hice | 20,034 | 26.3% | **Totals** | **15,130** | |
| Clay Cox | 15,249 | 20.0% | *County Results* | | |
| Jef Fincher | 4,608 | 6.1% | | | |
| Tom Kirby | 3,052 | 4.0% | | | |
| Chuck Efstration | 2,837 | 3.7% | | | |
| Tom Parrott | 1,648 | 2.2% | | | |

7/20/2010 - Federal and Statewide

| Ronnie Grist | 1,083 | 1.4% |
|---|---|---|
| **Totals** | **76,145** | |

*County Results*

---

**U.S. Representative, District 8**
100% of precincts reporting
  Total Precincts: 231
  Election Day Voting: 231 / 231   (100%)
  Early Voting (In Person): 231 / 231   (100%)
  Early Voting (By Mail): 231 / 231   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Austin Scott | 22,191 | 52.4% | Jim Marshall | 28,819 | 100.0% |
| Ken DeLoach | 13,228 | 31.2% | **Totals** | **28,819** | |
| Diane Vann | 6,959 | 16.4% | *County Results* | | |
| **Totals** | **42,378** | | | | |

*County Results*

---

**U.S. Representative, District 9**
100% of precincts reporting
  Total Precincts: 205
  Election Day Voting: 205 / 205   (100%)
  Early Voting (In Person): 205 / 205   (100%)
  Early Voting (By Mail): 205 / 205   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Tom Graves | 38,851 | 49.5% | No Candidates | 0 | 0.0% |
| Lee Hawkins | 20,957 | 26.7% | | | |
| Steve Tarvin | 11,529 | 14.7% | | | |
| Chris Cates | 5,051 | 6.4% | | | |
| Bobby Reese | 1,362 | 1.7% | | | |
| Bert Loftman | 782 | 1.0% | | | |
| **Totals** | **78,532** | | | | |

*County Results*

---

**U.S. Representative, District 10**
100% of precincts reporting
  Total Precincts: 283
  Election Day Voting: 283 / 283   (100%)
  Early Voting (In Person): 283 / 283   (100%)
  Early Voting (By Mail): 283 / 283   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Paul Broun | 56,653 | 100.0% | Russell Edwards | 17,075 | 100.0% |
| **Totals** | **56,653** | | **Totals** | **17,075** | |
| *County Results* | | | *County Results* | | |

---

**U.S. Representative, District 11**
100% of precincts reporting
  Total Precincts: 187
  Election Day Voting: 187 / 187   (100%)
  Early Voting (In Person): 187 / 187   (100%)
  Early Voting (By Mail): 187 / 187   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Phil Gingrey | 58,447 | 100.0% | No Candidates | 0 | 0.0% |
| **Totals** | **58,447** | | | | |

*County Results*

---

**U.S. Representative, District 12**
100% of precincts reporting
  Total Precincts: 288
  Election Day Voting: 288 / 288   (100%)
  Early Voting (In Person): 288 / 288   (100%)
  Early Voting (By Mail): 288 / 288   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|

9/24/2020                                         7/20/2010 - Federal and Statewide

| | | | | | |
|---|---|---|---|---|---|
| Raymond Mckinney | 11,709 | 42.6% | John Barrow | 19,505 | 57.9% |
| Carl Smith | 7,677 | 27.9% | Regina D. Thomas | 14,201 | 42.1% |
| Jeanne Seaver | 5,040 | 18.3% | **Totals** | **33,706** | |
| Michael Horner | 3,051 | 11.1% | *County Results* | | |
| **Totals** | **27,477** | | | | |
| *County Results* | | | | | |

**U.S. Representative, District 13**
100% of precincts reporting
 Total Precincts: 173
 Election Day Voting: 173 / 173   (100%)
 Early Voting (In Person): 173 / 173   (100%)
 Early Voting (By Mail): 173 / 173   (100%)

| Republican Candidates | Votes | % of Votes | Democratic Candidates | Votes | % of Votes |
|---|---|---|---|---|---|
| Mike Crane | 7,234 | 29.4% | David Scott | 34,374 | 76.1% |
| Deborah Honeycutt | 6,538 | 26.6% | Mike Murphy | 7,556 | 16.7% |
| "Chip" Flanegan | 4,137 | 16.8% | Michael Frisbee | 3,229 | 7.2% |
| Dave Orr | 3,113 | 12.7% | **Totals** | **45,159** | |
| Hank R Dudek | 2,322 | 9.4% | *County Results* | | |
| Rupert G. Parchment | 1,257 | 5.1% | | | |
| **Totals** | **24,601** | | | | |
| *County Results* | | | | | |

9/24/2020                                    GA - Election Results



Statewide Results                          Results by County

**General Primary/General Nonpartisan/Special Election**
**July 31, 2012**

**Website last updated** 8/9/2012 5:36:42 PM EDT

| Registered Voters: | 5,220,536 | Counties Partially Reported: | 0 of 159 |
| Ballots Cast: | 1,645,653 | Counties Completely Reported: | 159 of 159 |
| Voter Turnout: | 31.52 % | Counties Percent Reported: | 100.00 % |

**OFFICIAL RESULTS**

Customize My Search
(25 of 528)

Go To Page 1 ▾ Display ALL ▾

### U.S. Representative, District 1 - REP

17 of 17 Counties Reporting

| | | **Percent** | **Votes** |
|---|---|---|---|
| JACK KINGSTON (I) (REP) | | 100.00% | 61,353 |
| | | | 61,353 |

### U.S. Representative, District 1 - DEM

17 of 17 Counties Reporting

| | | **Percent** | **Votes** |
|---|---|---|---|
| LESLI RAE MESSINGER (DEM) | | 54.30% | 15,390 |
| NATHAN C. RUSSO (DEM) | | 45.70% | 12,952 |
| | | | 28,342 |

### U.S. Representative, District 2 - REP

29 of 29 Counties Reporting

| | | **Percent** | **Votes** |
|---|---|---|---|
| RICK ALLEN (REP) | | 41.94% | 11,312 |
| KEN DELOACH (REP) | | 26.12% | 7,043 |
| JOHN HOUSE (REP) | | 31.94% | 8,614 |
| | | | 26,969 |

### U.S. Representative, District 2 - DEM

29 of 29 Counties Reporting

| | | **Percent** | **Votes** |
|---|---|---|---|
| SANFORD BISHOP (I) (DEM) | | 100.00% | 68,981 |
| | | | 68,981 |

### U.S. Representative, District 3 - REP

13 of 13 Counties Reporting

GA - Election Results

### U.S. Representative, District 3 - REP

| | Percent | Votes |
|---|---|---|
| 'CHIP' FLANEGAN (REP) | 14.53% | 13,139 |
| KENT KINGSLEY (REP) | 13.84% | 12,517 |
| LYNN WESTMORELAND (I (REP) | 71.63% | 64,765 |
| | | 90,421 |

### U.S. Representative, District 4 - REP

4 of 4 Counties Reporting

| | Percent | Votes |
|---|---|---|
| GREG PALLEN (REP) | 45.52% | 14,422 |
| J. CHRIS VAUGHN (REP) | 54.48% | 17,261 |
| | | 31,683 |

### U.S. Representative, District 4 - DEM

4 of 4 Counties Reporting

| | Percent | Votes |
|---|---|---|
| COURTNEY L. DILLARD  (DEM) | 19.07% | 13,130 |
| H 'HANK' JOHNSON (I) (DEM) | 76.96% | 52,982 |
| LINCOLN NUNNALLY (DEM) | 3.96% | 2,728 |
| | | 68,840 |

### U.S. Representative, District 5 - REP

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| HOWARD STOPECK (REP) | 100.00% | 11,426 |
| | | 11,426 |

### U.S. Representative, District 5 - DEM

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| MICHAEL JOHNSON (DEM) | 19.23% | 16,666 |
| JOHN LEWIS (I) (DEM) | 80.77% | 69,985 |
| | | 86,651 |

### U.S. Representative, District 6 - REP

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| TOM PRICE (I) (REP) | 100.00% | 71,032 |
| | | 71,032 |

### U.S. Representative, District 6 - DEM

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| JEFF KAZANOW (DEM) | 51.07% | 10,313 |
| ROBERT MONTIGEL (DEM) | 48.93% | 9,881 |
| | | 20,194 |

**U.S. Representative, District 7 - REP**

2 of 2 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| DAVID HANCOCK (REP) | 28.19% | 17,730 |
| ROB WOODALL (I) (REP) | 71.81% | 45,157 |
|  |  | 62,887 |

**U.S. Representative, District 7 - DEM**

2 of 2 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| STEVE REILLY (DEM) | 100.00% | 12,394 |
|  |  | 12,394 |

**U.S. Representative, District 8 - REP**

24 of 24 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| AUSTIN SCOTT (I) (REP) | 100.00% | 59,300 |
|  |  | 59,300 |

**U.S. Representative, District 9 - REP**

20 of 20 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| DOUG COLLINS (REP) | 41.80% | 45,894 |
| ROGER D. FITZPATRICK (REP) | 17.06% | 18,730 |
| MARTHA ZOLLER (REP) | 41.14% | 45,160 |
|  |  | 109,784 |

**U.S. Representative, District 9 - DEM**

20 of 20 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| JODY COOLEY (DEM) | 100.00% | 8,963 |
|  |  | 8,963 |

**U.S. Representative, District 10 - REP**

25 of 25 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| PAUL C. BROUN (I) (REP) | 68.99% | 58,405 |
| STEPHEN K. SIMPSON (REP) | 31.01% | 26,256 |
|  |  | 84,661 |

**U.S. Representative, District 11 - REP**

4 of 4 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| PHIL GINGREY (I (REP) | 80.93% | 75,697 |
| WILLIAM LLOP (REP) | 9.20% | 8,604 |
| MICHAEL S. OPITZ (REP) | 9.87% | 9,231 |
|  |  | 93,532 |

9/24/2020                                      GA - Election Results

### U.S. Representative, District 11 - DEM

4 of 4 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| PATRICK THOMPSON (DEM) | 100.00% | 14,162 |
|  |  | 14,162 |

### U.S. Representative, District 12 - REP

19 of 19 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| RICK ALLEN (REP) | 25.71% | 15,436 |
| LEE ANDERSON (REP) | 34.22% | 20,551 |
| WRIGHT MCLEOD (REP) | 24.74% | 14,856 |
| MARIA SHEFFIELD (REP) | 15.33% | 9,207 |
|  |  | 60,050 |

### U.S. Representative, District 12 - DEM

19 of 19 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| JOHN BARROW (I) (DEM) | 100.00% | 41,587 |
|  |  | 41,587 |

### U.S. Representative, District 13 - REP

6 of 6 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| S. MALIK (REP) | 100.00% | 28,693 |
|  |  | 28,693 |

### U.S. Representative, District 13 - DEM

6 of 6 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| DAVID SCOTT (I) (DEM) | 100.00% | 55,214 |
|  |  | 55,214 |

### U.S. Representative, District 14 - REP

12 of 12 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| TOM GRAVES (I) (REP) | 100.00% | 65,873 |
|  |  | 65,873 |

### U.S. Representative, District 14 - DEM

12 of 12 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| DANIEL 'DANNY' GRANT (DEM) | 100.00% | 10,228 |
|  |  | 10,228 |



Powered by - SOE Software



### GEORGIA ELECTION RESULTS
A public service of
Secretary of State Brian P. Kemp

Statewide Results

**General Primary/General Nonpartisan/Special Election**
**May 20, 2014**

**Website last updated** 5/29/2014 2:56:56 PM EDT

Results by County

| | |
|---|---|
| Registered Voters: | 5,048,825 |
| Ballots Cast: | 987,618 |
| Voter Turnout: | 19.56 % |

| | |
|---|---|
| Counties Partially Reported: | 0 of 159 |
| Counties Completely Reported: | 159 of 159 |
| Counties Percent Reported: | 100.00 % |

**OFFICIAL RESULTS**

Customize My Search
(21 of 416)



Go To Page 1 ⌄ Display ALL ⌄

---

#### U.S. Representative, District 1 - REP

17 of 17 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DARWIN CARTER | 5.38% | 2,819 |
| E. L. 'BUDDY' CARTER | 36.22% | 18,971 |
| J. L. 'JEFF' CHAPMAN | 13.21% | 6,918 |
| ROBERT E. 'BOB' JOHNSON | 22.70% | 11,890 |
| EARL T. MARTIN | 2.03% | 1,063 |
| JOHN A. MCCALLUM | 20.46% | 10,715 |
| | | 52,376 |

---

#### U.S. Representative, District 1 - DEM

17 of 17 Counties Reporting

| | Percent | Votes |
|---|---|---|
| BRIAN CORWIN REESE | 33.81% | 6,122 |
| MARC ANTHONY SMITH | 32.23% | 5,836 |
| AMY L. TAVIO | 33.96% | 6,148 |
| | | 18,106 |

---

#### U.S. Representative, District 2 - REP

29 of 29 Counties Reporting

| | Percent | Votes |
|---|---|---|
| VIVIAN L. CHILDS | 30.57% | 7,252 |
| GREGORY P. 'GREG' DUKE | 69.43% | 16,468 |
| | | 23,720 |

---

#### U.S. Representative, District 2 - DEM

29 of 29 Counties Reporting



**U.S. Representative, District 2 - DEM**

|  | Percent | Votes |
|---|---|---|
| SANFORD D. BISHOP(I) | 100.00% | 39,941 |
|  |  | 39,941 |

**U.S. Representative, District 3 - REP**

13 of 13 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| C. E. 'CHIP' FLANEGAN | 30.51% | 16,294 |
| LYNN A. WESTMORELAND (I) | 69.49% | 37,106 |
|  |  | 53,400 |

**U.S. Representative, District 4 - DEM**

4 of 4 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| THOMAS E. 'TOM' BROWN | 45.25% | 21,909 |
| HENRY C. 'HANK' JOHNSON JR. (I) | 54.75% | 26,514 |
|  |  | 48,423 |

**U.S. Representative, District 5 - DEM**

3 of 3 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| JOHN R. LEWIS (I) | 100.00% | 48,001 |
|  |  | 48,001 |

**U.S. Representative, District 6 - REP**

3 of 3 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| T. E. 'TOM' PRICE (I) | 100.00% | 44,074 |
|  |  | 44,074 |

**U.S. Representative, District 6 - DEM**

3 of 3 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| ROBERT G. MONTIGEL | 100.00% | 11,493 |
|  |  | 11,493 |

**U.S. Representative, District 7 - REP**

2 of 2 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| W. ROBERT 'ROB' WOODALL (I) | 100.00% | 33,804 |
|  |  | 33,804 |

**U.S. Representative, District 7 - DEM**

2 of 2 Counties Reporting

|  | Percent | Votes |
|---|---|---|
| THOMAS D. WIGHT | 100.00% | 7,141 |
|  |  | 7,141 |

**U.S. Representative, District 8 - REP**

24 of 24 Counties Reporting

| | Percent | Votes |
|---|---|---|
| J. AUSTIN SCOTT (I) | 100.00% | 36,073 |
| | | 36,073 |

**U.S. Representative, District 9 - REP**

20 of 20 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DOUGLAS A. 'DOUG' COLLINS (I) | 80.22% | 49,951 |
| BERNARD A. 'BERNIE' FONTAINE | 19.78% | 12,315 |
| | | 62,266 |

**U.S. Representative, District 9 - DEM**

20 of 20 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DAVID D. VOGEL | 100.00% | 6,415 |
| | | 6,415 |

**U.S. Representative, District 10 - REP**

25 of 25 Counties Reporting

| | Percent | Votes |
|---|---|---|
| M. A. 'MIKE' COLLINS | 32.99% | 17,143 |
| GARY GERRARD | 7.37% | 3,830 |
| JODY B. HICE | 33.50% | 17,408 |
| DONNA H. SHELDON | 15.34% | 7,972 |
| STEPHEN K. SIMPSON | 4.66% | 2,423 |
| BRIAN RICHARD SLOWINSKI | 1.98% | 1,027 |
| S. MITCHELL SWAN | 4.17% | 2,167 |
| | | 51,970 |

**U.S. Representative, District 10 - DEM**

25 of 25 Counties Reporting

| | Percent | Votes |
|---|---|---|
| I. K. 'KENNETH' DIOUS | 100.00% | 15,965 |
| | | 15,965 |

**U.S. Representative, District 11 - REP**

4 of 4 Counties Reporting

| | Percent | Votes |
|---|---|---|
| R. L. 'BOB' BARR | 25.79% | 14,704 |
| S. ALLAN LEVENE | 1.69% | 962 |
| EDWARD H. 'ED' LINDSEY | 14.82% | 8,448 |
| BARRY D. LOUDERMILK | 36.59% | 20,862 |
| LARRY MROZINSKI | 4.01% | 2,288 |
| TRICIA R. PRIDEMORE | 17.09% | 9,745 |
| | | 57,009 |

9/24/2020                                   GA - Election Results

### U.S. Representative, District 12 - REP

19 of 19 Counties Reporting

|  | | Percent | Votes |
| --- | --- | --- | --- |
| R. W. 'RICK' ALLEN | | 53.99% | 25,093 |
| DELVIS WILLIAM DUTTON | | 14.30% | 6,644 |
| JOHN E. STONE | | 12.54% | 5,826 |
| DIANE SWANSON VANN | | 2.66% | 1,237 |
| EUGENE C. YU | | 16.52% | 7,677 |
| | | | 46,477 |



### U.S. Representative, District 12 - DEM

19 of 19 Counties Reporting

|  | | Percent | Votes |
| --- | --- | --- | --- |
| JOHN J. BARROW (I) | | 100.00% | 26,324 |
| | | | 26,324 |



### U.S. Representative, District 13 - DEM

6 of 6 Counties Reporting

|  | | Percent | Votes |
| --- | --- | --- | --- |
| MICHAEL C. OWENS | | 17.76% | 6,367 |
| DAVID A. SCOTT (I) | | 82.24% | 29,486 |
| | | | 35,853 |



### U.S. Representative, District 14 - REP

12 of 12 Counties Reporting

|  | | Percent | Votes |
| --- | --- | --- | --- |
| J. T. 'TOM' GRAVES (I) | | 74.07% | 32,343 |
| KENNETH L. HERRON SR | | 25.93% | 11,324 |
| | | | 43,667 |

Powered by - SOE Software



Statewide Results                                 Results by County

**General Primary and Nonpartisan General Election**
**May 24, 2016**
Website last updated 7/29/2016 5:02:56 PM EDT

**OFFICIAL RESULTS**
Provisional ballots are included

| | |
|---|---|
| Counties Partially Reported: | 0 of 159 |
| Counties Completely Reported: | 159 of 159 |
| Counties Percent Reported: | 100.00 % |

Customize My Search
(23 of 496)



Go To Page [1 ▾] Display [ALL ▾]

---

**U.S. Representative, District 1 - REP**

17 of 17 Counties Reporting

| | Percent | Votes |
|---|---|---|
| EARL "BUDDY" CARTER (I) | 100.00% | 37,758 |
| | | 37,758 |

---

**U.S. Representative, District 2 - REP**

29 of 29 Counties Reporting

| | Percent | Votes |
|---|---|---|
| GREG DUKE | 78.99% | 12,959 |
| DIANE VANN | 21.01% | 3,446 |
| | | 16,405 |

---

**U.S. Representative, District 2 - DEM**

29 of 29 Counties Reporting

| | Percent | Votes |
|---|---|---|
| SANFORD BISHOP (I) | 100.00% | 55,880 |
| | | 55,880 |

---

**U.S. Representative, District 3 - REP**

13 of 13 Counties Reporting

9/24/2020                                        GA - Election Results

### U.S. Representative, District 3 - REP

| | Percent | Votes |
|---|---|---|
| SAMUEL ANDERS | 2.86% | 1,657 |
| MIKE CRANE | 26.93% | 15,584 |
| DREW FERGUSON | 26.77% | 15,491 |
| CHIP FLANEGAN | 9.90% | 5,728 |
| RICHARD MIX | 9.13% | 5,285 |
| JIM PACE | 23.00% | 13,312 |
| ARNALL "ROD" THOMAS | 1.40% | 812 |
| | | 57,869 |

### U.S. Representative, District 3 - DEM

13 of 13 Counties Reporting

| | Percent | Votes |
|---|---|---|
| TAMARKUS COOK | 49.80% | 6,444 |
| ANGELA PENDLEY | 50.20% | 6,495 |
| | | 12,939 |

### U.S. Representative, District 4 - REP

4 of 4 Counties Reporting

| | Percent | Votes |
|---|---|---|
| VICTOR ARMENDARIZ | 100.00% | 10,260 |
| | | 10,260 |

### U.S. Representative, District 4 - DEM

4 of 4 Counties Reporting

| | Percent | Votes |
|---|---|---|
| HENRY C "HANK" JOHNSON JR (I) | 100.00% | 44,509 |
| | | 44,509 |

### U.S. Representative, District 5 - REP

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DOUGLAS BELL | 100.00% | 3,635 |
| | | 3,635 |

### U.S. Representative, District 5 - DEM

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| JOHN R LEWIS (I) | 100.00% | 47,313 |
| | | 47,313 |

### U.S. Representative, District 6 - REP

3 of 3 Counties Reporting

| | Percent | Votes |
|---|---|---|
| TOM PRICE (I) | 100.00% | 32,021 |
| | | 32,021 |

## U.S. Representative, District 6 - DEM

3 of 3 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| RODNEY STOOKSBURY | | 100.00% | 11,050 |
| | | | 11,050 |

## U.S. Representative, District 7 - REP

2 of 2 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| ROB WOODALL (I) | | 100.00% | 24,201 |
| | | | 24,201 |

## U.S. Representative, District 7 - DEM

2 of 2 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| RASHID MALIK | | 100.00% | 5,593 |
| | | | 5,593 |

## U.S. Representative, District 8 - REP

24 of 24 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| ANGELA HICKS | | 22.24% | 9,988 |
| AUSTIN SCOTT (I) | | 77.76% | 34,919 |
| | | | 44,907 |

## U.S. Representative, District 8 - DEM

24 of 24 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| JAMES NEAL HARRIS | | 100.00% | 18,647 |
| | | | 18,647 |

## U.S. Representative, District 9 - REP

20 of 20 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| PAUL C BROUN | | 22.09% | 18,772 |
| DOUG COLLINS (I) | | 61.27% | 52,080 |
| ROGER FITZPATRICK | | 10.52% | 8,945 |
| BERNIE FONTAINE | | 2.76% | 2,342 |
| MIKE SCUPIN | | 3.36% | 2,856 |
| | | | 84,995 |

## U.S. Representative, District 10 - REP

25 of 25 Counties Reporting

| | | Percent | Votes |
|---|---|---|---|
| JODY HICE (I) | | 100.00% | 49,062 |
| | | | 49,062 |

## U.S. Representative, District 11 - REP

9/24/2020                                    GA - Election Results



**U.S. Representative, District 11 - REP**

4 of 4 Counties Reporting

| | Percent | Votes |
|---|---|---|
| HAYDEN COLLINS | 6.54% | 3,247 |
| DANIEL COWAN | 18.48% | 9,169 |
| BILLY DAVIS | 4.91% | 2,435 |
| WILLIAM LLOP | 9.79% | 4,857 |
| BARRY LOUDERMILK (I) | 60.27% | 29,903 |
| | | 49,611 |

**U.S. Representative, District 11 - DEM**

4 of 4 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DON WILSON | 100.00% | 6,861 |
| | | 6,861 |

**U.S. Representative, District 12 - REP**

19 of 19 Counties Reporting

| | Percent | Votes |
|---|---|---|
| RICK ALLEN (I) | 78.96% | 46,686 |
| EUGENE YU | 21.04% | 12,441 |
| | | 59,127 |

**U.S. Representative, District 12 - DEM**

19 of 19 Counties Reporting

| | Percent | Votes |
|---|---|---|
| PATRICIA C MCCRACKEN | 62.25% | 16,138 |
| JOYCE NOLIN | 37.75% | 9,787 |
| | | 25,925 |

**U.S. Representative, District 13 - DEM**

6 of 6 Counties Reporting

| | Percent | Votes |
|---|---|---|
| DAVID SCOTT (I) | 100.00% | 36,214 |
| | | 36,214 |

**U.S. Representative, District 14 - REP**

12 of 12 Counties Reporting

| | Percent | Votes |
|---|---|---|
| TOM GRAVES (I) | 75.65% | 44,260 |
| ALLAN LEVENE | 11.55% | 6,755 |
| MICKEY TUCK | 12.81% | 7,493 |
| | | 58,508 |

Copyright © 2020 Powered by - Scytl

# GEORGIA SECRETARY OF STATE BRIAN P. KEMP

GENERAL PRIMARY AND NONPARTISAN GENERAL ELECTION

## Official Results

📅 8/8/2018 3:49:14 PM EDT

## ▾ FEDERAL OFFICES

### ▾ U.S. REPRESENTATIVES

**U.S. Representative, District 1 - REP**

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| REP | EARL L. 'BUDDY' CARTER (I) (REP) | 100.00% | 35,552 |
| | | | **35,552** |

**U.S. Representative, District 1 - DEM**

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| DEM | LISA M. RING (DEM) | 67.54% | 20,543 |
| DEM | BARBARA A. SEIDMAN (DEM) | 32.46% | 9,871 |
| | | | **30,414** |

**U.S. Representative, District 2 - REP**

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| REP | HERMAN WEST JR (REP) | 100.00% | 23,147 |
| | | | **23,147** |

**U.S. Representative, District 2 - DEM**

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| DEM | SANFORD BISHOP (I) (DEM) | 100.00% | 42,855 |
| | | | **42,855** |

| U.S. Representative, District 3 - REP | | |
|---|---|---|
| Counties/Precincts Reporting: **100 %** | | |
| REP    DREW FERGUSON (I) (REP) | 74.37% | 43,381 |
| REP    PHILIP SINGLETON (REP) | 25.63% | 14,948 |
| | | **58,329** |

| U.S. Representative, District 3 - DEM | | |
|---|---|---|
| Counties/Precincts Reporting: **100 %** | | |
| DEM   CHUCK ENDERLIN (DEM) | 59.87% | 13,614 |
| DEM   RUSTY OLIVER (DEM) | 40.13% | 9,126 |
| | | **22,740** |

| U.S. Representative, District 4 - REP | | |
|---|---|---|
| Counties/Precincts Reporting: **100 %** | | |
| REP    JOE PROFIT (REP) | 100.00% | 15,367 |
| | | **15,367** |

| U.S. Representative, District 4 - DEM | | |
|---|---|---|
| Counties/Precincts Reporting: **100 %** | | |
| DEM   HENRY C 'HANK' JOHNSON JR (I) (DEM) | 79.77% | 55,060 |
| DEM   JUAN PARKS (DEM) | 20.23% | 13,966 |
| | | **69,026** |

| U.S. Representative, District 5 - DEM | | |
|---|---|---|
| Counties/Precincts Reporting: **100 %** | | |
| DEM   JOHN R. LEWIS (I) (DEM) | 100.00% | 80,860 |
| | | **80,860** |

| U.S. Representative, District 6 - REP | | |
|---|---|---|
| Counties/Precincts Reporting: **100 %** | | |

| REP | KAREN HANDEL (I) (REP) | 100.00% | 40,410 |
|-----|------------------------|---------|--------|
|     |                        |         | **40,410** |

## U.S. Representative, District 6 - DEM

Counties/Precincts Reporting: **100 %**

| DEM | KEVIN ABEL (DEM) | 30.54% | 12,747 |
|-----|------------------|--------|--------|
| DEM | STEVEN KNIGHT GRIFFIN (DEM) | 6.95% | 2,901 |
| DEM | BOBBY KAPLE (DEM) | 26.25% | 10,956 |
| DEM | LUCY MCBATH (DEM) | 36.27% | 15,138 |
|     |                  |        | **41,742** |

## U.S. Representative, District 7 - REP

Counties/Precincts Reporting: **100 %**

| REP | SHANE HAZEL (REP) | 28.07% | 11,883 |
|-----|-------------------|--------|--------|
| REP | ROB WOODALL (I) (REP) | 71.93% | 30,450 |
|     |                   |        | **42,333** |

## U.S. Representative, District 7 - DEM

Counties/Precincts Reporting: **100 %**

| DEM | KATHLEEN ALLEN (DEM) | 11.02% | 3,500 |
|-----|----------------------|--------|-------|
| DEM | CAROLYN BOURDEAUX (DEM) | 27.28% | 8,662 |
| DEM | MELISSA DAVIS (DEM) | 13.67% | 4,340 |
| DEM | DAVID KIM (DEM) | 25.98% | 8,249 |
| DEM | ETHAN PHAM (DEM) | 17.84% | 5,666 |
| DEM | STEVE REILLY (DEM) | 4.20% | 1,335 |
|     |                    |       | **31,752** |

## U.S. Representative, District 8 - REP

Counties/Precincts Reporting: **100 %**

| REP | AUSTIN SCOTT (I) (REP) | 100.00% | 41,467 |
|-----|------------------------|---------|--------|

**41,467**

---

### U.S. Representative, District 9 - REP

Counties/Precincts Reporting: **100 %**

| REP | DOUG COLLINS (I) (REP) | 100.00% | 63,646 |
|-----|------------------------|---------|--------|
|     |                        |         | **63,646** |

---

### U.S. Representative, District 9 - DEM

Counties/Precincts Reporting: **100 %**

| DEM | DAVE COOPER (DEM) | 47.27% | 6,230 |
|-----|-------------------|--------|-------|
| DEM | JOSH MCCALL (DEM) | 52.73% | 6,949 |
|     |                   |        | **13,179** |

---

### U.S. Representative, District 10 - REP

Counties/Precincts Reporting: **100 %**

| REP | BRADLEY GRIFFIN (REP) | 10.74% | 5,846 |
|-----|-----------------------|--------|-------|
| REP | JODY HICE (I) (REP)   | 78.90% | 42,960 |
| REP | JOE HUNT (REP)        | 10.37% | 5,644 |
|     |                       |        | **54,450** |

---

### U.S. Representative, District 10 - DEM

Counties/Precincts Reporting: **100 %**

| DEM | TABITHA A. JOHNSON-GREEN (DEM) | 50.20% | 17,020 |
|-----|--------------------------------|--------|--------|
| DEM | CHALIS MONTGOMERY (DEM)        | 26.46% | 8,971 |
| DEM | RICHARD DIEN WINFIELD (DEM)    | 23.33% | 7,911 |
|     |                                |        | **33,902** |

---

### U.S. Representative, District 11 - REP

Counties/Precincts Reporting: **100 %**

| REP | BARRY LOUDERMILK (I) (REP) | 100.00% | 43,309 |
|-----|----------------------------|---------|--------|
|     |                            |         | **43,309** |

### U.S. Representative, District 11 - DEM

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| DEM | FLYNN D. BROADY JR (DEM) | 100.00% | 21,621 |
| | | | **21,621** |

### U.S. Representative, District 12 - REP

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| REP | RICK W. ALLEN (I) (REP) | 75.99% | 37,776 |
| REP | EUGENE YU (REP) | 24.01% | 11,938 |
| | | | **49,714** |

### U.S. Representative, District 12 - DEM

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| DEM | ROBERT INGHAM (DEM) | 31.15% | 10,011 |
| DEM | FRANCYS JOHNSON (DEM) | 52.86% | 16,991 |
| DEM | TRENT NESMITH (DEM) | 15.99% | 5,139 |
| | | | **32,141** |

### U.S. Representative, District 13 - REP

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| REP | FEMI AKINKUGBE (REP) | 7.00% | 1,315 |
| REP | DAVID CALLAHAN (REP) | 93.00% | 17,475 |
| | | | **18,790** |

### U.S. Representative, District 13 - DEM

Counties/Precincts Reporting: **100 %**

| | | | |
|---|---|---|---|
| DEM | DAVID SCOTT (I) (DEM) | 100.00% | 56,216 |
| | | | **56,216** |

### U.S. Representative, District 14 - REP



| Counties/Precincts Reporting: **100 %** | | |
|---|---|---|
| REP    TOM GRAVES (I) (REP) | 100.00% | 38,270 |
| | | **38,270** |

### U.S. Representative, District 14 - DEM

| Counties/Precincts Reporting: **100 %** | | |
|---|---|---|
| DEM   STEVEN LAMAR FOSTER (DEM) | 100.00% | 10,627 |
| | | **10,627** |



## Counties/Precincts Reporting

- 🟩 Completely Reported
- 🟨 Partially Reported
- ⬜ Not Reporting

100%

| COUNTIES COMPLETE | **159**/159 |
|---|---|
| PRECINCTS COMPLETE | **2635**/2635 |

Copyright 2015 - www.scytl.com

# June 9, 2020

## Presidential Preference Primary – General Primary – Nonpartisan General Election – Special Election

RESULTS                          RESULTS BY COUNTY                    MY FAVORITE RACES  ★ (0)

**Official Results (Except for Presidential Preference Primary)**

# RESULTS

Last updated 📅 Thursday, July 2, 2020, 1:34:36 PM  (3 months ago)                    ★ (0)

## ☆ Federal

## U.S. Representative



| ★    REP - US House Dist 1 | 🗺 🥧 | |
|---|---|---|
| Counties/Precincts Reporting **100%** | **Percentage** | **Votes** |
| REP  Earl L. "Buddy" Carter (I) | 82.16% | **65,907** |
| REP  Danny Merritt | 16.40% | **13,154** |
| REP  Ken Yasger | 1.44% | **1,153** |
| | | **80,214** |

| ★    DEM - US House Dist 1 | 🗺 🥧 | |
|---|---|---|
| Counties/Precincts Reporting **100%** | **Percentage** | **Votes** |
| DEM  Joyce Marie Griggs | 40.72% | **25,593** |
| DEM  Lisa M. Ring | 46.01% | **28,916** |
| DEM  Barbara Seidman | 13.27% | **8,337** |
| | | **62,846** |



| ★    REP - US House Dist 2 | 🗺 🥧 | |
|---|---|---|
| Counties/Precincts Reporting **100%** | **Percentage** | **Votes** |

| REP | Vivian L. Childs | 46.59% | 20,522 |
|---|---|---|---|
| REP | Don Cole | 53.41% | 23,528 |
| | | | 44,050 |

### DEM - US House Dist 2

Counties/Precincts Reporting **100%**           Percentage          Votes

| DEM | Sanford Bishop (I) | 100.00% | 82,964 |
|---|---|---|---|
| | | | 82,964 |

### REP - US House Dist 3

Counties/Precincts Reporting **100%**           Percentage          Votes

| REP | Drew Ferguson (I) | 100.00% | 94,166 |
|---|---|---|---|
| | | | 94,166 |

### DEM - US House Dist 3

Counties/Precincts Reporting **100%**           Percentage          Votes

| DEM | Val Almonord | 100.00% | 56,240 |
|---|---|---|---|
| | | | 56,240 |

### REP - US House Dist 4

Counties/Precincts Reporting **100%**           Percentage          Votes

| REP | Johsie Cruz Ezammudeen | 100.00% | 23,115 |
|---|---|---|---|
| | | | 23,115 |

### DEM - US House Dist 4

Counties/Precincts Reporting **100%**           Percentage          Votes

| DEM | William Haston | 13.26% | 19,820 |
|---|---|---|---|
| DEM | Henry C. 'Hank' Johnson, Jr. (I) | 68.41% | 102,227 |
| DEM | Elaine Amankwah Nietmann | 18.32% | 27,376 |
| | | | 149,423 |

### REP - US House Dist 5

Counties/Precincts Reporting **100%**           Percentage          Votes

| Counties/Precincts Reporting **100%** | Percentage | Votes |
|---|---|---|
| REP Angela Stanton-King | 100.00% | **8,566** |
| | | **8,566** |

### ★ DEM - US House Dist 5

| Counties/Precincts Reporting **100%** | Percentage | Votes |
|---|---|---|
| DEM John R. Lewis (I) | 87.64% | **142,541** |
| DEM Barrington D. Martin, II | 12.36% | **20,096** |
| | | **162,637** |

### ★ REP - US House Dist 6

| Counties/Precincts Reporting **100%** | Percentage | Votes |
|---|---|---|
| REP Mykel Lynn Barthelemy | 4.31% | **2,780** |
| REP Karen Handel | 74.35% | **47,986** |
| REP Blake Harbin | 4.87% | **3,143** |
| REP Joe Profit | 14.76% | **9,528** |
| REP Paulette Smith | 1.71% | **1,103** |
| | | **64,540** |

### ★ DEM - US House Dist 6

| Counties/Precincts Reporting **100%** | Percentage | Votes |
|---|---|---|
| DEM Lucy McBath (I) | 100.00% | **90,660** |
| | | **90,660** |

### ★ REP - US House Dist 7

| Counties/Precincts Reporting **100%** | Percentage | Votes |
|---|---|---|
| REP Lisa Noel Babbage | 5.21% | **3,336** |
| REP Mark Gonsalves | 7.25% | **4,640** |
| REP Lynne Homrich | 7.13% | **4,567** |
| REP Zachary H. Kennemore | 1.87% | **1,195** |
| REP Rich McCormick | 55.11% | **35,280** |
| REP Renee S. Unterman | 17.41% | **11,143** |
| REP Eugene Yu | 6.02% | **3,856** |

64,017

## DEM - US House Dist 7

Counties/Precincts Reporting **100%**                              Percentage        Votes

| DEM | Carolyn Bourdeaux | 52.78% | 44,710 |
| DEM | John Eaves | 7.73% | 6,548 |
| DEM | Nabilah Aishah Islam | 12.33% | 10,447 |
| DEM | Zahra S. Karinshak | 6.76% | 5,729 |
| DEM | Brenda Lopez Romero | 12.39% | 10,497 |
| DEM | Rashid Malik | 8.00% | 6,780 |
| | | | 84,711 |

## REP - US House Dist 8

Counties/Precincts Reporting **100%**                              Percentage        Votes

| REP | Vance Dean | 5.72% | 4,692 |
| REP | Danny Ellyson | 4.47% | 3,668 |
| REP | Austin Scott (I) | 89.81% | 73,671 |
| | | | 82,031 |

## DEM - US House Dist 8

Counties/Precincts Reporting **100%**                              Percentage        Votes

| DEM | Lindsay Holliday | 100.00% | 44,493 |
| | | | 44,493 |

## REP - US House Dist 9

Counties/Precincts Reporting **100%**                              Percentage        Votes

| REP | Michael Boggus | 3.20% | 4,497 |
| REP | Paul Broun | 13.27% | 18,627 |
| REP | Andrew Clyde | 18.46% | 25,914 |
| REP | Matt Gurtler | 20.96% | 29,426 |
| REP | Maria Strickland | 3.47% | 4,871 |
| REP | Kevin Tanner | 15.81% | 22,187 |
| REP | Ethan Underwood | 8.63% | 12,117 |
| REP | Kellie Weeks | 4.57% | 6,422 |

| REP | John K. Wilkinson | | 11.62% | **16,314** |
|---|---|---|---|---|
| | | | | **140,375** |

### ☆ DEM - US House Dist 9

| | Counties/Precincts Reporting **100%** | **Percentage** | **Votes** |
|---|---|---|---|
| DEM | Devin Pandy | 33.57% | **10,476** |
| DEM | Brooke Siskin | 41.21% | **12,861** |
| DEM | Dan Wilson | 25.23% | **7,874** |
| | | | **31,211** |

### ☆ REP - US House Dist 10

| | Counties/Precincts Reporting **100%** | **Percentage** | **Votes** |
|---|---|---|---|
| REP | Jody Hice (I) | 100.00% | **93,506** |
| | | | **93,506** |

### ☆ DEM - US House Dist 10

| | Counties/Precincts Reporting **100%** | **Percentage** | **Votes** |
|---|---|---|---|
| DEM | Andrew Ferguson | 34.26% | **25,048** |
| DEM | Tabitha Johnson-Green | 65.74% | **48,069** |
| | | | **73,117** |

### ☆ REP - US House Dist 11

| | Counties/Precincts Reporting **100%** | **Percentage** | **Votes** |
|---|---|---|---|
| REP | Barry Loudermilk (I) | 100.00% | **86,050** |
| | | | **86,050** |

### ☆ DEM - US House Dist 11

| | Counties/Precincts Reporting **100%** | **Percentage** | **Votes** |
|---|---|---|---|
| DEM | Dana Barrett | 100.00% | **65,564** |
| | | | **65,564** |

### ☆ REP - US House Dist 12

Election Night Reporting                                                9/24/20, 3:39 PM

Counties/Precincts Reporting **100%**                        Percentage        Votes

REP  Rick W. Allen (I)                                          100.00%       **74,520**

                                                                             **74,520**

---

⭐  DEM - US House Dist 12                                                    🗺️  📊

Counties/Precincts Reporting **100%**                        Percentage        Votes

DEM  Liz Johnson                                                83.64%       **48,685**

DEM  Dan Steiner                                                16.36%        **9,525**

                                                                             **58,210**

---

⭐  REP - US House Dist 13                                                    🗺️  📊

Counties/Precincts Reporting **100%**                        Percentage        Votes

REP  Caesar Gonzales                                            31.35%        **9,170**

REP  Becky E. Hites                                             68.65%       **20,076**

                                                                             **29,246**

---

⭐  DEM - US House Dist 13                                                    🗺️  📊

Counties/Precincts Reporting **100%**                        Percentage        Votes

DEM  Michael Owens                                              13.22%       **19,415**

DEM  Jannquell Peters                                            8.38%       **12,308**

DEM  David Scott (I)                                            52.92%       **77,735**

DEM  Keisha Sean Waites                                         25.49%       **37,447**

                                                                            **146,905**

---

⭐  REP - US House Dist 14                                                    🗺️  📊

Counties/Precincts Reporting **100%**                        Percentage        Votes

REP  John D. Barge                                               8.84%        **9,619**

REP  Ben Bullock                                                 3.57%        **3,883**

REP  Kevin Cooke                                                 6.16%        **6,699**

REP  John Cowan                                                 21.01%       **22,862**

REP  Clayton Fuller                                              6.83%        **7,433**

REP  Marjorie Taylor Greene                                     40.34%       **43,892**

REP  Andy Gunther                                                1.12%        **1,220**

---

Election Night Reporting                                                                                      9/24/20, 3:39 PM

| REP | Bill Hembree | 6.42% | 6,988 |
| REP | Matt Laughridge | 5.72% | 6,220 |
| | | | 108,816 |

---

★   DEM - US House Dist 14                                                                     🗺  ◔

Counties/Precincts Reporting **100%**                          Percentage          Votes

| DEM | Kevin Van Ausdal | 100.00% | 26,615 |
| | | | 26,615 |

---

**COUNTIES/PRECINCTS REPORTING**

| Donut | Pie | Bar |



COUNTIES COMPLETE: **159**/159
PRECINCTS COMPLETE: **2627**/2627

SEE COUNTIES REPORTING →

---

**REPORTS**

**Summary CSV**                                                                                              ⬇
Comma separated file showing total votes received.

**Detail XLS**                                                                                               ⬇
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

**Detail XML**                                                                                               ⬇
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

**Detail TXT**                                                                                               ⬇
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

© 2020 Copyright: scytl.us