IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, <br><br> Defendant. | Case No. 1:17-cv-04660-LMM <br><br> **Second Declaration of Ryan Graham** |

1. My name is Ryan Graham. I am a registered voter in Georgia's Fifth Congressional District.

2. I previously submitted a declaration in support of the plaintiffs' motion for summary judgment in this case. (ECF 69-12.)

3. Since 2019, I have been chair of the Libertarian Party of Georgia.

4. Since I took office, the party has grown substantially.

5. The party now has 17 active affiliates covering 55 of Georgia's 159 counties.



PLAINTIFFS' MSJ EXHIBIT 55

6. There are also now 6,210 members of the national Libertarian Party who reside in Georgia—the fifth highest state total in the nation—including 671 dues-paying members of the national party.

7. The state party currently has 334 dues-paying members.

8. In order to compare our membership numbers with those of other parties, I have reviewed the websites of the Democratic Party of Georgia (https://www.georgiademocrat.org/) and the Georgia Republican Party (https://gagop.org/).  While both of those websites offer ways to donate, neither website offers a way for a visitor to become a dues-paying member.  Neither of those websites publish numbers of members or dues-paying members.

9. I have also reviewed the bylaws of the Democratic Party of Georgia[1] and the Georgia Republican Party[2], which are available on the parties' websites.  Neither of those documents provide for dues-paying membership.

10. I have been unable to find any other data or information about dues-paying membership in the Democratic Party of Georgia or the Georgia Republican Party.

---

[1] https://www.georgiademocrat.org/wp-content/uploads/2019/09/DPG-BYLAWS.pdf
[2] https://gagop.org/wp-content/uploads/2020/07/Georgia-Republican-Party-Inc.-Rules-As-Adopted-June-17-2020-BJVver3.pdf

11. I conclude, based on my research, that neither the Democratic Party nor the Georgia Republican Party has any dues-paying members.

12. While the number of dues-paying members may not be the only way, or even the best way, to measure a party's support among Georgia voters, it does appear that the Libertarian Party of Georgia has more dues-paying members than both the Democratic Party of Georgia and the Georgia Republican Party—combined.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September _25_____, 2020.

_____
Ryan Graham
Atlanta, Georgia