

Bryan Sells &lt;bryan@bryansellslaw.com&gt;

## Cowen v. Raffensperger - re-deposition of Chris Harvey

**Charlene McGowan** &lt;CMcGowan@law.ga.gov&gt;  Mon, Sep 14, 2020 at 2:00 PM
To: Bryan Sells &lt;bryan@bryansellslaw.com&gt;

Bryan,

Below are the Secretary's responses to the additional information and documents you requested.

1. A copy of all successful independent or political-body petitions in 2020.

   Response: There were two successful petitions: Joe Reed (HD 129) and Charles Higgins (District Attorney, Brunswick Judicial District). I will send copies of these petitions to you via a secured link. As I mentioned before, please treat these as confidential pursuant to the protective order.

2. A list of all independent or political-body candidates who timely submitted a notice of candidacy form (identifying the office sought) and paid the qualifying fee.

   Response:

| | |
|---|---|
| Jimmy Cooper | US REP 8 |
| Donald Keller | US REP 12 |
| Martin Cowen | US REP 13 |
| Cedric Z. King | State Senate 3 |
| Arthur Tripp Jr | State Senate 45 |
| Andrew W Bell | State Rep 85 |
| Raymond Davis | State Rep 92 |
| Femi Oduwole | State Rep 114 |



PLAINTIFFS' MSJ EXHIBIT 56

| | |
|---|---|
| Scott Cambers | State Rep 124 |
| Joe Reed | State Rep 129 |
| Keith Higgins | DA Brunswick |

3. A list of all independent or political-body candidates who timely submitted a qualifying petition, including the number of signatures submitted and the number validated (if any).

  Response:

Martin Cowen: raw signatures 6

Arthur Tripp Jr: raw signatures 121

Andrew W. Bell: verified: 827; submitted: 2,220

Joe Reed: verified: 1,269; submitted: 1,851

Keith Higgins: verified: 3,771 (As of August 23rd); submitted: 8,832


(Glynn County is still counting and verifying signatures – they had to postpone completing due to processing of absentee ballots. As of August 23, 2020, Glynn County verified over 2,600 signatures and there were a total of 3,771 signatures verified for all of Brunswick Judicial District. Mr. Higgins needed 3,526 signatures to qualify.)


Sincerely,

Charlene




**Charlene McGowan**
**Assistant Attorney General**
**Office of Attorney General Chris Carr**
**Government Services & Employment**

Tel: 404-656-3389
cmcgowan@law.ga.gov



Georgia Department of Law
40 Capitol Square SW

https://mail.google.com/mail/u/2?ik=d05cf0ed21&view=pt&search=all&permmsgid=msg-f%3A1677833171885120221&simpl=msg-f%3A1677833171885120221        2/3

Atlanta, Georgia 30334

**From:** Bryan Sells <bryan@bryansellslaw.com>
**Sent:** Thursday, September 3, 2020 9:59 AM

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]