**Bryan Sells <bryan@bryansellslaw.com>**

---

## Cowen v. Raffensperger - re-deposition of Chris Harvey

---

**Charlene McGowan** <CMcGowan@law.ga.gov>                    Mon, Sep 21, 2020 at 9:30 PM
To: Bryan Sells <bryan@bryansellslaw.com>

Bryan,

I told you that I could provide you with the names of the final non-party candidates for county level offices who will be on the general election ballot in November (see attached). That information is available on the Secretary of State's website, and is now up to date according to my client. The qualifying date is listed as of the date they paid their fee in March, not when the petition was verified. I don't know why asterisks appear by certain names, but they all are from Talbot County so it could be something related to that county, or simply an error. I can ask about that.

However, I am not able to give you a list of names of the candidates for county office who may have filed a notice of candidacy and paid their qualifying fee but did not turn in a qualifying petition, because the Secretary does not maintain a list of that information. The county-level information you are seeking is outside the scope of the Secretary's discovery obligations, even if the discovery period had not long since closed. This information is also beyond the scope of Mr. Harvey's second declaration, which only contained limited information regarding the non-party candidates for state and federal offices. My client has expended significant time gathering the information you requested in order to avoid a dispute, and at this point we have provided you everything we are able to provide.

Sincerely,

Charlene

 **Charlene McGowan**
**Assistant Attorney General**
**Office of Attorney General Chris Carr**
**Government Services & Employment**

Tel: 404-656-3389
cmcgowan@law.ga.gov

 Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334

[Quoted text hidden]



[Quoted text hidden]

---

**Qualifying Candidate Information Independents.pdf**
376K

                                                    **Bryan Sells <bryan@bryansellslaw.com>**

## Cowen v. Raffensperger - re-deposition of Chris Harvey

**Bryan Sells** <bryan@bryansellslaw.com>                                    Mon, Sep 21, 2020 at 9:46 PM
To: Charlene McGowan <CMcGowan@law.ga.gov>

Charlene-

Chris Harvey's declaration states as follows: "There were three independent candidates for who were able to meet the requirements for *local* races for the 2020 general election, even during the pandemic." (emphasis added) Your statement of facts and brief repeats that statement verbatim.  I do not agree that asking about county races goes beyond the scope of Chris Harvey's testimony (or your briefing).  Would you please explain how a county commissioner's race, for example, is not a local race?

BRYAN

[Quoted text hidden]

 **Gmail**                                                                  **Bryan Sells <bryan@bryansellslaw.com>**

## Cowen v. Raffensperger - re-deposition of Chris Harvey

**Charlene McGowan** <CMcGowan@law.ga.gov>                              Tue, Sep 22, 2020 at 9:37 AM
To: Bryan Sells <bryan@bryansellslaw.com>

That meant races for non-statewide or federal offices. Perhaps "local" was not the best terminology, but his affidavit reflects the information that the Secretary's office had at the time, and does not include information about the county-specific races.

[Quoted text hidden]
[Quoted text hidden]