# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | **ORDER** |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | |
| Defendant. | |

Upon consideration of the plaintiffs' first motion for judicial notice (ECF 151), and for good cause shown, it is hereby ordered that the motion is **GRANTED**. The Court takes notice of the following fact:

1. In the 2020 election, the Libertarian Party of Georgia retained its qualification under O.C.G.A. § 21-2-180(1) to nominate candidates for statewide public office by convention when three of its nominees for statewide public office (Shane Hazel for U.S. Senator; and Nathan Wilson and Elizabeth Melton for Public Service Commissioner)

received votes totaling at least one percent of the total number of registered voters in that election.

SO ORDERED this _22nd_ day of ____December__, 2020___.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE