UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of the State of Georgia,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:17-cv-4660-LMM |

## JUDGMENT

This action having come before the Court, Honorable Leigh Martin May, United States District Judge, and the Court having granted in part and denied in part Plaintiffs' Second Motion for Summary Judgment [Doc. 134] and granted in part and denied in part Defendant's Second Motion for Summary Judgment [Doc. 135] by order dated March 29, 2021, and the Court having further reviewed the parties' responses [Docs. 166, 167] to the Court's proposed remedy [Doc. 165] for Defendant's violation of Plaintiffs' First and Fourteenth Amendment Rights and entered a final order regarding same on September 3, 2021 [Doc. 168], it is

**ORDERED AND ADJUDGED** that Defendant Brad Raffensperger is permanently enjoined from enforcing the five percent petition-signature requirement

in O.C.G.A. § 21-2-170(b). It is

**FURTHER ORDERED AND ADJUDGED** that Plaintiffs recover their costs of this action, and the action be, and the same hereby is, **DISMISSED.**

Dated at Atlanta, Georgia this 15th day of September, 2021.

                                                    KEVIN P. WEIMER
                                                    CLERK OF COURT

                                          By: *s/ Charlotte Diggs*
                                                         Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   September 15, 2021
Kevin P. Weimer
Clerk of Court

By: *s/ Charlotte Diggs*
      Deputy Clerk