# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation, | \* <br> \* <br> \* <br> \* <br> \* <br> \* CASE NO.: 1:17cv04660-LMM <br> \* |
| Plaintiffs, | \* <br> \* |
| v. | \* <br> \* |
| BRAD RAFFENSPERGER, Georgia Secretary of State, | \* <br> \* <br> \* |
| Defendant. | \* |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, Defendant Brad Raffensperger, in his official capacity as Georgia Secretary of State, hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit from the Final Judgment of the Court entered on September 15, 2021 [Doc. 171]; the Order dated September 3, 2021, entering a permanent injunction in this action [Doc. 168]; and the Order dated March 29, 2021, granting in part Plaintiffs' Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment [Doc. 159].

1

Respectfully submitted, this 17th day of September, 2021.

        Christopher M. Carr 112505
        Attorney General
        Bryan K. Webb 743580
        Deputy Attorney General
        Russell D. Willard 760280
        Senior Assistant Attorney General

        <u>/s/*Charlene S. McGowan*</u>
        Charlene S. McGowan 697316
        Assistant Attorney General

        40 Capitol Square SW
        Atlanta, GA 30334
        cmcgowan@law.ga.gov
        404-458-3658

        *Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Notice of Appeal has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

                                       */s/Charlene S. McGowan*
                                       Charlene S. McGowan
                                       Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in this case.

*/s/Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General
