UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER                                                                                                            DOCKETING SECTION
DISTRICT COURT EXECUTIVE                                                                                        404-215-1655
 AND CLERK OF COURT

September 17, 2021

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      **U.S.D.C. No.: 1:17-cv-4660-LMM**
      **U.S.C.A. No.: 00-00000-00**
      **In re:    Martin Cowen, et al. v. Brad Raffensperger**

      Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Orders and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first Notice of Appeal.** |
| | There is no transcript. |
| **X** | **The court reporter is Montrell Vann.** |
| **X** | **There is sealed material in this case.** |
| | Other: . |
| **X** | **Fee paid; Receipt Number AGANDC-11266016.** |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is Judge . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Leigh Martin May.** |
| | This is a **DEATH PENALTY** appeal. |

                                                             Sincerely,

                                                             Kevin P. Weimer
                                                             District Court Executive
                                                             and Clerk of Court

                                               By:   /s/ **K. Carter**
                                                             Deputy Clerk

Enclosures