IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | **Notice of Cross Appeal** |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | |
| Defendant. | |

The plaintiffs hereby give notice that they appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this case on September 15, 2021 (ECF 171); from the remedial order entered on September 3, 2021 (ECF 168); and from the order entered on March 29, 2021 (ECF 159), granting in part the defendant's second motion for summary judgment.

Respectfully submitted this 27th day of September, 2021.

**/s/ Bryan L. Sells**
Attorney Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com