# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, ALLEN BUCKLEY, AARON GILMER, JOHN MONDS, and the LIBERTARIAN PARTY OF GEORGIA, INC., a Georgia nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, Georgia Secretary of State,<br><br>Defendant. | *<br>*<br>*<br>*<br>*   CASE NO.: 1:17cv04660-LMM<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## [PROPOSED] ORDER

This matter is before the Court on Defendant's Motion for Expedited Briefing on Defendant's Emergency Motion to Stay Permanent Injunction Pending Appeal. For good cause shown, the Motion is hereby GRANTED. Plaintiffs shall have up to and including October 8, 2021, to file a response.

SO ORDERED, this ___ day of October, 2021.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

Prepared by:

Charlene S. McGowan
Assistant Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
404-458-3658
cmcgowan@law.ga.gov