IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARTIN COWEN, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, | : : : | CIVIL ACTION NO. 1:17-CV-04660-LMM |
| | : | |
| Defendant. | : | |

## **ORDER**

This case comes before the Court on Defendant Brad Raffensperger's Motion for Expedited Briefing on Defendant's Emergency Motion to Stay Injunction Pending Appeal [183]. The parties have appealed and cross-appealed the Court's permanent injunction, and Defendant has moved for a stay of that injunction pending the Eleventh Circuit's resolution of those appeals. See Dkt. No. [182]. Defendant argues expedited briefing on that motion is appropriate because the signature-gathering period for political candidates will begin in January 2022, and thus that "[i]t is in the best interest of the parties, as well as third-party candidates and state and local elections officials," for the Eleventh Circuit to resolve the parties' appeals before then. Dkt. No. [183] at 1–2. Defendant also claims that, should the Court deny Defendant's Emergency

1

Motion to Stay, expedited briefing will facilitate prompt appellate review. Id. Defendant has indicated that Plaintiffs oppose Defendant's Motion for Expedited Briefing. Id.

Given the value of timely disposition of this matter, Defendant's Motion for Expedited Briefing on Defendant's Emergency Motion to Stay Injunction Pending Appeal [183] is **GRANTED**. If Plaintiffs wish to respond to Defendant's Emergency Motion to Stay Injunction Pending Appeal, they are **DIRECTED** to do so no later than Friday, October 8, 2021.

**IT IS SO ORDERED** this 4th day of October, 2021.

_____
**Leigh Martin May**
**United States District Judge**