**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MARTIN COWEN, an individual,
ALLEN BUCKLEY, an individual,
AARON GILMER, an individual,
JOHN MONDS, an individual,
LIBERTARIAN PARTY OF GEORGIA,
INC., a Georgia nonprofit corporation,,
           Plaintiff(s),

vs.

SECRETARY OF STATE OF THE STATE
OF GEORGIA,,
           Defendant.

CIVIL ACTION FILE

 NO.  1:17-cv-4660-LMM

# O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 11th day of April, 2022.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE