UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAD RAFFENSPERGER, *in his official capacity as Secretary of State of Georgia*,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-4660-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Mandate of the 11th Circuit United States Court of Appeals, it is

**Ordered and Adjudged** that in keeping with the Eleventh Circuit opinion and mandate, the claims in this matter are DISMISSED WITH PREJUDICE.

Dated at Atlanta, Georgia, this 11th day of April, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ A. Coleman
       Ashley Coleman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 11, 2022
Kevin P. Weimer
Clerk of Court

By:  s/ A. Coleman
       Deputy Clerk