IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-04660-LMM |
| : | |
| BRAD RAFFENSPERGER, *in his official capacity as Secretary of State of Georgia*, : | |
| : | |
| : | |
| Defendant. : | |

# **ORDER**

This case comes before the Court on Plaintiffs' Motion for Relief from Judgment or Order. Dkt. No. [195]. The motion is **GRANTED** pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure. The Order entered at Docket No. 193 is therefore **AMENDED** to vacate the Order of Summary Judgment and Dismissal as to the equal-protection claim asserted on a discriminatory-purpose theory,[1] and the Clerk is **DIRECTED** to reopen this matter for further proceedings.

---

[1] This is the theory that the five-percent petition requirement violates the Equal Protection Clause of the U.S. Constitution because it was adopted for a discriminatory purpose. Dkt. No. [134] at 2, n.1 (citing Dkt. No. [1] ¶¶ 18, 19). The Court had found the claim moot on grounds that even if the claim were meritorious, the Court would grant no further relief than that awarded on Plaintiffs' First and Fourteenth Amendment claim. Dkt. No. [165] at 7-9. Since the Eleventh Circuit Court of Appeals reversed the Court's grant of summary judgment to Plaintiffs on the First and Fourteenth Amendment claim and its

Additionally, the Court is concerned as to whether the current briefing is sufficient to address this remaining claim. Because of this, the parties are hereby **GRANTED LEAVE** to file motions for summary judgment on this claim, and the scheduling order is **AMENDED** as follows:

Motions for summary judgment as to this claim are due on or before May 4, 2022. Responses to motions for summary judgment are due on or before May 25, 2022. Reply briefs are due on or before June 8, 2022. In addition, Defendant is permitted to supplement and/or refile his Motion to Exclude Expert Testimony if this Motion is still relevant to the remaining claim. This Motion shall be governed by this same briefing schedule.

**IT IS SO ORDERED** this 12th day of April, 2022.

_____
**Leigh Martin May**
**United States District Judge**

---

denial of summary judgment to Defendant on that claim, Dkt. No. [190] at 17, this claim is no longer moot.