# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., | Case No. 1:17-cv-04660-LMM |
| Plaintiffs, | |
| vs. | **Order** |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | |
| Defendant. | |

Upon consideration of the plaintiffs' unopposed motion for stay (ECF \_\_\_\_), and for good cause shown, it is hereby ordered that the motion is **GRANTED**. This matter is hereby stayed pending the filing of a petition for a writ of certiorari and, if one is timely filed, pending the Supreme Court's final disposition of that petition. Counsel for the plaintiffs are **DIRECTED** to advise the Court promptly in writing upon the filing and disposition of any such petition.

SO ORDERED this _____ day of April, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE