# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>    Defendant. | Case No. 1:17-cv-04660-LMM<br><br>**Order** |

Upon consideration of the plaintiffs' unopposed motion for stay (ECF 197), and for good cause shown, it is hereby ordered that the motion is **GRANTED**. This matter is hereby stayed pending the filing of a petition for a writ of certiorari and, if one is timely filed, pending the Supreme Court's final disposition of that petition. Counsel for the plaintiffs are **DIRECTED** to advise the Court promptly in writing upon the filing and disposition of any such petition.

SO ORDERED this  21st day of April, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE