IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, et al., : | |
| Plaintiffs, : | |
| v. : | CIVIL ACTION NO. 1:17-cv-04660-LMM |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, : | |
| Defendant. : | |

## **ORDER**

On October 4, 2022, Plaintiffs notified the Court that the Supreme Court denied Plaintiffs' petition for a writ of certiorari. Dkt. [200]. The parties are **ORDERED** to confer and submit a joint proposed scheduling order within 14 days.

**IT IS SO ORDERED** this 5th day of October, 2022.

_____
**Leigh Martin May**
**United States District Judge**