# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 3, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re: Martin Cowen, et al.
v. Brad Raffensperger, Georgia Secretary of State
No. 22-101
(Your No. 21-13199)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk