IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTIN COWEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, Georgia Secretary of State, <br><br> Defendant. | * <br> * <br> * <br> * <br> *   CASE NO.: 1:17cv04660-LMM <br> * <br> * <br> * <br> * <br> * |

**SCHEDULING ORDER**

The Court previously instructed the parties to confer and submit a joint scheduling order [Doc. 201]. Having considered the proposed schedule submitted by the parties, the Court hereby enters the following scheduling order:

1. Summary judgment motions shall be filed no later than January 13, 2023;

2. Motions to exclude expert witnesses shall be filed no later than January 27, 2023;

3. Response briefs to summary judgment motions shall be filed no later than February 3, 2023;

4. Reply briefs to summary judgment motions shall be filed no later than February 17, 2023;

1

5. A consolidated Pretrial Order shall be due 30 days after the Court's ruling on any pending motions for summary judgment, if any claims to be tried remain.

SO ORDERED, this <u>20th</u> day of _____October_____, 2022.

_____
The Honorable Leigh Martin May
U.S. District Court Judge