IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., <br><br>       Plaintiffs, <br><br> vs. <br><br> **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, <br><br>       Defendant. | Case No. 1:17-cv-04660-LMM <br><br><br> **Plaintiffs' Motion for Leave to Reopen Discovery** |

Pursuant to Local Rule 26.2(B), the plaintiffs respectfully move the court for leave to reopen discovery for the limited purpose of designating a replacement for one of the plaintiffs' experts, Darcy Richardson, who has become unavailable.

The plaintiffs designated Mr. Richardson as an expert in this case more than four and a half years ago on April 20, 2018. The plaintiffs disclosed Mr. Richardson's report at that time (ECF 77-2), and the

defendant deposed him on March 8, 2019 (ECF 77-1). Since then, he has disappeared without a trace.

Efforts to reach him since the Supreme Court denied the plaintiffs' petition for a writ of certiorari have been unsuccessful. Emails have gone unanswered. His phone is out of service. Close colleagues in the field of third-party ballot access have been unable to reach him for quite some time and know nothing about his whereabouts.

The plaintiffs have identified a substitute witness, Professor David Gillespie, who has already submitted a declaration in this case (ECF 100-1) and is willing to step in for Mr. Richardson as the plaintiffs' expert. The plaintiffs seek only to designate Professor Gillespie as their witness, give him time to prepare his report, and permit the defendant to depose him. Given that summary-judgment motions are not due until January 13, 2023 (ECF 204), reopening discovery for this limited purpose will neither delay the case nor prejudice the defendant.

Accordingly, the plaintiffs request that the Court grant their motion, set a deadline of November 30 for the plaintiffs to disclose Professor Gillespie's report, and permit the defendant to depose him at any time up to the summary-judgment deadline.

Respectfully submitted this 24th day of October, 2022.

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

## Certificate of Compliance

I hereby certify that the forgoing document was prepared in 13-point Century Schoolbook in compliance with Local Rules 5.1(C) and 7.1(D).


**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com