## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARTIN COWEN, ALLEN
BUCKLEY, AARON GILMER, JOHN
MONDS, and the LIBERTARIAN
PARTY OF GEORGIA, INC., a
Georgia nonprofit corporation,

      Plaintiffs,

v.

BRAD RAFFENSPERGER, Georgia
Secretary of State,

      Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

CASE NO.: 1:17cv04660-LMM

## DEFENDANT'S THIRD MOTION FOR SUMMARY JUDGMENT

Defendant Brad Raffensperger, Georgia Secretary of State, moves for summary judgment pursuant to Fed. R. Civ. P. 56 on Plaintiffs' "discriminatory purpose" equal protection claim. *See* [Doc. 195]. In support of this motion, Defendant submits the accompanying Brief in Support. Because this motion involves an issue of law, Defendant does not rely on a statement of undisputed material facts in support of this motion. For the reasons set forth in the Brief in Support, Defendant is entitled to judgment as a matter of law. Defendant respectfully requests that his motion be granted.

Respectfully submitted, this 30th day of November, 2022.

CHRISTOPHER M. CARR      112505
Attorney General
BRYAN K. WEBB              743580
Deputy Attorney General
RUSSELL D. WILLARD        760280
Senior Assistant Attorney General

*/s/ Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
Tel: 404-458-3658

*Counsel for the Secretary of State*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing has been formatted using Century Schoolbook font in 13-point type in compliance with Local Rule 7.1(D).

<u>*/s/ Charlene S. McGowan*</u>
Charlene S. McGowan
Assistant Attorney General

3