IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>    Defendant. | Case No. 1:17-cv-04660-LMM<br><br><br>**Plaintiffs' Response to the Defendant's Statement of Undisputed Material Facts** |

Pursuant to Local Rule 56.1(B)(2), the plaintiffs respectfully submit this response to the defendant's statement of undisputed material facts. Because the defendant failed to include a statement of undisputed material facts with his third motion for summary judgment as required by the Local Rules, there is nothing for the plaintiffs to respond to. The plaintiffs include this "response" only to ensure compliance with the rules.

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com