IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>    Defendant. | Case No. 1:17-cv-04660-LMM<br><br>**Plaintiffs' Statement of Additional Facts** |

Pursuant to Local Rule 56.1(B)(2)(b), the plaintiffs respectfully submit this statement of additional facts that the plaintiffs contend are material and present an issue for trial. Many facts in this case—some of them material—are clearly not in dispute. Because the Secretary failed to include a statement of undisputed material facts with his third motion for summary judgment, however, the plaintiffs can only guess whether some of the facts listed below are actually disputed.

1.  Georgia's five-percent petition requirement was adopted in 1943 with racially and politically discriminatory purposes. (Ex. 17 (ECF 69-20) (Richardson decl.); Ex. 24 (ECF 69-27) (Richardson deposition excerpts); Ex. 34 (ECF 69-37) (newspaper articles cited in Richardson decl.); Exs. 58-67.) The Secretary has disputed this fact. (ECF 97 at 10-11.)

2.  Georgia's five-percent petition requirement had a racially and politically discriminatory effect.  (Exs. 59, 62, 67.)

3.  Georgia's five-percent petition requirement was maintained in 1986 with a politically discriminatory purpose.  (Ex. 68.)

4.  The Libertarian Party of Georgia has Black members and strongly supports racial equality.  (Ex. 70.)

5.  Plaintiff John Monds is Black.  (Ex. 70.)


**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Plaintiffs
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com