# EXHIBIT INDEX

Exhibit 58        Communist Party policies on the "Negro Question"

Exhibit 59        1932 Communist Party platform

Exhibit 60        1932 news articles

Exhibit 61        excerpts of 1935 Georgia House and Senate journals

Exhibit 62        1940 Communist Party platform

Exhibit 63        1940 news articles

Exhibit 64        1941 news article

Exhibit 65        1943 news articles

Exhibit 66        excerpt from 1943 Georgia Senate journal

Exhibit 67        1948 news articles

Exhibit 68        Third Declaration of Richard Winger

Exhibit 69        *Durand v. Raffensperger* final order

Exhibit 70        Second Declaration of Martin Cowen