Case 1:17-cv-04660-LMM   Document 210-6   Filed 12/21/22   Page 1 of 4

Newspapers™ by ancestry
The Macon Telegraph (Macon, Georgia) · Sun, Aug 28, 1932 · Page 7
https://www.newspapers.com/image/826309901
Downloaded on Dec 21, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

Powered by Newspapers.com™

PLAINTIFFS' MSJ EXHIBIT 60

Case 1:17-cv-04660-LMM Document 210-6 Filed 12/21/22 Page 2 of 4

Newspapers by ancestry
https://www.newspapers.com/image/826309901

The Macon Telegraph (Macon, Georgia) · Sun, Aug 28, 1932 · Page 7
Downloaded on Dec 21, 2022

# COMMUNISTS FILE TICKET IN GEORGIA

## W. M. McClellan, Atlanta, Becomes Candidate For Governor; Electors Listed

ATLANTA, Aug. 27 (AP)—W. M. McClellan, Atlanta, filed an affidavit with the secretary of state Saturday for governor of Georgia on the Communist party ticket.

Secretary of State John B. Wilson said that as far as records of his department showed this was the first time in the history of the state that a member of the Communist party had sought the governorship.

Along with McClellan's affidavit, the secretary received another affidavit from E. E. Fields, signing himself as secretary of the Communist party in Georgia, certifying four electors for the Communist party in support of William Z. Foster, candidate of that party for president, and James W. Ford, his running mate.

The two electors from the state at large were listed as Sonewall Jackson Leathers and Mrs. Frances Elizabeth Leathers, both of Atlanta. Samuel Johnson of Atlanta was listed as elector from the Fifth district and H. V. Haramis of Wiley in Rabun county as the elector from the Ninth district.

This is not the first time the Communist party has named electors. In 1928 the general election ticket in Georgia carried the presidential electors for four parties, Democrat, Republican, Socialist and Communist.

The Communist party nominee in 1928, the same William Z. Foster, got 64 votes in Georgia, the Socialists 124, Republicans 99,369 and the Democrats 129,602.

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com

Case 1:17-cv-04660-LMM   Document 210-6   Filed 12/21/22   Page 3 of 4

The Atlanta Constitution (Atlanta, Georgia) · Wed, Nov 9, 1932 · Page 1
https://www.newspapers.com/image/384660405
Downloaded on Dec 21, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

Case 1:17-cv-04660-LMM   Document 210-6   Filed 12/21/22   Page 4 of 4

Newspapers by ancestry
https://www.newspapers.com/image/384660405

The Atlanta Constitution (Atlanta, Georgia) · Wed, Nov 9, 1932 · Page 1
Downloaded on Dec 21, 2022

# GEORGIA VOTERS GIVE ROOSEVELT RECORD MAJORITY

## Senator George Defeats Arnold; All Democratic Candidates for Congress Are Victorious.

Records for presidential majorities in Georgia were broken Tuesday in the tremendous vote by which Governor Franklin D. Roosevelt carried the state.

This new mark was participated in by all sections of the state which is the southern home of the great democratic leader.

Roosevelt had amassed 156,060 votes to 11,541 for President Hoover when 1,060 precincts reported.

Only three of the 159 counties of the state showed a leaning toward the republican candidate.

Meriwether county, in which is located Warm Springs, Roosevelt's Georgia home, voted 2,600 for Roosevelt to 37 for Hoover. W. D. Upshaw, the prohibition candidate, received three votes, and Norman Thomas, socialist, one in that county.

The first precinct to report gave a big majority for Roosevelt and others went on to add to his overwhelming figure.

The three counties which showed republican leaning were Fannin, Towns and Gilmer None of these was complete.

### 27 Carried by Hoover in '28.

This compared with 27 counties which were carried by Hoover in 1928 when Alfred E. Smith was the democratic nominee. In that year the majority of Smith was approximately 30,000. The actual vote was 129,602 to 99,369.

Thomas was given 165 votes in the state in the figures reported; Upshaw 292, and W. Z. Foster, communist candidate, 7. Upshaw for a number of years represented the fifth (Atlanta) district in congress.

United States Senator Walter F. George and the entire democratic congressional ticket were swept into office by the landslide. In the four districts in which the democratic congressional candidates had opposition they overwhelmed their opponents.

Governor Richard B. Russell Jr. was chosen to fill out the unexpired term of the late Senator W. J. Harris without opposition. Eugene Talmadge

Continued in Page 4, Column 1.

Copyright © 2022 Newspapers.com. All Rights Reserved.