1446                    JOURNAL OF THE SENATE,

By Mr. Spivey of Emanuel-
   House Bill No. 561. A Bill to be entitled an Act
to annually,in addition to Ad Valorem Tax,levy and
collect a tax for support of the State Government;
and for other purposes.

   The following bills and resolutions of the Senate
were read and taken up for the purpose  of passage:

By Senator Edenfield of the 4th District-
   Senate Bill No. 122. A Bill to be entitled an Act
to regulate  communistic activities in the State of
Georgia;and for other purposes.

   The committee offered the following substitute:

A BILL
   To be entitled an Act to discourage,regulate and
control communistic activities in Georgia by pro-
hibiting the recognition of political parties ad-
vocating communism or similar theories;and for
other purposes.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

SECTION ONE.
   That no political party,executive committee or
other organization,whether national,state,county
or municipal,shall recognize and/or give a place on
the ballot in any primary election or general elec-
tion in this State to any political party,sect,
creed or group which advocates the overthrow by
force or violence,or carries on a program of sedi-
tion or of treason against the government,state,or
any political subdivision thereof,by radio,speech
or press.

SECTION TWO.
   No newly organized political party shall be per-
mitted to have its candidates on the ballots in any
primary election or other election in this State
until it has filed an affidavit by its duly author-
ized officers,with the executive committee in
charge of such election,showing under oath that it

PLAINTIFFS' MSJ EXHIBIT 61

FRIDAY, MARCH 15, 1935.                    **1447**

does not advocate or encourage the overthrow by
force or violence of any local,state,or national
government,and also that it is not affiliated in
any way with any political party or organization
advocating or encouraging by radio,speech,or press,
the overthrow by force or violence of any unit of
government,either local,state or national.

SECTION THREE.
All laws and parts of laws in conflict herewith
are hereby repealed.

The committee substitute was adopted.

The report of the committee,which was favorable
to the passage of the bill,by substitute,was agreed
to.

On the passage of the bill,by substitute,the ayes
were 28,nays 0.

The bill,by substitute,having received the requi-
site Constitutional majority,was passed.

By the Committee on Halls and Rooms—
Senate Resolution No. 106.  A Resolution providing
that the Clerk of the House,the Secretary of the
Senate shall have custody of the properties and
office rooms attached to each house between the ad-
journment of one session and the convening of the
following session;and for other purposes.

The report of the committee,which was favorable
to the passage of the resolution,was agreed to.

On the passage of the resolution the ayes were
29,nays 0.

The resolution having received the requisite Con-
stitutional majority,was passed.

Senator Beasley of the 2nd District asked unani-
mous consent that further consideration of Senate
Bill No. 133 be deferred and consent was granted.

Case 1:17-cv-04660-LMM  Document 210-7  Filed 12/21/22  Page 3 of 3

By unanimous consent,the verification of the roll call was dispensed with.

On the passage of the bill, the ayes were 107, nays 35.

The bill having received the requisite constitutional majority was passed.

By Senator Chappell of the 13th District.
Senate Bill No.202. A bill to be entitled an Act to provide for the payment of the burial expenses of Confederate pensioners,and for other purposes.

The report of the Committee,which was favorable to the passage of the bill,was agreed to.

On the passage of the bill, the ayes were 112, nays 0.

The bill having received the requisite constitutional majority was passed.

By Senator Edenfield of the 4th District.
Senate Bill No.122. A bill to be entitled an Act to regulate Communistic activities in the State of Georgia,and for other purposes.

The report of the Committee,which was favorable to the passage of the bill,was agreed to.

On the passage of the bill, the ayes were 104, nays 0.

The bill having received the requisite constitutional majority was passed.

By Senator Johnson of the 31st District,Skelton of the 30th District,and Scott of the 7th District.
Senate Bill No.28. A bill to be entitled an Act to amend the Code in reference to the admission in evidence of the record of proceedings before the Public Service Commission,and for other purposes.