Case 1:17-cv-04660-LMM   Document 210-9   Filed 12/21/22   Page 1 of 4

Newspapers by ancestry
https://www.newspapers.com/image/397842241

The Atlanta Constitution (Atlanta, Georgia) · Tue, Aug 20, 1940 · Page 2
Downloaded on Dec 21, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

PLAINTIFFS' MSJ EXHIBIT 63

Case 1:17-cv-04660-LMM   Document 210-9   Filed 12/21/22   Page 2 of 4

Newspapers by ancestry
https://www.newspapers.com/image/397842241

The Atlanta Constitution (Atlanta, Georgia) · Tue, Aug 20, 1940 · Page 2
Downloaded on Dec 21, 2022

# Wilson To Bar Names of Reds From the Ballot

## Would Be Against Public Policy, Says Secretary of State.

Acting on the legal advice of Attorney General Ellis Arnall, Secretary of State John B. Wilson announced definitely yesterday that he will not place the names of Communist candidates on Georgia's election ballot.

Several weeks ago the attorney general voiced the opinion that Communist candidates should be barred from being voted on, but there had been no final decision on the matter.

Wilson said that other states might follow Georgia's leadership, pointing out that he had received a letter from Clarence V. Beales, state commander of the American Legion in Colorado, inquiring as to how Georgia planned to shut the doors on the Communists.

"It would be against public policy to place on our ballot the names of candidates of a party which seeks to overthrow our Democratic constitutional form of government," Wilson said. "Under the legal advice of the attorney general I simply will not certify the Communist candidates to the Governor."

Governor Rivers concurred in this policy, explaining that since the Communist party was not bona fide and controlled by foreign powers, there could be no law to force the inclusion of Communists on the state's ballot.

## Revenue Agents Seize 995 Gallons of Whisky

Special to THE CONSTITUTION.

ATHENS, Ga., Aug. 19.—The largest liquor confiscation in northeast Georgia since the repeal of prohibition was made Saturday night by internal revenue agents near Lavonia.

Officers seized 995 gallons of non tax-paid whisky and a truck which was carrying it. They listed the driver as Lawrence Vandiver, of Atlanta. The illicit liquor was poured into the Oconee river.

A hearing for Vandiver was held immediately, and he was placed in jail at Eatonton in default of $1,000 bond.

WE KOW OUR JOB
L. N. HUFF OPTICAL CO.
54 Broad St., N. W., Healey Building

Copyright © 2022 Newspapers.com. All Rights Reserved.

Case 1:17-cv-04660-LMM   Document 210-9   Filed 12/21/22   Page 3 of 4

St. Louis Post-Dispatch (St. Louis, Missouri) · Tue, Aug 20, 1940 · Page 13
https://www.newspapers.com/image/138406986                                   Downloaded on Dec 21, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.



Case 1:17-cv-04660-LMM   Document 210-9   Filed 12/21/22   Page 4 of 4

Newspapers by ancestry

St. Louis Post-Dispatch (St. Louis, Missouri) · 20 Aug 1940, Tue · Page 13
Downloaded on Dec 21, 2022

# GEORGIA BARS COMMUNIST CANDIDATES FROM BALLOT

## Ruling in Interest of Public Policy, Secretary of State Announces.

ATLANTA, Ga., Aug. 20 (AP).—For the first time in Georgia history, Communists seeking public office will be barred in the November general election from having their names placed on the ballot.

Secretary of State John B. Wilson, who made the ruling, said: "It would be against public policy to place on our ballot the names of candidates of a party which seeks to overthrow our democratic constitutional form of government."

He explained he acted on the advice of Attorney-General Ellis Arnall. Gov. E. D. Rivers concurred in the action.

Georgia Bars Communist Candidates from Ballot, St. Louis Post-Dispatch, Aug. 20, 1940

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com™