Case 1:17-cv-04660-LMM   Document 210-10   Filed 12/21/22   Page 1 of 2

newspapers by ancestry
The Columbus Ledger (Columbus, Georgia) · Fri, Feb 21, 1941 · Page 1
https://www.newspapers.com/image/855314660
Downloaded on Dec 21, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

PLAINTIFFS' MSJ EXHIBIT 64

Case 1:17-cv-04660-LMM   Document 210-10   Filed 12/21/22   Page 2 of 2

Newspapers
by ancestry
https://www.newspapers.com/image/855314660

The Columbus Ledger (Columbus, Georgia) · Fri, Feb 21, 1941 · Page 1
Downloaded on Dec 21, 2022

# Communist Ban In Elections Asked in State

### Secretary of State to Urge Action by the General Assembly

ATLANTA, Feb. 21.—(AP)—Secretary of State John B. Wilson said today he would ask the General Assembly to enact legislation that would bar the Communist party from a place on the ballot in Georgia.

The measure would require all candidates in Georgia for state and national offices, or the parties nominating them, to file with the secretary of state sufficient information to determine whether the party "is designed to overthrow our constitutional form of government."

**ACTION RECALLED**

Although the Communist party would not be mentioned in the bill, Wilson said it and any other similar party would be the primary target. He said similar legislation is pending in other states.

Wilson refused the Communists a place on the Georgia ballot in last year's election and they also were denied a place once before.

**QUIT FOR WEEK-END**

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers™