Newspapers
by ancestry

The Atlanta Constitution (Atlanta, Georgia) · Thu, Feb 18, 1943 · Page 6

https://www.newspapers.com/image/397932769

Downloaded on Dec 21, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY
Newspapers.com™

PLAINTIFFS'
MSJ EXHIBIT

65

Newspapers
by ancestry

https://www.newspapers.com/image/397932769

The Atlanta Constitution (Atlanta, Georgia) · Thu, Feb 18, 1943 · Page 6

Downloaded on Dec 21, 2022

# State Senate Receives New Election Bills

## Okay of Measures Will Remove Ghosts of Carpetbag Days.

Ghosts of carpetbagger days will be wiped from Georgia election laws if the state senate approves a series of actions taken yesterday by the house of representatives.

Although September primaries have been regarded as tantamount to election since reconstruction days, and candidates nominated in those primaries win November general elections, there was no definite way in which one could be certain of the election result because the ballot boxes in the general elections have been sealed by the secretary of state and held for opening and canvassing by the incoming legislatures about 60 days after the election.

This practice was instituted after carpetbaggers were accused of ripping ballot boxes open in the old days and stuffing them for their candidates.

### Early Election.

To make possible an early election declaration, the house yesterday approved a bill to create a state election canvassing board, and provided that it shall begin canvassing results within 48 hours after the election. The board supplants the old legislative and present canvassing agencies, and will announce results soon after tabulations of the November elections are available.

Revision of the old procedure was one of four election reform measures passed by the house. The canvassing bill was proposed by Representative Casey Thigpen, of Glascock county.

### Second Bill.

A second Thigpen bill adopted by the house sustained Secretary of State John B. Wilson in refusing a Communist candidate for president a place on the Georgia ballot in the 1940 election. It requires candidates seeking a listing on ballots to present a petition bearing the names of at least 5 per cent of the qualified voters in the section or state in which he is running, or to show that at least 5 per cent of those voting in the last general election were members of the candidate's party.

A third election bill requires the secretary of state, instead of various state officials, to furnish county ordinaries tally sheets and other forms used in elections.

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY
Newspapers
.com

The Macon Telegraph (Macon, Georgia) · Thu, Feb 18, 1943 · Page 6

https://www.newspapers.com/image/826355502

Downloaded on Dec 21, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

Newspapers by ancestry

The Macon Telegraph (Macon, Georgia) · Thu, Feb 18, 1943 · Page 6

https://www.newspapers.com/image/826355502

Downloaded on Dec 21, 2022

# 'Confused' Georgia Election Machinery Target of New Bill

## OBITUARY

### LUCIUS DAVID SELMAN

Funeral services for Lucius David Selman Sr., of 705 Bailey avenue, who died in a local hospital at 2:30 a.m. Monday after a long illness, will be held in the chapel of Hart's mortuary at 4 p.m. Thursday. The Rev. W. Worth Williams will officiate and burial will be in the Macon Memorial Park.

Pallbearers are to be George W. Lewis, L. J. Powell, P. J. McClung, J. B. Morgan, Joe F. Tamplin and J. L. Jackson.

Mr. Selman, retired lumberman, was born in Rome, Ga., and had made his home in Macon for a number of years. He was a Spanish-American War veteran and a member of the Mable White Baptist church.

### MRS. J. E. McLENDON

Funeral services for Mrs. J. E. McLendon, who died at her residence, 1539 College street, at 1:35 a.m. Wednesday, after an illness of six weeks, will be held in the chapel of Hart's mortuary at 5 p.m. Thursday. The Rev. C. A. Jackson Jr., the Rev. J. B. Smith and the Rev. Swoll Sawyer will officiate and burial will be in the Macon Memorial Park.

Mrs. McLendon, the former Miss Laura Josephine Murchison, was born in Crawford county, the daughter of Dr. A. C. Murchison and Mrs. Sarah Wilson Murchison, and had lived in Macon practically all of her life. She was a member of the Centenary Methodist church.

Surviving are two sons, the Rev. A. C. McLendon and James A. McLendon, of Macon; four grandchildren; one great-grandson; two sisters, Mrs. S. A. Wilson and Mrs. T. R. Thigpen, Macon; several nieces and nephews.

Pallbearers are to be W. G. Hunt, E. S. Bullington, Fred Yates, H. I. Bailey, C. B. Campbell, George Asbell, Frank Tidwell and John McDonald.

### LEE DAVIS

Funeral services for Lee Davis, retired farmer, who died at his residence on the Hollis Road Friday night, after a long illness, will be held in the chapel of Hart's mortuary at 6 p.m. Thursday. The Rev. Earl Crawford will officiate and burial will be in the Ebenezer cemetery.

Mr. Davis was born in Jones county and had made his home in Macon for 35 years.

Pallbearers will be: A. J. Lockman, W. R. Roberts, W. B. Harris, E. M. Sherling, D. M. Ray, L. O. Harris.

### MRS. ANNIE E. NEWBERRY

Funeral services for Mrs. Annie E. Newberry, formerly of this city, who died in Vidalia early Tuesday, were held at the Lizella Methodist church at 3:30 p.m. Wednesday.

ATLANTA, [AP]—Although you may say with reasonable conviction "my candidate Joe Doakes was elected governor" on the day after the primary you cannot prove that fact until four months later when the Legislature officially declares the results.

That is because the September primary, in effect, is only a nomination of the Democratic to the November general election. And because the ballots in the general election are sealed by the secretary of state until the Legislature opens them.

The secretary was instructed to keep secret the results by law passed in reconstruction days after carpet-baggers were accused of rifling open boxes and stuffing them.

### ELECTION BOARD BILL

To make possible an earlier declaration of the primary and general election results, the House Wednesday approved a bill to create a state election canvassing board. This board will announce the official count soon after the November balloting.

The board must meet within 48 hours after each election and begin an official tabulation.

This was one of four measures proposed by Representative Thigpen, of Glascock county, and others to co-ordinate and accelerate Georgia's "confused" election machinery.

Another Thigpen bill adopted by the House would sustain a position taken by Secretary of State John B. Wilson in denying a Communist candidate for president a place on the Georgia ballot in the 1940 general election.

### PETITION PROVIDED FOR

It would require any candidate seeking a ballot listing to present a petition bearing the names of at least five per cent of the qualified voters in the section or state in which he was running, or at least five per cent of those voting in the last preceding general election must have been members of the candidate's party.

A third election bill passed by the House would require the secretary of state, instead of various state officials, to send to county ordinaries the tally sheets and other forms used in reporting the results.

The fourth measure, passed unanimously, would require county Superior court clerks to file with the secretary of state by July 1 each election year the number of qualified voters.

Representative Ross Sharpe, of Toombs said he knew of one Georgia county in which the tax collector issued 500 poll tax receipts "in blank" the night before an election, and the next day more than 400 additional persons voted.

"You know and I know that people from South Carolina and Florida and 18-year-old boys have voted in Georgia elections, and this bill will tend to put a stop to that," Sharpe said.

—V—

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com™