WEDNESDAY, FEBRUARY 3, 1943 205

Senate Chamber, Atlanta, Georgia.

Wednesday, February 3, 1943.

The Senate met pursuant to adjournment at 10 o'clock this morning and was called to order by the president.

Prayer was offered by the chaplain.

By unanimous consent the call of the roll was dispensed with.

Senator Dantzler of the 43rd reported that the journal of yesterday's proceedings had been examined and found correct.

By unanimous consent, the reading of the journal was dispensed with, and the journal was confirmed.

Senator Atkinson of the 1st asked unanimous consent that the following be established as the order of business for today:

1. Introduction of bills and resolutions.

1a. First reading and reference of Senate and House bills.

2. Reports of standing committees.

3. Second reading of bills and resolutions favorably reported.

4. Consideration of local uncontested bills and resolutions.

5. Consideration of general bills and resolutions.

The consent was granted.

The following resolution was read and adopted:

SR 39. By Senators Millican of the 52nd, and Foster of the 40th:

> Resolved that the remarks made by the Honorable Richard B. Russell in his speech of November 17, 1942, on the floor of the United States Senate be printed in the journal of the State Senate.

The speech referred to in SR 39 was as follows:

PLAINTIFFS' MSJ EXHIBIT 66

## THE ANTI-POLL-TAX BILL

### SPEECH OF HON. RICHARD B. RUSSELL OF GEORGIA IN THE SENATE OF THE UNITED STATES, NOVEMBER 17, 1942.

### THE JOURNAL

The VICE PRESIDENT  The clerk will proceed to read the journal.

The chief clerk proceeded to read the journal.

During the reading of the journal:

MR. RUSSELL.  Mr. President, a parliamentary inquiry.

The VICE PRESIDENT. The senator will state it.

MR. RUSSELL. I have casually examined the journal of yesterday. I find that on the roll calls the names of absent senators do not appear. On Saturday last, in connection with the roll calls, not only do the names of absent senators appear in the journal, but with respect to eight of them warrants were issued for their arrest. I desire to move to amend the journal.

The VICE PRESIDENT  The motion of the senator from Georgia is not in order at this time. It will not be in order until the journal has been read.

Mr. RUSSELL. That is the very point I desire to elicit from the chair—whether the amendment should be offered when the first roll call is reached, so as to make the journal show the truth by including the names of absent senators, or whether the senator from Georgia should defer offering the motion until the conclusion of the reading of the journal.

The VICE PRESIDENT  The chair rules that the senator should refrain from offering his amendments or corrections until the reading is completed.

The chief clerk resumed and concluded the reading of the journal.

The PRESIDING OFFICER (Mr. La Follette in the chair). That completes the reading of the journal.

Mr. RUSSELL. Mr. President—

The PRESIDING OFFICER. The Senator from Georgia.

Mr. RUSSELL. Rule IV of the Senate is as follows:

The proceedings of the Senate shall be briefly and accurately stated on the journal. Messages from the President in full; titles of bills and joint resolutions, and such parts as shall be affected by proposed amendments; every vote, and a brief statement of the contents of each petition, memorial, or paper presented to the Senate, shall be entered.

Those who designed the rules of the Senate were very particular in providing what should appear on the journal of the Senate. The reason for that is quite manifest. The Congressional Record, while it is a record of the proceedings of this body and statements made on the floor are considered in arriving at the legislative intent, yet, for the determination of what actually transpires in the Senate the courts will not look beyond the journal of the Senate.

Mr. President, a very casual reading of the journal this morning, confirmed by a very serious listening to the efforts of the reading clerk—he read with some rapidity and I could not follow him altogether—discloses that on the roll calls we had here yesterday there did not appear in the journal the names of senators who did not answer to their names.

I insist, Mr. President, that it is just as important that there appear in the journal the names of senators who refused to answer to their names, those who absented themselves from the Senate, as it is for the journal to disclose who did respond when their names were called.

That is all the more important, Mr. President, when we consider the very unusual proceedings in this body on Saturday last. At that time a quorum was called, and it disclosed that 52 senators were absent from the Senate. The rules of the Senate prescribe the method of procedure to be followed when there is less than a quorum present. Those rules were not followed on last Saturday. On the contrary, although the roll call disclosed that 52 senators were absent from this body, an unusual and unheard of procedure was adopted, for, upon motion made, warrants were issued for the arrest of only 8 of the 52 who were absent.

Mr. President, I should like to point out that, by a strange coincidence, 7 of those 8 senators who were held up to public obloquy and contempt happened to be from the states at which this infamous legislation is leveled and were known to be opposed to it; whereas, of the remainder of the 52, no effort was made whatever to bring them into this body; no warrants were issued; their names were not announced to the press; they did not go out over the radio, even though they might have been out on the golf courses, all of them absent without leave of the Senate. Eight senators were selected from the 52 who were absent, and the sergeant at arms and his assistants thereupon rushed about the city to find those 8 without any power or authority to arrest the others among the 52 absentees if they had met them on the street. As a matter of fact, two of the other 44 absentees who are in favor of this bill came voluntarily into the chamber, though no warrants had been issued for their arrest. This proved conclusively that they were present in the District of Columbia at the very time the sergeant of arms was ordered to arrest the 8 absent senators who were opposed to this bill.

This was an unfair abuse of power. It was in violation of precedents and rules. It was discriminatory against senators who were at least at the seat of government and presumably about some public business and partial to senators who were vacationing at some resort or at their homes.

Mr. President, I insist that this action is in perfect keeping with the policy which has been followed since this legislation was first proposed, leveled at eight states, selected in a certain section of the country, inspired and supported in many instances by those who have heretofore sought to keep alive and who have kept alive sectional legislation, leveled at the Southern States.

We are in the midst of a great war, a war which the President of the United States himself says is one of survival, a war in which we are calling upon the young manhood of this nation to go forth and, if need be, to fight and die upon the battlefield in defense of their country, a war in which we are calling upon those who engage in the industries of this nation to strain every nerve and every energy—indeed, to labor beyond human endurance—in the effort to produce tools and materials not only for the use of our own armies but to give to our gallant Allies to enable us to be victorious in this war of survival.

We are calling upon the civilian population to make unusual sacrifices. We even have the school children going about and organizing themselves into victory groups in order that they may gather scrap iron and scrap rubber. We are calling upon the citizens to invest their substance in war bonds, and now, in the midst of this period, we suddenly find that after 150 years someone, somewhere, has discovered that a poll tax in a state constitution is a pernicious political practice, and this sectional bill is brought here to attempt to deride the people of the Southern States as being incapable of self government, at a time when, I say on this floor, those people are responding to the call of their country to a greater degree, commensurate with their means, than the people of any other section of the country.

The Southern States have led in furnishing volunteers for our armed forces. There are sections and counties in the Southern States where practically every white man of combat age is in uniform. These men are acquitting themselves with distinction in every combat with the enemy, whether on land or sea or in the air. The people of our civilian population are supporting our soldiers, sailors, and marines to the limit of their means and ability. The flag does not fly over a more patriotic people than those who inhabit the states at which this bill is aimed.

The Congress should only be considering measures to provide for the men in service and to assure the final victory at the earliest possible date. This bill has no remote connection with the war effort. It should not be brought on this floor at this time, especially when we consider that tens of thousands of young men of the South, who will be affected by it, are now fighting for their country on foreign soil and cannot be heard to express their opinion of this unprecedented proposal to invade eight Southern States and change local laws under which they and their forefathers have lived since before the Revolutionary War.

Mr. BARKLEY   I should like to make a parliamentary inquiry for the Record.

The PRESIDING OFFICER.   The Senator from Kentucky will state it.

Mr. BARKLEY   The journal of the senate for yesterday having been read, and there being no motion pending, upon what subject is the senator speaking?

Mr. RUSSELL. Mr. President, I have been in the senate for some time, and I have seen the senator from Kentucky—who always is fortunate, the chair recognizes him even after half a dozen senators have addressed him first—I have seen him take the floor and deliver himself of a statement without any motion pending. But I will state, if the chair requires it, but not in response to the senator from Kentucky, because I think the question should have been addressed to the chair, that I propose to offer an amendment to require the journal to show what were the true facts of yesterday's proceedings with respect to those who did not answer to their names when the roll was called.

The PRESIDING OFFICER. The motion will be stated for the information of the Senate.

The LEGISLATIVE CLERK. A motion to amend the journal by inserting after the names of Senators who answered to their names on the first roll call the names of senators absent without leave of the Senate who did not respond to the call of the roll.

The PRESIDING OFFICER. The question is on the motion of the senator from Georgia. The senator from Georgia is recognized.

Mr. RUSSELL. Mr. President, when I was interrupted by the parliamentary inquiry, I think I was discussing some of the history of the poll tax in my own state. I do this for the reason that the report of the majority of the committee on the bill sought to be brought up arrives at the conclusion, and states, that this legislation is necessary because the several states devised the poll tax as a means of disfranchising the Negro in the eight Southern States.

I challenge that statement, Mr. President, and denounce it as being absolutely false and without foundation. Back in the days of colonial Georgia, when we were living under King George III, there was a poll tax of 4 shillings and 6 pence in the colony of Georgia, which any voter was compelled to pay before he could avail himself of the privilege of the franchise in voting for the members of the colonial legislative body.

It has been urged here that it is undemocratic and improper—yea, unconstitutional—to require a man to go forth into battle for a state which would levy a tax upon his right of exercising the franchise. That would be news to those from my state of Georgia who entered the Continental Army and gave their all in order that we might enjoy the independence and the rights and privileges which are ours as American citizens today. At that time some people from other sections of the country, from which sections today people are trying to force this bill down our throats, were still making a great business of selling us Negro slaves, and the poll tax was then in existence. Yet it is said here that it is necessary to pass this bill because the poll tax was devised as a mean of disfranchising the Negro.

In the Revolutionary War the colony of Georgia made a record of which it might well be proud. The youngest of the Thirteen Original Colonies, it was the only one which had ever received any direct monetary grants from the British Crown.

For that reason many of the people were kindly disposed toward the British government, for unusual favors shown. Brother was arrayed against brother. Some of the most horrible tragedies of all our history, equalling that when Sherman passed through spreading his trail of devastation and woe, were incidents which occurred in the battles between the partisan bands of patriots and Tories in Georgia during the great struggle for independence. Nearly every house in the state was burned, most of the men were killed or wounded, and the women and children suffered indescribable horrors. The Tories and British brought in the Indians to complete the work of destruction.

But the revolutionary patriots never wavered, and despite the fact they had a poll tax they carried on through it all to victory and freedom for us all.

We are proud of those who represented Georgia in the Continental Army. The population of the state was small, but her sons were found on almost every Revolutionary battlefield. Georgians fought at Kings Mountain, at Camden, at Cowpens, and at Guilford Courthouse. At Brier Creek, Col. Samuel Elbert, commander of a small body of Georgia continentals, though surrounded, stood and fought with his men until the last one of them was cut down to the ground. Elbert himself had seven wounds in his body. He experienced a miraculous recovery, and was present and served with distinction at Yorktown. After the war he was elected Governor of Georgia, and a county of my state is named in his honor.

Samuel Elbert and other Revolutionary heroes marched forth to fight and suffer and die in the cause of American freedom, marched from communities where a poll tax was imposed; yet we are told here by the senator from Kentucky that it is so undemocratic, so contrary to the concepts of a republican form of government, that it is necessary for us to strike it down, to invade the states and repeal provisions which have been in our state constitutions for over a hundred years.

Mr. O'DANIEL. Mr. President, will the senator yield for a question?

Mr. RUSSELL. I yield for a brief question.

Mr. O'DANIEL. While the senator is stating what the pioneers in Georgia did, I should like to call attention to the fact that at the present moment this pernicious bill is aimed at the great State of Texas, while one of our Texans, Admiral Nimitz, is commanding the fleet in the Pacific engaged in the terrible battle now proceeding, and another Texan, General Eisenhower, is commanding the army in the Eastern Hemisphere.

Mr. RUSSELL. All Americans are proud of those men. Mr. President, I shall not delay to enumerate those composing that noble galaxy of heroes who went forth to fight for independence, for independence for states which then had not been dreamed of, but which are attempting to force this unconstitutional bill down our throats, and who went away from a poll-tax community back in the days of the Revolution.

Then came the War of 1812. Georgians did their part in that war. There was

fighting along our coasts. The mountaineers of north Georgia took up their long rifles to march all the way down to New Orleans, La., with Andrew Jackson, and there, behind the cotton bales, they made their contribution toward winning the only battle the American forces really won in that war. They went away from their homes, and they thought they were fighting for the freedom and independence of this country. They left a community where a poll tax was imposed.

Now let us progress a little, to the time when the Texan struggled for indepenpence was in progress, and I shall advert to it on account of the interruption of the senator from Texas. In the Alamo, fever wracked, lying upon a cot, was a man named Colonel Bowie, from Burke County, Ga. He had his comrades assist him to his feet in order that he might take his place on the walls of the Alamo to repel the Mexican hordes. On the last day of the siege he was confined to his bed and could not even stand, so he had a pole driven into the ground by a faithful slave, and he held on to it with one hand, and with that knife to which he gave his name he struck down several Mexicans, whose bodies were found around where that hero fell.

Those who marched with Fannin to Goliad were in large measure Georgians.

The Lone Star flag of Texas was designed and made on Georgia soil by Miss Joanna Troutman, a Crawford County, Ga., girl, and was carried by Georgia volunteers, who went to fight with those who were struggling for the independence of Texas. And they left from a community where there was a poll tax, and they did not feel that they had to lay down their arms and say, "We will not fight for our country because we have a poll tax."

Then, Mr. President, we come to that tragic fratricidal strife of the sixties, when brother was arrayed against brother in the greatest tragedy of all our American history. The poll tax was in effect in Georgia during that war. After 4 years of heroic service upon the battlefields of Virginia and the West, the Georgia soldier accepted his defeat in good faith with his other southern comrades and returned to his home. My state suffered more from that bloody and awful struggle than almost any other state. It is not generally known, but in the Battle of Chickamauga, fought on Georgia soil, more men were actually killed in battle in 1 day than in any other battle of the Civil War.

The southern soldier came home, it is true, to find his home in ashes, and saw his wife and children coming up to greet him on a path which led from a house which had been occupied by servants when he marched away to war. But he had courage, Mr. President, even though he lived in a community which levied a poll tax. He faced the situation as a man, and, standing in the fire-blasted ashes of all he held dear, he faced the east and swore he would build there on the ashes of the old civilization and even greater and brighter civilization. He carried on under great handicaps. There in that tragic era of reconstruction his every movement was made under Federal bayonets. His civil courts and authorities were stricken down. He was disfranchised. He was not even permitted to vote if he paid the poll tax, because he was proscribed by reason of having fought for the rights of the states which he regarded

as dearer than life itself. He found all the institutions of his government overturned and military governors operating the states.

In that day, Mr. President, that tragic day, the military governor of my state called for the gathering of a constitutional convention to write a new state constitution, to give force and effect to the amendments to the national constitution which had been adopted here in Washington. In the election of delegates to that constitutional convention the average white man in the South was not even permitted to vote, and the election was held in the shadow of Federal bayonets. That convention, Mr. President, was known in Georgia as the Negro-carpetbagger-scalawag convention. Perhaps senators from other sections of the country are not familiar with those terms. A carpetbagger was someone from outside the South who came into the South at a time when the people were helpless, in search either of a home or of a political job with the new governments which were being instituted, or to prey upon those who could not defend themselves. The name is derived from the fact that the man brought all his possessions in a small valise, which was called a carpetbag. Many carpetbaggers left after a few years, and left with much more than they brought. Some of them, be it said to their eternal credit, stayed in good faith in the South. They saw the conditions there, and today the viewpoint of their children is the same as the viewpoint of the children of those who fought on the side of the Confederacy. Some of the best citizens of my state are those who moved into that state immediately after the War between the States.

Mr. President, a scalawag was one who was born and reared in the South. More often than not he had perhaps, through force, served in the southern armies. Generally, however, he was a shirker or a straggler when a battle for the South and southern rights and honor was at its hardest. He was one who, when he came home and saw his own prostrate and bleeding people ground into the earth, instead of casting his lot with them and seeking to bind up their wounds, abandoned them in their hour of distress and went over to the carpetbaggers and the Negroes, and fawning upon them for the purpose either of getting political preferment, or of securing plunder and booty from a helpless people, joined hands and went into the forefront of those who had come from abroad to persecute his own helpless people.

Mr. President, it is little wonder that in their hour of agony the Southern people regarded the scalawags who added to their distress as being more infamous than either Judas Iscariot or Benedict Arnold. Even the soldiers from the North who were stationed in the South held the scalawags in unspeakable contempt because they had abandoned their people in their hour of trial and groveled before the Negroes and carpetbaggers. They were without principle and without conscience.

That was the complexion of the constitutional convention which assembled in my state in 1868 to rewrite a state constitution. Negroes, carpetbaggers, and scalawags met to frame a constitution for the state of Georgia, but when they met they wrote into that constitution a poll-tax provision as a requirement for voting, and I imagine that they would be utterly dismayed today to know that in this late hour it is said that the states had no right to levy this poll tax, and that it was necessary for the Federal government to project itself into the state with some sort of a super-carpetbag-scala-

Case 1:17-cv-04660-LMM   Document 210-12   Filed 12/21/22   Page 9 of 16

wag proposition as this from Washington, to go down and tell the people of the state what kind of a constitution they are to have, and to undertake by a mere Federal statute, to repeal in the constitution of a sovereign state a provision which has been in it a hundred years.

Mr. President, I do not stand here as any advocate of a poll tax. It may be outmoded. It may be that the time has passed when it is necessary for people in their poverty to levy a head tax for any purpose, but I want to say, Mr. President, that it is very difficult for some senators from the wealthier states to understand how important every dollar is that we are able to get into our state treasuries to make our schools operate in some of the less fortunate states which have been so long exploited.

That 1868 convention in Georgia wrote into the constitution the provision that this tax should every year be set up as a special fund for education. It is assessed against white and black alike. It is applied to the education of white and black alike. Yet we hear it said that it is a device framed by the eight Southern States to disfranchise the Negroes. That is most absurd. It is utter poppycock. It is as utterly without foundation as any contention which has been made in this body since I have been a member here.

In the formulation of the constitution of the United States the founding fathers in section 2 of article I specifically granted to the several states the right to prescribe the qualifications of voters. At one time or another practically every state, and certainly all of the original thirteen, have had property qualifications. Up until the time it was my honor to serve as Governor of Georgia the constitution of that state required the payment of all taxes, whether state, county, or local, before any person should be entitled to vote. During my administration the constitution of that state was amended so as to require only the payment of a poll tax, and I signed and approved the resolution submitting this provision to the people, who also approved it.

The poll-tax provision should perhaps be repealed, but insofar as Georgia is concerned it should be repealed by the people of Georgia. The federal government, after accepting us into the Union when we ratified the constitution in 1788, with the poll tax provision in our constitution, and after having let it exist even through the trying days of the Reconstruction, has certainly no right to invade my state now and attempt to hold it up to public scorn, and say "Here are these Southern States; they are so backward that they are not capable of administering their own affairs. We have got to go down in there from Washington and rewrite the constitution for them, and tell them what they can and what they cannot have."

No; I am no adivcate of the poll tax, Mr. President, but I am a bitter opponent of any effort by the Congress óf the United States to strike down by statute the constitution of the United States and my state constitution, partieularly when the effort is motivated by some of the influences which I see here behind the bill. It is supported by every professional South hater in the United States. Oh, those backward, illiterate southerners, with the lowest per capita income in the United States, trying to get a little money to keep their schools open to educate their youth down there through this tax, are then held up to national scorn. The professional South haters

join hands with the professional reformers to come down there and reform us on the ground that we are not capable of looking after our own interests.

Mr. President, the people from my section did their bit in the Spanish-American War. They fought—and some of them died—as bravely and as truly as did the people of any other section of this Republic. They came from a section which had a poll tax. In the First World War they came from a community which had a poll tax, and no question was raised that they should not fight because they came from states where a poll tax was imposed. It is only now, after 150 years, that statesmen have been developed who are able to perceive that the poll tax is so iniquitous that it is violative of the federal constitution, even though it was in effect at the time the constitution was approved.

We thought we had perhaps a few statesmen back in the early days of this Republic. We have been taught at school—and it is still in some of the obsolete history books—that those who framed the constitution of the United States were men of some little ability. When the constitution was framed no prohibition against the poll tax was written. On the contrary, the right of the states to levy it was specifically protected in that great document. The poll tax was in existence when the constitution was approved. We thought we had some statesmen back in the early 1800's. In the early days of the 1800's in the dramatic moments which led to the War between the States, we thought that some of our statesmen were men of ability. In some quarters, Clay, Webster, and other great men have been recognized as men of some ability. But, oh no, Mr. President, the true Messiahs had not yet put in their appearance. The men who strode across the stage of history in that period were mere weaklings when it came to really perceiving what was unconstitutional. When we compare them with these present-day giants who look back to 1785, and read in the minds of the colonial legislature of Georgia, an objective to disfranchise the Negro through a poll tax, those men were nothing.

We fought through a World War in 1917 and 1918. There were men of some ability in the Congress at that time. The senator from Kentucky (Mr. Barkley) was a member of Congress at that time. The war was fought and won without anybody making the amazing discovery that it was illegal and unconstitutional for a man to be called upon to fight for a state in which a poll tax was imposed. For 150 years, down to the year 1939, not even the most fanatic of the advocates of centralizing power in Washington ever imagined that the federal Congress had the power, by statute, to wipe out the provisions of a state constitution which has such a long historical background. It remained for the great senator from Kentucky and the senator from Florida (Mr. Pepper) to make the amazing discovery that all these years we have been living under a vicious, unconstitutional system which they would now remedy by a simple statute.

Mr. President, I know something about the forces behind this bill. I took the trouble to run through the hearings before the Senate Judiciary Committee. I would not deny to any person who ever lived the right to appear before a Senate committee

Case 1:17-cv-04660-LMM   Document 210-12   Filed 12/21/22   Page 11 of 16

and give voice to his views and opinions. However, Mr. President, I resent some of the things which have been said about my people and my state. A witness who appeared with the senator from Florida in support of this bill, a witness who is temporarily sojourning in my state, made the statement before that committee, not once, but two or three times, that it was the practice in the State of Georgia for certain persons to buy up a large number of poll tax certificates, and for one person to take those certificates to the polls and cast a large number of votes with the certificates.

Mr. President, there was never any greater fabrication of any matter before any committee of Congress in the history of the Republic. The statement to which I refer is false and untrue. There is no such thing in my state as a poll-tax certificate as a license to vote. The poll tax is not paid at the time of voting. The voters is not required to submit any form of certificate or showing whatever when he presents himself to cast his ballot. The constitution of the State of Georgia requires that the poll tax shall be paid 6 months before the holding of the election. The registrars make up the lists of voters by going to the office of the tax collector and ascertaining who has paid his poll tax. There is no such thing in my state as a poll tax certificate as a license which is brought in by a person when he presents himself to exercise the right of franchise.

No state in the Union has fairer, cleaner, or purer elections than has the State of Georgia, which I have the honor in part to represent here. I resent the imputations of the holier-than-thou members of Congress who have the bill in charge that the measure is necessary to assure pure elections in the Southern States. The original House bill, the text of which is before Senators at the present time, states that because of pernicious political activities in the South it is necessary for the federal government to invade our state and undertake to clean up elections among our poor, ignorant, and backward people, who do not know how to handle themselves.

Of course, Mr. President, in a matter of this kind equity means nothing. The sponsors of the proposed law never heard of the rule that he who seeks equity must come into court with clean hands. Men of that ilk care nothing of equity and decency. The "holier than thou" members of Congress who have been annointed by the machine of Boss Kelly in Chicago, that great humanitarian and pure political organization, urge the passage of this bill on the ground that it is necessary in order to clean up elections in the State of Georgia. Mr. President, there is more fraud and corruption in the Kelly machine or the Hague machine in 5 minutes than there has been in all the Georgia elections in the past 50 years combined.

I resent some of the forces which are behind this bill. I have no quarrel with communistic Russia as a fighting organization. The Russians are powerful partners to have in a scrap. I have no objection to the people of Russia having the form of government that they desire. I am perfectly willing to go to the extreme limit in getting together all the tools, machinery, and material that we possibly can assemble, and go to great lengths in getting them to the battle front in Russia, to be used against our common enemy. However, Mr. President, I do not appreciate the fact that Mr. Earl Browder, the head of the Communist party in the United States, is identified as one of the leaders in connection with the proposed legislation.

I am somewhat familiar with the program of the Communist party in this country. Before there shall ever be a vote upon the pending bill in this body I propose to read on the floor of the Senate some of the documents of the Communist party which have been scattered from one end of the South to the other. Speaking of disunity, if there ever was an effort to array one race against another, it has been made in the South by the Communist party which is now sponsoring this bill.

The only thing which has done more than the Communist party through the distribution of pamphlets to tear down good relations which men of good will in both races have painstakingly and earnestly created over a long period of years has been the proposal of measures such as that before the Senate at this time.

Mr. President, I have pamphlets which have been circulated by the Communist party which demand that the states from the Potomac River to the Rio Grande, including Texas, shall be turned over wholly, solely, and exclusively to the colored people. The pamphlets state that the white people should be put out of those states bodily, and if they are not hurled out they should be liquidated, or made slaves of the blacks of those states, and that those states should be made into a great black communistic republic. For some time those leaflets have been scattered by the Communist party in my state, and I shall exhibit them on the floor of the Senate before the debate is concluded. So when I see proposed legislation which bears the imprimature of Mr. Earl Browder and the Communist party I scan it with unusual care.

I have seen pamphlets pertaining to the legislative program of that party. This bill is near the head of the list. The sponsors propose to follow it by other legislation which would wipe out all our registration and qualification laws and allow some little federal official from some other state to preside at every polling precinct in the South during every election, not only congressional, but state and local as well. When I see them getting ready to make this the first step of such a program I resent it, and I shall do all that lies within my power to block that first step. Now, Mr. President, we have in Washington other organizations sponsoring the measure. We have Walter White, a Negro who runs the N. A. A. C. P., who is a great sponsor of this legislation. I understand that White used to be a constituent of mine. He has moved away now, and he has a good job as a Washington lobbyist. Of course, he has to have something to promote or the income will run out, and so he always has a bill. He has a right to urge his bill; but he is behind this legislation, and he appeared before the committee in conjunction with lobbyists from other colored organizations who are doing more to destroy wholesome racial relations in the South than men who have almost given their lives to build up good relations have been able to establish over a long period of years. It is a great tragedy, Mr. President, that we have men who in their haste to secure votes in some sections commit themselves to legislation like this without realizing the full implications of the legislation.

Mr. President, I shall not attempt to address myself to this subject at any length today. I do want to point out that as to those who are referring to the opposition which has been guilty of a filibuster, as engendering national disunity, the leadership has but to make a simple motion at 5 minutes past 2 to take up the bill to enable us to

proceed to debate it upon its merits, to strip it of all the sham and pretense that have been thrown about it, to dispel all of the fogs of misrepresentation with which it has been shrouded, and to let the American people see what is really in the measure. It is merely a political punitive expedition into eight Southern States, and the forerunner of other efforts of the federal government to take charge of all of our election machinery. Vote for it if you will; cram it down our protesting throats if you can; I predict that the day will come when you will regret having given all power to the federal government and left the states impotent.

Those of us from the Southern States who are opposing this bill are not responsible for the bitterness engendered and the delay of the so-called filibuster. We did not bring this bill here, and we are fighting for the rights of our people. Those proposing this unusual measure have forced us to resort to unusual parliamentary practices through their insistence that the bill be taken up at a time when the motion to make it the unfinished business is not debatable.

Mr. RUSSELL. Mr. President, I hold in my hand one of the large daily newspapers of my state. In the Sunday edition, which is read by perhaps more people on account of the leisure of the day, there appears the following headline: "The arrest of Russell and seven other senators voted by associates."

Over on the pages to which the article continues—page 14—there is a subheadline in large type: "Senator Russell faces arrest."

I do not know, Mr. President, what has become of the warrant. If it helps to beat this bill, I am ready for it. I have heretofore expressed my indignation and my resentment against the unfair and illegal method by which this matter was handled, the singling out of 8 absentees out of 52 to be held up before the people of the nation; but I desire to say now, Mr. President, that we who are defending ourselves here, we who are not only undertaking to protect our people but who are expressing our resentment at having them held up to scorn and attack with subtle abuse, have a right to avail ourselves of any privilege which is open to us. For my part I propose to avail myself of every right I have. Let the proponents make the most of it. Your warrants of arrest will not deter us in this fight. They will not stifle my protests or abate the contempt that I feel for some of the forces and motives back of this bill.

Mr. President, I notice that there is a tendency on the part of some presiding officers—and I certainly make no reference to the great senator who is our present presiding officer—to take short cuts to deny senators their rights under the rules, and to avoid seeing senators who are standing upon their feet clamoring for recognition, look in another direction as if they are hoping and praying that some other senator will seek recognition, and all the looking is away from those of us who oppose this infamous legislation, and it is all toward those who are seeking to cram it down our throats. In the consideration of the measure we are entitled, as senators know, to a fair and square deal under the rules of this body. I, for one, shall insist and fight to the limit of my power and strength to see that no member of this body is denied even one jot or tittle of any right that is his under the rules and precedents of this body merely because he opposes any such invasion of the state and infringements of

the rights of the people of the states as is proposed in this legislation. This bill would lynch the constitution of the United States and the constitution of the State of Georgia, but we shall endeavor to see that the rules of the Senate are not also raped and violated in the process.

Mr. President, there are probably some who are urging this legislation in good faith. They should perhaps be forgiven on account of their ignorance as to what they are doing; but they are doing more to cause race feeling and confusion in the South, they are doing more to delay the elimination of the poll tax in the Southern States, than is any person who might be in favor of retaining the poll tax. The poll tax is on its way out. It has already been voted out in North Carolina; there is no poll tax in the great State of Louisiana; there is no poll tax in the State of Florida, among the Southern States; and, Mr. President, I understand that the Democratic party in Tennessee proposes to repeal the poll tax in that state this year. I happen to know that it was to be proposed in the Georgia legislature this year to have the constitution so amended as to abolish the poll tax in the State of Georgia; and if a measure to that effect were submitted to the people of Georgia on a vote, as a voter in that state I should vote to repeal the poll tax as a state function.

That is one question, Mr. President. It is another to have to be compelled to stand on the floor of the Senate at intervals year after year and defend your people against legislation which is conceived with the idea of smearing the South and of putting the southern people in the light of being unable to attend to their own affairs. Let the poll tax be repealed, if it should be, at the proper place. We have not yet come to the state of affairs in Georgia where we need the advice of those who would occupy the position of the carpetbagger and the scalawag of the days of reconstruction to tell us how to handle our internal affairs. We have good government in our states. We have pure elections in our states. I say, further, Mr. President, that we are treating the Negro fairly in our states; and the Negro who is living with us there is not aided any when Walter White and these other Negro lobbyists get up legislation of this kind and bring it on the floor of the Senate.

Mr. President, I challenge all human history to show another instance where in the brief span of 75 years as much progress has been made by an uncivilized race as has been made by the southern Negro who was sold to us as a slave by our friends from the East but a short while ago in the life of a people. I challenge all history since the beginning of man to show any country or any people where two races as different as the white and the black races have been thrown together under such conditions as those by which the blacks and the whites have been thrown together in the South and where as much progress has been made in the brief period of 75 years in establishing fair and just relations between those peoples.

Oh, there are injustices, there are abuses; but I say that despite the burden that we have been carrying in the South, those injustices and those abuses are not any worse, if as bad, than those imposed between two different strata of society in the states which have practically no Negroes today.

I am tired of having the South pilloried with this type of legislation. Any fair-

minded man who will study the history of the last 75 years would commend the South on the great work that we have done. Under the leadership of our own people those who were ignorant slaves 75 years ago have made great strides forward. They have been provided with educational facilities largely at the expense of the whites. Many of them own their own homes or businesses, and some have accumulated wealth. No minority race under similar circumstances has ever enjoyed as large a measure of justice and freedom in such a brief period. We have worked hard and painstakingly down through the years to evolve a plan of having the Negro in our midst with the least possible friction, and we have made remarkable progress in adjusting the inevitable problems and conflicts which arise when two races live side by side.

We have made this progress in spite of all the reformers, publicity seekers, vote hunters, and South baiters and haters who harass us year after year by undertaking to tell us from Washington how to run our local affairs, and make a business of criticizing the South. If you expect by this or similar legislation to force social equality and the commingling of the races in the South, I can tell you now that you are doomed to failure. You do a great injury to the southern Negro by urging legislation of this kind, and even though you have the votes to enable you to pass the law, you will never be able to enforce any such system in the Southern States. The Negroes are building up a social system and a civilization of their own within the social system and civilization of the South, but it is separate and apart, and you cannot bring them together by law or edict. It is not to the interest of either the Negro or white race that this should be done.

If some of you zealous reformers would but direct your attention to worse abuses and injustices that are nearer home and leave us of the South, white and black, alone, as we work out this problem, it will be much better for all concerned.

So, Mr. President, speaking as one member of the Senate, I consider the motion to project this matter into the Senate at this time the most inexcusable one of which I have ever known. It is not justified by any fact or condition that has been brought to the attention of any committee of the Congress. Not a single committee has had before it a witness to testify that any pernicious political activities are being carried on in the Southern States. Not a single witness has appeared to testify that there is any different condition existing today than there was in 1785 when the poll tax was first imposed in Georgia. On the contrary, the Southern States are wiping this tax out step by step. If this bill shall be passed, if it shall be crammed down our throats and the Southern States shall be invaded and their election machinery taken over, there will be torn down in the twinkling of an eye something that has been constructed very painstakingly and by the rule of trial and error over a period of many years. It will be a great internal tragedy in the midst of war.

We hear much said about disunity; it is asserted that the poll tax is calculated to bring about disunity, when it has been in effect for 150 years; yet no mention is made of the disunity that is caused by Democrats attempting to force down Democratic throats such legislation as this.

So, Mr. President, for my part, I shall fight to the last, to the bitter end, so long as I can stand and speak, against this legislation proposing to repeal by statute, not only the federal constitution but also the constitution of my state. The effort is all the more clearly unconstitutional since it was a customary practice, and law in Georgia when my state approved the original federal constitution in 1778. If this bill be passed, it will wipe out the last right of the states. There would be no real excuse for their existence, and the state government would be a useless appendage.

I shall continue to denounce with all the vigor at my command those who assume and take the position that my people in Georgia and those in other Southern States are in need of a federal guardian sent down from Washington to tell them the type of legislation they shall enact within the state, and who undertake to prescribe rules and requirements covering the life of my people at the behest and insistence of those who either hate them or who would capitalize politically on legislation directed at them. My people in Georgia are the peers of any in this nation. They are doing their part in this war, as they have ever done in the past. There is no condition which deserves the odium this legislation would heap upon them, and they deserve better and fairer treatment at the hands of their fellow Americans.

The following bills and resolutions were introduced, read the first time and referred to committees:

SB 94. By Senators Ingram of the 51st and Dean of the 34th:

> A bill to amend chapter 84-801 of the code of 1933 entitled "Embalmers" by substituting new sections to create a state board of embalming; and for other purposes.
>
> Referred to Committee on State of Republic.

SB 95. By Senator Simmons of the 8th:

> A bill to require that the ingredients of paint shall be shown on labels, together with the name of the manufacturer; and for other purposes.
>
> Referred to Committee on State of Republic.

SB 96. By Senators Atkinson of the 1st, Pope of the 7th, Forester of the 44th, Simmons of the 8th, and Kennedy of the 2nd:

> A bill to fix the time for general and primary elections in Georgia; and for other purposes.
>
> Referred to Committee on State of Republic.

SB 97. By Senators Preston of the 27th, and Gross of the 31st:

> A bill to provide the supreme court shall employ a person or persons to prepare and compile the acts of the General Assembly; and for other purposes.
>
> Referred to Committee on Public Printing.

SB 98. By Senators Atkinson of the 1st, Pope of the 7th, and Raynor of the 4th: