Newspapers.com by ancestry
https://www.newspapers.com/image/826526785
The Macon Telegraph (Macon, Georgia) · Mon, Jun 21, 1948 · Page 2
Downloaded on Dec 21, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

Powered by Newspapers.com



PLAINTIFFS' MSJ EXHIBIT 67

Case 1:17-cv-04660-LMM   Document 210-13   Filed 12/21/22   Page 2 of 8

The Macon Telegraph (Macon, Georgia) · Mon, Jun 21, 1948 · Page 2
https://www.newspapers.com/image/826526785                         Downloaded on Dec 21, 2022

## Robeson Aids Wallace Drive For Signatures

**By JAY TRAWICK**
[Telegraph City Editor]

Paul Robeson, noted Negro baritone, accompanied by Henry Wallace backers and Third Party candidates, came to Macon yesterday, officially launching the move in Macon to get the third party on the general election ballot.

The Wallace rally opened at 11 a.m. in Stewart Chapel AME Church, into which approximately 1,200 Negroes and a sprinkling of whites were packed.

The meeting netted $202 in cash and an unestimated amount in pledges for the third party coffers. Party officials could give no estimate last night of the number of signatures on petitions seeking to place the party on the ballot. Georgia law requires 55,000 signatures before a new party is officially recognized.

Master of ceremonies was Clark Foreman, president of the Southern Conference for Human Welfare. Appearing on the program with Robeson were James L. Barfoot, third party gubernatorial candidate and former University of Georgia instructor who recently was dismissed, and Larkin Marshall, Macon Negro businessman and third party candidate for U. S. Senate.

Foreman, first speaker on the program, attacked "Wall Street reactionaries," who "stir up hatred among the people of Georgia in order to keep the masses working to send more profits back to Wall Street."

He also hit the aid to Europe plan, declaring that while funds are needed for education and community betterment projects, high government officials want "to continue to subsidize the airplane companies and keep the people enslaved."

Foreman accused President Truman of failing to back up his civil rights program, blasted the "Jim Crow liberalism" of Southern editors and wound up his talk with a bouquet for Henry Wallace and Idaho Sen. Glenn Taylor, declaring there are no civil rights today in the Republican or Democratic parties.

"What we need, Foreman said, "is a real rep . . . er democratic candidate. And you spell that democratic with a small d."

**MARSHALL SPEAKS**

Marshall rose from his seat following Foreman's talk to declare: "Now I'm going to introduce my running mate. And you all should not be surprised that a black man is gonna have a white running mate.

"I ain't no second handed citizen," he thundered. "I wants a car that'll take a block to turn around in, and I wants a mansion just as big as the rest of them. I'm tired of this Jim Crow. I want everything anybody else has got."

"Everybody here that's tired of this Jim Crow stuff stand up. Stand up and be counted."

Every Negro in the church stood.

"They call this the white man's country," Marshall declared. "Naw it ain't. It's my country. It's God's country."

"I can beat Dick Russell [Sen. Richard B. Russell, D-Ga.] any-able to you comes up he knocks it in the head. We can get 200,000 registered voters to let him know we don't like it, can't we? And Mr. Linder [Tom Linder, present Georgia commissioner of agriculture] don't love you any more than Dick Russell does."

"The white folks is going home and go to sleep when they nominate him and that's when we're going to beat 'em to a frazzle."

Barfoot, who followed Marshall, seemed not quite to know what he was there for. He made a brief talk, outlining the party's ideals.

"Fellow Georgians," he said, "I'm happy and proud to be Mr. Marshall's running mate."

He urged Negroes to "get rid of Herman Talmadge and Thompson. The only difference between the two is that Talmadge stinks just a little worse than Thompson."

"The Lord got rid of the other Talmadge," he said, "but He's not going to get rid of this one for us. And even if He does, there'll be more just like him."

Marshall rose after Barfoot's talk and declared, "Me and Mr. Barfoot can beat him if we get on the ballot. That's all we want. Just put us on the ballot."

When Robeson made his appearance, more than an hour after the meeting started, the auditorium rocked with applause.

Lowering his giant frame to reach the public address system microphone, Robeson spoke in a melodic, deep-chested voice.

"I am not here today as any distinguished person. I am here as an American—a Negro American."

He gave a brief sketch of his background, declaring, "I have labored hard."

"If Mr. McGill [Ralph McGill, editor of the Atlanta Constitution] wants to know why I work as I do, it is because, having attained some position of importance, I refuse to sell myself down the river like he does."

Robeson, who saved the song which he made famous as his last selection, gave a new twist to the lyrics of Ol' Man River.

Smiling as he sang, he changed the words to "tote that barge, lift that bale, get a little spunk and you land in jail. I keeps laughing instead of crying, must keep fighting until I'm dying . . ."

Robeson also sang the Battle Hymn of the Republic, twisting the lyrics. His new chorus was "marching along with Henry Wallace . . ."

The congregation joined him in singing the second chorus, which he sang straight. The music bounded from the church walls as the 1,200 Negro voices joined him.

Robeson read a poem with an excerpt from Shakespeare's Othello. He has played Othello to audiences all over the world. Yesterday he chose Othello's last speech, which comes just after he has killed Desdomonia.

He also sang Swing Low, Sweet Chariot; Oh No, John, an English folk song; a Chinese folk song and Water Boy.



OL' MAN RIVER—Paul Robeson, noted Negro baritone, left, sings his special arrangement of O' Man River at a third party rally here yesterday. In the top photo Larkin Marshall, Negro candidate for the U. S. senate on the Third Party ticket, speaks to the approximately 1,200 Negroes attending the rally. In the center is Clark Foreman, president of the Southern Conference for Human Welfare, and left is James L. Barfoot, third party candidate for governor. The rally was held in Steward Chapel AME Church. (Drinnon photos by Sid Ridley.)



## CIO Textile Workers Union Plans to Seek Pay Increases

ATLANTA, June 20—(AP)—A demand for a general wage increase of 15 cents an hour and other employe benefits will be made on southern cotton and rayon weaving mills under contract with the Textile Workers Union of America, CIO.

The other demands include six paid holidays per year, a comprehensive employer paid insurance program, and improved vacation pay.

These demands, announced by Emil Rieve, TWUA general president, were formulated at a southern wage conference of the union held here today. Attending the conference were 250 representatives of CIO mill workers in Maryland, Virginia, North and South Carolina, Georgia, Alabama, Tennessee, Mississippi, Louisiana and Texas.

The group unanimously adopted a resolution which claimed that the textile industry could well afford to raise wages without increasing prices.

"Profits in 1947 reached an all time high," the resolution stated. "Yet those public financial reports which are available for the first quarter of 1948 show a sharp rise over the same period last year. The European recovery program, the needs of our expanded rearmament, high exports, and increasing consumer demand as a result of widespread wage increase nine per cent in November, 1947. This established a minimum of 87 cents an hour in union contract shops. Present straight time average hourly earnings are $1.03 in the area, union officials said.

## Farmer Pumps Needed Water To Tobacco

MOULTRIE, June 20—Hot, dry weather hasn't worried one Colquitt County tobacco grower this season.

He is L. R. Barber, who has a sprinkling system which furnishes "rain" when it is needed. He has irrigated 16 acres this season with an overhead sprinkling system, pumping the water from two ponds near his tobacco. Quick-coupling aluminum pipes are used to carry the water into the field. Barber's outfit enables him to water three acres at the time.

It takes approximately 27,500 gallons of water per acre to furnish the equivalent of an inch of rain, he said.

Barber bought his sprinkling system primarily for the purpose of watering his large pecan grove, but when leaves of his tobacco began browning because of a lack of moisture he decided to irri-

---

### Air Conditioning Is Useless in Mornings

ALBANY, June 20 — [UP] — Owners of those air conditioning units that keep local offices cool and refreshing got some hot weather news today.

The city asked them to cut off the air conditioning from 10 a.m. to noon daily. There's a shortage of electric current.

---



- **Harnesses**
- **Riding Saddles**
- **Tarpaulins**

Complete REPAIR Service for TARPAULINS, SUIT CASES, GOLF BAGS, etc.
Check your LUGGAGE before VACATION Time.

**BARNETT'S**
5th & Hazel Sts.   Phone 2761

---

SWIM at LAKESIDE PARK

---

EXPERTS ON TASTE

praise the mellow flavor of
**SCHENLEY**
rare pre-war quality

Ask for SCHENLEY






Case 1:17-cv-04660-LMM   Document 210-13   Filed 12/21/22   Page 4 of 8

Newspapers by ancestry
https://www.newspapers.com/image/826510962

The Macon Telegraph (Macon, Georgia) · Fri, Jul 2, 1948 · Page 20
Downloaded on Dec 21, 2022

# Cross Fired at Negro Candidate's Home; Wallace Campaign Leader Denounces Act

Sheriff E. Julian Peacock and his deputies last night were continuing their probe into circumstances surrounding the burning of a 10-foot cross in the yard of the home of Larkin Marshall, local Negro businessman and candidate for U. S. senate on the Henry Wallace ticket.

The huge cross was burned in front of Marshall's home on Miller Field Road Wednesday night, it was reported. Marshall said he was convinced it was "not the work of a prankster."

Marshall said the kerosene or gasoline soaked cross was burning steadily when he was awakened by the call of a neighbor, who had reportedly seen a car pull away from the scene. The neighbor told Marshall he noticed that the head lights of the car had not been turned on.

Two sheriff's deputies, T. E. Keen and H. M. Schaffer, answered a call to Marshall's residence but reported they could find no trace of persons who might have erected and fired the cross. Peacock made a personal investigation yesterday morning.

The senatorial candidate said last night he had been "trying to link some things together" in an effort to determine who had burned the cross but he declined to say whom he suspicioned.

"I am determined to keep after it," he said, "until I see what it is all about . . . If they think they can frighten me away, it cannot be done."

Such an act, Marshall charged, is demoralizing and gives "a bad name to our state and to Macon, which, I think, is one of the best cities in the country for good racial relations."

In New York, C. B. Baldwin, Wallace's campaign manager, said Marshall "would not be intimidated and is continuing his campaign" under the Wallace banner.

He said the publisher had been told Monday that the mortgage on his house would be foreclosed unless he quit the Wallace movement and withdrew his candidacy.

Marshall paid off the mortgage Wednesday before the cross was burned, Baldwin added.

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com

Case 1:17-cv-04660-LMM   Document 210-13   Filed 12/21/22   Page 5 of 8
Newspapers by ancestry
https://www.newspapers.com/image/397833857
The Atlanta Constitution (Atlanta, Georgia) · Wed, Sep 22, 1948 · Page 8
Downloaded on Dec 21, 2022

# THE ATLANTA CONSTITUTION
**EDITORIAL PAGES**

WEDNESDAY, SEPTEMBER 22, 1948.

CLARK HOWELL, President and Publisher
RALPH T. JONES, Associate Editor
H. H. TROTTI, Vice President and Business Manager
WILLIAM H. FIELDS, Associate Editor
RALPH McGILL, Editor
DORIS LOCKERMAN, Associate Editor

JACK TARVER, Associate Editor



## The Minimum Education Plan

Georgia's Congress of Parents and Teachers will, of course, back the minimum education plan for Georgia.

The Farm Bureau, knowing better than anyone else, what many thousands of rural children are failing to get in education, also will continue its support, given during the formation of the plan and the subsequent discussion, civil and political.

The facts are, briefly, these:

If the children of Georgia are to have a fair deal in education it will cost about $40,000,000 more each year to do the job. Even that will not give to our children the advantages given by some other States.

It will eliminate many of the teachers today who are without even high school educations. We have teachers in some of our high school subjects who have never been in high school. It will provide a building plan for the many counties unable to finance one. It will provide a minimum number of teachers, eliminating the present deficit.

The plain facts are that despite all our professed and actual, love for our children; despite all our hopes for the future of the State, we don't give the children and our State's future the tangible evidence of our love and hope.

Georgia is spending, per child, about $98.76 per year. The national average is $156.83—more than half again as much. New York spends $209.76 per child per year. California spends $169.21 per year, just to provide two of many examples. These children have a better opportunity in life than the children of Georgia insofar as education is an aid to the future—and more and more our age demands education.

We in Georgia haven't kept pace with our ability to pay.

In the period 1938-39 we spent 2.65 percent of our total per capita income on education. In 1947-48 we spent only 1.81 percent of our per capita income on education.

We all want to give our children, and through them our State, a better chance — a chance as good as that provided children in other States.

Are we willing to pay for it?

We assume the Legislature which meets in November will inaugurate the new Governor, as provided by law, and go home.

Meanwhile, every community in Georgia—if it believes in this program—must make clear to its legislators the people are willing to pay the bill.

Let's be honest. It is going to cost us—the people—more money to educate our children.

Let's make up our minds now what we want to do about it and not have delay and confusion and double talk when the Legislature meets to provide the tax legislation which will pay the bill.

## The Klan Is a Cancer

Add the fine, pleasant city of Milledgeville to the list of communities that are learning the hard way that the Klan and its philosophy are a civic cancer.

The big brave boys burned a cross in that city Monday night. This profane use of the cross of the Savior, who died for man's sins and left behind the lesson of the Christian ideal, is itself an indication of the depraved insolence of the Klan. But, happily, the decent people are not afraid of it.

We are left wondering at the lady physician who left the meeting called to discuss the health problem of the State schools because the Negro college heads were seated all together in the center of the room. That seems to have been segregation as desired. We wonder too, if the scientists of the Klan have discovered that all germs, too, are white and colored and that germs that attack white children in Georgia schools will not attack colored children.

Let the businessmen and religious leaders in all communities think it over — what new business would wish to invest in a community terrorized by its lawless elements?

The Klan is a civic and spiritual cancer—it always has been—it always will be.

## A Death in Our Jail

Mrs. Ruby Vickery, of Union City, near Atlanta, died in the Fulton County jail. Mrs. Vickery had committed no crime. She had been committed to jail after a sanity hearing. Through no fault of her own it was necessary for society to take care of her. Because of our barbaric laws, dating back to the dark ages when mentally unbalanced persons were thought to be possessed of evil spirits, we put mental patients in the common jail before sending them to the hospital. We have commented on this sad and tragic situation for years. Nothing has been done. Mrs. Vickery, dead in jail, adds the eloquence of the injustice done her and her family to the plea that we do something.

## M. L. ST. JOHN
### Progressives Hit Snag in Georgia

The Henry Wallace group in Georgia may have a shock coming to it when and if it comes into the Secretary of State's office with petitions bearing thousands of names by Oct. 2. Approximately 60,000 names of registered voters in Georgia are required on a petition to get Wallace's name on the ballot—and the names of Larkin Marshall, Macon Negro running for the Senate, and James Barfoot, a former University of Georgia teacher, running for Governor.

Disorders have broken out in Atlanta when Wallace workers allegedly blocked streets and virtually banged at the coats of pedestrians, insisting that they sign the petition. Many persons have said they signed the petition Sunday because they were afraid of the "Wallaceites merely told them: 'This is a petition to cut the cost of living.'"

Now comes Secretary of State Ben Fortson with the warning that he isn't going to accept a jumble of thousands of names on a petition on the theory that they represent 5 percent of Georgia's registered voters.

"The burden is on the petitioners to show that the names on the petition are bona fide registered voters," Fortson warned. "In my opinion, the only sure way to determine that they are registered voters would be for those signing from each county to have their petition attested to by the tax commissioner or clerk of the Supreme Court that they are registered voters. I don't think a petition presented with a jumble of names without evidence they are registered voters would serve as a proper document to enable any candidate to get his name on the general election ballot."

The Georgia law requires a person to obtain signatures of 5 percent of the voters if he was not a member of a party polling 5 percent of the vote cast in the past election. This law was passed at the request of the late Secretary of State John B. Wilson for the purpose of eliminating from the Georgia ballot the Communist Party, Socialist Party and some individual candidates who perennially cluttered up the ballot without a chance of carrying a county. In effect, however, it also eliminated the Republican Party from State races and made opposition to the Democratic Party impossible without a petition. The constitutionality of this law has been protested in speeches and articles, but not in court.

There has been talk of the 1949 Legislature repealing this act. However, the activities of the Henry Wallace group are putting a damper on this move.

It may or may not be of any political significance, but 10 of the 39 counties which Thompson carried in the gubernatorial primary had to "use State parks—parks on which the State has spent money improving...

## RALPH McGILL
### A Recollection Of Emil Ludwig

When I read where Emil Ludwig had died of a heart attack in Switzerland, I recalled a meeting with him and the memory I have of one of the great biographers of our time.

He was to speak in Atlanta and I was to introduce him.

A couple of hours before the meeting, Donald Nelson came to town. He was then head of the War Production Board and had but recently returned from Russia where he had gone to study Lend-Lease, the way being then at its peak.

A friend of mine was having a little group in to talk with Nelson and hear his report and he asked me to bring Ludwig after the lecture. This I, of course, agreed to do. The plan was that I should depart immediately after the introduction. If he accepted, I was to make a signal to my wife, who would then remain through the lecture while I met with Nelson, and at lecture's end transport Ludwig to the social hour which was to follow the discussion with Nelson.

**Approach**

I approached the noted author with the invitation and couched in in glowing terms, the prospective host and hostess being unique in their thoroughness of hospitality and also in good taste.

He said, in his heavy accent, that he appreciated it, but that he always wanted a little wine with his late meal and therefore he must regretfully decline.

"You have wine with you?" I asked.
"No," he said. "I will buy it."
"You will get domestic, fortified stuff," I said, "which very likely will corrode your innards. My friend will be serving Graves, I am sure, and perhaps a good Hock and there may be a bottle or so of Mum's."

He looked at me, letting the news soak in.
"Graves?" he asked, slowly.
"I am sure," I said.
"I have not had any in a long time," he said, wistfully. "I will come."

I explained that my wife would wait for him and drive him there. This being done, we took our places on the platform. I made the signal to my waiting spouse, and when the chairman called on me, introduced the distinguished gentleman, bowed to him and withdrew to the wings. I then departed for the talk with Donald Nelson.

**"Graves"**

At the proper time Mr. Ludwig was picked up and brought to the home of the host and hostess. My helpmeet reported that once or twice on the way he asked if she really thought there might be some Hock and Graves and she assured him he could be calm, there likely would be.

There was, and he made little clucking noises over it, and the food which was, as usual, excellent and in quantity.

He was at once rejoiced by his decision to accept. No one sought to make a lion of him, as I am sure he feared would be the case. Indeed, it was Donald Nelson who held the stage and Ludwig was left with his Graves and a second plate of sandwiches, cold turkey and his wine.

At last he edged his way in, rather wistfully, and began to talk of his ideas about Hitler and Stalin and the world picture. He had some very severe ideas and he did not anticipate, as he did, the manner in which the war would end—with Hitler hiding in a bunker readying himself for suicide as the Russian guns sounded a constant and dreadful threnody. He seemed almost naïve and an old-fashioned sort of man that evening. His viewpoint was, naturally, entirely that of the European. His many flaws to Americans and his lectures had never given him any real impression of the psychology or philosophy of this country and its mentality.

**Book**

The group broke up about 2 a. m. and we took Ludwig to his hotel. A week later I received a package in the mail from New York. It was an autographed $1 edition of his book, ("The Nile," which to me was the best he had done. It was inscribed, "To The Memory of Graves, Ludwig." Someone borrowed the book and I have no slight idea of where it is. Our host of the evening never got even a dollar book.

I saw him once after that, at a sort of literary tea in New York. His face lighted up when he recalled the meeting. I believe the oasis in Atlanta, which flowed with real wine, was a bright point in his memory. He regarded it as some sort of magic.

I agree this is unimportant. It is just that this recollection of the man persisted and I felt like setting it down.

## BILLY ROSE
### The Sports Writer Isn't Worried

The other night I was at one of those parties where the guests swear only in four-syllable words. They were discussing the state of the world and to hear them tell it, civilization, as we know it, is done for.

A lady writer with a mane of purple lace around her neck took the floor and opined that when the next war is over the few people who are left will have to discover the wheel all over again. Then, if they have strength enough to walk out of their caves.

When she had finished sounding off, I wasn't feeling very chipper, and the rest of the guests looked like soft touches for a bomb shelter salesman. All at once a guest whom I've seen at sports writer I've known for years was happily polishing off a plate of anchovy canapes as though nuclear fission were something running in the third at Belmont.

**Bad**

"How come you're so unconcerned?" I asked him. "The end of the world is at hand, and all you do is eat crackers and little fish."

"Things are pretty bad," the sports writer admitted. "The Giants are out of the pennant race, football prospects at Columbia are bad, and it's rumored that the hundred-dollar window at Jamaica has mice."

"You wouldn't add bacteriological warfare to your list of possible catastrophes, would you?" I asked.

"I couldn't spell it, let alone add it," said the oldtimer. "But I do know that when the dame with the purple lace says civilization is all washed up she's forgetting that the average guy who is interested in forward pass than fourth march."

"If your average guy paid more attention to protocol," I said, "perhaps he wouldn't have to take the big blood bath every couple of decades."

"I can't argue against that," said the sports writer, "but if I were you, I wouldn't bet too many kopecks on the total elimination of Mr. Mokes and his missus. There have been a lot of wars in the last 300 years, and if I remember my statistics, there are five times as many Mokeses today as there were in the seventeenth century."

"But that was B.P.," I said, "Before Plutonium."

The sports writer picked up another platter of piscatorial goodies. "Plutonium notwithstanding," he said, "my dough is on the guy with the high-and-round haircut. I don't know how he's going to straighten out this lopsided eight-ball of a planet, but I'm betting he will. More and more I get the feeling that he's fed up with big-thinking groups on and wants to get back to the little things that really interest him."

"As for instance?" I asked.

"As for instance, a lot of things," said the oldtimer. "Did you see that front-page story a couple of weeks ago about the New York Park Department agreeing to let kids fish in the Central Park lake? And the one a few days ago about the flock of song-birds that no smack into the Empire State Building and crash landed on the midtown pavements?"

"I saw them," I said, "but what does it prove?"

"Just this," said the oldtimer. "Editors run only hold on to their jobs if they hold on to their circulations, and when they front-page items about kids fishing and birds crashing, it's because they know it's the kind of stuff people want to read."

"That's a dopey argument if I ever heard one," I said. "For every stick of space that papers devote to sweetness and light, they allot a hundred to vice, vituperation and Vishinsky."

**Rex McDonald**

"Not always," said the sports writer. "Recently The Mexico Ledger in Missouri put out an eight-page supplement about a saddle horse named Rex McDonald that died 35 years ago."

"What did he do to rate all that white space?" I asked.

"Nothing important," said the oldtimer. "Rex McDonald was merely a hunk of horseflesh that the town was proud of. When they erected a statue recently to his elegance and good manners, the Ledger made up a special and business literate for him with clasped hands."

"I'm not sure you're proving anything," I said.

"I'm not sure I'm trying to prove anything," said the sports writer. "I'm just trying to explain why I can't go along with the doubledomes who say it's curtains. Perhaps I'm an old cornball, and perhaps my arguments don't make sense, but as long as people will shut up shop in honor of a saddle horse that died in 1913 I refuse to believe that the world is a short safe. In my book, the eight-page supplement about the horse cancels out lots of front-page stories about Berlin."

"Would you advise me not to go ahead with that bombproof cellar I've been thinking of?" I asked.

The sports writer shrugged. "The only thing I'd advise," he said, "is to try some of these anchovies."



**Don't We Love Our Children as Much as Anyone?**

## JACK TARVER
### Even So, It Was No Bargain

Acting Governor Thompson lists his campaign expenditures at $24,424.45.

This, of course, is exclusive of highway construction.

Even so, I am convinced that Georgia made a great mistake in not electing Mr. Thompson to the governorship in the State Primary held two weeks ago today. Any man who can wage the campaign M. E. did on $24,424.45, I mean, is indisputably a financial genius.

Why, I don't see how a candidate can give even one barbecue for 30,000 people—and political crowds always are estimated at 30,000 people—for a mere $24,424.45 ... not with the price of meat what it is nowadays.

And those radio talks, carried over state-wide networks ... I always assumed when the announcer said "This is a paid, political broadcast," he meant paid in money, and not in cigar coupons or boxtops.

Yessir, if M. E. Thompson spent only $24,424.45 on that campaign we should have elected him Governor. It would have been just a question of time before he not only would have eliminated all taxes but also had the State Government paying dividends to the taxpayers.

I can't wait until Herman Talmadge files his campaign expense report so we can see if he is as economical a campaigner (heh-heh-heh) as M. E.

Incidentally, Hoke Willis says his campaign cost him only $500 for his entrance fee and a bucket of honey for his campaign manager. And one has only to consider the number of votes he got to believe it.

## THE PULSE OF THE PUBLIC

The Constitution welcomes letters on either side of any subject. They should not exceed 200 words and must be signed, although names will be withheld on request. We regret none can be returned. Address all letters to Editor Constitution, Atlanta, Ga.

**Supports LeCraw**

Editor Constitution: I wish to indorse the proposal of Mr. Roy LeCraw, our elected State Senator, that our City and County Governments get together at once, and with representative citizens and elected legislators, work out a plan or plans for the expansion of Atlanta. I believe that the majority of the citizens in the County really want to see the limits extended; I cannot conceive of anyone selfish enough to insist that Atlanta be chained, helpless, in the area of Brookwood Station.

I voted for the "Four Horsemen" in the recent primary, not because I wanted these particular men to represent me, but because it was a way offered by which we could get annexation now instead of waiting for the Utopia of "one government" in an uncertain future.

I have a high regard for Mr. LeCraw and wish him success in working out a plan to be submitted to the voters in November. We should all stand with him in this.
(MRS.) KATHERINE H. CONNERAT.
Monroe.

**Undemocratic**

Editor Constitution: Three undemocratic methods: (1) Having to pay any amount in order to become a candidate for office; (2) if in office, to spend a goodly portion of time from official duties to be re-elected; (3) the county unit method.

I know every reason the advocates of these undemocratic methods give: not reasons, not even reasonable excuses.
W. T. IRVING.

**Practical Position**

Editor Constitution: I want to give my hearty approval to your column of Sept. 14 (on the staying in Montgomery County). Surely, all Southerners need to read that column and ponder what you say. And if the people of Georgia fail to see to it that the law is enforced to the last degree on the guilty parties, we will deserve every bit of condemnation that has been hurled our way. If that crime goes unpunished, we will all have reason to believe that democracy is dead in Georgia.

It is my hope that the position you have taken on the problems of the South will become the position of a great majority of Southerners. It is sensible and practical.
THOMAS J. HOLMES, Pastor,
First Baptist Church,
Manchester.

**For Party**

Editor Constitution: We in the South as a whole are Democrats and in each paper we read there are several articles about President Truman and civil rights. Now I am not in favor of this, but how about the anti-discrimination bill in favor of Dewey? Fellow Southerners, wake up to the fact that Dewey has the same idea. Did you know he passed this anti-discrimination bill in New York? Contact New York business concerns and you will find the majority, as well as the State of New York, was not in favor of it. A great many of them will not work colored help with white. But listen to this: Should they need help and do not want to employ colored people they cannot place a help wanted ad in the paper. Because if a colored person answers the ad the company cannot turn them down because of color. If they did the company is liable for prosecution.

A great many concerns will not run an ad for the reason, but will try to find someone for the job by personal contacts. Now, since Dewey has the same ideas they are acting smart and not telling it to the nation. We are screaming civil rights on every breath, why can't we as Democrats support our nominee? We will have a little better chance of holding our own than if Dewey is elected.
MRS. EDWARD S. BENDER.
Decatur, Ga.

**States' Rights**

Editor Constitution: It is my earnest hope that every Southerner and all Americans who yet believe in the principles of states' rights and local self-government will give their hearty support and enthusiasm to the Democratic Party emanating from the Birmingham convention.

This noble movement is led by two great Americans of the highest integrity and intelligence. They and their allies are fighting for those ideals which have long been a part of our American heritage.

These principles are now being overshadowed in most quarters by foul left-wing tendencies and minority rule. This was even more recently illustrated by the latter's complete domination of the National Democratic Party at the particular expense of the South.

We have once again, however, a movement led by men we can uphold with honor and enthusiasm and, best of all, a clear conscience. Let us all rally behind the banner of States' Rights and make a firm stand upon the last frontier of local self-government by the people.
EDWARD SNELL.
Atlanta.

**Stay in Party**

Editor Constitution: Some eight months ago I wrote Gov. M. E. Thompson, to-wit: "If you or your administration buy Jekyll Island it will beat you for Governor, and if you continue to appoint friends of Ed Rivers to the exclusion of friends of Jimmie Carmichael it will beat you for Governor." The prediction came true.

I make another prediction: If the State Democratic Executive Committee commits political larceny by naming Dixiecrats on the Democratic ticket as Democrats, it will defeat the party faction in a Democratic primary two years from now. Tom Watson and the Populist Party with all of its strength in Georgia never went to war on the Democratic ticket as Democrats. The Dixiecrat movement is temporary, having only one plank, anti-civil rights. The Democratic Party has many fine planks in its platform. I think the Dixiecrats should have their electors on the ballot, but not through fraud or political larceny. My father was a Populist. I am a Democrat and nominee of my party. I don't want my name on a Democratic ballot with a bunch of revolters from my party. That is the way thousands of us feel—civil rights or no civil rights.
C. C. PITTMAN.
Cartersville.

## GEORGIA EDITORS SAY
### A Better Method Needed
(Jackson Press Argus)

In the election just concluded, over a million Georgians were eligible to vote for justices of the Georgia Supreme Court and the Georgia Court of Appeals. It can safely be assumed that the candidates for these judicial posts were known personally to only a few thousand of their fellow Georgians.

What a grave commentary to place in the hands of an uninformed and, in most cases, a disinterested electorate.

Can there not be evolved a more practical and a more trustworthy method of obtaining jurists for our highest courts?

In the race for Judge of the Flint Superior Courts, both candidates were inevitably forced to obligate themselves to men or groups of men in the interest of their candidacy.

This is not offered in condemnation of both, or either, of the candidates for our judgeship, as we believe the campaign for the post was conducted on a high level, but only as a casual observation that, other considerations aside, the best politician will usually emerge the winner in such a race.

It is our heartfelt contention that if justice is to remain pure it must be divorced from politics, so that our jurists may mete out decisions in keeping with the letter of the law and without promise of political favor or fear of political repercussions.

Case 1:17-cv-04660-LMM   Document 210-13   Filed 12/21/22   Page 6 of 8

The Atlanta Constitution (Atlanta, Georgia) · Wed, Sep 22, 1948 · Page 8
https://www.newspapers.com/image/397833857                       Downloaded on Dec 21, 2022

## M. L. ST. JOHN

# Progressives Hit Snag in Georgia

The Henry Wallace group in Georgia may have a shock coming to it when and if it comes into the Secretary of State's office with petitions bearing thousands of names by Oct. 2. Approximately 60,000 names of registered voters in Georgia are required on a petition to get Wallace's name on the ballot—and the names of Larkin Marshall, Macon Negro running for the Senate, and James Barfoot, a former University of Georgia teacher, running for Governor.

Disorders have broken out in Atlanta when Wallace workers allegedly blocked streets and virtually tugged at the coats of pedestrians, insisting that they sign the petition. Many persons have said they signed the petition under misrepresentation when the Wallaceites merely told them: "This is a petition to cut the cost of living."

Now comes Secretary of State Ben Fortson with the warning that he isn't going to accept a jumble of thousands of names on a petition on the theory that they represent 5 percent of Georgia's registered voters.

"The burden is on the petitioners to show that the names on the petition are bona fide registered voters," Fortson warned. "In my opinion, the only sure way to determine that they are registered voters would be for those signing from each county to have their petition attested to by the tax commissioner or clerk of the Supreme Court that they are registered voters. I don't think a petition presented with a jumble of names without evidence they are registered voters would serve as a proper document to enable any candidate to get his name on the general election ballot."

The Georgia law requires a person to obtain signatures of 5 percent of the voters if he was not a member of a party polling 5 percent of the votes cast in the past election. This law was passed at the request of the late Secretary of State John B. Wilson for the purpose of eliminating from the Georgia ballot the Communist Party, Socialist Party and some individual candidates who perennially cluttered up the ballot without a chance of carrying a county. In effect, however, it also eliminated the Republican Party from State races and made opposition to the Democratic Party impossible without a petition. The constitutionality of this law has been protested in speeches and articles, but not in court.

There has been talk of the 1949 Legislature repealing this act. However, the activities of the Henry Wallace group are putting a damper on this move.

It may or may not be of any political significance, but 10 of the 29 counties which Thompson carried in the gubernatorial primary had in them State parks—parks on which the State had spent money improving. The race was close in four more counties in which parks were located.

When Jim Gillis, Sr., of Soperton, resumes the post of State Highway Director—which he held under a Rivers administration and during the 67 days Herman Talmadge claimed the office of Governor last year—he will have a close supporter in the House. His son, Hugh, is the newly nominated Representative from Treutlin County. Hugh's older brother, Jim, Jr., formerly was in the Senate.

## GEORGIA EDITORS SAY

# A Better Method Needed

(Jackson Press Argus)

In the election just concluded, over a million Georgians were eligible to vote for justices of the Georgia Supreme Court and the Georgia Court of Appeals. It can safely be assumed that the candidates for these judicial posts were known personally to only a few thousand of their fellow Georgians.

What a grave responsibility to place in the hands of an uninformed and, in most cases, a disinterested electorate.

Can there not be evolved a more practical and a more trustworthy method of obtaining jurists for our highest courts?

In the race for Judge of the Flint Superior Courts, both candidates were inevitably forced to obligate themselves to men or groups of men in the interest of their candidacy.

This is not offered in condemnation of both, or either, of the candidates for our judgeship, as we believe the campaign for the post was conducted on a high level, but only as a casual observation that, other considerations aside, the best politician will usually emerge the winner in such a race.

It is our heartfelt contention that if justice is to remain pure it must be divorced from politics, so that our jurists may mete out decisions in keeping with the letter of the law and without promise of political favor or fear of political repercussions.

Copyright © 2022 Newspapers.com. All Rights Reserved.



Case 1:17-cv-04660-LMM   Document 210-13   Filed 12/21/22   Page 8 of 8

Newspapers
by ancestry
https://www.newspapers.com/image/851661373

The Columbus Ledger (Columbus, Georgia) · Thu, Oct 21, 1948 · Page 1
Downloaded on Dec 21, 2022

# Suit Threatens Georgia Election

## Progressives Say 5 Per Cent Law Discriminatory, Illegal

ATLANTA, Oct. 21—(UP)—Three judges of the fifth U. S. circuit court of appeals here today studied the validity of Georgia's "five per cent" vote law.

The tribunal yesterday heard testimony for and against the Progressive party's claim to a place on the Georgia ballot for its candidates for governor and Congress. The Wallaceites asked the court to declare portions of the statute unconstitutional and to enjoin Secretary of State Ben W. Fortson from proceeding with any further election ballot until their candidates are listed.

However, a question of jurisdiction was raised when presiding Judge Samuel Sibley voiced his concern on whether his court had authority to hear the case. He said that legal point must be decided before any ruling can be handed down.

Thomas W. Johnson, attorney for the Progressives, argued that the provisions of the newly-passed "free-election law" discriminate against new parties.

### Not Enough Time

Fortson said it would be impossible for the state to have new general election ballots printed if the Progressives win the case. He submitted an affidavit from the state printer to this effect.

The Progressives based their challenge of the law on a provision of the U. S. constitution which prohibits "ex post facto" legislation. They contended that the "free election" measure, passed the day after they submitted their five per cent petition, contains a retroactive clause which keeps them off the ballot.

This section of the law requires that all petitions be accompanied by a sworn statement that all signatures contained thereon represent voters qualified to cast ballots in the last general election. According to wording of the measure, its provisions were made to apply not only to petitions to be submitted in the future, but to those already filed.

### 3 Complaints

The suit was brought by Senatorial candidate Larkin Marshall, gubernatorial candidate James L. Barfoot, and fifth district Congressional candidate Floyd Hunter, the only Progressive candidates for state posts.

Some state officials were concerned over the outcome of the case. Attorney General Eugene Cook yesterday stated that a decision favorable to the Progressives could rule out a general election in the state. The reason, he said, is that the constitution of the state provides for only one date for a general election, that being the Tuesday after the first Monday in November. Failure to ballot on that date, he said, would force present office holders to continue in office for another term.

However, Gov. M. E. Thompson said he would step down regardless of the outcome.

"The Democrats of Georgia did not want me to continue as governor for the next two years," he said.

## Seen and Heard About Town

Middle-aged woman filling the downtown air with purple words as she stumbles over section of street-car track at Eleventh street and Broadway . . . two minutes of grateful silence at Ledger news room dedicates installation of new pencil sharpener . . . youngster staring wishfully at downtown shop's display of electric trains.

Copyright © 2022 Newspapers.com. All Rights Reserved.