IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Martin Cowen**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, <br><br> Defendant. | Case No. 1:17-cv-04660-LMM <br><br> **Second Declaration of Martin Cowen** |

1. My name is Martin Cowen. I am over the age of 18, and I am competent to testify to the matters in this declaration.

2. I have been a libertarian since 1972. I have attended many annual conventions of the Libertarian Party of Georgia and national Libertarian Party since then.

3. I am a dues-paying member of the Libertarian Party of Georgia, and I am a lifetime member of the national Libertarian Party.

4. I am familiar with the history of the Libertarian Party and its platform.

PLAINTIFFS' MSJ EXHIBIT 70

5. Since the party's founding, the Libertarian Party of Georgia has been supported equal rights for all, regardless of race, and has opposed governmental actions that discriminate on the basis of race.

6. The party's current platform contains a strong anti-discrimination plank: "We condemn bigotry as irrational and repugnant. Government should neither deny nor abridge any individual's human right based upon sex, wealth, ethnicity, creed, age, national origin, personal habits, political preference, or sexual orientation."[1]

7. The Libertarian Party has Black members and has nominated Black candidates on many occasions, including John Monds (who has run for several different offices as a Libertarian candidate) and Demond Kennedy. I know both candidates personally.

8. In the following referenced elections, the Libertarian candidate for statewide office did quite well in counties with a substantial Black population, especially when there was no Democrat on the ballot.

9. For example, in the 2014 race for Public Service Commission, District 1, John Monds carried DeKalb [100,248 (Monds) v. 69,056 (Everett)], Clayton [34,613 (Monds) v 17,563 (Everett)], and Hancock [974 (Monds) v. 701 (Everett)] counties.

---

[1] Libertarian Party of Georgia, *Platform* §3.5, https://lpgeorgia.com/platform/.

10. For another example, in the 2008 race for Public Service Commission, District 1, John Monds received 1,076,726 votes v. his republican opponent who received 2,147,012. There was no democrat candidate in this race.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2022.

_/s/ Martin Cowen_
Martin Cowen
Jonesboro, Georgia