UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Martin Cowen, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Brad Raffensperger, in his official capacity as Secretary of State of the State of Georgia,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-04660-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Defendant's Third Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover his costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 27th day of September, 2023.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: /s/Benjamin G. Thurman
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 27, 2023
Kevin P. Weimer
Clerk of Court

By: /s/Benjamin G. Thurman
　　　Deputy Clerk